UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JUSTIN GUY**, individually and on behalf of those similarly situated,

    *Plaintiff,*

v.

    Case No.: 20-cv-12734

**ABSOPURE WATER COMPANY, LLC,**

    *Defendant.*

## APPEARANCE OF COUNSEL

Haba K. Yono of Morgan & Morgan P.A. hereby enters her appearance as counsel on behalf of Plaintiff Justin Guy in the above-captioned matter.

Respectfully submitted,

By: /s/ *Haba K. Yono*
**MORGAN & MORGAN, P.A.**
**HABA K. YONO (P81114)**
Attorney for Plaintiff
2000 Town Center, Suite 1900
Southfield, MI 48075
(313) 739-1953
hyono@forthepeople.com

Dated: October 12, 2020

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 12, 2020, the foregoing document was filed using the CM/ECF system, which will send notice of same to all counsel of record.

*/s/ Haba K. Yono*