UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN GUY, individually and on
behalf of those similarly situated,

    Plaintiff,

v.                                           Case No. 20-cv-12734-MAG-EAS
                                          HON. MARK A. GOLDSMITH

ABSOPURE WATER COMPANY, LLC
a domestic limited liability company,

    Defendant.
_____/

| | |
|---|---|
| Michael N. Hanna (P81463) | **CUMMINGS, McCLOREY, DAVIS &** |
| Haba K. Yono (P81114) | **ACHO, PLC** |
| Morgan & Morgan, P.A. | By:   **RONALD G. ACHO** (P 23913) |
| 2000 Town Center, Suite 1900 | 17436 College Parkway |
| Southfield, MI 48075 | Livonia, MI   48152 |
| (248 251-1399 | (734) 261-2400 |
| mhanna@forthepeople.com | racho@cmda-law.com |
| hyono@forthepeople.com | **Attorneys for Defendant** |
| Attorneys for Plaintiff | |

_____/

**DEFENDANT ABSOPURE WATER COMPANY, LLC'S POSITION
STATEMENT ON SCHEDULING PURSUANT TO COURT'S
<u>APRIL 2, 2021 ORDER FOLLOWING SCHEDULING CONFERENCE</u>**

      **NOW COMES** the Defendant, ABSOPURE WATER COMPANY, LLC, by and through its attorneys**, CUMMINGS, McCLOREY, DAVIS & ACHO, PLC,** by Ronald G. Acho, and for its Position Statement on Scheduling Pursuant to the Court's April 2, 2021 Order Following Scheduling Conference, states as follows:

      In order to allow for sufficient time, if the matter is not resolved through its

Motion for Summary Judgment on the MCA Exemption, Defendant proposes that within thirty (30) days from the Court's ruling on both Defendants Motion for Summary Judgment, and Plaintiff's Motion for Conditional Certification, the parties are to file a Joint Status Report indicating how they intend to proceed with the remaining issues in this case.

                                              Respectfully submitted,

                                              /s/ *Ronald G. Acho*
                                              Ronald G. Acho
                                              Cummings, McClorey, Davis & Acho, PLC
                                              17436 College Parkway
                                              Livonia, MI   48152
                                              Telephone: (734) 261-2400
                                              Telefax: (734) 261-4510
Dated: April 6, 2021                   racho@cmda-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2021, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record via the Court's e-filing system.

                                              /s/ *Ronald G. Acho*
                                              Cummings, McClorey, Davis & Acho, P.L.C.
                                              17436 College Parkway
                                              Livonia, MI 48152
                                              Phone: (734) 261-2400
                                              Primary E-mail: racho@cmda-law.com
                                              P-23913