

Kathleen L. Bogas
Brian E. Koncius

Lisa M. Panourgias
Of Counsel

November 19, 2021

**VIA EMAIL ONLY**

Hon. Mark A. Goldsmith
United States District Judge
U.S. Courthouse, Room 815
231 W. Lafayette Blvd
Detroit, MI 48226
abigail_foote@mided.uscourts.gov

    Re:    <u>Justin Guy</u> –vs- <u>Absopure Water Company, Inc</u>
             USDC Case No: 20-cv-12734

Dear Judge Goldsmith:

Please consider this an interim report regarding what has been accomplished since I was appointed as a Special Master in this matter.

The attorneys and I have had extensive discussions, together and separately, regarding Plaintiff's discovery requests as well as Plaintiff's Motion to Stay and/or Extend Discovery. Both attorneys have been cooperative and open minded. Compromises were discussed, modifications were made, and much was agreed to between the parties. It will take some time, in part due to the upcoming Thanksgiving week, for the Defendant to supplement its discovery responses based on the compromises and modifications the parties have agreed to. Plaintiff's attorney will then need to review those responses and, if there are any outstanding issues, the attorneys will come to me for further discussion.

Both attorneys agree that the discovery cut-off should be extended. However, it seems most prudent that the new date for discovery cut-off be set once the Defendant has supplemented its discovery responses, based on the compromises both parties have made in our discussions, and there is a determination whether or not more discussions need to occur. I would recommend, therefore, that the matter be "stayed" three weeks in the sense that I will report at that time the progress made in resolving all outstanding discovery disputes and let the Court know whether or not a short extension to resolve any further issues would be required and recommend a discovery cut-off date.

If there is any further information I can provide at this time please let me know.

Sincerely,

Kathleen L. Bogas

KLB:caw
cc: (via email only)
      Michael N. Hanna
      mhanna@forthepeople.com
      Ronald G. Acho
      racho@cmda-law.com