UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN GUY,

    Plaintiff,

vs.

Case No. 20-12734
Hon. Mark A. Goldsmith

ABSOPURE WATER COMPANY,

    Defendant.
_____/

## ORDER
## REGARDING PLAINTIFF'S MOTION TO STAY DISCOVERY (Dkt. 49)

Plaintiff Justin Guy has filed a motion to stay discovery (Dkt. 49). Specifically, Guy requests a stay or, alternatively, a three-month extension of the discovery deadline and all other deadlines. Guy argues that a stay or extension is necessary to allow sufficient time for the discovery dispute resolution process with the special discovery master, who was recently appointed to help the parties resolve their outstanding discovery disputes. In accordance with the Court's prior order regarding Guy's motion (Dkt. 50), the parties have discussed Guy's motion with the special discovery master, and the special discovery master wrote the Court on November 19, 2021 (copied to all counsel), setting forth her views on the issues raised by the motion, which interim report has now been filed on the docket (Dkt.51). Since the time the interim report was sent, the Court has conferred with the special discovery master to better understand the parties' differing views on the length of an extension for discovery. The Court also shared its view to the special discovery master that it believed an extension of discovery until March 1, 2022 and an extension of the dispositive motion deadline to March 29, 2022 would be appropriate. Any party wishing to place its views of this proposal on the docket may file a memorandum no later than

December 13, 2021.  The Court will consider any such memorandum before issuing a ruling on the motion.

SO ORDERED.

Dated:  December 8, 2021  s/Mark A. Goldsmith
Detroit, Michigan  MARK A. GOLDSMITH
United States District Judge