# EXHIBIT A

**Michael Hanna x8310**

| | |
|---|---|
| **From:** | Kathleen L. Bogas <kbogas@kbogaslaw.com> |
| **Sent:** | Friday, November 19, 2021 4:31 PM |
| **To:** | Michael Hanna x8310; Ronald G. Acho <racho@cmda-law.com> (racho@cmda-law.com) |
| **Subject:** | 10638776 Guy, Justin vs. Absopure Water Company, LLC.: *EXT* Guy v Absopure |

**CAUTION:** Use caution when clicking on links or opening attachments in this external email.

---

We worked hard this week and made great progress. Below is a summary of what the parties agreed to and what is still under consideration. You should have received the letter I wrote to Judge Goldsmith today.

At the outset, there is a disagreement regarding how many truck drivers there are who primarily drive trucks and do deliveries. I have been told by Mr. Hanna that, based on written documents and job postings there are more than the two we have been discussing. Mr. Acho avers that there are only two and that the other postings are generic positions but that all have the same title, with the exception that some are trainees and others are not. I have therefore asked Mr. Acho, and he agreed, to provide an affidavit from Absopure stating that there are only two such positions.

Issue No. 1: General Objections
Defendant agrees to remove the general objections to the responses. However, Defendant may assert objections to specific discovery requests as it already had.

Issue No. 2: Privilege Log
This is an open issue. I am still working on this.

Issue No. 3: Complying with FRCP 34 (b)(2)(C)
Defendant agrees to state if any responsive materials are being withheld on the basis of an objection.

Issue No. 4: Over breadth
There is nothing to consider here.

Issue No. 5: Complying with FRCP 33(d)
Defendant agrees to identify Bate stamp numbers responsive to the request.

Issue No. 6: Electronic Discovery
RFP No. 1 – Defendant will provide information for five years. He will consider the documents which involve attorney/client communications.

Issue No. 7: Discovery concerning the putative class of "Truck Drivers"
See my statement above regarding affidavit. Defendant will again inquire of his client if there are any other positions which primarily drive and deliver and if not provide an affidavit regarding same.
RFP No. 4: Defendant will provide for those positions which are primarily truck drivers/delivery employees.
RFP No. 5: Defendant will produce.
RFP No. 8: Defendant will rely on its answer that no other documents exist other than those provided.
RFP No. 9: Defendant will rely on its answer but will Bate stamp those documents.
Int. No. 6: See above statement regarding affidavit.
Int. No. 7: See above statement regarding affidavit.

Issue No. 8: Discovery Concerning Organization Chart and Corporate Structure

1

    RFP No. 11:  There is no need for Defendant to supplement its response.
    RFP No. 20:  Defendant will supplement from 10-8-2017 to present

Issue No. 9:  ID of Vehicle P and Putative Class Drove
    RFP No. 22:  Defendant will not supplement its answer.

Issue No. 10:  Discovery Concerning Existence of a fixed and persistent intent
    The parties have agreed and will put it in writing that the answers will be limited to Mountain Valley Spring Water, since this is the majority of the product Plaintiff delivered.
    RFP No. 32:  see statement above; Defendant will supplement
    Int. No. 4:  same
    RFP No. 33:  same
    RFP No. 35:  same
    RFP No. 36:  same
    RFP No. 37:  same
    RFP No. 38:  This inquiry will be held in abeyance until certification is decided by the Court
    RFP No. 39:  see statement above regarding water; Defendant will supplement
    RFP No. 40:  same
    RFP No. 41:  same
    RFP No. 42:  same
    RFP No. 43:  same and a sampling is sufficient
    RFP No. 44:  same and a sampling is sufficient
    RFP No. 45:  same and a sampling is sufficient
    RFP No. 46:  same and a sampling is sufficient
    RFP No. 47:  same and a sampling is sufficient

Issue No. 11:  Indefinite Storage
    RFP No. 48:  limited to water and Defendant will supplement
    Int. No 5:  same
    RFP No. 49:  same
    RFP No. 50:  same

Issue No. 12:  Good Faith Affirmative Defense
    RFP No. 51:  Defendant will supplement
    RFP No. 52:  Defendant will supplement
    RFP No. 53:  Defendant will supplement
    RFP No. 54:  Defendant will supplement
    RFP No. 55:  Defendant will supplement
    RFP No. 56:  Defendant will supplement
    RFP No. 57:  Defendant will supplement
    RFP No. 65:  Defendant will supplement
    ROA No. 1:  Defendant will supplement
    ROA No. 2:  Defendant will supplement
    ROA No. 5:  Defendant will supplement
    Int. No. 15:  Defendant will supplement

Issue No. 12:  Prior FLSA Lawsuits and Investigation
    RFP No. 59:  Defendant will supplement
    RFP No. 60:  Defendant will supplement
    RFP No. 61:  Defendant will supplement
    RFP No. 62:  Defendant will supplement

Issue No. 14:  Contact information for putative class members
    Int. No. 1:  Defendant will review response provided for accuracy.

Issue No. 15:  Disclosure of relevant supervisors
    Int. No. 2:  Defendant will supplement
    Int. No. 14:  Defendant will supplement

Issue No. 16:  Request for Fees
    Not considered; I will not recommend imposition of fees

Please review.  If you have any questions or comments please let me know.

Have a good weekend and a Happy Thanksgiving!

Kathy

KATHLEEN L. BOGAS
BOGAS & KONCIUS P.C.
31700 TELEGRAPH ROAD, SUITE 160
BINGHAM FARMS, MI 48025
TELEPHONE 248.502.5000
FACSIMILE 248.502.5001

This communication along with any attachments is intended only for the use of the addressee and contains legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of any information contained in, or attached to, this communication is strictly prohibited and you are requested to contact the sender for instructions to return the document.

Please consider the environment before printing this e-mail.