UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JUSTIN GUY**, individually on behalf
of himself and others similiarly situated,

    Plaintiff,

v.

**ABSOPURE WATER COMPANY, LLC**,
a domestic limited liability company,

    Defendant.
_____/

Case No.:  20-CV-12734

Hon. Mark A. Goldsmith

## JOINT STATEMENT CONCERNING STATUS CONFERENCE

    Pursuant to Court's Opinion and Order Granting in Part Plaintiff's Motion to Conditionally Certify a Collective Action, [ECF No. 77], the Parties hereby file this Joint Statement Concerning the Status Conference.  The parties respectfully request that the additional dates for completion of discovery and all other events be set after the close of the notice period.  At this time, the Parties do not know how many opt-in Plaintiffs will join this collective action.  After the close of the notice period, the Parties can reconvene and submit a proposed joint statement concerning discovery based on the number of putative class members that join this collective action.

Respectfully submitted,

Dated: February 28, 2023

| | |
|---|---|
| /s/ *Michael N. Hanna* | /s/ *Michael O. Cummings* |
| MICHAEL N. HANNA (P81462) | Michael O. Cummings |
| MORGAN & MORGAN, P.A. | Cummings, McClorey, Davis, & Acho, P.C. |
| 2000 Town Center, Suite 1900 | 1185 Avenue of The Americas, Third Floor |
| Southfield, MI 48075 | New York, NY 10036 |
| (313) 739-1950 | (212) 547-8810 |
| mhanna@forthepeople.com | mcummings@cmda-law.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on March 1, 2023, the foregoing document was filed using the CM/ECF system, which will send notice of same to all counsel of record.

>/s/ *Michael N. Hanna*
>Michael N. Hanna (P81462)
>*Attorney for Plaintiff*