UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN GUY, individually and on behalf of those similarly situated,

    Plaintiff,

v.

ABSOPURE WATER COMPANY, LLC

    Defendant.

Case No. 20-12734

Hon. Mark A. Goldsmith

## ORDER APPROVING NOTICE

Having reviewed the Joint Statement Concerning Collective Action Notice (Dkt. 79) filed by the parties, the Court approves the notice and finds that it should not include the language regarding liquidated damages. The language is not self-explanatory, involves technical terms (viz. "good faith defense" and "liquidated damages") and would not likely impact significantly on a potential class member's decision whether to opt-in.

    SO ORDERED.

Dated: March 3, 2023
    Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge