# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**JUSTIN GUY**, individually on behalf of himself and others similiarly situated,

    Plaintiff,

v.

**ABSOPURE WATER COMPANY, LLC**, a domestic limited liability company,

    Defendant.

_____/

Case No.: 20-cv-12734

Hon. Mark A. Goldsmith

## PLAINTIFF'S 10TH NOTICE OF FILING CONSENT TO JOIN FORMS

Plaintiff, Justin Guy, hereby gives notice of filing the Consent to Join forms attached hereto as an Exhibit.

Dated: April 5, 2023

Respectfully submitted,

*/s/ Michael N. Hanna*
Michael N. Hanna (P81462)
MORGAN & MORGAN, P.A
2000 Town Center, Suite 1900
Southfield, MI 48075
(313) 251-1399
mhanna@forthepeople.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on April 5, 2023, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of this filing to all parties of record.

                                         */s/ Veronica Stewart*
                                         Veronica Stewart, Paralegal