**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JUSTIN GUY, individually on behalf
of himself and others similarly situated,

    Plaintiff,

v.

Case No.: 20-CV-12734

Hon. Mark A. Goldsmith

ABSOPURE WATER COMPANY, LLC,
a domestic limited liability company,

    Defendant.

_____/

**CONSENT TO JOIN COLLECTIVE ACTION**

- I __Kevin Phipps__, consent to join the above styled lawsuit seeking damages for unpaid wages under the FLSA;

- I authorized the named Plaintiff to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiff to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims;

- I agree to be represented by Morgan & Morgan, P.A. and Fieger, Fieger, Kenney & Harrington, P.C., counsel for the named Plaintiff.

*(Please print legibly.)*

Date: 4/20/23

Signature: /s/ Kevin Phipps

Name (Print): Kevin Phipps