UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN GUY, individually and on behalf
of those similarly situated,

    Plaintiff,                                               Case No. 20-12734

v.                                                         Hon. Mark A. Goldsmith

ABSOPURE WATER COMPANY, LLC

    Defendant.

___

### **ORDER FOLLOWING APRIL 24, 2023 STATUS CONFERENCE**

Having conferred with counsel at a status conference on April 24, 2023, and having determined that an expedited schedule for completion of discovery and necessary motion practice is in the interests of justice in light of the approaching trial date, the Court orders as follows:

1. The last date for service of written discovery requests is May 1, 2023. Written responses are due 21 days after service; any requests served before today are due 30 days from service or 21 days from today, whichever is earlier. Any document, interrogatory answer, or answer to a request to admit as to which no objection is made must be furnished to the opposing party by the end of the response period. If a responding party objects in any way to the discovery requests, that party must file a motion for a ruling on that party's objections within two business days after the due date for responses to the discovery requests. A response to the motion must be filed within two business days of the filing of the motion. The Court will promptly set a hearing and decide the issues raised in the objection. If the motion is not timely filed, the objection is deemed waived.

2. The parties must promptly confer about the scheduling of fact depositions, which must be completed by July 1, 2023. Should any objection be made at a deposition requiring a ruling by the Court, the parties must attempt to contact the Court during the course of the deposition through one of the law clerks. If possible, the Court will rule on the dispute at that time, or at the earliest opportunity thereafter. If the Court is unable to rule at the time of the deposition, the objecting party must file a motion for a ruling on the objection within two business days after the day on which the objection is made; a response will be due two business days after the motion is filed. The Court will promptly set a hearing and decide the issues raised in the objection. If the motion is not timely filed, the objection is deemed waived.

3. The parties must exchange expert witness reports no later than August 1, 2023 and complete expert depositions no later than September 1, 2023.

4. Any motion for decertification must be filed no later than July 14, 2023; responses must be filed by July 28, 2023; replies must be filed by August 4, 2023. Any motion to limit or exclude expert testimony must be filed by September 8, 2023; responses must be filed by September 22, 2023; replies must be filed by September 29, 2023. The Court's March 10, 2023 scheduling order (Dkt. 89) is amended to require the filing of all other pretrial motions by September 8, 2023; responses must be filed by September 22, 2023; replies must be filed by September 29, 2023.

SO ORDERED.

Dated: April 25, 2023  
       Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 25, 2023.

                                                             s/Karri Sandusky
                                                             Case Manager