UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN GUY, individually and on behalf
of those similarly situated,

    Plaintiff,                                                 Case No. 20-12734

v.                                                     Hon. Mark A. Goldsmith

ABSOPURE WATER COMPANY, LLC

    Defendant.

_____

## ORDER FOLLOWING MAY 2, 2023 HEARING

Pursuant to the Court's April 25, 2023 order regarding discovery disputes (Dkt. 102), the Court convened a hearing to address Plaintiff's objections to the scope and volume of written discovery propounded by Defendant. At the hearing, the Court stated that discovery related to defenses not pleaded will not presently be allowed. To address further Plaintiff's objections, the Court directs Defendant to file a memorandum no later than May 5, 2023 at 10:00 a.m., setting forth in full the written discovery to which it continues to insist Plaintiff should respond and the arguments and authorities in support. By May 8, 2023 at 10:00 a.m., Plaintiff must file a memorandum setting forth its arguments and authorities in opposition. The Court may conduct a further hearing after reviewing the memoranda.

    SO ORDERED.

    Dated: May 3, 2023                                s/Mark A. Goldsmith
     Detroit, Michigan                              MARK A. GOLDSMITH
                                                         United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 3, 2023.

                                                s/Holly A. Ryan
                                                Case Manager, in the absence of
                                                Karri Sandusky