UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN GUY,

      Plaintiff,                                   Case No. 20-12734

v.

                                         HON. MARK A. GOLDSMITH

ABSOPURE WATER COMPANY, LLC,

      Defendant.
_____/

### ORDER REGARDING DISCOVERY

Having reviewed Defendant Absopure Water Company's memorandum on discovery (Dkt. 107), Plaintiffs' memorandum in opposition to Absopure's proposed discovery (Dkt. 108), and the parties' Joint Statement on outstanding issues in this case (Dkt. 111), the Court held a hearing on the parties' discovery positions on May 18, 2023. As discussed at the hearing and for the reasons stated on the record, the Court orders as follows.

1. The Court finds that Absopure's requests to admit seek information that can be secured through Absopure's other discovery requests. As such, the requests to admit are disproportionate to the needs of the case and unduly burdensome. The Court will not order Plaintiffs to respond to those requests.

2. The Court also finds that Absopure's Interrogatory 24—concerning the identification of personal computers, mobile phones, and other electronic devices—seeks information that, in large measure, Absopure already has and would require Plaintiffs to make available private and possibly sensitive information. As such, this interrogatory is disproportionate

to the needs of the case, overbroad, and unduly burdensome. The Court will not order Plaintiffs to answer that interrogatory.

3. As to the other information that Absopure requests from Plaintiffs, and as to the discovery formulated in the Joint Statement, Absopure must first furnish what information it has regarding such requests—including any pay and time records—by May 26, 2023. Plaintiffs must respond by asserting whatever agreements or disagreements they have with the information furnished by Absopure by June 2, to the extent that Plaintiffs can do so by that date. Plaintiffs must provide Absopure with the remainder of their positions on the information furnished by Absopure by June 9. The parties must notify the Court's case manager by email if they have any outstanding discovery disputes by June 13. The Court will thereafter determine follow-up measures.

4. The Court suspends Plaintiffs' obligation to respond to Absopure's requests pending completion of this process, so that the parties and the Court, if necessary, can determine what additional information Plaintiffs must supply.

5. Despite the presence of multiple Plaintiffs in the case, the parties may prepare papers, such as discovery requests and responses, covering various groupings of Plaintiffs or the entirety of Plaintiffs.

SO ORDERED.

Dated: May 19, 2023             s/Mark A. Goldsmith
Detroit, Michigan             MARK A. GOLDSMITH
           United States District Judge