## INDEX TO EXIBITS

EXHIBIT 1        Defendant's Second Amended Affirmative Defenses (Proposed)

EXHIBIT 2        June 22, 2023 Declaration of Patrick Byrne in support of Motion to Add Affirmative Defenses

EXHIBIT 3        Excerpts from the Deposition Transcript of Plaintiff Justin Guy dated July 15, 2021

EXHIBIT 4        Defendant's May 24, 2021 Response to Plaintiff's Request for Admission No. 20

EXHIBIT 5        Defendant's May 24, 2021 Answer to Plaintiff's First of Interrogatories, Interrogatory No. 6

EXHIBIT 6        Excerpts from the 30(b) Deposition Transcript of Patrick Byrne dated January 17, 2022

EXHIBIT 7        Opt-In Plaintiff Gary Johnson Jr.'s First Set of Requests for Production, No. 6

EXHIBIT 8        Defendant's Statement of Relevant Facts

EXHIBIT 9        Sample Pay Stub (redacted)