# EXHIBIT 6

Patrick Francis Byrne  CORRECTED
January 17, 2022

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION


JUSTIN GUY, individually on

behalf of himself and others

similarly situated,

        Plaintiff,

-vs-                   Case No. 20-CV-12734

ABSOPURE WATER COMPANY, LLC,   Hon. Mark A. Goldsmith

a Domestic Limited Liability

Company,

        Defendant.

~~~~~~~~~~~~~~~~~~~~~~~~~~~/

| | |
|---|---|
| DEPONENT: | VIDEOTAPED DEPOSITION OF PATRICK FRANCIS BYRNE APPEARING REMOTELY FROM OAKLAND COUNTY, MICHIGAN |
| DATE: | Monday, January 17, 2022 |
| TIME: | 9:02 a.m. |
| REPORTER: | John J. Slatin, RPR, CSR-5180, Certified Shorthand Reporter, Appearing Remotely From Oakland County, Michigan |

(Appearances listed on page 2)

Patrick Francis Byrne   CORRECTED
January 17, 2022

1    Q.   All right.  Let me ask you this way:  Are you aware of

2         anything missing from this answer to Interrogatory

3         Number 13?

4    A.   No.

5    Q.   Okay.  So, the exemption -- let's -- let's dive in.

6              The exemption that you are relying on in this

7         matter as the basis of not paying the drivers overtime

8         compensation is the Motor Carrier Act exemption;

9         correct?

10   A.   Yes.

11   Q.   Okay.  And, obviously, that is the only exemption that

12        you're relying on; correct?

13   A.   I don't know.

14   Q.   What's that?

15   A.   I don't know.

16   Q.   Are you aware of that you're relying on any other

17        exemption?

18   A.   I don't -- I don't -- I don't know.

19   Q.   So, you're not aware that you're relying on any other

20        exemption; correct?

21   A.   I'm not clear what that question meant.

22   Q.   It -- it's not a trick question.

23             The -- the reason you haven't paid your drivers

24        overtime is because you're taking the position that

25        they're exempt under the Motor Carrier Act; correct?

Patrick Francis Byrne  CORRECTED
January 17, 2022

1   A.   Yes.

2   Q.   And that's the only reason you did not pay them overtime

3        compensation, because you believe they're exempt under

4        the Motor Carrier Act; correct?

5   A.   I don't know that that's the only reason.

6   Q.   Is there any other reason that you're aware of?

7             Again, it's not a trick question.

8   A.   That I'm aware of, no.

9   Q.   Okay.  So let's talk about the Motor Carrier Act

10       exemption.

11            Absopure is a -- is a private motor carrier; is

12       that correct?

13  A.   That's correct.

14  Q.   Okay.  And Plaintiff worked for Defendant as a truck

15       driver; correct?

16  A.   He -- he was a sales and service specialist trainee,

17       which falls under your definition of truck driver.

18  Q.   Okay.  So, for -- for purposes of this discussion, for

19       the deposition, let's talk about the title; okay?

20  A.   Okay.

21  Q.   So, you are aware that there are documentations that

22       refer to him as -- under various names, which includes

23       "driver" or "delivery driver"; correct?

24  A.   Yes.

25  Q.   And you are aware that the job postings that were

Patrick Francis Byrne   CORRECTED
January 17, 2022

```
 1           listed, to ask to fill that position, were for delivery
 2           drivers; correct?
 3    A.     Some, I believe, yes.
 4    Q.     Okay.  And you are aware that the job requirements
 5           concerning a delivery were -- were concerning delivery
 6           of -- of goods; correct?
 7    A.     Partially, yes.
 8    Q.     Okay.  I've -- he's never received any sales training;
 9           correct?
10    A.     I don't know.
11    Q.     Okay.  You're not aware of any sales training provided
12           to the delivery drivers; correct?
13    A.     I'm not sure what you mean by "training."
14    Q.     Have they been provided any formal sales training?
15                I mean, I can -- I can attest to you that you've
16           provided their "training material" and they do not
17           include any sales training material.
18                So, I just want your confirmation that they did not
19           receive any sales training.
20                Is that correct?
21    A.     They -- part of their mentoring from their supervisors
22           would include salesmanship.
23    Q.     Okay.  But you have no evidence to support that
24           statement; correct?
25    A.     Documents?  No.
```

Patrick Francis Byrne  CORRECTED
January 17, 2022

```
 1        and service associates"; correct?
 2   A.   "Sales and service specialists," yes.
 3   Q.   Okay.  And -- okay.
 4             Oh, I'm sorry.  I -- I opened this background
 5        backwards.
 6             On Bates 366, what's the title in this job posting?
 7   A.   "Entry-level route delivery."
 8   Q.   Okay.  And for Bates 364, what's the title in this
 9        posting?
10   A.   "Entry-level route delivery."
11   Q.   Okay.  And for Bates 362, what's the title of this
12        posting?
13   A.   "Entry-level route delivery."
14   Q.   Okay.  And for Bates 360, what's the title of this
15        posting?
16   A.   "Entry-level route delivery."
17   Q.   Okay.
18             I mean, we can keep going.
19             Bates 358, what's the title of this posting?
20   A.   "Entry-level route delivery."
21   Q.   Okay.  And for Bates 356, what's the -- what's the title
22        of this posting?
23   A.   "Entry-level route delivery."
24   Q.   Okay.  Why don't we do one more.
25             Bates 354, what's the level of this post- -- what's
```

Patrick Francis Byrne   CORRECTED
January 17, 2022

```
 1        the title of this posting?
 2   A.   "Entry-level route delivery."
 3   Q.   Okay.  Very good.
 4             And all of the individuals in these job postings
 5        are under what you -- under the title of what you
 6        referred to as "sales service specialists"; correct?
 7   A.   That's correct.
 8   Q.   Okay.  And they were all compensated in the same manner;
 9        correct?
10   A.   What do you mean by "same manner"?
11   Q.   They were -- I mean -- I'm not trying to say they made
12        the same pay or maybe some of them sold more than
13        others, but I'm -- it's not like -- they're all
14        compensated in the same manner.  They all received a
15        daily rate pay as a base and then were eligible to
16        receive additional commissions and bonuses; correct?
17   A.   No.
18   Q.   Why is that statement incorrect?
19   A.   That only applies to the S3Ts.
20   Q.   Please don't use the abbreviation for purposes of this
21        conversation.
22   A.   I'm sorry.
23             That only applies -- what you -- what you just
24        described only applies to the sales and service
25        specialist trainees.
```

Patrick Francis Byrne   CORRECTED
January 17, 2022

```
 1    Q.    Okay.  What -- what's the difference in the method of
 2          compensation between the sales and service specialists
 3          and the sales and service specialist trainees?
 4    A.    All of them are paid based on sales commission.  Only
 5          the S3Ts have a guaranteed minimum.
 6    Q.    The guaranteed minimum of what?  $120?
 7    A.    Correct.
 8    Q.    And so there's no guaranteed minimum in the -- in the
 9          payment for -- the daily payment for the sales and
10          service specialists?
11    A.    There's no daily payment for the sales and service
12          specialists.  There's -- it's -- it's all just a minimum
13          amount.  And there's no guaranteed minimum for sales and
14          service specialists.
15    Q.    So, what if they delivered no items for the day for
16          whatever reason, but they were working?
17                They wouldn't get paid anything?
18    A.    If they didn't go on the road -- the -- we're talking
19          about the sales and service specialists?
20    Q.    Correct.
21    A.    If they didn't go on the road, they -- and they were --
22          and they -- they did -- but they worked in some other
23          capacity -- I'm not sure what that would be -- yeah,
24          they would get paid that -- their daily minimum rate.
25    Q.    What -- what is that?
```

Patrick Francis Byrne   CORRECTED
January 17, 2022

1    A.    Currently, it's $170.

2    Q.    Okay.  So, the sales and service specialist trainees get

3          a -- no matter what happens, they get a daily minimum

4          rate of $120 a day, and the sales and service

5          specialists get a daily minimum rate of a $170 a day;

6          correct?

7    A.    No.

8    Q.    Why not?

9    A.    Because the sales and service specialist trainee is part

10         of their daily -- you know, their day -- their

11         calculation of commission incorporates that minimum.

12   Q.    Right.

13   A.    That is not the case with sales and service specialists.

14   Q.    So, could they ever -- let me ask you this:  Could the

15         sales and service specialists ever earn less than $170 a

16         day?

17   A.    For -- not -- not if they work, no.

18   Q.    Okay.  So, in any day that sales and service specialist

19         works, they will get, at a minimum, $170 a day; correct?

20   A.    Correct.

21   Q.    Okay.  And you will agree that, you know, according to

22         my client, when -- when they're out there working on the

23         field, they're regularly referred to by the company as

24         "the drivers"; right?

25   A.    By the company?  No.  The company only officially refers

Patrick Francis Byrne   CORRECTED
January 17, 2022

```
1              to them as sales and service specialists and sales and
2              service specialist trainees.
3    Q.    Well, that's not true.
4              When the company officially sends out job postings,
5              they officially refer to them as "entry-level route
6              delivery" and "route delivery drivers"; correct?
7    A.    I'm not sure a job posting is an official anything.
8    Q.    Okay.  My question is, the -- the employee -- you are
9              aware that the managers and employees of the company
10             regularly refers to these drivers simply as "drivers";
11             correct?
12   A.    I've heard it used.
13             I don't know if I would say "regularly," though.
14   Q.    Okay.  If you take a look at it on Bates 340.
15             This is an ad for sales service specialist and in
16             quotation marks it says "route delivery."
17             Do you see that?
18   A.    Yes.
19   Q.    So, you would agree that the name "sales service
20             specialist" and "route delivery" is used interchangeably
21             by the company, by Absopure; correct?
22   A.    No.
23   Q.    So, why was it used interchangeably in this job posting?
24   A.    A job posting is a marketing device.
25   Q.    Okay.  So, when you try to market people to work at your
```

Patrick Francis Byrne   CORRECTED
January 17, 2022

```
1                               Monday, January 17, 2022

2                               Reported Remotely from

3                               Oakland County, Michigan

4                               12:47 p.m.

5                      *    *    *

6            (Deposition resumed pursuant to

7            its recess; parties present, same

8            as before.)

9                      *    *    *

10           THE VIDEOGRAPHER:  We are back on the record,

11      File 3, 17:47 Universal Time.

12                     *    *    *

13                 PATRICK FRANCIS BYRNE,

14      after having been previously duly sworn, was examined

15      and testified further as follows:

16                 EXAMINATION (Continued)

17   BY MR. HANNA:

18   Q.   All right.  Let's take a look at the -- excuse me -- the

19        Associate's Employment Handbook.

20             Before we get started, just to confirm, Patrick,

21        you did not speak to your counsel over break, did you?

22   A.   No, I didn't.

23   Q.   Do you speak with any attorneys over break?

24   A.   No.

25   Q.   No.
```

Patrick Francis Byrne   CORRECTED
January 17, 2022

```
 1              Let's take a look at the "Associate Employment
 2      Handbook."
 3              We're going to -- for the record, we're going to
 4      take a look at Bates 184.
 5              And the associate handbook begins on Bates 177.
 6              We're skipping to Bate- -- Bates 184, which is page
 7      7 of that document.
 8              Okay.  Actually, strike that.
 9              We don't need to -- let me see.
10              Okay.  So, you classified the drivers as daily wage
11      exempt; is that right?
12  A.    Uh-huh.
13              THE REPORTER:  I'm sorry --
14  A.    The -- the S3Ts.
15  BY MR. HANNA:
16  Q.    And those are the delivery drivers we are discussing;
17      correct?
18  A.    The sales and service specialist trainees are classified
19      as daily wage exempt.
20  Q.    And what about the sales and service specialists, the
21      non- --
22  A.    They're -- they're commission exempt.
23  Q.    Okay.  And that's according to your internal
24      classification on the -- in the documents; correct?
25  A.    Yes.
```

Patrick Francis Byrne   CORRECTED
January 17, 2022

| | | |
|---|---|---|
| 1 | Q. | Okay.  And the drivers, they don't receive a -- do they |
| 2 | | receive holiday pay? |
| 3 | A. | I believe they do, yes. |
| 4 | Q. | Does Absopure offer vacation pay for its drivers? |
| 5 | A. | Yes. |
| 6 | Q. | And if they -- if they were to take a vacation day, |
| 7 | | they -- they would get their regular day wage for that |
| 8 | | vacation day; correct? |
| 9 | A. | No. |
| 10 | Q. | What would they get? |
| 11 | A. | They get the -- they get their average commissioned |
| 12 | | earnings for the day. |
| 13 | Q. | Is that for all driver -- drivers? |
| 14 | A. | It's only for the sales and service specialists. |
| 15 | Q. | What about the trainees? |
| 16 | A. | The trainees get the daily rate. |
| 17 | Q. | Okay.  All right.  And Absopure offers flex pay for its |
| 18 | | drivers; right? |
| 19 | A. | Correct. |
| 20 | Q. | And if you took -- if the driver took a flex day, they |
| 21 | | would receive the daily wage rate for that flex day; |
| 22 | | correct? |
| 23 | A. | No.  Same as before.  The S3's would get their average |
| 24 | | commission earnings for that day, and the S3Ts would get |
| 25 | | their daily rate. |

Patrick Francis Byrne   CORRECTED
January 17, 2022

1   Q.   I'm sorry.  Can you answer that question without using

2       the abbreviations for the record?

3   A.   I'm sorry.  Can I -- can we start -- can you ask again?

4       Can we start over?

5   Q.   Yeah.  I'm talking about the flex pay.

6           What kind of flex pay are the drivers eligible to

7       receive?

8           So, let's start off with the trainees.

9           What kind of -- do the trainees -- does Absopure

10      offer flex pay for the trainees?

11  A.   You know, I'm not -- the thing I -- I'm not sure because

12      of the -- the -- the time in which things -- different

13      benefits kick in.  I'm not 100 percent sure what --

14  Q.   Can you elaborate on what you mean by that?

15  A.   Well, yeah.  I mean, there's -- there's -- just in a

16      general sense, there's like a certain number of days

17      between -- before, you know, they're eligible for

18      certain benefits.

19  Q.   Sure.  I'm -- I'm talking about once they become

20      eligible for it.  I understand what you're saying.

21  A.   Right.

22           Yeah, the S3Ts would get their daily rate for a

23      flex day and the S3s would -- I'm sorry.  I'm

24      abbreviating.

25           The sales and service specialist trainees would get

Patrick Francis Byrne  CORRECTED
January 17, 2022

```
 1        their average daily rate, and the sales and service
 2        specialists would get their -- the average of their
 3        commission for a day.
 4   Q.   Okay.  And you have the same alcohol and substance
 5        policy for all -- for all Absopure employees; correct?
 6   A.   I believe so, yes.
 7   Q.   Okay.  All right.  It appears from your advertisement
 8        that Absopure essentially requires the drivers to have
 9        the ability to obtain a CDL license; correct?
10   A.   Yes.
11   Q.   Okay.  Obviously, you're aware that Plaintiff never had
12        a CDL license; correct?
13   A.   I --
14   Q.   During his employment.
15             He got -- I believe he may have --
16   A.   Yeah.
17   Q.   -- got it later but I'm talking about during his
18        employment.
19             You are aware that, during his employment,
20        Plaintiff never had a CDL license; correct?
21   A.   Yes.
22   Q.   And he was employed at Absopure for about a year and a
23        half; is that correct?
24   A.   Yes.
25   Q.   And Plaintiff could not drive out of state without a CDL
```

Patrick Francis Byrne   CORRECTED
January 17, 2022

| | | |
|---|---|---|
| 1 | | license; correct? |
| 2 | A. | No. |
| 3 | Q. | How was he able to drive out of state with a CDL |
| 4 | | license? |
| 5 | A. | I believe that only applies if he was over the age -- if |
| 6 | | he was under the age of 21. |
| 7 | Q. | So, if he's over the age of 21, he is able to drive out |
| 8 | | of state without a CDL license? |
| 9 | A. | Yes. |
| 10 | Q. | I'm not talking about like me driving out of state or |
| 11 | | you. |
| 12 | | I'm talking about -- you're talking about driving |
| 13 | | for the company as a professional driver? |
| 14 | A. | That's my understanding, yes. |
| 15 | Q. | What is he able to drive out of state without a CDL |
| 16 | | license?  What kind of vehicle? |
| 17 | A. | He can't drive a CDL vehicle -- |
| 18 | Q. | He -- |
| 19 | A. | -- anywhere. |
| 20 | Q. | I'm sorry.  You said he "can" or "cannot"? |
| 21 | A. | He cannot.  I'm sorry. |
| 22 | | He cannot drive a CDL vehicle, a vehicle that |
| 23 | | requires a CDL, anywhere, in or out. |
| 24 | Q. | Right. |
| 25 | | And what are -- what are the vehicles that do not |

Patrick Francis Byrne   CORRECTED
January 17, 2022

```
 1        require a CDL?
 2   A.   Anything up to 26,000 pounds.
 3   Q.   So, do you believe he could have drove a vehicle up to
 4        26,000 pounds out -- within interstate commerce, out --
 5        to another state without a CDL license?
 6   A.   Yes.
 7   Q.   Okay.  And ultimately he never did that during his
 8        employment; correct?
 9   A.   He did not.
10   Q.   Okay.  Very good.
11             Let's talk about -- so, there's essentially --
12        correct me if I'm wrong.  There's essentially two
13        arguments that are leading you to the conclusion that
14        the drivers are allegedly MCA exempt.  There's the
15        argument about them actually driving from one state to
16        the next, which we've discussed the licensing for.  It
17        appears that you have a license for that.
18             And the second argument is the intrastate driving,
19        which we've looked at the license, and you don't have a
20        license for that with the DOL -- the -- yeah, the DOT;
21        is that correct?
22   A.   That's a lot.
23             I would simply state that we -- our position is
24        that he's exempt on his Motor Carrier exemption.
25   Q.   Okay.  And that position is based on two arguments:
```

Patrick Francis Byrne   CORRECTED
January 17, 2022

```
 1          One, that the drivers drive the -- strike that.

 2              Let's just get into it.

 3              Does -- does Absopure have a seniority policy for

 4      preference purposes as it relates to the drivers?

 5  A.  As far as?

 6  Q.  As far as like preferred routes.

 7  A.  No.

 8  Q.  Are there routes that are high -- more highly sought

 9      after?

10  A.  I -- I'm not sure.  I -- can you rephrase that?

11  Q.  So, the -- there's routes that are obviously a lot

12      longer than others; right?

13  A.  The -- yeah.  The routes are various lengths.

14  Q.  Yeah.

15              So, there's, for example, routes where some of the

16      drivers go from Michigan to Indiana, Ohio, and then

17      there's routes where they go perhaps a few miles from

18      the actual facility; right?

19  A.  Yes.

20  Q.  So, why would -- why would anybody want to drive out of

21      state?  What -- what would be the preference -- what

22      additional compensation would you get for driving out of

23      state, I guess I should say?

24  A.  I don't know.

25  Q.  You're not aware of -- so, they get -- they all get
```

1        compensated the same regardless of the route distance?

2   A.   As far as I know, yes.

3   Q.   Okay.  I mean, the -- essentially, what -- your

4        testimony is they're getting paid a minimum amount, and

5        then they're also getting paid what you referred to as

6        "commission" for the delivery of goods; rights?

7   A.   No.

8   Q.   What's incorrect about what I just said?

9   A.   They're being paid commission for selling goods to

10       customers, and the smaller group of S3Ts are --

11  Q.   Don't use the abbreviation --

12  A.   -- below the minimum.

13  Q.   Can you please rephrase that without using the

14       abbreviation, just for the record, because it's kind of

15       hard to --

16  A.   I know.  I'm -- I'm sorry.  I'm just --

17  Q.   It's your lingo.  I get it.

18  A.   I know.  I'm sorry.

19            The -- can we -- can you re-ask and can we start

20       over?

21  Q.   Okay.  So --

22  A.   I'm sorry.

23  Q.   No, no.  You're good.

24            My question was, why -- why would anybody want to

25       drive out of state if they're only getting paid based on

Patrick Francis Byrne   CORRECTED
January 17, 2022

```
 1        the commission and, you know -- and the potential
 2        minimum daily rate when they could just drive a route
 3        that's two miles and they could, you know, potentially
 4        sell or whatever to closers customers?
 5             Why would you want to spend half a day driving
 6        across a different state?
 7   A.   I don't know.
 8   Q.   Do you pay them at all by the -- the mileage they're
 9        driving?
10   A.   No.  I don't believe so, no.
11   Q.   Are they driving larger -- the -- the people that are
12        going from one state to the next, are they driving
13        larger -- are they delivering larger shipments?
14   A.   It -- it varies.
15   Q.   So, in essence, you could have a driver who is driving
16        two miles from their home, coming back home at
17        5:00 p.m., as opposed to a driver that's out for
18        whatever, all day, to go to a different state and coming
19        back.  And that driver going out of state is doing all
20        this extra driving for the company, and they could end
21        up getting paid less?
22   A.   I don't know.  It's hypothetical.  I'd have to see it --
23        you'd have to go -- I don't know.
24   Q.   I guess my question to you is, are you aware of any
25        additional compensation component for these drivers that
```

Patrick Francis Byrne   CORRECTED
January 17, 2022

```
 1        are actually regularly scheduled to drive out of state?
 2   A.   I am not, no.
 3   Q.   Okay.  Okay.
 4             Let's take a look at Bates 718 for the record.
 5             You don't pay drivers by the mileage at all, do
 6        you?
 7   A.   No.
 8   Q.   Okay.  So, there is no mileage component.
 9             All right.  Let's take a look at Bates 718 for the
10        record.
11             So, I believe we previously talked to the
12        groupings.
13             And this is the west, north, south and Cost- --
14        Costco driver groups; correct?
15   A.   Yes.
16   Q.   Okay.  Do you know -- and I'm -- do you know how these
17        routes are assigned to the particular drivers?
18   A.   No.
19   Q.   Okay.  And just for the record, we talked about the
20        other three divisions.  Costco, is that like one Costco
21        or several Costcos or what?
22   A.   It's several.
23   Q.   Okay.  Okay.  And it appears, in the beginning of his
24        employment, Plaintiff was assigned Route 11017.
25             Is that correct?
```

Patrick Francis Byrne   CORRECTED
January 17, 2022

1            How does that work?

2   A.   Who is -- who is "they"?

3   Q.   The customer.

4   A.   And that -- and -- you need to be more specific than

5        that.

6            What are you --

7   Q.   You said that the invoices are -- the billing date is

8        the date that the invoices were generated from the

9        customer; right?

10  A.   Yes.

11  Q.   So, my question is, how were they generated?  Do you

12       have like an online software that they go on and -- how

13       does that work?

14  A.   They're generated on a handheld computer that the

15       S3 service -- sorry -- sales and service specialists and

16       sales and service specialist trainees have with them.

17  Q.   Oh, so -- okay.  So, this is the delivery date?

18           So, this is the driver's -- like, for example, the

19       first line on Bates 474 is Jeremy Cronenwett, and he

20       went to Columbia City, Indiana.

21           Do you see that?

22  A.   Yes.

23  Q.   So, "Billing Date 10-2-17," this is reflective of a

24       delivery on 10-2-17; is that right?

25  A.   Yes.

Patrick Francis Byrne   CORRECTED
January 17, 2022

1   Q.   Okay.  That was my question.

2        And that -- that is generated from a -- the

3        handheld device where he inputs everything being

4        delivered at that time to this particular company --

5        customer; correct?

6   A.   Yes.

7   Q.   Okay.  Very good.

8        And so ultimately he's going there because, I'm

9        assuming, they preordered a certain amount of products;

10       correct?

11  A.   No.

12  Q.   How -- why is he going there?

13  A.   As a scheduled visit at a customer on that day.

14  Q.   Okay.  They have scheduled visits?

15  A.   Yes.

16  Q.   Okay.  And then does he also ask them, "Hey, do you want

17       more of this product or that product?"

18  A.   Among other things, yes.

19  Q.   Okay.  And do they regularly sell additional products?

20  A.   I don't -- I'm not sure what -- what you mean by

21       "regularly."

22  Q.   Sure.

23       So, at that point, he's able to sell additional

24       products to the extent the customer orders same or

25       requests same; correct?

Patrick Francis Byrne   CORRECTED
January 17, 2022

```
 1    A.   He can, yes.
 2    Q.   Okay.  And the invoice that would be created would
 3         include all of the items that he delivered to the
 4         customer on that date; correct?
 5    A.   Correct.
 6    Q.   And he would get a commission based on all the items on
 7         that list; correct?
 8    A.   Correct.
 9    Q.   Okay.  What is the reference number?
10    A.   That reference number is the number that gets printed on
11         the customer's invoice in case they want to reference
12         that specific transaction when they pay.
13    Q.   Okay.  Very good.
14              What is "Ship to Customer Number"?
15              Is that the -- is that your client customer number?
16    A.   Yes.
17    Q.   Okay.  So, this -- the first one is whoever Customer
18         948662 happens to be; correct?
19    A.   Correct.
20    Q.   Okay.  All right.  And what is -- "Ship to City," I'm
21         assuming that's the city the customer is located; right?
22    A.   That's correct.
23    Q.   What is "Shipment"?  What is this?
24    A.   Ship- -- "Shipment" is the collection of visits for a
25         given route on a given day.
```

Patrick Francis Byrne   CORRECTED
January 17, 2022

```
 1    Q.   Okay.  So -- okay.  So, Mr. Cronenwett went to -- is

 2         that his route number?  Is that -- am I saying that

 3         right?

 4    A.   No.

 5    Q.   No?

 6    A.   It -- it is not.

 7    Q.   Okay.  So, in the beginning of the day, I believe they

 8         get like a printout of where they're going for the day;

 9         correct?

10    A.   They can, yes.

11    Q.   As a -- how else could they get it?

12              Could they get it electronically?  Is that what

13         you're saying?

14    A.   They -- typically, they -- a lot of them don't need that

15         printed list --

16    Q.   How do they know where --

17    A.   -- because --

18    Q.   Go ahead.  I'm sorry.

19    A.   The customers are in a handheld device.

20    Q.   Okay.  So, you're saying they might not need to print it

21         out because their handheld device identifies their route

22         for the day; is that right?

23    A.   Yes.

24    Q.   Okay.  So, if this -- so, this isn't his like route

25         number that he regularly takes?  This is like a specific
```

Patrick Francis Byrne   CORRECTED
January 17, 2022

```
 1        Mr. Acho, I should be right around that time.  So, to
 2        the extent I need more, it might be like 10, 15 minutes.
 3        But I'm -- let me -- I'll try to move as fast as I can.
 4              MR. ACHO:  And then I will not go beyond seven
 5        hours.
 6              MR. HANNA:  That -- that's up to you.  We can take
 7        it to the court and we can bring him back.  It will be
 8        up to you to make that decision.  I'm not -- I'm not
 9        here to fight anybody.  So --
10   BY MR. HANNA:
11   Q.   It looks like -- all right.
12              So, this looks like some of the items that Mr. Guy
13        delivered while working Route 11050?
14              Is that right?  On January 6th?
15   A.   Yes.
16   Q.   And 745 is some of the stuff he did on January 13;
17        right?
18   A.   Yes.
19   Q.   Okay.  And I believe I've asked this already, but you
20        have no way of knowing if any of these items are the
21        items received on Bates 742; correct?
22   A.   The items -- the item listed below -- on the documents
23        below?
24   Q.   Yeah.  On 744.
25   A.   That's correct.
```

Patrick Francis Byrne   CORRECTED
January 17, 2022

1   Q.   Okay.  Let's go to Bates 80 for a second.

2        All right.  So, we're going to take a look at Bates

3        80, which is -- this is a pay stub for Mr. Guy.

4        It shows all the commission he received for the

5        items that he delivered for that day; correct?

6        It looks like -- yeah.

7        Is that right?

8   A.   Is what right?

9   Q.   The pay stub would show all the commissions Mr. Guy

10       received for all the items that he delivered for that

11       particular period of time; right?

12  A.   Yes.

13  Q.   Okay.  Okay.  And at the end of the day of a driver

14       driving, how do you know all of the items that he

15       delivered?  Is -- is it because he's input all that

16       information in the handheld?

17  A.   Yes.

18  Q.   Okay.

19  A.   I'm sorry.  I should have paused there.

20  Q.   You're good.

21       MR. HANNA:  And for the -- can I just ask the court

22       reporter how -- the videographer how long we've been on

23       the record?

24       THE VIDEOGRAPHER:  According to what I -- if you

25       want to know how much for seven hours of running time,

Patrick Francis Byrne   CORRECTED
January 17, 2022

```
 1   I've got two hours and 40 minutes left.
 2        MR. HANNA:  So, we have two hours and 40 minutes.
 3   Okay.  Very good.
 4        THE VIDEOGRAPHER:  It's running --
 5        MR. ACHO:  I believe -- I believe you're mistaken.
 6        THE VIDEOGRAPHER:  I can give you the exact
 7   times --
 8        MR. ACHO:  These aren't --
 9        THE REPORTER:  I'm sorry?
10        MR. ACHO:  Wait.  These aren't just times when he
11   questioned, when we've been on the record.  That's when
12   it's supposed to be.
13        MR. HANNA:  He is talking about -- that is correct.
14   You're -- you're incorrectly counting the break time,
15   Mr. Acho.
16        MR. ACHO:  No.  No.  We only had a 30-minute break
17   and a five-minute break.
18        We only had 35-minute break.  That's it.
19        MR. HANNA:  All right.  You can take your position.
20   You can do what you want.  I'll seek sanctions and come
21   back.  We've literally had the videographer tell us how
22   much time we've got left.
23        THE VIDEOGRAPHER:  I can give you the exact times
24   if you'd like.
25        MR. HANNA:  Sure.  Give --
```

Patrick Francis Byrne   CORRECTED
January 17, 2022

```
 1   A.   Yeah -- yes.  Some customers, yes.
 2   Q.   Okay.  All right.  Let's go back to 95.
 3        The drivers can't pick which order their routes are
 4        delivered in; right?
 5   A.   I'm sorry.  Can you say that more clearly?  I just
 6        missed it.
 7   Q.   Yeah.
 8        They -- I -- I've seen the list -- the -- the
 9        printout that says, you know, "Go to this customer, turn
10        right here, go straight there, go to this customer.
11        Take this road," et cetera.
12        So, the drivers, they don't get to pick which order
13        that they -- they deliver items on their route to;
14        correct?
15   A.   That's incorrect and -- and -- that's incorrect.
16   Q.   Okay.  I'll show you that document.
17        Are they -- for -- I guess I'm trying to get to
18        Number 6.
19        What, if anything, can they do to plan efficient
20        routing each day?
21   A.   How -- how long -- how long do you want to be here?
22        So, part of their -- they review each route each
23        day the day before with their manager, and have input
24        into that sheet that you see printed out in -- of the
25        customers in a given order.
```

Patrick Francis Byrne   CORRECTED
January 17, 2022

1               So, they -- they can make suggestions, and they can

2         change the order in which a route is run then.

3               And then further, when they're on the route, that

4         only serves as a general guideline given a myriad of

5         circumstances that could arise during the day.  The

6         S3s and S -- the service specialists and service

7         specialist trainees have the ability to modify as needed

8         to satisfy customers.

9   Q.   Okay.  All right.  We've received the pay records for

10        the Plaintiff, and we haven't received them for anyone

11        else.

12              But for purposes of our discussion, I believe

13        Plaintiff's pay and pay records are representative of

14        the other drivers; right?

15  A.   I don't know.

16              I mean in what regard?

17  Q.   The method of -- the method of compensation.

18              Obviously, everyone gets paid a different amount,

19        depending on what they've done, but the method of

20        compensation is the same; correct?

21  A.   For an S3T -- for a sales and service specialist

22        trainee, yes.

23  Q.   And what is the difference between -- for the sales and

24        service specialists as far as method of compensation?

25  A.   I'm sorry.  For the -- for the trainees?

Patrick Francis Byrne  CORRECTED
January 17, 2022

```
1   Q.   No.  For the specialists, the nontrainees.

2   A.   Well, they're all being -- they're -- they're all paid

3        commission.  And I think we covered this earlier, but

4        I'll repeat it.

5             They -- the difference is that the sales and

6        service specialist trainee is paid a commission but has

7        that guarantee as a minimum of $120 they can make.

8   Q.   Okay.

9   A.   The sales and service specialists do not have that

10       minimum amount they can make factored in.

11  Q.   We've talked about that, but no matter what happens --

12  A.   The -- the end result is no different.  I'm just trying

13       to be clear.

14  Q.   Okay.  And they're paid a commission for all the items

15       that they deliver on any given day; correct?

16  A.   Yes.

17  Q.   Okay.  Very good.

18            MR. HANNA:  Can we -- how long have we been on the

19       record?

20            THE VIDEOGRAPHER:  Do you want me to add it up

21       right now?

22            MR. HANNA:  Yeah.

23            Can we -- let's go off the record, and can you add

24       it up?

25            THE VIDEOGRAPHER:  Okay.
```

Patrick Francis Byrne   CORRECTED
January 17, 2022

```
 1              MR. HANNA:  I do have to run to the bathroom, too.

 2              THE VIDEOGRAPHER:  We're pausing at 19:33:18

 3       Universal Time code.

 4                  (Short recess at 2:33 p.m.)

 5                       *    *    *

 6                  (Record resumed at 2:36 p.m.)

 7              THE VIDEOGRAPHER:  We are back on the record.  File

 8       4, 19:36.

 9  BY MR. HANNA:

10  Q.   Okay.  I see that the drivers also get compensated a

11       bonus in addition to the commission.

12              What is that bonus for?

13  A.   Do you know which -- do you know which one -- do you

14       know -- what are you referring to?

15  Q.   Let me just ask you this:  What bonuses are the drivers

16       entitled to receive other -- let's go back.

17              The commissions they're receiving is for all of the

18       items they delivered for the day; correct?

19  A.   Yes.

20  Q.   Okay.  So, are they entitled to any additional bonuses?

21              Let me ask it that way.

22  A.   Sales and service specialists do have a bonus, yes.

23  Q.   For what?

24  A.   They have the opportunity to earn an additional

25       1 percent of their sales less some deductions for
```

Patrick Francis Byrne   CORRECTED
January 17, 2022

```
 1        some -- some measured process stuff.
 2   Q.   Okay.  For -- I -- I assume that means referring to if
 3        they sell a specific product here and there.
 4             Is that right?
 5   A.   No.  It's -- it's -- effectively it's potentially
 6        1 percent of sales paid out quarterly.
 7   Q.   Okay.  And that accounts for all the deliveries they
 8        made?
 9   A.   Yes.
10   Q.   Okay.  I've seen that document.
11             Essentially, they have to sign like a non- --
12        noncompete agreement, and then they could be eligible
13        for it; right?
14   A.   Yeah.  They sign an agreement, and they can be eligible
15        for it, yes.
16   Q.   That's right.
17             On average, do you have any idea as to what
18        percentage that bonus would account for the average
19        compensation a driver received?
20   A.   Not off the top of my head, no.  I'd have to -- no.
21   Q.   Okay.  And the drivers received benefits -- well, here.
22        Let me just show you.
23             The drivers received benefits as hourly associates;
24        is that right?
25             We'll look at Bates 178.
```

Patrick Francis Byrne   CORRECTED
January 17, 2022

```
 1            There we go.  Drivers received benefits as hourly
 2       associates; is that right?
 3   A.   I -- I don't -- I don't know.  I don't necessarily read
 4       it that way, but --
 5   Q.   What do you -- how do you read this?
 6   A.   Well, it says -- I mean, I'm not familiar with this
 7       document.  But it does say "hourly and driver benefits."
 8   Q.   Oh, fair -- fair point.  I misread it.
 9            Okay.  And the -- the -- the compensation that they
10       receive, it's intended to cover a 40 -- they weren't
11       paid overtime -- the -- let me just ask you:  The
12       drivers were not paid a time-and-a-half premium for
13       their overtime hours worked; correct?
14   A.   Correct.
15   Q.   Okay.  So, the total compensation that they received is
16       intended to cover the drivers for a 40-hour work week;
17       correct?
18   A.   Say that again.
19   Q.   The total compensation that any driver would have
20       received was intended to cover them for a 40-hour work
21       week; right?
22   A.   The compensation they received was intended to pay them
23       based upon the commission they generated on their sales.
24   Q.   For -- I know.  I -- I understand that.
25            And it was intended to cover compensation for a
```

Patrick Francis Byrne   CORRECTED
January 17, 2022

```
 1        40-hour work week?
 2   A.   I -- I don't think so.  I don't know.  No.
 3   Q.   It was not intended to cover their compensation for --
 4   A.   It's --
 5   Q.   Go ahead.
 6   A.   But it's -- it's incentive.  It's the commission they
 7        generate from their sales.
 8   Q.   Okay.  So, give me one second.
 9             I'm just trying to look up something.
10             MR. ACHO:  Do you need a break?
11             MR. HANNA:  No.  I -- I just need to figure out
12        something.  I don't want to waste time.  Just give me
13        one second.
14             Thank you, though.
15             Do you know what?  I'm sorry.  Yes.  Why don't we
16        just take a two-minute break.
17             THE VIDEOGRAPHER:  Okay.  We're pausing.
18                  (Short recess at 2:42 p.m.)
19                       *   *   *
20                  (Record resumed at 2:44 p.m.)
21             THE VIDEOGRAPHER:  We are back on the record,
22        19:44.
23   BY MR. HANNA:
24   Q.   Okay.  So, Patrick, in the beginning of the -- I -- I
25        didn't ask you this earlier, but in the beginning of the
```

Patrick Francis Byrne   CORRECTED
January 17, 2022

```
 1        workday, do they -- the drivers, when they're -- when
 2        they have the list of the day, that they need to go to
 3        Customer X, Y, Z, do they have like some kind of
 4        indication or estimation as to how much this -- products
 5        they should bring for this customer?
 6   A.   Yes.
 7   Q.   Okay.  And when was that -- okay.
 8             So, they get -- they get a list saying Customer X,
 9        Y, Z typically wants 20 items of Product A, 30 items of
10        Product B, et cetera; is that right?
11   A.   Yes.
12   Q.   Okay.  Okay.  Let's take a look at -- let's take a look
13        at Bates 90.
14             So, this -- for the record, we're looking at
15        Defendant's Bates 90.
16             So, this is the pay for Plaintiff, for example, and
17        it looks like this is the compensation he received for
18        that year.
19             Do you see that?  The year-to-date?
20   A.   Yeah.  Yes.
21   Q.   Okay.  So, for -- for 2019, for example, it appears the
22        Plaintiff received $30,000 as -- $30,600 as regular pay;
23        right?
24   A.   (No verbal response.)
25   Q.   Is that correct?
```

Patrick Francis Byrne   CORRECTED
January 17, 2022

```
 1              Hello?  Can you hear me?
 2   A.    Yes.
 3   Q.    Okay.  And it appears that he received $14,947.05 for
 4         commission; right?
 5   A.    Yes.
 6   Q.    And $600 for holiday pay; right?
 7   A.    Uh-huh.
 8              THE REPORTER:  I'm sorry.  Is that --
 9   BY MR. HANNA:
10   Q.    And --
11              THE REPORTER:  Is that "yes"?  Sorry.
12   A.    Yes.
13              I'm sorry.
14              THE REPORTER:  Thank you.
15   BY MR. HANNA:
16   Q.    And an additional $186 in bonus.
17              Do you see that?
18   A.    Yes.
19   Q.    What is that bonus for?  Do you know?
20   A.    I -- no, I'd be -- I'm not sure what maps to what line
21         on here exactly.  I'm not sure.
22   Q.    Okay.  And he says he gets -- he got $203 for "H20
23         commission."
24              Do you know what that's for?
25   A.    No.
```

Patrick Francis Byrne   CORRECTED
January 17, 2022

```
 1   Q.   Okay.  I believe we've established this already, but you
 2        do not pay the drivers an overtime premium for hours
 3        worked over 40; correct?
 4   A.   That's correct.
 5   Q.   And I'm -- I'm wrapping up, but I just want to make sure
 6        we -- we've -- I've received this.
 7             You believe you've provided the -- the name of all
 8        drivers employed in Michigan in your answer -- in your
 9        answers to discovery; right?
10   A.   Yes.
11   Q.   Okay.  Okay.  Let's take a look at the "Driver Handbook"
12        real quickly, which begins on Bates 98.
13             Do you know who created -- drafted this document?
14   A.   The "Driver --" no, I don't.
15   Q.   Okay.  So, is it your position, for the record, that
16        the -- this driver's handbook -- which is, for the
17        record, Bates 98 to 116, that this is a driver handbook
18        provided to all of Absopure's drivers in Michigan from
19        2017 to present; correct?
20   A.   Yes.
21   Q.   And there's no other versions of this document; right?
22   A.   Not -- not that I'm aware of, no.
23   Q.   Okay.  I -- I don't see a cover page, but I believe it
24        starts with his policy statement and then the pages are
25        numbered.
```

Patrick Francis Byrne  CORRECTED
January 17, 2022

| | | |
|---|---|---|
| 1 | | Okay.  Bates 98. |
| 2 | | What is -- what is the "Fleet Safety Program"? |
| 3 | | Do you know what a Fleet Safety Program is? |
| 4 | A. | I believe it's referring to this document, itself, but |
| 5 | | I -- I don't know. |
| 6 | Q. | Okay.  Have you spoken to any of the drivers about this |
| 7 | | lawsuit employed by Absopure? |
| 8 | A. | No. |
| 9 | Q. | Has anybody for or on behalf of Absopure spoken to any |
| 10 | | of the drivers about this lawsuit? |
| 11 | A. | I wouldn't know. |
| 12 | Q. | Okay.  Do you have any evidence one way or another |
| 13 | | concerning their desire to join? |
| 14 | A. | No, I -- I don't know. |
| 15 | Q. | Okay.  And just to wrap -- wrap things up, as far as |
| 16 | | your defenses go, you believe all of the truck drivers |
| 17 | | in Michigan are exempt under the Motor -- Motor Carrier |
| 18 | | Act exemption based on the same reasons we discussed |
| 19 | | earlier; correct? |
| 20 | A. | Yes. |
| 21 | Q. | Okay.  All right.  Do you know who made the decision to |
| 22 | | classify the drivers as exempt? |
| 23 | A. | Who? |
| 24 | | No. |
| 25 | Q. | It was just -- it was just there when you got there, |