# EXHIBIT 4

**Guy v. Absopure - List of Opt-In Plaintiffs with Employee Numbers**

| Empl No. | Last Name | First Name |
|---|---|---|
| 1600 | Aniol | John |
| 37862 | Armstead | Aaron |
| 38033 | Armstead | Dwane |
| 37755 | Banks | Erick |
| 43713 | Belonga | Lucas |
| 17118 | Brown | Keith |
| 37783 | Childs | Dannielle |
| 31398 | Clendennin | Ryan |
| 37785 | Fish | Caleb |
| 28470 | Guy | Justin |
| 28783 | Householder | Boaz |
| 38559 | Jacek | Shawn |
| 38717 | Jackson | Matthew |
| 43215 | Johnson | Gary |
| 39341 | Lammer | Ricardo |
| 42997 | Newkirk | Antony |
| 42544 | Okimoto | Paul |
| 43325 | Pemberton | Terry |
| 29815 | Perry | Charles |
| 31614 | Phipps | Kevin |
| 43785 | Redmer | Nathan |
| 43955 | Rhodes | Ryan |
| 44398 | Skonieczny | Jesse |
| 41675 | Sujkowski | David |
| 39890 | Tampa | Jordan |
| 41647 | Winconek | Kyle |
| 44901 | Woldt | George |