## INDEX TO EXIBITS

EXHIBIT 1   Defendant's May 26, 2023 Statements of Relevant Facts

EXHIBIT 2   Plaintiffs' June 9, 2023 Responses to Defendant's Statements of Facts

EXHIBIT 3   The Redated Deposition Transcript of Plaintiff Terry Pemberton dated July 3, 2023

EXHIBIT 4   The Redated Deposition Transcript of Plaintiff Keith Brown dated July 3, 2023

EXHIBIT 5   The Redated Deposition Transcript of Plaintiff David Sujkowski dated July 6, 2023

EXHIBIT 6   Plaintiffs' July 27, 2023 3rd Supplemental Initial Disclosures with Exhibit A

EXHIBIT 7   Excerpts from John Aniol Handheld check in-check out times

EXHIBIT 8   Excerpts from Kevin Phipps Handheld check in-check out times