# EXHIBIT 4

KEITH BROWN
July 03, 2023

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

JUSTIN GUY, individually and
on behalf of those similarly
situated,

        Plaintiff,

vs.                Case No. 20-cv-12734-MAG-EAS

                    Hon. Mark A. Goldsmith

ABSOPURE WATER COMPANY, LLC,
a domestic limited liability
company,

        Defendant.

_____

    The Remote Deposition of KEITH BROWN,

    Commencing at 10:04 a.m.,

    Monday, July 3, 2023,

    Before Helen F. Benhart, CSR-2614,

    Appearing remotely from Wayne County, Michigan.

KEITH BROWN
July 03, 2023

Page 2

1  REMOTE APPEARANCES:
2
3  ANDREW R. FRISCH
4  Morgan & Morgan, P.A.
5  8151 Peters Road
6  Suite 4000
7  Plantation, Florida  33324
8  (954) 967-5377
9  afrisch@forthepeople.com
10       Appearing on behalf of the Plaintiff.
11
12 MICHAEL O. CUMMINGS
13 Cummings, McClorey, Davis & Acho, P.L.C.
14 1185 Avenue of the Americas
15 Third Floor
16 New York, New York 10036
17 (212) 547-8810
18 mcummings@cmda-law.com
19       Appearing on behalf of the Defendant.
20
21
22
23
24
25

Page 3

1                    TABLE OF CONTENTS
2
3  WITNESS                                             PAGE
4  KEITH BROWN
5
6  EXAMINATION
7  BY MR. CUMMINGS:                                      4
8  EXAMINATION
9  BY MR. FRISCH:                                       49
10
11                        EXHIBITS
12
13 EXHIBIT                                             PAGE
14 (Exhibit electronically provided to the reporter.)
15
16 DEPOSITION EXHIBIT 1                                  36
17
18
19
20
21
22
23
24
25

Page 4

1  Remote Proceedings
2  Monday, July 3, 2023
3  10:04 a.m.
4
5         THE REPORTER:  The attorneys participating
6  in this deposition acknowledge that I am not
7  physically present in the deposition room.  They
8  further acknowledge that in lieu of an oath
9  administered in person, the witness will verbally
10 declare his testimony in this matter is under penalty
11 of perjury.  The parties and their counsel consent to
12 this arrangement and waive any objections to this
13 manner of reporting.  Please indicate your agreement
14 by stating your name and your agreement on the record.
15        MR. FRISCH:  Andrew Frisch for the
16 plaintiff, yes.
17        MR. CUMMINGS:  Michael Cummings for
18 Defendant, yes.
19              KEITH BROWN,
20 Was thereupon called as a witness herein, and after
21 having been first duly sworn to testify to the truth,
22 the whole truth and nothing but the truth, was
23 examined and testified as follows:
24                   EXAMINATION
25 BY MR. CUMMINGS:

Page 5

1  Q.  Good morning, Mr. Brown.
2  A.  Good morning.
3  Q.  So you're having your deposition taken today.  Have
4      you ever had your deposition taken before?
5  A.  No, sir.
6  Q.  So I'm going to run through a few details, preliminary
7      details.  A deposition is testimony for a court case,
8      and like as if you were in actual court, you are under
9      oath and the court reporter is taking down what you
10     say and will produce a transcript, a written record of
11     that, and you will be provided a copy.  So, first of
12     all, I understand that you are -- I'll ask you to
13     confirm that you know that you're under oath and
14     potentially subject to penalties for perjury if you
15     knowingly state anything false.
16 A.  Yes, I understand.
17 Q.  I'm going to be asking you a series of questions and
18     perhaps -- by the way, can you hear me okay?
19 A.  Yeah, I can hear you, yes.
20 Q.  I'll try to speak louder.  I'm on a headphone mic.
21     Let me see.  I'll hold it up a little closer here.
22           If at any time you don't hear me or don't
23     understand my question either because you can't hear
24     the words or it doesn't make sense, I would ask that
25     you please let me know.  Is that okay?

KEITH BROWN
July 03, 2023

Page 6

1   A.  Yes.
2   Q.  Okay. And, also, I would ask that you -- when you
3       give answers, as you just did, say the word yes or no
4       rather than nodding your head or saying mm-hum.
5   A.  Yes.
6   Q.  And, also, I'd like if I ask you a question and you're
7       not sure, I don't -- I would ask you not to guess.
8       However, if you have an approximation about when or
9       about how long or about what date, that's fine to give
10      approximations but not pure guesses. Do you
11      understand? Or speculations. Do you understand?
12  A.  Yes.
13  Q.  Okay. Now, is there anything that might keep you from
14      giving me full and complete answers today such as
15      typically some people are under medication or some
16      kind of drug or other factors that might affect their
17      ability to hear and answer questions. Is there
18      anything like that going on with you today?
19  A.  No, sir.
20  Q.  Okay. Now, your attorney may object to the questions.
21      Most of the time that means he's putting something on
22      the record. He doesn't like the form or something
23      about the question, but normally you would answer
24      unless your attorney specifically instructs you not
25      to. Do you understand?

Page 7

1   A.  Yes.
2   Q.  And may I ask where are you today with this
3       deposition?
4   A.  I am at the law office. It's in one of their rooms
5       right now.
6   Q.  Okay. Is anyone with you in the room?
7   A.  No.
8   Q.  Do you have any computing or communications devices
9       with you at the moment?
10  A.  I have a phone, but it's on silent.
11  Q.  Okay. And there's an agreement in the case that you
12      won't be communicating with anyone about this
13      deposition while it's going on. Do you understand
14      that?
15  A.  Yes.
16  Q.  Now, I expect this deposition to be under two hours,
17      and I won't necessarily take a break, but if at any
18      time you think you need a break, bathroom break or
19      anything else, please let me know.
20  A.  Okay.
21  Q.  As long as we're not in the middle of a question and
22      answer, we will take the break at that time.
23  A.  Okay. Got you.
24  Q.  And you're being deposed here today because you were
25      once employed by Absopure Water Company, is that

Page 8

1       correct?
2   A.  Yes.
3   Q.  Do you recall the dates that you were employed?
4   A.  I know I started September of either 2006 or 2007, and
5       I was terminated in maybe May or June of 2020.
6   Q.  Okay. And what was your reason for leaving Absopure?
7   A.  During the pandemic they -- I had to stay home to
8       watch my children, and they were I guess trying to
9       force me back to work, and I couldn't work because I
10      had kids at home, so they just end up letting me go.
11  Q.  Okay. Just for -- also for the record, I forgot to
12      ask this earlier, could you please state your current
13      address?
14  A.  It's                                    ,
15      Michigan 48331.
16  Q.  Is that where you were living during the time you were
17      employed by Absopure?
18  A.  Not -- well, when I got terminated that's where I was
19      living, but no. I stayed in one other residence.
20  Q.  Okay. Do you recall what that address was?
21  A.  I think it was                        .
22  Q.  Okay.
23  A.  I don't remember the ZIP code at the moment.
24  Q.  And when you were employed by -- are you currently
25      working?

Page 9

1   A.  No. No, sir.
2   Q.  What was your position at Absopure when you were there
3       or positions if you had multiple ones?
4   A.  You mean like the whole time there? Basically I just
5       was a delivery guy, delivery driver.
6   Q.  And how did you -- did you have a title for that
7       position?
8   A.  I think it's called like an S3 or something like that.
9   Q.  S3, like the letter S, as in Sam?
10  A.  Yes, S, as in Sam, yeah.
11  Q.  Is that an abbreviation for special?
12  A.  It's like sales service specialist. I'm pretty sure
13      that's what it's called.
14  Q.  Okay. And what were your job responsibilities as a
15      sales service specialist or S3?
16  A.  Just a deliverer of whatever accounts we have for the
17      day. Whatever was on our schedule, just make, you
18      know, our stops and deliver water or coffee or
19      whatever products we had.
20  Q.  Okay. And what were the products that you delivered?
21  A.  Just water, cases of water. We have coolers that we
22      have to replace if something's wrong with them or just
23      if we have to get any new accounts we had to set them
24      up, that type of stuff, the coffee.
25  Q.  And I'd like to start out and sort of step through the

KEITH BROWN
July 03, 2023

Page 10

1 actions that you took during your day as an employee,
2 and mostly I'm looking for your typical day, but if
3 there's anything -- you can feel free to mention
4 unusual events that happened sometimes. You worked at
5 the -- a facility in Plymouth, is that correct?
6 A. Yes.
7 Q. Did you have a fixed start time for your day?
8 A. No. That job you just kind of come in whenever you
9    come in, but I always came to work about 6:30 to
10   seven, sometimes 7:30 depending if there was traffic
11   or anything, but 6:30, seven was the time I got to
12   work daily.
13 Q. Now, I've been informed that there is sort of a clock
14   or a Kronos time system there.
15 A. Yes.
16 Q. Did you have an employee badge?
17 A. Yes, we had a badge, yes.
18 Q. Okay. And did you use this badge to swipe in or --
19 A. Yeah. You just tap the thing and it just said that --
20   you know, just has -- it just beeps, yeah.
21 Q. Okay. And when did you do that when you --
22 A. I would usually do it when I first got to work.
23 Q. Okay. Were there any times that you didn't do it for
24   some reason?
25 A. Not when I first -- I've always usually punched in

Page 11

1 every day but sometimes not when I first get in.
2 Sometimes I'll punch in when I pull my truck up or if
3 I forget I may punch in on the way in sometimes when I
4 got back from my route. You just had to punch in
5 once. That was pretty much it. We didn't punch in or
6 out. I mean out. We just punched in.
7         MR. CUMMINGS: Can we take a brief pause?
8 I'm working on sending the documents. I think they're
9 uploaded and ready to go, and I will send these in
10 case I need to bring them up.
11 BY MR. CUMMINGS:
12 Q. Since we're talking about it, I'm going to put up a
13   document on the screen and have you take a look at it.
14   Just give me a minute. I will get it ready here. I'm
15   going to put up a document, and I don't expect that
16   you've ever seen it before, but I will put it in front
17   of you anyway. Can you see a document on your screen
18   at the moment?
19 A. Yes.
20 Q. Okay. I will state for the record that this is a list
21   produced -- made by Absopure for this case and
22   produced. It bears a Bates number -- numbers
23   beginning ABS 001552 and ends in 1586, and this is a
24   list that -- provided to your attorneys that Absopure
25   put writing down your -- that the times that the

Page 12

1 Kronos system said that you clocked in in the morning
2 or swiped your badge by the clock, and I'm just -- I'm
3 going to run -- scroll through it. It begins -- we
4 have 2018 dates here.
5         MR. FRISCH: Note our objection. Note
6 plaintiff's objection. There's no foundation here for
7 this exhibit, but subject -- and I'm not going to keep
8 objecting every time you ask a question, but we have a
9 continuing objection to this exhibit.
10 BY MR. CUMMINGS:
11 Q. Okay. And I'd like you to look at the columns one --
12   it's the fifth column from the left, maybe six, seven
13   columns from the right. It says in on the top.
14 A. Yes.
15 Q. And it has a list of times, and I would ask you to
16   take a look at these times, and to the best of your
17   recollection, do these seem like times that you would
18   have begun work during -- this is January of 2018 --
19 A. Okay.
20 Q. -- by the way, and I'm wondering if that to best of
21   your recollection reflects times that you began
22   working those days.
23         MR. FRISCH: I'm just going to object to
24 the form, but you can answer the question.
25         THE WITNESS: I mean, yeah, that's

Page 13

1 possible, yeah, but if it's January, I mean, yeah,
2 weather. It's all different times so yeah.
3 BY MR. CUMMINGS:
4 Q. Okay. I just -- I will note for the record that these
5   times are somewhere around seven, most of them,
6   seven --
7 A. Yeah.
8 Q. -- after seven, some earlier. I'm scrolling through.
9   Now we're down to May of 2018. I won't scroll through
10   the whole document, but do these appear to be typical
11   times that you would have started work while you were
12   with --
13 A. Yes. That's pretty accurate, yeah.
14 Q. Okay. So after you clocked in in the morning, what
15   were the next things that you did?
16 A. We clock in. I go to my little mailbox, get my
17   paperwork that has my daily like route and all my
18   stops and where I'm going for the day, get that stuff
19   together and then I will grab -- I will get that.
20   Then we go out to where we have the cooler room
21   because a lot of times we always have new coolers that
22   we have to swap out for broken coolers or anything or
23   just new accounts. We had to do that. Then we would
24   go -- after that I would have to go get my truck and
25   make sure my truck is loaded properly, and hopefully

KEITH BROWN
July 03, 2023

Page 14

1  it is. If it's not loaded, I have to go in the
2  warehouse and get any other additional water or
3  products as far as, you know, just cups or anything
4  and make sure, you know, my truck is loaded properly,
5  and after that I have to do a truck inspection, a
6  pre-truck inspection that we have to do on the trucks.
7  Then I have to -- I load everything up in the truck.
8  I drive up to the front, to the front building, and I
9  have to find one of our managers to have us -- to
10  check us out so that's the process.
11  Q.  How often did you need to pick up a cooler in the
12      cooler room?
13  A.  I mean, mostly it was at least a cooler per day
14      because, I mean, we have -- I have large routes. It's
15      always somebody who has a cooler that needs to get
16      replaced or a new account or anything so it was pretty
17      much daily.
18  Q.  Did you sometimes have more than -- take more than one
19      cooler?
20  A.  Yes. A lot of days it was more than one, yes.
21  Q.  How many would you say would be the maximum number of
22      coolers you might take?
23  A.  I mean, it varies. It can be two or three or it can
24      be, you know, seven or eight. If I have a building,
25      one of my plants, you know, that they just going

Page 15

1   through their regular -- just cleaning where they're
2   getting all their coolers replaced, it can be pages of
3   them, so it's not like a number every day that's like
4   an estimate, but, you know, it's -- usually always
5   have some coolers to fix, though.
6  Q.  When you went to get your truck, where was the truck?
7  A.  The trucks are like in the back area, which is just
8      like a big old lot where they park all the trucks.
9  Q.  And when you got your truck, is it correct that you
10     looked at the truck to see what products were on the
11     truck?
12 A.  Yes. To make sure it's loaded properly, yes.
13 Q.  Okay. And if you -- on a percentage basis or
14     whatever, was it -- is it correct to say that most of
15     the time it was loaded properly?
16 A.  Yes, most of the time, yeah.
17 Q.  Do you have a sense for how often it was not loaded
18     properly?
19 A.  Well, it can be loaded -- not loaded properly or
20     sometimes when the manager's coming in in the morning,
21     they may add a stop here or there so now you have to
22     adjust for the extra stops they added to our route.
23     That's another factor.
24 Q.  And you mentioned then doing a truck inspection. What
25     was that inspection?

Page 16

1  A.  That's popping the hood, making sure you have, you
2      know, coolant, oil, checking the hoses, making sure
3      the hoses -- nothing is coming a loose. You have to
4      check the tires, making sure that the tires have the
5      proper tread on them, check the bolts, make sure the
6      bolts is not lose and we have to do like an air brake
7      inspection where you have to pump the air out the
8      brakes, let it build up to make sure it's going to run
9      properly on the road.
10 Q.  How long did that inspection typically take you?
11 A.  Maybe 15, 20 minutes.
12 Q.  And, again, did you do that back -- did you do that
13     inspection back in the lot where the trucks are?
14 A.  Yeah. We usually do it in the lot, yeah.
15 Q.  And then after you inspected, you say you drove it to
16     front?
17 A.  Yeah. Once you do all that and you load the truck
18     with the extra product you need, the coolers, then we
19     drive up to the front office and we find a boss to
20     check us in. We have to wait because it's usually --
21     it's always other drivers there so it's like a line.
22     You have to wait your turn. We just wait for a
23     manager to check us in. They just check our -- that
24     what we have is correct.
25 Q.  By check you mean you're checking the products --

Page 17

1  A.  Yes.
2  Q.  -- that are on your truck?
3  A.  Yeah. The products that's loaded, make sure we have
4      the right products.
5  Q.  Did you have a handheld device --
6  A.  Yes.
7  Q.  -- that you used? What was this device?
8  A.  I don't know exactly what it's called. It's just a
9      handheld that we put all the product in.
10 Q.  By putting the product in, what do you mean by that?
11 A.  You would put in -- so, you know, we have two
12     different types of water, distilled and spring. We
13     may have 200 bottles of spring, 100 bottles of
14     distilled so you put that in the handheld so as you go
15     through your stops and make your deliveries, it starts
16     to subtract, so once you get down -- say I sold all my
17     bottles of spring. If I still had spring stops, I
18     wouldn't be able to make any other deliveries because
19     I don't have the product. It will just say zero. You
20     don't have any products. You have to put everything
21     in your handheld properly so that's what -- the
22     managers check to make sure we have everything loaded
23     properly in the handheld. That way we can do our
24     stops. If you put the wrong number in, it won't make
25     any stops or transactions if you don't have that --

KEITH BROWN
July 03, 2023

Page 18

1 you know, if the handheld thinks it's not enough
2 product on the truck.
3 Q. So it's correct to say that when you had your
4 inspection with the manager after driving up, you
5 would have put in your handheld the total number of
6 products that you had on the truck for the day?
7 A. Yes. They just double check it, yes.
8 Q. Okay. And did you deliver coffee products?
9 A. Yes, I did.
10 Q. Okay. Were those loaded onto your truck at the
11 beginning when you picked it up?
12 A. No. Once we get our trucks and drive up to the front,
13 the coffee was actually in the office at the front
14 office where the managers are so I would load up. I
15 would pull my truck up to the front and get a manager,
16 but that was after I get all my coffee and put that on
17 the truck.
18 Q. Okay. Now, I've heard the term checking out with your
19 handheld.
20 A. Yes.
21 Q. Have you heard that? And what does that mean?
22 A. That's what I'm explaining right now. That's us
23 getting checked out. We put the product in first,
24 everything that we have, coffee, coolers, water, and
25 then the -- it has to go through -- we okay it and

Page 19

1 then it has to go to the manager's page and they put
2 they codes in and then they go through and okay that
3 all the numbers match up right.
4 Q. Is there something you do on the handheld to check
5 out?
6 A. Yeah. I just put the numbers in. We put -- I'm
7 sorry. Like I don't know what you're asking.
8 Q. For example, does the handheld device have a touch
9 screen?
10 A. Yes, touch screen and buttons, yes.
11 Q. And would you either press the button or -- on the
12 handheld or on a spot on the handheld on the screen to
13 say that you were checking -- you checked out for the
14 day?
15 A. Yes.
16 Q. Okay. Do you have a sense of how long it typically
17 took you from the time you walked in, swiped in in the
18 morning to the time you checked out your truck on your
19 typical day?
20 A. It takes about I would say 30 to 40 minutes, if not
21 longer. Depends on how many drivers are there. If
22 I'm the only driver, which that never happens because
23 we have like 60 drivers, if it's just me coming in, it
24 could be about 30 minutes maybe, but it's always guys
25 ahead of you so you have to wait in line. Could be

Page 20

1 30, 40 to an hour depending on how many people are
2 there.
3 Q. Is there anything that would make it longer than that
4 typical day, anything that might occur you have to do?
5 A. Only thing that would make it longer, if your truck is
6 loaded completely wrong, you have to go in the
7 warehouse and have the loaders adjust racks and
8 things, take racks of water off and put different
9 water on. That could take time. Like I said, it's
10 always people ahead of you. If it's a line ahead of
11 you, you have to wait for each driver to get their
12 trucks loaded. You can't just -- you don't just pull
13 up and get your stuff and do this. Like everything is
14 assembly line from getting coolers because it's always
15 people there so you have to wait for somebody to help
16 you or, you know, to check your paperwork and all that
17 stuff. Everything is just assembly line basically.
18 It's never just walk in, grab your stuff, walk out.
19 Q. Now, were you -- during the time that you were
20 there -- and I'm going to ask you from about the years
21 late 2017 onward. That's the relevant period behind
22 what we're looking at. Did you drive the same route?
23 A. Yes.
24 Q. And what was that route?
25 A. My route was basically Detroit. I had just like the

Page 21

1 city. I did homes and then I had like the midtown to
2 downtown area where I did a lot of just all office
3 buildings, stadiums, so I had like a large route where
4 I covered like half of Detroit.
5 Q. How many stops were on that route?
6 A. Forty to 50 per day.
7 Q. Did it change from day to day?
8 A. I mean, yeah, it changed from day to day. I averaged
9 about 40 to 50. Some days if I was just doing my home
10 days, which was like I think once or twice a week, it
11 would be around 35 to 40-ish just depending on, you
12 know, just extra people that call in. It varies, but
13 it was 35 to 45 per day for me mostly.
14 Q. And about -- do you recall if you drove a particular
15 truck from late 2017 onward?
16 A. Yes. I don't know the number of the truck, but, yes.
17 I drove a standard ten bay truck.
18 Q. Was it the same truck typically or --
19 A. For the most part, yeah. Once you had a route, you
20 kind of had your main truck, but if it was to be in
21 the shop, they would adjust, or if somebody else's
22 truck was broke down, they start doing the shift where
23 they say, hey, you take this truck because you need
24 more water, you don't need as much, you take this
25 truck. It's an eight bay truck instead of ten bay

KEITH BROWN
July 03, 2023

Page 22

1 truck, but for the most part we all drive our standard
2 trucks when you have a route.
3 Q. How long did it typically take for you to complete
4 your route per day?
5 A. Well, considering I had like office buildings, I
6 stopped every day about 4:30 to five because I deal
7 with a lot of docks, loading docks and stuff from
8 doing hospitals and things so I would stop around
9 4:30, five, and that's when I would head back into the
10 plant or I may have a house or two to do after I
11 finish my buildings so -- but usually 4:30, five is
12 when I stopped on the route.
13 Q. During your route did you ever take any breaks either
14 for lunch or to grab a cup of coffee or anything like
15 that?
16 A. I would grab food and sit for about a half hour.
17 Q. Okay. And where did you typically grab food?
18 A. Like I said, I'm out on the road a lot. If I was by a
19 McDonald's or something I may grab a McDonald's. If
20 I'm in the hospital, it was a Chick-fil-A there,
21 Chick-fil-A, Subway, depend which area. I'm in
22 different areas certain days, so whatever area I'm in,
23 whenever I just see something, I just grab it because
24 I'm usually pressed for time.
25 Q. And when you were making customer stops, did you

Page 23

1 interact with customers?
2 A. Yes, when we have to get like receipts and things
3 signed. After we make our delivery, we have to give
4 them, you know, their receipt. Some customers paid
5 cash, some paid, you know, by check and then some just
6 automatically had a credit card so they just signed
7 for the receipt and we give them their copy and we
8 take our copy.
9 Q. So it's correct then that some customers gave you cash
10 or checks on the route?
11 A. Yes.
12 Q. Approximately how many would do that?
13 A. I mean, it depends. It's not -- I don't have an
14 approximate number, but some homes -- a lot of the
15 homes in the route, you know, some will pay with a
16 check because they have to pay on delivery, cash on
17 delivery I guess, but as far as like the hospital,
18 those buildings, that stuff was all just -- they were
19 a big company so they probably had credit cards. They
20 just took receipts. They had people that took care of
21 that.
22 Q. And what happened when you were done with your route
23 for the day?
24 A. Then I had to drive back to the plant.
25 Q. And what did you do when you got back to the plant?

Page 24

1 A. Once you get back to the plant, you now have to pull
2 up to the warehouse so hopefully -- it's usually a
3 line of drivers there so you have to wait in line to
4 get in there. Once you get inside, they take your
5 handheld and do what they call -- they do a checkout
6 where they check how much water is left, how many
7 empty bottles you have, you know. Whatever is on your
8 truck they just put a count in so they have to match
9 up with what you went out with.
10 Q. By put the count in, do you mean enter those
11 numbers --
12 A. Enter the numbers in, yes.
13 Q. Please just -- I know sometimes the answer to my
14 questions are obvious. I would ask you to please wait
15 until I finish. It makes it easier for the court
16 reporter and also give the attorney an opportunity to
17 object if he needs to.
18 A. Okay.
19 Q. And I heard that -- you mentioned the checkout in the
20 morning. I've heard the term check in. Are you
21 familiar with that term?
22 A. Yes, sir.
23 Q. And what is your understanding of the term check in?
24 A. Yes. That's what I was referring to. So yes. The
25 check in is when we finish with the route. Once we

Page 25

1 drive back to the plant, we pull up to the warehouse
2 and we have a loader. They check in your truck so
3 they check in your product. They check everything
4 that's on your truck, all the product.
5 Q. And after you checked in in the warehouse, what did
6 you do after that?
7 A. You park your truck and then we have to walk back to
8 the office where we have to sit at a table and give a
9 person our receipts and any cash that we may have from
10 the day.
11 Q. Okay. Then did you do anything else?
12 A. Yes. Then after that we have to talk to -- we have to
13 go to a computer with one of the managers and they go
14 through the stops. They go through our day. So they
15 go through all the stops that you did, pull up any
16 stops that didn't get delivered and we decide whether
17 we move those to the next day or we move them to
18 another day. Once we finish with that, we get the
19 stops for tomorrow and we go through that list and
20 check if there's any stops that don't need water or we
21 just check and see what we're doing the next day and
22 we decide if you're moving any of the older stops to
23 that day, and then after that, they'll print out the
24 paperwork and we just fill out the paperwork and put
25 it in our box for the loaders and that's the end of

KEITH BROWN
July 03, 2023

Page 26

1    the day.
2  Q. Did you have a term or phrase you used for the
3    paperwork that you filled out for the loaders?
4  A. Just like a load sheet. Like a truck -- the truck
5    load sheets basically is I guess that's what they
6    would call it.
7  Q. Did you do anything with your handheld device after
8    you checked in with --
9  A. Yes. Once the -- once we give them the checks and the
10   cash, whatever, receipts for the day, they would --
11   they punch in numbers I guess or whatever and then
12   they clear out the handheld. We hang it back up on
13   the dock.
14 Q. Who is the they that you're referring to?
15 A. It would be just the people that work in the office,
16   somebody that works in the office. That's their job,
17   to just check that part of the process in for us
18   daily.
19 Q. You mentioned that you worked -- you had worked with a
20   manager in the morning at around the time of checking
21   out and you spoke with a manager in the evening. Was
22   that the same person?
23 A. Not for me because I got back later so it would be a
24   different guy.
25 Q. Who was the manager that you dealt with or managers,

Page 27

1    if it's more than one person, that you dealt with in
2    the morning?
3  A. You said you want -- you said a name? Is that what
4    you're looking for?
5  Q. Yeah, the name.
6  A. One of them was Alex Mix, Meeks. He was there in the
7    morning. Then we had -- it was Alex and it was -- not
8    Scott. Scott was there in the afternoon. I can't
9    remember. We had a few. We had Michael Roach that
10   was there in the mornings for a time. Oh, yeah, Scott
11   Snyder. He was there I think in the morning also
12   sometimes, but it's usual just -- it's only two guys,
13   one per side. We have two different divisions, like a
14   north and south division. It was a manager for each
15   division.
16 Q. Which division were you in?
17 A. I was in the south.
18 Q. And who was or were the managers that you dealt with
19   after checking in?
20 A. In the evening?
21 Q. Yes.
22 A. It was Mike McWhinnie. He was one. Who else was
23   there? Yeah. Usually I just worked with Mike
24   McWhinnie.
25 Q. And you said that you filled out a load sheet after

Page 28

1    meeting with the manager, correct?
2  A. Yes.
3  Q. Did you have any other job duties or activities after
4    filling out your load sheet?
5  A. No. Once you get the load sheet, that's the end
6    thing. You just write the products for the next day.
7    You give the manager one, put one in the box, and
8    that's it.
9  Q. Do you have a recollection of how much time it
10   typically took you from the time you did the check in
11   with the truck with the warehouse people to the time
12   you finished your load sheet every day, that period?
13 A. That's about like 40 minutes to an hour depending on
14   how many guys are back. Usually I was one of the
15   later guys so it was always five, six guys ahead of
16   me. I was usually there for at least an hour minimum
17   or 45 minutes to an hour for me on a good day I'll
18   say.
19 Q. Did you ever need to fuel your truck?
20 A. If I fueled it, it was in the morning. I was kind of
21   locally so I didn't have to fuel during the day. I
22   just fueled once a day.
23 Q. What kind of fuel did your truck take?
24 A. We took diesel fuel.
25 Q. Where did you fuel the truck?

Page 29

1  A. We have a fuel tank in the back area where the trucks
2    are. Where the trucks sit is a big fuel tanker out
3    there that we pull up and fuel up if we need gas.
4  Q. Again, when did you typically fill your truck?
5  A. It would be in the morning when we first get our
6    trucks.
7  Q. Did you do that for every time you drove?
8  A. No. I would do it every maybe like two to three days
9    because, like I said, I was kind of locally and I was
10   sitting around at a lot of buildings for my day. I
11   wasn't just driving nonstop so I didn't have to fuel
12   up every day.
13 Q. Okay. How were -- during this time frame, late 2017
14   to the time you ended, how were you paid? How was
15   your pay calculated by Absopure?
16 A. We were commission so it goes off -- it guess it goes
17   off how much water we sell throughout the day, how
18   much product we sell.
19 Q. I'm going to put up another document for you. Just
20   give me a minute. Okay. Can you see a document in
21   front of you?
22 A. Yes.
23 Q. Do you -- and I will put for the record, if you give
24   me a minute, the document that has been produced in
25   this case is -- bears Bates numbers 4401 through 4429,

KEITH BROWN
July 03, 2023

### Page 30

1  and, Mr. Brown, do you recognize -- I'm showing you
2  just one page now.  I can scroll through in a minute.
3  Do you recognize the document I'm showing you?
4  A.  Yes.
5  Q.  And what is it?
6  A.  This is what they would give us when we got our checks
7      that kind of show like a breakdown of how much water
8      we delivered that day and what the -- like I guess
9      what the commission we made off the day for deliveries
10     was.
11 Q.  I see.  Okay.  This just happens to have the week from
12     November 11, 2019, through November 15, 2019.
13 A.  Yes.
14 Q.  That shows that you worked five days that week.  Did
15     you typically work five days per week?
16 A.  Yes.
17 Q.  Did you ever work more than five days per week?
18 A.  We would work on a Saturday randomly sometimes, yes.
19 Q.  Can you say how often you worked on Saturdays?
20 A.  Any time -- I know for sure when it's a major holiday,
21     4th of July, Labor Day, Memorial Day.  When we were
22     off on a day through the week, we would come in on
23     Saturdays to make up for that day, and sometimes
24     during the summer, if it was a hot summer, a lot of
25     times you sell out of your water because more stops

### Page 31

1   need more water.  We would run out of water so that
2   means we'll bring stops back, so sometimes they told
3   us we have to come in on a Saturday to try to make up
4   some stops, you know, make up some deliveries or
5   whatever.
6  Q.  Did you typically do your full route on a Saturday the
7      same as you did during the --
8  A.  Not a full route, no.  We usually just dealt with
9      homes on the weekends because companies are not open
10     during the weekends so it was mostly homes.
11 Q.  I see.  And did you use the same truck that you used
12     during the week typically?
13 A.  Typically, yes.
14 Q.  I'm going to run through this one page.  Let me --
15     I'll come back to it.  I'm going to scroll through
16     the -- they're a little hard to read.  Can you
17     actually see the numbers on your screen?
18 A.  Yes, I can see them.
19 Q.  Very good.  And let me get back to that one.  We'll go
20     through that one day.  We can scroll through the rest
21     of the document.  How often were you given these
22     sheets?
23 A.  We get those when we get our checks I think or the end
24     of the week.  I forget.  I think we got them when we
25     got our checks.  That way we can pinpoint exactly how

### Page 32

1   much we should have made because sometimes the checks
2   may -- sometimes they would maybe mess up on the
3   checks sometimes so we can see how much we supposed to
4   have made for a day.
5  Q.  I see.  Were you able to determine on a day-by-day --
6      any way for you to find out on a given day after you
7      were done with your route, did you have any way to
8      find out how much you -- commissions you made for that
9      day?
10 A.  Yes.  Once we talked to one of the managers at the
11     desk when we were finishing up the route, they can
12     tell you how much you made that day.
13 Q.  Okay.  I'm going to go through this particular page in
14     front us, and the third column from the left, it says
15     sales eight percent.
16 A.  Okay.
17 Q.  What is that?
18 A.  I have no idea honestly.
19 Q.  And units eight percent and commission eight percent,
20     you don't know what those mean?
21 A.  I'm going to assume that is -- units is what they
22     count as far as like what we sold off the truck so I
23     guess it would be like the bottles of water or the
24     coffee or whatever, but I'm not sure about the
25     percentages and all that.  I don't understand the

### Page 33

1   breakdown.  I never did.  I never really like paid
2   attention to that stuff.  I just -- the only thing I
3   did was write down what they told me how much I made
4   that day.
5  Q.  What is your understanding of how you -- you said you
6      were paid commission.  How that commission was
7      calculated, what's your understanding of that?
8  A.  I know we got a certain percentage of whatever we
9      deliver so everybody paid a different amount for the
10     water and we got a certain amount of a percentage of
11     what we sold, whatever we delivered to that stop.  So
12     if a stop took eight bottles, we would get -- you
13     know, if the total was $64 for the eight bottles, we
14     got a percentage off those 64 bottles I guess.
15 Q.  The percentage was off the amount of the sale, is that
16     correct?
17         MR. FRISCH:  Objection.  He said it was
18     based on the amount that he delivered.
19         THE WITNESS:  Yeah, for delivery.  I wasn't
20     a salesperson.  We just delivered water.
21 BY MR. CUMMINGS:
22 Q.  For the delivery then, that would be the value of the
23     products delivered, is that correct?
24 A.  Yes.  I'm saying sales but I'm meaning delivery.  We
25     just delivered water.  We didn't have any like sales.

KEITH BROWN
July 03, 2023

Page 34

 1  We didn't go out making sales. We just delivered
 2  water.
 3  Q. I see. Now, I see some columns. The first three
 4     columns talk about sales, units, and commissions with
 5     a little eight percent in parentheses. To the right
 6     of that I see columns with sales 16 percent units and
 7     commission 16 percent. Do you know what that means?
 8  A. No, I don't understand. As I told you, I really never
 9     looked at these sheets of papers. The only thing I
10     got was the -- I got what they told me I made for that
11     day. I never looked at the percentages and all that
12     stuff. I was told we made a certain percentage off
13     whatever we delivered.
14  Q. By that do you mean you just looked at the totals that
15     it said that you were owed?
16  A. Yes.
17  Q. Were you paid a different percentage of commissions on
18     different products?
19  A. Yeah. Coffee -- I think coffee was worth more than
20     water from what I remember, coffee products and like
21     cups and things. We got a higher percentage on cups
22     that was delivered and coffee.
23  Q. So there would be some products that were delivered
24     for the -- you would see one percentage based on the
25     value of those products and different -- another set

Page 35

 1     of products you received a higher percentage based on
 2     the value of the products delivered, is that correct?
 3  A. Yes. I think so, yes.
 4  Q. Okay. And so when you received this sheet, this would
 5     tell you -- where would -- where would you look on
 6     this sheet to fill out how much you were paid on any
 7     given day?
 8  A. I didn't look at this sheet for that. I just got that
 9     from the managers at the end of the day off the
10     computer when they pulled up the paperwork. When they
11     pulled up our stops for the day and stuff, it shows
12     how much we made that day.
13  Q. Okay. And did you ever use this sheet to compare with
14     the numbers on your pay stub?
15  A. My wife would look over a lot because sometimes they
16     would mess up on our checks sometimes so she looked
17     over this stuff. She's the numbers person so I just
18     started writing down every day whatever they told me
19     and then I would just, you know, total it up when I
20     got my check.
21  Q. Now I'm going to go -- scrolling through the document
22     just briefly, and it's just to give you a sense to
23     see. Again, these sheets in general look familiar to
24     you --
25  A. Yes.

Page 36

 1  Q. -- is that correct?
 2         MR. CUMMINGS: And I'll note just for the
 3     record I will put this document in as Exhibit 1. I
 4     believe, Ms. Benhart, you should have received an
 5     e-mail with copies of this and you, too, Mr. Frisch,
 6     and we'll mark this as Exhibit 1 to the deposition.
 7         REMOTELY INTRODUCED:
 8         DEPOSITION EXHIBIT 1
 9         10:48 a.m.
10  BY MR. CUMMINGS:
11  Q. And I don't -- is there anything more that you want to
12     see with this, Mr. Brown, before we go away?
13  A. No. I mean, I know what the paperwork is but yeah.
14     So it's not a surprise of me seeing this, no.
15  Q. It's correct you were provided with sheets either
16     weekly or biweekly when you received your pay stub, is
17     that correct?
18  A. Yes.
19  Q. How were you paid? Was it by check or direct deposit
20     or --
21  A. I got checks, but I then I end up getting direct
22     deposit toward the end of my tenure I think.
23  Q. Okay. We may come back to that in a little bit. Now
24     I want to talk to you about -- were you -- did
25     Absopure ever communicate to you in any way that --

Page 37

 1     about increasing the number of products sold or
 2     delivered on your routes?
 3         MR. FRISCH: Objection, vague. You can
 4     answer.
 5         THE WITNESS: No, not really. I mean, they
 6     would say try to -- when you guys are making
 7     deliveries, can you try to get more sales, but we
 8     didn't have time to. We were too busy making
 9     deliveries to the 40, 50 stops we had per day so that
10     was not our job.
11  BY MR. CUMMINGS:
12  Q. Did you ever -- even though it wasn't your job, did it
13     ever occur doing your routes that you interacted with
14     a customer in some way that they bought more products
15     from Absopure?
16  A. You said did I do that?
17  Q. Yeah, you, yourself.
18  A. No, I didn't do that.
19  Q. Did any customer ever refer you to other potential
20     customers?
21  A. People may see the struck driving down the street and
22     just ask about water, but no. They always called the
23     office for that. We didn't do that. They have a
24     sales department there that does all that stuff. They
25     just get the sales for us and then we make the

KEITH BROWN
July 03, 2023

Page 38

1  deliveries.
2  Q. When you delivered to houses, when you started your
3     route for the day, do you know exactly how many
4     products you'd be delivering to each house that you
5     went to for that day?
6  A. Yeah. It has a number. Sometimes it take less,
7     sometimes it take more depending on the weather or how
8     much they drunk in that time frame from the last
9     delivery.
10 Q. How would they tell you whether you took less or --
11    they would take less or more on that --
12 A. Some people just would leave the water outside or once
13    we got to the house, they would tell us I only need
14    one or two this time. I would grab them two bottles
15    and that was it, grab two bottles and print out their
16    receipt for them. They would either pay me or they
17    was automatically.
18 Q. Did customers ever have a practice of just leaving a
19    certain number of empty bottles out?
20 A. Yes.
21 Q. Did that tell you how much new water to give them for
22    that day?
23 A. It would tell us, yes, or they would leave a note
24    saying, hey, I don't need any this month, just take
25    the empties or I don't need four, I just need two

Page 39

1     because I have some left over so it varies.
2  Q. I know that for water deliveries customers tell the
3     driver how many bottles they want. The driver would
4     typically just replace the number of bottles that they
5     saw outside. Is that how you typically operated?
6  A. For the most part, yes.
7  Q. How about determining the number of products to give
8     to a business? How did that work every day?
9  A. Pretty much the same thing. We just go wherever they
10    have their little water area where they have they
11    empties. We just replace the empty bottles.
12 Q. And how about with coffee products?
13 A. Coffee was -- for the most part people would call in
14    coffee orders and they just give them -- you know, I
15    would see it on my load sheet that I need coffee so I
16    would bring it but I don't -- we didn't just bring
17    coffee every time like the water bottles. That was a
18    different process.
19 Q. When you went to businesses, did they ever tell you
20    how much coffee they wanted for that particular day?
21 A. No. Sometimes we would just go in and check to see if
22    they needed any coffee if I had some for them. Like
23    if the area was full, I wouldn't leave it. I just
24    would keep it and bring it back.
25 Q. And if the area was not full, what would you do?

Page 40

1  A. Then I would swap it out like we do with the water
2     bottles.
3  Q. And you mentioned your load sheet. Is it correct to
4     say that the load sheet -- what was the purpose of the
5     load sheet?
6  A. Well, the load sheet kind of goes off your stops that
7     you have for the day. So say I have 25 stops but
8     every the stop has a different amount of water. The
9     load sheet totals everything up from water to coffee
10    and everything so the next morning when we grab our
11    truck, they have the truck loaded with the right
12    amount of water for deliveries so we don't run out.
13 Q. And, again, how did you determine the numbers that you
14    put on the load sheet?
15 A. Whatever the computer generates.
16 Q. What computer is that?
17 A. Just the computer that has all the stops. All our
18    stops from our route, it just has like, you know, I
19    guess maybe it's a sales history type thing where if
20    this person usually takes four bottles every delivery,
21    they have them in for four. When you have 30, 40
22    stops, it just generates all the total water. You
23    just put on the load sheet that you need 200 something
24    bottles of this, 100 bottles of this and the loaders
25    load it up for us so we can deliver it.

Page 41

1  Q. On the load sheet, did you ever specify enough -- more
2     products than your customers typically took on the
3     route?
4  A. We always used to have -- I mean, our truck holds so
5     many bays of water. It holds I think it was 120 on
6     each side, but if you only needed 80, you still put
7     the 120 just in case somebody may need extra. They
8     would call us a lot saying somebody just called in at
9     this stop. If you're in the area, can you hit this
10    one, too. So we always kind of had extra in case they
11    would call us with more stops to do.
12 Q. Was that true for both coffee products and water
13    products?
14 A. No, not with coffee. We didn't take coffee out every
15    day like water. We only took coffee out if we had a
16    specific order for a coffee.
17 Q. How would you find out about that order?
18 A. It will be on the load sheet with, you know, water
19    products at night.
20 Q. So that would be something you would put on the load
21    sheet at the end of the day?
22 A. Yes.
23 Q. And where did you -- where did you find out that
24    number to put on the load sheet?
25 A. From the computer. We don't have any like -- we

KEITH BROWN
July 03, 2023

Page 42

1  didn't do any tallying on our own. It was in the
2  computer, a sales history maybe. I'm not sure where
3  the numbers come from, but it will have a stop and it
4  will have all the product they take, whether it's
5  water, coffee, cups. It was the same order like every
6  week unless they called in and said they needed extra
7  or needed more or less.
8  Q. What was that computer that you're referring to?
9  A. It's just the main computer that we use when we return
10    back from work where we're going through our stops for
11    the day. It shows all -- every stop that we made. It
12    shows if it was done or not, how much water it took.
13    It was that computer. So that prints up all the -- it
14    shows all the information from the daily route that we
15    did.
16 Q. Okay. As far as how you were paid, did you ever
17    receive -- and we looked at the percentages on the
18    commission sheet. Did you ever receive additional pay
19    besides percentages on products -- the value of
20    products delivered?
21 A. No.
22 Q. What about bonuses? Was there a bonus program that
23    gave you --
24 A. We got -- like every -- quarterly we got like a one
25    percent just of whatever we delivered. The total

Page 43

1  amount of bottles that we delivered, we got a little
2  percentage off of that so we would get like a
3  quarterly check.
4  Q. Do you recall if you had to do anything to qualify for
5    that bonus?
6  A. No. They go off of whatever you delivered. If you
7    had a busy four months, like in the summertime it was
8    more because it's hot so we delivered more water so
9    you would get -- the little quarterly check would be a
10    little bit more in the summertime than the wintertime
11    when you were delivering less bottles.
12 Q. Were you paid any amount for, say, delivering a
13    certain number of bottles?
14 A. Yeah. We got the percentage off each bottle we
15    delivered so it wasn't anything like if you delivered
16    20 you got like a bonus. It wasn't anything like
17    that, no.
18 Q. Did you get any extra payment for installing or taking
19    out coolers?
20 A. Yes. For cooler swaps I think we got like three or
21    four bucks for a swap, and if it was like a new setup,
22    we would get I think $7.
23 Q. I see. Did you ever put in coffee makers, the coffee
24    machines for customers?
25 A. Yes. We had to hook up coffee machines if you have

Page 44

1  new accounts, yes.
2  Q. Was that something that you put on the truck at the
3    beginning of your route before you started your --
4  A. Yeah. If we had any new coffee makers or just coffee
5    makers that had to get swapped out, we got those when
6    we got our coolers in the morning.
7  Q. About how often did that typically occur?
8  A. The coffee makers?
9  Q. Yes.
10 A. Like I said, it just depend on if one clunks out on
11    somebody or if we just had -- we had a lot -- any time
12    the sales guys -- they would have their little
13    blitzes. They would give out a free trial so we would
14    have to drop them off for them so we would have a lot
15    then, but I didn't have -- the coffee makers, we don't
16    swap those out too often unless you have coffee stops.
17    I didn't have too many coffee stops on my route.
18 Q. Did taking a coffee machine occur less often than
19    bringing a cooler?
20 A. Oh, yes, yes.
21 Q. Were you paid anything extra for swapping out or
22    putting in or taking out a coffee machine?
23 A. Yes. It was like how the water -- I think like maybe
24    $3 for coffee and seven, eight for a new account I
25    think.

Page 45

1  Q. Okay. Give me a minute.
2         MR. FRISCH: We've been going like an hour
3  anyway. If you're in a clear place for a break, why
4  don't we take a bathroom break for two or three
5  minutes.
6         MR. CUMMINGS: That's fine. We can go off
7  the record.
8         (Off the record at 11:00 a.m.)
9         (Back on the record at 11:11 a.m.)
10 BY MR. CUMMINGS:
11 Q. Mr. Brown, do you recall if you were assigned an
12    employee number at Absopure? You're on mute.
13 A. Can you hear me now?
14 Q. Yes, we can hear you. I asked if you recalled whether
15    you were assigned an employee number while you were at
16    Absopure.
17 A. I don't recall. I'm pretty sure we may have had
18    something, but I can't think of anything.
19 Q. I'm getting some numbers that Absopure gave me. I
20    just want to see if you had an independent memory of
21    it. I'm going to put some numbers up on the screen
22    for you here that Absopure has informed me applied to
23    you. I want to see whether or not that refreshes your
24    memory or not if these are the correct numbers that
25    pertain to you so please give me a minute. The

KEITH BROWN
July 03, 2023

### Page 46

1 numbers on the screen, like I said, are just numbers
2 given to us by Absopure and I will say that these are
3 the numbers that were given concerning you, and it
4 lists an employee number, if you can see that on the
5 screen, of B17118. Do you know -- have any
6 recollection of whether or not that was in fact your
7 employee number?
8 A. No, sir.
9 Q. Okay. It also told me -- this is again a period in
10 late 2019. It lists your shipment route, a route
11 number of 11049. Does that refresh your recollection
12 or --
13 A. Yes.
14         MR. FRISCH: I'm going to object. There's
15 no foundation for that since he said he's never seen
16 this before.
17 BY MR. CUMMINGS:
18 Q. What I was going to ask is was the route number that
19 you drove, that you said you drove most of the time in
20 Detroit, was that route number 11049?
21 A. Yes. 49 was what was on my handle. Yes, that was the
22 route.
23 Q. Were you given just the last two digits, 49? Is that
24 correct?
25 A. Yes, 49.

### Page 47

1 Q. And you said you didn't recall the vehicle number at
2 the time. Is it possible that 316 was the vehicle
3 number that you drove?
4         MR. FRISCH: Hold on. That's an improper
5 question. Who knows what's possible? I'm going to
6 object and advise you not to answer.
7 BY MR. CUMMINGS:
8 Q. Do you recall -- does the number showing on the screen
9 refresh your memory at all as to the number of the
10 vehicle that you drove?
11 A. 316 is the truck I've driven before, yes. I'm not
12 sure if that was -- I can't remember what my main
13 truck number was, 310. I mean, I drove all those
14 trucks before, though, yes.
15 Q. That was it. That's all I needed to ask about this.
16 Okay. I'm going to put another document up shortly
17 here. Okay. I'm putting up a document for the record
18 that bears Bates numbers 0177 through 0208. I'm
19 putting up the first page. It says associate
20 handbook.
21         Mr. Brown, I'm going to show you this one
22 page and start scrolling pages and then ask you if you
23 recognize this document at all. You can tell me if
24 you've seen enough or not. Do you recall having seen
25 a document or one like this before?

### Page 48

1 A. Pretty sure they may have gave me a handbook when I
2 got the job, but I never -- I don't recall this, no.
3 Q. Okay.
4 A. What was in it, no.
5 Q. You said you may have been given a handbook when you
6 started the job. What do you recall about that?
7 A. Nothing really, just -- I'm pretty sure they gave us a
8 handbook. I know they had passed those out I'm pretty
9 sure so I don't know.
10 Q. Do you recall whether or not they asked you to read
11 the handbook?
12 A. I don't recall that, honestly, no.
13 Q. Do you recall if you actually did read through any or
14 all of the handbook?
15 A. I'm pretty sure I read some of it. I'm not sure if I
16 read the whole thing or not. I don't remember.
17 Q. Okay.
18 A. That's 13 years ago. I don't remember.
19 Q. Understood.
20         MR. CUMMINGS: Okay. Let me double check
21 here. Okay. That's it for the questions that I have.
22 Let me -- I think I'm still sharing the screen. We'll
23 stop that. I'm done with the questions today. I
24 don't know if you have any, Mr. Frisch.
25         MR. FRISCH: I just have a few follow-up

### Page 49

1 questions. Thanks.
2                 EXAMINATION
3 BY MR. FRISCH:
4 Q. Mr. Brown, there was -- opposing counsel asked you
5 questions regarding the vehicles that you drove and
6 you referred to several different trucks. You said
7 you drove most of the vehicles, if not all of them, in
8 the fleet of I guess Absopure. Did some of those
9 vehicles include smaller vehicles like Sprinter vans?
10 A. Yes.
11 Q. So you drove Sprinter vans during the period of time
12 that you were employed by Absopure?
13 A. Yes. Every now and then I would drive a Sprinter van.
14 Q. Then relative to, say, the last three years of
15 employment, so 2017 to 2020 when you last worked for
16 Absopure, did you also drive Sprinter vans on occasion
17 as part of your employment with Absopure?
18 A. Yes, on occasion, not a lot, but, yes, I drove them
19 before a few times, yes.
20 Q. Are you able to estimate, like a give a percentage of
21 the amount of times that you drove a smaller vehicle
22 like a Sprinter van when you were completing your
23 route?
24 A. It would be around like three to five percent.
25 Q. Okay. When you did -- you didn't typically switch

KEITH BROWN
July 03, 2023

Page 50

1 vehicles on a given day, right? So when we're talking
2 about driving this three to five percent, would that
3 be that you drove the Sprinter van for the entire day?
4 A. Yes.
5 Q. For one full day or --
6 A. Yes. It would be a full day, yes.
7 Q. Okay. And you said that was three to five percent of
8 the time?
9 A. Yes.
10 Q. From 2017 to 2020?
11 A. Yes. During that time frame, yes.
12 Q. I think you testified -- defense counsel asked you or
13 you said in your testimony that you typically ended
14 your route at about 4:30 or five and you completed
15 your last delivery within that time frame
16 approximately each day. What did you -- then you
17 described actually what you did after that. You said
18 you then head back to the Plymouth facility, correct?
19 A. Yes.
20 Q. Okay. Then you returned the truck?
21 A. Yes.
22 Q. And you completed the load sheet?
23 A. Yes.
24 Q. And then after you completed the load sheet, that's
25 when you were done for the day?

Page 51

1 A. Yes. Once we get the load sheet and we fill out the
2 paperwork, yes, then we're done.
3 Q. If you typically ended your route or got off the road
4 about 4:30 or five in the evening, what time would you
5 typically hand in your route sheet or your load sheet
6 and end a typical workday?
7 A. Around after six, around like 6:30, six or 6:30-ish.
8 Q. Okay.
9      MR. FRISCH: That's all I have, actually.
10     MR. CUMMINGS: I have nothing further then.
11     MR. FRISCH: Thank you.
12         (Deposition concluded at 11:19 a.m.
13         Signature of the witness was requested.

Page 52

1 JUSTIN GUY, individually and
2 on behalf of those similarly
3 situated,
4         Plaintiff,
5 vs.          Case No. 20-cv-12734-MAG-EAS
6              Hon. Mark A. Goldsmith
7 ABSOPURE WATER COMPANY, LLC,
8 a domestic limited liability
9 company,
10        Defendant.
11 _____/
12        VERIFICATION OF DEPONENT
13
14      I, having read the foregoing examination
15 under oath consisting of my testimony at the
16 aforementioned time and place, subject to the changes
17 in the attached errata sheet, do hereby attest to the
18 correctness and truthfulness of the transcript.
19
20
21
22
23      _____
24      KEITH BROWN
25      Dated:

Page 53

1              ERRATA SHEET
2 PAGE LINE READS              PAGE LINE SHOULD READ

KEITH BROWN
July 03, 2023

Page 54

1      CERTIFICATE OF NOTARY
2  STATE OF MICHIGAN )
3                    ) SS
4  COUNTY OF WAYNE   )
5
6          I, HELEN F. BENHART, certify that this
7  deposition was taken remotely before me on the date
8  hereinbefore set forth; that the foregoing questions
9  and answers were recorded by me stenographically and
10 reduced to computer transcription; that this is a
11 true, full and correct transcript of my stenographic
12 notes so taken; and that I am not related to, nor of
13 counsel to, either party nor interested in the event
14 of this cause.
15
16
17
18
19
20
21              *Helen F. Benhart*
22              HELEN F. BENHART, CSR-2614
23              Notary Public,
24              Wayne County, Michigan.
25     My Commission expires: 7/7/2027