# EXHIBIT 5

David Sujkowski
July 06, 2023                                                    1

Page 1

1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF MICHIGAN

3                   SOUTHERN DIVISION

4

5  JUSTIN GUY, individually and on

6  behalf of those similarly situated,

7              Plaintiff,

8       vs.                    Case No. 20-cv-12734-MAG-EAS

9                              HON. MARK A. GOLDSMITH

10 ABSOPURE WATER COMPANY, LLC

11 a domestic limited liability company,

12             Defendant.

13 _____

14

15

16     The Deposition of DAVID SUJKOWSKI,

17     Taken in Carleton, Michigan,

18     Commencing at 4:05 p.m.,

19     Thursday, July 6, 2023,

20     Before Laurie R. Mayer, CSR-5385.

21

22

23

24

25

David Sujkowski
July 06, 2023                                    2 to 5

---

Page 2

1 REMOTE APPEARANCES:

2

3 ANDREW R. FRISCH

4 8151 Peters Road, Suite 4000

5 Plantation, Florida 33324

6 (954) WORKERS

7 afrisch@forthepeople.com

8         Appearing on behalf of the Plaintiff.

9

10 MICHAEL O. CUMMINGS

11 Cummings, McClorey, Davis & Acho, P.L.C.

12 1185 Avene of The Americas, Third Floor

13 (212) 547-8810

14 mcummings@cmda-law.com

15 N.Y. Bar No. 2701506

16         Appearing on behalf of the Defendant.

17

18

19

20

21

22

23

24

25

---

Page 3

1

2

3 WITNESS                                        PAGE

4 DAVID SUJKOWSKI

5

6 EXAMINATION

7 BY MR. CUMMINGS:                                  4

8 EXAMINATION

9 BY MR. FRISCH:                                   42

10 RE-EXAMINATION

11 BY MR. CUMMINGS:                                 43

12

13                    EXHIBITS

14

15 EXHIBIT                                        PAGE

16 (Exhibits retained by counsel.)

17

18 EXHIBIT 1

19 EXHIBIT 2

20 EXHIBIT 3

21 EXHIBIT 4

22 EXHIBIT 5

23

24

25

TABLE OF CONTENTS

---

Page 4

1 Carleton, Michigan

2 Thursday, July 6, 2023

3 4:05 p.m.

4

5              DAVID SUJKOWSKI,

6     was thereupon called as a witness herein, and after

7     having first been duly sworn to testify to the truth,

8     the whole truth and nothing but the truth, was

9     examined and testified as follows:

10              EXAMINATION

11 BY MR. CUMMINGS:

12 Q.  Mr. Sujkowski, would you please state your full name

13     for the record?

14 A.  David Andrew Sujkowski.

15 Q.  And what is your current address?

16 A.  ███████████████████████  Michigan

17     48183.

18 Q.  Thank you.  Have you ever had your deposition taken

19     before?

20 A.  I have not, no.

21 Q.  I will go over some of the ground rules and some of

22     the things that will happen so you will have an

23     understanding.  The first thing is, do you understand

24     that you are under oath and that potentially if you

25     said anything knowingly false, you might be subject to

---

Page 5

1     penalties for perjury?

2 A.  Yes.

3 Q.  And as you just did, please continue to answer

4     questions affirmatively, yes or no verbally, rather

5     than nodding your head.  That will help us

6     tremendously.

7 A.  Understood.

8 Q.  And, also, please try to listen to my full question.

9     Sometimes the question and the answer will seem

10     obvious to you when I'm halfway through, but I would

11     still please ask you to wait until I finish my

12     question, so for the court reporter both to get it

13     down clearly in the transcript and to also give your

14     attorney any chance to object.  Do you understand

15     that?

16 A.  Yes.

17 Q.  And, also, I would like you not to guess for any

18     answers that -- or any questions that I ask.  It would

19     be fine if you can give an approximation, say

20     approximately when or how long or something, but not

21     guess.  Do you understand that?

22 A.  Yes.

23 Q.  And I'm going to ask, would you please, if you do not

24     understand my question either because of audio issues

25     or you don't understand it, please let know, okay?

---

**Page 6**

1 A.  Understood.

2 Q.  Now, is there anything going on with you today?

3     Sometimes medication or other drugs or other issues

4     that might prevent you from understanding my questions

5     and answering them fully?

6 A.  No.

7 Q.  Now, you are here today because you were once employed

8     at Absopure Water Company; is that correct?

9 A.  Yes.

10 Q. Do you recall the dates that you were there?

11 A. February of 2021 to March of 2022.

12 Q. What was your position or positions when you were

13    there?

14 A. My job title was listed as sales and service

15    specialist.

16 Q. And for what reason did you leave in March of 2022?

17 A. I found another job opportunity.

18 Q. Are you currently employed?

19 A. Yes.

20 Q. What is your current position and employer?

21 A. I am a senior accountant with Imlach Movers in

22    Trenton.

23 Q. And for the first part here, I'm going to ask some

24    questions about your job duties when you were with

25    Absopure.  And I would like to step you through --

**Page 7**

1     just so you understand, I will step you through your

2     day.  Did you work at the Plymouth facility?

3 A.  Yes.

4 Q.  And what was the very first thing you did when you

5     arrived at work each day?

6 A.  I held my badge up to their time clock, or I guess let

7     them know that I was there for the day.

8 Q.  Did you do that every day?

9 A.  Yes.

10 Q. And what did you do next?

11 A. I would go to my mailbox and retrieve my paperwork.

12 Q. And what was the paperwork that you retrieved?

13 A. It consisted of special deliveries, my route, all of

14    my stops for that day and any other additional notes

15    that needed to be passed along.

16 Q. I apologize.  I forgot that I had not put my video on.

17    So now you can see me.  And what did you do after

18    retrieving your paperwork?

19 A. I went through it, made any notes that I needed --

20    that I wanted to personally, for the day.

21 Q. And then what did you do next?

22 A. I took my paperwork and went out to my truck to do an

23    inventory of what was on there to verify everything

24    was correct.

25 Q. And what kind of products were on the truck -- and you

**Page 8**

1     can -- typically?

2 A.  Five-gallon water jugs, cases of water.  And then

3     after -- any coolers, if you retrieved those, as well,

4     if you had coolers for the day, as well.

5 Q.  And how did the coolers get on the truck?

6 A.  I would put them on there.  I would find the coolers

7     that were a part of my route after I checked my

8     inventory.  Then I would go find my coolers, then

9     place them on the truck.

10 Q. Did you ever put any -- and the coolers were to be --

11    was it correct that these coolers were to be placed in

12    customer locations?

13 A. Yes.

14 Q. Did you ever have any other equipment that you placed

15    in customer locations?

16 A. There would be special items like coffee or any sort

17    of coffee accessories that were picked up before you

18    would leave the facility.

19 Q. Did you ever pick up a coffee maker or anything like

20    that?

21 A. Yes, periodically, there would be a coffee maker or

22    say a cup sleeve for a water cooler that someone

23    requested and specialty items like that that would

24    come along every now and then.

25 Q. And was there a typical amount of coolers that you

**Page 9**

1     would take with you on any given day?

2 A.  It would range quite a bit.  I would say on a typical

3     day, you were looking at, let's say three to four.

4 Q.  Was there a maximum number that you took with you?

5 A.  I believe I -- about 30 of them.

6 Q.  Okay.  How often, to the best you can recall, would

7     you take say more than 10 -- or 10 or more?

8 A.  I would say -- let's say 5, 5 to 10 times, I did that.

9 Q.  And that would be during the entire time that you

10    worked?

11 A. During my duration there, yes.

12 Q. Okay.  And after you obtained the coolers or whatever

13    other equipment and checked or -- and looked at the

14    inventory on your truck, what did you do next?

15 A. You would -- if the inventory was correct, then you

16    would pull your truck around and load everything into

17    the handheld for your supervisor to check off on.

18 Q. And what was the handheld that you just mentioned?

19 A. Well, a handheld device that preloaded our inventory

20    and our routes for the day, to check off that each

21    delivery, each stop was completed.  And then once it

22    was completed, it printed out a receipt to hand to the

23    customer.

24 Q. And what do you mean by preloaded?  Was that -- was

25    some information in the handheld when you first got it

**Page 10**

1    in the morning?
2 A.  Our route was for the day.  Once our supervisor
3    checked off, it was preloaded on there.  So all of our
4    stops coincided with what was on our paperwork.
5 Q.  And did, at some point in the morning, did you pick up
6    the handheld or get it?
7 A.  Yes.  Typically, I would -- that would be one of the
8    first things I would do.  You would get your handheld,
9    yes.
10 Q.  Was that before or after you got your paperwork, for
11    example?
12 A.  It would be right at the same time.
13 Q.  And you said you would -- you said something about --
14    I don't want to -- if I understand correctly, about
15    putting the inventory into the handheld when you got
16    to your truck.  What would that be?
17 A.  Yeah.  How I typically did it was, I would put the
18    inventory into the handheld once I got back to the
19    office.  I verified everything on my paperwork as far
20    as inventory being complete, and then I would load it
21    into the handheld at the office right before handing
22    it to my supervisor.
23 Q.  And how did you -- go ahead, please.
24 A.  Yeah.  Right before I handed it to my supervisor for
25    him to go through his process.

**Page 11**

1 Q.  I see.  And how would you load it into the handheld?
2 A.  I would just match up item numbers with what was on
3    the handheld and with what was on my physical
4    paperwork or my inventory sheet.  And then that's --
5    make sure everything agreed.
6 Q.  And you said you gave it to your manager for his
7    process.  What was the manager's process that you
8    mentioned?
9 A.  Specifically, I don't know as far -- it was basically
10    handed to him, and I think it was just kind of like a
11    final checkoff like, yeah, he's ready to go.  That
12    would be my best understanding.
13 Q.  I see.  And then what did you do after handing it off
14    and -- I guess, I assume you got it back from the
15    manager then?
16 A.  Uh-huh.
17 Q.  And then what would you do after that?
18 A.  If I had any special items, like coffee, anything
19    along those lines, go and retrieve those to put onto
20    the truck.
21 Q.  And when you retrieved, did you also make some input
22    into the handheld about the coffee items?
23 A.  Yes, yes.  That would be included, yeah.
24 Q.  So would you do that before you gave the handheld to
25    the manager or after?

**Page 12**

1 A.  Yes, I guess that -- yeah, you would go verify that
2    they had the inventory of coffee on hand, and you
3    would enter that on to your inventory sheet and then
4    proceed to go to the manager for the final checkoff.
5 Q.  And, again, after you -- the final checkoff with the
6    manager, what did you do then?
7 A.  Then they would have us just kind of do a walkthrough
8    with the truck, make sure the truck was in good
9    operating conditions, and I guess that would coincide
10    with the final checkoff.  They would do a walkthrough
11    with the truck, make sure it was in good conditions.
12    And we would go through this little checklist, I
13    guess, of making sure everything on the truck was
14    okay, and if there were any issues to note them.
15 Q.  Did you have a name for the checklist that you went
16    through or a term you used for it?
17 A.  Not specifically, not that I can recall.
18 Q.  Did you go through that checklist with the manager?
19 A.  Yes, there were -- yeah, on a typical day, we would go
20    through the checklist, and they would make sure that
21    everything was good to go.
22 Q.  And you did that -- was this after you drove your
23    truck out of the warehouse area?
24 A.  Yes, yeah, the truck would be out in front of the
25    office for the supervisor to observe.

**Page 13**

1 Q.  And once that inspection off the checklist was done,
2    what did you do then?
3 A.  Then once that was done, the handheld was all set,
4    everything was -- supervisors checked off, then you
5    were ready to proceed, start your route.
6 Q.  Okay.  Now, is there something that was called
7    checking out the truck?
8 A.  I guess if that type of terminology was used, then
9    it's nothing that I was familiar with.
10 Q.  Was there some kind of input into the handheld that
11    signified that your manager -- you and your manager
12    had agreed to the inventory that was on the truck that
13    day?
14 A.  Yes, two receipts of the printout, and we would each
15    initial one copy of the receipt.
16 Q.  Okay.  And was there something that you pressed or did
17    on the handheld at that point?
18 A.  No, he would go through his, and then the receipt --
19    his process.  Then he would -- then it would print out
20    on the printer, and then we would each initial, and he
21    would keep a copy, and then I would keep a copy
22    throughout the day on my route.
23 Q.  Okay.  How long would it typically take from the time
24    you swiped, you said your card, or put your card by
25    the sheet in the morning until the time you finished

David Sujkowski
July 06, 2023

14 to 17

**Page 14**

1 your printing out the receipts with your manager? How
2 much time would that typically take on any given day?
3 A. I would say typically like 30 to 40 minutes.
4 Q. Okay. Were there times when it was significantly
5 shorter or longer?
6 A. I wouldn't say significantly shorter. If there were
7 days that the inventory was incorrect or the truck was
8 not preloaded altogether, then there were days that
9 was significantly longer.
10 Q. How long could it be?
11 A. Anywhere to an hour, an hour and a half.
12 Q. Okay. If you can, how long would -- how often would
13 you say -- you said, I believe, 30 to 40 minutes. How
14 often was it longer than 45 minutes in this morning
15 process from the time you came in until the time you
16 print out the receipts?
17 A. If I had to, I would say that would happen a couple
18 times a month. I would say two to three times a
19 month.
20 Q. Did you ever fuel the truck?
21 A. No.
22 Q. Then once you print out the receipts, you said you
23 would -- would you start out on driving the truck for
24 the day?
25 A. Yes.

**Page 15**

1 Q. Were you assigned a particular route?
2 A. Most of my time was spent in the downtown Detroit
3 area.
4 Q. Do you recall if that was given a route number?
5 A. If it was, I do not recall what it was.
6 Q. Okay. And how many stops were typically on your
7 route?
8 A. On a given day, 30 to 40.
9 Q. And could you run -- briefly run through what you
10 would do at each stop?
11 A. A normal stop would consist of looking at a handheld
12 or the paperwork for the type of water and quantity
13 that a particular customer took, and then proceed to
14 go to the customer, drop off, deliver their water and
15 take their empty bottles.
16 Q. And when you said -- was that for a residential
17 customer?
18 A. That would be for residential and business customers.
19 Q. Okay. Did you -- about what percentage of your
20 customers that you can recall received coffee products
21 of some kind?
22 A. I would say five percent.
23 Q. Okay. And would the -- your activities at a stop with
24 coffee products be any different?
25 A. No, it would be the same process, check what product

**Page 16**

1 they're taking, what quantity of product they're
2 taking and deliver it to them. The only difference is
3 there's no empty water jugs for those.
4 Q. I see. And you mentioned something about printing out
5 receipts in the handheld. Were you printing receipts
6 while you were making stops on your routes?
7 A. Yes.
8 Q. Now, were you ever receiving any cash or checks from
9 customers at your routes?
10 A. Yes, there were some people that paid cash on
11 delivery.
12 Q. And, approximately, how long did it typically take you
13 to do your route?
14 A. With it being the downtown Detroit route, there were a
15 lot of, I would say, detours. So, honestly, most days
16 it would be difficult to finish my route. So I was
17 out there from -- basically all day and did as much as
18 I could.
19 Q. By all day, could you give an approximation on hours
20 that it would take?
21 A. I would stay out there until most businesses closed,
22 so about 5:00 -- between 4:30 and 5:00 is when I would
23 head back.
24 Q. Going back to the very beginning of the day, what time
25 or times did you typically arrive first at work in the

**Page 17**

1 morning?
2 A. I would typically arrive between -- any times between
3 6:45 and 7:30.
4 Q. I see. And then you mentioned typically it would be
5 30 to 40 minutes before you got on the road after
6 that; is that correct?
7 A. Correct, yes.
8 Q. Okay. Then what happened -- now, you said you -- is
9 it correct then that you said you typically did not
10 get to all of your stops on any given day?
11 A. More times than not, yes, that is correct.
12 Q. And what would happen if you didn't get to your stops
13 on a particular day?
14 A. They would get moved to the next day, and then I would
15 make a priority to get to them, yeah.
16 Q. Did you find yourself in situations where you got
17 behind on making stops where you couldn't -- there
18 were more -- do you understand what I mean, that you
19 couldn't quite catch up the next day or in a number of
20 days? Did that occur?
21 A. Yes, yes.
22 Q. And what would happen in those situations?
23 A. I mean, it would just be a situation where you would
24 almost have to prioritize. If there was special stops
25 or if there were call-ins, you would have to

David Sujkowski
July 06, 2023                                    18 to 21

Page 18

1    prioritize, I guess, on a level of importance.  If you
2    got to know your customers and you got to kind of get
3    a good feel, then you could say, okay, I think they're
4    going to be good for a day or two until I can get to
5    them.
6  Q.  I see.  Did you ever have to do an extra route or an
7      extra set of deliveries to catch up?
8  A.  No.  Well, I did have to work -- there were some
9      Saturdays that we would work as if we -- during a busy
10     time, I would say.  There was a -- so then we would
11     work six days that week to help play catchup.
12 Q.  How often did you work on Saturdays?
13 A.  During my time there, I would say I worked five or six
14     Saturdays.
15 Q.  The total time, correct?
16 A.  Yes.
17 Q.  Okay.  Now, once you finished your route for the day,
18     what steps did you take?
19 A.  You would go into the -- you would drive back.  You
20     would get to the facility.  Then you would go straight
21     to the warehouse.  And one of the warehouse workers
22     would verify your inventory and get your empties off
23     the truck.  And then you would pull the truck around
24     and park it and proceed to the office.
25 Q.  How did the warehouse worker verify your inventory?

Page 19

1  A.  He would -- you would open up all your doors and walk
2      around the truck and check the inventory on it.
3  Q.  During this part of the verifying, did the warehouse
4      worker do anything with the handheld device that you
5      had?
6  A.  Yes, he would have to do it, what I would deem a
7      check-in process, enter the inventory for each
8      particular product.  Then after he was done with his
9      process, a receipt would print out and he would
10     initial.
11 Q.  And then after receiving that receipt that he
12     initialed, what did you do next?
13 A.  Then you -- that's -- at that point, you would get
14     back and then close up the truck, drive around and
15     then park the truck and collect everything.
16 Q.  Then after that, what did you do?
17 A.  Then you would proceed to the office and then you
18     would take your handheld, put that and any cash you
19     may have acquired throughout the day and your
20     receipts, and give it to who I believe was an
21     accounting individual.
22 Q.  Okay.  And then did you do anything after that?
23 A.  They would go through their process, collect all the
24     receipts, cash, give you your handheld and printer,
25     say you're all set, put your handheld away to charge

Page 20

1    for the day.  Then you would -- if they were
2    available, you would go to your supervisor and then
3    discuss the route for the day and then preview the
4    next day's route.
5  Q.  And after meeting with your supervisor, what would you
6      do?
7  A.  If everything for the next day's route looked good, he
8      would show you your pay for the day, how much you
9      earned in commission, and then you would -- he would
10     print out an inventory sheet and a -- I guess a --
11     like it's a lot (phonetic) sheet -- or a breakdown of
12     your truck, and you would go through how you would
13     like your truck loaded for the next day.
14 Q.  Have you ever heard the term, load sheet?
15 A.  Yes, load sheet, yeah.  That's what I was trying to
16     think of, yeah.
17 Q.  And that was a document you filled out to determine
18     what would be loaded on your truck the following day;
19     is that correct?
20 A.  Yes, correct.
21 Q.  Okay.  Who were the -- your supervisor or supervisors
22     that you met with at the end of the day there?
23 A.  It was primarily Tony.  He was primarily the one that
24     would work in the afternoons when we got -- or
25     evenings when we got back.  And then every now and

Page 21

1    then, my other supervisor, it would have been Al or
2    Alex, but he was -- on a typical day, he would be my
3    supervisor that would have checked me out in the
4    morning.
5  Q.  Do you happen to remember Tony or Alex's last names?
6  A.  I do not remember their last names, unfortunately.
7  Q.  Okay.  And what did you do with your load sheet when
8      you were done with it?
9  A.  You would either give it right to Supervisor Tony, or
10     you would put it in the basket right at his desk.
11 Q.  Were you aware if the load sheets were ever scanned in
12     on a scanner at any point?
13 A.  I believe they would -- if I'm not mistaken, they
14     would take it to the scanner, and they would scan it
15     back to the warehouse until they had the paperwork for
16     the next day.
17 Q.  And who was they that would do the scanning?
18 A.  Supervisor Tony or whoever.  That would be my
19     supervisor, so Tony.
20 Q.  I see.  Okay.  So I'm going to put up on the screen
21     here a document.  I'm going to share it on the screen.
22     Hopefully, you will be able to see it clearly enough,
23     and let me see if I can find it here.  I'll put it so
24     it's nice and big and visible and -- all right.  I'm
25     putting on the screen a document.  Can you see

David Sujkowski
July 06, 2023                                                    22 to 25

---

Page 22

1    something on the document, Mr. Sujkowski?  I mean on
2    the screen there?
3  A.  Yes.
4  Q.  It says -- on top, it says page 1.  Across the top, it
5    says daily truck load sheet, water, route downtown,
6    11047.  Unfortunately, I do not have a Bates number on
7    this document.  Have you seen this document before,
8    Mr. Sujkowski?
9  A.  Yes.
10 Q.  Okay.  And what is it?
11 A.  That is just a load sheet.  It's standard, just giving
12   you how much of a certain quantity of a product you
13   wanted on your tuck and where you wanted it located on
14   your truck.
15 Q.  I'm going to scroll down a little bit.  Is this little
16   graphic on the bottom here, the left side, it says,
17   front, is that a graphic showing where on the truck it
18   would be?
19 A.  Yes.
20 Q.  And -- okay.  And so there's a date on it that says
21   3/3/2022.  What would that date signify?
22 A.  That date should signify the next day's route, if I'm
23   not mistaken.
24 Q.  Okay.
25 A.  The day of the route, yeah.

---

Page 23

1          MR. CUMMINGS:  And so I'm going to
2    designate this as Exhibit 1, and I will forward it
3    around right after the deposition.  So, first, we just
4    got ahold of this document, and we will forward it.
5    We will Bates number it and send it around, hopefully,
6    if not by the end of the day, first thing tomorrow.  I
7    have a couple more of these.  I will --
8          MR. FRISCH:  Note our continuing objection
9    to the use of documents that were not produced
10   previously in discovery.  Discovery has closed, and I
11   don't think this is proper.  We're being sandbagged
12   with documents.  This is kind of like a moving target
13   in this whole case, and we object to the use of these
14   undisclosed documents both in the deposition and at
15   any point beyond in this case.
16         MR. CUMMINGS:  Understood.
17 BY MR. CUMMINGS:
18 Q.  I'm putting another document in front of you, Mr.
19   Sujkowski.  I'll make it smaller so you can see most
20   of it.  Is this also a load sheet, the type you were
21   talking about?
22 A.  Yes.
23 Q.  Okay.  And now just looking -- there's a list of
24   different products there.  And for this particular
25   case, it looks like you have only one with a number

---

Page 24

1    next to it.  Would that mean that you were only taking
2    that particular type of product for that following
3    day?
4  A.  For that particular truckload, yes.  You only have
5    that one product going on the truck.
6  Q.  And for the list of the products there, you can review
7    them, could you say if -- which ones were or were not
8    typical for you to take?
9  A.  I'm sorry.  For the?
10 Q.  List of documents.  I believe some of them say DIS 3
11   gallon, and its product number is 600, 400, DIS 5
12   gallon.  Do you see the list of products about the
13   middle of the page on the left?
14 A.  Yes.
15 Q.  Which of these products can you say were typical or
16   not typical for you to take on any given day?
17 A.  All of them --
18         MR. FRISCH:  Objection, vague, but you can
19   answer.
20 A.  All of them were standard products, and I do recognize
21   all of them, and I would typically deliver them, yes.
22 BY MR. CUMMINGS:
23 Q.  Okay.  All right.  I will stop sharing the screen at
24   the moment.  And, Mr. Sujkowski, how was your pay
25   determined or calculated that you received from

---

Page 25

1    Absopure?
2  A.  We received a daily rate, and if our commissions
3    exceeded that daily rate, then we would earn money on
4    commission.
5  Q.  And do you know how the commission was calculated?
6  A.  It was based on a percentage of how much product we
7    delivered.
8  Q.  I'm going to put another document on the screen for
9    you shortly, and give me a minute.  I will try to find
10   a relatively clear example of one.  I am putting on
11   the screen a page of a document.  The whole document
12   in particular bears Bates numbers 5044 through 5095.
13   This particular page, I will scroll down.  It has the
14   Bates number 5067.  And, Mr. Sujkowski, can you see
15   this document?
16 A.  Yes, I can.
17 Q.  Can you recognize the document?
18 A.  I would say that, yes, I do recognize it, yes.
19 Q.  Is there a name that you have referred to this
20   document by?
21 A.  Nothing that I can recall, no.
22 Q.  And what is the document showing?
23 A.  I would -- it appears to be showing total commission
24   earned, total pay earned, for the week of 8/2 to
25   8/6/2021.

---

David Sujkowski
July 06, 2023                                                          1

1             UNITED STATES DISTRICT COURT

2             EASTERN DISTRICT OF MICHIGAN

3                  SOUTHERN DIVISION

4

5 JUSTIN GUY, individually and on

6 behalf of those similarly situated,

7                  Plaintiff,

8        vs.                Case No. 20-cv-12734-MAG-EAS

9                           HON. MARK A. GOLDSMITH

10 ABSOPURE WATER COMPANY, LLC

11 a domestic limited liability company,

12                  Defendant.

13 _____

14

15

16      The Deposition of DAVID SUJKOWSKI,

17      Taken in Carleton, Michigan,

18      Commencing at 4:05 p.m.,

19      Thursday, July 6, 2023,

20      Before Laurie R. Mayer, CSR-5385.

21

22

23

24

25

David Sujkowski
July 06, 2023                                    2 to 5

Page 2

1 REMOTE APPEARANCES:

2

3 ANDREW R. FRISCH

4 8151 Peters Road, Suite 4000

5 Plantation, Florida 33324

6 (954) WORKERS

7 afrisch@forthepeople.com

8      Appearing on behalf of the Plaintiff.

9

10 MICHAEL O. CUMMINGS

11 Cummings, McClorey, Davis & Acho, P.L.C.

12 1185 Avene of The Americas, Third Floor

13 (212) 547-8810

14 mcummings@cmda-law.com

15 N.Y. Bar No. 2701506

16      Appearing on behalf of the Defendant.

17

18

19

20

21

22

23

24

25

Page 3

1                    TABLE OF CONTENTS

2

3 WITNESS                                        PAGE

4 DAVID SUJKOWSKI

5

6 EXAMINATION

7 BY MR. CUMMINGS:                                 4

8 EXAMINATION

9 BY MR. FRISCH:                                  42

10 RE-EXAMINATION

11 BY MR. CUMMINGS:                               43

12

13               EXHIBITS

14

15 EXHIBIT                                         PAGE

16 (Exhibits retained by counsel.)

17

18 EXHIBIT 1

19 EXHIBIT 2

20 EXHIBIT 3

21 EXHIBIT 4

22 EXHIBIT 5

23

24

25

Page 4

1 Carleton, Michigan

2 Thursday, July 6, 2023

3 4:05 p.m.

4

5               DAVID SUJKOWSKI,

6      was thereupon called as a witness herein, and after

7      having first been duly sworn to testify to the truth,

8      the whole truth and nothing but the truth, was

9      examined and testified as follows:

10               EXAMINATION

11 BY MR. CUMMINGS:

12 Q.    Mr. Sujkowski, would you please state your full name

13       for the record?

14 A.    David Andrew Sujkowski.

15 Q.    And what is your current address?

16 A.    2705 Dunlop, D-u-n-l-o-p, Street, Trenton, Michigan

17       48183.

18 Q.    Thank you.  Have you ever had your deposition taken

19       before?

20 A.    I have not, no.

21 Q.    I will go over some of the ground rules and some of

22       the things that will happen so you will have an

23       understanding.  The first thing is, do you understand

24       that you are under oath and that potentially if you

25       said anything knowingly false, you might be subject to

Page 5

1       penalties for perjury?

2 A.    Yes.

3 Q.    And as you just did, please continue to answer

4       questions affirmatively, yes or no verbally, rather

5       than nodding your head.  That will help us

6       tremendously.

7 A.    Understood.

8 Q.    And, also, please try to listen to my full question.

9       Sometimes the question and the answer will seem

10      obvious to you when I'm halfway through, but I would

11      still please ask you to wait until I finish my

12      question, so for the court reporter both to get it

13      down clearly in the transcript and to also give your

14      attorney any chance to object.  Do you understand

15      that?

16 A.    Yes.

17 Q.    And, also, I would like you not to guess for any

18      answers that -- or any questions that I ask.  It would

19      be fine if you can give an approximation, say

20      approximately when or how long or something, but not

21      guess.  Do you understand that?

22 A.    Yes.

23 Q.    And I'm going to ask, would you please, if you do not

24      understand my question either because of audio issues

25      or you don't understand it, please let know, okay?

David Sujkowski
July 06, 2023                                    6 to 9

Page 6

1 A.  Understood.
2 Q.  Now, is there anything going on with you today?
3     Sometimes medication or other drugs or other issues
4     that might prevent you from understanding my questions
5     and answering them fully?
6 A.  No.
7 Q.  Now, you are here today because you were once employed
8     at Absopure Water Company; is that correct?
9 A.  Yes.
10 Q.  Do you recall the dates that you were there?
11 A.  February of 2021 to March of 2022.
12 Q.  What was your position or positions when you were
13     there?
14 A.  My job title was listed as sales and service
15     specialist.
16 Q.  And for what reason did you leave in March of 2022?
17 A.  I found another job opportunity.
18 Q.  Are you currently employed?
19 A.  Yes.
20 Q.  What is your current position and employer?
21 A.  I am a senior accountant with Imlach Movers in
22     Trenton.
23 Q.  And for the first part here, I'm going to ask some
24     questions about your job duties when you were with
25     Absopure.  And I would like to step you through --

Page 7

1     just so you understand, I will step you through your
2     day.  Did you work at the Plymouth facility?
3 A.  Yes.
4 Q.  And what was the very first thing you did when you
5     arrived at work each day?
6 A.  I held my badge up to their time clock, or I guess let
7     them know that I was there for the day.
8 Q.  Did you do that every day?
9 A.  Yes.
10 Q.  And what did you do next?
11 A.  I would go to my mailbox and retrieve my paperwork.
12 Q.  And what was the paperwork that you retrieved?
13 A.  It consisted of special deliveries, my route, all of
14     my stops for that day and any other additional notes
15     that needed to be passed along.
16 Q.  I apologize.  I forgot that I had not put my video on.
17     So now you can see me.  And what did you do after
18     retrieving your paperwork?
19 A.  I went through it, made any notes that I needed --
20     that I wanted to personally, for the day.
21 Q.  And then what did you do next?
22 A.  I took my paperwork and went out to my truck to do an
23     inventory of what was on there to verify everything
24     was correct.
25 Q.  And what kind of products were on the truck -- and you

Page 8

1     can -- typically?
2 A.  Five-gallon water jugs, cases of water.  And then
3     after -- any coolers, if you retrieved those, as well,
4     if you had coolers for the day, as well.
5 Q.  And how did the coolers get on the truck?
6 A.  I would put them on there.  I would find the coolers
7     that were a part of my route after I checked my
8     inventory.  Then I would go find my coolers, then
9     place them on the truck.
10 Q.  Did you ever put any -- and the coolers were to be --
11     was it correct that these coolers were to be placed in
12     customer locations?
13 A.  Yes.
14 Q.  Did you ever have any other equipment that you placed
15     in customer locations?
16 A.  There would be special items like coffee or any sort
17     of coffee accessories that were picked up before you
18     would leave the facility.
19 Q.  Did you ever pick up a coffee maker or anything like
20     that?
21 A.  Yes, periodically, there would be a coffee maker or
22     say a cup sleeve for a water cooler that someone
23     requested and specialty items like that that would
24     come along every now and then.
25 Q.  And was there a typical amount of coolers that you

Page 9

1     would take with you on any given day?
2 A.  It would range quite a bit.  I would say on a typical
3     day, you were looking at, let's say three to four.
4 Q.  Was there a maximum number that you took with you?
5 A.  I believe I -- about 30 of them.
6 Q.  Okay.  How often, to the best you can recall, would
7     you take say more than 10 -- or 10 or more?
8 A.  I would say -- let's say 5, 5 to 10 times, I did that.
9 Q.  And that would be during the entire time that you
10     worked?
11 A.  During my duration there, yes.
12 Q.  Okay.  And after you obtained the coolers or whatever
13     other equipment and checked or -- and looked at the
14     inventory on your truck, what did you do next?
15 A.  You would -- if the inventory was correct, then you
16     would pull your truck around and load everything into
17     the handheld for your supervisor to check off on.
18 Q.  And what was the handheld that you just mentioned?
19 A.  Well, a handheld device that preloaded our inventory
20     and our routes for the day, to check off that each
21     delivery, each stop was completed.  And then once it
22     was completed, it printed out a receipt to hand to the
23     customer.
24 Q.  And what do you mean by preloaded?  Was that -- was
25     some information in the handheld when you first got it

**Page 10**

1      in the morning?

2  A.   Our route was for the day. Once our supervisor

3      checked off, it was preloaded on there. So all of our

4      stops coincided with what was on our paperwork.

5  Q.   And did, at some point in the morning, did you pick up

6      the handheld or get it?

7  A.   Yes. Typically, I would -- that would be one of the

8      first things I would do. You would get your handheld,

9      yes.

10 Q.   Was that before or after you got your paperwork, for

11     example?

12 A.   It would be right at the same time.

13 Q.   And you said you would -- you said something about --

14     I don't want to -- if I understand correctly, about

15     putting the inventory into the handheld when you got

16     to your truck. What would that be?

17 A.   Yeah. How I typically did it was, I would put the

18     inventory into the handheld once I got back to the

19     office. I verified everything on my paperwork as far

20     as inventory being complete, and then I would load it

21     into the handheld at the office right before handing

22     it to my supervisor.

23 Q.   And how did you -- go ahead, please.

24 A.   Yeah. Right before I handed it to my supervisor for

25     him to go through his process.

**Page 11**

1  Q.   I see. And how would you load it into the handheld?

2  A.   I would just match up item numbers with what was on

3      the handheld and with what was on my physical

4      paperwork or my inventory sheet. And then that's --

5      make sure everything agreed.

6  Q.   And you said you gave it to your manager for his

7      process. What was the manager's process that you

8      mentioned?

9  A.   Specifically, I don't know as far -- it was basically

10     handed to him, and I think it was just kind of like a

11     final checkoff like, yeah, he's ready to go. That

12     would be my best understanding.

13 Q.   I see. And then what did you do after handing it off

14     and -- I guess, I assume you got it back from the

15     manager then?

16 A.   Uh-huh.

17 Q.   And then what would you do after that?

18 A.   If I had any special items, like coffee, anything

19     along those lines, go and retrieve those to put onto

20     the truck.

21 Q.   And when you retrieved, did you also make some input

22     into the handheld about the coffee items?

23 A.   Yes, yes. That would be included, yeah.

24 Q.   So would you do that before you gave the handheld to

25     the manager or after?

**Page 12**

1  A.   Yes, I guess that -- yeah, you would go verify that

2      they had the inventory of coffee on hand, and you

3      would enter that on to your inventory sheet and then

4      proceed to go to the manager for the final checkoff.

5  Q.   And, again, after you -- the final checkoff with the

6      manager, what did you do then?

7  A.   Then they would have us just kind of do a walkthrough

8      with the truck, make sure the truck was in good

9      operating conditions, and I guess that would coincide

10     with the final checkoff. They would do a walkthrough

11     with the truck, make sure it was in good conditions.

12     And we would go through this little checklist, I

13     guess, of making sure everything on the truck was

14     okay, and if there were any issues to note them.

15 Q.   Did you have a name for the checklist that you went

16     through or a term you used for it?

17 A.   Not specifically, not that I can recall.

18 Q.   Did you go through that checklist with the manager?

19 A.   Yes, there were -- yeah, on a typical day, we would go

20     through the checklist, and they would make sure that

21     everything was good to go.

22 Q.   And you did that -- was this after you drove your

23     truck out of the warehouse area?

24 A.   Yes, yeah, the truck would be out in front of the

25     office for the supervisor to observe.

**Page 13**

1  Q.   And once that inspection off the checklist was done,

2      what did you do then?

3  A.   Then once that was done, the handheld was all set,

4      everything was -- supervisors checked off, then you

5      were ready to proceed, start your route.

6  Q.   Okay. Now, is there something that was called

7      checking out the truck?

8  A.   I guess if that type of terminology was used, then

9      it's nothing that I was familiar with.

10 Q.   Was there some kind of input into the handheld that

11     signified that your manager -- you and your manager

12     had agreed to the inventory that was on the truck that

13     day?

14 A.   Yes, two receipts of the printout, and we would each

15     initial one copy of the receipt.

16 Q.   Okay. And was there something that you pressed or did

17     on the handheld at that point?

18 A.   No, he would go through his, and then the receipt --

19     his process. Then he would -- then it would print out

20     on the printer, and then we would each initial, and he

21     would keep a copy, and then I would keep a copy

22     throughout the day on my route.

23 Q.   Okay. How long would it typically take from the time

24     you swiped, you said your card, or put your card by

25     the sheet in the morning until the time you finished

David Sujkowski
July 06, 2023                                    14 to 17

Page 14

1   your printing out the receipts with your manager? How
2   much time would that typically take on any given day?
3 A.  I would say typically like 30 to 40 minutes.
4 Q.  Okay. Were there times when it was significantly
5   shorter or longer?
6 A.  I wouldn't say significantly shorter. If there were
7   days that the inventory was incorrect or the truck was
8   not preloaded altogether, then there were days that
9   was significantly longer.
10 Q.  How long could it be?
11 A.  Anywhere to an hour, an hour and a half.
12 Q.  Okay. If you can, how long would -- how often would
13   you say -- you said, I believe, 30 to 40 minutes. How
14   often was it longer than 45 minutes in this morning
15   process from the time you came in until the time you
16   print out the receipts?
17 A.  If I had to, I would say that would happen a couple
18   times a month. I would say two to three times a
19   month.
20 Q.  Did you ever fuel the truck?
21 A.  No.
22 Q.  Then once you print out the receipts, you said you
23   would -- would you start out on driving the truck for
24   the day?
25 A.  Yes.

Page 15

1 Q.  Were you assigned a particular route?
2 A.  Most of my time was spent in the downtown Detroit
3   area.
4 Q.  Do you recall if that was given a route number?
5 A.  If it was, I do not recall what it was.
6 Q.  Okay. And how many stops were typically on your
7   route?
8 A.  On a given day, 30 to 40.
9 Q.  And could you run -- briefly run through what you
10   would do at each stop?
11 A.  A normal stop would consist of looking at a handheld
12   or the paperwork for the type of water and quantity
13   that a particular customer took, and then proceed to
14   go to the customer, drop off, deliver their water and
15   take their empty bottles.
16 Q.  And when you said -- was that for a residential
17   customer?
18 A.  That would be for residential and business customers.
19 Q.  Okay. Did you -- about what percentage of your
20   customers that you can recall received coffee products
21   of some kind?
22 A.  I would say five percent.
23 Q.  Okay. And would the -- your activities at a stop with
24   coffee products be any different?
25 A.  No, it would be the same process, check what product

Page 16

1   they're taking, what quantity of product they're
2   taking and deliver it to them. The only difference is
3   there's no empty water jugs for those.
4 Q.  I see. And you mentioned something about printing out
5   receipts in the handheld. Were you printing receipts
6   while you were making stops on your routes?
7 A.  Yes.
8 Q.  Now, were you ever receiving any cash or checks from
9   customers at your routes?
10 A.  Yes, there were some people that paid cash on
11   delivery.
12 Q.  And, approximately, how long did it typically take you
13   to do your route?
14 A.  With it being the downtown Detroit route, there were a
15   lot of, I would say, detours. So, honestly, most days
16   it would be difficult to finish my route. So I was
17   out there from -- basically all day and did as much as
18   I could.
19 Q.  By all day, could you give an approximation on hours
20   that it would take?
21 A.  I would stay out there until most businesses closed,
22   so about 5:00 -- between 4:30 and 5:00 is when I would
23   head back.
24 Q.  Going back to the very beginning of the day, what time
25   or times did you typically arrive first at work in the

Page 17

1   morning?
2 A.  I would typically arrive between -- any times between
3   6:45 and 7:30.
4 Q.  I see. And then you mentioned typically it would be
5   30 to 40 minutes before you got on the road after
6   that; is that correct?
7 A.  Correct, yes.
8 Q.  Okay. Then what happened -- now, you said you -- is
9   it correct then that you said you typically did not
10   get to all of your stops on any given day?
11 A.  More times than not, yes, that is correct.
12 Q.  And what would happen if you didn't get to your stops
13   on a particular day?
14 A.  They would get moved to the next day, and then I would
15   make a priority to get to them, yeah.
16 Q.  Did you find yourself in situations where you got
17   behind on making stops where you couldn't -- there
18   were more -- do you understand what I mean, that you
19   couldn't quite catch up the next day or in a number of
20   days? Did that occur?
21 A.  Yes, yes.
22 Q.  And what would happen in those situations?
23 A.  I mean, it would just be a situation where you would
24   almost have to prioritize. If there was special stops
25   or if there were call-ins, you would have to

Page 18

1    prioritize, I guess, on a level of importance.  If you
2    got to know your customers and you got to kind of get
3    a good feel, then you could say, okay, I think they're
4    going to be good for a day or two until I can get to
5    them.
6 Q. I see.  Did you ever have to do an extra route or an
7    extra set of deliveries to catch up?
8 A. No.  Well, I did have to work -- there were some
9    Saturdays that we would work as if we -- during a busy
10   time, I would say.  There was a -- so then we would
11   work six days that week to help play catchup.
12 Q. How often did you work on Saturdays?
13 A. During my time there, I would say I worked five or six
14   Saturdays.
15 Q. The total time, correct?
16 A. Yes.
17 Q. Okay.  Now, once you finished your route for the day,
18   what steps did you take?
19 A. You would go into the -- you would drive back.  You
20   would get to the facility.  Then you would go straight
21   to the warehouse.  And one of the warehouse workers
22   would verify your inventory and get your empties off
23   the truck.  And then you would pull the truck around
24   and park it and proceed to the office.
25 Q. How did the warehouse worker verify your inventory?

Page 19

1 A. He would -- you would open up all your doors and walk
2    around the truck and check the inventory on it.
3 Q. During this part of the verifying, did the warehouse
4    worker do anything with the handheld device that you
5    had?
6 A. Yes, he would have to do it, what I would deem a
7    check-in process, enter the inventory for each
8    particular product.  Then after he was done with his
9    process, a receipt would print out and he would
10   initial.
11 Q. And then after receiving that receipt that he
12   initialed, what did you do next?
13 A. Then you -- that's -- at that point, you would get
14   back and then close up the truck, drive around and
15   then park the truck and collect everything.
16 Q. Then after that, what did you do?
17 A. Then you would proceed to the office and then you
18   would take your handheld, put that and any cash you
19   may have acquired throughout the day and your
20   receipts, and give it to who I believe was an
21   accounting individual.
22 Q. Okay.  And then did you do anything after that?
23 A. They would go through their process, collect all the
24   receipts, cash, give you your handheld and printer,
25   say you're all set, put your handheld away to charge

Page 20

1    for the day.  Then you would -- if they were
2    available, you would go to your supervisor and then
3    discuss the route for the day and then preview the
4    next day's route.
5 Q. And after meeting with your supervisor, what would you
6    do?
7 A. If everything for the next day's route looked good, he
8    would show you your pay for the day, how much you
9    earned in commission, and then you would -- he would
10   print out an inventory sheet and a -- I guess a --
11   like it's a lot (phonetic) sheet -- or a breakdown of
12   your truck, and you would go through how you would
13   like your truck loaded for the next day.
14 Q. Have you ever heard the term, load sheet?
15 A. Yes, load sheet, yeah.  That's what I was trying to
16   think of, yeah.
17 Q. And that was a document you filled out to determine
18   what would be loaded on your truck the following day;
19   is that correct?
20 A. Yes, correct.
21 Q. Okay.  Who were the -- your supervisor or supervisors
22   that you met with at the end of the day there?
23 A. It was primarily Tony.  He was primarily the one that
24   would work in the afternoons when we got -- or
25   evenings when we got back.  And then every now and

Page 21

1    then, my other supervisor, it would have been Al or
2    Alex, but he was -- on a typical day, he would be my
3    supervisor that would have checked me out in the
4    morning.
5 Q. Do you happen to remember Tony or Alex's last names?
6 A. I do not remember their last names, unfortunately.
7 Q. Okay.  And what did you do with your load sheet when
8    you were done with it?
9 A. You would either give it right to Supervisor Tony, or
10   you would put it in the basket right at his desk.
11 Q. Were you aware if the load sheets were ever scanned in
12   on a scanner at any point?
13 A. I believe they would -- if I'm not mistaken, they
14   would take it to the scanner, and they would scan it
15   back to the warehouse until they had the paperwork for
16   the next day.
17 Q. And who was they that would do the scanning?
18 A. Supervisor Tony or whoever.  That would be my
19   supervisor, so Tony.
20 Q. I see.  Okay.  So I'm going to put up on the screen
21   here a document.  I'm going to share it on the screen.
22   Hopefully, you will be able to see it clearly enough,
23   and let me see if I can find it here.  I'll put it so
24   it's nice and big and visible and -- all right.  I'm
25   putting on the screen a document.  Can you see

Page 22

1  something on the document, Mr. Sujkowski?  I mean on
2  the screen there?
3 A.  Yes.
4 Q.  It says -- on top, it says page 1.  Across the top, it
5  says daily truck load sheet, water, route downtown,
6  11047.  Unfortunately, I do not have a Bates number on
7  this document.  Have you seen this document before,
8  Mr. Sujkowski?
9 A.  Yes.
10 Q.  Okay.  And what is it?
11 A.  That is just a load sheet.  It's standard, just giving
12  you how much of a certain quantity of a product you
13  wanted on your tuck and where you wanted it located on
14  your truck.
15 Q.  I'm going to scroll down a little bit.  Is this little
16  graphic on the bottom here, the left side, it says,
17  front, is that a graphic showing where on the truck it
18  would be?
19 A.  Yes.
20 Q.  And -- okay.  And so there's a date on it that says
21  3/3/2022.  What would that date signify?
22 A.  That date should signify the next day's route, if I'm
23  not mistaken.
24 Q.  Okay.
25 A.  The day of the route, yeah.

Page 23

1          MR. CUMMINGS:  And so I'm going to
2  designate this as Exhibit 1, and I will forward it
3  around right after the deposition.  So, first, we just
4  got ahold of this document, and we will forward it.
5  We will Bates number it and send it around, hopefully,
6  if not by the end of the day, first thing tomorrow.  I
7  have a couple more of these.  I will --
8          MR. FRISCH:  Note our continuing objection
9  to the use of documents that were not produced
10  previously in discovery.  Discovery has closed, and I
11  don't think this is proper.  We're being sandbagged
12  with documents.  This is kind of like a moving target
13  in this whole case, and we object to the use of these
14  undisclosed documents both in the deposition and at
15  any point beyond in this case.
16          MR. CUMMINGS:  Understood.
17 BY MR. CUMMINGS:
18 Q.  I'm putting another document in front of you, Mr.
19  Sujkowski.  I'll make it smaller so you can see most
20  of it.  Is this also a load sheet, the type you were
21  talking about?
22 A.  Yes.
23 Q.  Okay.  And now just looking -- there's a list of
24  different products there.  And for this particular
25  case, it looks like you have only one with a number

Page 24

1  next to it.  Would that mean that you were only taking
2  that particular type of product for that following
3  day?
4 A.  For that particular truckload, yes.  You only have
5  that one product going on the truck.
6 Q.  And for the list of the products there, you can review
7  them, could you say if -- which ones were or were not
8  typical for you to take?
9 A.  I'm sorry.  For the?
10 Q.  List of documents.  I believe some of them say DIS 3
11  gallon, and its product number is 600, 400, DIS 5
12  gallon.  Do you see the list of products about the
13  middle of the page on the left?
14 A.  Yes.
15 Q.  Which of these products can you say were typical or
16  not typical for you to take on any given day?
17 A.  All of them --
18          MR. FRISCH:  Objection, vague, but you can
19  answer.
20 A.  All of them were standard products, and I do recognize
21  all of them, and I would typically deliver them, yes.
22 BY MR. CUMMINGS:
23 Q.  Okay.  All right.  I will stop sharing the screen at
24  the moment.  And, Mr. Sujkowski, how was your pay
25  determined or calculated that you received from

Page 25

1  Absopure?
2 A.  We received a daily rate, and if our commissions
3  exceeded that daily rate, then we would earn money on
4  commission.
5 Q.  And do you know how the commission was calculated?
6 A.  It was based on a percentage of how much product we
7  delivered.
8 Q.  I'm going to put another document on the screen for
9  you shortly, and give me a minute.  I will try to find
10  a relatively clear example of one.  I am putting on
11  the screen a page of a document.  The whole document
12  in particular bears Bates numbers 5044 through 5095.
13  This particular page, I will scroll down.  It has the
14  Bates number 5067.  And, Mr. Sujkowski, can you see
15  this document?
16 A.  Yes, I can.
17 Q.  Can you recognize the document?
18 A.  I would say that, yes, I do recognize it, yes.
19 Q.  Is there a name that you have referred to this
20  document by?
21 A.  Nothing that I can recall, no.
22 Q.  And what is the document showing?
23 A.  I would -- it appears to be showing total commission
24  earned, total pay earned, for the week of 8/2 to
25  8/6/2021.

Page 26

1 Q.  Okay.  And I don't know if you can see it.  It's a
2     little bit dark.  The column -- can you see the column
3     heading in the gray?  I think it's same is the first
4     column on the left and date, and then sales,
5     parentheses, 8 percent.  Can you see those column
6     headings on your version?
7 A.  Yes, I can.
8 Q.  And the third column from the left, it says 8 -- sales
9     in parentheses, 8 percent.  What does that refer to,
10    or what does that mean that's in the column?
11 A.  The amount of sales made from the product I delivered.
12 Q.  So that would be -- would that be the total sale
13    prices of the products you delivered on that day if
14    you were to add them up?
15 A.  Yes.
16 Q.  Okay.  And it says -- the next column says units, 8
17    percent.  And what does that refer to?
18 A.  The total quantity delivered of the product.
19 Q.  And the quote end quote -- it says, the next column --
20    I believe it's -- now we're talking the fifth from
21    left, it says, COM, 8 percent.  What does that column
22    refer to?
23 A.  The commission earned.
24 Q.  I see.  And, now, going on the same three columns --
25    now, do you understand how that column, 8 percent --

Page 27

1     it says column with the 8 percent, was calculated?
2 A.  Yes.
3 Q.  How was that calculated?
4 A.  It is 8 percent of the third column from the left.
5 Q.  The column that says sales, 8 percent, correct?
6 A.  That is my understanding, yes.
7 Q.  And then there's three columns that go sales, 16
8     percent and units, 16 percent and COMs, 16 percent.
9     Are those similar -- is the sales, 16 percent,
10    total -- a list of total sales of certain products for
11    each day?
12 A.  Yes.
13 Q.  And then the same with the units?  It's a certain
14    number of certain number of units for each product
15    every day?
16 A.  Yes, it's the same with the 16 percent columns.
17    That's how much was the sales price; if that was
18    delivered, how many units were delivered, and the
19    commission earned that was delivered.
20 Q.  And just a shortcut.  So does the column that says
21    COM, 16 percent represent a 16 percent of the column
22    that says sales, 16 percent?  Would that be correct?
23 A.  That would be my understanding, yes.
24 Q.  And total sales -- I'm not going to ask you to do the
25    math per se, but is your understanding -- would that

Page 28

1     be the sum total of the sales at 8 percent and sales
2     at 16 percent?
3         MR. FRISCH:  Objection, vague.
4         MR. CUMMINGS:  I'm sorry.  I'm not sure
5     that that was clear.
6         MR. FRISCH:  I said -- my objection was
7     vague.
8         MR. CUMMINGS:  Okay.  It just broke up.
9 BY MR. CUMMINGS:
10 Q.  Now, I want to go to -- let's see.  The total, it
11    says, total prod COM column.  What is your
12    understanding of that column?
13 A.  That is the total product commission that was earned
14    based on what was delivered.
15 Q.  And that would be what the total product commission
16    that you would have earned on each one of those days,
17    correct?
18 A.  To my understanding, that is correct.
19 Q.  And what does the EQ column represent?
20 A.  That, I am unsure of.  So that, I'm -- that column,
21    I'm unsure of.
22 Q.  Okay.  And this particular sheet has two columns that
23    just have dashes in them.  It says, unit bonus and EQ
24    bonus.  Do you know what those are?
25 A.  No, I do not know what those would be pertaining to.

Page 29

1 Q.  Now, the second column from the right says base on
2     top.  What does that refer to?
3 A.  That would be our base pay, our daily rate.
4 Q.  Okay.  And the column on the far right, it says total
5     COM.  What does that represent?
6 A.  That was total commission for products that were
7     delivered.
8 Q.  And by total commission -- let me see here.  Let me
9     get my columns correctly.  So by total commission, is
10    it correct to say that's an amount that was above the
11    amount that's in the column on the -- it's the first
12    column -- second column from the right that says base?
13 A.  Yes, that was the amount that exceeded the $120 daily
14    rate.
15 Q.  And if you don't mind, I'm going to scroll down.  I'm
16    looking at, I'm thinking of one of these.  Let me see
17    if I can find something here.  I'm going to -- I'm on
18    another page now.  I'm on Bates number 5064, and I
19    would ask you to take a minute to look at the column,
20    particularly the columns in them, and take as long as
21    you need to take to see if that would be the same
22    answers that you gave me for the meaning of those
23    columns and the numbers in them that you gave me
24    previously.  If there's any exceptions or something
25    you don't understand in that, please let me know, and

Page 30

1  take as long as you need.  I'm in no hurry here.
2 A.  From what I'm reading, everything agrees with what was
3  presented on the other slip.
4 Q.  And I'm going to ask you to focus on the far right
5  column where it says, total COM again.  And on the
6  second line item down, there is a dash there.  What
7  does that dash there mean?
8 A.  There was no additional commission earned above the
9  $120 daily rate.
10 Q.  So if I go over on that same line, five columns to the
11  left, under the -- it says total prod COM.  Where it
12  says 99.72, what is that 99.72 number?
13 A.  That would be total product commission earned.
14 Q.  And is it correct to say that for that day on your
15  route, you would have received -- for that day, you
16  would have been paid the base rate and only the base
17  rate for that day; is that correct?
18 A.  That is correct, yes.
19 Q.  And then to confirm, for the other columns on the
20  right, you would have received on the days --
21  representing the other days of that week, you would
22  have received the base plus the far right column
23  where it says total COM; is that correct?
24 A.  Yes, that is correct.
25 Q.  Okay.  Did anyone, at any point, explain this way of

Page 31

1  calculating your payment to you?
2 A.  That, I cannot recall.  I'm sure it was went over at
3  our orientation, but I kind of -- I figured out the
4  structure on my own from these slips.
5 Q.  And the slips, when did you -- do you recall when or
6  how often you received these slips?
7 A.  They were mailed to us.
8 Q.  Okay.  How often were they mailed to you?
9 A.  We would have received them every week.
10 Q.  Okay.  Now, I'm going to find another document.
11  Please bear with me a minute to make sure I get the
12  right one.  Unfortunately, my particular copies I have
13  here are not searchable, so you will have to bear with
14  me just a minute while I scroll through things.
15  Rather than take up more time, I will just -- I'm
16  going to be putting up your pay statement, and I
17  wanted to see -- I thought I had that one for -- that
18  particular week that -- we looked that up, but I will
19  find another pay statement that we can use.  I'm going
20  to share the screen here.  Just a minute.  So I'm
21  putting up a document.  Can you see a document on the
22  screen now, Mr. Sujkowski?
23 A.  Yes.
24 Q.  And I'm going to state for the record, this is an
25  unredacted and confidential pay statement.  And

Page 32

1  looking at the top, it looks at the pay period from --
2  it says about the second set of columns -- rows down,
3  pay period, 11/15/21 to 11/28/21.  The particular
4  Bates number of this one is 003154, and these -- this
5  is a group of Mr. Sujkowski's pay stubs that were
6  produced in the -- I believe I have the -- I am
7  looking for the range here, from 3031 to 3057.  And as
8  I mentioned off the record, we can supply this one as
9  an exhibit -- this one page as an exhibit, and we will
10  redact all the personal information out of it.  So I
11  would like to turn your attention to what is about
12  25 -- you know, a quarter of the way down.  There's a
13  box on the left, more less on the left side that --
14  and there's a narrow column.  It says earnings.  Under
15  that, there's a description, hours, day, current, and
16  YTD.  Under that, there's a series of numbers with --
17  next on the rows, regular vacation and HS --
18  commission and HSER payment.  Mr. Sujkowski, do you
19  see what I'm referring to there?
20 A.  Yes.
21 Q.  And there's a row that says regular and current hours,
22  slash, days, current.  And do you know what the
23  numbers in that row refer to?
24 A.  Let's see.  Are you referring to the regular and then
25  the hours --

Page 33

1 Q.  No, just the regular.  We will go down columns, but
2  some I think might be -- but there's a regular, and it
3  says 9.0.
4 A.  Yes.
5 Q.  What does that 9.0 refer to?
6 A.  Number of days worked for that pay period.
7 Q.  And the current -- what is the number, the 1260
8  number -- 1260 number that refers to under the current
9  column?
10        MR. FRISCH:  If you know.
11        THE WITNESS:  I'm sorry?
12 BY MR. CUMMINGS:
13 Q.  Do you know what that number refers to under the
14  current column, the one that says --
15 A.  How much regular pay was from that pay period.
16 Q.  And by regular pay, do you happen to mean -- I'm not
17  trying to put words in your mouth, the base rate you
18  would have received for those nine days?
19 A.  That would be my understanding, yes.
20 Q.  Okay.  And not to make you do math here, that number
21  would come out to $140 per day.  Did you have -- did
22  you have differing -- varying numbers of base rates
23  during the time that you worked at Absopure?  Because
24  we saw an earlier one that says 120 per day, and I am
25  looking at one here that says -- it looks like it's

Page 34

1 numbers, I will just represent, 140 a day.  I want to
2 see if your recollection if you, at one point, had a
3 base rate of 140 per day.
4 A. Yes, during the later term -- time during I was there,
5 they raised the daily rate from 120 to 140.
6 Q. And so skipping down ahead to holiday, would it be
7 correct to say that the 2.0 and the 280 next to it,
8 would it be correct to say that that means you had two
9 holidays you were paid for and at $140 per day?
10 A. Yes.
11 Q. Okay.  And the fifth row down there says commission,
12 and going over it, it says 849.66.  What does that
13 number represent?
14 A. To my understanding, that would be the amount,
15 commission earned during that pay period.
16 Q. And would that be the -- would it be, to your
17 understanding, the commission that you were paid over
18 and above whatever the base rate was for those days?
19 A. Yes.
20 Q. Okay.  And if I understand, this covers a period of
21 two weeks; is that correct?
22 A. Yes.
23 Q. Now, unfortunately, I couldn't get my hands on them
24 right away, and if this question doesn't make sense,
25 that's fine.  But if I were to go -- if I recall the

Page 35

1 commission -- of the statements about commission that
2 we looked at previously, were at one a week basis.  Do
3 you recall that?
4 A. I'm sorry.  You cut out on my screen.
5 Q. I'm sorry.  Never mind.  I said -- so would you have
6 received -- I'm going to ask the question.  For that
7 person's commission -- for the dates of the
8 commission, I will call them commission numbers, and
9 the other regular and numbers, would you have received
10 a piece of paper with those same commission columns
11 that we looked at previously?  Would you have received
12 those that should add up to these numbers?  Is that
13 your understanding?
14 A. That is how I would understand it, yes.
15 Q. Okay.  All right.  That's good enough for here.  And
16 I'm going to show you -- do you know what?  So I think
17 I may have forgotten to ask you questions about your
18 daily routine.  I wanted to get back to that.  At the
19 end of the day when you brought your truck back to the
20 facility, I want to ask you, if you can recall, from
21 the time that you confirmed your inventory with the
22 warehouse personnel when you brought your truck back
23 on the handheld until the time you finished for the
24 day, do you have a recollection of how long that
25 typically took?

Page 36

1 A. Are you speaking from the moment that we -- that the
2 check-in was with the warehouse employee?
3 Q. Yes, from that moment, when you would have (inaudible)
4 the receipt, I recall.
5 A. Yes, I would say from that moment, that time frame, on
6 a standard day, 20 to 30 minutes.
7 Q. I see.  Were there longer or shorter times than that?
8 A. If there were -- nothing shorter.  Standard would be
9 20 to 30 minutes.  If there was any longer, I don't
10 recall.
11 Q. Was there any other occasional -- you gave me a list
12 of things that you typically did from those -- during
13 that time period, from the check-in with the warehouse
14 person until the time you left.  Were there any other
15 kind of activities that might come up that you can
16 recall that would take longer that weren't typical but
17 came up occasionally?
18 A. Nothing that I can recall, no.
19 Q. Okay.  And give me a minute.  I'm going to put another
20 document in front of you, and I will put it on the
21 screen here.  For the record, this is a document
22 bearing Bates numbers 0177 through 0208.  On the
23 screen currently, we're showing that the first page of
24 it was 0177.  Mr. Sujkowski, do you see that, the
25 document?

Page 37

1 A. Yes.
2 Q. Do you recognize this document?
3 A. I -- that appears to be the handbook that would have
4 been given out.
5 Q. Okay.  I'm going to scroll through it for you, and
6 I'll do it at a moderate pace.  If you want me to stop
7 or want to look at anything more closely, let me know,
8 and to see -- so you can see the pages.  And I'm not
9 going to stop any longer on one particular area just
10 yet.  And I'll scroll at about this pace all the way
11 through.  I think it should take me no more than 35
12 seconds to finish this just for completion sake.  I'm
13 going to -- what I'm going to ask you when I get to
14 the bottom is, did you ever read through this document
15 that you recall?
16 A. Not that I can recall.
17 Q. But do you recall at least seeing the cover sheet to
18 the document?
19 A. I can't recall that, as well.
20 Q. Do you recall if anyone ever mentioned the document --
21 this document to you?
22 A. Not that I can recall.  It would have been -- if it
23 would have been, it would have been when we started,
24 but I don't recall.
25 Q. And then I'm going to -- we'll put that up.  I'll just

David Sujkowski
July 06, 2023                                          38 to 41

Page 38

1   mark this as the next exhibit.  I think we're up to 3.
2   If somehow I've missed something, we will mark it
3   accordingly later.  And the next document here, give
4   me a minute.  We will stop this for just a second.  I
5   will try to quickly get another document up for you.
6   Okay.  And -- okay.  I will now share it.  I have put
7   on the screen a document.  At the top, it says,
8   verification and consent, agreement and
9   acknowledgement.  The particular document bears the
10  Bates stamps number 2025.  And, Mr. Sujkowski, I'll
11  ask you, do you recognize this document?
12 A.  I recognize it as an acknowledgement with my
13  signature.
14 Q.  And that is your signature on it?
15 A.  Yes.
16 Q.  Okay.  And I'll read the first part, the first
17  paragraph.  It says, understand that my associate
18  handbook outlines my privileges and benefits as well
19  as my responsibilities and obligations as an associate
20  of Absopure Water Company.  Do you recall having read
21  that?
22 A.  I can't -- I'm sure they asked me to read it.  I can't
23  recall if I read it or not or if I skimmed it.  I
24  cannot recall.
25 Q.  Do you recall whether or not you signed this document

Page 39

1   sometime at the beginning of your employment at
2   Absopure?
3 A.  Since -- I would agree to that because that is my
4   signature.
5 Q.  I see.  And that is -- the date on the bottom is --
6   by any chance, do you recognize whether or not that
7   date that's written in there, 2/1/21, is that your
8   handwriting?
9 A.  Yes.
10      MR. CUMMINGS:  Okay.  I think I'm probably
11  done with my questions.  If it's okay with everybody
12  else, I thought I might take just a very short break.
13  I may have one or two more questions, and then Mr.
14  Frisch might have some questions.  Is that okay with
15  everybody?
16      MR. FRISCH:  Yes.
17      MR. CUMMINGS:  We'll take just a short
18  break.  Off the record.
19      (Off the record at 5:03 p.m.)
20      (Back on the record at 5:10 p.m.)
21 BY MR. CUMMINGS:
22 Q.  Mr. Sujkowski, did you have a Commercial Driver's
23  License while you were working with Absopure?
24 A.  I did not.
25 Q.  Did you have an understanding of what significance

Page 40

1   having or not having a Commercial Driver's License
2   meant for your position at Absopure?
3      MR. FRISCH:  Objection, vague.
4      You can answer if you understand what he's
5   asking.
6 A.  I did not understand -- I didn't understand the
7   difference between having it and not having it, no.
8 BY MR. CUMMINGS:
9 Q.  When you first began at Absopure, did you spend
10  anytime driving with another person when you began?
11 A.  Yes.
12 Q.  And what was that?  How often and who, if you recall?
13 A.  I spent one week with one driver and then the next
14  three days and the next week with another driver.
15 Q.  Do you recall who those drivers were?
16 A.  The first driver's name was Andrew Mumford, and the
17  second driver was Ron Calhoun.  I believe that was his
18  last name.
19 Q.  And you had mentioned previously that you had a
20  supervisor by the name of Tony.  Do you recall his
21  last name?
22 A.  I do not, no.
23 Q.  If I said the name Tony Freeze, would that -- or
24  Freeze, would that refresh your recollection?
25 A.  Not -- that sounds right, but not entirely.

Page 41

1 Q.  Okay.  And you mentioned another manager by the name
2   of Alex.  Do you recall that person's last name?
3 A.  I do not, no.
4 Q.  If I said the name Alex Mecks (phonetic), would that
5   refresh your memory as to who that Alex was?
6 A.  That sounds correct, yes.
7 Q.  Can you recall the names of any other supervisors or
8   managers that you worked with?
9 A.  Not that I can recall, no.
10 Q.  Can you recall any of the names of the people you
11  would have dealt with handing in your paperwork to, or
12  your handheld to, at the end of the day?
13 A.  I cannot recall their names, no.
14 Q.  Okay.  Now, you had mentioned for me some typical
15  times that you spent at the beginning of the day
16  between the time you arrived and the time that you
17  left with the truck for the day and also the other
18  side of the day between a checking in, printing it
19  with the warehouse person and leaving for the day.
20  I'm asking, did you make any observations or can
21  recall any observations about the times that other
22  truck drivers would have spent either in the morning
23  time or in the afternoon time?
24 A.  Not a --
25 Q.  Go ahead, please.

David Sujkowski
July 06, 2023                                                    42 to 45

Page 42

1 A.   Not a specific pattern that I can recall, no.
2 Q.   On either side.  Like to just give an example.  I'm
3      not trying to put anything in your head.  If you
4      regularly worked with another driver and you happened
5      to know how long his time in the morning was before he
6      left or came in the evening.  Do you have any
7      recollection along those lines?
8 A.   There was nothing that I really monitored that
9      closely, no.
10             MR. CUMMINGS:  Okay.  That ends my
11     questions.
12             MR. FRISCH:  I just have a few follow-up
13     questions.
14                       EXAMINATION
15 BY MR. FRISCH:
16 Q.   Did you drive a variety of different types of vehicles
17     during your period of your employment with Absopure,
18     or was it always the same type of vehicle?
19 A.   I drove different types of vehicles, yes.
20 Q.   Did you ever drive -- my understanding is they had --
21     in addition to, I guess, bigger trucks, they also had
22     vans that were used for the deliveries; is that right?
23 A.   Yes.
24 Q.   Were you one of the drivers who drove the vans on
25     occasion?

Page 43

1 A.   Yes.
2 Q.   Do you know -- can you give me an approximation of how
3      many times you think during your employment you drove
4      a van to complete your deliveries?
5 A.   An approximate, 15 to 20 times.
6              MR. FRISCH:  Okay.  Thanks.  I have nothing
7      further.
8              MR. CUMMINGS:  I will just follow up.
9                     RE-EXAMINATION
10 BY MR. CUMMINGS:
11 Q.   What were the circumstances under which you would have
12     driven a van?
13 A.   If there were trucks that were unavailable due to --
14     or requiring maintenance.
15 Q.   Would you have -- did you drive the vans on your
16     regular routes?  You said it was downtown?
17 A.   I -- yes, I would have taken a van down there, yes.
18 Q.   Okay.  When you did that, was there ever an issue with
19     having enough product to complete your route on the
20     van?
21 A.   Typically, there would have not been enough product on
22     the van to complete my entire route.  I would have had
23     to go back to Plymouth and then head back out for a
24     second run.
25 Q.   So did you have to -- how often did you have to

Page 44

1      make -- I mean, on how many days did you have to make
2      a second run?
3 A.   Approximately -- just about every time.
4 Q.   Every time that you drove the van?
5 A.   Yes.
6              MR. CUMMINGS:  Okay.  I have no further
7      questions.
8              MR. FRISCH:  He will read, and we'll take a
9      copy if Mr. Cummings orders.
10             MR. CUMMINGS:  Yes, we will be ordering.
11             COURT REPORTER:  Are both orders e-trans?
12             MR. FRISCH:  That would be fine with us.
13             MR. CUMMINGS:  Yes, we're fine with that.
14             (Deposition concluded at 5:17 p.m.
15             Signature of the witness was requested.)
16
17
18
19
20
21
22
23
24
25

Page 45

1 JUSTIN GUY, individually and on
2 behalf of those similarly situated,
3                  Plaintiff,
4       vs.              Case No. 20-cv-12734-MAG-EAS
5                        HON. MARK A. GOLDSMITH
6 ABSOPURE WATER COMPANY, LLC
7 a domestic limited liability company,
8                  Defendant.
9 _____
10
11            VERIFICATION OF DEPONENT
12
13            I, having read the foregoing deposition
14     consisting of my testimony at the aforementioned time
15     and place, do hereby attest to the correctness and
16     truthfulness of the transcript.
17
18
19            _____
20                  DAVID SUJKOWSKI
21                  Dated:
22
23
24
25

U.S. LEGAL SUPPORT
(877) 479-2484

David Sujkowski
July 06, 2023

46 to 47

```
  1                        ERRATA SHEET                Page 46

  2

  3 PAGE   LINE   CORRECTION

  4  ___    ___   _____

  5  ___    ___   _____

  6  ___    ___   _____

  7  ___    ___   _____

  8  ___    ___   _____

  9  ___    ___   _____

 10  ___    ___   _____

 11  ___    ___   _____

 12  ___    ___   _____

 13  ___    ___   _____

 14  ___    ___   _____

 15  ___    ___   _____

 16  ___    ___   _____

 17  ___    ___   _____

 18  ___    ___   _____

 19  ___    ___   _____

 20  ___    ___   _____

 21  ___    ___   _____

 22  ___    ___   _____

 23  ___    ___   _____

 24  ___    ___   _____

 25  ___    ___   _____
```

```
  1                   CERTIFICATE OF REPORTER          Page 47

  2

  3 STATE OF MICHIGAN)

  4                 ) SS

  5 COUNTY OF MONROE  )

  6

  7              I hereby certify that I reported

  8    stenographically the foregoing proceedings and

  9    testimony under oath at the time and place

 10    hereinbefore set forth; that thereafter the same was

 11    reduced to computer transcription under my

 12    supervision; and that this is a full, true, complete

 13    and correct transcription of said proceedings.

 14

 15

 16

 17

 18

 19

 20

 21

 22           Laurie R. Mayer, CSR-5385

 23           Notary Public

 24           Monroe County, Michigan

 25    My Commission expires:  August 9, 2025
```

U.S. LEGAL SUPPORT
(877) 479-2484