# EXHIBIT 7

| Tour | Check Out/In | UTC Time Stamp | Date | UTC Time | Not Return Same Date | Raw Time and Date Data | Same Day Duration | 2nd Day Duration | Employee Number |
|---|---|---|---|---|---|---|---|---|---|
| S0000148249 | Out | 20,210,629,103,742 | 6/29/2021 | 10:37:42 |   | 443760.442847222222 |   |   | 01600 |
| S0000148249 | In | 20,210,630,155,619 | 6/30/2021 | 15:56:19 | X | 443770.664108796296 |   |   | 01600 |
| S0000148316 | Out | 20,210,701,102,319 | 7/1/2021 | 10:23:19 |   | 443780.432858796296 |   |   | 01600 |
| S0000148316 | In | 20,210,701,153,242 | 7/1/2021 | 15:32:42 |   | 443780.647708333333 | 5:09:23 |   | 01600 |
| S0000148345 | Out | 20,210,702,102,400 | 7/2/2021 | 10:24:00 |   | 443790.433333333333 |   |   | 01600 |
| S0000148345 | In | 20,210,702,055,231 | 7/2/2021 | 5:52:31 |   | 443790.244803240740741 |   |   | 01600 |
| S0000148414 | Out | 20,210,705,222,212 | 7/5/2021 | 22:22:12 |   | 443820.932083333333 |   |   | 01600 |
| S0000148414 | In | 20,210,706,173,031 | 7/6/2021 | 17:30:31 | X | 443830.729525462962963 |   |   | 01600 |
| S0000148432 | Out | 20,210,707,102,028 | 7/7/2021 | 10:20:28 |   | 443840.43087962962963 |   |   | 01600 |
| S0000148432 | In | 20,210,707,183,516 | 7/7/2021 | 18:35:16 |   | 443840.774490740740741 | 8:14:48 |   | 01600 |
| S0000148508 | Out | 20,210,708,102,332 | 7/8/2021 | 10:23:32 |   | 443850.433009259259259 |   |   | 01600 |
| S0000148508 | In | 20,210,708,155,055 | 7/8/2021 | 15:50:55 |   | 443850.660358796296296 | 5:27:23 |   | 01600 |
| S0000148604 | Out | 20,210,712,103,435 | 7/12/2021 | 10:34:35 |   | 443890.44068287037037 |   |   | 01600 |
| S0000148604 | In | 20,210,712,184,410 | 7/12/2021 | 18:44:10 |   | 443890.780671296296296 | 8:09:35 |   | 01600 |
| S0000148628 | Out | 20,210,713,102,847 | 7/13/2021 | 10:28:47 |   | 443900.436655092592593 |   |   | 01600 |
| S0000148628 | In | 20,210,713,193,950 | 7/13/2021 | 19:39:50 |   | 443900.819328703703704 | 9:11:03 |   | 01600 |
| S0000148696 | Out | 20,210,714,102,634 | 7/14/2021 | 10:26:34 |   | 443910.435115740740741 |   |   | 01600 |
| S0000148696 | In | 20,210,714,181,122 | 7/14/2021 | 18:11:22 |   | 443910.757893518518518 | 7:44:48 |   | 01600 |
| S0000148739 | Out | 20,210,715,101,634 | 7/15/2021 | 10:16:34 |   | 443920.428171296296296 |   |   | 01600 |
| S0000148739 | In | 20,210,715,173,222 | 7/15/2021 | 17:32:22 |   | 443920.730810185185185 | 7:15:48 |   | 01600 |
| S0000148788 | Out | 20,210,716,102,319 | 7/16/2021 | 10:23:19 |   | 443930.432858796296296 |   |   | 01600 |
| S0000148788 | In | 20,210,716,170,618 | 7/16/2021 | 17:06:18 |   | 443930.712708333333333 | 6:42:59 |   | 01600 |
| S0000148815 | Out | 20,210,719,101,521 | 7/19/2021 | 10:15:21 |   | 443960.427326388888889 |   |   | 01600 |
| S0000148815 | In | 20,210,719,183,556 | 7/19/2021 | 18:35:56 |   | 443960.774953703703704 | 8:20:35 |   | 01600 |
| S0000148868 | Out | 20,210,720,102,729 | 7/20/2021 | 10:27:29 |   | 443970.435752314814815 |   |   | 01600 |
| S0000148868 | In | 20,210,720,190,407 | 7/20/2021 | 19:04:07 |   | 443970.794525462962963 | 8:36:38 |   | 01600 |
| S0000148893 | Out | 20,210,721,101,945 | 7/21/2021 | 10:19:45 |   | 443980.430381944444444 |   |   | 01600 |
| S0000148893 | In | 20,210,721,172,325 | 7/21/2021 | 17:23:25 |   | 443980.724594907407408 | 7:03:40 |   | 01600 |
| S0000148935 | Out | 20,210,722,100,804 | 7/22/2021 | 10:08:04 |   | 443990.422268518518518 |   |   | 01600 |
| S0000148935 | In | 20,210,722,161,550 | 7/22/2021 | 16:15:50 |   | 443990.677662037037037 | 6:07:46 |   | 01600 |
| S0000149000 | Out | 20,210,723,101,250 | 7/23/2021 | 10:12:50 |   | 444000.425578703703704 |   |   | 01600 |
| S0000149000 | In | 20,210,723,162,158 | 7/23/2021 | 16:21:58 |   | 444000.681921296296296 | 6:09:08 |   | 01600 |

| Tour | Check Out/In | UTC Time Stamp | Date | UTC Time | Not Return Same Date | Raw Time and Date Data | Same Day Duration | 2nd Day Duration | Employee Number |
|---|---|---|---|---|---|---|---|---|---|
| S0000149040 | Out | 20,210,726,101,027 | 7/26/2021 | 10:10:27 | | 444030.423923611111111 | | | 01600 |
| S0000149040 | In | 20,210,726,181,012 | 7/26/2021 | 18:10:12 | | 444030.757083333333333 | 7:59:45 | | 01600 |
| S0000149092 | Out | 20,210,727,103,145 | 7/27/2021 | 10:31:45 | | 444040.438715277777778 | | | 01600 |
| S0000149092 | In | 20,210,727,190,637 | 7/27/2021 | 19:06:37 | | 444040.796261574074074 | 8:34:52 | | 01600 |
| S0000149141 | Out | 20,210,728,102,000 | 7/28/2021 | 10:20:00 | | 444050.430555555555556 | | | 01600 |
| S0000149141 | In | 20,210,728,164,332 | 7/28/2021 | 16:43:32 | | 444050.696898148148148 | 6:23:32 | | 01600 |
| S0000149159 | Out | 20,210,729,102,648 | 7/29/2021 | 10:26:48 | | 444060.435277777777778 | | | 01600 |
| S0000149159 | In | 20,210,729,162,141 | 7/29/2021 | 16:21:41 | | 444060.681724537037037 | 5:54:53 | | 01600 |
| S0000149258 | Out | 20,210,802,102,433 | 8/2/2021 | 10:24:33 | | 444100.433715277777778 | | | 01600 |
| S0000149258 | In | 20,210,802,162,755 | 8/2/2021 | 16:27:55 | | 444100.686053240740741 | 6:03:22 | | 01600 |
| S0000149305 | Out | 20,210,803,103,407 | 8/3/2021 | 10:34:07 | | 444110.440358796296296 | | | 01600 |
| S0000149305 | In | 20,210,803,181,548 | 8/3/2021 | 18:15:48 | | 444110.760972222222222 | 7:41:41 | | 01600 |
| S0000149356 | Out | 20,210,804,101,657 | 8/4/2021 | 10:16:57 | | 444120.4284375 | | | 01600 |
| S0000149356 | In | 20,210,804,163,202 | 8/4/2021 | 16:32:02 | | 444120.688912037037037 | 6:15:05 | | 01600 |
| S0000149393 | Out | 20,210,805,102,102 | 8/5/2021 | 10:21:02 | | 444130.431273148148148 | | | 01600 |
| S0000149393 | In | 20,210,805,162,729 | 8/5/2021 | 16:27:29 | | 444130.685752314814815 | 6:06:27 | | 01600 |
| S0000149433 | Out | 20,210,806,102,421 | 8/6/2021 | 10:24:21 | | 444140.433576388888889 | | | 01600 |
| S0000149433 | In | 20,210,806,172,029 | 8/6/2021 | 17:20:29 | | 444140.72255787037037 | 6:56:08 | | 01600 |
| S0000149682 | Out | 20,210,816,102,533 | 8/16/2021 | 10:25:33 | | 444240.434409722222222 | | | 01600 |
| S0000149682 | In | 20,210,816,190,534 | 8/16/2021 | 19:05:34 | | 444240.795532407407407 | 8:40:01 | | 01600 |
| S0000149751 | Out | 20,210,817,104,021 | 8/17/2021 | 10:40:21 | | 444250.4446875 | | | 01600 |
| S0000149751 | In | 20,210,817,182,627 | 8/17/2021 | 18:26:27 | | 444250.768368055555556 | 7:46:06 | | 01600 |
| S0000149788 | Out | 20,210,818,102,016 | 8/18/2021 | 10:20:16 | | 444260.430740740740741 | | | 01600 |
| S0000149788 | In | 20,210,818,192,248 | 8/18/2021 | 19:22:48 | | 444260.8075 | 9:02:32 | | 01600 |
| S0000149817 | Out | 20,210,819,102,426 | 8/19/2021 | 10:24:26 | | 444270.433634259259259 | | | 01600 |
| S0000149817 | In | 20,210,819,171,909 | 8/19/2021 | 17:19:09 | | 444270.721631944444444 | 6:54:43 | | 01600 |
| S0000149880 | Out | 20,210,820,102,625 | 8/20/2021 | 10:26:25 | | 444280.435011574074074 | | | 01600 |
| S0000149880 | In | 20,210,820,164,528 | 8/20/2021 | 16:45:28 | | 444280.698240740740741 | 6:19:03 | | 01600 |
| S0000149902 | Out | 20,210,821,100,546 | 8/21/2021 | 10:05:46 | | 444290.420671296296296 | | | 01600 |
| S0000149902 | In | 20,210,821,145,812 | 8/21/2021 | 14:58:12 | | 444290.62375 | 4:52:26 | | 01600 |
| S0000149939 | Out | 20,210,823,102,400 | 8/23/2021 | 10:24:00 | | 444310.433333333333333 | | | 01600 |
| S0000149939 | In | 20,210,823,174,355 | 8/23/2021 | 17:43:55 | | 444310.738831018518519 | 7:19:55 | | 01600 |

| Tour | Check Out/In | UTC Time Stamp | Date | UTC Time | Not Return Same Date | Raw Time and Date Data | Same Day Duration | 2nd Day Duration | Employee Number |
|---|---|---|---|---|---|---|---|---|---|
| S0000149973 | Out | 20,210,824,102,251 | 8/24/2021 | 10:22:51 | | 444320.432534722222222 | | | 01600 |
| S0000149973 | In | 20,210,824,180,523 | 8/24/2021 | 18:05:23 | | 444320.753738425925926 | 7:42:32 | | 01600 |
| S0000150017 | Out | 20,210,825,102,050 | 8/25/2021 | 10:20:50 | | 444330.431134259259259 | | | 01600 |
| S0000150017 | In | 20,210,825,173,157 | 8/25/2021 | 17:31:57 | | 444330.730520833333333 | 7:11:07 | | 01600 |
| S0000150049 | Out | 20,210,826,104,108 | 8/26/2021 | 10:41:08 | | 444340.445231481481482 | | | 01600 |
| S0000150049 | In | 20,210,826,174,134 | 8/26/2021 | 17:41:34 | | 444340.737199074074074 | 7:00:26 | | 01600 |
| S0000150121 | Out | 20,210,827,102,054 | 8/27/2021 | 10:20:54 | | 444350.431180555555556 | | | 01600 |
| S0000150121 | In | 20,210,827,181,039 | 8/27/2021 | 18:10:39 | | 444350.757395833333333 | 7:49:45 | | 01600 |
| S0000150154 | Out | 20,210,828,101,238 | 8/28/2021 | 10:12:38 | | 444360.425439814814815 | | | 01600 |
| S0000150154 | In | 20,210,828,150,132 | 8/28/2021 | 15:01:32 | | 444360.626064814814815 | 4:48:54 | | 01600 |
| S0000150167 | Out | 20,210,830,102,344 | 8/30/2021 | 10:23:44 | | 444380.433148148148148 | | | 01600 |
| S0000150167 | In | 20,210,830,170,306 | 8/30/2021 | 17:03:06 | | 444380.710486111111111 | 6:39:22 | | 01600 |
| S0000150195 | Out | 20,210,831,101,301 | 8/31/2021 | 10:13:01 | | 444390.425706018518518 | | | 01600 |
| S0000150195 | In | 20,210,831,170,345 | 8/31/2021 | 17:03:45 | | 444390.7109375 | 6:50:44 | | 01600 |
| S0000150266 | Out | 20,210,901,101,443 | 9/1/2021 | 10:14:43 | | 444400.426886574074074 | | | 01600 |
| S0000150266 | In | 20,210,901,174,505 | 9/1/2021 | 17:45:05 | | 444400.739641203703704 | 7:30:22 | | 01600 |
| S0000150318 | Out | 20,210,902,101,252 | 9/2/2021 | 10:12:52 | | 444410.425601851851852 | | | 01600 |
| S0000150318 | In | 20,210,902,191,027 | 9/2/2021 | 19:10:27 | | 444410.798923611111111 | 8:57:35 | | 01600 |
| S0000150334 | Out | 20,210,902,165,248 | 9/2/2021 | 16:52:48 | | 444410.703333333333333 | | | 01600 |
| S0000150334 | In | 20,210,902,191,611 | 9/2/2021 | 19:16:11 | | 444410.802905092592593 | 2:23:23 | | 01600 |
| S0000150356 | Out | 20,210,903,100,946 | 9/3/2021 | 10:09:46 | | 444420.423449074074074 | | | 01600 |
| S0000150356 | In | 20,210,903,165,153 | 9/3/2021 | 16:51:53 | | 444420.702696759259259 | 6:42:07 | | 01600 |
| S0000150392 | Out | 20,210,907,102,441 | 9/7/2021 | 10:24:41 | | 444460.43380787037037 | | | 01600 |
| S0000150392 | In | 20,210,907,191,718 | 9/7/2021 | 19:17:18 | | 444460.803680555555556 | 8:52:37 | | 01600 |
| S0000150444 | Out | 20,210,908,101,718 | 9/8/2021 | 10:17:18 | | 444470.428680555555556 | | | 01600 |
| S0000150444 | In | 20,210,908,182,320 | 9/8/2021 | 18:23:20 | | 444470.766203703703704 | 8:06:02 | | 01600 |
| S0000150485 | Out | 20,210,909,101,554 | 9/9/2021 | 10:15:54 | | 444480.427708333333333 | | | 01600 |
| S0000150485 | In | 20,210,909,173,237 | 9/9/2021 | 17:32:37 | | 444480.730983796296296 | 7:16:43 | | 01600 |
| S0000150550 | Out | 20,210,910,102,007 | 9/10/2021 | 10:20:07 | | 444490.430636574074074 | | | 01600 |
| S0000150550 | In | 20,210,910,172,402 | 9/10/2021 | 17:24:02 | | 444490.725023148148148 | 7:03:55 | | 01600 |
| S0000150618 | Out | 20,210,913,102,625 | 9/13/2021 | 10:26:25 | | 444520.435011574074074 | | | 01600 |
| S0000150618 | In | 20,210,913,190,718 | 9/13/2021 | 19:07:18 | | 444520.796736111111111 | 8:40:53 | | 01600 |

| Tour | Check Out/In | UTC Time Stamp | Date | UTC Time | Not Return Same Date | Raw Time and Date Data | Same Day Duration | 2nd Day Duration | Employee Number |
|---|---|---|---|---|---|---|---|---|---|
| S0000150658 | Out | 20,210,914,104,043 | 9/14/2021 | 10:40:43 | | 444530.44494212962963 | | | 01600 |
| S0000150658 | In | 20,210,914,184,552 | 9/14/2021 | 18:45:52 | | 444530.781851851851852 | 8:05:09 | | 01600 |
| S0000150710 | Out | 20,210,915,102,909 | 9/15/2021 | 10:29:09 | | 444540.436909722222222 | | | 01600 |
| S0000150710 | In | 20,210,915,193,211 | 9/15/2021 | 19:32:11 | | 444540.814016203703704 | 9:03:02 | | 01600 |
| S0000150753 | Out | 20,210,916,100,128 | 9/16/2021 | 10:01:28 | | 444550.417685185185185 | | | 01600 |
| S0000150753 | In | 20,210,916,193,739 | 9/16/2021 | 19:37:39 | | 444550.8178125 | 9:36:11 | | 01600 |
| S0000150784 | Out | 20,210,917,101,346 | 9/17/2021 | 10:13:46 | | 444560.426226851851852 | | | 01600 |
| S0000150784 | In | 20,210,917,174,031 | 9/17/2021 | 17:40:31 | | 444560.736469907407407 | 7:26:45 | | 01600 |
| S0000150853 | Out | 20,210,920,103,410 | 9/20/2021 | 10:34:10 | | 444590.440393518518519 | | | 01600 |
| S0000150853 | In | 20,210,920,182,649 | 9/20/2021 | 18:26:49 | | 444590.768622685185185 | 7:52:39 | | 01600 |
| S0000150885 | Out | 20,210,921,103,231 | 9/21/2021 | 10:32:31 | | 444600.439247685185185 | | | 01600 |
| S0000150885 | In | 20,210,921,182,615 | 9/21/2021 | 18:26:15 | | 444600.768229166666667 | 7:53:44 | | 01600 |
| S0000150935 | Out | 20,210,922,103,142 | 9/22/2021 | 10:31:42 | | 444610.438680555555556 | | | 01600 |
| S0000150935 | In | 20,210,922,173,233 | 9/22/2021 | 17:32:33 | | 444610.7309375 | 7:00:51 | | 01600 |
| S0000150973 | Out | 20,210,923,102,309 | 9/23/2021 | 10:23:09 | | 444620.432743055555556 | | | 01600 |
| S0000150973 | In | 20,210,923,162,524 | 9/23/2021 | 16:25:24 | | 444620.684305555555556 | 6:02:15 | | 01600 |
| S0000151007 | Out | 20,210,924,104,317 | 9/24/2021 | 10:43:17 | | 444630.446724537037037 | | | 01600 |
| S0000151007 | In | 20,210,924,173,701 | 9/24/2021 | 17:37:01 | | 444630.734039351851852 | 6:53:44 | | 01600 |
| S0000151075 | Out | 20,210,927,103,109 | 9/27/2021 | 10:31:09 | | 444660.438298611111111 | | | 01600 |
| S0000151075 | In | 20,210,927,175,057 | 9/27/2021 | 17:50:57 | | 444660.743715277777778 | 7:19:48 | | 01600 |
| S0000151103 | Out | 20,210,928,103,557 | 9/28/2021 | 10:35:57 | | 444670.441631944444444 | | | 01600 |
| S0000151103 | In | 20,210,928,175,142 | 9/28/2021 | 17:51:42 | | 444670.744236111111111 | 7:15:45 | | 01600 |
| S0000151170 | Out | 20,210,929,103,211 | 9/29/2021 | 10:32:11 | | 444680.439016203703704 | | | 01600 |
| S0000151170 | In | 20,210,929,174,823 | 9/29/2021 | 17:48:23 | | 444680.74193287037037 | 7:16:12 | | 01600 |
| S0000151213 | Out | 20,210,930,103,113 | 9/30/2021 | 10:31:13 | | 444690.438344907407407 | | | 01600 |
| S0000151213 | In | 20,210,930,171,233 | 9/30/2021 | 17:12:33 | | 444690.717048611111111 | 6:41:20 | | 01600 |
| S0000151255 | Out | 20,211,001,102,507 | 10/1/2021 | 10:25:07 | | 444700.434108796296296 | | | 01600 |
| S0000151255 | In | 20,211,001,170,504 | 10/1/2021 | 17:05:04 | | 444700.711851851851852 | 6:39:57 | | 01600 |
| S0000151306 | Out | 20,211,004,101,814 | 10/4/2021 | 10:18:14 | | 444730.429328703703704 | | | 01600 |
| S0000151306 | In | 20,211,004,171,947 | 10/4/2021 | 17:19:47 | | 444730.722071759259259 | 7:01:33 | | 01600 |
| S0000151361 | Out | 20,211,005,102,828 | 10/5/2021 | 10:28:28 | | 444740.436435185185185 | | | 01600 |
| S0000151361 | In | 20,211,005,182,902 | 10/5/2021 | 18:29:02 | | 444740.770162037037037 | 8:00:34 | | 01600 |

| Tour | Check Out/In | UTC Time Stamp | Date | UTC Time | Not Return Same Date | Raw Time and Date Data | Same Day Duration | 2nd Day Duration | Employee Number |
|---|---|---|---|---|---|---|---|---|---|
| S0000151394 | Out | 20,211,006,104,104 | 10/6/2021 | 10:41:04 | | 444750.445185185185 | | | 01600 |
| S0000151394 | In | 20,211,006,182,847 | 10/6/2021 | 18:28:47 | | 444750.769988425925926 | 7:47:43 | | 01600 |
| S0000151435 | Out | 20,211,007,102,401 | 10/7/2021 | 10:24:01 | | 444760.433344907407407 | | | 01600 |
| S0000151435 | In | 20,211,007,174,730 | 10/7/2021 | 17:47:30 | | 444760.741319444444445 | 7:23:29 | | 01600 |
| S0000151472 | Out | 20,211,008,100,114 | 10/8/2021 | 10:01:14 | | 444770.417523148148148 | | | 01600 |
| S0000151472 | In | 20,211,008,175,321 | 10/8/2021 | 17:53:21 | | 444770.745381944444444 | 7:52:07 | | 01600 |
| S0000151547 | Out | 20,211,011,102,524 | 10/11/2021 | 10:25:24 | | 444800.434305555555556 | | | 01600 |
| S0000151547 | In | 20,211,011,180,204 | 10/11/2021 | 18:02:04 | | 444800.751435185185185 | 7:36:40 | | 01600 |
| S0000151585 | Out | 20,211,012,104,735 | 10/12/2021 | 10:47:35 | | 444810.449710648148148 | | | 01600 |
| S0000151585 | In | 20,211,012,181,922 | 10/12/2021 | 18:19:22 | | 444810.763449074074074 | 7:31:47 | | 01600 |
| S0000151627 | Out | 20,211,013,101,818 | 10/13/2021 | 10:18:18 | | 444820.429375 | | | 01600 |
| S0000151627 | In | 20,211,013,172,518 | 10/13/2021 | 17:25:18 | | 444820.725902777777778 | 7:07:00 | | 01600 |
| S0000151661 | Out | 20,211,014,102,613 | 10/14/2021 | 10:26:13 | | 444830.434872685185185 | | | 01600 |
| S0000151661 | In | 20,211,014,161,813 | 10/14/2021 | 16:18:13 | | 444830.67931712962963 | 5:52:00 | | 01600 |
| S0000151704 | Out | 20,211,015,101,914 | 10/15/2021 | 10:19:14 | | 444840.430023148148148 | | | 01600 |
| S0000151704 | In | 20,211,015,162,144 | 10/15/2021 | 16:21:44 | | 444840.681759259259259 | 6:02:30 | | 01600 |
| S0000151756 | Out | 20,211,016,100,002 | 10/16/2021 | 10:00:02 | | 444850.416689814814815 | | | 01600 |
| S0000151756 | In | 20,211,016,153,149 | 10/16/2021 | 15:31:49 | | 444850.647094907407407 | 5:31:47 | | 01600 |
| S0000151790 | Out | 20,211,018,102,548 | 10/18/2021 | 10:25:48 | | 444870.434583333333333 | | | 01600 |
| S0000151790 | In | 20,211,018,184,551 | 10/18/2021 | 18:45:51 | | 444870.781840277777778 | 8:20:03 | | 01600 |
| S0000151816 | Out | 20,211,019,101,818 | 10/19/2021 | 10:18:18 | | 444880.429375 | | | 01600 |
| S0000151816 | In | 20,211,019,174,012 | 10/19/2021 | 17:40:12 | | 444880.73625 | 7:21:54 | | 01600 |
| S0000151883 | Out | 20,211,020,102,646 | 10/20/2021 | 10:26:46 | | 444890.43525462962963 | | | 01600 |
| S0000151883 | In | 20,211,020,170,756 | 10/20/2021 | 17:07:56 | | 444890.713842592592593 | 6:41:10 | | 01600 |
| S0000151931 | Out | 20,211,021,102,816 | 10/21/2021 | 10:28:16 | | 444900.436296296296296 | | | 01600 |
| S0000151931 | In | 20,211,021,155,900 | 10/21/2021 | 15:59:00 | | 444900.665972222222222 | 5:30:44 | | 01600 |
| S0000151949 | Out | 20,211,022,104,210 | 10/22/2021 | 10:42:10 | | 444910.445949074074074 | | | 01600 |
| S0000151949 | In | 20,211,022,162,509 | 10/22/2021 | 16:25:09 | | 444910.684131944444444 | 5:42:59 | | 01600 |
| S0000152026 | Out | 20,211,025,101,930 | 10/25/2021 | 10:19:30 | | 444940.430208333333333 | | | 01600 |
| S0000152026 | In | 20,211,025,180,321 | 10/25/2021 | 18:03:21 | | 444940.752326388888889 | 7:43:51 | | 01600 |
| S0000152072 | Out | 20,211,026,102,802 | 10/26/2021 | 10:28:02 | | 444950.436134259259259 | | | 01600 |
| S0000152072 | In | 20,211,026,180,715 | 10/26/2021 | 18:07:15 | | 444950.755034722222222 | 7:39:13 | | 01600 |