# EXHIBIT 8

| Tour | Check Out/In | UTC Time Stamp | Date | UTC Time | Not Return Same Date | Raw Time and Date Data | Same Day Duration | 2nd Day Duration | Employee Number |
|---|---|---|---|---|---|---|---|---|---|
| S0000120733 | Out | 20,190,325,111,454 | 3/25/2019 | 11:14:54 | | 435490.468680555555556 | | | 31614 |
| S0000120733 | In | 20,190,325,182,915 | 3/25/2019 | 18:29:15 | | 435490.7703125 | 7:14:21 | | 31614 |
| S0000120784 | Out | 20,190,326,114,635 | 3/26/2019 | 11:46:35 | | 435500.49068287037037 | | | 31614 |
| S0000120784 | In | 20,190,326,193,556 | 3/26/2019 | 19:35:56 | | 435500.81662037037037 | 7:49:21 | | 31614 |
| S0000120889 | Out | 20,190,328,114,748 | 3/28/2019 | 11:47:48 | | 435520.491527777777778 | | | 31614 |
| S0000120889 | In | 20,190,328,183,119 | 3/28/2019 | 18:31:19 | | 435520.771747685185185 | 6:43:31 | | 31614 |
| S0000120941 | Out | 20,190,329,103,235 | 3/29/2019 | 10:32:35 | | 435530.439293981481482 | | | 31614 |
| S0000120941 | In | 20,190,329,180,348 | 3/29/2019 | 18:03:48 | | 435530.752638888888889 | 7:31:13 | | 31614 |
| S0000120990 | Out | 20,190,401,124,032 | 4/1/2019 | 12:40:32 | | 435560.528148148148148 | | | 31614 |
| S0000120990 | In | 20,190,401,193,303 | 4/1/2019 | 19:33:03 | | 435560.814618055555556 | 6:52:31 | | 31614 |
| S0000121239 | Out | 20,190,408,125,543 | 4/8/2019 | 12:55:43 | | 435630.53869212962963 | | | 31614 |
| S0000121239 | In | 20,190,408,165,834 | 4/8/2019 | 16:58:34 | | 435630.707337962962963 | 4:02:51 | | 31614 |
| S0000121522 | Out | 20,190,415,121,447 | 4/15/2019 | 12:14:47 | | 435700.510266203703704 | | | 31614 |
| S0000121522 | In | 20,190,415,193,103 | 4/15/2019 | 19:31:03 | | 435700.813229166666667 | 7:16:16 | | 31614 |
| S0000121590 | Out | 20,190,416,114,304 | 4/16/2019 | 11:43:04 | | 435710.488240740740741 | | | 31614 |
| S0000121590 | In | 20,190,416,192,552 | 4/16/2019 | 19:25:52 | | 435710.80962962962963 | 7:42:48 | | 31614 |
| S0000121610 | Out | 20,190,417,104,907 | 4/17/2019 | 10:49:07 | | 435720.450775462962963 | | | 31614 |
| S0000121610 | In | 20,190,417,182,000 | 4/17/2019 | 18:20:00 | | 435720.763888888888889 | 7:30:53 | | 31614 |
| S0000121699 | Out | 20,190,418,120,619 | 4/18/2019 | 12:06:19 | | 435730.504386574074074 | | | 31614 |
| S0000121699 | In | 20,190,418,184,028 | 4/18/2019 | 18:40:28 | | 435730.778101851851852 | 6:34:09 | | 31614 |
| S0000121737 | Out | 20,190,419,160,342 | 4/19/2019 | 16:03:42 | | 435740.669236111111111 | | | 31614 |
| S0000121737 | In | 20,190,419,215,926 | 4/19/2019 | 21:59:26 | | 435740.916273148148148 | 5:55:44 | | 31614 |
| S0000121802 | Out | 20,190,422,142,551 | 4/22/2019 | 14:25:51 | | 435770.601284722222222 | | | 31614 |
| S0000121802 | In | 20,190,422,212,831 | 4/22/2019 | 21:28:31 | | 435770.894803240740741 | 7:02:40 | | 31614 |
| S0000121851 | Out | 20,190,423,122,418 | 4/23/2019 | 12:24:18 | | 435780.516875 | | | 31614 |
| S0000121851 | In | 20,190,423,200,120 | 4/23/2019 | 20:01:20 | | 435780.834259259259259 | 7:37:02 | | 31614 |
| S0000121910 | Out | 20,190,424,114,130 | 4/24/2019 | 11:41:30 | | 435790.487152777777778 | | | 31614 |
| S0000121910 | In | 20,190,424,182,321 | 4/24/2019 | 18:23:21 | | 435790.766215277777778 | 6:41:51 | | 31614 |
| S0000121969 | Out | 20,190,425,120,717 | 4/25/2019 | 12:07:17 | | 435800.50505787037037 | | | 31614 |
| S0000121969 | In | 20,190,425,200,131 | 4/25/2019 | 20:01:31 | | 435800.834386574074074 | 7:54:14 | | 31614 |
| S0000122017 | Out | 20,190,426,104,723 | 4/26/2019 | 10:47:23 | | 435810.449571759259259 | | | 31614 |
| S0000122017 | In | 20,190,426,165,754 | 4/26/2019 | 16:57:54 | | 435810.706875 | 6:10:31 | | 31614 |

| Tour | Check Out/In | UTC Time Stamp | Date | UTC Time | Not Return Same Date | Raw Time and Date Data | Same Day Duration | 2nd Day Duration | Employee Number |
|---|---|---|---|---|---|---|---|---|---|
| S0000122064 | Out | 20,190,429,114,419 | 4/29/2019 | 11:44:19 | | 435840.489108796296296 | | | 31614 |
| S0000122064 | In | 20,190,429,183,847 | 4/29/2019 | 18:38:47 | | 435840.77693287037037 | 6:54:28 | | 31614 |
| S0000122131 | Out | 20,190,430,113,945 | 4/30/2019 | 11:39:45 | | 435850.4859375 | | | 31614 |
| S0000122131 | In | 20,190,430,192,805 | 4/30/2019 | 19:28:05 | | 435850.811168981481481 | 7:48:20 | | 31614 |
| S0000122167 | Out | 20,190,501,114,401 | 5/1/2019 | 11:44:01 | | 435860.488900462962963 | | | 31614 |
| S0000122167 | In | 20,190,501,185,946 | 5/1/2019 | 18:59:46 | | 435860.79150462962963 | 7:15:45 | | 31614 |
| S0000122234 | Out | 20,190,502,144,318 | 5/2/2019 | 14:43:18 | | 435870.613402777777778 | | | 31614 |
| S0000122234 | In | 20,190,502,225,120 | 5/2/2019 | 22:51:20 | | 435870.952314814814815 | 8:08:02 | | 31614 |
| S0000122274 | Out | 20,190,503,123,230 | 5/3/2019 | 12:32:30 | | 435880.522569444444444 | | | 31614 |
| S0000122274 | In | 20,190,503,210,336 | 5/3/2019 | 21:03:36 | | 435880.8775 | 8:31:06 | | 31614 |
| S0000122312 | Out | 20,190,506,114,251 | 5/6/2019 | 11:42:51 | | 435910.488090277777778 | | | 31614 |
| S0000122312 | In | 20,190,506,182,606 | 5/6/2019 | 18:26:06 | | 435910.768125 | 6:43:15 | | 31614 |
| S0000122383 | Out | 20,190,507,120,055 | 5/7/2019 | 12:00:55 | | 435920.500636574074074 | | | 31614 |
| S0000122383 | In | 20,190,507,202,225 | 5/7/2019 | 20:22:25 | | 435920.848900462962963 | 8:21:30 | | 31614 |
| S0000122428 | Out | 20,190,508,115,834 | 5/8/2019 | 11:58:34 | | 435930.49900462962963 | | | 31614 |
| S0000122428 | In | 20,190,508,204,853 | 5/8/2019 | 20:48:53 | | 435930.867280092592593 | 8:50:19 | | 31614 |
| S0000122481 | Out | 20,190,509,150,615 | 5/9/2019 | 15:06:15 | | 435940.629340277777778 | | | 31614 |
| S0000122481 | In | 20,190,510,000,437 | 5/10/2019 | 0:04:37 | X | 435950.00320601851852 | | 8:58:22 | 31614 |
| S0000122531 | Out | 20,190,510,122,654 | 5/10/2019 | 12:26:54 | | 435950.518680555555556 | | | 31614 |
| S0000122531 | In | 20,190,510,194,457 | 5/10/2019 | 19:44:57 | | 435950.822881944444445 | 7:18:03 | | 31614 |
| S0000122611 | Out | 20,190,513,120,926 | 5/13/2019 | 12:09:26 | | 435980.506550925925926 | | | 31614 |
| S0000122611 | In | 20,190,513,185,833 | 5/13/2019 | 18:58:33 | | 435980.790659722222222 | 6:49:07 | | 31614 |
| S0000122648 | Out | 20,190,514,122,025 | 5/14/2019 | 12:20:25 | | 435990.514178240740741 | | | 31614 |
| S0000122648 | In | 20,190,514,210,910 | 5/14/2019 | 21:09:10 | | 435990.881365740740741 | 8:48:45 | | 31614 |
| S0000122698 | Out | 20,190,515,121,324 | 5/15/2019 | 12:13:24 | | 436000.509305555555556 | | | 31614 |
| S0000122698 | In | 20,190,515,204,839 | 5/15/2019 | 20:48:39 | | 436000.867118055555556 | 8:35:15 | | 31614 |
| S0000122759 | Out | 20,190,516,161,048 | 5/16/2019 | 16:10:48 | | 436010.674166666666667 | | | 31614 |
| S0000122759 | In | 20,190,516,232,856 | 5/16/2019 | 23:28:56 | | 436010.978425925925926 | 7:18:08 | | 31614 |
| S0000122862 | Out | 20,190,520,121,708 | 5/20/2019 | 12:17:08 | | 436050.511898148148148 | | | 31614 |
| S0000122862 | In | 20,190,520,191,145 | 5/20/2019 | 19:11:45 | | 436050.799826388888889 | 6:54:37 | | 31614 |
| S0000122926 | Out | 20,190,521,120,240 | 5/21/2019 | 12:02:40 | | 436060.501851851851852 | | | 31614 |
| S0000122926 | In | 20,190,521,191,508 | 5/21/2019 | 19:15:08 | | 436060.802175925925926 | 7:12:28 | | 31614 |