# EXHIBIT 2

```
 1                  UNITED STATES DISTRICT COURT

 2                  EASTERN DISTRICT OF MICHIGAN

 3                       SOUTHERN DIVISION

 4

 5  JUSTIN GUY, individually and on

 6  behalf of those similarly situated,

 7              Plaintiff,

 8         vs.                    Case No. 20-cv-12734-MAG-EAS

 9                                HON. MARK A. GOLDSMITH

10  ABSOPURE WATER COMPANY, LLC

11  a domestic limited liability company,

12              Defendant.

13  _____

14

15

16      The Deposition of DAVID SUJKOWSKI,

17      Taken in Carleton, Michigan,

18      Commencing at 4:05 p.m.,

19      Thursday, July 6, 2023,

20      Before Laurie R. Mayer, CSR-5385.

21

22

23

24

25
```

```
 1 REMOTE APPEARANCES:

 2


 3 ANDREW R. FRISCH

 4 8151 Peters Road, Suite 4000

 5 Plantation, Florida 33324

 6 (954) WORKERS

 7 afrisch@forthepeople.com

 8      Appearing on behalf of the Plaintiff.

 9

10 MICHAEL O. CUMMINGS

11 Cummings, McClorey, Davis & Acho, P.L.C.

12 1185 Avene of The Americas, Third Floor

13 (212) 547-8810

14 mcummings@cmda-law.com

15 N.Y. Bar No. 2701506

16      Appearing on behalf of the Defendant.

17

18

19

20

21

22

23

24

25
```

David Sujkowski
July 06, 2023                                          4

```
 1 Carleton, Michigan

 2 Thursday, July 6, 2023

 3 4:05 p.m.

 4

 5                   DAVID SUJKOWSKI,

 6     was thereupon called as a witness herein, and after

 7     having first been duly sworn to testify to the truth,

 8     the whole truth and nothing but the truth, was

 9     examined and testified as follows:

10                   EXAMINATION

11 BY MR. CUMMINGS:

12 Q.   Mr. Sujkowski, would you please state your fall name

13      for the record?

14 A.   David Andrew Sujkowski.

15 Q.   And what is your current address?

16 A.   2705 Dunlop, D-u-n-l-o-p, Street, Trenton, Michigan

17      48183.

18 Q.   Thank you.  Have you ever had your deposition taken

19      before?

20 A.   I have not, no.

21 Q.   I will go over some of the ground rules and some of

22      the things that will happen so you will have an

23      understanding.  The first thing is, do you understand

24      that you are under oath and that potentially if you

25      said anything knowingly false, you might be subject to
```

David Sadlowski
July 06, 2023                                6

```
 1 │ A.    Understood.

 2 │ Q.    Now, is there anything going on with you today?

 3 │       Sometimes medication or other drugs or other issues

 4 │       that might prevent you from understanding my questions

 5 │       and answering them fully?

 6 │ A.    No.

 7 │ Q.    Now, you are here today because you were once employed

 8 │       at Absopure Water Company; is that correct?

 9 │ A.    Yes.

10 │ Q.    Do you recall the dates that you were there?

11 │ A.    February of 2021 to March of 2022.

12 │ Q.    What was your position or positions when you were

13 │       there?

14 │ A.    My job title was listed as sales and service

15 │       specialist.

16 │ Q.    And for what reason did you leave in March of 2022?

17 │ A.    I found another job opportunity.

18 │ Q.    Are you currently employed?

19 │ A.    Yes.

20 │ Q.    What is your current position and employer?

21 │ A.    I am a senior accountant with Imlach Movers in

22 │       Trenton.

23 │ Q.    And for the first part here, I'm going to ask some

24 │       questions about your job duties when you were with

25 │       Absopure.  And I would like to step you through --
```