UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JUSTIN GUY**,

        Plaintiff,

Case No. 20-12734

v.

Hon. Mark A. Goldsmith

**ABSOPURE WATER COMPANY, LLC,**

        Defendant.

_____

## STIPULATED ORDER TO ADJOURN
## SCHEDULED MOTION HEARING

The above-entitled matter comes before the Court pursuant to Court's Order for the parties to appear for the Motion to Extend Schedule and Compel Depositions, and the Motion to Decertify Conditional Collective Action Status by video conference scheduled for August 14, 2023 [*see* ECF No. 130]. Based on an arbitration trial conflict affecting Plaintiff's counsel, Andrew Frisch, Esq., for the week of August 14, 2023, the Parties have conferred, and Defendant has agreed to stipulate to an adjournment of the August 14, 2023 hearing to August 21, 2023.

IT IS HEREBY ORDERED that the motion hearing is adjourned to August 21, 2023 at 4:00 p.m.

IT IS SO ORDERED.

Dated:  August 11, 2023
      Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

The parties hereby stipulate to the foregoing Order.

/s/ *Michael N. Hanna*
MICHAEL N. HANNA (P81462)
MORGAN & MORGAN, P.A.
2000 Town Center, Suite 1900
Southfield, MI 48075
(313) 739-1950
mhanna@forthepeople.com

*Attorneys for Plaintiff*

/s/ *Ronald G. Acho*
Ronald G. Acho
Cummings, McClorey, Davis, & Acho, P.C.
17436 College Parkway
Livonia, MI 48152
(734) 261-2400
racho@cmda-law.com

*Attorneys for Defendant*