UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN GUY, individually and on behalf
of those similarly situated,

    Plaintiff,                                       Case No. 20-12734

v.                                            Hon. Mark A. Goldsmith

ABSOPURE WATER COMPANY, LLC

    Defendant.
_____/

## ORDER DIRECTING PARTIES TO FILE JOINT STATEMENT

The parties must file, by August 21, 2023, a joint statement setting forth the manner in which the parties intend to present their cases at trial, including the following: (i) the identity of each witness the parties intend to call, and for each witness, the subject matter of the testimony and the approximate number of hours expected for direct and cross examination; and (ii) a description of any pretrial motions that the parties expect to file, and for each motion, the relief requested. The parties should prepare the joint statement under the assumption that all pending motions (Dkts. 115, 119, 124, 128) will be denied. The parties are also on notice that the Court may limit the number of hours each side may have to present their respective cases. See Mich. First Credit Union v. Cumis Ins. Soc. Inc., No. 05-cv-74423, 2009 WL 1664088, at *7 (E.D. Mich. June 15, 2009) ("The Court has broad discretion in establishing reasonable time limits on [a] trial.").

SO ORDERED.

Dated: August 14, 2023                                s/Mark A. Goldsmith
       Detroit, Michigan                            MARK A. GOLDSMITH
                                                          United States District Judge