UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JUSTIN GUY**,

        Plaintiff,

v.

**ABSOPURE WATER COMPANY, LLC,**

        Defendant.

Case No. 20-12734

Hon. Mark A. Goldsmith

## STIPULATED ORDER TO EXTEND DEADLINE TO FILE JOINT STATEMENT

The above-entitled matter comes before the Court pursuant to the Court's August 14, 2023 Order Directing Parties to file Joint Statement by August 21, 2023. *See* ECF No. 134. Based on an arbitration trial conflict affecting Plaintiff's counsel, Andrew Frisch, Esq., for the week of August 14, 2023, the Parties have conferred, and Defendant has agreed to stipulate to an extension of this deadline for one week and until August 28, 2023.[1]

IT IS HEREBY ORDERED that the Deadline to File Joint Statement is due by 10:00 a.m. on August 28, 2023.

IT IS SO ORDERED.

Dated: August 17, 2023
      Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

---

[1] The Court has similarly recently agreed to reschedule the hearing set for August 14, 2023 based on this same Arbitration trial conflict. *See* ECF Nos. 132, 133.

The parties hereby stipulate to the foregoing Order.

| | |
|---|---|
| /s/ *Michael N. Hanna* | /s/ *Michael O. Cummings* |
| MICHAEL N. HANNA (P81462) | Michael O. Cummings |
| MORGAN & MORGAN, P.A. | Cummings, McClorey, Davis, & Acho, P.C. |
| 2000 Town Center, Suite 1900 | 17436 College Parkway |
| Southfield, MI 48075 | Livonia, MI 48152 |
| (313) 739-1950 | (734) 261-2400 |
| mhanna@forthepeople.com | racho@cmda-law.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |