## INDEX TO EXIBITS

EXHIBIT 1   Defendant Absopure Water Company. LLC's Statement of Relevant Facts

EXHIBIT 2   Excerpts from Deposition Transcript of Plaintiff Justin Guy

EXHIBIT 3   Excerpts from Deposition Transcript of Opt-In Plaintiff Keith Brown

EXHIBIT 4   Excerpts from Deposition Transcript of Opt-In Plaintiff Terry Pemberton

EXHIBIT 5   Excerpts from Deposition Transcript of Opt-In Plaintiff David Sujkowski

EXHIBIT 6   U.S. Department of Labor Technical Report dated 11/16/2016