# EXHIBIT 2

JUSTIN GUY
July 15, 2021

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN GUY, individually and on behalf
of those similarly situated,

        Plaintiff,

                Case No. 20-cv-12734-MAG-EAS
vs              HON. MARK A. GOLDSMITH

ABSOPURE WATER COMPANY, L.L.C., a
domestic limited liability company,
        Defendant.
_____/

ZOOM DEPOSITION OF JUSTIN GUY
Taken on the 15th of July, 2021, at 10:10 a.m.

JUSTIN GUY
July 15, 2021

Page 2

```
 1   APPEARANCES:
 2   For Plaintiff:   MORGAN & MORGAN, P.A.
                      BY:  MICHAEL N. HANNA (P81463)
 3                    2000 Town Center, Suite 1900
                      Southfield, Michigan  48075
 4                    (248)251-1399
                      mhanna@forthepeople.com
 5
     For Defendant:   CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.
 6                    BY:  RONALD G. ACHO (P23913)
                      17436 College Parkway
 7                    Livonia, Michigan  48152
                      (734)261-2400
 8                    racho@cmda-law.com
 9   For Defendant:   JONI HYSKA (P82288)
                      Plastipak Packaging, Inc.
10                    41605 Ann Arbor Road, E
                      Plymouth, Michigan  48170
11
     ALSO PRESENT:    Patrick Byrne
12                    Mari Yokhana
13   REPORTED BY:     Wendy L. DeMatio, CSR 3851
14
15
16
17
18
19
20
21
22
23
24
25
```

JUSTIN GUY
July 15, 2021

Page 30

| | | |
|---|---|---|
| 1 | | about whether they told him or didn't tell him. |
| 2 | Q | (BY MR. ACHO): When did you find out that Absopure was |
| 3 | | not going to pay you overtime? |
| 4 | A | **When I worked my first week of 50 hours and I didn't get** |
| 5 | | **paid over that 40-hour mark.** |
| 6 | Q | Okay, okay. And did you complain to the supervisor? |
| 7 | A | **Yeah, I always complained, but I --** |
| 8 | Q | You always complained? You always complained? |
| 9 | A | **I was just a little black kid, and they --** |
| 10 | | COURT REPORTER: I'm sorry, I'm sorry, whoa, |
| 11 | | whoa. I'm getting a lot of overlap. Please ask your |
| 12 | | question, Mr. Acho. |
| 13 | Q | (BY MR. ACHO): Which supervisor did you complain to? |
| 14 | A | **I complained to all of them. Tony, Alex, Art, and --** |
| 15 | Q | And what did they tell you when you -- what did they tell |
| 16 | | you when you complained? |
| 17 | A | **Well, Art, he made it to where he was basically just** |
| 18 | | **saying -- like he did make it to where I could make some** |
| 19 | | **more money. He gave me a personal route, like I had a** |
| 20 | | **route that was mine. That's what he did when I started** |
| 21 | | **complaining.** |
| 22 | Q | I didn't ask you -- what did he say about the overtime? |
| 23 | A | **But I complained -- are you listening or am I not talking** |
| 24 | | **clear? You asked me a question, I answered it. When I** |
| 25 | | **was telling him about complaining -- when I was** |

Page 31

1       **complaining, he offered me a better route to make more**
2       **money.**
3   Q   To make more money. Oh, that's the commissions, right?
4   A   **That's what he offered me in order of overtime. He said**
5       **he would just give me more money to do a better route.**
6   Q   And did you make more money on a better route?
7   A   **I had to work longer, and I still didn't get paid**
8       **overtime.**
9   Q   Well, but there are days and weeks where you made a lot
10      more money than had you been hourly and got paid
11      overtime. You're not denying that, are you?
12  A   **That's not correct.**
13  Q   Well, I was told some days, I mean, you got -- you knew
14      how much you made every day, didn't you?
15  A   **Yes.**
16  Q   You knew it. So every day you were aware of what you
17      were getting, which did not include overtime, correct?
18  A   **No.**
19  Q   No, what?
20  A   **No, it didn't include overtime.**
21  Q   But you knew it every single day, right?
22              MR. HANNA: Object to form.
23              THE WITNESS: I didn't know I wasn't supposed
24      to be paid -- overtime is over eight hours a day, and I
25      was working over eight hours a day.