# EXHIBIT 3

KEITH BROWN
July 03, 2023

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

JUSTIN GUY, individually and

on behalf of those similarly

situated,

        Plaintiff,

  vs.                  Case No. 20-cv-12734-MAG-EAS

                      Hon. Mark A. Goldsmith

ABSOPURE WATER COMPANY, LLC,

a domestic limited liability

company,

        Defendant.

_____

    The Remote Deposition of KEITH BROWN,

    Commencing at 10:04 a.m.,

    Monday, July 3, 2023,

    Before Helen F. Benhart, CSR-2614,

    Appearing remotely from Wayne County, Michigan.

KEITH BROWN
July 03, 2023

```
 1  REMOTE APPEARANCES:
 2
 3  ANDREW R. FRISCH
 4  Morgan & Morgan, P.A.
 5  8151 Peters Road
 6  Suite 4000
 7  Plantation, Florida  33324
 8  (954) 967-5377
 9  afrisch@forthepeople.com
10       Appearing on behalf of the Plaintiff.
11
12  MICHAEL O. CUMMINGS
13  Cummings, McClorey, Davis & Acho, P.L.C.
14  1185 Avenue of the Americas
15  Third Floor
16  New York, New York 10036
17  (212) 547-8810
18  mcummings@cmda-law.com
19       Appearing on behalf of the Defendant.
20
21
22
23
24
25
```

KEITH BROWN
July 03, 2023

| | | |
|---|---|---|
| 1 | A. | We have a fuel tank in the back area where the trucks |
| 2 | | are. Where the trucks sit is a big fuel tanker out |
| 3 | | there that we pull up and fuel up if we need gas. |
| 4 | Q. | Again, when did you typically fill your truck? |
| 5 | A. | It would be in the morning when we first get our |
| 6 | | trucks. |
| 7 | Q. | Did you do that for every time you drove? |
| 8 | A. | No. I would do it every maybe like two to three days |
| 9 | | because, like I said, I was kind of locally and I was |
| 10 | | sitting around at a lot of buildings for my day. I |
| 11 | | wasn't just driving nonstop so I didn't have to fuel |
| 12 | | up every day. |
| 13 | Q. | Okay. How were -- during this time frame, late 2017 |
| 14 | | to the time you ended, how were you paid? How was |
| 15 | | your pay calculated by Absopure? |
| 16 | A. | We were commission so it goes off -- it guess it goes |
| 17 | | off how much water we sell throughout the day, how |
| 18 | | much product we sell. |
| 19 | Q. | I'm going to put up another document for you. Just |
| 20 | | give me a minute. Okay. Can you see a document in |
| 21 | | front of you? |
| 22 | A. | Yes. |
| 23 | Q. | Do you -- and I will put for the record, if you give |
| 24 | | me a minute, the document that has been produced in |
| 25 | | this case is -- bears Bates numbers 4401 through 4429, |

| | | |
|---|---|---|
| 1 | | breakdown. I never did. I never really like paid |
| 2 | | attention to that stuff. I just -- the only thing I |
| 3 | | did was write down what they told me how much I made |
| 4 | | that day. |
| 5 | Q. | What is your understanding of how you -- you said you |
| 6 | | were paid commission. How that commission was |
| 7 | | calculated, what's your understanding of that? |
| 8 | A. | I know we got a certain percentage of whatever we |
| 9 | | deliver so everybody paid a different amount for the |
| 10 | | water and we got a certain amount of a percentage of |
| 11 | | what we sold, whatever we delivered to that stop. So |
| 12 | | if a stop took eight bottles, we would get -- you |
| 13 | | know, if the total was $64 for the eight bottles, we |
| 14 | | got a percentage off those 64 bottles I guess. |
| 15 | Q. | The percentage was off the amount of the sale, is that |
| 16 | | correct? |
| 17 | | MR. FRISCH: Objection. He said it was |
| 18 | | based on the amount that he delivered. |
| 19 | | THE WITNESS: Yeah, for delivery. I wasn't |
| 20 | | a salesperson. We just delivered water. |
| 21 | BY MR. CUMMINGS: | |
| 22 | Q. | For the delivery then, that would be the value of the |
| 23 | | products delivered, is that correct? |
| 24 | A. | Yes. I'm saying sales but I'm meaning delivery. We |
| 25 | | just delivered water. We didn't have any like sales. |