# EXHIBIT 4

TERRY PEMBERTON
July 03, 2023

```
                  UNITED STATES DISTRICT COURT

                  EASTERN DISTRICT OF MICHIGAN

                         SOUTHERN DIVISION



JUSTIN GUY, individually and

on behalf of those similarly

situated,

            Plaintiff,

      vs.                       Case No. 20-cv-12734-MAG-EAS

                                Hon. Mark A. Goldsmith

ABSOPURE WATER COMPANY, LLC,

a domestic limited liability

company,

            Defendant.
_____
```

    The Remote Deposition of TERRY PEMBERTON,

    Commencing at 2:01 p.m.,

    Monday, July 3, 2023,

    Before Helen F. Benhart, CSR-2614,

    Appearing remotely from Wayne County, Michigan.

```
 1   REMOTE APPEARANCES:

 2

 3   ANDREW R. FRISCH

 4   Morgan & Morgan, P.A.

 5   8151 Peters Road

 6   Suite 4000

 7   Plantation, Florida  33324

 8   (954) 967-5377

 9   afrisch@forthepeople.com

10        Appearing on behalf of the Plaintiff.

11

12   MICHAEL O. CUMMINGS

13   Cummings, McClorey, Davis & Acho, P.L.C.

14   1185 Avenue of the Americas

15   Third Floor

16   New York, New York 10036

17   (212) 547-8810

18   mcummings@cmda-law.com

19        Appearing on behalf of the Defendant.

20

21

22

23

24

25
```

| | | |
|---|---|---|
| 1 | | other routes other than the up north routes? |
| 2 | A. | **Not very often.  I can't put a number to it.  It was** |
| 3 | | **not very frequent.** |
| 4 | Q. | Okay.  Very good.  We'll stop sharing this document. |
| 5 | | When you were working for Absopure, how |
| 6 | | were you paid?  Excuse me.  I'm going to rephrase the |
| 7 | | question.  Forgive me.  How was your pay calculated |
| 8 | | when worked for Absopure? |
| 9 | A. | **I believe it was like a flat rate per day and then we** |
| 10 | | **earned some -- we earned an amount for every bottle we** |
| 11 | | **delivered.** |
| 12 | Q. | Okay.  And what was that amount that you earned for |
| 13 | | every bottle that you delivered? |
| 14 | A. | **I do not recall.** |
| 15 | Q. | Okay.  And you do have -- now, do you recall what your |
| 16 | | flat rate was for the day? |
| 17 | A. | **I do not recall, no.** |
| 18 | Q. | Okay.  Give me a minute.  I'm going to put another |
| 19 | | document -- |
| 20 | | MR. CUMMINGS:  By the way, court reporter, |
| 21 | | that last document that I just put up, could you enter |
| 22 | | that as Exhibit 1.  I will e-mail it to you when we're |
| 23 | | done here. |
| 24 | | REMOTELY INTRODUCED: |
| 25 | | DEPOSITION EXHIBIT 1 |

1  A.  I believe so, yeah.

2  Q.  You said earlier when defense counsel asked you

3      about -- a question about what you understood the case

4      to be about, you said it was about overtime

5      compensation, right?

6  A.  Yeah.

7  Q.  And this -- is it your understanding that you were

8      never paid overtime during the period of time you were

9      employed by Absopure despite the fact you worked over

10     40 hours a week?

11 A.  That is my understanding, yes.

12             MR. CUMMINGS:  Objection.

13 BY MR. FRISCH:

14 Q.  Is that what -- so you believe that you have unpaid

15     overtime compensation you're seeking in this case?

16 A.  Could you repeat the question.

17 Q.  Is it your understanding that you're seeking unpaid

18     overtime compensation in this case?

19 A.  Yes.

20 Q.  I have nothing further.

21             MR. CUMMINGS:  I just have a couple

22     questions based on that.

23                    RE-EXAMINATION

24 BY MR. CUMMINGS:

25 Q.  Did you ever drive a Sprinter van on your overnight