## **INDEX TO EXIBITS**

EXHIBIT 1          February 28, 2023 Email from Defense to Plaintiff
                   Counsel with Collective Action List

EXHIBIT 2          Excerpts   from   Defendant's   May   26,   2023
                   Statements of Relevant Facts

EXHIBIT 3          Excerpts from Plaintiffs' June 9, 2023 Responses to
                   Defendant's Statements of Facts

EXHIBIT 4          Excerpts  from  Transcript  of  Patrick  Byrne  dated
                   June 23, 2023

EXHIBIT 5          Hon.  Mark  Goldsmith  Case  Management  and
                   Scheduling Order