# EXHIBIT 1

## RE: *EXT* Order on Motion to Certify Class in 2:20-cv-12734-MAG-EAS Guy v. Absopure Water Company

Michael O. Cummings <mcummings@cmda-law.com>
Tue 2/28/2023 8:30 PM

To:Michael Hanna x8310 <MHanna@forthepeople.com>;Noah Ooms x8334 <nooms@forthepeople.com>;g.fieger@fiegerlaw.com <g.fieger@fiegerlaw.com>;Samantha Teal <s.teal@fiegerlaw.com>

Cc:Veronica Stewart x8313 <vstewart@forthepeople.com>;Ronald G. Acho <racho@cmda-law.com>;Julie A. Callahan <jcallahan@cmda-law.com>

📎 1 attachments (38 KB)
Guy v. Absopure - 2.20-cv-12734 - Collective Action List - 2023.02.28.xlsx;

Counsel,

Pursuant to the Court's February 21, 2023 Order, please find attached the Collective Action List.

Regards,

Michael O. Cummings
Cummings, McClorey, Davis & Acho, P.L.C.
Office:  212-547-8810
Fax:   212-547-8811
mcummings@cmda-law.com

---

**From:** Michael Hanna x8310 <MHanna@forthepeople.com>
**Sent:** Tuesday, February 28, 2023 3:44 PM
**To:** Michael O. Cummings <mcummings@cmda-law.com>; Noah Ooms x8334 <nooms@forthepeople.com>; g.fieger@fiegerlaw.com; Samantha Teal <s.teal@fiegerlaw.com>
**Cc:** Veronica Stewart x8313 <vstewart@forthepeople.com>; Ronald G. Acho <racho@cmda-law.com>; Julie A. Callahan <jcallahan@cmda-law.com>
**Subject:** RE: *EXT* Order on Motion to Certify Class in 2:20-cv-12734-MAG-EAS Guy v. Absopure Water Company

Michael, see attached proposed draft for other joint motion re status conference.

let me know if you have any input and we can file. Thanks,


**Michael Hanna**
Attorney
My Bio


**P:** (313) 739-1950
**F:** (313) 739-1975
**A:** 2000 Town Center, Suite 1900, Southfield, MI 48075

**MORGAN & MORGAN**
FOR THE PEOPLE.COM

| E No | Last Name | First Name | Current Business | Location | Primary Address - Fu | Email | Hire Date | Termination Dat |
|---|---|---|---|---|---|---|---|---|
| E01535 # | Kilmer | John | Area Service Leade | Absopure Water Com | 24454 BostonDearborr | jkilmer@abs | 8/7/1989 | 12/31/9999 |
| E01543 # | Macionis | Dennis | Sales and Service S | Absopure Water Com | 1226 West Franciscan | mickmack@ | 7/2/1990 | 12/31/9999 |
| E01554 # | Demucha | Michael | Sales and Service S | Absopure Water Com | 16990 FairfieldLivonia, | n/a | 8/20/1990 | 12/31/9999 |
| E01579 # | Ciavone | Ronnie | Sales and Service S | Absopure Water Com | 25131 ConstitutionWar | ronciavone( | 4/13/1992 | 12/31/9999 |
| E01551 # | Heikkuri | Joseph | Route Developer - F | Absopure Water Com | 6704 LongWest Bloom | n/a | 8/9/1994 | 12/31/9999 |
| E01582 # | Edwards | Chris | Sales and Service S | Absopure Water Com | 5730 N MelborneDearl | cns-edward | 9/8/1998 | 12/31/9999 |
| E01600 # | Aniol | John | Sales & Service Sp | Absopure Water Com | 8522 WhitefieldDearbo | n/a | 11/8/1999 | 3/29/2022 |
| E01569 # | Watkins | John | Equipment Room A | Absopure Water Com | 541 SunningdaleInkste | JWatkins@a | 3/20/2000 | 12/31/9999 |
| E01539 # | Brown | Reuben | Sales and Service S | Absopure Water Com | 6940 Ranger DrRomul | n/a | 11/13/2000 | 12/31/9999 |
| E01545 # | Fair | Brian | Sales and Service S | Absopure Water Com | 44163 Franciscan DrCa | n/a | 2/26/2001 | 12/31/9999 |
| E06188 # | Garrett | David | Sales and Service S | Absopure Water Com | Po Box 51961Livonia, I | dgarrettjr71 | 9/10/2001 | 12/31/9999 |
| E08301 # | Walsh | Patrick | Sales and Service S | Absopure Water Com | 1233 16 Mile RdKent C | n/a | 9/9/2002 | 12/31/9999 |
| E09333 # | Lett | Jason | Sales & Service Sp | Absopure Water Com | 20318 North Larkmoor | n/a | 3/5/2003 | 7/2/2019 |
| E09821 # | Holton | Jason | Sales and Service S | Absopure Water Com | 27911 UrsulineSt. Clair | jcholton6@g | 5/13/2003 | 12/31/9999 |
| E11773 # | Kasprowicz | Daniel | Sales and Service S | Absopure Water Com | 4240 HomesteadWayla | dankasprow | 3/8/2004 | 12/31/9999 |
| E11774 # | Mumford | Andrew | Sales and Service S | Absopure Water Com | 33708 Glen StreetWes | drewster98( | 3/8/2004 | 12/31/9999 |
| E11775 # | Brown | Jason | Sales and Service S | Absopure Water Com | 12853 DixieRedford, M | jasonjbjbrov | 3/10/2004 | 12/31/9999 |
| E17033 # | Pallazola | Kenneth | Sales & Service Sp | Absopure Water Com | 33648 Bock StGarden | | 8/21/2006 | 10/2/2018 |
| E17118 # | Brown | Keith | Sales & Service Sp | Absopure Water Com | 36213 Fredericksburg I | n/a | 9/5/2006 | 7/1/2020 |
| E19613 # | Wedge | Trevor | Sales and Service S | Absopure Water Com | 58600 Nine Mile RdSou | wedge.trevo | 10/15/2007 | 12/31/9999 |
| E25658 # | McCullough | Cartez | Equipment Technici | Absopure Water Com | 37135 Mckinney Dr , A | Cmcculloug | 7/29/2013 | 6/4/2021 |
| E26940 # | Miller | Jimmy | Sales and Service S | Absopure Water Com | 13459 FarleyRedford T | jimmylamar | 5/19/2014 | 12/31/9999 |
| E27590 # | Perry | Eric | Sales & Service Sp | Absopure Water Com | 19334 PoincianaRedfo | n/a | 12/1/2014 | 1/31/2018 |
| E28435 # | Jackson | Brandon | Sales & Service Sp | Absopure Water Com | 37795 Greenwood St A | n/a | 7/13/2015 | 9/28/2020 |
| E29021 # | Hopes | Shawn | Sales and Service S | Absopure Water Com | 28611 Franklin River D | n/a | 12/14/2015 | 12/31/9999 |
| E28783 # | Householder | Boaz | Sales & Service Sp | Absopure Water Com | 2445 Lakeshore Blvd, T | boazhousel | 3/7/2022 | 4/22/2022 |
| E29815 # | Perry | Charles | Sales & Service Sp | Absopure Water Com | 9415 WoodsideDetroit, | n/a | 7/11/2016 | 10/5/2018 |
| E30949 # | Dominguez | Alexander | Sales and Service S | Absopure Water Com | 6565 Deering StGarder | adominguez | 4/3/2017 | 12/31/9999 |
| E31398 # | Clendennin | Ryan | Sales & Service Sp | Absopure Water Com | 11400 Judy Dr.Sterling | n/a | 7/25/2017 | 7/6/2018 |
| E31400 # | Earles | Wayne | Sales and Service S | Absopure Water Com | 9389 Lakepointe BlvdC | n/a | 7/25/2017 | 12/31/9999 |
| E31490 # | Fant | Michelle | Sales & Service Sp | Absopure Water Company - Plymouth, MI | | n/a | 8/14/2017 | 10/13/2017 |
| E31541 # | Evans | Jarroid | Sales and Service S | Absopure Water Com | 19916 Weyher St.Livor | cjevans070( | 8/28/2017 | 12/31/9999 |
| E31542 # | Cronenwett | Jeremy | Sales & Service Sp | Absopure Water Com | 30201 5 Mile Rd.Livoni | n/a | 8/28/2017 | 4/9/2018 |
| E31614 # | Phipps | Kevin | Sales & Service Sp | Absopure Water Com | 20487 Basil StDetroit, I | n/a | 9/11/2017 | 8/16/2021 |
| E31724 # | Taylor Jr | Timothy | Vending Services | Absopure Water Com | 8429 Colonial St.Dearl | n/a | 10/9/2017 | 1/12/2018 |
| E37347 # | Davis | Norvell | Sales & Service Sp | Absopure Water Com | 8841 W Outer Dr.Detro | born3a@gn | 1/15/2018 | 4/17/2018 |
| E37520 # | Mahaday | Dominick | Equipment Technici | Absopure Water Com | 35434 Hickory Green C | dominickma | 2/26/2018 | 12/31/9999 |
| E37667 # | Wicker | Charles | Sales & Service Sp | Absopure Water Com | 7174 Meadowbrook Dr | wickercharle | 4/2/2018 | 4/9/2021 |
| E37755 # | Banks | Erick | Sales & Service Sp | Absopure Water Com | 20550 ShaftsburyDetro | erickbannks | 4/23/2018 | 8/31/2018 |

| ID | | Last Name | First Name | Title | Company | Address | Email | Start Date | End Date |
|---|---|---|---|---|---|---|---|---|---|
| E37785 | # | Fish | Caleb | Sales and Service S | Absopure Water Con | 3891 Yorkland dr. Apt. | fishcaleb04: | 4/30/2018 | 12/31/9999 |
| E37952 | # | Arens | Joseph | Sales & Service Sp | Absopure Water Con | 471 Lincoln StWhite La | arens.josep | 3/28/2022 | 11/21/2022 |
| E37862 | # | Armstead | Aaron | Sales & Service Sp | Absopure Water Con | 27641 LongLivonia, MI | aaron.armst | 5/14/2018 | 9/21/2018 |
| E37982 | # | Williams | Darnell | Sales and Service S | Absopure Water Con | 11659 SomersetDetroit | Williams.Da | 6/4/2018 | 12/31/9999 |
| E38166 | # | El Kerdali | Mustafa | Sales and Service S | Absopure Water Con | 5125 Neckel StDearboi | melkerdali@ | 7/16/2018 | 12/31/9999 |
| E38033 | # | Armstead | Dwane | Sales & Service Sp | Absopure Water Con | 3556 Mckinley St.Detro | dwanearms | 6/11/2018 | 10/4/2018 |
| E38210 | # | Lawson | Kennaz | Sales & Service Sp | Absopure Water Con | 1669 Park West Drive / | lawsonkenn | 7/23/2018 | 4/28/2020 |
| E38350 | # | Mankiewicz | Christopher | Sales & Service Sp | Absopure Water Con | 34573 GreentreesSterl | chrismankie | 8/27/2018 | 9/27/2019 |
| E38428 | # | Pettyjohn | Daniel | Sales & Service Sp | Absopure Water Con | 7281 Wilderness Park | dpettyjohn9 | 9/10/2018 | 7/2/2020 |
| E38640 | # | Ali | Justin | Sales & Service Sp | Absopure Water Con | 18200 Ramsgate DRL | justinali621( | 10/29/2018 | 8/1/2019 |
| E38469 | # | Stewart | Christopher | Sales & Service Sp | Absopure Water Con | 5981 N Dowling StWes | Chris48188 | 9/24/2018 | 3/14/2019 |
| E38643 | # | Lamarand | Mitchell | Sales and Service S | Absopure Water Con | 4365 S. Corinne St.Cai | mitchlamara | 10/29/2018 | 12/31/9999 |
| E38470 | # | Guy | Justin | Sales & Service Sp | Absopure Water Con | 461 Cherry Grove Roa | tonyaguy@i | 9/24/2018 | 2/4/2020 |
| E39089 | # | Minter | Rodney | Sales & Service Sp | Absopure Water Con | 1126 N Huron River Dr. | rminter505( | 2/18/2019 | 11/15/2019 |
| E38500 | # | Lohman | Justin | Sales & Service Sp | Absopure Water Con | 26802 VassarRedford, J | lohman79( | 10/1/2018 | 7/23/2019 |
| E39577 | # | Wingate | Connor | Sales & Service Sp | Absopure Water Con | 41150 Crossbow Circle | connorwing | 6/3/2019 | 1/12/2022 |
| E38560 | # | Johnson | Amos | Sales & Service Sp | Absopure Water Con | 1271 STACY DRCANT | AMOSJOHI | 10/15/2018 | 11/8/2018 |
| E39770 | # | Crutchfield | Terrelle | Sales & Service Sp | Absopure Water Con | 43310 Silverwood Driv | terrelle_crut | 7/15/2019 | 3/5/2020 |
| E39890 | # | Tampa | Jordan | Sales & Service Sp | Absopure Water Con | 1597 Lincoln Ave.Linco | jordan.tmp3 | 8/26/2019 | 1/4/2022 |
| E38716 | # | El Roumi | Imad | Sales & Service Sp | Absopure Water Con | 7255 Payne AveDearbo | Emadroumi | 11/19/2018 | 12/24/2018 |
| E41102 | # | Pippin | Nathan | Sales & Service Sp | Absopure Water Con | 14911 E 12 Mile RdWa | nate.pippin1 | 8/17/2020 | 10/29/2020 |
| E38717 | # | Jackson | Matthew | Sales & Service Sp | Absopure Water Con | 8846 Lilly drYpsilanti, N | mattsspoty( | 11/19/2018 | 2/8/2019 |
| E41137 | # | Bowen | Kyle | Sales & Service Sp | Absopure Water Con | 3601 Hannan Rd Apt 2 | kylebowen1 | 8/31/2020 | 11/25/2020 |
| E38758 | # | Sturdy | Robert | Sales and Service S | Absopure Water Con | 3530 Dawes Ave SEGr | bobsturdy1( | 11/26/2018 | 12/31/9999 |
| E41500 | # | Summers | Aaron | Sales & Service Sp | Absopure Water Con | 3454 John DalyInkster, | a.summers! | 12/1/2020 | 9/7/2021 |
| E38881 | # | Buckingham | Lyndon | Sales & Service Sp | Absopure Water Con | 4387  Stonebridge Dr. | lyndon.buck | 12/31/2018 | 8/23/2019 |
| E41512 | # | Bales | Travis | Sales & Service Sp | Absopure Water Con | 12320 Westpoint StTay | travisbales8 | 12/15/2020 | 3/17/2021 |
| E41647 | # | Winconek | Kyle | Sales & Service Sp | Absopure Water Con | 7731 Chichester Ct.Ca | kylewincone | 1/25/2021 | 7/6/2022 |
| E39216 | # | Clark | Xavier | Sales & Service Sp | Absopure Water Con | 15736 St MarysDetroit, | Zclark214@ | 3/18/2019 | 9/19/2019 |
| E39341 | # | Lammer | Ricardo | Sales & Service Sp | Absopure Water Con | 370 Green Ridge DrCa | Ricklammer | 4/8/2019 | 10/3/2019 |
| E39390 | # | Gilford | Kalel | Sales & Service Sp | Absopure Water Con | 17736 PiersonDetroit, I | ktgilford319 | 4/22/2019 | 10/14/2019 |
| E39434 | # | Osborn | Michael | Sales and Service S | Absopure Water Con | 6889 Ravenwood LN N | mosborn99! | 4/29/2019 | 12/31/9999 |
| E40251 | # | Currie | Joshua | Sales and Service S | Absopure Water Con | 26941 Cedar Run CtW | jxcurrie@gr | 11/18/2019 | 12/31/9999 |
| E37783 | # | Childs | Dannielle | Sales and Service S | Absopure Water Con | 4260 Alpenhorn Dr, NV | dannychilds | 12/5/2019 | 12/31/9999 |
| E40370 | # | Sparkman | Joshua | Sales and Service S | Absopure Water Con | 19342 Northridge dr ap | sparkmansp | 12/23/2019 | 12/31/9999 |
| E41675 | # | Sujkowski | David | Sales & Service Sp | Absopure Water Con | 2705 Dunlop StTrenton | Dasuj24@ic | 2/1/2021 | 3/10/2022 |
| E41819 | # | Gross | Joshua | Sales and Service S | Absopure Water Con | 9684 Quandt AveAllen | gross.josh@ | 3/8/2021 | 12/31/9999 |
| E41820 | # | Grizzley | Corey | Sales & Service Sp | Absopure Water Con | 15280 Pond Village Dr | coreygrizzle | 3/8/2021 | 3/23/2021 |
| E42544 | # | Okimoto | Paul | Sales and Service S | Absopure Water Con | 3690 Buckingham Aver | paulget_up_ | 9/13/2021 | 12/31/9999 |
| E40666 | # | Nance | Bradley | Route Planner | Absopure Water Con | 20387 Purlingbrook stL | bradley.r.na | 5/23/2022 | 12/31/9999 |

| ID | Last Name | First Name | Position | Company | Address | Email | Start Date | End Date |
|---|---|---|---|---|---|---|---|---|
| E42810 # | Curristan | John | Sales & Service Sp | Absopure Water Con | 14582 ConeMaybee, N | jotecu286@ | 11/8/2021 | 12/22/2021 |
| E42812 # | Christie | William | Sales and Service S | Absopure Water Con | 23 1st StMilan, MI 481( | willbass101 | 11/8/2021 | 12/31/9999 |
| E42957 # | Slayton | Nicholas | Sales & Service Sp | Absopure Water Con | 2870 Carlton DriveAnn | nickslayton( | 7/25/2022 | 12/23/2022 |
| E42997 # | Newkirk | Antony | Sales & Service Sp | Absopure Water Con | 15044 Rosemont AveD | antonynewk | 12/20/2021 | 6/22/2022 |
| E43065 # | Tumbling | Randal | Sales & Service Sp | Absopure Water Con | Preston StreetDetroit, N | randaltumbl | 12/27/2021 | 1/21/2022 |
| E43164 # | Matthews | Eric | Sales & Service Sp | Absopure Water Con | 3364 Moore StreetInks | ericmatthew | 1/24/2022 | 2/4/2022 |
| E43215 # | Johnson | Gary | Sales and Service S | Absopure Water Con | 36015 Beverly RdRom | Garyjohnso | 1/31/2022 | 12/31/9999 |
| E43290 # | Richardson | Mario | Sales & Service Sp | Absopure Water Con | 18627 Tracey StDetroit | mariorichar( | 2/14/2022 | 6/15/2022 |
| E43295 # | Johnson | Matthew | Sales & Service Sp | Absopure Water Con | 6636 Lakeview BlvdWe | Matthewjoh | 2/14/2022 | 8/22/2022 |
| E43325 # | Pemberton | Terry | Sales & Service Sp | Absopure Water Con | 25460 Fairgrove StWo | shakeheave | 2/21/2022 | 6/24/2022 |
| E43377 # | Robison | James | Sales and Service S | Absopure Water Con | 48731 South I-94 Servi | robisonjame | 2/28/2022 | 12/31/9999 |
| E43543 # | Dawson | Keontaye | Sales and Service S | Absopure Water Con | 5942 Oldtown StDetroi | keontayeda | 4/4/2022 | 12/31/9999 |
| E43713 # | Belonga | Lucas | Sales and Service S | Absopure Water Con | 4622 Green apple dr n | cave.man.1 | 5/2/2022 | 12/31/9999 |
| E43784 # | Holt | Christopher | Sales and Service S | Absopure Water Con | 29786 PuritanLivonia, l | tlohcc78@y | 5/16/2022 | 12/31/9999 |
| E43785 # | Redmer | Nathan | Sales & Service Sp | Absopure Water Con | 14865 PhilomeneAllen | nathanredm | 5/23/2022 | 11/3/2022 |
| E43952 # | Sturdivant | Jujuan | Sales and Service S | Absopure Water Con | 6505 Carriage Hills Dr( | jujuan.sturd | 6/20/2022 | 12/31/9999 |
| E43955 # | Rhodes | Ryan | Sales and Service S | Absopure Water Con | 8200 Mannington RdC | ryanrhodes: | 6/20/2022 | 12/31/9999 |
| E44088 # | Hoekwater | Aaron | Sales and Service S | Absopure Water Con | 4160 Pine Creek Rd S\ | AARONHAI | 7/11/2022 | 12/31/9999 |
| E44246 # | Johnson | Gary | Sales and Service S | Absopure Water Con | 34896 Currier St.Wayn | goalgary1@ | 8/8/2022 | 12/31/9999 |
| E44381 # | Loggins | Neiman | Sales and Service S | Absopure Water Con | 39712 Village Wood Ci | Neimanlogg | 9/7/2022 | 12/31/9999 |
| E44398 # | Skonieczny | Jesse | Sales and Service S | Absopure Water Con | 102 Greenmeadow DrE | Jesseskonie | 9/6/2022 | 12/31/9999 |
| E44696 # | Ellis | Damon | Sales and Service S | Absopure Water Con | 20540 Five PointsRedf | damontodai | 11/7/2022 | 12/31/9999 |
| E44901 # | Woldt | George | Sales & Service Sp | Absopure Water Con | 20435 Inkster RdLivoni | gwoldt1207 | 12/19/2022 | 2/2/2023 |
| E45030 # | Williams | George | Sales & Service Sp | Absopure Water Con | 32129 Ellen PlWayne, | gholdings29 | 1/16/2023 | 2/20/2023 |
| E45051 # | Alvarado | Celvil | Sales and Service S | Absopure Water Con | 99 SycamoreHighland, | alvaradocel | 1/23/2023 | 12/31/9999 |
| E45091 # | Wells | Kyle | Sales and Service S | Absopure Water Con | 24824 Ross DrRedford | wellsk945@ | 1/30/2023 | 12/31/9999 |
| E37618 # | White | Lamont | Sales & Service Sp | Absopure Water Con | 1255 WindhamWestlar | mont4376@ | 3/19/2018 | 4/11/2018 |
| E38559 # | Jacek | Shawn | Sales & Service Sp | Absopure Water Con | 5242 QueenswayHowe | shawn.jacel | 10/15/2018 | 11/27/2018 |
| E01533 # | White | Kenneth | Sales & Service Sp | Absopure Water Con | 28071 Stuart AveSouth | Kennethbjw | 8/31/2020 | 9/11/2020 |
| E41321 # | Bowen | Steven | Sales & Service Sp | Absopure Water Con | 3601 Hannan Rd Apt. 2 | motorcitysp | 10/19/2020 | 10/26/2020 |
| E41701 # | Westfield | Jordan | Sales & Service Sp | Absopure Water Con | 19029 Birchridge StSo | jordanwest( | 2/8/2021 | 2/15/2021 |
| E42537 # | Miller | Durohn | Sales & Service Sp | Absopure Water Con | 6200 N Wayne RdWes | Dmiller3776 | 9/13/2021 | 9/16/2021 |
| E42819 # | Cheesbro | Corbin | Sales & Service Sp | Absopure Water Con | 2019 Downham Drive, | corbinchees | 11/1/2021 | 12/14/2021 |
| E42827 # | Buckner | Tristan | Sales & Service Sp | Absopure Water Con | 11684 Prest StreetDetr | tristbuckner | 11/15/2021 | 11/29/2021 |