# EXHIBIT 2

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN GUY, individually and on behalf
of those similarly situated,

        Plaintiff,

                      Case No. 20-cv-12734-MAG-EAS
vs                HON. MARK A. GOLDSMITH

ABSOPURE WATER COMPANY, L.L.C., a
domestic limited liability company,

        Defendant.
_____/

ZOOM DEPOSITION OF JUSTIN GUY
Taken on the 15th of July, 2021, at 10:10 a.m.

JUSTIN GUY
July 15, 2021

Page 2

```
 1   APPEARANCES:
 2   For Plaintiff:   MORGAN & MORGAN, P.A.
                     BY:  MICHAEL N. HANNA (P81463)
 3                   2000 Town Center, Suite 1900
                     Southfield, Michigan  48075
 4                   (248)251-1399
                     mhanna@forthepeople.com
 5
     For Defendant:  CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.
 6                   BY:  RONALD G. ACHO (P23913)
                     17436 College Parkway
 7                   Livonia, Michigan  48152
                     (734)261-2400
 8                   racho@cmda-law.com
 9   For Defendant:  JONI HYSKA (P82288)
                     Plastipak Packaging, Inc.
10                   41605 Ann Arbor Road, E
                     Plymouth, Michigan  48170
11
     ALSO PRESENT:   Patrick Byrne
12                   Mari Yokhana
13   REPORTED BY:    Wendy L. DeMatio, CSR 3851
14
15
16
17
18
19
20
21
22
23
24
25
```

1 about whether they told him or didn't tell him.
2 Q (BY MR. ACHO): When did you find out that Absopure was
3 not going to pay you overtime?
4 A **When I worked my first week of 50 hours and I didn't get**
5 **paid over that 40-hour mark.**
6 Q Okay, okay. And did you complain to the supervisor?
7 A **Yeah, I always complained, but I --**
8 Q You always complained? You always complained?
9 A **I was just a little black kid, and they --**
10 COURT REPORTER: I'm sorry, I'm sorry, whoa,
11 whoa. I'm getting a lot of overlap. Please ask your
12 question, Mr. Acho.
13 Q (BY MR. ACHO): Which supervisor did you complain to?
14 A **I complained to all of them. Tony, Alex, Art, and --**
15 Q And what did they tell you when you -- what did they tell
16 you when you complained?
17 A **Well, Art, he made it to where he was basically just**
18 **saying -- like he did make it to where I could make some**
19 **more money. He gave me a personal route, like I had a**
20 **route that was mine. That's what he did when I started**
21 **complaining.**
22 Q I didn't ask you -- what did he say about the overtime?
23 A **But I complained -- are you listening or am I not talking**
24 **clear? You asked me a question, I answered it. When I**
25 **was telling him about complaining -- when I was**

JUSTIN GUY
July 15, 2021

Page 31

1  complaining, he offered me a better route to make more
2  money.
3 Q To make more money. Oh, that's the commissions, right?
4 A That's what he offered me in order of overtime. He said
5  he would just give me more money to do a better route.
6 Q And did you make more money on a better route?
7 A I had to work longer, and I still didn't get paid
8  overtime.
9 Q Well, but there are days and weeks where you made a lot
10  more money than had you been hourly and got paid
11  overtime. You're not denying that, are you?
12 A That's not correct.
13 Q Well, I was told some days, I mean, you got -- you knew
14  how much you made every day, didn't you?
15 A Yes.
16 Q You knew it. So every day you were aware of what you
17  were getting, which did not include overtime, correct?
18 A No.
19 Q No, what?
20 A No, it didn't include overtime.
21 Q But you knew it every single day, right?
22      MR. HANNA: Object to form.
23      THE WITNESS: I didn't know I wasn't supposed
24  to be paid -- overtime is over eight hours a day, and I
25  was working over eight hours a day.