# EXHIBIT 3

KEITH BROWN
July 03, 2023

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

JUSTIN GUY, individually and

on behalf of those similarly

situated,

        Plaintiff,

  vs.                Case No. 20-cv-12734-MAG-EAS

                       Hon. Mark A. Goldsmith

ABSOPURE WATER COMPANY, LLC,

a domestic limited liability

company,

        Defendant.

_____

    The Remote Deposition of KEITH BROWN,

    Commencing at 10:04 a.m.,

    Monday, July 3, 2023,

    Before Helen F. Benhart, CSR-2614,

    Appearing remotely from Wayne County, Michigan.

KEITH BROWN
July 03, 2023

```
 1   REMOTE APPEARANCES:
 2
 3   ANDREW R. FRISCH
 4   Morgan & Morgan, P.A.
 5   8151 Peters Road
 6   Suite 4000
 7   Plantation, Florida  33324
 8   (954) 967-5377
 9   afrisch@forthepeople.com
10         Appearing on behalf of the Plaintiff.
11
12   MICHAEL O. CUMMINGS
13   Cummings, McClorey, Davis & Acho, P.L.C.
14   1185 Avenue of the Americas
15   Third Floor
16   New York, New York 10036
17   (212) 547-8810
18   mcummings@cmda-law.com
19         Appearing on behalf of the Defendant.
20
21
22
23
24
25
```

| | | |
|---|---|---|
| 1 | A. | We have a fuel tank in the back area where the trucks |
| 2 | | are. Where the trucks sit is a big fuel tanker out |
| 3 | | there that we pull up and fuel up if we need gas. |
| 4 | Q. | Again, when did you typically fill your truck? |
| 5 | A. | It would be in the morning when we first get our |
| 6 | | trucks. |
| 7 | Q. | Did you do that for every time you drove? |
| 8 | A. | No. I would do it every maybe like two to three days |
| 9 | | because, like I said, I was kind of locally and I was |
| 10 | | sitting around at a lot of buildings for my day. I |
| 11 | | wasn't just driving nonstop so I didn't have to fuel |
| 12 | | up every day. |
| 13 | Q. | Okay. How were -- during this time frame, late 2017 |
| 14 | | to the time you ended, how were you paid? How was |
| 15 | | your pay calculated by Absopure? |
| 16 | A. | We were commission so it goes off -- it guess it goes |
| 17 | | off how much water we sell throughout the day, how |
| 18 | | much product we sell. |
| 19 | Q. | I'm going to put up another document for you. Just |
| 20 | | give me a minute. Okay. Can you see a document in |
| 21 | | front of you? |
| 22 | A. | Yes. |
| 23 | Q. | Do you -- and I will put for the record, if you give |
| 24 | | me a minute, the document that has been produced in |
| 25 | | this case is -- bears Bates numbers 4401 through 4429, |

1   breakdown. I never did. I never really like paid
2   attention to that stuff. I just -- the only thing I
3   did was write down what they told me how much I made
4   that day.
5   Q. What is your understanding of how you -- you said you
6      were paid commission. How that commission was
7      calculated, what's your understanding of that?
8   A. I know we got a certain percentage of whatever we
9      deliver so everybody paid a different amount for the
10     water and we got a certain amount of a percentage of
11     what we sold, whatever we delivered to that stop. So
12     if a stop took eight bottles, we would get -- you
13     know, if the total was $64 for the eight bottles, we
14     got a percentage off those 64 bottles I guess.
15  Q. The percentage was off the amount of the sale, is that
16     correct?
17           MR. FRISCH: Objection. He said it was
18     based on the amount that he delivered.
19           THE WITNESS: Yeah, for delivery. I wasn't
20     a salesperson. We just delivered water.
21  BY MR. CUMMINGS:
22  Q. For the delivery then, that would be the value of the
23     products delivered, is that correct?
24  A. Yes. I'm saying sales but I'm meaning delivery. We
25     just delivered water. We didn't have any like sales.