# EXHIBIT 4

TERRY PEMBERTON
July 03, 2023

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION


JUSTIN GUY, individually and

on behalf of those similarly

situated,

                Plaintiff,

     vs.                Case No. 20-cv-12734-MAG-EAS

                     Hon. Mark A. Goldsmith

ABSOPURE WATER COMPANY, LLC,

a domestic limited liability

company,

                Defendant.

_____


     The Remote Deposition of TERRY PEMBERTON,

     Commencing at 2:01 p.m.,

     Monday, July 3, 2023,

     Before Helen F. Benhart, CSR-2614,

     Appearing remotely from Wayne County, Michigan.

TERRY PEMBERTON
July 03, 2023

```
 1   REMOTE APPEARANCES:

 2

 3   ANDREW R. FRISCH

 4   Morgan & Morgan, P.A.

 5   8151 Peters Road

 6   Suite 4000

 7   Plantation, Florida  33324

 8   (954) 967-5377

 9   afrisch@forthepeople.com

10        Appearing on behalf of the Plaintiff.

11

12   MICHAEL O. CUMMINGS

13   Cummings, McClorey, Davis & Acho, P.L.C.

14   1185 Avenue of the Americas

15   Third Floor

16   New York, New York 10036

17   (212) 547-8810

18   mcummings@cmda-law.com

19        Appearing on behalf of the Defendant.

20

21

22

23

24

25
```

1    other routes other than the up north routes?

2  **A.    Not very often.  I can't put a number to it.  It was**

3    **not very frequent.**

4  Q.    Okay.  Very good.  We'll stop sharing this document.

5                    When you were working for Absopure, how

6    were you paid?  Excuse me.  I'm going to rephrase the

7    question.  Forgive me.  How was your pay calculated

8    when worked for Absopure?

9  **A.    I believe it was like a flat rate per day and then we**

10    **earned some -- we earned an amount for every bottle we**

11    **delivered.**

12  Q.    Okay.  And what was that amount that you earned for

13    every bottle that you delivered?

14  **A.    I do not recall.**

15  Q.    Okay.  And you do have -- now, do you recall what your

16    flat rate was for the day?

17  **A.    I do not recall, no.**

18  Q.    Okay.  Give me a minute.  I'm going to put another

19    document --

20                    MR. CUMMINGS:  By the way, court reporter,

21    that last document that I just put up, could you enter

22    that as Exhibit 1.  I will e-mail it to you when we're

23    done here.

24                    REMOTELY INTRODUCED:

25                    DEPOSITION EXHIBIT 1

TERRY PEMBERTON
July 03, 2023

1   A.   **I believe so, yeah.**

2   Q.   You said earlier when defense counsel asked you

3        about -- a question about what you understood the case

4        to be about, you said it was about overtime

5        compensation, right?

6   A.   **Yeah.**

7   Q.   And this -- is it your understanding that you were

8        never paid overtime during the period of time you were

9        employed by Absopure despite the fact you worked over

10       40 hours a week?

11  A.   **That is my understanding, yes.**

12              MR. CUMMINGS:  Objection.

13  BY MR. FRISCH:

14  Q.   Is that what -- so you believe that you have unpaid

15       overtime compensation you're seeking in this case?

16  A.   **Could you repeat the question.**

17  Q.   Is it your understanding that you're seeking unpaid

18       overtime compensation in this case?

19  A.   **Yes.**

20  Q.   I have nothing further.

21              MR. CUMMINGS:  I just have a couple

22       questions based on that.

23                    RE-EXAMINATION

24  BY MR. CUMMINGS:

25  Q.   Did you ever drive a Sprinter van on your overnight