# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **JUSTIN GUY**, individually and on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABSOPURE WATER COMPANY, LLC, a Domestic Limited Liability Company,<br><br>Defendant. | Case No. 20-CV-12734<br><br>Hon. Mark A. Goldsmith |

## NOTICE OF WITHDRAWAL OF CONSENT TO JOIN

Pursuant to the Federal Rules of Civil Procedure and the Local Rules of Civil Procedure for the Eastern District of Michigan, Plaintiff, JUSTIN GUY, hereby notifies this Court of the withdrawal of the Consent to Join for Opt-in Plaintiff, ERICK BANKS [*See* D.E. 92-1].

Respectfully submitted this 29th day of September 2023.

Respectfully submitted,

Dated: September 29, 2023

By: /s/ *Michael N. Hanna*
MORGAN & MORGAN, P.A.
Michael N. Hanna (P81462)
Florida Bar No.: 85035
2000 Town Center, Suite 1900
Southfield, MI 48075

(313) 739-1953
mhanna@forthepeople.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFIY that on this 29th day of September 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ MICHAEL N. HANNA*
Michael N. Hanna, Esquire
