UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN GUY, individually and on
behalf of those similarly situated,

    Plaintiff,

v.                                                              Case No. 20-cv-12734-MAG-EAS
                                                        HON. MARK A. GOLDSMITH

ABSOPURE WATER COMPANY, LLC
a domestic limited liability company,

    Defendant.
_____

**DEFENDANT'S RESPONSE TO MOTION FOR RECONSIDERATION**

Defendant Absopure Water Company, LLC hereby informs the Court that it supports Plaintiffs Motion for Reconsideration of the Court's Order regarding the Parties stipulation, requiring the Joint Final Pretrial Order to be due at 9 a.m. October 4, 2023. (Dkt. 155)

Dated: October 2, 2023            Respectfully submitted,

                                                    /s/ *Michael O. Cummings*
                                                    Michael O. Cummings
                                                    Cummings, McClorey, Davis & Acho, P.C.
                                                    1185 Avenue of the Americas, 3rd Fl.
                                                    New York, NY 10036
                                                    (212) 547-8810
                                                    mcummings@cmda-law.com
                                                    N.Y. Bar No. 2701506
                                                    *Attorneys for Defendant Absopure Water Company, LLC*

## **LOCAL RULE CERTIFICATION**

I, Michael O. Cummings, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one- inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts). I also certify that it is the appropriate length. Local Rule 7.1(d)(3).

Dated: October 2, 2023

>/s/ *Michael O. Cummings*
>Michael O. Cummings
>Cummings, McClorey, Davis & Acho, P.C.
>Attorneys for Defendants
>1185 Avenue of The Americas, Third Floor
>New York, NY 10036
>(212) 547-8810
>mcummings@cmda-law.com
>N.Y. Bar No. 2701506

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2023 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification to all parties of record. I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: None.

Dated: October 2, 2023

>/s/ *Michael O. Cummings*
>Michael O. Cummings
>Cummings, McClorey, Davis & Acho, P.C.
>Attorneys for Defendants
>1185 Avenue of The Americas, Third Floor
>New York, NY 10036
>(212) 547-8810
>mcummings@cmda-law.com
>N.Y. Bar No. 2701506