UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JUSTIN GUY**, individually on behalf
of himself and others similiarly situated,

    Plaintiff,

v.

**ABSOPURE WATER COMPANY, LLC**,
a domestic limited liability company,

    Defendant.
_____/

Case No.: 20-cv-12734

Hon. Mark A. Goldsmith

## INDEX OF EXHIBITS

| | |
|---|---|
| A | Defendant's Trial Exhibit List.pdf |
| B | MVSW invoices.pdf |
| C | MVSW Sales - Plaintiff Justin Guy.pdf |
| D | MVSW Sales - October 2019-Absopure 000860 - 001283.pdf |
| E | Motor Carrier Identification Report (Absopure 000448).pdf |
| F | FMCSA Letter Dated Sep 24, 2018 (Absopure 000728).pdf |
| G | FMCSA Safety Audit Pass Letter (Absopure 000728 - 734).pdf |
| H | Ex A from Defendant's Third Supplemental Response to Plaintiff's Discovery Request.pdf |
| I | Pf Justin Guy (Absopure 000441- 000447).pdf |
| J | Handheld check in-check out times (ABS 003751 - 003754).pdf |
| K | List of Pf's Route Assignment (Absopure 000719 - 000727).pdf |
| L | Check Out Check In Times All Specialists (ABS 005789 - 5792).pdf |
| M | Samke Weekly Hours Worked Phipps.pdf |

2

| | |
|---|---|
| N | Delivery of Mountain Valley Spring Products to Absopure.pdf |
| O | Delivery of Mountain Valley Spring Products Within Michigan.pdf |
| P | Absopure Product Shipment Procedure.pdf |
| Q | Absopure Time Records.pdf |