# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN GUY, individually and on
behalf of those similarly situated,

      Plaintiff,

v.                                Case No. 20-cv-12734-MAG-EAS
                                         HON. MARK A. GOLDSMITH

ABSOPURE WATER COMPANY, LLC
a domestic limited liability company,

      Defendant.

_____

| | |
|---|---|
| MORGAN & MORGAN, P.A.<br>Michael N. Hanna (P 81463)<br>2000 Town Center, Suite 1900<br>Southfield, MI   48075<br>(248) 251-1399<br>mhanna@forthepeople.com<br>Attorneys for Plaintiff | MORGAN & MORGAN, P.A.<br>Andrew R. Frisch<br>8151 Peters Road, Suite 4000<br>Plantation, FL 33324<br>TEL: (954) WORKERS<br>AFrisch@forthepeople.com<br>Attorneys for Plaintiff |
| CUMMINGS, McCLOREY, DAVIS<br> & ACHO, PLC<br>RONALD G. ACHO (P 23913)<br>17436 College Parkway<br>Livonia, MI   48152<br>(734) 261-2400 /<br>(734) 261-4510 (Fax)<br>racho@cmda-law.com<br>Attorneys for Defendant | CUMMINGS, McCLOREY, DAVIS<br> & ACHO, PLC<br>MICHAEL O. CUMMINGS<br>1185 Avenue of The Americas,<br>Third Floor<br>(212) 547-8810<br>mcummings@cmda-law.com<br>N.Y. Bar No. 2701506<br>Attorneys for Defendant |

**DEFENDANT ABSOPURE WATER
COMPANY, LLC'S TRIAL EXHIBIT LIST**

**NOW COMES** Defendant, ABSOPURE WATER COMPNAY, LLC, by and through its attorneys, **CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.**, by Ronald G. Acho and Michael O. Cummings**,** and for its Trial Exhibit List, states as follows:

| No. | Exhibit |
|---|---|

1.  Mountain Valley Distributor Agreement. (Bates ABS 003739 – 003750).

2.  Mountain Valley Invoices showing purchases of Mountain Valley Water by Absopure. (Absopure 000789-000799).

3.  Absopure Invoices with Mountain Valley Water Purchases – Guy Sales. (Absopure 000800 -000859).

4.  Absopure invoices with Mountain Valley Water Purchases – October 2019 Sales. (Absopure 000860 -001283) MotoR Carrier Identification Report. (Absopure 000448).

5.  Motor Carrier Identification Report (Absopure 000448).

6.  FMCSA Letter dated September 24, 2018. (Absopure 000728).

7.  FMCSA Safety Audit Pass Letter dated June 9, 2017 and report (Absopure 000729 – 000734).

8.  Inventory Turn Report (produced as Exhibit A to Defendant's Third Supplemental Discovery Responses).

9.  Defendant's May 26, 2023 Statements of Relevant Facts.

10. Plaintiffs' June 9, 2023 Responses to Statements of Relevant Facts.

11. Deposition Transcript of Justin Guy.

12. Deposition Transcript of Keith Brown.

13. Deposition Transcript of Terry Pemberton

14. Deposition Transcript of David Sujkowski

15.     Terry Pemberton Load Sheets (Bates 5489-5530)

16.     Pay statements of Plaintiff Justin Guy (Absopure 000059 – 000094).

17.     Pay statements of Opt-In Plaintiff John Aniol, extracted from ABS 002465 – 003524.

18.     Pay statements of Opt-In Plaintiff Aaron Armstead, extracted from ABS 002465 – 003524.

19.     Pay statements of Opt-In Plaintiff Dwane Armstead, extracted from ABS 002465 – 003524.

20.     Pay statements of Opt-In Plaintiff Erick Banks, extracted from ABS 002465 – 003524.

21.     Pay statements of Opt-In Plaintiff Lucas Belonga (Bates ABS 005714 – 005727).

22.     Pay statements of Opt-In Plaintiff Keith Brown, extracted from ABS 002465 – 003524.

23.     Pay statements of Opt-In Plaintiff Dannielle Childs (Bates ABS 005700 - 005713).

24.     Pay statements of Pay statements of Opt-In Plaintiff Ryan Clendennin, extracted from ABS 002465 – 003524.

25.     Pay statements of Opt-In Plaintiff Caleb Fish, extracted from ABS 002465 – 003524.

26.     Pay statements of Opt-In Plaintiff Boaz Householder, extracted from ABS 002465 – 003524.

27.     Pay statements of Opt-In Plaintiff Shawn Jacek, extracted from ABS 002465 – 003524.

28.     Pay statements of Opt-In Plaintiff Matthew Jackson, extracted from ABS 002465 – 003524.

29.     Pay statements of Opt-In Plaintiff Gary Johnson, Jr. (Bates ABS 005728 – ABS5760).

30.     Pay statements of Opt-In Plaintiff Ricardo Lammer, extracted from ABS 002465 – 003524.

31.     Pay statements of Opt-In Plaintiff Antony Newkirk, extracted from ABS 002465 – 003524.

32.     Pay statements of Opt-In Plaintiff Paul Okimoto, extracted from ABS 002465 – 003524.

33.     Pay statements of Opt-In Plaintiff Terry Pemberton, extracted from ABS 002465 – 003524.

34.     Pay statements of Opt-In Plaintiff Charles Perry, extracted from ABS 002465 – 003524.

35.     Pay statements of Opt-In Plaintiff Kevin Phipps, extracted from ABS 002465 – 003524.

36.     Pay statements of Opt-In Plaintiff Nathan Redmer, extracted from ABS 002465 – 003524.

37.     Pay statements of Opt-In Plaintiff Ryan Rhodes, extracted from ABS 002465 – 003524.

38.     Pay statements of Opt-In Plaintiff Jesse Skonieczny, extracted from ABS 002465 – 003524.

39.     Pay statements of Opt-In Plaintiff David Sujkowski, extracted from ABS 002465 – 003524.

40.     Pay statements of Opt-In Plaintiff Jordan Tampa, extracted from ABS 002465 – 003524.

41.     Pay statements of Opt-In Plaintiff Kyle Winconek, extracted from ABS 002465 – 003524.

42.     Pay statements of Opt-In Plaintiff George Woldt, extracted from ABS 002465 – 003524.

43.     W-2s for Plaintiff Justin Guy (Absopure 000209 – 000211).

44.     W-2s for Opt-In Plaintiff John Aniol, extracted from ABS 003525, 003530, 003542, 003550, 003556, 003565.

4

45.   W-2s for Opt-In Plaintiff Aaron Armstead, Bates ABS 003538,

46.   W-2s for Opt-In Plaintiff Dwane Armstead, Bates ABS 003539,

47.   W-2s for Opt-In Plaintiff Erick Banks, Bates ABS 003535,

48.   W-2s for Opt-In Plaintiff Lucas Belonga, Bates ABS 003575.

49.   W-2s for Opt-In Plaintiff Keith Brown, Bates ABS 003526, 003531, 003543, 003551.

50.   W-2s for Opt-In Plaintiff Dannielle Childs, Bates ABS 003536, 003545, 003553, 003558, 003567.

51.   W-2s for Opt-In Plaintiff Ryan Clendennin, Bates ABS 003528, 003533.

52.   W-2s for Opt-In Plaintiff Caleb Fish, Bates ABS 003537, 003546, 003554, 003559, 003568.

53.   W-2s for Opt-In Plaintiff Boaz Householder, Bates ABS 003566.

54.   W-2s for Opt-In Plaintiff Shawn Jacek, Bates ABS 003540.

55.   W-2s for Opt-In Plaintiff Matthew Jackson, Bates ABS 003541, 003547.

56.   W-2s for Opt-In Plaintiff Gary Johnson, Bates ABS 003578.

57.   W-2s for Opt-In Plaintiff Ricardo Lammer, Bates ABS 003548.

58.   W-2s for Opt-In Plaintiff Antony Newkirk, Bates ABS 003546, 003573.

59.   W-2s for Opt-In Plaintiff Paul Okimoto, Bates ABS 003563, 003572.

60.   W-2s for Opt-In Plaintiff Terry Pemberton, Bates ABS 003574.

61.   W-2s for Opt-In Plaintiff Charles Perry, Bates ABS 003527, 003532.

62.   W-2s for Opt-In Plaintiff Kevin Phipps. Bates ABS 0003529, 0003534, 003544, 003552, 003557.

63.   W-2s for Opt-In Plaintiff Nathan Redmer, Bates ABS 003576.

64.   W-2s for Opt-In Plaintiff Ryan Rhodes, Bates ABS 003577.

65.   W-2s for Opt-In Plaintiff Jesse Skonieczny, Bates ABS 003579.

66.   W-2s for Opt-In Plaintiff David Sujkowski, Bates ABS 003562, 003571.

67.  W-2s for Opt-In Plaintiff Jordan Tampa, Bates ABS 003549, 003555, 03560, 003569.

68.  W-2s for Opt-In Plaintiff Kyle Winconek, Bates ABS 003561, 003570.

69.  W-2s for Opt-In Plaintiff George Woldt, Bates ABS 003580.

70.  Commission sheets for Plaintiff Justin Guy (Bates Absopure 000441 – 000447).

71.  Commission sheets for Opt-In Plaintiff John Aniol (Bates ABS 001342 – 001471; ABS 4234 – 4363; 5235, 5240, 5245, 5250, 5255, 5260, 5265, 5271, 5276, 5281, 5286, 5291, 5296, 5301, 5305, 5311, 5316, 5322, 5328, 5334, 5341, 5348, 5355, 5364, 5372, 5380, 5388, 5394, 5406, 5413, 5422, 5428, 5434, 5439, 5444, 5448, 5453, 5458, 5461, 5466, 5469, 5471, 5474, 5477, 5481, 5485, 5533, 5537, 5541, 5545, 5549, 5553, 5556, 5559, 5562, 5565, 5568, 5570, 5572, 5575, 5578, 5581, 5584, 5587, 5592, 5595, 5598, 5599, 5600-5607, 5610, 5613, 5617, 5621, 5625, 4528, 5631, 5634, 5637, 5640, 5643, 9046, 9050, 9054, 9058, 9067, 9075, 9080, 9085, 9090).

72.  Commission sheets for Opt-In Plaintiff Aaron Armstead (Bates ABS 5337, 5338, 5345, 5352, 5360, 5368, 5376, 5384, 5391, 5397, 5402, 5409, 5418, 6425, 5431).

73.  Commission sheets for Commission sheets for Opt-In Plaintiff Dwane Armstead (Bates ABS 5359, 5362, 5370, 5378, 5386, 5392, 5398, 5404, 5411, 5420, 5427, 5433, 5438, 5443).

74.  Commission sheets for Opt-In Plaintiff Erick Banks (Bates ABS 5315, 5321, 5327, 5335, 5340, 5347, 5354, 5363, 5371, 5379, 5387, 5393, 5399, 5405, 5412, 5421).

75.  Commission sheets for Opt-In Plaintiff Lucas Belonga (Bates ABS 004364 – 004400).

76.  Commission sheets for Opt-In Plaintiff Keith Brown (Bates ABS 004401 – 004429; 5236, 5241, 5246, 5251, 5256, 5261, 5266, 5272, 5277, 5282, 5287, 5292, 5297, 5302, 5306, 5317, 5323, 5329, 5333, 5342, 5349, 5356, 5365, 5373, 5381, 5389, 5395, 5400, 5407, 5414, 5423, 5429, 5435, 5440, 5445, 5449, 5454. 5459, 5462, 5464, 5467, 5472, 5475, 5478, 5482, 5486, 5534, 5538, 5542, 5546, 5550, 5554, 5557, 5560, 5563, 5566, 5569, 5573, 5576,

5579, 5582, 5585, 5588, 5590, 5593, 5596, 5608, 5612, 5615, 5619, 5623, 5627, 5630, 5633, 5636, 5639, 5642, 5645, 5647, 9047, 9051, 9055, 9059, 9063, 9068, 9076, 9081, 9086, 9091).

77.  Commission sheets for Opt-In Plaintiff Dannielle Childs (Bates ABS 004430 – 004596; 5417, 5451, 5457, 5532; 5699).

78.  Commission sheets for Opt-In Plaintiff Ryan Clendennin (Bates ABS 5238, 5243, 5248, 5253, 5258, 5263, 5269, 5274, 5279, 5284, 5289, 5294, 5299, 5308, 5313, 5319, 5325, 5331, 5344, 5351, 5358, 5367, 5375, 5383, 9048, 9052, 9056, 9061, 9065, 9070, 9073, 9078, 9083, 9088, 9093)

79.  Commission sheets for Opt-In Plaintiff Caleb Fish (Bates ABS 004597 – 004783; 5416, 5450, 5456, 5531, 5648, 5649-5658, 5660, 5662, 5664, 5666, 5668, 5670, 5672, 5674, 5676, 5678, 5680, 5682, 5684, 5686, 5688-5698 ).

80.  Commission sheets for Opt-In Plaintiff Boaz Householder (Bates ABS 004784 – 004788).

81.  Commission sheets for Opt-In Plaintiff Matthew Jackson (Bates ABS 5480, 5484, 5488, 5536, 5540, 5544, 5548, 5552; 5536, 5540, 5544, 5548, 5552).

82.  Commission sheets for Opt-In Plaintiff Gary Johnson, Jr. (Bates ABS 004789 - 004818).

83.  Commission sheets for Opt-In Plaintiff Ricardo Lammer (Bates ABS 004819 – 004827; 5659, 5661, 5663, 5665, 5667, 5669, 5671, 5673, 5675, 5677, 5679, 5681, 5683, 5685, 5687).

84.  Commission sheets for Opt-In Plaintiff Antony Newkirk (Bates ABS 004828 – 004852).

85.  Commission sheets for Opt-In Plaintiff Paul Okimoto (Bates ABS 004853 – 004935).

86.  Commission sheets for Opt-In Plaintiff Terry Pemberton (Bates ABS 004936 – 004945).

87.  Commission sheets for Opt-In Plaintiff Charles Perry (Bates ABS 5234, 5239, 5244, 5249, 5254, 5259, 5264, 5270, 5275, 5280, 5285, 5290, 5295, 5300, 5304, 5310, 5314, 5320, 5326, 5336, 5339, 5346, 5353, 5361, 5369, 5377,

5385, 5403, 5410, 5419, 5426, 5432, 5437, 5442, 5447, 9045, 9049, 9053, 9057, 9062, 9066, 9071, 9074, 9079, 9084, 9089).

88. Commission sheets for Opt-In Plaintiff Kevin Phipps (Bates ABS 004946 – 004961; 5237, 5242, 5247, 5252, 5257, 5262, 5267, 5273, 5278, 5283, 5288, 5293, 5298, 5303, 5307, 5312, 5318, 5324, 5330, 5332, 5343, 5350, 5357, 5366, 5374, 5382, 5390, 5396, 5401, 5408, 5415, 5424, 5430, 5436, 5441, 5446, 5452, 5455, 5460, 5463, 5465, 5468, 5470, 5473, 5476, 5479, 5483, 5487, 5535, 5539, 5543, 5547, 5551, 5555, 5558, 5561, 5564, 5567, 5574, 5580, 5583, 5586, 5589, 5591, 5594, 5597, 5616, 5620, 5624, 9060, 9064, 9069, 9072, 9077, 9082, 9087, 9092).

89. Commission sheets for Opt-In Plaintiff Nathan Redmer (Bates ABS 004962 – 004983).

90. Commission sheets for Opt-In Plaintiff Ryan Rhodes (Bates ABS 004984 – 005027).

91. Commission sheets for Opt-In Plaintiff Jesse Skonieczny (Bates ABS 005028 – 005043).

92. Commission sheets for Opt-In Plaintiff David Sujkowski (Bates ABS 5044 – 005095).

93. Commission sheets for Opt-In Plaintiff Jordan Tampa (Bates ABS 005096 – 005156; 5609, 5611, 5614, 5618, 5622, 5626, 5629, 5632, 5635, 5638, 5641, 5644, 5646).

94. Commission sheets for Opt-In Plaintiff Kyle Winconek (Bates ABS 005157 - 005228).

95. Commission sheets for Opt-In Plaintiff George Woldt (Bates ABS 005229).

96. List of Vehicle Weights by Date and Employee Number (Bates ABS 003581 – 003738).

97. List of Vehicle Weights by Date for Plaintiff Justin Guy, extracted from Bates ABS 003581 – 003738.

98. List of Vehicle Weights by Date for Opt-In Plaintiff John Aniol, extracted from Bates ABS 003581 – 003738.

99.    List of Vehicle Weights by Date for Opt-In Plaintiff Aaron Armstead, extracted from Bates ABS 003581 – 003738.

100.   List of Vehicle Weights by Date for Opt-In Plaintiff Dwane Armstead, extracted from Bates ABS 003581 – 003738.

101.   List of Vehicle Weights by Date for Opt-In Plaintiff Erick Banks, extracted from Bates ABS 003581 – 003738.

102.   List of Vehicle Weights by Date for Opt-In Plaintiff Lucas Belonga, extracted from Bates ABS 003581 – 003738.

103.   List of Vehicle Weights by Date for Opt-In Plaintiff Keith Brown, extracted from Bates ABS 003581 – 003738.

104.   List of Vehicle Weights by Date for Opt-In Plaintiff Dannielle Childs, extracted from Bates ABS 003581 – 003738.

105.   List of Vehicle Weights by Date for Opt-In Plaintiff Ryan Clendennin, extracted from Bates ABS 003581 – 003738.

106.   List of Vehicle Weights by Date for Opt-In Plaintiff Caleb Fish, extracted from Bates ABS 003581 – 003738.

107.   List of Vehicle Weights by Date for Opt-In Plaintiff Boaz Householder, extracted from Bates ABS 003581 – 003738.

108.   List of Vehicle Weights by Date for Opt-In Plaintiff Shawn Jacek, extracted from Bates ABS 003581 – 003738.

109.   List of Vehicle Weights by Date for Opt-In Plaintiff Matthew Jackson, extracted from Bates ABS 003581 – 003738.

110.   List of Vehicle Weights by Date for Opt-In Plaintiff Gary Johnson, Jr., extracted from Bates ABS 003581 – 003738.

111.   List of Vehicle Weights by Date for Opt-In Plaintiff Ricardo Lammer, extracted from Bates ABS 003581 – 003738.

112.   List of Vehicle Weights by Date for Opt-In Plaintiff Antony Newkirk, extracted from Bates ABS 003581 – 003738.

113.   List of Vehicle Weights by Date for Opt-In Plaintiff Paul Okimoto, extracted from Bates ABS 003581 – 003738.

114. List of Vehicle Weights by Date for Opt-In Plaintiff Terry Pemberton, extracted from Bates ABS 003581 – 003738.

115. List of Vehicle Weights by Date for Opt-In Plaintiff Charles Perry, extracted from Bates ABS 003581 – 003738.

116. List of Vehicle Weights by Date for Opt-In Plaintiff Kevin Phipps, extracted from Bates ABS 003581 – 003738.

117. List of Vehicle Weights by Date for Opt-In Plaintiff Nathan Redmer, extracted from Bates ABS 003581 – 003738.

118. List of Vehicle Weights by Date for Opt-In Plaintiff Ryan Rhodes, extracted from Bates ABS 003581 – 003738.

119. List of Vehicle Weights by Date for Opt-In Plaintiff Jordan Tampa, extracted from Bates ABS 003581 – 003738.

120. List of Vehicle Weights by Date for Opt-In Plaintiff Jesse Skonieczny, extracted from Bates ABS 003581 – 003738.

121. List of Vehicle Weights by Date for Opt-In Plaintiff David Sujkowski, extracted from Bates ABS 003581 – 003738.

122. List of Vehicle Weights by Date for Opt-In Plaintiff Kyle Winconek, extracted from Bates ABS 003581 – 003738.

123. List of Vehicle Weights by Date for Opt-In Plaintiff George Woldt, extracted from Bates ABS 003581 – 003738.

124. List of Employee Numbers for Opt-In Plaintiffs (Bates ABS 005230).

125. Vehicle Identification Number List (Bates ABS 005232).

126. List of Out of State Deliveries (Bates Absopure 000474 – 000717).

127. List of Plaintiff's Justin Guy's Route Assignments. (Absopure 000719 – 000727).

128. Driver Handbook (Bates Absopure 000098 – 000116).

129. Associate Handbook (Bates Absopure 000177 – 000208).

130. Hand Held Check In /Check Out Times For All Plaintiffs (Bates ABS 003751 – 004195).

131. Hand Held Check In /Check Out Times For Plaintiff Justin Guy, extracted from Bates ABS 003751 – 004195.

132. Hand Held Check In /Check Out Times For Opt-In Plaintiff John Aniol, extracted from Bates ABS 003751 – 004195.

133. Hand Held Check In /Check Out Times For Opt-In Plaintiff Aaron Armstead, extracted from Bates ABS 003751 – 004195.

134. Hand Held Check In /Check Out Times For Opt-In Plaintiff Dwane Armstead, extracted from Bates ABS 003751 – 004195.

135. Hand Held Check In /Check Out Times For Opt-In Plaintiff Erick Banks, extracted from Bates ABS 003751 – 004195.

136. Hand Held Check In /Check Out Times For Opt-In Plaintiff Lucas Belonga, extracted from Bates ABS 003751 – 004195.

137. Hand Held Check In /Check Out Times For Opt-In Plaintiff Keith Brown, extracted from Bates ABS 003751 – 004195.

138. Hand Held Check In /Check Out Times For Opt-In Plaintiff Dannielle Childs, extracted from Bates ABS 003751 – 004195.

139. Hand Held Check In /Check Out Times For Opt-In Plaintiff Ryan Clendennin, extracted from Bates ABS 003751 – 004195.

140. Hand Held Check In /Check Out Times For Opt-In Plaintiff Caleb Fish, extracted from Bates ABS 003751 – 004195.

141. Hand Held Check In /Check Out Times For Opt-In Plaintiff Boaz Householder, extracted from Bates ABS 003751 – 004195.

142. Hand Held Check In /Check Out Times For Opt-In Plaintiff Shawn Jacek, extracted from Bates ABS 003751 – 004195.

143. Hand Held Check In /Check Out Times For Opt-In Plaintiff Matthew Jackson, extracted from Bates ABS 003751 – 004195.

144. Hand Held Check In /Check Out Times For Opt-In Plaintiff Gary Johnson, Jr., extracted from Bates ABS 003751 – 004195.

145. Hand Held Check In /Check Out Times For Opt-In Plaintiff Ricardo Lammer, extracted from Bates ABS 003751 – 004195.

146.   Hand Held Check In /Check Out Times For Opt-In Plaintiff Antony Newkirk, extracted from Bates ABS 003751 – 004195.

147.   Hand Held Check In /Check Out Times For Opt-In Plaintiff Paul Okimoto, extracted from Bates ABS 003751 – 004195.

148.   Hand Held Check In /Check Out Times For Opt-In Plaintiff Terry Pemberton, extracted from Bates ABS 003751 – 004195.

149.   Hand Held Check In /Check Out Times For Opt-In Plaintiff Charles Perry, extracted from Bates ABS 003751 – 004195.

150.   Hand Held Check In /Check Out Times For Opt-In Plaintiff Kevin Phipps, extracted from Bates ABS 003751 – 004195.

151.   Hand Held Check In /Check Out Times For Opt-In Plaintiff Nathan Redmer, extracted from Bates ABS 003751 – 004195.

152.   Hand Held Check In /Check Out Times For Opt-In Plaintiff Ryan Rhodes, extracted from Bates ABS 003751 – 004195.

153.   Hand Held Check In /Check Out Times For Opt-In Plaintiff Jordan Tampa, extracted from Bates ABS 003751 – 004195.

154.   Hand Held Check In /Check Out Times For Opt-In Plaintiff Jesse Skonieczny, extracted from Bates ABS 003751 – 004195.

155.   Hand Held Check In /Check Out Times For Opt-In Plaintiff David Sujkowski, extracted from Bates ABS 003751 – 004195.

156.   Hand Held Check In /Check Out Times For Opt-In Plaintiff Kyle Winconek, extracted from Bates ABS 003751 – 004195.

157.   Hand Held Check In /Check Out Times For Opt-In Plaintiff George Woldt, extracted from Bates ABS 003751 – 004195

158.   Personnel Records for Plaintiff Justin Guy (Bates Absopure 000001 – 000058).

159.   Personnel Records for Opt-In Plaintiff John Aniol (Bates ABS 001284 – 001286; ABS 002120 – 002157).

160.   Personnel Records for Opt-In Plaintiff Aaron Armstead (Bates ABS 002158 – 002163; ABS 001476 – 001489).

161.  Personnel Records for Opt-In Plaintiff Dwane Armstead (Bates ABS 002164 – 002166; ABS 001494 – 001509).

162.  Personnel Records for Opt-In Plaintiff Erick Banks (Bates ABS 1614 – 001626; ABS 002167 – 002168).

163.  Personnel Records for Opt-In Plaintiff Lucas Belonga (Bates ABS 1538 – 001551; ABS 2169 - 002179).

164.  Personnel Records for Opt-In Plaintiff Keith Brown (Bates ABS 001580 – 001586; ABS 002180 – 002196).

165.  Personnel Records for Opt-In Plaintiff Dannielle Childs (Bates 001625 – 001647; ABS 002197 – 002210).

166.  Personnel Records for Opt-In Plaintiff Ryan Clendennin (Bates ABS 002211 – 002217; ABS 001654 – 001666).

167.  Personnel Records for Opt-In Plaintiff Caleb Fish (Bates ABS 00002218 – 002257; ABS 001667 – 001679).

168.  Personnel Records for Opt-In Plaintiff Boaz Householder (Bates ABS 002258 – 002261; ABS 001738 – 001747).

169.  Personnel Records for Opt-In Plaintiff Shawn Jacek (Bates ABS 002262 – 002263; ABS 001759).

170.  Personnel Records for Opt-In Plaintiff Matthew Jackson (Bates ABS 002264 – 002268; ABS 001763 – 001774).

171.  Personnel Records for Opt-In Plaintiff Gary Johnson. Jr. (Bates ABS 002269 – 002290; ABS 001775 – 001784).

172.  Personnel Records for Opt-In Plaintiff Ricardo Lammer (Bates ABS 002291- 002301; ABS 001805 – 001815).

173.  Personnel Records for Opt-In Plaintiff Antony Newkirk (Bates ABS 002302 -002307; ABS 001816 – 001825).

174.  Personnel Records for Opt-In Plaintiff Paul Okimoto (Bates ABS 2308 – 002319; ABS 001832 – 001843).

175.  Personnel Records for Opt-In Plaintiff Terry Pemberton (Bates ABS 002320 – 002331; ABS 001866 – 001877).

176. Personnel Records for Opt-In Plaintiff Charles Perry (Bates ABS 002332 – 002343; ABS 001886 – 001897).

177. Personnel Records for Opt-In Plaintiff Kevin Phipps (Bates ABS 002344 – 002352, 002400 – 002414; ABS 001938 – 001947, 001950 – 001953).

178. Personnel Records for Opt-In Plaintiff Nathan Redmer (Bates ABS 002415 – 002421; 001959 – 001970).

179. Personnel Records for Opt-In Plaintiff Ryan Rhodes (Bates ABS 002422 – 002427; ABS 001971 – 002004).001982).

180. Personnel Records for Opt-In Plaintiff Jesse Skonieczny (Bates ABS 002428 – 002437; ABS 001992 -

181. Personnel Records for Opt-In Plaintiff David Sujkowski (Bates ABS 002438 – 002441; ABS 002025 – 002034).

182. Personnel Records for Opt-In Plaintiff Jordan Tampa (Bates 002442 – 002246; ABS 002964 – 002078).

183. Personnel Records for Opt-In Plaintiff Kyle Winconek (Bates ABS 002247 – 002451; ABS 002095 – 002106).

184. Personnel Records for Opt-In Plaintiff George Woldt (Bates ABS 002452 – 002464; ABS 002109 – 002119).

185. Check Out/Check In Times – All Specialists. (Bates ABS 005789-009044).

186. Clock-In Times For Plaintiff Justin Guy (Bates ABS 005761 – 005776).

187. Clock-In Times For Opt-In Plaintiff John Aniol (Bates ABS 001287 – 001341).

188. Clock-In Times For Opt-In Plaintiff Aaron Armstead (Bates ABS 01472 – 01474).

189. Clock-In Times For Opt-In Plaintiff Dwane Armstead (Bates ABS 001490 – 001483).

190. Clock-In Times For Opt-In Plaintiff Erick Banks (Bates ABS 001510 – 001513).

14

191. Clock-In Times For Opt-In Plaintiff Lucas Belonga (Bates 001527 – 001537; ABS 005770 – 005780).

192. Clock-In Times For Opt-In Plaintiff Keith Brown (Bates ABS 001552 – 001579).

193. Clock-In Times For Opt-In Plaintiff Dannielle Childs (Bates ABS 001587 – 001624; ABS 005781 – 005784)

194. Clock-In Times For Opt-In Plaintiff Ryan Clendennin (Bates ABS 001648 – 001653).

195. Clock-In Times For Opt-In Plaintiff Caleb Fish (Bates ABS 001680 – 001735; ABS 005785 – 005788).

196. Clock-In Times For Opt-In Plaintiff Boaz Householder (ABS 001736 – 001737).

197. Clock-In Times For Opt-In Plaintiff Shawn Jacek (Bates ABS 1748 – 1749).

198. Clock-In Times For Opt-In Plaintiff Matthew Jackson (Bates ABS 001760 – 001762).

199. Clock-In Times For Opt-In Plaintiff Gary Johnson, Jr. (Bates ABS 001785 – 001798).

200. Clock-In Times For Opt-In Plaintiff Ricardo Lammer (Bates ABS 001799 – 001804).

201. Clock-In Times For Opt-In Plaintiff Antony Newkirk (Bates ABS 001826 – 001831).

202. Clock-In Times For Opt-In Plaintiff Paul Okimoto (Bates ABS 001844 – 001861).

203. Clock-In Times For Opt-In Plaintiff Terry Pemberton (Bates ABS 001862 – 001865).

204. Clock-In Times For Opt-In Plaintiff Charles Perry (Bates ABS 001878 – 001885).

205. Clock-In Times For Opt-In Plaintiff Kevin Phipps (Bates ABS 001898 – 001937).

206. Clock-In Times For Opt-In Plaintiff Nathan Redmer (Bates ABS 001954 – 001958).

207. Clock-In Times For Opt-In Plaintiff Ryan Rhodes (Bates ABS 001983 – 001991).

208. Clock-In Times For Opt-In Plaintiff Jesse Skonieczny (Bates ABS 002005 – 002011).

209. Clock-In Times For Opt-In Plaintiff David Sujkowski (Bates 002012 – 002024).

210. Clock-In Times For Opt-In Plaintiff Jordan Tampa (Bates ABS 2037 – 002063).

211. Clock-In Times For Opt-In Plaintiff Kyle Winconek (Bates ABS 002079 – 002094).

212. Clock-In Times For Opt-In Plaintiff George Woldt (Bates ABS 002107 – 002108).

213. Hours-worked tables for Plaintiff Justin Guy.

214. Hours-worked tables for Opt-In Plaintiff John Aniol

215. Hours-worked tables for Opt-In Plaintiff Aaron Armstead.

216. Hours-worked tables for Opt-In Plaintiff Dwane Armstead.

217. Hours-worked tables for Opt-In Plaintiff Erick Banks.

218. Hours-worked tables for Opt-In Plaintiff Lucas Belonga.

219. Hours-worked tables for Opt-In Plaintiff Keith Brown.

220. Hours-worked tables for Opt-In Plaintiff Dannielle Childs.

221. Hours-worked tables for Opt-In Plaintiff Ryan Clendennin.

222. Hours-worked tables for Opt-In Plaintiff Caleb Fish.

223. Hours-worked tables for Opt-In Plaintiff Boaz Householder.

224. Hours-worked tables for Opt-In Plaintiff Shawn Jacek.

225. Hours-worked tables for Opt-In Plaintiff Matthew Jackson.

226. Hours-worked tables for Opt-In Plaintiff Gary Johnson, Jr.

227. Hours-worked tables for Opt-In Plaintiff Ricardo Lammer.

228. Hours-worked tables for Opt-In Plaintiff Antony Newkirk.

229. Hours-worked tables for Opt-In Plaintiff Paul Okimoto.

230. Hours-worked tables for Opt-In Plaintiff Terry Pemberton.

231. Hours-worked tables for Opt-In Plaintiff Charles Perry.

232. Hours-worked tables for Opt-In Plaintiff Kevin Phipps.

233. Hours-worked tables for Opt-In Plaintiff Nathan Redmer.

234. Hours-worked tables for Opt-In Plaintiff Ryan Rhodes.

235. Hours-worked tables for Opt-In Plaintiff Jesse Skonieczny.

236. Hours-worked tables for Opt-In Plaintiff David Sujkowski.

237. Hours-worked tables for Opt-In Plaintiff Jordan Tampa.

238. Hours-worked tables for Opt-In Plaintiff Kyle Winconek.

239. Hours-worked tables for Opt-In Plaintiff George Woldt.

240. Demonstrative Showing Delivery of Mountain Valley Spring Products to Absopure

241. Demonstrative Showing Delivery of Mountain Valley Spring Products Within Michigan

242. Demonstrative Showing Absopure Product Shipment Procedure for Mountain Valley Spring Products

243. Demonstrative Showing Absopure Time Records

## ADDITIONAL POTENTIAL EXHIBITS

Defendant reserves the right to submit the following additional exhibits:

a)      Exhibits consisting of smaller portions of the above-listed exhibits, such as exhibits pertaining only to one Plaintiff out of several referenced in the listed exhibit or pertaining to one year out of several, or smaller subsets.

b)      Demonstrative exhibits that consist of blowups of portions of the above-listed exhibits.

c)      Demonstrative exhibits that consist of portions of two or more of the above-listed exhibits shown together.

d)      Exhibits that are responsive to exhibits, information, or testimony proffered by Plaintiffs that would have been responsive to discovery requests served on Plaintiffs but had not been previously provided.

e)      Other rebuttal exhibits for issues raised by Plaintiffs that were not reasonably anticipated.

Dated September 25, 2023

Respectfully submitted,

*s/ Ronald G. Acho*
Ronald G. Acho
Cummings, McClorey, Davis & Acho, P.L.C.
17436 College Parkway
Livonia, MI 48152
(734) 261-2400
racho@cmda-law.com
P-23913

*and*

/s/ *Michael O. Cummings*
Michael O. Cummings
Cummings, McClorey, Davis & Acho, P.C.
Attorneys for Defendants
1185 Avenue of The Americas, Third Floor
New York, NY 10036
(212) 547-8810
mcummings@cmda-law.com
N.Y. Bar No. 2701506

*Attorneys for Defendant Absopure Water Company, LLC*

18

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on September 25, 2023, the foregoing document was served via email on all counsel of record.

<u>/s/ Michaael O. Cummings</u>
Michael O. Cummings
Attorney for Defendant