# EXHIBIT B

Absopure 000789

PO# 31000006845

# THE MOUNTAIN VALLEY SPRING WATER

Page: 1

**Invoice**

MOUNTAIN VALLEY SPRING COMPANY, LLC
283 MOUNTAIN VALLEY WATER PL
HOT SPRINGS, AR  71909
(501) 520-2106

| | |
|---|---|
| Invoice Number: | 0333202-IN |
| Invoice Date: | 7/3/2019 |
| Order Number: | 0155161 |
| Order Date | 6/27/2019 |
| Salesperson: | ST |
| Customer Number: | 00-0081070 |

**Sold To:**
ABSOPUREWATER CO LLC
ATTN  ART AMELOTTE
41590 JOY RD
PLYMOUTH, MI  48170
**Confirm To:**
JIM DRAGSTON

**Ship To:**
ABSOPURE WATER CO LLC
41590 JOY RD
038
PLYMOUTH, MI  48170

| Customer P.O. | Ship VIA | F.O.B. | Terms | Comment |
|---|---|---|---|---|
| | J B HUNT ICS | | NET 30 | DEL 07/05 9 AM |

| Item Code | Item Description | Unit | Whse | Shipped | Price | Amount |
|---|---|---|---|---|---|---|
| MVFG1LGPREM | MV 1 LTR SPG GLASS | CASE | 001 | 112.00 | 12.60 | 1,411.20 |
| MVP4840 | MV "48"X"40" PALLET | EACH | 001 | 2.00 | 7.00 | 14.00 |
| MVFG.75PSC12 | MV .75 LTR SPG PET LS SC | CASE | 001 | 72.00 | 6.25 | 450.00 |
| MVP4840 | MV "48"X"40" PALLET | EACH | 001 | 1.00 | 7.00 | 7.00 |
| MVFG2.5G | MV 2.5 GAL SPG GLASS | EACH | 001 | 90.00 | 2.85 | 256.50 |
| MVP2.5G | MV 2.5 GAL GLASS BOTTLE | EACH | 001 | 90.00 | 15.00 | 1,350.00 |
| MVPRACKPLT | PROSTACK PALLET | EACH | 001 | 2.00 | 75.00 | 150.00 |
| MVPTIER | PROSTACK TIER | EACH | 001 | 10.00 | 65.00 | 650.00 |
| MVFG.5LSCE | MV .5 LTR SPG PET LS SC | EACH | 001 | 120.00 | 8.65 | 1,038.00 |
| MVP4840 | MV "48"X"40" PALLET | EACH | 001 | 2.00 | 7.00 | 14.00 |
| MVFG5G | MV 5 GAL SPG GLASS | EACH | 001 | 510.00 | 4.50 | 2,295.00 |
| MVP5G | MV 5 GAL GLASS BOTTLE | EACH | 001 | 510.00 | 15.00 | 7,650.00 |
| MVPRACKPLT | PROSTACK PALLET | EACH | 001 | 17.00 | 75.00 | 1,275.00 |
| MVPTIER | PROSTACK TIER | EACH | 001 | 85.00 | 65.00 | 5,525.00 |
| FREIGHT1 | 1-Way (or) 3rd Party Freight | EACH | 001 | 1.00 | 2,418.00 | 2,418.00 |

| | | | | |
|---|---|---|---|---|
| Total Water: | 5,450.70 | Net Invoice: | | 24,503.70 |
| Total Deposits: | 16,635.00 | Less Discount: | | 0.00 |
| Total Freight & Fuel: | 2,418.00 | Freight: | | 0.00 |
| Total Other: | 0.00 | Sales Tax: | | 0.00 |
| | | **Invoice Total:** | | 24,503.70 |

Remit Payment To: PO Box 75489 - Chicago, IL 60675-5489
If payment of this invoice is not received in accordance with the terms stated above, a finance charge no greater than the maximum allowed by law will be applied to the past due amount until such amount is paid.
Customer is liable for all federal, state, and local taxes due.

Absopure 000790

Page: 1



## Invoice

MOUNTAIN VALLEY SPRING COMPANY, LLC
283 MOUNTAIN VALLEY WATER PL
HOT SPRINGS, AR 71909
(501) 520-2106

| | |
|---|---|
| Invoice Number: | 0333893-IN |
| Invoice Date: | 7/17/2019 |
| Order Number: | 0155372 |
| Order Date: | 7/11/2019 |
| Salesperson: | ST |
| Customer Number: | 00-0081070 |

**Sold To:**
ABSOPUREWATER CO LLC
ATTN  ART AMELOTTE
41590 JOY RD
PLYMOUTH, MI  48170
Confirm To:
JIM DRAGSTON

**Ship To:**
ABSOPURE WATER CO LLC
41590 JOY RD
038
PLYMOUTH, MI  48170

| Customer P.O. | Ship VIA | F.O.B. | Terms | Comment |
|---|---|---|---|---|
| | J B HUNT ICS | | NET 30 | DEL 07/19 9 AM |

| Item Code | Item Description | Unit | Whse | Shipped | Price | Amount |
|---|---|---|---|---|---|---|
| DWFG5SP | DW 5 GAL SPG PET | EACH | 001 | 60.00 | 2.00 | 120.00 |
| DWP5P | DW 5 GAL PLASTIC BOTTLE | EACH | 001 | 60.00 | 6.00 | 360.00 |
| MVPRACKPLT | PROSTACK PALLET | EACH | 001 | 2.00 | 75.00 | 150.00 |
| MVPTIER | PROSTACK TIER | EACH | 001 | 10.00 | 65.00 | 650.00 |
| MVFG12LE | MV 12 OZ SPG PET LS FC | CASE | 001 | 432.00 | 6.65 | 2,872.80 |
| MVP3636 | MV 36"X36" PALLET | EACH | 001 | 6.00 | 7.00 | 42.00 |
| MVFG.5GSPG12PK | MV .5 LTR SPG GLASS | CASE | 001 | 105.00 | 7.85 | 824.25 |
| MVP4840 | MV "48"X"40" PALLET | EACH | 001 | 1.00 | 7.00 | 7.00 |
| MVFG.75PSC12 | MV .75 LTR SPG PET LS SC | CASE | 001 | 72.00 | 6.25 | 450.00 |
| MVP4840 | MV "48"X"40" PALLET | EACH | 001 | 1.00 | 7.00 | 7.00 |
| MVFG1LGPREM | MV 1 LTR SPG GLASS | CASE | 001 | 112.00 | 12.60 | 1,411.20 |
| MVP4840 | MV "48"X"40" PALLET | EACH | 001 | 2.00 | 7.00 | 14.00 |
| MVFG2.5G | MV 2.5 GAL SPG GLASS | EACH | 001 | 90.00 | 2.85 | 256.50 |
| MVP2.5G | MV 2.5 GAL GLASS BOTTLE | EACH | 001 | 90.00 | 15.00 | 1,350.00 |
| MVPRACKPLT | PROSTACK PALLET | EACH | 001 | 2.00 | 75.00 | 150.00 |
| MVPTIER | PROSTACK TIER | EACH | 001 | 10.00 | 65.00 | 650.00 |
| MVFG5G | MV 5 GAL SPG GLASS | EACH | 001 | 330.00 | 4.50 | 1,485.00 |
| MVP5G | MV 5 GAL GLASS BOTTLE | EACH | 001 | 330.00 | 15.00 | 4,950.00 |

Continued

Absopure 000791

**THE MOUNTAIN VALLEY SPRING WATER**

Page: 2

| | | |
|---|---|---|
| MOUNTAIN VALLEY SPRING COMPANY, LLC | **Invoice** | Invoice Number: 0333893-IN |
| 283 MOUNTAIN VALLEY WATER PL | | Invoice Date: 7/17/2019 |
| HOT SPRINGS, AR 71909 | | Order Number: 0155372 |
| (501) 520-2106 | | Order Date: 7/11/2019 |
| | | Salesperson: ST |
| | | Customer Number: 00-0081070 |

Sold To:
ABSOPUREWATER CO LLC
ATTN ART AMELOTTE
41590 JOY RD
PLYMOUTH, MI 48170
Confirm To:
JIM DRAGSTON

Ship To:
ABSOPURE WATER CO LLC
41590 JOY RD
038
PLYMOUTH, MI 48170

| Customer P.O. | Ship VIA | F.O.B. | Terms | Comment |
|---|---|---|---|---|
| | J B HUNT ICS | | NET 30 | DEL 07/19 9 AM |

| Item Code | Item Description | Unit | Whse | Shipped | Price | Amount |
|---|---|---|---|---|---|---|
| MVPRACKPLT | PROSTACK PALLET | EACH | 001 | 11.00 | 75.00 | 825.00 |
| MVPTIER | PROSTACK TIER | EACH | 001 | 55.00 | 65.00 | 3,575.00 |
| FREIGHT1 | 1-Way (or) 3rd Party Freight | EACH | 001 | 1.00 | 2,323.00 | 2,323.00 |

| | | | | |
|---|---|---|---|---|
| Total Water: | 7,419.75 | Net Invoice: | 22,472.75 |
| Total Deposits: | 12,730.00 | Less Discount: | 0.00 |
| Total Freight & Fuel: | 2,323.00 | Freight: | 0.00 |
| Total Other: | 0.00 | Sales Tax: | 0.00 |
| | | Invoice Total: | 22,472.75 |

Remit Payment To: PO Box 75489 - Chicago, IL 60675-5489

If payment of this invoice is not received in accordance with the terms stated above, a finance charge no greater than the maximum allowed by law will be applied to the past due amount until such amount is paid. Customer is liable for all federal, state, and local taxes due.

Absopure 000792



# THE MOUNTAIN VALLEY SPRING WATER

## Invoice

Page: 1

| | |
|---|---|
| Invoice Number: | 0334780-IN |
| Invoice Date: | 8/2/2019 |
| Order Number: | 0155547 |
| Order Date | 7/25/2019 |
| Salesperson: | ST |
| Customer Number: | 00-0081070 |

MOUNTAIN VALLEY SPRING COMPANY, LLC
283 MOUNTAIN VALLEY WATER PL
HOT SPRINGS, AR 71909
(501) 520-2106

**Sold To:**
ABSOPUREWATER CO LLC
ATTN ART AMELOTTE
41590 JOY RD
PLYMOUTH, MI 48170
**Confirm To:**
JIM DRAGSTON

**Ship To:**
ABSOPURE WATER CO LLC
41590 JOY RD
038
PLYMOUTH, MI 48170

| Customer P.O. | Ship VIA | F.O.B. | Terms | Comment |
|---|---|---|---|---|
| | J B HUNT DCS | | NET 30 | DEL 08/05 9 AM |

| Item Code | Item Description | Unit | Whse | Shipped | Price | Amount |
|---|---|---|---|---|---|---|
| MVFG.5LSCE | MV .5 LTR SPG PET LS SC | EACH | 001 | 120.00 | 8.65 | 1,038.00 |
| MVP4840 | MV "48"X"40" PALLET | EACH | 001 | 2.00 | 7.00 | 14.00 |
| MVFG.5GSPK12PK | MV .5 LTR SPK GLASS | CASE | 001 | 105.00 | 7.85 | 824.25 |
| MVP4840 | MV "48"X"40" PALLET | EACH | 001 | 1.00 | 7.00 | 7.00 |
| MVFG2.5G | MV 2.5 GAL SPG GLASS | EACH | 001 | 90.00 | 2.85 | 256.50 |
| MVP2.5G | MV 2.5 GAL GLASS BOTTLE | EACH | 001 | 90.00 | 15.00 | 1,350.00 |
| MVPRACKPLT | PROSTACK PALLET | EACH | 001 | 2.00 | 75.00 | 150.00 |
| MVPTIER | PROSTACK TIER | EACH | 001 | 10.00 | 65.00 | 650.00 |
| MVFG5G | MV 5 GAL SPG GLASS | EACH | 001 | 600.00 | 4.50 | 2,700.00 |
| MVP5G | MV 5 GAL GLASS BOTTLE | EACH | 001 | 600.00 | 15.00 | 9,000.00 |
| MVPRACKPLT | PROSTACK PALLET | EACH | 001 | 20.00 | 75.00 | 1,500.00 |
| MVPTIER | PROSTACK TIER | EACH | 001 | 100.00 | 65.00 | 6,500.00 |
| FREIGHT | FREIGHT | EACH | 001 | 1.00 | 2,812.50 | 2,812.50 |
| FSC | FUEL SURCHARGE | EACH | 001 | 1.00 | 881.25 | 881.25 |

| | | | |
|---|---|---|---|
| Total Water: | 4,818.75 | Net Invoice: | 27,683.50 |
| Total Deposits: | 19,171.00 | Less Discount: | 0.00 |
| Total Freight & Fuel: | 3,693.75 | Freight: | 0.00 |
| Total Other: | 0.00 | Sales Tax: | 0.00 |
| | | **Invoice Total:** | 27,683.50 |

**Remit Payment To: PO Box 75489 - Chicago, IL 60675-5489**

If payment of this invoice is not received in accordance with the terms stated above, a finance charge no greater than the maximum allowed by law will be applied to the past due amount until such amount is paid. Customer is liable for all federal, state, and local taxes due.

Absopure 000793

## THE MOUNTAIN VALLEY SPRING WATER

### Invoice

Page: 1

MOUNTAIN VALLEY SPRING COMPANY, LLC
283 MOUNTAIN VALLEY WATER PL
HOT SPRINGS, AR 71909
(501) 520-2106

| | |
|---|---|
| Invoice Number: | 0334993-IN |
| Invoice Date: | 8/7/2019 |
| Order Number: | 0155626 |
| Order Date | 8/1/2019 |
| Salesperson: | ST |
| Customer Number: | 00-0081070 |

**Sold To:**
ABSOPUREWATER CO LLC
ATTN ART AMELOTTE
41590 JOY RD
PLYMOUTH, MI 48170
**Confirm To:**
JIM DRAGSTON

**Ship To:**
ABSOPURE WATER CO LLC
41590 JOY RD
038
PLYMOUTH, MI 48170

| Customer P.O. | Ship VIA | F.O.B. | Terms | Comment |
|---|---|---|---|---|
| | J B HUNT ICS | | NET 30 | DEL 08/09 9 AM |

| Item Code | Item Description | Unit | Whse | Shipped | Price | Amount |
|---|---|---|---|---|---|---|
| MVFG.5LSCE | MV .5 LTR SPG PET LS SC | EACH | 001 | 180.00 | 8.65 | 1,557.00 |
| MVP4840 | MV "48"X"40" PALLET | EACH | 001 | 3.00 | 7.00 | 21.00 |
| MVFG.5GSPG12PK | MV .5 LTR SPG GLASS | CASE | 001 | 105.00 | 7.85 | 824.25 |
| MVP4840 | MV "48"X"40" PALLET | EACH | 001 | 1.00 | 7.00 | 7.00 |
| MVFG1LGPREM | MV 1 LTR SPG GLASS | CASE | 001 | 112.00 | 12.60 | 1,411.20 |
| MVP4840 | MV "48"X"40" PALLET | EACH | 001 | 2.00 | 7.00 | 14.00 |
| MVFG1.5P | MV 1.5 LTR SPG PET LS FC | CASE | 001 | 64.00 | 7.75 | 496.00 |
| MVP3636 | MV 36"X36" PALLET | EACH | 001 | 2.00 | 7.00 | 14.00 |
| MVFG2.5G | MV 2.5 GAL SPG GLASS | EACH | 001 | 90.00 | 2.85 | 256.50 |
| MVP2.5G | MV 2.5 GAL GLASS BOTTLE | EACH | 001 | 90.00 | 15.00 | 1,350.00 |
| MVPRACKPLT | PROSTACK PALLET | EACH | 001 | 2.00 | 75.00 | 150.00 |
| MVPTIER | PROSTACK TIER | EACH | 001 | 10.00 | 65.00 | 650.00 |
| MVFG5G | MV 5 GAL SPG GLASS | EACH | 001 | 420.00 | 4.50 | 1,890.00 |
| MVP5G | MV 5 GAL GLASS BOTTLE | EACH | 001 | 420.00 | 15.00 | 6,300.00 |
| MVPRACKPLT | PROSTACK PALLET | EACH | 001 | 14.00 | 75.00 | 1,050.00 |
| MVPTIER | PROSTACK TIER | EACH | 001 | 70.00 | 65.00 | 4,550.00 |
| FREIGHT1 | 1-Way (or) 3rd Party Freight | EACH | 001 | 1.00 | 2,037.00 | 2,037.00 |

| | | | | |
|---|---|---|---|---|
| Total Water: | 6,434.95 | Net Invoice: | | 22,577.95 |
| Total Deposits: | 14,106.00 | Less Discount: | | 0.00 |
| Total Freight & Fuel: | 2,037.00 | Freight: | | 0.00 |
| Total Other: | 0.00 | Sales Tax: | | 0.00 |
| | | **Invoice Total:** | | **22,577.95** |

**Remit Payment To: PO Box 75489 - Chicago, IL 60675-5489**

If payment of this invoice is not received in accordance with the terms stated above, a finance charge no greater than the maximum allowed by law will be applied to the past due amount until such amount is paid. Customer is liable for all federal, state, and local taxes due.

Absopure 000794



Page: 1

**MOUNTAIN VALLEY SPRING COMPANY, LLC**
283 MOUNTAIN VALLEY WATER PL
HOT SPRINGS, AR  71909
(501) 520-2106

**Invoice**

| | |
|---|---|
| Invoice Number: | 0335890-IN |
| Invoice Date: | 8/23/2019 |
| Order Number: | 0155793 |
| Order Date | 8/16/2019 |
| Salesperson: | ST |
| Customer Number: | 00-0081070 |

**Sold To:**
ABSOPUREWATER CO LLC
ATTN  ART AMELOTTE
41590 JOY RD
PLYMOUTH, MI  48170
**Confirm To:**
JIM DRAGSTON

**Ship To:**
ABSOPURE WATER CO LLC
41590 JOY RD
038
PLYMOUTH, MI  48170

| Customer P.O. | Ship VIA | F.O.B. | Terms | Comment |
|---|---|---|---|---|
| | J B HUNT ICS | | NET 30 | DEL 08/26 9 AM |

| Item Code | Item Description | Unit | Whse | Shipped | Price | Amount |
|---|---|---|---|---|---|---|
| DWFG5SP | DW 5 GAL SPG PET | EACH | 001 | 60.00 | 2.00 | 120.00 |
| DWP5P | DW 5 GAL PLASTIC BOTTLE | EACH | 001 | 60.00 | 6.00 | 360.00 |
| MVPRACKPLT | PROSTACK PALLET | EACH | 001 | 2.00 | 75.00 | 150.00 |
| MVPTIER | PROSTACK TIER | EACH | 001 | 10.00 | 65.00 | 650.00 |
| MVFG.5GSPG12PK | MV .5 LTR SPG GLASS | CASE | 001 | 105.00 | 7.85 | 824.25 |
| MVP4840 | MV "48"X"40" PALLET | EACH | 001 | 1.00 | 7.00 | 7.00 |
| MVFG1LGPREMSPK | MV 1 LTR SPK GLASS | CASE | 001 | 112.00 | 12.60 | 1,411.20 |
| MVP4840 | MV "48"X"40" PALLET | EACH | 001 | 2.00 | 7.00 | 14.00 |
| MVFG1LGPREM | MV 1 LTR SPG GLASS | CASE | 001 | 56.00 | 12.60 | 705.60 |
| MVP4840 | MV "48"X"40" PALLET | EACH | 001 | 1.00 | 7.00 | 7.00 |
| MVFG1.5P | MV 1.5 LTR SPG PET LS FC | CASE | 001 | 32.00 | 7.75 | 248.00 |
| MVP3636 | MV 36"X36" PALLET | EACH | 001 | 1.00 | 7.00 | 7.00 |
| MVFG2.5G | MV 2.5 GAL SPG GLASS | EACH | 001 | 45.00 | 2.85 | 128.25 |
| MVP2.5G | MV 2.5 GAL GLASS BOTTLE | EACH | 001 | 45.00 | 15.00 | 675.00 |
| MVPRACKPLT | PROSTACK PALLET | EACH | 001 | 1.00 | 75.00 | 75.00 |
| MVPTIER | PROSTACK TIER | EACH | 001 | 5.00 | 65.00 | 325.00 |
| MVFG5G | MV 5 GAL SPG GLASS | EACH | 001 | 480.00 | 4.50 | 2,160.00 |
| MVP5G | MV 5 GAL GLASS BOTTLE | EACH | 001 | 480.00 | 15.00 | 7,200.00 |

Continued

Absopure 000795



**THE MOUNTAIN VALLEY SPRING WATER**

Page: 2

| | | |
|---|---|---|
| MOUNTAIN VALLEY SPRING COMPANY, LLC | Invoice | Invoice Number: 0335890-IN |
| 283 MOUNTAIN VALLEY WATER PL | | Invoice Date: 8/23/2019 |
| HOT SPRINGS, AR 71909 | | Order Number: 0155793 |
| (501) 520-2106 | | Order Date: 8/16/2019 |
| | | Salesperson: ST |
| | | Customer Number: 00-0081070 |

**Sold To:**
ABSOPUREWATER CO LLC
ATTN ART AMELOTTE
41590 JOY RD
PLYMOUTH, MI 48170
**Confirm To:**
JIM DRAGSTON

**Ship To:**
ABSOPURE WATER CO LLC
41590 JOY RD
038
PLYMOUTH, MI 48170

| Customer P.O. | Ship VIA | F.O.B. | Terms | Comment |
|---|---|---|---|---|
| | J B HUNT ICS | | NET 30 | DEL 08/26 9 AM |

| Item Code | Item Description | Unit | Whse | Shipped | Price | Amount |
|---|---|---|---|---|---|---|
| MVPRACKPLT | PROSTACK PALLET | EACH | 001 | 16.00 | 75.00 | 1,200.00 |
| MVPTIER | PROSTACK TIER | EACH | 001 | 80.00 | 65.00 | 5,200.00 |
| FREIGHT1 | 1-Way (or) 3rd Party Freight | EACH | 001 | 1.00 | 1,873.00 | 1,873.00 |

| | | | | |
|---|---|---|---|---|
| Total Water: | 5,597.30 | Net Invoice: | 23,340.30 |
| Total Deposits: | 15,870.00 | Less Discount: | 0.00 |
| Total Freight & Fuel: | 1,873.00 | Freight: | 0.00 |
| Total Other: | 0.00 | Sales Tax: | 0.00 |
| | | **Invoice Total:** | **23,340.30** |

**Remit Payment To: PO Box 75489 - Chicago, IL 60675-5489**

If payment of this invoice is not received in accordance with the terms stated above, a finance charge no greater than the maximum allowed by law will be applied to the past due amount until such amount is paid.
Customer is liable for all federal, state, and local taxes due.

Absopure 000796



Page: 1

MOUNTAIN VALLEY SPRING COMPANY, LLC  
283 MOUNTAIN VALLEY WATER PL  
HOT SPRINGS, AR  71909  
(501) 520-2106

**Invoice**

| | |
|---|---|
| Invoice Number: | 0336374-IN |
| Invoice Date: | 9/4/2019 |
| Order Number: | 0155930 |
| Order Date: | 8/28/2019 |
| Salesperson: | ST |
| Customer Number: | 00-0081070 |

**Sold To:**  
ABSOPUREWATER CO LLC  
ATTN  ART AMELOTTE  
41590 JOY RD  
PLYMOUTH, MI  48170  
**Confirm To:**  
JIM DRAGSTON

**Ship To:**  
ABSOPURE WATER CO LLC  
41590 JOY RD  
038  
PLYMOUTH, MI  48170

| Customer P.O. | Ship VIA | F.O.B. | Terms | Comment |
|---|---|---|---|---|
| | J B HUNT DCS | | NET 30 | DEL 09/06 9 AM |

| Item Code | Item Description | Unit | Whse | Shipped | Price | Amount |
|---|---|---|---|---|---|---|
| DWFG5SP | DW 5 GAL SPG PET | EACH | 001 | 30.00 | 2.00 | 60.00 |
| DWP5P | DW 5 GAL PLASTIC BOTTLE | EACH | 001 | 30.00 | 6.00 | 180.00 |
| MVPRACKPLT | PROSTACK PALLET | EACH | 001 | 1.00 | 75.00 | 75.00 |
| MVPTIER | PROSTACK TIER | EACH | 001 | 5.00 | 65.00 | 325.00 |
| MVFG2.5G | MV 2.5 GAL SPG GLASS | EACH | 001 | 45.00 | 2.85 | 128.25 |
| MVP2.5G | MV 2.5 GAL GLASS BOTTLE | EACH | 001 | 45.00 | 15.00 | 675.00 |
| MVPRACKPLT | PROSTACK PALLET | EACH | 001 | 1.00 | 75.00 | 75.00 |
| MVPTIER | PROSTACK TIER | EACH | 001 | 5.00 | 65.00 | 325.00 |
| MVFG5G | MV 5 GAL SPG GLASS | EACH | 001 | 720.00 | 4.50 | 3,240.00 |
| MVP5G | MV 5 GAL GLASS BOTTLE | EACH | 001 | 720.00 | 15.00 | 10,800.00 |
| MVPRACKPLT | PROSTACK PALLET | EACH | 001 | 24.00 | 75.00 | 1,800.00 |
| MVPTIER | PROSTACK TIER | EACH | 001 | 120.00 | 65.00 | 7,800.00 |
| FREIGHT | FREIGHT | EACH | 001 | 1.00 | 2,812.50 | 2,812.50 |
| FSC | FUEL SURCHARGE | EACH | 001 | 1.00 | 862.50 | 862.50 |

| | | | |
|---|---|---|---|
| Total Water: | 3,428.25 | Net Invoice: | 29,158.25 |
| Total Deposits: | 22,055.00 | Less Discount: | 0.00 |
| Total Freight & Fuel: | 3,675.00 | Freight: | 0.00 |
| Total Other: | 0.00 | Sales Tax: | 0.00 |
| | | **Invoice Total:** | 29,158.25 |

**Remit Payment To: PO Box 75489  -  Chicago, IL  60675-5489**

If payment of this invoice is not received in accordance with the terms stated above, a finance charge no greater than the maximum allowed by law will be applied to the past due amount until such amount is paid. Customer is liable for all federal, state, and local taxes due.

Absopure 000797



Page: 1

**MOUNTAIN VALLEY SPRING COMPANY, LLC**
283 MOUNTAIN VALLEY WATER PL
HOT SPRINGS, AR 71909
(501) 520-2106

**Invoice**

| | |
|---|---|
| Invoice Number: | 0337114-IN |
| Invoice Date: | 9/20/2019 |
| Order Number: | 0156141 |
| Order Date | 9/16/2019 |
| Salesperson: | ST |
| Customer Number: | 00-0081070 |

**Sold To:**
ABSOPUREWATER CO LLC
ATTN ART AMELOTTE
41590 JOY RD
PLYMOUTH, MI 48170
**Confirm To:**
JIM DRAGSTON

**Ship To:**
ABSOPURE WATER CO LLC
41590 JOY RD
038
PLYMOUTH, MI 48170

| Customer P.O. | Ship VIA | F.O.B. | Terms | Comment |
|---|---|---|---|---|
| | J B HUNT ICS | | NET 30 | DEL 09/23 9 AM |

| Item Code | Item Description | Unit | Whse | Shipped | Price | Amount |
|---|---|---|---|---|---|---|
| DWFG5SP | DW 5 GAL SPG PET | EACH | 001 | 30.00 | 2.00 | 60.00 |
| DWP5P | DW 5 GAL PLASTIC BOTTLE | EACH | 001 | 30.00 | 6.00 | 180.00 |
| MVPRACKPLT | PROSTACK PALLET | EACH | 001 | 1.00 | 75.00 | 75.00 |
| MVPTIER | PROSTACK TIER | EACH | 001 | 5.00 | 65.00 | 325.00 |
| MVFG12LE | MV 12 OZ SPG PET LS FC | CASE | 001 | 432.00 | 6.65 | 2,872.80 |
| MVP3636 | MV 36"X36" PALLET | EACH | 001 | 6.00 | 7.00 | 42.00 |
| MVFG.75PSC12 | MV .75 LTR SPG PET LS SC | CASE | 001 | 72.00 | 6.25 | 450.00 |
| MVP4840 | MV "48"X"40" PALLET | EACH | 001 | 1.00 | 7.00 | 7.00 |
| MVFG1LGPREM | MV 1 LTR SPG GLASS | CASE | 001 | 112.00 | 12.60 | 1,411.20 |
| MVP4840 | MV "48"X"40" PALLET | EACH | 001 | 2.00 | 7.00 | 14.00 |
| MVFG1.5P | MV 1.5 LTR SPG PET LS FC | CASE | 001 | 64.00 | 7.75 | 496.00 |
| MVP3636 | MV 36"X36" PALLET | EACH | 001 | 2.00 | 7.00 | 14.00 |
| MVFG2.5G | MV 2.5 GAL SPG GLASS | EACH | 001 | 45.00 | 2.85 | 128.25 |
| MVP2.5G | MV 2.5 GAL GLASS BOTTLE | EACH | 001 | 45.00 | 15.00 | 675.00 |
| MVPRACKPLT | PROSTACK PALLET | EACH | 001 | 1.00 | 75.00 | 75.00 |
| MVPTIER | PROSTACK TIER | EACH | 001 | 5.00 | 65.00 | 325.00 |
| MVFG5G | MV 5 GAL SPG GLASS | EACH | 001 | 360.00 | 4.50 | 1,620.00 |
| MVP5G | MV 5 GAL GLASS BOTTLE | EACH | 001 | 360.00 | 15.00 | 5,400.00 |

Continued

Absopure 000798



Page: 2

## THE MOUNTAIN VALLEY SPRING WATER

**Invoice**

| | |
|---|---|
| Invoice Number: | 0337114-IN |
| Invoice Date: | 9/20/2019 |
| Order Number: | 0156141 |
| Order Date | 9/16/2019 |
| Salesperson: | ST |
| Customer Number: | 00-0081070 |

MOUNTAIN VALLEY SPRING COMPANY, LLC
283 MOUNTAIN VALLEY WATER PL
HOT SPRINGS, AR 71909
(501) 520-2106

**Sold To:**
ABSOPUREWATER CO LLC
ATTN ART AMELOTTE
41590 JOY RD
PLYMOUTH, MI 48170
**Confirm To:**
JIM DRAGSTON

**Ship To:**
ABSOPURE WATER CO LLC
41590 JOY RD
038
PLYMOUTH, MI 48170

| Customer P.O. | Ship VIA | F.O.B. | Terms | Comment |
|---|---|---|---|---|
| | J B HUNT ICS | | NET 30 | DEL 09/23 9 AM |

| Item Code | Item Description | Unit | Whse | Shipped | Price | Amount |
|---|---|---|---|---|---|---|
| MVPRACKPLT | PROSTACK PALLET | EACH | 001 | 12.00 | 75.00 | 900.00 |
| MVPTIER | PROSTACK TIER | EACH | 001 | 60.00 | 65.00 | 3,900.00 |
| FREIGHT1 | 1-Way (or) 3rd Party Freight | EACH | 001 | 1.00 | 1,982.00 | 1,982.00 |

| | | | | |
|---|---|---|---|---|
| Total Water: | 7,038.25 | Net Invoice: | | 20,952.25 |
| Total Deposits: | 11,932.00 | Less Discount: | | 0.00 |
| Total Freight & Fuel: | 1,982.00 | Freight: | | 0.00 |
| Total Other: | 0.00 | Sales Tax: | | 0.00 |
| | | Invoice Total: | | 20,952.25 |

Remit Payment To: PO Box 75489 - Chicago, IL 60675-5489

If payment of this invoice is not received in accordance with the terms stated above, a finance charge no greater than the maximum allowed by law will be applied to the past due amount until such amount is paid. Customer is liable for all federal, state, and local taxes due.

Absopure 000799



THE MOUNTAIN VALLEY SPRING WATER

Page: 1

**MOUNTAIN VALLEY SPRING COMPANY, LLC**
283 MOUNTAIN VALLEY WATER PL
HOT SPRINGS, AR 71909
(501) 520-2106

**Invoice**

| | |
|---|---|
| Invoice Number: | 0337461-IN |
| Invoice Date: | 9/27/2019 |
| Order Number: | 0156180 |
| Order Date | 9/19/2019 |
| Salesperson: | ST |
| Customer Number: | 00-0081070 |

**Sold To:**
ABSOPUREWATER CO LLC
ATTN ART AMELOTTE
41590 JOY RD
PLYMOUTH, MI 48170
**Confirm To:**
JIM DRAGSTON

**Ship To:**
ABSOPURE WATER CO LLC
41590 JOY RD
038
PLYMOUTH, MI 48170

| Customer P.O. | Ship VIA | F.O.B. | Terms | Comment |
|---|---|---|---|---|
| | J B HUNT DCS | | NET 30 | del 9/30 @ 8am |

| Item Code | Item Description | Unit | Whse | Shipped | Price | Amount |
|---|---|---|---|---|---|---|
| DWFG5SP | DW 5 GAL SPG PET | EACH | 001 | 90.00 | 2.00 | 180.00 |
| DWP5P | DW 5 GAL PLASTIC BOTTLE | EACH | 001 | 90.00 | 6.00 | 540.00 |
| MVPRACKPLT | PROSTACK PALLET | EACH | 001 | 3.00 | 75.00 | 225.00 |
| MVPTIER | PROSTACK TIER | EACH | 001 | 15.00 | 65.00 | 975.00 |
| MVFG2.5G | MV 2.5 GAL SPG GLASS | EACH | 001 | 90.00 | 2.85 | 256.50 |
| MVP2.5G | MV 2.5 GAL GLASS BOTTLE | EACH | 001 | 90.00 | 15.00 | 1,350.00 |
| MVPRACKPLT | PROSTACK PALLET | EACH | 001 | 2.00 | 75.00 | 150.00 |
| MVPTIER | PROSTACK TIER | EACH | 001 | 10.00 | 65.00 | 650.00 |
| MVFG5G | MV 5 GAL SPG GLASS | EACH | 001 | 630.00 | 4.50 | 2,835.00 |
| MVP5G | MV 5 GAL GLASS BOTTLE | EACH | 001 | 630.00 | 15.00 | 9,450.00 |
| MVPRACKPLT | PROSTACK PALLET | EACH | 001 | 21.00 | 75.00 | 1,575.00 |
| MVPTIER | PROSTACK TIER | EACH | 001 | 105.00 | 65.00 | 6,825.00 |
| FREIGHT | FREIGHT | EACH | 001 | 1.00 | 2,812.50 | 2,812.50 |
| FSC | FUEL SURCHARGE | EACH | 001 | 1.00 | 881.25 | 881.25 |

| | | | |
|---|---|---|---|
| Total Water: | 3,271.50 | Net Invoice: | 28,705.25 |
| Total Deposits: | 21,740.00 | Less Discount: | 0.00 |
| Total Freight & Fuel: | 3,693.75 | Freight: | 0.00 |
| Total Other: | 0.00 | Sales Tax: | 0.00 |
| | | **Invoice Total:** | 28,705.25 |

**Remit Payment To: PO Box 75489 - Chicago, IL 60675-5489**

If payment of this invoice is not received in accordance with the terms stated above, a finance charge no greater than the maximum allowed by law will be applied to the past due amount until such amount is paid. Customer is liable for all federal, state, and local taxes due.