# EXHIBIT E

Absopure 000448

OMB No. 2126-0013

**U.S Department of Transportation**
**Federal Motor Carrier Safety Administration**

# MOTOR CARRIER IDENTIFICATION REPORT
## (Application for U.S. DOT NUMBER)

**REASON FOR FILING** (Check Only One)
- [ ] NEW APPLICATION
- [X] BIENNIAL UPDATE OR CHANGES
- [ ] OUT OF BUSINESS NOTIFICATION
- [ ] REAPPLICATION (AFTER REVOCATION OF NEW ENTRANT)

| # | Field | Value |
|---|---|---|
| 1 | NAME OF MOTOR CARRIER | ABSOPURE WATER COMPANY LLC |
| 2 | TRADE OR D.B.A. (DOING BUSINESS AS) NAME | |
| 3 | PRINCIPAL ADDRESS | 41590 JOY RD |
| 4 | CITY | PLYMOUTH |
| 5 | STATE/PROVINCE | MICHIGAN |
| 6 | ZIP CODE + 4 | 48170 |
| 7 | COLONIA (MEXICO ONLY) | |
| 8 | MAILING ADDRESS | PO BOX 701248 |
| 9 | CITY | PLYMOUTH |
| 10 | STATE/PROVINCE | MICHIGAN |
| 11 | ZIP CODE+4 | 48170 |
| 12 | COLONIA (MEXICO ONLY) | |
| 13 | PRINCIPAL BUSINESS PHONE NUMBER | (734) 207-4873 |
| 14 | PRINCIPAL CONTACT CELL PHONE NUMBER | (734) 775-1552 |
| 15 | PRINCIPAL BUSINESS FAX NUMBER | |
| 16 | USDOT NO. | 2988150 |
| 17 | MC OR MX NO. | |
| 18 | DUN & BRADSTREET NO. | |
| 19 | IRS/TAX ID NO. | EIN# 810923508   SSN# 810923508 |
| 20 | INTERNET E-MAIL ADDRESS | AAMELOTTE@ABSOPURE.COM |
| 21 | CARRIER MILEAGE (to nearest 10,000 miles for Last Calendar Year) | 1615101   YEAR 2018 |

**22. COMPANY OPERATION** (Mark all that apply)
- (A) Interstate Carrier
- B. Intrastate Hazmat Carrier
- C. Intrastate Non-Hazmat Carrier
- D. Interstate Hazmat Shipper
- E. Intrastate Hazmat Shipper
- F. Vehicle Registrant Only

**23. OPERATION CLASSIFICATION** (Circle All that Apply)
- A. Authorized For-Hire
- B. Exempt For-Hire
- (C) Private Property
- D. Private Passengers (Business)
- E. Private Passengers (Non-Business)
- F. Migrant
- G. U. S. Mail
- H. Federal Government
- I. State Government
- J. Local Government
- K. Indian Tribe
- L. Other

**24. CARGO CLASSIFICATIONS** (Circle All that Apply)
- A. GENERAL FREIGHT
- B. HOUSEHOLD GOODS
- C. METAL; SHEETS; COILS; ROLLS
- D. MOTOR VEHICLES
- E. DRIVE AWAY/TOWAWAY
- F. LOGS, POLES, BEAMS, LUMBER
- G. BUILDING MATERIALS
- H. MOBILE HOMES
- I. MACHINERY, LARGE OBJECTS
- J. FRESH PRODUCE
- K. LIQUIDS/GASES
- L. INTERMODAL CONT.
- M. PASSENGERS
- N. OIL FIELD EQUIPMENT
- O. LIVESTOCK
- P. GRAIN, FEED, HAY
- Q. COAL/COKE
- R. MEAT
- S. GARBAGE, REFUSE, TRASH
- T. U.S. MAIL
- U. CHEMICALS
- V. COMMODITIES DRY BULK
- W. REFRIGERATED FOOD
- (X) BEVERAGES
- Y. PAPER PRODUCTS
- Z. UTILITY
- AA. FARM SUPPLIES
- BB. CONSTRUCTION
- CC. WATER WELL
- (DD) OTHER: COFFEE

**25. HAZARDOUS MATERIALS CARRIED OR SHIPPED** (Circle All that Apply)   C-CARRIED  S-SHIPPED  B(BULK) - IN CARGO TANKS  NB(NON-BULK) - IN PACKAGE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| C S A. DIV 1.1 B NB | C S K. DIV 2.2A (Ammonia) B NB | C S U. DIV 4.2 B NB | C S EE. HRCQ B NB |
| C S B. DIV 1.2 B NB | C S L. DIV 2.3A B NB | C S V. DIV 4.3 B NB | C S FF. CLASS 8 B NB |
| C S C. DIV 1.3 B NB | C S M. DIV 2.3B B NB | C S W. DIV 5.1 B NB | C S GG. CLASS 8A B NB |
| C S D. DIV 1.4 B NB | C S N. DIV 2.3C B NB | C S X. DIV 5.2 B NB | C S HH. CLASS 8B B NB |
| C S E. DIV 1.5 B NB | C S O. DIV 2.3D B NB | C S Y. DIV 6.2 B NB | C S II. CLASS 9 B NB |
| C S F. DIV 1.6 B NB | C S P. Class 3 B NB | C S Z. DIV 6.1A B NB | C S JJ. ELEVATED TEMP MAT. B NB |
| C S G. DIV 2.1 B NB | C S Q. Class 3A B NB | C S AA. DIV 6.1B B NB | C S KK. INFECTIOUS WASTE B NB |
| C S H. DIV 2.1 LPG B NB | C S R. Class 3B B NB | C S BB. DIV 6.1 Poison B NB | C S LL. MARINE POLLUTANTS B NB |
| C S I. DIV 2.1 (Methane) B NB | C S S. COM LIQ B NB | C S CC. DIV 6.1 SOLID B NB | C S MM. HAZARDOUS SUB(RQ) B NB |
| C S J. DIV 2.2 B NB | C S T. DIV 4.1 B NB | C S DD. CLASS 7 B NB | C S NN. HAZARDOUS WASTE B NB |
| | | | C S OO. ORM B NB |

**26. NUMBER OF VEHICLES THAT CAN BE OPERATED IN THE U.S.**

| | Straight Trucks | Truck Tractors | Trailers | Hazmat Cargo Tank Trucks | Hazmat Cargo Tank Trailers | Motor Coach | School Bus | | | Mini-bus | Van | | Limousine | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Number of vehicles carrying number of passengers (including the driver) below | | | | | | | |
| | | | | | | | 1-8 | 9-15 | 16+ | 16+ | 1-8 | 9-15 | 1-8 | 9-15 | 16+ |
| OWNED | 60 | 1 | 1 | | | | | | | | | | | | |
| TERM LEASED | | | | | | | | | | | | | | | |
| TRIP LEASED | | | | | | | | | | | | | | | |

**27. DRIVER INFORMATION**

| | INTERSTATE | INTRASTATE | TOTAL DRIVERS | TOTAL CDL DRIVERS |
|---|---|---|---|---|
| Within 100-Mile Radius | 8 | 29 | 44 | 44 |
| Beyond 100-Mile Radius | 5 | 2 | | |

**28. IS YOUR U.S. DOT NUMBER REGISTRATION CURRENTLY REVOKED BY THE FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION?** Yes ___ No X
If Yes, enter your U.S. DOT Number.

**29. PLEASE ENTER NAME(S) OF SOLE PROPRIETOR(S), OFFICERS OR PARTNERS AND TITLES** (e.g. PRESIDENT, TREASURER, GENERAL PARTNER, LIMITED PARTNER)

1. ART AMELOTTE, OPERATIONS MGR.
2. WILLIAM C YOUNG, PRESIDENT

**30. CERTIFICATION STATEMENT** (to be completed by an authorized official)

I, ARTHUR AMELOTTE, certify that I am familiar with the Federal Motor Carrier Safety Regulations and/or Federal Hazardous Materials Regulations. Under penalties of perjury, I declare that the information entered on this report is, to the best of my knowledge and belief, true, correct, and complete.

Signature: ARTHUR AMELOTTE
Date: 08/22/2019
Title: FLEET MANAGER

Form MCS-150 (Rev. 3-24-2005)   Expiration Date: 07/31/2012