# EXHIBIT F

Absopure 000728



**U.S. Department of Transportation**
**Federal Motor Carrier Safety Administration**

1200 New Jersey Ave., S.E.
Washington, DC 20590

September 24, 2018

In reply refer to:
USDOT No.: 2988150

ART AMELOTTE
OPERATIONS MGR.
ABSOPURE WATER COMPANY LLC
PO BOX 701248
PLYMOUTH, MI 48170

Records maintained by the United States Department of Transportation, Federal Motor Carrier Safety Administration (FMCSA) indicate that 18 months have elapsed since ABSOPURE WATER COMPANY LLC's application for new entrant registration was approved.  A safety audit was performed on ABSOPURE WATER COMPANY LLC on June 2, 2017.

In accordance with 49 CFR 385.333, FMCSA, through this letter, is removing the new entrant designation from ABSOPURE WATER COMPANY LLC's registration and the registration is now considered permanent.

FMCSA will continue to monitor and evaluate ABSOPURE WATER COMPANY LLC's safety management practices and on-road performance on the same basis as any other carrier to ensure ongoing compliance with Federal requirements including the Federal Motor Carrier Safety Regulations (FMCSRs) and applicable Federal Hazardous Materials Regulations (HMRs).

You are encouraged to review your company's safety record at the following website: http://ai.fmcsa.dot.gov/sms.  You will need to use your FMCSA provided PIN number.  Also visit https://portal.fmcsa.dot.gov which provides real time data and the opportunity to review you safety data.  Registration and access is free.

If you have any questions, please contact your local FMCSA Division office at:
  U.S. DEPARTMENT OF TRANSPORTATION
  FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION
  315 WEST ALLEGAN, ROOM 219
  LANSING, MI 48933
  Telephone No.: 517-853-5990

Sincerely,

Joseph P. DeLorenzo, Director, Office of Enforcement and Compliance