# EXHIBIT G

Absopure 000729

U.S. Department of Transportation
**Federal Motor Carrier Safety Administration**

1200 New Jersey Ave., S.E.
Washington, DC 20590
June 9, 2017

In reply refer to:
USDOT No.: 2988150

ART AMELOTTE
OPERATIONS MGR.
ABSOPURE WATER COMPANY LLC
PO BOX 701248
PLYMOUTH, MI 48170

## Safety Audit Pass

This letter is to inform you that, based on the results of the safety audit conducted on ABSOPURE WATER COMPANY LLC on June 2, 2017, the Federal Motor Carrier Safety Administration (FMCSA) has determined that ABSOPURE WATER COMPANY LLC may continue to operate in interstate commerce within the United States.

However, for-hire motor carriers cannot operate in interstate commerce unless they obtain operating authority from FMCSA by following the registration procedures described in 49 CFR part 365, unless providing transportation exempt from 49 CFR part 356 registration requirements.

You are reminded that as a new entrant motor carrier FMCSA will continue to monitor and evaluate ABSOPURE WATER COMPANY LLC's safety management practices and on-road performance to ensure ABSOPURE WATER COMPANY LLC is complying with Federal requirements including the Federal Motor Carrier Safety Regulations (FMCSRs) and applicable Federal Hazardous Materials Regulations (HMRs). ABSOPURE WATER COMPANY LLC may be granted permanent registration no earlier than 18 months from the date its USDOT New Entrant registration was originally granted. Failure to comply with applicable requirements may result in the revocation of ABSOPURE WATER COMPANY LLC's USDOT New Entrant or permanent registration.

If you have any questions concerning your New Entrant Status, please call your division office number (202) 366-4023.

Sincerely,

Joseph P. DeLorenzo, Director, Office of Enforcement and Compliance

**FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION**

Absopure 000730

| USDOT# 2988150 | Legal: ABSOPURE WATER COMPANY LLC<br>Operating(DBA): | Review Date: 6/2/2017 |
|---|---|---|

## Part A - General Information

### Company
- **Company Legal Name:** ABSOPURE WATER COMPANY LLC
- **DBA Name:**
- **DOT #:** 2988150
- **Country:** US
- **State:** MI

### Business Information
- **Business Organization:** Corporation
- **Tax ID Type:** EIN
- **Tax ID Number:** 810923508

### Carrier/Shipper Operation Type

**InterState**
- ☑ Non-HM Carrier
- ☐ HM Carrier
- ☐ HM Shipper
- ☐ CT Operation

**IntraState**
- ☐ Non-HM Carrier
- ☐ HM Carrier
- ☐ HM Shipper
- ☐ CT Operation

### Carrier Classification
PRIVATE PROPERTY

**MC/MX#:**
**Other Classification:**

### Address Information - Physical
- **Country/Territory:** United States
- **Street:** 41590 JOY RD
- **City:** PLYMOUTH
- **State:** MI
- **ZipCode:** 48170

### Contact Information - Physical
- **Name:** [redacted]
- **Email:** aamelotte@absopure.com
- **Phone 1:** 7342074873
- **Phone 2:**
- **Fax:**

### Address Information - Mailing
- **Country/Territory:** United States
- **Street:** PO BOX 701248
- **City:** PLYMOUTH
- **State:** MI
- **ZipCode:** 48170

### Contact Information - Mailing
- **Name:** [redacted]
- **Email:** aamelotte@absopure.com
- **Phone 1:** 7342074873
- **Phone 2:**
- **Fax:**

### Cargo Categories
BEVERAGES
OTHER

**Other Cargo:** COFFEE

### HM Categories
There are no HM Categories

### Vehicle Information

| Vehicle Type | Total | Owned | Term Leased | Trip Leased |
|---|---|---|---|---|
| STRAIGHT TRUCKS | 12 | 12 | 0 | 0 |
| TRUCK TRACTORS | 0 | 0 | 0 | 0 |
| TRAILERS | 0 | 0 | 0 | 0 |
| HAZMAT CARGO TANK TRAILERS | 0 | 0 | 0 | 0 |
| HAZMAT CARGO TANK TRUCKS | 0 | 0 | 0 | 0 |
| MOTOR COACH | 0 | 0 | 0 | 0 |
| SCHOOL BUS 16+ | 0 | 0 | 0 | 0 |
| MINI-BUS 16+ | 0 | 0 | 0 | 0 |
| LIMOUSINE 16+ | 0 | 0 | 0 | 0 |
| SCHOOL BUS 1-8 | 0 | 0 | 0 | 0 |
| SCHOOL BUS 9-15 | 0 | 0 | 0 | 0 |
| VAN 1-8 | 0 | 0 | 0 | 0 |
| VAN 9-15 | 0 | 0 | 0 | 0 |
| LIMOUSINE 1-8 | 0 | 0 | 0 | 0 |

**Owned:** 12  **Term Leased:** 0  **Trip Leased:** 0

☑ Power units only in U.S.  Power units used in U.S: 12  % of time used in U.S: 100  Total Annual Fleet Miles: 420875

Absopure 000731

| Vehicle Type | Total | Owned | Term Leased | Trip Leased |
|---|---|---|---|---|
| LIMOUSINE 9-15 | 0 | 0 | 0 | 0 |

**Owned:** 12  **Term Leased:** 0  **Trip Leased:** 0

☑ Power units only in U.S.   Power units used in U.S: 12   % of time used in U.S: 100   Total Annual Fleet Miles: 420875

### Driver Information

|  | InterState | IntraState | Total |
|---|---|---|---|
| 100 Air Miles Radius: | 0 | 0 | 0 |
| Beyond 100 Miles: | 11 | 0 | 11 |
| Regular Drivers: | 11 | 0 | 11 |

### Summary

**Regular Drivers:** 11
**Trip leased/month:** 0
**Total entered drivers:** 11
**# of drivers required to have a CDL:** 11

### Vehicle Out Of Service Information

|  | Inspected | Out of Service |
|---|---|---|
| This Audit: | 0 | 0 |
| Carrier Profile: | 0 | 0 |
| Total: | 0 | 0 |
| Gross %: | ☑ No Inspections | |

### Accident Information

**Total Recordable Accidents:** 0
**Accidents/Million Miles:** 0
☑ No Accidents

### Date Report Signed

**Date Report Signed:** 06/02/2017

### Financial Information

**Gross Revenue:** 631312
**Fiscal Year Ending:** 12/31/2017

### Location of Audit

**Location:** State Field Office
**Territory:**

### Safety Investigator Information

**Principal SI Code:** MI0856
**Assistant SI Code (1):**
**Assistant SI Code (2):**
**Principal SI Last Name:** Gottschalk

### Persons Interviewed

**Person #1 (Name):** Art Amelotte
**Person #1 (Title):** Operations Mgr.
**Person #2 (Name):**
**Person #2 (Title):**

Absopure 000732

| | | |
|---|---|---|
| | **ABSOPURE WATER COMPANY LLC**<br>USDOT#: 2988150 | **Review Date:**<br>6/2/2017 |

## Part B - Questions and Answers

An asterik (*) beside an answer indicates an area of non-compilance by the motor carrier, and negatively affects the results of the audit.

| Question | Answer |
|---|---|
| **Question - 1** Section # 387.7(a)   Acute<br>Does the carrier have the required minimum level of financial responsibility in effect (property carrier)? | N/A |
| **Question - 2** Section # 13901 392.9a(a)<br>Is the motor carrier authorized to conduct interstate operations in the United States? | N/A |
| **Question - 3** Section # 390.15(b)(1)<br>Can the carrier provide a complete accident register of recordable accidents for up to 3 years after each accident? | N/A |
| **Question - 4** Section # 391.51(b)(7)   Critical<br>Does the carrier maintain the medical examiner's certificate as required by 391.43(g)? | Yes |
| **Question - 5** Section # 391.11(b)(4)   Acute<br>Is the carrier using physically qualified drivers? | Yes |
| **Question - 6** Section # 391.15(a)   Acute<br>Is the carrier using any disqualified drivers? | No |
| **Question - 7** Section # 382.115(a), 382.115(b)   Acute<br>Has the carrier implemented an alcohol and/or controlled substances testing program? | Yes |
| **Question - 8** Section # 382.215   Acute<br>Has the carrier used a driver who has tested positive or has adulterated or substituted a test specimen for a controlled substance? | No |
| **Question - 9** Section # 382.201   Acute<br>Has the carrier used a driver known to have an alcohol concentration of 0.04 or greater? | No |
| **Question - 10** Section # 382.305   Acute<br>Has the carrier implemented random testing program? | Yes |
| **Question - 11** Section # 382.211   Acute<br>Has the carrier used a driver who has refused to submit to an alcohol or controlled substances test required under Part 382? | N/A |
| **Question - 12** Section # 383.23(a)   Critical<br>Has a driver operated a commercial motor vehicle without a current operating license, or a license, which hasn't been properly classed and endorsed? | No |
| **Question - 13** Section # 383.37(b)   Acute<br>Has the motor carrier knowingly allowed it's drivers who's CDLs have been suspended, revoked or canceled by a state, have lost the right to operate a CMV in a State, or have been disqualified from operating a CMV to operate a commercial motor vehicle? | N/A |
| **Question - 14** Section # 395.1(e)(1), 395.1(e)(2)<br>Does the carrier have a system for recording hours of duty status on 100/150- mile radius drivers, and are they properly utilizing the 100/150 air-mile radius exemption? | Yes |
| **Question - 15** Section # 395.8(a)   Critical<br>Does the carrier require drivers to make a record of duty status? | Yes |
| **Question - 16** Section # 396.17(a)   Critical<br>Does the motor carrier conduct periodic (annual) inspections for selected vehicles? | Yes |
| **Question - 17** Section #<br>Did you review HM Shipping Papers? | N/A |

Absopure 000733

| ABSOPURE WATER COMPANY LLC USDOT#: 2988150 | Review Date: 6/2/2017 |
|---|---|

**Part B**

Your Proposed Safety Audit Result is:  PASS

### Explanation of Scoring Methodology

| Factor | Failed Questions | | Performance | Total | Factor |
|---|---|---|---|---|---|
| | Critical | Acute | Test Status | Points | Status |
| 1. General | 0 | 0 | -- | 0 | PASS |
| 2. Driver | 0 | 0 | -- | 0 | PASS |
| 3. Operations | 0 | 0 | -- | 0 | PASS |
| 4. Maintenance | 0 | 0 | PASS  0.00% | 0 | PASS |
| 5. Hazardous Materials | -- | -- | -- | -- | -- |
| 6. Accidents | -- | -- | PASS --  0 | -- | PASS |
| **SUM** | **0** | **0** | | **0** | **PASS** |

**Result**: Carrier has adequate basic safety management controls in place.


NOTE: Carrier has the right to request a review of this determination if there are factual or procedural disputes.

HOW THE SA IS SCORED

FACTORS - The Federal Motor Carrier Safety and Federal Hazardous Material Regulations are categorized into six factors. Multiple questions address the various factors. The Part B Question & Answer Report lists the CFR section numbers related to each question.

CRITICAL/ACUTE - Questions are also defined as CRITICAL, ACUTE or neither depending on the significance of the underlying regulation. Questions are assigned a point value if they are incorrectly answered. Critical = 1 and Acute = 1.5. The point values are summed for each factor. Any factor with a point value of 3 or more is marked "FAILED".

OUT OF SERVICE (OOS) RATE - The Driver/Vehicle OOS rate is used in factor #4 as another question. If there have been at least three level 1, 2, or 5 North America Standard Inspections conducted over the past year, they will be summarized. If the summed OOS rate is 34% or above, one additional point is assigned to that factor.

CRASH FACTOR - Carriers are defined as urban or non-urban in order to compensate for the higher crash risk of urban operations. Urban carriers are defined as those that operate within 100 air-mile radius. The crash rate for a carrier is calculated as accidents per million miles traveled. Factor #6 is "FAILED" if the urban carrier crash rate exceeds 1.7 or the non-urban carrier rate exceeds 1.5.

OVERALL STATUS DETERMINATION - Any carrier with 3 or more "FAILED" factors is deemed to have failed the Safety Audit by having inadequate safety management controls in place to operate in the U.S.

Absopure 000734

| | | |
|---|---|---|
| ![logo] | **ABSOPURE WATER COMPANY LLC**<br>**USDOT#: 2988150** | **Review Date:**<br>**6/2/2017** |

**Part B Requirements and/or Recommendations**

**1.** Ensure that all drivers are fully and properly qualified before operating in interstate commerce. Maintain a complete file as required for each driver, documenting the qualification process.

A copy of each drivers Motor Vehicle Record should be obtained from the Michigan Secretary of State prior to hire and annually thereafter.

Passenger-carrying motor carriers and drivers are not subject to the new maximum driving limits. For more information on these regulations, please access the FMCSA website at www.fmcsa.dot.gov.

**2.** "Is Your Registration Information Current?"
FMCSA requires carriers to update their registration data via a MCS-150 form every 24 months. Please review, verify and update your contact information, Vehicle Miles Travelled (VMT) and Power Unit (PU) data to ensure that it is current and accurate, since it is used in the new Carrier Safety Measurement System. You should access the system, review all the information and press the submit button. Once you've done this, the system will record that you've reviewed the information and you will be in compliance with the biennial update requirement.
https://li-public.fmcsa.dot.gov/LIVIEW/PKG_REGISTRATION.prc_option

**3.** A complete Educational and Technical Assistance package entitled "A MOTOR CARRIER'S GUIDE TO IMPROVING HIGHWAY SAFETY" is available free on the FMCSA website to assist you in complying with the safety regulations. It contains many forms and documents useful for improving the safety of your operations.
Check: w w w.fmcsa.dot.gov/factsfigs/eta/index.html.

**4.** A copy of your carrier profile can be obtained for $20 from the SAFER website www.safer.fmcsa.dot.gov. If You have any questions concerning this report, please contact the Federal Motor Carrier Safety Administration, 315 West Allegan Street, Lansing, MI 48933. Their phone # is 517-853-5990.

**5.** On April 28, 2003, the FMCSA published a final rule revising the hours-of-service regulations for commercial motor vehicle drivers. Under the new rule, drivers may drive 11 hours after 10 consecutive hours off-duty, but may not drive beyond the 14th hour after coming on-duty. Similar to existing rules, drivers may not drive after being on-duty for 60 hours in a seven-consecutive-day period or 70 hours in an eight consecutive-day period. This on-duty cycle may be restarted whenever a driver takes at least 34 consecutive hours off-duty. Short-haul truck drivers, who routinely return to their place of dispatch after each duty tour and then are released from duty, may have an increased on-duty period of 16 hours once during any seven consecutive day period.