# EXHIBIT H

# EXHIBIT A

Inventory Turn 10/1/2017 through 1/31/2020 (852 days)

| Material | Description | # of turns | Avg Inventory | Total Turn | Avg Days |
|---|---|---|---|---|---|
| 606700 | MVW 5 Gal Glass | 81.44 | 3,306.31 | 269,267.49 | 10.46 |
| 600480 | ZDNU-Starbucks House Blend 2.5oz 18 | 78.43 | 454.19 | 35,623.60 | 10.86 |
| 601146 | Creamers French Vanilla 180ct | 65.22 | 250.29 | 16,324.04 | 13.06 |
| 600458 | ZDNU Creamers Half & Half 180/CS | 64.31 | 26.45 | 1,701.00 | 13.25 |
| 600467 | ZDNU-Max Pack Reg Coffee 1.5oz 42ct | 62.07 | 282.05 | 17,506.75 | 13.73 |
| 600957 | ZDNU-Coffee Mate Liquid Original 180ct | 60.60 | 159.89 | 9,689.97 | 14.06 |
| 601371 | ZDNU-Coffee Mate Liquid Hazelnut | 59.19 | 105.95 | 6,271.27 | 14.39 |
| 601178 | ZDNU-Folgers Filter Pack Coffee 40/CS | 55.94 | 173.88 | 9,726.98 | 15.23 |
| 605813 | Cup 10OZ COLD PLASTIC | 55.64 | 16.40 | 912.48 | 15.31 |
| 606830 | Folgers Filter Pack Coffee .90oz 40ct | 54.92 | 128.16 | 7,038.36 | 15.51 |
| 606832 | ZDISC - Folgers Ultra Coffee .90oz 42ct | 50.59 | 115.90 | 5,863.05 | 16.84 |
| 606638 | CaféDlt Topping Coffee Premium Froth | 46.78 | 243.68 | 11,398.61 | 18.21 |
| 606742 | Creamers Half & Half 180ct | 46.03 | 180.66 | 8,316.00 | 18.51 |
| 606784 | 5 Hour Energy Pink Lemonade | 45.05 | 21.94 | 988.31 | 18.91 |
| 606813 | Bigelow Green Tea 28ct | 44.35 | 19.54 | 866.66 | 19.21 |
| 600436 | ZDNU-Max Decaf Coffee | 41.10 | 16.48 | 677.25 | 20.73 |
| 600483 | Sugar Canister 20oz | 40.87 | 451.51 | 18,455.45 | 20.85 |
| 600440 | ZDNU-Max Spec Del Coffee 1.2oz 42ct | 39.24 | 391.98 | 15,382.56 | 21.71 |
| 601262 | FL LSS RUFFlorE CHDR & SC (B G) Vendin | 38.12 | 42.02 | 1,601.86 | 22.35 |
| 602877 | Sunchips Harvest Chedder 1 oz Vending | 36.09 | 28.76 | 1,037.85 | 23.61 |
| 603891 | Lays Salt' N Vinegar Chips LSS 1.5oz | 35.92 | 28.14 | 1,010.84 | 23.72 |
| 601261 | FL LSS LAYS SC/ONION (BIGGRAB Vending) | 35.87 | 28.67 | 1,028.34 | 23.75 |
| 601260 | FL LSS LAYS PLAIN (BIG GRAB) Vending | 35.71 | 34.13 | 1,218.85 | 23.86 |
| 601118 | Sugar Packets 2000/cs | 35.62 | 0.13 | 4.63 | 23.92 |
| 606088 | Cheetos Cheetos Flamin Hot LSS 64/2 oz | 35.51 | 50.39 | 1,789.20 | 23.99 |
| 600470 | ZDNU-Towels Paper | 34.32 | 159.91 | 5,487.96 | 24.83 |
| 601341 | Gatorade FRUIT PUNCH Vending | 34.06 | 34.63 | 1,179.40 | 25.01 |
| 603159 | zDNU - GM Half Caf | 33.84 | 0.45 | 15.23 | 25.18 |
| 605101 | GM Starbucks Pike Place Roast K-Cup | 33.69 | 1,183.11 | 39,856.14 | 25.29 |
| 605084 | Cup 10oz Hot PerfectTouch 50ct | 33.56 | 699.96 | 23,490.00 | 25.39 |
| 603068 | Cup Cone 4.25oz Cold Paper (42R) | 32.47 | 9,845.68 | 319,677.21 | 26.24 |
| 601117 | ZDNU-Paper Plates 9" 100ct | 32.11 | 122.98 | 3,949.25 | 26.53 |
| 606692 | MVW 1L Glass 12/cs | 31.88 | 1,708.05 | 54,447.76 | 26.73 |
| 606054 | WB Regular Liquid Coffee | 31.65 | 369.08 | 11,682.38 | 26.92 |
| 600481 | ZDNU-Stir Sticks 1000ct | 30.58 | 52.31 | 1,599.51 | 27.86 |
| 603341 | Cheez-It Original 3oz Vending | 30.26 | 77.90 | 2,357.15 | 28.16 |
| 602212 | Coffee Mate Creamer Canister 11oz | 29.62 | 58.46 | 1,731.47 | 28.76 |
| 606822 | Swiss Miss Regular 50ct | 29.18 | 60.22 | 1,757.00 | 29.20 |
| 601259 | FL LSS DORITO NACHO (BIG GRAB Vending | 29.18 | 38.90 | 1,135.08 | 29.20 |
| 603645 | Cream Packets 1000ct bulk | 29.03 | 183.98 | 5,340.90 | 29.35 |
| 601698 | Lipton Spring Veg 22ct | 28.81 | 14.53 | 418.56 | 29.57 |
| 600427 | ZDNU-Bigelow Green Tea 28ct | 28.60 | 33.53 | 958.91 | 29.79 |
| 606698 | MVW 2.5 Gal Glass | 28.16 | 653.89 | 18,414.90 | 30.26 |
| 606049 | Cup 12oz Hot Foam | 28.06 | 486.28 | 13,644.80 | 30.36 |
| 606847 | Lipton Tea 100ct | 28.04 | 67.94 | 1,905.18 | 30.39 |
| 606732 | Napkins 500ct | 27.79 | 143.31 | 3,982.48 | 30.66 |
| 602874 | Cheetos Crunchy JalpnoChdr 2oz Vending | 27.77 | 56.74 | 1,575.77 | 30.68 |
| 601685 | ZDNU-Lipton Chicken Noodle 22ct | 27.34 | 69.29 | 1,894.21 | 31.16 |
| 600441 | ZDNU-Creamer Canister 12oz | 27.06 | 412.92 | 11,173.67 | 31.49 |

| Code | Description | Col1 | Col2 | Col3 | Col4 |
|---|---|---|---|---|---|
| 603692 | Drink Mix Hot Cocoa Vend | 27.02 | 235.00 | 6,350.37 | 31.53 |
| 601615 | Splenda Packets 2000ct bulk | 26.23 | 113.19 | 2,969.03 | 32.48 |
| 600553 | ZDNU-Lipton Tea 100ct | 26.12 | 51.34 | 1,340.90 | 32.62 |
| 601256 | FL FRITO REGULAR (SMALL BAG) Vending | 26.10 | 0.69 | 18.01 | 32.64 |
| 602958 | Red Bull Sugar Free Energy Drk Vending | 25.92 | 364.35 | 9,445.11 | 32.87 |
| 606696 | MVW 16.9oz Sport Cap 24/cs | 25.82 | 1,002.56 | 25,882.36 | 33.00 |
| 606701 | Diamond Spring 5Gal | 25.41 | 438.99 | 11,156.46 | 33.53 |
| 600488 | ZDNU-Swiss Miss Regular 50ct | 24.82 | 55.19 | 1,370.00 | 34.33 |
| 605091 | Cup 9oz Cold Paper Absopure Logo | 24.53 | 10,870.38 | 266,621.87 | 34.73 |
| 606557 | ZDNU-Bounty Paper Towel 12 = 22 | 24.24 | 56.47 | 1,368.75 | 35.15 |
| 601193 | GM Breakfast Blend Coffee | 23.79 | 3,323.14 | 79,070.00 | 35.81 |
| 605220 | GM Starbucks Decaf Pike Place Roast | 23.65 | 67.10 | 1,587.08 | 36.03 |
| 601342 | Gatorade GRAPE Vending | 23.46 | 144.76 | 3,396.72 | 36.32 |
| 606694 | MVW 1.5L 12/cs | 22.53 | 820.79 | 18,496.43 | 37.82 |
| 601695 | ZDNU-Folgers Decaf Coffee 0.9oz 42ct | 22.44 | 29.01 | 651.00 | 37.97 |
| 601186 | GM Hazelnut Coffee | 22.18 | 930.48 | 20,639.00 | 38.41 |
| 602932 | 5 Hour Energy Drink Berry 2oz Vending | 22.14 | 197.63 | 4,375.62 | 38.48 |
| 606702 | MVW 16.9oz Glass 12/cs | 22.12 | 1,124.28 | 24,870.42 | 38.52 |
| 601119 | Forks Plastic 1000ct | 21.92 | 58.75 | 1,287.90 | 38.87 |
| 606697 | MVW 12oz 24/cs | 21.71 | 1,570.77 | 34,096.23 | 39.24 |
| 602867 | Iced Honey Bun 5 oz Vending | 20.87 | 91.55 | 1,911.04 | 40.82 |
| 600429 | ZDNU-Brew Rite Coffee Filters 1000ct | 20.85 | 48.25 | 1,006.20 | 40.86 |
| 605708 | WB Hottie mix | 19.94 | 11.28 | 224.90 | 42.73 |
| 601121 | Spoons Plastic 1000ct | 19.43 | 64.21 | 1,247.40 | 43.85 |
| 605218 | GM Starbucks Veranda Blend | 19.05 | 930.95 | 17,734.16 | 44.72 |
| 601696 | ZDNU-Folgers Ultra Coffee .9oz 42ct | 18.84 | 216.48 | 4,079.11 | 45.22 |
| 602913 | Sour Patch Kids 2 oz Vending | 18.61 | 55.51 | 1,033.15 | 45.78 |
| 601490 | GM Breakfast Blend Decaf Coffee | 17.95 | 656.51 | 11,782.82 | 47.47 |
| 605360 | SnakKing Tortilla Chips Salsitas Rounds | 17.86 | 42.58 | 760.68 | 47.70 |
| 605126 | GM Caribou Blend | 17.75 | 1,052.93 | 18,693.89 | 48.00 |
| 601203 | GM Dark Magic Extra Bold | 17.71 | 2,114.79 | 37,445.23 | 48.11 |
| 606834 | Folgers Decaf Coffee 0.90oz 42ct | 17.02 | 19.61 | 333.83 | 50.06 |
| 606693 | MVW 750mL Sport Cap 12/cs | 16.88 | 454.25 | 7,666.08 | 50.47 |
| 602859 | Big Texas Cinnamon Roll 4 oz Vending | 16.64 | 94.58 | 1,573.86 | 51.20 |
| 606050 | Cup 8oz Hot Foam | 16.63 | 324.52 | 5,396.95 | 51.23 |
| 606056 | WB Decaf Liquid Coffee | 16.33 | 210.04 | 3,429.00 | 52.17 |
| 602557 | zdnu Cfe Mate Liquid Irish Cream 180ct | 16.27 | 38.73 | 630.00 | 52.37 |
| 601548 | GM Regular Coffee Sampler | 15.92 | 465.48 | 7,409.00 | 53.52 |
| 603374 | 100% Orange Juice Plastic 10oz Vending | 15.89 | 157.71 | 2,505.31 | 53.62 |
| 601995 | Gatorade Orange 20oz Vending | 15.73 | 113.19 | 1,780.01 | 54.16 |
| 606087 | AirHeads AirHeads Bites Fruit 8/24/2 oz | 15.67 | 28.02 | 439.02 | 54.37 |
| 600484 | ZDNU-Sugar Packets 100ct | 15.64 | 25.60 | 400.33 | 54.48 |
| 601188 | GM French Roast Coffee | 15.63 | 1,527.44 | 23,875.79 | 54.51 |
| 606639 | Cappuccino French Vanilla | 15.53 | 72.86 | 1,131.86 | 54.86 |
| 601491 | GM Vermont Country Blend Coffee | 15.51 | 1,069.98 | 16,594.39 | 54.93 |
| 600399 | Cup Dispenser (42R) | 15.10 | 2,445.11 | 36,912.60 | 56.42 |
| 606814 | Bigelow Tea Variety Pack 8 Flavors 64ct | 15.07 | 54.34 | 818.68 | 56.54 |
| 606089 | Lays Chips Salt & Vinegar 104/1 oz | 14.98 | 14.93 | 223.69 | 56.88 |
| 603274 | ZDISC - DC Morning Edition | 14.97 | 774.43 | 11,596.63 | 56.91 |
| 601184 | GM Our Blend Coffee | 14.66 | 1,058.06 | 15,510.27 | 58.12 |
| 601208 | GM Authentic Green Tea | 14.64 | 1,423.66 | 20,846.79 | 58.20 |
| 601120 | Knives Plastic 1000ct | 14.58 | 47.78 | 696.60 | 58.44 |

| Code | Item | | | |
|---|---|---|---|---|
| 606835 | Lipton Decaf Tea 72ct | 14.09 | 29.04 | 409.07 | 60.47 |
| 600489 | ZDNU-Swiss Miss W/Marsh 50ct | 13.99 | 66.63 | 932.25 | 60.90 |
| 604693 | GM Milk Chocolate Hot Cocoa | 13.95 | 1,367.17 | 19,066.48 | 61.08 |
| 606051 | Cup 10oz Hot Foam | 13.82 | 566.39 | 7,825.95 | 61.65 |
| 605219 | GM Starbucks Caffe Verona | 13.76 | 924.76 | 12,721.81 | 61.92 |
| 600448 | ZDNU-Equal Sweetener 100ct | 13.57 | 100.60 | 1,364.99 | 62.79 |
| 601185 | GM Nantucket Blend Coffee | 13.23 | 1,256.20 | 16,619.93 | 64.40 |
| 606091 | NatureVa Bar Protein PB Dark Chocolate 2 | 12.95 | 90.96 | 1,177.97 | 65.79 |
| 606707 | MWV 16.9oz Sparkling Glass 12pk | 12.91 | 872.81 | 11,265.45 | 66.00 |
| 605109 | GM Hot Apple Cider | 12.86 | 453.49 | 5,831.43 | 66.25 |
| 605748 | GM FG Classic Roast | 12.82 | 766.44 | 9,826.13 | 66.46 |
| 603086 | Cup 7oz Cold Plastic | 12.79 | 1,604.77 | 20,531.20 | 66.61 |
| 606637 | Sugar in the raw | 12.61 | 95.75 | 1,207.86 | 67.57 |
| 601388 | zDNU Napkins | 12.59 | 27.14 | 341.62 | 67.67 |
| 603156 | GM Double Black Diamond Extra Bold | 12.38 | 674.36 | 8,345.59 | 68.82 |
| 603344 | Cheddar Bacon Tato Skins TGIF 1.75oz Ven | 12.38 | 101.69 | 1,258.56 | 68.82 |
| 601308 | MARS SKITTLES ORIGINAL Vending | 12.34 | 65.96 | 813.78 | 69.04 |
| 603370 | 100% Apple Juice Plastic 10oz Vending | 12.20 | 129.82 | 1,583.89 | 69.84 |
| 606090 | Lays Chips Sour Cream & Onion 104/1 oz | 12.19 | 79.99 | 975.08 | 69.89 |
| 603261 | GM Donut House Coffee | 12.05 | 1,319.06 | 15,897.51 | 70.71 |
| 605111 | GM Bigelow Earl Grey | 12.04 | 919.36 | 11,065.52 | 70.76 |
| 601192 | GM Lake & Lodge Coffee | 11.71 | 610.36 | 7,147.19 | 72.76 |
| 602064 | GM Caramel Vanilla Cream Coffee | 11.60 | 945.60 | 10,972.34 | 73.45 |
| 606819 | Bigelow Orange Spice Tea 28ct | 11.49 | 8.90 | 102.30 | 74.15 |
| 601189 | GM Single Origin Colombian Select | 11.46 | 937.92 | 10,753.00 | 74.35 |
| 601196 | GM French Vanilla Coffee | 11.43 | 1,777.99 | 20,317.48 | 74.54 |
| 601708 | Splenda 100ct | 11.34 | 171.46 | 1,943.84 | 75.13 |
| 605368 | KarNut Peanut Almond Cashew 72/1.75 oz | 11.32 | 79.72 | 902.70 | 75.27 |
| 601501 | Gatorade Lemon Lime Vending | 11.27 | 89.30 | 1,006.04 | 75.60 |
| 601300 | KELLOGG POP TART BRW SUGAR CIN Vendin | 11.06 | 132.84 | 1,469.27 | 77.03 |
| 601205 | GM English Breakfast Tea | 10.99 | 582.80 | 6,402.85 | 77.53 |
| 601301 | KELLOGG POP TART STRAWBERRY Vending | 10.91 | 130.53 | 1,423.96 | 78.09 |
| 601557 | GM Flavored Coffee Sampler | 10.88 | 563.26 | 6,130.86 | 78.31 |
| 603871 | Nat Vly Peanut Btr Granola Bar 1.6oz | 10.81 | 89.89 | 971.65 | 78.82 |
| 605354 | SpecialK Cracker Chips Sour Cream&Onion | 10.78 | 18.78 | 202.40 | 79.04 |
| 603629 | Frothy Cappuccino Topping | 10.68 | 5.37 | 57.35 | 79.78 |
| 601199 | GM Southern Pecan Coffee | 10.57 | 675.25 | 7,138.36 | 80.61 |
| 605344 | SensPrtn Chips Veggie Straws Lt Salted 2 | 10.51 | 31.41 | 330.00 | 81.07 |
| 604099 | Strawberry Cheese Claw 4.25 oz vending | 10.41 | 10.60 | 110.31 | 81.84 |
| 602862 | Apple Round Danish 4 oz Vending | 10.32 | 95.94 | 989.64 | 82.56 |
| 605125 | GM Donut Shop Original Coffee | 10.08 | 1,141.69 | 11,510.96 | 84.52 |
| 604079 | GM Tea Sampler | 10.06 | 290.08 | 2,917.44 | 84.69 |
| 605667 | GM Tully Hawaiian Blend | 9.98 | 480.15 | 4,791.96 | 85.37 |
| 605140 | GM Cafe Caramel | 9.95 | 421.51 | 4,193.42 | 85.63 |
| 604242 | Sunkist Orange 20oz | 9.92 | 2.34 | 23.22 | 85.89 |
| 601306 | MARS M&M PLAIN Vending | 9.69 | 179.17 | 1,735.61 | 87.93 |
| 601305 | MARS M&M PEANUT Vending | 9.60 | 469.74 | 4,511.17 | 88.75 |
| 605352 | SpecialK Cracker Chips Sea Salt 36/.87 | 9.57 | 25.05 | 239.66 | 89.03 |
| 601590 | ZDNU-Sweet-N-Low 400ct | 9.51 | 58.21 | 553.34 | 89.59 |
| 602884 | Monster Energy Drink 16 oz Vending | 9.51 | 101.24 | 963.12 | 89.59 |
| 605936 | ZDNU-Coffee Caribou Blend 2.5oz 18 Ct | 9.47 | 34.31 | 325.00 | 89.97 |
| 602916 | Hot Tamales 2.12 oz Vending | 9.47 | 13.55 | 128.35 | 89.97 |

| Code | Description | Col1 | Col2 | Col3 | Col4 |
|---|---|---:|---:|---:|---:|
| 600464 | ZDNU-Lipton Decaf Tea | 9.42 | 28.44 | 267.82 | 90.45 |
| 605691 | Cheese Curls Jalapeno Poppers 42/1 oz | 9.36 | 0.66 | 6.18 | 91.03 |
| 600462 | ZDNU - Lipton Hot Cider 14ct | 9.35 | 1.33 | 12.44 | 91.12 |
| 606052 | CUP 16OZ HOT FOAM | 9.24 | 347.31 | 3,210.30 | 92.21 |
| 601302 | KELLOGG RICE KRISPIE TREAT Vending | 9.23 | 140.50 | 1,296.73 | 92.31 |
| 606730 | Sumatra Liquid | 9.21 | 241.05 | 2,220.00 | 92.51 |
| 601285 | Hershey REESE CUP Vending | 9.12 | 161.48 | 1,472.12 | 93.42 |
| 606905 | Stir Sticks Wood 500ct | 9.07 | 9.80 | 88.91 | 93.94 |
| 601251 | FAM AMOS CHOC CHIP Vending | 9.00 | 0.09 | 0.81 | 94.67 |
| 604551 | GM Cinnabon Cinnamon Roll | 8.97 | 453.02 | 4,062.86 | 94.98 |
| 606099 | MrsFresh Pie Apple 48/4.5 oz | 8.91 | 137.38 | 1,224.21 | 95.62 |
| 602875 | Sunchips Garden Salsa 1 oz Vending | 8.56 | 74.41 | 637.01 | 99.53 |
| 604039 | Fritos Chili Chesse Corn Chips | 8.52 | 503.52 | 4,290.75 | 100.00 |
| 603867 | Welchs Island Fruit Snacks 2.25oz | 8.51 | 194.62 | 1,656.41 | 100.12 |
| 600487 | ZDNU-Swiss Miss Lite 24ct | 8.50 | 17.54 | 149.15 | 100.24 |
| 601303 | MARS 3 MUSKETEER Vending | 8.46 | 71.98 | 608.89 | 100.71 |
| 601206 | GM Lemon Zinger Tea | 8.46 | 610.62 | 5,168.30 | 100.71 |
| 604222 | Coffee Carafe Gravity Server | 8.44 | 33.95 | 286.47 | 100.95 |
| 604034 | Lays Potato Chips | 8.35 | 596.01 | 4,976.25 | 102.04 |
| 605316 | EVERPURE FILTER HEAD | 8.28 | 1,338.17 | 11,080.00 | 102.90 |
| 600437 | Coffee Pot Glass | 8.20 | 281.40 | 2,306.86 | 103.90 |
| 601309 | MARS SNICKERS Vending | 8.06 | 464.29 | 3,740.29 | 105.71 |
| 605343 | SensPrtn Chips Veggie Straws Rosemary 24 | 8.04 | 28.40 | 228.25 | 105.97 |
| 606825 | Swiss Miss W/Marsh 50ct | 8.01 | 68.91 | 552.16 | 106.37 |
| 604038 | Doritos Nacho Cheese | 7.96 | 573.96 | 4,571.25 | 107.04 |
| 605174 | EV961807 FILTER | 7.76 | 7,191.19 | 55,800.00 | 109.79 |
| 602918 | Fudge Stripe Mini Bite Cookie2oz Vending | 7.75 | 57.00 | 441.77 | 109.94 |
| 605083 | Cup 10oz Hot Paper | 7.74 | 2,967.57 | 22,983.25 | 110.08 |
| 601327 | SUNSHINE CHEEZ-IT Vending | 7.72 | 169.40 | 1,308.11 | 110.36 |
| 604037 | Doritos Cool Ranch | 7.70 | 7.99 | 61.50 | 110.65 |
| 601313 | MARS TWIX CARAMEL Vending | 7.69 | 236.78 | 1,820.16 | 110.79 |
| 606097 | KindBar Bar Nut Delight 6/12/1.4 oz | 7.61 | 28.52 | 216.99 | 111.96 |
| 601209 | GM Mandarin Orange Spice Tea | 7.59 | 618.98 | 4,695.23 | 112.25 |
| 603874 | Unsalted Original Trail Mix 2oz | 7.57 | 99.05 | 750.19 | 112.55 |
| 605666 | GM Tully Italian Roast | 7.49 | 946.67 | 7,094.93 | 113.75 |
| 604221 | Coffee Pot Thermal Stainless | 7.49 | 278.90 | 2,089.65 | 113.75 |
| 606737 | Bigelow Cozy Chamomile Tea | 7.48 | 21.62 | 161.77 | 113.90 |
| 606098 | UncleRay Chips Potato Hot 60/1.5 oz | 7.40 | 35.82 | 265.20 | 115.14 |
| 602170 | GM Wild Mountain Blueberry Coffee | 7.21 | 435.91 | 3,141.50 | 118.17 |
| 601658 | Sprite 12oz Can 24pk | 6.91 | 268.07 | 1,852.56 | 123.30 |
| 605142 | ZDNU-DC Morning Edition Decaf | 6.79 | 581.18 | 3,947.30 | 125.48 |
| 601295 | KARS SALTED PEANUT 2oz Vending | 6.78 | 199.25 | 1,351.21 | 125.66 |
| 606708 | MVW 1L Sparkling Glass 12/cs | 6.61 | 1,222.74 | 8,079.84 | 128.90 |
| 606095 | SknnyPop Popcorn 100 Calorie Bag 30/.65 | 6.58 | 34.97 | 230.26 | 129.48 |
| 601123 | Bigelow Earl Grey Tea | 6.47 | 20.15 | 130.32 | 131.68 |
| 601555 | ZDNU-Cup Lid 10oz Hot Sip Fits Foam | 6.33 | 197.48 | 1,249.71 | 134.60 |
| 600490 | ZDNU-Bigelow Tea Variety Pack 8 Flavors | 6.25 | 90.43 | 564.86 | 136.32 |
| 604243 | Diet Sunkist Orange 20oz | 6.17 | 0.84 | 5.18 | 138.09 |
| 601125 | Bigelow Lemon Lift Tea | 6.15 | 21.18 | 130.29 | 138.54 |
| 606636 | Stevia in the Raw Sweetener 200ct (#11) | 6.14 | 49.51 | 303.76 | 138.76 |
| 605750 | FG Black Silk | 6.12 | 520.73 | 3,186.54 | 139.22 |
| 601988 | DR. PEPPER Diet 20oz Vending | 6.05 | 80.06 | 484.38 | 140.83 |

| Code | Description | Col1 | Col2 | Col3 | Col4 |
|---|---|---|---|---|---|
| 601263 | Hershey KIT KAT Vending | 6.04 | 302.31 | 1,826.35 | 141.06 |
| 604548 | GM Donut House Blend Decaf Coffee | 6.03 | 475.51 | 2,867.40 | 141.29 |
| 603170 | Cup Carrier GM Clutch | 6.02 | 27.14 | 163.35 | 141.53 |
| 602679 | GM Newman's Special Extra Bold | 5.97 | 1,443.88 | 8,626.69 | 142.71 |
| 602678 | GM Kenyan Highlands | 5.92 | 394.31 | 2,333.52 | 143.92 |
| 606646 | LF 1250 OCS Water Filter | 5.84 | 2,704.28 | 15,800.70 | 145.89 |
| 604696 | GM Chai Latte | 5.76 | 824.92 | 4,748.65 | 147.92 |
| 601707 | Coffee Carafe Vacuum Server | 5.75 | 971.01 | 5,579.07 | 148.17 |
| 603870 | Quaker Bkd Chddr Snack Mix LSS | 5.72 | 208.79 | 1,194.23 | 148.95 |
| 606726 | GM Eight OClock | 5.69 | 343.88 | 1,957.34 | 149.74 |
| 602888 | Payday Bar 1.85 oz Vending | 5.64 | 193.31 | 1,091.17 | 151.06 |
| 603072 | ZDNU-Cup 5oz Cold Paper | 5.63 | 828.86 | 4,666.40 | 151.33 |
| 600486 | ZDNU-Sweet-N-Low 100ct | 5.56 | 50.46 | 280.50 | 153.24 |
| 602174 | ZDNU-Bigelow Orange/Spice Tea 28ct | 5.46 | 18.47 | 100.83 | 156.04 |
| 601190 | ZDNU-GM Hazelnut Decaf Coffee | 5.36 | 452.11 | 2,421.66 | 158.96 |
| 606783 | 5 Hour Energy Grape | 5.30 | 100.61 | 533.70 | 160.75 |
| 601318 | OREO Cookies Vending | 5.29 | 91.28 | 482.97 | 161.06 |
| 605749 | GM FG Lively Colombian | 5.29 | 806.09 | 4,265.52 | 161.06 |
| 601358 | CHEETOS CRUNCHY Vending | 5.23 | 187.60 | 980.21 | 162.91 |
| 603879 | Wheat Thins Toasted Veggie Chp 1.75oz | 5.22 | 158.60 | 828.50 | 163.22 |
| 601549 | GM Decaf Coffee Sampler | 5.15 | 306.65 | 1,580.52 | 165.44 |
| 602527 | Dunkin Donuts Pumpkin Spice | 5.11 | 900.57 | 4,599.43 | 166.73 |
| 606156 | Lid 20oz Foam 1000/cs | 5.08 | 115.92 | 588.80 | 167.72 |
| 606885 | ZDNU-Tim Horton's Original Blend KCup | 5.05 | 228.64 | 1,155.60 | 168.71 |
| 604266 | Diet 7up 12oz | 4.98 | 0.92 | 4.58 | 171.08 |
| 606719 | MV Sparkling BB/Pom 12 oz Glass 24/cs | 4.95 | 549.79 | 2,719.21 | 172.12 |
| 601194 | GM Vermont Country Blend Decaf | 4.85 | 499.80 | 2,422.88 | 175.67 |
| 601307 | MARS MILKY WAY Vending | 4.84 | 175.22 | 847.50 | 176.03 |
| 603167 | GM Sleepytime Tea | 4.70 | 534.54 | 2,512.99 | 181.28 |
| 605817 | Salt, Water Softener | 4.68 | 168.10 | 787.51 | 182.05 |
| 602173 | ZDNU-Bigelow Constant Comment Tea 28ct | 4.66 | 20.15 | 93.95 | 182.83 |
| 606747 | Arizona Iced Tea With Lemon 16.9OZ | 4.57 | 795.36 | 3,630.92 | 186.43 |
| 602077 | Dr. Pepper 12oz 24pk | 4.55 | 329.00 | 1,497.73 | 187.25 |
| 602891 | Whatchamacallit 1.6 oz Vending | 4.52 | 110.42 | 498.65 | 188.50 |
| 603149 | ZDnu Dark Magic Decaf | 4.51 | 333.68 | 1,506.35 | 188.91 |
| 602524 | Baby Ruth Vending | 4.44 | 160.61 | 713.56 | 191.89 |
| 606798 | Donut Shop Peppermint Bark | 4.33 | 311.11 | 1,347.72 | 196.77 |
| 601126 | Bigelow Raspberry Royal Tea | 4.28 | 6.19 | 26.49 | 199.07 |
| 605665 | ZDNU-GM Tully Decaffeinated French Roast | 4.21 | 32.35 | 136.08 | 202.38 |
| 602915 | Mike and Ike Original 2.12 oz Vending | 4.13 | 70.24 | 290.17 | 206.30 |
| 601191 | GM Sumatran Reserve Extra Bold | 4.13 | 947.42 | 3,917.04 | 206.30 |
| 603264 | ZDNU-DC BLACK TIGER BOLD K-CUP | 4.11 | 88.50 | 363.80 | 207.30 |
| 601832 | RED BULL 24/CS Vending | 4.04 | 263.84 | 1,064.60 | 210.89 |
| 604704 | GM Half Caff Coffee | 4.02 | 671.75 | 2,701.00 | 211.94 |
| 601274 | GM GRANOLA OATS N HONEY Vending | 4.02 | 150.40 | 605.32 | 211.94 |
| 606718 | MV Sparkling Lime 12oz Glass 24/cs | 3.86 | 475.79 | 1,834.26 | 220.73 |
| 606833 | Folgers Decaf Filter Pack 0.90oz 40ct | 3.78 | 27.56 | 104.15 | 225.40 |
| 600972 | ZDNU-Cup Lid 12oz Hot Sip Fits Foam | 3.77 | 217.42 | 820.29 | 225.99 |
| 601298 | KEEBLER SOFT BATCH Vending | 3.74 | 86.26 | 323.02 | 227.81 |
| 605143 | DC Rio Blend | 3.74 | 371.09 | 1,387.02 | 227.81 |
| 602887 | Strawberry Twizzlers 2.5 oz Vending | 3.67 | 301.73 | 1,106.66 | 232.15 |
| 602065 | ZDNU-GM Mocha Nut Fudge Coffee | 3.66 | 182.69 | 668.27 | 232.79 |

| Code | Description | | | |
|---|---|---|---|---|
| 601768 | Coffee Mate Light Canister 11oz | 3.66 | 24.88 | 91.00 | 232.79 |
| 601281 | Hershey ALMOND JOY Vending | 3.60 | 92.13 | 331.23 | 236.67 |
| 605267 | ZDNU-GM Decaffeinated Green Tea | 3.59 | 209.45 | 752.49 | 237.33 |
| 601124 | Bigelow English Tea Time Tea | 3.59 | 6.15 | 22.09 | 237.33 |
| 600442 | ZDNU-Cream Packets 20/50 ct | 3.52 | 43.61 | 153.40 | 242.05 |
| 606738 | Cup 9oz Cold Plastic Absopure Logo | 3.50 | 9,873.80 | 34,557.36 | 243.43 |
| 602908 | Teriyaki Steak Nuggets 1oz Vending | 3.49 | 10.21 | 35.59 | 244.13 |
| 602892 | Reese's Pieces 1.53 oz Vending | 3.23 | 250.92 | 810.29 | 263.78 |
| 605266 | ZDNU-GM Jet Fuel | 3.22 | 221.51 | 713.73 | 264.60 |
| 604550 | ZDNU-GM Chocolate Glazed Donut | 3.19 | 789.41 | 2,518.20 | 267.08 |
| 604692 | GM Dark Chocolate Hot Cocoa | 3.19 | 1,488.47 | 4,750.98 | 267.08 |
| 605086 | Cup Lid 10oz Hot PerfectTouch 100ct | 3.18 | 82.52 | 262.72 | 267.92 |
| 605087 | Cup Lid 10oz Hot Dome Fits Paper | 3.07 | 1,068.61 | 3,278.50 | 277.52 |
| 606845 | Swiss Miss Regular Lite 24ct | 3.05 | 25.10 | 76.48 | 279.34 |
| 604272 | Sunkist Orange 12oz 24pk | 3.04 | 2.05 | 6.23 | 280.26 |
| 606886 | ZDNU-Tim Horton's Dark Roast KCup | 3.01 | 252.84 | 760.77 | 283.06 |
| 606678 | Crystilled Dist/Elec 16.9oz 24CS 84/P CP | 3.01 | 3,272.78 | 9,837.10 | 283.06 |
| 606818 | Bigelow Constant Comment Tea 28ct | 2.99 | 18.08 | 53.99 | 284.95 |
| 605668 | ZDNU-GM Tully French Roast | 2.98 | 185.94 | 554.04 | 285.91 |
| 603376 | Apple Cranberry Juice Plastic 10oz | 2.97 | 36.22 | 107.75 | 286.87 |
| 603197 | Cup 32oz Cold Paper | 2.94 | 442.67 | 1,300.00 | 289.80 |
| 601697 | Lipton Beef Noodle 22ct | 2.88 | 23.43 | 67.45 | 295.83 |
| 600479 | ZDNU-Starbucks House Decaf 2.5oz | 2.76 | 54.06 | 149.40 | 308.70 |
| 601279 | GV ACT II BUTTER POPCORN 3.5oz Vending | 2.65 | 39.48 | 104.56 | 321.51 |
| 604317 | Bigelow Mint Medley Tea | 2.54 | 7.75 | 19.68 | 335.43 |
| 604084 | GM Newman Decaf | 2.49 | 827.21 | 2,059.09 | 342.17 |
| 602941 | Nestle 100 Grand 1.5oz Vending | 2.46 | 113.73 | 280.32 | 346.34 |
| 606680 | SmartFlo Replacement Systems | 2.43 | 98.58 | 240.00 | 350.62 |
| 601378 | ZDNU-GJ Coffee Mudslide | 2.39 | 211.78 | 505.44 | 356.49 |
| 602172 | ZDNU-Bigelow Cinnamon Stick Tea 28ct | 2.29 | 12.99 | 29.80 | 372.05 |
| 606647 | Limescale Control Filter | 2.28 | 117.73 | 268.75 | 373.68 |
| 605139 | GM Cafe Vanilla | 2.20 | 862.16 | 1,893.69 | 387.27 |
| 601201 | GM French Vanilla Decaf Coffee | 2.13 | 502.53 | 1,070.51 | 400.00 |
| 603888 | Original Trail Mix 1.5oz | 2.11 | 72.01 | 152.01 | 403.79 |
| 604695 | GM Café Mocha | 2.08 | 1,307.71 | 2,717.92 | 409.62 |
| 606749 | GM Eight OClock Italian Dark Roast | 1.96 | 312.76 | 613.36 | 434.69 |
| 605150 | ZDNU-Diedrich Coffee Morning Blend Decaf | 1.79 | 287.30 | 515.16 | 475.98 |
| 606817 | Bigelow Cinnamon Stick Tea 28ct | 1.79 | 6.33 | 11.36 | 475.98 |
| 605941 | Cup 16oz Translucent Plastic | 1.64 | 141.94 | 233.20 | 519.51 |
| 606648 | Twin Head Assembly | 1.56 | 2,729.80 | 4,247.46 | 546.15 |
| 605933 | Knife Wrapped White Hvy Weight | 1.45 | 98.87 | 143.20 | 587.59 |
| 603273 | DC French Roast | 1.40 | 834.11 | 1,165.02 | 608.57 |
| 606607 | HOT CUP SLEEVES 1,000 CT | 1.32 | 77.76 | 102.88 | 645.45 |
| 602656 | GM Island Coconut | 1.31 | 476.33 | 622.81 | 650.38 |
| 606887 | ZDNU-Tim Horton's Decaf KCup | 1.28 | 285.97 | 365.94 | 665.63 |
| 601220 | ZDNU-Max Spec Del Decaf Coffee 1.3oz 42 | 1.07 | 468.09 | 500.50 | 796.26 |
| 604555 | ZDNU-GM Half and Half Iced Tea | 1.03 | 113.71 | 116.64 | 827.18 |
| 606153 | Cup 20oz Foam 500/cs | 0.85 | 629.66 | 537.60 | 1,002.35 |
| 605214 | Cup 12oz Hot Papter Cup SG | 0.83 | 1,568.45 | 1,294.68 | 1,026.51 |
| 606721 | ZDNU - MV Sparkling Lime 12oz Glass 4pk | 0.60 | 560.26 | 335.32 | 1,420.00 |
| 606597 | ZDNU-GM Lipton Sweet Tea | 0.59 | 134.13 | 79.12 | 1,444.07 |
| 605940 | Bigelow Tea Green Decaf Bag | 0.59 | 205.03 | 120.58 | 1,444.07 |

| Code | Description | | | | |
|---|---|---|---|---|---|
| 605204 | SG 2PLY JUMBO ROLL TISSUE | 0.50 | 642.28 | 324.00 | 1,704.00 |
| 605410 | Tazo China Green Tips | 0.48 | 32.54 | 15.46 | 1,775.00 |
| 605922 | Tazo Zen Tea | 0.40 | 33.03 | 13.25 | 2,130.00 |
| 606722 | ZDNU -MV Sparkling BB/Pom 12oz Glass 4pk | 0.35 | 598.49 | 209.16 | 2,434.29 |
| 605205 | SG WHT CENTER PULL TOWEL | 0.34 | 736.05 | 251.70 | 2,505.88 |
| 604653 | French Van Coffee Mate Cans | 0.28 | 107.57 | 29.99 | 3,042.86 |
| 606599 | ZDNU-GM Lipton Unsweet Iced tea | 0.20 | 186.81 | 38.07 | 4,260.00 |
| 600971 | ZDNU-Lid 8oz Hot Sip Fits Foam | 0.01 | 12,739.88 | 184.70 | 85,200.00 |