# EXHIBIT J

| Tour | Check Out/In | UTC Time Stamp | Date | UTC Time | Not Return Same Date | Raw Time and Date Data | Same Day Duration | 2nd Day Duration | Employee Number |
|---|---|---|---|---|---|---|---|---|---|
| S0000102413 | Out | 20,171,009,103,121 | 10/9/2017 | 10:31:21 | | 430170.4384375 | | | 01600 |
| S0000102413 | In | 20,171,009,180,339 | 10/9/2017 | 18:03:39 | | 430170.752534722222222 | 7:32:18 | | 01600 |
| S0000102450 | Out | 20,171,010,105,357 | 10/10/2017 | 10:53:57 | | 430180.454131944444444 | | | 01600 |
| S0000102450 | In | 20,171,010,182,358 | 10/10/2017 | 18:23:58 | | 430180.766643518518519 | 7:30:01 | | 01600 |
| S0000102515 | Out | 20,171,011,102,328 | 10/11/2017 | 10:23:28 | | 430190.432962962962963 | | | 01600 |
| S0000102515 | In | 20,171,011,185,302 | 10/11/2017 | 18:53:02 | | 430190.786828703703704 | 8:29:34 | | 01600 |
| S0000102627 | Out | 20,171,016,103,456 | 10/16/2017 | 10:34:56 | | 430240.440925925925926 | | | 01600 |
| S0000102627 | In | 20,171,016,185,252 | 10/16/2017 | 18:52:52 | | 430240.786712962962963 | 8:17:56 | | 01600 |
| S0000102666 | Out | 20,171,017,102,652 | 10/17/2017 | 10:26:52 | | 430250.435324074074074 | | | 01600 |
| S0000102666 | In | 20,171,017,181,019 | 10/17/2017 | 18:10:19 | | 430250.757164351851852 | 7:43:27 | | 01600 |
| S0000102722 | Out | 20,171,018,103,520 | 10/18/2017 | 10:35:20 | | 430260.441203703703704 | | | 01600 |
| S0000102722 | In | 20,171,018,181,055 | 10/18/2017 | 18:10:55 | | 430260.757581018518518 | 7:35:35 | | 01600 |
| S0000102749 | Out | 20,171,019,104,336 | 10/19/2017 | 10:43:36 | | 430270.446944444444444 | | | 01600 |
| S0000102749 | In | 20,171,019,191,510 | 10/19/2017 | 19:15:10 | | 430270.802199074074074 | 8:31:34 | | 01600 |
| S0000102803 | Out | 20,171,020,103,128 | 10/20/2017 | 10:31:28 | | 430280.438518518518519 | | | 01600 |
| S0000102803 | In | 20,171,020,180,741 | 10/20/2017 | 18:07:41 | | 430280.755335648148148 | 7:36:13 | | 01600 |
| S0000103064 | Out | 20,171,030,104,918 | 10/30/2017 | 10:49:18 | | 430380.450902777777778 | | | 01600 |
| S0000103064 | In | 20,171,030,185,707 | 10/30/2017 | 18:57:07 | | 430380.789664351851852 | 8:07:49 | | 01600 |
| S0000103108 | Out | 20,171,031,104,135 | 10/31/2017 | 10:41:35 | | 430390.445543981481481 | | | 01600 |
| S0000103108 | In | 20,171,031,183,716 | 10/31/2017 | 18:37:16 | | 430390.77587962962963 | 7:55:41 | | 01600 |
| S0000103230 | Out | 20,171,103,102,848 | 11/3/2017 | 10:28:48 | | 430420.436666666666667 | | | 01600 |
| S0000103230 | In | 20,171,103,185,006 | 11/3/2017 | 18:50:06 | | 430420.784791666666667 | 8:21:18 | | 01600 |
| S0000103278 | Out | 20,171,106,113,819 | 11/6/2017 | 11:38:19 | | 430450.48494212962963 | | | 01600 |
| S0000103278 | In | 20,171,106,192,429 | 11/6/2017 | 19:24:29 | | 430450.808668981481481 | 7:46:10 | | 01600 |
| S0000103340 | Out | 20,171,107,113,209 | 11/7/2017 | 11:32:09 | | 430460.480659722222222 | | | 01600 |
| S0000103340 | In | 20,171,107,191,420 | 11/7/2017 | 19:14:20 | | 430460.80162037037037 | 7:42:11 | | 01600 |
| S0000103382 | Out | 20,171,108,113,831 | 11/8/2017 | 11:38:31 | | 430470.485081018518519 | | | 01600 |
| S0000103382 | In | 20,171,108,185,559 | 11/8/2017 | 18:55:59 | | 430470.788877314814815 | 7:17:28 | | 01600 |
| S0000103414 | Out | 20,171,109,113,059 | 11/9/2017 | 11:30:59 | | 430480.479849537037037 | | | 01600 |
| S0000103414 | In | 20,171,109,191,056 | 11/9/2017 | 19:10:56 | | 430480.799259259259259 | 7:39:57 | | 01600 |
| S0000103471 | Out | 20,171,110,113,910 | 11/10/2017 | 11:39:10 | | 430490.485532407407407 | | | 01600 |
| S0000103471 | In | 20,171,110,193,131 | 11/10/2017 | 19:31:31 | | 430490.813553240740741 | 7:52:21 | | 01600 |

| Tour | Check Out/In | UTC Time Stamp | Date | UTC Time | Not Return Same Date | Raw Time and Date Data | Same Day Duration | 2nd Day Duration | Employee Number |
|---|---|---|---|---|---|---|---|---|---|
| S0000103505 | Out | 20,171,113,112,949 | 11/13/2017 | 11:29:49 | | 430520.479039351851852 | | | 01600 |
| S0000103505 | In | 20,171,113,195,650 | 11/13/2017 | 19:56:50 | | 430520.831134259259259 | 8:27:01 | | 01600 |
| S0000103548 | Out | 20,171,114,113,541 | 11/14/2017 | 11:35:41 | | 430530.483113425925926 | | | 01600 |
| S0000103548 | In | 20,171,114,194,525 | 11/14/2017 | 19:45:25 | | 430530.823206018518518 | 8:09:44 | | 01600 |
| S0000103592 | Out | 20,171,115,114,143 | 11/15/2017 | 11:41:43 | | 430540.487303240740741 | | | 01600 |
| S0000103592 | In | 20,171,115,193,658 | 11/15/2017 | 19:36:58 | | 430540.817337962962963 | 7:55:15 | | 01600 |
| S0000103632 | Out | 20,171,116,112,435 | 11/16/2017 | 11:24:35 | | 430550.475405092592593 | | | 01600 |
| S0000103632 | In | 20,171,116,181,742 | 11/16/2017 | 18:17:42 | | 430550.762291666666667 | 6:53:07 | | 01600 |
| S0000103682 | Out | 20,171,117,112,754 | 11/17/2017 | 11:27:54 | | 430560.477708333333333 | | | 01600 |
| S0000103682 | In | 20,171,117,190,255 | 11/17/2017 | 19:02:55 | | 430560.79369212962963 | 7:35:01 | | 01600 |
| S0000103717 | Out | 20,171,118,111,204 | 11/18/2017 | 11:12:04 | | 430570.466712962962963 | | | 01600 |
| S0000103717 | In | 20,171,118,143,443 | 11/18/2017 | 14:34:43 | | 430570.60744212962963 | 3:22:39 | | 01600 |
| S0000103774 | Out | 20,171,120,114,838 | 11/20/2017 | 11:48:38 | | 430590.492106481481482 | | | 01600 |
| S0000103774 | In | 20,171,120,180,610 | 11/20/2017 | 18:06:10 | | 430590.754282407407407 | 6:17:32 | | 01600 |
| S0000103801 | Out | 20,171,121,112,819 | 11/21/2017 | 11:28:19 | | 430600.477997685185185 | | | 01600 |
| S0000103801 | In | 20,171,121,185,217 | 11/21/2017 | 18:52:17 | | 430600.78630787037037 | 7:23:58 | | 01600 |
| S0000103846 | Out | 20,171,122,111,546 | 11/22/2017 | 11:15:46 | | 430610.469282407407407 | | | 01600 |
| S0000103846 | In | 20,171,122,191,653 | 11/22/2017 | 19:16:53 | | 430610.803391203703704 | 8:01:07 | | 01600 |
| S0000103918 | Out | 20,171,127,112,718 | 11/27/2017 | 11:27:18 | | 430660.477291666666667 | | | 01600 |
| S0000103918 | In | 20,171,127,190,219 | 11/27/2017 | 19:02:19 | | 430660.793275462962963 | 7:35:01 | | 01600 |
| S0000103948 | Out | 20,171,128,113,816 | 11/28/2017 | 11:38:16 | | 430670.484907407407407 | | | 01600 |
| S0000103948 | In | 20,171,128,192,457 | 11/28/2017 | 19:24:57 | | 430670.808993055555555 | 7:46:41 | | 01600 |
| S0000104000 | Out | 20,171,129,113,534 | 11/29/2017 | 11:35:34 | | 430680.483032407407407 | | | 01600 |
| S0000104000 | In | 20,171,129,195,547 | 11/29/2017 | 19:55:47 | | 430680.830405092592593 | 8:20:13 | | 01600 |
| S0000104049 | Out | 20,171,130,113,927 | 11/30/2017 | 11:39:27 | | 430690.485729166666667 | | | 01600 |
| S0000104049 | In | 20,171,130,195,939 | 11/30/2017 | 19:59:39 | | 430690.833090277777778 | 8:20:12 | | 01600 |
| S0000104081 | Out | 20,171,201,115,644 | 12/1/2017 | 11:56:44 | | 430700.497731481481481 | | | 01600 |
| S0000104081 | In | 20,171,201,203,826 | 12/1/2017 | 20:38:26 | | 430700.860023148148148 | 8:41:42 | | 01600 |
| S0000104234 | Out | 20,171,206,133,400 | 12/6/2017 | 13:34:00 | | 430750.565277777777778 | | | 01600 |
| S0000104234 | In | 20,171,206,203,512 | 12/6/2017 | 20:35:12 | | 430750.857777777777778 | 7:01:12 | | 01600 |
| S0000104278 | Out | 20,171,207,113,421 | 12/7/2017 | 11:34:21 | | 430760.4821875 | | | 01600 |
| S0000104278 | In | 20,171,207,201,203 | 12/7/2017 | 20:12:03 | | 430760.841701388888889 | 8:37:42 | | 01600 |

| Tour | Check Out/In | UTC Time Stamp | Date | UTC Time | Not Return Same Date | Raw Time and Date Data | Same Day Duration | 2nd Day Duration | Employee Number |
|---|---|---|---|---|---|---|---|---|---|
| S0000104308 | Out | 20,171,208,123,723 | 12/8/2017 | 12:37:23 | | 430770.525960648148148 | | | 01600 |
| S0000104308 | In | 20,171,208,185,741 | 12/8/2017 | 18:57:41 | | 430770.79005787037037 | 6:20:18 | | 01600 |
| S0000104339 | Out | 20,171,211,114,122 | 12/11/2017 | 11:41:22 | | 430800.487060185185185 | | | 01600 |
| S0000104339 | In | 20,171,211,192,108 | 12/11/2017 | 19:21:08 | | 430800.806342592592593 | 7:39:46 | | 01600 |
| S0000104391 | Out | 20,171,212,114,440 | 12/12/2017 | 11:44:40 | | 430810.489351851851852 | | | 01600 |
| S0000104391 | In | 20,171,212,193,509 | 12/12/2017 | 19:35:09 | | 430810.816076388888889 | 7:50:29 | | 01600 |
| S0000104450 | Out | 20,171,213,113,425 | 12/13/2017 | 11:34:25 | | 430820.482233796296296 | | | 01600 |
| S0000104450 | In | 20,171,213,191,422 | 12/13/2017 | 19:14:22 | | 430820.801643518518519 | 7:39:57 | | 01600 |
| S0000104489 | Out | 20,171,214,115,016 | 12/14/2017 | 11:50:16 | | 430830.493240740740741 | | | 01600 |
| S0000104489 | In | 20,171,214,200,731 | 12/14/2017 | 20:07:31 | | 430830.838553240740741 | 8:17:15 | | 01600 |
| S0000104531 | Out | 20,171,215,113,922 | 12/15/2017 | 11:39:22 | | 430840.485671296296296 | | | 01600 |
| S0000104531 | In | 20,171,215,202,947 | 12/15/2017 | 20:29:47 | | 430840.854016203703704 | 8:50:25 | | 01600 |
| S0000104558 | Out | 20,171,218,113,819 | 12/18/2017 | 11:38:19 | | 430870.48494212962963 | | | 01600 |
| S0000104558 | In | 20,171,218,190,605 | 12/18/2017 | 19:06:05 | | 430870.795891203703704 | 7:27:46 | | 01600 |
| S0000104634 | Out | 20,171,219,113,135 | 12/19/2017 | 11:31:35 | | 430880.480266203703704 | | | 01600 |
| S0000104634 | In | 20,171,219,195,326 | 12/19/2017 | 19:53:26 | | 430880.828773148148148 | 8:21:51 | | 01600 |
| S0000104676 | Out | 20,171,220,113,201 | 12/20/2017 | 11:32:01 | | 430890.48056712962963 | | | 01600 |
| S0000104676 | In | 20,171,220,193,056 | 12/20/2017 | 19:30:56 | | 430890.813148148148148 | 7:58:55 | | 01600 |
| S0000104722 | Out | 20,171,221,115,029 | 12/21/2017 | 11:50:29 | | 430900.493391203703704 | | | 01600 |
| S0000104722 | In | 20,171,221,190,150 | 12/21/2017 | 19:01:50 | | 430900.792939814814815 | 7:11:21 | | 01600 |
| S0000104771 | Out | 20,171,222,113,736 | 12/22/2017 | 11:37:36 | | 430910.484444444444444 | | | 01600 |
| S0000104771 | In | 20,171,222,180,102 | 12/22/2017 | 18:01:02 | | 430910.750717592592593 | 6:23:26 | | 01600 |
| S0000104799 | Out | 20,171,226,120,258 | 12/26/2017 | 12:02:58 | | 430950.502060185185185 | | | 01600 |
| S0000104799 | In | 20,171,226,191,045 | 12/26/2017 | 19:10:45 | | 430950.799131944444444 | 7:07:47 | | 01600 |
| S0000104830 | Out | 20,171,227,114,501 | 12/27/2017 | 11:45:01 | | 430960.489594907407407 | | | 01600 |
| S0000104830 | In | 20,171,227,190,635 | 12/27/2017 | 19:06:35 | | 430960.796238425925926 | 7:21:34 | | 01600 |
| S0000104897 | Out | 20,171,228,113,442 | 12/28/2017 | 11:34:42 | | 430970.482430555555556 | | | 01600 |
| S0000104897 | In | 20,171,228,192,128 | 12/28/2017 | 19:21:28 | | 430970.806574074074074 | 7:46:46 | | 01600 |
| S0000104945 | Out | 20,171,229,114,856 | 12/29/2017 | 11:48:56 | | 430980.492314814814815 | | | 01600 |
| S0000104945 | In | 20,171,229,184,413 | 12/29/2017 | 18:44:13 | | 430980.780706018518519 | 6:55:17 | | 01600 |
| S0000104960 | Out | 20,171,230,113,954 | 12/30/2017 | 11:39:54 | | 430990.486041666666667 | | | 01600 |
| S0000104960 | In | 20,171,230,145,959 | 12/30/2017 | 14:59:59 | | 430990.624988425925926 | 3:20:05 | | 01600 |

| Tour | Check Out/In | UTC Time Stamp | Date | UTC Time | Not Return Same Date | Raw Time and Date Data | Same Day Duration | 2nd Day Duration | Employee Number |
|---|---|---|---|---|---|---|---|---|---|
| S0000104985 | Out | 20,180,102,114,118 | 1/2/2018 | 11:41:18 | | 431020.487013888888889 | | | 01600 |
| S0000104985 | In | 20,180,102,192,255 | 1/2/2018 | 19:22:55 | | 431020.807581018518518 | 7:41:37 | | 01600 |
| S0000105047 | Out | 20,180,103,114,943 | 1/3/2018 | 11:49:43 | | 431030.492858796296296 | | | 01600 |
| S0000105047 | In | 20,180,103,193,332 | 1/3/2018 | 19:33:32 | | 431030.814953703703704 | 7:43:49 | | 01600 |
| S0000105093 | Out | 20,180,104,120,701 | 1/4/2018 | 12:07:01 | | 431040.504872685185185 | | | 01600 |
| S0000105093 | In | 20,180,104,202,344 | 1/4/2018 | 20:23:44 | | 431040.849814814814815 | 8:16:43 | | 01600 |
| S0000105134 | Out | 20,180,105,114,934 | 1/5/2018 | 11:49:34 | | 431050.49275462962963 | | | 01600 |
| S0000105134 | In | 20,180,105,190,518 | 1/5/2018 | 19:05:18 | | 431050.795347222222222 | 7:15:44 | | 01600 |
| S0000105202 | Out | 20,180,109,114,145 | 1/9/2018 | 11:41:45 | | 431090.487326388888889 | | | 01600 |
| S0000105202 | In | 20,180,109,195,702 | 1/9/2018 | 19:57:02 | | 431090.831273148148148 | 8:15:17 | | 01600 |
| S0000105248 | Out | 20,180,110,114,821 | 1/10/2018 | 11:48:21 | | 431100.491909722222222 | | | 01600 |
| S0000105248 | In | 20,180,110,193,003 | 1/10/2018 | 19:30:03 | | 431100.812534722222222 | 7:41:42 | | 01600 |
| S0000105316 | Out | 20,180,111,115,327 | 1/11/2018 | 11:53:27 | | 431110.495451388888889 | | | 01600 |
| S0000105316 | In | 20,180,111,185,413 | 1/11/2018 | 18:54:13 | | 431110.787650462962963 | 7:00:46 | | 01600 |
| S0000105361 | Out | 20,180,112,120,321 | 1/12/2018 | 12:03:21 | | 431120.502326388888889 | | | 01600 |
| S0000105361 | In | 20,180,112,194,539 | 1/12/2018 | 19:45:39 | | 431120.823368055555556 | 7:42:18 | | 01600 |
| S0000105392 | Out | 20,180,115,113,633 | 1/15/2018 | 11:36:33 | | 431150.483715277777778 | | | 01600 |
| S0000105392 | In | 20,180,115,192,715 | 1/15/2018 | 19:27:15 | | 431150.810590277777778 | 7:50:42 | | 01600 |
| S0000105449 | Out | 20,180,116,114,732 | 1/16/2018 | 11:47:32 | | 431160.491342592592593 | | | 01600 |
| S0000105449 | In | 20,180,116,195,241 | 1/16/2018 | 19:52:41 | | 431160.828252314814815 | 8:05:09 | | 01600 |
| S0000105490 | Out | 20,180,117,113,948 | 1/17/2018 | 11:39:48 | | 431170.485972222222222 | | | 01600 |
| S0000105490 | In | 20,180,117,210,804 | 1/17/2018 | 21:08:04 | | 431170.880601851851852 | 9:28:16 | | 01600 |
| S0000105535 | Out | 20,180,118,115,852 | 1/18/2018 | 11:58:52 | | 431180.499212962962963 | | | 01600 |
| S0000105535 | In | 20,180,118,201,209 | 1/18/2018 | 20:12:09 | | 431180.841770833333333 | 8:13:17 | | 01600 |
| S0000105570 | Out | 20,180,119,120,121 | 1/19/2018 | 12:01:21 | | 431190.5009375 | | | 01600 |
| S0000105570 | In | 20,180,119,193,211 | 1/19/2018 | 19:32:11 | | 431190.814016203703704 | 7:30:50 | | 01600 |
| S0000105627 | Out | 20,180,122,113,422 | 1/22/2018 | 11:34:22 | | 431220.482199074074074 | | | 01600 |
| S0000105627 | In | 20,180,122,201,828 | 1/22/2018 | 20:18:28 | | 431220.846157407407407 | 8:44:06 | | 01600 |
| S0000105669 | Out | 20,180,123,113,404 | 1/23/2018 | 11:34:04 | | 431230.481990740740741 | | | 01600 |
| S0000105669 | In | 20,180,123,194,050 | 1/23/2018 | 19:40:50 | | 431230.820023148148148 | 8:06:46 | | 01600 |
| S0000105733 | Out | 20,180,124,114,717 | 1/24/2018 | 11:47:17 | | 431240.491168981481481 | | | 01600 |
| S0000105733 | In | 20,180,124,194,540 | 1/24/2018 | 19:45:40 | | 431240.82337962962963 | 7:58:23 | | 01600 |