# EXHIBIT K

Absopure 000719

## **Plaintiff's Route Assignments By Month**

| Date | Route Number | Date | Route Number |
|---|---|---|---|
| 10/17/2018 | 11102 | 11/6/2018 | 11017 |
| 10/18/2018 | 11101 | 11/7/2018 | 11017 |
| 10/19/2018 | 11101 | 11/8/2018 | 11017 |
| 10/22/2018 | 11101 | 11/9/2018 | 11017 |
| 10/23/2018 | 11101 | 11/12/2018 | 11017 |
| 10/24/2018 | 11101 | 11/13/2018 | 11017 |
| 10/25/2018 | 11101 | 11/14/2018 | 11017 |
| | | 11/15/2018 | 11017 |
| | | 11/16/2018 | 11017 |
| | | 11/17/2018 | 11052 |
| | | 11/19/2018 | 11017 |
| | | 11/20/2018 | 11017 |
| | | 11/26/2018 | 11017 |
| | | 11/27/2018 | 11017 |
| | | 11/28/2018 | 11017 |
| | | 11/29/2018 | 11017 |
| | | 11/30/2018 | 11017 |

1

Absopure 000720

| **Date** | **Route Number** |
|---|---|
| 12/3/2018 | 11017 |
| 12/4/2018 | 11017 |
| 12/5/2018 | 11017 |
| 12/6/2018 | 11017 |
| 12/7/2018 | 11017 |
| 12/10/2018 | 11017 |
| 12/11/2018 | 11017 |
| 12/12/2018 | 11017 |
| 12/13/2018 | 11017 |
| 12/14/2018 | 11017 |
| 12/17/2018 | 11017 |
| 12/18/2018 | 11017 |
| 12/19/2018 | 11017 |
| 12/20/2018 | 11017 |
| 12/21/2018 | 11017 |
| 12/22/2018 | 11104 |
| 12/24/2018 | 11007 |
| 12/26/2018 | 11047 |
| 12/27/2018 | 11102 |
| 12/28/2018 | 11102 |
| 12/31/2018 | 11102 |

2

Absopure 000721

| Date | Route Number | Date | Route Number |
|---|---|---|---|
| 1/2/2019 | 11101 | 2/1/2019 | 11054 |
| 1/3/2019 | 11101 | 2/2/2019 | 11017 |
| 1/4/2019 | 11101 | 2/4/2019 | 11017 |
| 1/7/2019 | 11017 | 2/5/2019 | 11017 |
| 1/8/2019 | 11017 | 2/6/2019 | 11102 |
| 1/9/2019 | 11017 | 2/7/2019 | 11017 |
| 1/10/2019 | 11017 | 2/8/2019 | 11017 |
| 1/11/2019 | 11017 | 2/14/2019 | 11017 |
| 1/14/2019 | 11017 | 2/15/2019 | 11017 |
| 1/15/2019 | 11017 | 2/26/2019 | 11017 |
| 1/16/2019 | 11017 | 2/27/2019 | 11017 |
| 1/17/2019 | 11017 | 2/28/2019 | 11017 |
| 1/18/2019 | 11017 | | |
| 1/22/2019 | 11017 | | |
| 1/23/2019 | 11017 | | |
| 1/24/2019 | 11017 | | |
| 1/25/2019 | 11017 | | |
| 1/29/2010 | 11011 | | |

3

Absopure 000722

| Date | Route Number | Date | Route Number |
|------|--------------|------|--------------|
| 3/1/2019 | 11017 | 4/5/2019 | 11025 |
| 3/4/2019 | 11017 | 4/8/2019 | 11017 |
| 3/5/2019 | 11017 | 4/9/2019 | 11017 |
| 3/6/2019 | 11017 | 4/10/2019 | 11017 |
| 3/7/2019 | 11017 | 4/11/2019 | 11017 |
| 3/8/2019 | 11017 | 4/12/2019 | 11017 |
| 3/11/2019 | 11017 | 4/13/2019 | 11017 |
| 3/12/2019 | 11017 | 4/15/2019 | 11017 |
| 3/13/2019 | 11017 | 4/16/2019 | 11017 |
| 3/14/2019 | 11017 | 4/17/2019 | 11017 |
| 3/18/2019 | 11017 | 4/18/2019 | 11017 |
| 3/19/2019 | 11017 | 4/19/2019 | 11017 |
| 3/20/2019 | 11017 | 4/22/2019 | 11017 |
| 3/21/2019 | 11017 | 4/23/2019 | 11017 |
| 3/22/2019 | 11017 | 4/24/2019 | 11017 |
| 3/25/2019 | 11017 | 4/25/2019 | 11017 |
| 3/26/2019 | 11017 | 4/26/2019 | 11017 |
|  |  | 4/29/2019 | 11017 |

Absopure 000723

| Date | Route Number | Date | Route Number |
|------|--------------|------|--------------|
| 5/1/2019 | 11017 | 6/1/2019 | 11017 |
| 5/2/2019 | 11017 | 6/3/2019 | 11017 |
| 5/3/2019 | 11017 | 6/4/2019 | 11017 |
| 5/6/2019 | 11017 | 6/5/2019 | 11017 |
| 5/7/2019 | 11017 | 6/6/2019 | 11017 |
| 5/8/2019 | 11017 | 6/7/2019 | 11017 |
| 5/9/2019 | 11017 | 6/10/2019 | 11017 |
| 5/10/2019 | 11017 | 6/11/2019 | 11017 |
| 5/13/2019 | 11017 | 6/12/2019 | 11017 |
| 5/14/2019 | 11017 | 6/13/2019 | 11017 |
| 5/15/2019 | 11017 | 6/14/2019 | 11017 |
| 5/16/2019 | 11017 | 6/17/2019 | 11017 |
| 5/17/2019 | 11017 | 6/18/2019 | 11017 |
| 5/20/2019 | 11017 | 6/19/2019 | 11017 |
| 5/21/2019 | 11017 | 6/20/2019 | 11017 |
| 5/22/2019 | 11017 | 6/21/2019 | 11017 |
| 5/23/2019 | 11017 | 6/24/2019 | 11017 |
| 5/24/2019 | 11017 | 6/25/2019 | 11017 |
| 5/28/2019 | 11017 | 6/26/2019 | 11017 |
| 5/29/2019 | 11017 | 6/27/2019 | 11017 |
| 5/30/2019 | 11017 | 6/28/2019 | 11017 |
| 5/31/2019 | 11017 | | |

Absopure 000724

| Date | Route Number | Date | Route Number |
|------|--------------|------|--------------|
| 7/1/2019 | 11017 | 8/1/2019 | 11050 |
| 7/2/2019 | 11017 | 8/2/2019 | 11050 |
| 7/9/2019 | 11017 | 8/3/2019 | 11017 |
| 7/10/2019 | 11017 | 8/5/2019 | 11050 |
| 7/11/2019 | 11017 | 8/6/2019 | 11050 |
| 7/12/2019 | 11017 | 8/7/2019 | 11050 |
| 7/15/2019 | 11017 | 8/8/2019 | 11050 |
| 7/16/2019 | 11017 | 8/9/2019 | 11050 |
| 7/17/2019 | 11017 | 8/10/2019 | 11017 |
| 7/18/2019 | 11017 | 8/12/2019 | 11050 |
| 7/19/2019 | 11017 | 8/13/2019 | 11050 |
| 7/20/2019 | 11017 | 8/14/2019 | 11050 |
| 7/22/2019 | 11017 | 8/15/2019 | 11050 |
| 7/23/2019 | 11050 | 8/16/2019 | 11050 |
| 7/24/2019 | 11050 | 8/17/2019 | 11017 |
| 7/25/2019 | 11050 | 8/19/2019 | 11050 |
| 7/26/2019 | 11050 | 8/20/2019 | 11050 |
| 7/27/2019 | 11017 | 8/21/2019 | 11050 |
| 7/29/2019 | 11050 | 8/22/2019 | 11050 |
| 7/30/2019 | 11050 | 8/23/2019 | 11050 |
| 7/31/2019 | 11050 | 8/26/2019 | 11050 |
| | | 8/27/2019 | 11050 |
| | | 8/28/2019 | 11050 |
| | | 8/29/2019 | 11050 |
| | | 8/30/2019 | 11050 |

6

Absopure 000725

| Date | Route Number | Date | Route Number |
|------|--------------|------|--------------|
| 9/3/2019 | 11050 | 10/1/2019 | 11050 |
| 9/5/2019 | 11050 | 10/2/2019 | 11050 |
| 9/6/2019 | 11050 | 10/3/2019 | 11050 |
| 9/7/2019 | 11050 | 10/4/2019 | 11050 |
| 9/9/2019 | 11050 | 10/7/2019 | 11050 |
| 9/10/2019 | 11050 | 10/8/2019 | 11050 |
| 9/11/2019 | 11050 | 10/9/2019 | 11050 |
| 9/12/2019 | 11050 | 10/10/2019 | 11050 |
| 9/13/2019 | 11050 | 10/11/2019 | 11050 |
| 9/14/2019 | 11050 | 10/14/2019 | 11050 |
| 9/16/2019 | 11050 | 10/15/2019 | 11050 |
| 9/17/2019 | 11050 | 10/17/2019 | 11050 |
| 9/18/2019 | 11050 | 10/18/2019 | 11050 |
| 9/19/2019 | 11050 | 10/21/2019 | 11050 |
| 9/20/2019 | 11050 | 10/22/2019 | 11050 |
| 9/23/2019 | 11050 | 10/23/2019 | 11050 |
| 9/24/2019 | 11050 | 10/24/2019 | 11050 |
| 9/25/2019 | 11050 | 10/25/2019 | 11050 |
| 9/26/2019 | 11050 | 10/28/2019 | 11050 |
| 9/27/2019 | 11050 | 10/29/2019 | 11050 |
| 9/30/2019 | 11050 | 10/30/2019 | 11050 |
|  |  | 10/31/2019 | 11050 |

Absopure 000726

| Date | Route Number | Date | Route Number |
|---|---|---|---|
| 11/1/2019 | 11050 | 12/2/2019 | 11050 |
| 11/4/2019 | 11050 | 12/3/2019 | 11050 |
| 11/5/2019 | 11050 | 12/4/2019 | 11050 |
| 11/6/2019 | 11050 | 12/5/2019 | 11050 |
| 11/7/2019 | 11050 | 12/6/2019 | 11050 |
| 11/8/2019 | 11050 | 12/7/2019 | 11050 |
| 11/11/2019 | 11050 | 12/9/2019 | 11050 |
| 11/13/2019 | 11050 | 12/10/2019 | 11050 |
| 11/14/2019 | 11050 | 12/11/2019 | 11050 |
| 11/15/2019 | 11050 | 12/12/2019 | 11050 |
| 11/16/2019 | 11052 | 12/13/2019 | 11050 |
| 11/18/2019 | 11050 | 12/16/2019 | 11050 |
| 11/19/2019 | 11050 | 12/17/2019 | 11050 |
| 11/20/2019 | 11050 | 12/18/2019 | 11050 |
| 11/21/2019 | 11050 | 12/19/2019 | 11050 |
| 11/22/2019 | 11050 | 12/20/2019 | 11050 |
| 11/23/2019 | 11050 | 12/24/2019 | 11050 |
| 11/25/2019 | 11050 | 12/26/2019 | 11050 |
| 11/26/2019 | 11050 | 12/27/2019 | 11050 |
| 11/27/2019 | 11050 | 12/28/2019 | 11050 |
| | | 12/30/2019 | 11050 |
| | | 12/31/2019 | 11050 |

8

Absopure 000727

| Date | Route Number |
| --- | --- |
| 1/6/2020 | 11050 |
| 1/7/2020 | 11050 |
| 1/8/2020 | 11050 |
| 1/9/2020 | 11050 |
| 1/13/2020 | 11050 |
| 1/14/2020 | 11050 |
| 1/15/2020 | 11050 |
| 1/16/2020 | 11050 |
| 1/17/2020 | 11050 |
| 1/21/2020 | 11050 |
| 1/22/2020 | 11050 |
| 1/23/2020 | 11050 |
| 1/24/2020 | 11050 |
| 1/31/2020 | 11050 |