# EXHIBIT L

| Tour | Check | Date | UTC Time | DD | DateTimeMaybe | Duration2A | Duration2B | SSS | OptIn |
|---|---|---|---|---|---|---|---|---|---|
| S0000102409 | In | 20,171,007,105,003 | 10/7/2017 | 10:50:03 | 430150.451423611111111 | | | 06188 | EX |
| S0000102409 | Out | 20,171,007,170,459 | 10/7/2017 | 17:04:59 | 430150.711793981481482 | 6:14:56 | | 06188 | EX |
| S0000102410 | In | 20,171,009,110,610 | 10/9/2017 | 11:06:10 | 430170.462615740740741 | | | 31400 | EX |
| S0000102410 | Out | 20,171,009,211,859 | 10/9/2017 | 21:18:59 | 430170.88818287037037 | 10:12:49 | | 31400 | EX |
| S0000102411 | In | 20,171,009,102,523 | 10/9/2017 | 10:25:23 | 430170.434293981481481 | | | 01554 | EX |
| S0000102411 | Out | 20,171,009,204,313 | 10/9/2017 | 20:43:13 | 430170.863344907407407 | 10:17:50 | | 01554 | EX |
| S0000102412 | In | 20,171,009,105,432 | 10/9/2017 | 10:54:32 | 430170.454537037037037 | | | 29815 | Opt In |
| S0000102412 | Out | 20,171,009,223,716 | 10/9/2017 | 22:37:16 | 430170.942546296296296 | 11:42:44 | | 29815 | Opt In |
| S0000102413 | In | 20,171,009,103,121 | 10/9/2017 | 10:31:21 | 430170.4384375 | | | 01600 | Opt In |
| S0000102413 | Out | 20,171,009,180,339 | 10/9/2017 | 18:03:39 | 430170.752534722222222 | 7:32:18 | | 01600 | Opt In |
| S0000102414 | In | 20,171,009,110,950 | 10/9/2017 | 11:09:50 | 430170.465162037037037 | | | 11774 | EX |
| S0000102414 | Out | 20,171,009,173,327 | 10/9/2017 | 17:33:27 | 430170.7315625 | 6:23:37 | | 11774 | EX |
| S0000102415 | In | 20,171,009,103,848 | 10/9/2017 | 10:38:48 | 430170.443611111111111 | | | 06188 | EX |
| S0000102415 | Out | 20,171,009,220,909 | 10/9/2017 | 22:09:09 | 430170.923020833333333 | 11:30:21 | | 06188 | EX |
| S0000102416 | In | 20,171,009,114,042 | 10/9/2017 | 11:40:42 | 430170.486597222222222 | | | 17033 | EX |
| S0000102416 | Out | 20,171,009,225,656 | 10/9/2017 | 22:56:56 | 430170.956203703703704 | 11:16:14 | | 17033 | EX |
| S0000102417 | In | 20,171,009,111,229 | 10/9/2017 | 11:12:29 | 430170.467002314814815 | | | 27590 | EX |
| S0000102417 | Out | 20,171,009,212,308 | 10/9/2017 | 21:23:08 | 430170.891064814814815 | 10:10:39 | | 27590 | EX |
| S0000102418 | In | 20,171,009,111,531 | 10/9/2017 | 11:15:31 | 430170.469108796296296 | | | 01579 | EX |
| S0000102418 | Out | 20,171,009,190,921 | 10/9/2017 | 19:09:21 | 430170.798159722222222 | 7:53:50 | | 01579 | EX |
| S0000102419 | In | 20,171,009,113,431 | 10/9/2017 | 11:34:31 | 430170.482303240740741 | | | 01551 | EX |
| S0000102419 | Out | 20,171,009,203,910 | 10/9/2017 | 20:39:10 | 430170.860532407407407 | 9:04:39 | | 01551 | EX |
| S0000102420 | In | 20,171,009,104,829 | 10/9/2017 | 10:48:29 | 430170.450335648148148 | | | 19613 | EX |
| S0000102420 | Out | 20,171,009,185,328 | 10/9/2017 | 18:53:28 | 430170.78712962962963 | 8:04:59 | | 19613 | EX |
| S0000102421 | In | 20,171,009,102,756 | 10/9/2017 | 10:27:56 | 430170.436064814814815 | | | 29021 | EX |
| S0000102421 | Out | 20,171,009,203,233 | 10/9/2017 | 20:32:33 | 430170.8559375 | 10:04:37 | | 29021 | EX |
| S0000102422 | In | 20,171,009,122,020 | 10/9/2017 | 12:20:20 | 430170.51412037037037 | | | 30949 | EX |
| S0000102422 | Out | 20,171,009,202,340 | 10/9/2017 | 20:23:40 | 430170.849768518518519 | 8:03:20 | | 30949 | EX |
| S0000102423 | In | 20,171,009,113,415 | 10/9/2017 | 11:34:15 | 430170.482118055555556 | | | 01543 | EX |
| S0000102423 | Out | 20,171,009,210,937 | 10/9/2017 | 21:09:37 | 430170.881678240740741 | 9:35:22 | | 01543 | EX |
| S0000102424 | In | 20,171,010,031,905 | 10/10/2017 | 3:19:05 | 430180.138252314814815 | | | 26940 | EX |
| S0000102424 | Out | 20,171,010,120,521 | 10/10/2017 | 12:05:21 | 430180.503715277777778 | 8:46:16 | | 26940 | EX |
| S0000102425 | In | 20,171,009,104,231 | 10/9/2017 | 10:42:31 | 430170.44619212962963 | | | 31542 | EX |

| Tour | Check | Date | UTC Time | DD | DateTimeMaybe | Duration2A | Duration2B | SSS | OptIn |
|---|---|---|---|---|---|---|---|---|---|
| S0000102425 | Out | 20,171,009,203,920 | 10/9/2017 | 20:39:20 | 430170.860648148148148 | 9:56:49 | | 31542 | EX |
| S0000102426 | In | 20,171,009,104,654 | 10/9/2017 | 10:46:54 | 430170.449236111111111 | | | 01569 | EX |
| S0000102426 | Out | 20,171,009,193,949 | 10/9/2017 | 19:39:49 | 430170.81931712962963 | 8:52:55 | | 01569 | EX |
| S0000102427 | In | 20,171,009,105,157 | 10/9/2017 | 10:51:57 | 430170.452743055555556 | | | 01545 | EX |
| S0000102427 | Out | 20,171,009,220,532 | 10/9/2017 | 22:05:32 | 430170.920509259259259 | 11:13:35 | | 01545 | EX |
| S0000102428 | In | 20,171,009,104,816 | 10/9/2017 | 10:48:16 | 430170.450185185185185 | | | 01582 | EX |
| S0000102428 | Out | 20,171,009,220,131 | 10/9/2017 | 22:01:31 | 430170.917719907407407 | 11:13:15 | | 01582 | EX |
| S0000102429 | In | 20,171,009,115,502 | 10/9/2017 | 11:55:02 | 430170.496550925925926 | | | 31541 | EX |
| S0000102429 | Out | 20,171,009,214,043 | 10/9/2017 | 21:40:43 | 430170.903275462962963 | 9:45:41 | | 31541 | EX |
| S0000102430 | In | 20,171,009,110,506 | 10/9/2017 | 11:05:06 | 430170.461875 | | | 31398 | Opt In |
| S0000102430 | Out | 20,171,009,205,534 | 10/9/2017 | 20:55:34 | 430170.871921296296296 | 9:50:28 | | 31398 | Opt In |
| S0000102431 | In | 20,171,009,103,601 | 10/9/2017 | 10:36:01 | 430170.441678240740741 | | | 01539 | EX |
| S0000102431 | Out | 20,171,009,175,146 | 10/9/2017 | 17:51:46 | 430170.744282407407407 | 7:15:45 | | 01539 | EX |
| S0000102432 | In | 20,171,009,120,439 | 10/9/2017 | 12:04:39 | 430170.503229166666667 | | | 28435 | EX |
| S0000102432 | Out | 20,171,009,221,558 | 10/9/2017 | 22:15:58 | 430170.92775462962963 | 10:11:19 | | 28435 | EX |
| S0000102433 | In | 20,171,009,121,707 | 10/9/2017 | 12:17:07 | 430170.511886574074074 | | | 17118 | Opt In |
| S0000102433 | Out | 20,171,009,221,404 | 10/9/2017 | 22:14:04 | 430170.926435185185185 | 9:56:57 | | 17118 | Opt In |
| S0000102434 | In | 20,171,009,113,307 | 10/9/2017 | 11:33:07 | 430170.481331018518519 | | | 09333 | EX |
| S0000102434 | Out | 20,171,009,203,442 | 10/9/2017 | 20:34:42 | 430170.857430555555556 | 9:01:35 | | 09333 | EX |
| S0000102435 | In | 20,171,009,121,725 | 10/9/2017 | 12:17:25 | 430170.512094907407407 | | | 25658 | EX |
| S0000102435 | Out | 20,171,009,183,336 | 10/9/2017 | 18:33:36 | 430170.773333333333333 | 6:16:11 | | 25658 | EX |
| S0000102436 | In | 20,171,009,122,601 | 10/9/2017 | 12:26:01 | 430170.51806712962963 | | | 11775 | EX |
| S0000102436 | Out | 20,171,009,185,150 | 10/9/2017 | 18:51:50 | 430170.78599537037037 | 6:25:49 | | 11775 | EX |
| S0000102437 | In | 20,171,009,092,030 | 10/9/2017 | 9:20:30 | 430170.389236111111111 | | | 08301 | EX |
| S0000102437 | Out | 20,171,009,180,109 | 10/9/2017 | 18:01:09 | 430170.750798611111111 | 8:40:39 | | 08301 | EX |
| S0000102438 | In | 20,171,009,100,557 | 10/9/2017 | 10:05:57 | 430170.420798611111111 | | | 29308 | EX |
| S0000102438 | Out | 20,171,009,191,959 | 10/9/2017 | 19:19:59 | 430170.805543981481482 | 9:14:02 | | 29308 | EX |
| S0000102439 | In | 20,171,009,101,751 | 10/9/2017 | 10:17:51 | 430170.4290625 | | | 11773 | EX |
| S0000102439 | Out | 20,171,009,193,321 | 10/9/2017 | 19:33:21 | 430170.814826388888889 | 9:15:30 | | 11773 | EX |
| S0000102440 | In | 20,171,009,132,556 | 10/9/2017 | 13:25:56 | 430170.559675925925926 | | | #N/A | #N/A |
| S0000102440 | Out | 20,171,009,213,201 | 10/9/2017 | 21:32:01 | 430170.897233796296296 | 8:06:05 | | #N/A | #N/A |
| S0000102441 | In | 20,171,009,130,033 | 10/9/2017 | 13:00:33 | 430170.542048611111111 | | | 05715 | EX |
| S0000102441 | Out | 20,171,009,195,758 | 10/9/2017 | 19:57:58 | 430170.831921296296296 | 6:57:25 | | 05715 | EX |

| Tour | Check | Date | UTC Time | DD | DateTimeMaybe | Duration2A | Duration2B | SSS | OptIn |
|---|---|---|---|---|---|---|---|---|---|
| S0000102442 | In | 20,171,009,131,704 | 10/9/2017 | 13:17:04 | 430170.553518518518519 | | | 31490 | EX |
| S0000102442 | Out | 20,171,009,192,600 | 10/9/2017 | 19:26:00 | 430170.809722222222222 | 6:08:56 | | 31490 | EX |
| S0000102443 | In | 20,171,009,145,955 | 10/9/2017 | 14:59:55 | 430170.62494212962963 | | | 23670 | EX |
| S0000102443 | Out | 20,171,009,195,744 | 10/9/2017 | 19:57:44 | 430170.831759259259259 | 4:57:49 | | 23670 | EX |
| S0000102444 | In | 20,171,010,091,419 | 10/10/2017 | 9:14:19 | 430180.38494212962963 | | | 08301 | EX |
| S0000102444 | Out | 20,171,010,184,531 | 10/10/2017 | 18:45:31 | 430180.781608796296296 | 9:31:12 | | 08301 | EX |
| S0000102445 | In | 20,171,010,100,840 | 10/10/2017 | 10:08:40 | 430180.422685185185185 | | | 29308 | EX |
| S0000102445 | Out | 20,171,010,185,421 | 10/10/2017 | 18:54:21 | 430180.787743055555556 | 8:45:41 | | 29308 | EX |
| S0000102446 | In | 20,171,010,090,423 | 10/10/2017 | 9:04:23 | 430180.378043981481481 | | | 11773 | EX |
| S0000102446 | Out | 20,171,010,183,643 | 10/10/2017 | 18:36:43 | 430180.775497685185185 | 9:32:20 | | 11773 | EX |
| S0000102447 | In | 20,181,010,120,734 | 10/10/2018 | 12:07:34 | 433830.50525462962963 | | | 30949 | EX |
| S0000102447 | Out | 20,181,010,194,613 | 10/10/2018 | 19:46:13 | 433830.823761574074074 | 7:38:39 | | 30949 | EX |
| S0000102448 | In | 20,171,010,101,805 | 10/10/2017 | 10:18:05 | 430180.429224537037037 | | | 01554 | EX |
| S0000102448 | Out | 20,171,010,193,147 | 10/10/2017 | 19:31:47 | 430180.813738425925926 | 9:13:42 | | 01554 | EX |
| S0000102449 | In | 20,171,010,104,124 | 10/10/2017 | 10:41:24 | 430180.445416666666667 | | | 29815 | Opt In |
| S0000102449 | Out | 20,171,010,231,201 | 10/10/2017 | 23:12:01 | 430180.966678240740741 | 12:30:37 | | 29815 | Opt In |
| S0000102450 | In | 20,171,010,105,357 | 10/10/2017 | 10:53:57 | 430180.454131944444444 | | | 01600 | Opt In |
| S0000102450 | Out | 20,171,010,182,358 | 10/10/2017 | 18:23:58 | 430180.766643518518519 | 7:30:01 | | 01600 | Opt In |
| S0000102451 | In | 20,171,010,110,345 | 10/10/2017 | 11:03:45 | 430180.4609375 | | | 11774 | EX |
| S0000102451 | Out | 20,171,010,185,820 | 10/10/2017 | 18:58:20 | 430180.790509259259259 | 7:54:35 | | 11774 | EX |
| S0000102452 | In | 20,171,010,104,357 | 10/10/2017 | 10:43:57 | 430180.4471875 | | | 06188 | EX |
| S0000102452 | Out | 20,171,010,211,924 | 10/10/2017 | 21:19:24 | 430180.888472222222222 | 10:35:27 | | 06188 | EX |
| S0000102453 | In | 20,171,010,112,914 | 10/10/2017 | 11:29:14 | 430180.478634259259259 | | | 17033 | EX |
| S0000102453 | Out | 20,171,010,225,836 | 10/10/2017 | 22:58:36 | 430180.957361111111111 | 11:29:22 | | 17033 | EX |
| S0000102454 | In | 20,171,010,115,921 | 10/10/2017 | 11:59:21 | 430180.499548611111111 | | | 27590 | EX |
| S0000102454 | Out | 20,171,010,200,629 | 10/10/2017 | 20:06:29 | 430180.837835648148148 | 8:07:08 | | 27590 | EX |
| S0000102455 | In | 20,171,010,112,147 | 10/10/2017 | 11:21:47 | 430180.473460648148148 | | | 01579 | EX |
| S0000102455 | Out | 20,171,010,191,347 | 10/10/2017 | 19:13:47 | 430180.801238425925926 | 7:52:00 | | 01579 | EX |
| S0000102456 | In | 20,171,010,113,704 | 10/10/2017 | 11:37:04 | 430180.484074074074074 | | | 01551 | EX |
| S0000102456 | Out | 20,171,010,214,550 | 10/10/2017 | 21:45:50 | 430180.906828703703704 | 10:08:46 | | 01551 | EX |
| S0000102457 | In | 20,171,010,113,206 | 10/10/2017 | 11:32:06 | 430180.480625 | | | 01543 | EX |
| S0000102457 | Out | 20,171,010,205,320 | 10/10/2017 | 20:53:20 | 430180.87037037037037 | 9:21:14 | | 01543 | EX |
| S0000102458 | In | 20,171,011,034,448 | 10/11/2017 | 3:44:48 | 430190.156111111111111 | | | 26940 | EX |

| Tour | Check | Date | UTC Time | DD | DateTimeMaybe | Duration2A | Duration2B | SSS | OptIn |
|---|---|---|---|---|---|---|---|---|---|
| S0000102458 | Out | 20,171,011,132,410 | 10/11/2017 | 13:24:10 | 430190.558449074074074 | 9:39:22 | | 26940 | EX |
| S0000102459 | In | 20,171,010,103,521 | 10/10/2017 | 10:35:21 | 430180.441215277777778 | | | 31542 | EX |
| S0000102459 | Out | 20,171,010,210,622 | 10/10/2017 | 21:06:22 | 430180.879421296296296 | 10:31:01 | | 31542 | EX |
| S0000102460 | In | 20,171,010,104,915 | 10/10/2017 | 10:49:15 | 430180.450868055555556 | | | 01569 | EX |
| S0000102460 | Out | 20,171,010,202,410 | 10/10/2017 | 20:24:10 | 430180.850115740740741 | 9:34:55 | | 01569 | EX |
| S0000102461 | In | 20,171,010,115,618 | 10/10/2017 | 11:56:18 | 430180.497430555555556 | | | 01545 | EX |
| S0000102461 | Out | 20,171,010,204,859 | 10/10/2017 | 20:48:59 | 430180.867349537037037 | 8:52:41 | | 01545 | EX |
| S0000102462 | In | 20,171,010,104,610 | 10/10/2017 | 10:46:10 | 430180.448726851851852 | | | 01582 | EX |
| S0000102462 | Out | 20,171,010,220,417 | 10/10/2017 | 22:04:17 | 430180.919641203703704 | 11:18:07 | | 01582 | EX |
| S0000102463 | In | 20,171,010,120,808 | 10/10/2017 | 12:08:08 | 430180.505648148148148 | | | 31541 | EX |
| S0000102463 | Out | 20,171,010,221,342 | 10/10/2017 | 22:13:42 | 430180.926180555555555 | 10:05:34 | | 31541 | EX |
| S0000102464 | In | 20,171,010,113,111 | 10/10/2017 | 11:31:11 | 430180.479988425925926 | | | 31398 | Opt In |
| S0000102464 | Out | 20,171,010,220,036 | 10/10/2017 | 22:00:36 | 430180.917083333333333 | 10:29:25 | | 31398 | Opt In |
| S0000102465 | In | 20,171,010,120,135 | 10/10/2017 | 12:01:35 | 430180.501099537037037 | | | 11775 | EX |
| S0000102465 | Out | 20,171,010,210,412 | 10/10/2017 | 21:04:12 | 430180.877916666666667 | 9:02:37 | | 11775 | EX |
| S0000102466 | In | 20,171,010,113,312 | 10/10/2017 | 11:33:12 | 430180.481388888888889 | | | 31400 | EX |
| S0000102466 | Out | 20,171,010,215,333 | 10/10/2017 | 21:53:33 | 430180.9121875 | 10:20:21 | | 31400 | EX |
| S0000102467 | In | 20,171,010,103,538 | 10/10/2017 | 10:35:38 | 430180.441412037037037 | | | 01539 | EX |
| S0000102467 | Out | 20,171,010,195,429 | 10/10/2017 | 19:54:29 | 430180.829502314814815 | 9:18:51 | | 01539 | EX |
| S0000102468 | In | 20,171,010,121,958 | 10/10/2017 | 12:19:58 | 430180.513865740740741 | | | 28435 | EX |
| S0000102468 | Out | 20,171,010,184,742 | 10/10/2017 | 18:47:42 | 430180.783125 | 6:27:44 | | 28435 | EX |
| S0000102469 | In | 20,171,010,120,715 | 10/10/2017 | 12:07:15 | 430180.505034722222222 | | | 17118 | Opt In |
| S0000102469 | Out | 20,171,010,221,243 | 10/10/2017 | 22:12:43 | 430180.925497685185185 | 10:05:28 | | 17118 | Opt In |
| S0000102470 | In | 20,171,010,113,026 | 10/10/2017 | 11:30:26 | 430180.479467592592593 | | | 09333 | EX |
| S0000102470 | Out | 20,171,010,201,006 | 10/10/2017 | 20:10:06 | 430180.840347222222222 | 8:39:40 | | 09333 | EX |
| S0000102471 | In | 20,171,010,113,420 | 10/10/2017 | 11:34:20 | 430180.482175925925926 | | | 19613 | EX |
| S0000102471 | Out | 20,171,010,190,311 | 10/10/2017 | 19:03:11 | 430180.793877314814815 | 7:28:51 | | 19613 | EX |
| S0000102472 | In | 20,171,010,131,837 | 10/10/2017 | 13:18:37 | 430180.554594907407407 | | | #N/A | #N/A |
| S0000102472 | Out | 20,171,010,132,447 | 10/10/2017 | 13:24:47 | 430180.558877314814815 | 0:06:10 | | #N/A | #N/A |
| S0000102473 | In | 20,171,010,105,227 | 10/10/2017 | 10:52:27 | 430180.453090277777778 | | | 29021 | EX |
| S0000102473 | Out | 20,171,010,201,930 | 10/10/2017 | 20:19:30 | 430180.846875 | 9:27:03 | | 29021 | EX |
| S0000102474 | In | 20,171,010,130,229 | 10/10/2017 | 13:02:29 | 430180.543391203703704 | | | #N/A | #N/A |
| S0000102475 | In | 20,171,010,101,806 | 10/10/2017 | 10:18:06 | 430180.429236111111111 | | | #N/A | #N/A |