# EXHIBIT M

| Column1 | Column2 | Column3 | Column4 |
| --- | --- | --- | --- |
| Weekly Hours Worked | | | |
| | | | |
| Year and Week | E31614 | Phipps | Kevin |
| 2017 | | | |
| 41 | | | |
| 42 | | | |
| 43 | 47:28:33 | | |
| 44 | 45:39:51 | | |
| 45 | 32:15:32 | | |
| 46 | 55:26:05 | | |
| 47 | 20:40:47 | | |
| 48 | 52:47:47 | | |
| 49 | 33:48:52 | | |
| 50 | 36:20:00 | | |
| 51 | 10:12:19 | | |
| 52 | 20:34:02 | | |
| 2018 | | | |
| 1 | | | |
| 2 | 39:58:38 | | |
| 3 | 33:43:12 | | |
| 4 | 56:12:11 | | |
| 5 | 69:38:21 | | |
| 6 | 40:11:47 | | |
| 7 | 51:09:21 | | |
| 8 | 40:44:19 | | |
| 9 | 12:01:31 | | |
| 10 | 57:48:20 | | |
| 11 | 48:51:00 | | |
| 12 | 39:28:41 | | |
| 13 | 37:24:30 | | |
| 14 | 52:29:30 | | |
| 15 | 38:17:09 | | |
| 16 | 56:09:51 | | |
| 17 | 50:21:14 | | |
| 18 | 77:42:12 | | |
| 19 | 52:53:40 | | |
| 20 | 54:42:51 | | |
| 21 | 40:07:30 | | |
| 22 | 42:04:45 | | |
| 23 | 27:31:36 | | |
| 24 | 61:06:01 | | |
| 25 | 47:11:45 | | |
| 26 | 74:28:28 | | |
| 27 | 70:05:41 | | |
| 28 | 49:55:59 | | |
| 29 | 62:00:55 | | |

**Weekly Hours Worked**

| Year and Week | E31614 | Phipps | Kevin |
|---|---|---|---|
| 30 | 59:31:48 | | |
| 31 | 51:46:30 | | |
| 32 | 48:19:56 | | |
| 33 | 30:37:08 | | |
| 34 | 47:15:23 | | |
| 35 | 44:33:42 | | |
| 36 | 33:11:41 | | |
| 37 | 44:33:57 | | |
| 38 | 56:05:40 | | |
| 39 | 47:21:35 | | |
| 40 | 41:15:40 | | |
| 41 | 70:32:13 | | |
| 42 | 23:55:26 | | |
| 43 | 24:57:59 | | |
| 44 | 42:35:40 | | |
| 45 | 24:30:10 | | |
| 46 | 43:39:54 | | |
| 47 | 26:04:43 | | |
| 48 | 45:18:56 | | |
| 49 | 47:45:59 | | |
| 50 | 46:00:30 | | |
| 51 | 44:08:07 | | |
| 52 | 34:10:05 | | |
| 53 | 4:31:01 | | |
| 2019 | | | |
| 1 | 26:16:44 | | |
| 2 | 26:58:22 | | |
| 3 | 35:11:28 | | |
| 4 | 36:03:44 | | |
| 5 | 34:40:59 | | |
| 6 | 45:43:42 | | |
| 7 | 30:26:28 | | |
| 8 | 9:51:12 | | |
| 9 | 8:37:55 | | |
| 10 | 27:15:01 | | |
| 11 | 40:55:36 | | |
| 12 | 40:41:27 | | |
| 13 | 34:18:26 | | |
| 14 | 8:07:31 | | |
| 15 | 5:17:51 | | |
| 16 | 41:14:50 | | |
| 17 | 41:41:18 | | |
| 18 | 44:52:41 | | |
| 19 | 41:26:29 | | |

**Weekly Hours Worked**

| Year and Week | E31614 | Phipps | Kevin |
|---|---|---|---|
| 20 | 36:31:15 | | |
| 21 | 43:30:25 | | |
| 22 | 37:24:36 | | |
| 23 | 44:08:53 | | |
| 24 | 43:09:09 | | |
| 25 | 32:37:06 | | |
| 26 | 46:48:45 | | |
| 27 | 28:07:16 | | |
| 28 | 44:02:44 | | |
| 29 | 47:03:47 | | |
| 30 | 49:59:27 | | |
| 31 | 46:34:01 | | |
| 32 | 45:05:39 | | |
| 33 | 30:53:12 | | |
| 34 | | | |
| 35 | 48:10:59 | | |
| 36 | 34:58:21 | | |
| 37 | 38:35:19 | | |
| 38 | 55:55:11 | | |
| 39 | 46:27:39 | | |
| 40 | 48:09:05 | | |
| 41 | 47:53:43 | | |
| 42 | 49:42:52 | | |
| 43 | 83:00:45 | | |
| 44 | 50:10:00 | | |
| 45 | | | |
| 46 | | 8:41:27 | |
| 47 | | | |
| 48 | | | |
| 49 | | | |
| 50 | | | |
| 51 | | | |
| 52 | | | |
| 53 | | | |
| 2020 | | | |
| 1 | | | |
| 2 | | | |
| 3 | 17:17:28 | | |
| 4 | 24:46:52 | | |
| 5 | 17:39:29 | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |

**Weekly Hours Worked**

| Year and Week | E31614 | Phipps | Kevin |
|---|---|---|---|
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |
| 29 | | | |
| 30 | | | |
| 31 | | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | | | |
| 39 | | | |
| 40 | | | |
| 41 | | | |
| 42 | | | |
| 43 | | | |
| 44 | | | |
| 45 | | | |
| 46 | | | |
| 47 | | | |
| 48 | | | |
| 49 | | | |
| 50 | | | |
| 51 | | | |
| 52 | | | |
| 53 | | | |

**Weekly Hours Worked**

| Year and Week | E31614 | Phipps | Kevin |
|---|---|---|---|
| Avg Week Hour | 40:49:14 | | |
| Avg Over 40 | 0:49:14 | | |
| Weeks Over 40 | 65 | | |