# EXHIBIT P

# Absopure Product Shipment Procedure

**1** **Absopure selects trucking company** 

**2** **Absopure places Order with Mountain Valley**
   **a) Type of products**
   **b) Amount**
   **c) Destination**



**3** **Mountain Valley prepares Absopure Order**

**4** **Mountain Valley contacts trucking company when Order is ready**

**5** **Mountain Valley relays Absopure Order instructions to J.B. Hunt**

**6** **Absopure takes possession of products ordered once placed on truck in Arkansas**

**7** **J.B. Hunt delivers Order to Absopure**



**8** **Absopure pays for shipping**

**9** **Mountain Valley relays Absopure's payment for Order to J.B. Hunt**

