# EXHIBIT Q

# Absopure Time Records



