# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JUSTIN GUY**,

    Plaintiff,

v.

**ABSOPURE WATER COMPANY, LLC**,

    Defendant.

                                                                 /

Case No.: 20-cv-12734

Hon. Mark A. Goldsmith

## DECLARATION OF CHARLES PERRY

I, CHARLES PERRY, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I make this Declaration upon personal knowledge and state that the information specified below is true to the best of my knowledge and, if sworn as a witness, I would be competent to testify to the same.

2. I worked as a Truck Driver for ABSOPURE WATER COMPANY ("Defendant") from approximately July 2016 through October 2018.

3. Throughout my employment, I drove exclusively within the state of Michigan, with the exception of one workday where I was helping fill in for someone who was out, and I drove out of state for that one workday.

4. During my employment, I drove Absopure sprinter vans which I understand weigh less than 10,001 pounds on a few occasions when I was a flex driver.

Dated: Jul 20, 2023

Charles Perry (Jul 20, 2023 10:32 EDT)

CHARLES PERRY