# EXHIBIT 3

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**JUSTIN GUY**,

          Plaintiff,

v.

**ABSOPURE WATER COMPANY, LLC**,

          Defendant.

_____/

Case No.:  20-cv-12734

Hon. Mark A. Goldsmith

### DECLARATION OF DANNIELLE CHILDS

I, Danielle Childs, hereby declare that the following information is true and correct to the best of my personal knowledge and belief:

1.    I worked as a Driver for Absopure Water Company (hereafter "Absopure").

2.    I worked for Absopure from December 5, 2019 to the present.

3.    I understand that the relevant time period in this matter is from October 7, 2017 to the present.

4.    Because Absopure does not maintain records, the following information is based on my estimates of my hours worked during the relevant time period.

5.    During the relevant time period, I estimate that I began working during the average workweek day at 6:00 a.m.

6.     During the relevant time period, I estimate that I stopped working during the average workweek day at 2:00 p.m.

7.     During the relevant time period, I estimate that I began working during the average weekend day at 6:15 a.m.

8.     During the relevant time period, I estimate that I stopped working during the average weekend day at 11:00 a.m.

9.     I rarely if ever had a lunchbreak of 20 minutes or more, uninterrupted by work.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing statements are true and correct and that I have personal knowledge of the information provided above.


Dated: __Sep 7, 2023__

_Dannielle Childs (Sep 7, 2023 16:19 EDT)_
_____
DANNIELLE CHILDS