# EXHIBIT 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JUSTIN GUY**,

        Plaintiff,

v.

**ABSOPURE WATER COMPANY, LLC**,

        Defendant.

        Case No.: 20-cv-12734

        Hon. Mark A. Goldsmith

**DECLARATION OF GARY JOHNSON, JR.**

I, GARY JOHNSON, JR., pursuant to 28 U.S.C. § 1746, declare as follows:

1. I make this Declaration upon personal knowledge and state that the information specified below is true to the best of my knowledge and, if sworn as a witness, I would be competent to testify to the same.

2. I worked as a Truck Driver for ABSOPURE WATER COMPANY ("Defendant") from approximately January 2022 through March 2023.

3. I drove exclusively within the state of Michigan for Defendant.

4. I also drove Absopure sprinter vans which I understand weigh less than 10,001 pounds on a few occasions.

Dated: Jul 21, 2023

_Gary Johnson Jr (Jul 21, 2023 11:43 EDT)_
GARY JOHNSON