# EXHIBIT 5

## DECLARATION OF TREVOR ROGERS

I, Trevor Rogers, declare as follows:

1. I am employed by J.B. Hunt Transport, Inc. ("JB Hunt") as a Manager II, Operations over JB Hunt's customer account for DS Services of America, Inc. d/b/a Primo Water North America (f/k/a Mountain Valley Spring Company) (hereon referred to as "Shipper").

2. JB Hunt provides Shipper with services through its Dedicated Contract Services Business Unit "DCS").

3. JB Hunt and Shipper have a non-exclusive agreement.

4. JB Hunt transports Shipper's cargo on vehicles owned or leased to JB Hunt or by a third-party motor carrier.

7. Shipper tenders freight to JB Hunt and directs JB Hunt to where delivery is expected.

8. Shipper's freight is tendered to JB Hunt from Hot Springs, Arkansas and is transported all over the country under JB Hunt's motor carrier authority or a broker authority.

I declare under the penalty of perjury under the laws of Arkansas and the United States that the foregoing is true and correct and that the foregoing was executed on this 12th day of May 2023 in _Hot Springs_ (city), _AR_ (state).

_Trevor Rogers_ (signature)

Trevor Rogers