# EXHIBIT 7



**Case No.:** 2:20 -cv-12734
**Our Reference ID:** 23-0905
**Document Title:** Subpoena
**Date Served:** 04/26/2023
**Subject of Subpoena:** Justin Guy v. Absopure Water Company, LLC

<u>**CERTIFICATION OF RECORDS**</u>

I, Brooke Leddon, hereby certify in writing that I employed by J.B. Hunt Transport, Inc. ("J.B. Hunt"). My official title is Employment Litigation and Regulatory Counsel. I am familiar with the below documents and records received, created, and relied upon by J.B. Hunt in the ordinary course of its business, and that the below records do not exist to:

**CONTRACTUAL SERVICE AGRREMENTS RELATING TO: Absopure Water Company, LLC**

I hereby certify, on May 15, 2023, under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Brooke Leddon

Employment Litigation and Regulatory Counsel

Note: Due to Covid-19 and remote work, signatures are electronic at this time. If you need a pen-and-ink or notarized signature, please contact Brooke Leddon at brooke.leddon@jbhunt.com.