UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN GUY, individually and on
behalf of those similarly situated,

    Plaintiff,

-v-

ABSOPURE WATER COMPANY, LLC,
a domestic limited liability company,

    Defendant.

Case No. 20-cv-12734-MAG-EAS
HON. MARK A. GOLDSMITH

_____/

| | |
|---|---|
| MORGAN & MORGAN, P.A.<br>MICHAEL N. HANNA (P81463)<br>**Attorneys for Plaintiffs**<br>2000 Town Center, Suite 1900<br>Southfield, Michigan 48075<br>(248) 251-1399<br>mhanna@forthepeople.com<br><br>FIEGER, FIEGER, KENNY<br>  & HARRINGTON, P.C.<br>GEOFFERY FIEGER (P30441)<br>**Attorneys for Plaintiffs**<br>19390 West 10 Mile Road<br>Southfield, Michigan 48075<br>gfieger@fiegerlaw.com | RONALD G. ACHO (P23913)<br>JORDAN J. FIELDS (P76989)<br>CUMMINGS, MCCLOREY, DAVIS<br>  & ACHO, PLC<br>**Attorneys for Defendant**<br>17436 College Parkway, 3rd Floor<br>Livonia, Michigan 48152<br>racho@cmda-law.com<br>jfields@cmda-law.com<br>Asst: kueberroth@cmda-law.com |

_____/

**DEFENDANT ABSOPURE WATER COMPANY, LLC'S
SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFF'S
<u>FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS</u>**

NOW COMES Defendant Absopure Water Company, LLC ("Absopure" or "Defendant") by and through its attorneys, CUMMINGS, MCCLOREY, DAVIS & ACHO, PLC, and for its Second Supplemental Responses to Plaintiff's First Set of Requests for Production of Documents, Absopure states as follows:

1

| Spousal Restriction Affidavit | Absopure 000138 | | Hourly & Drivers Benefits Summary | Absopure 000170-000176 |
|---|---|---|---|---|
| | | | Associate Handbook (Effective December, 2005) | Absopure 000177-000208 |

The Absopure Fleet Safety Program 2018 Edition is marked Bates Nos. 000748-000788.

**REQUEST FOR PRODUCTION NO. 10:**

Any and all collective bargaining agreements concerning Defendant's Truck Drivers in Michigan from 2017 to present.

**COMBINED RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

No documents exist.

**REQUEST FOR PRODUCTION NO. 11:**

The corporate or organizational chart of Defendant from October 8, 2017 to present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

No formal organizational charts exist. However, an internal system known as "Workday" has compiled the information sought as a management structural hierarchy was previously provided and is marked Bates Nos. Absopure 000455-000473.

**REQUEST FOR PRODUCTION NO. 12:**

A copy of any written material posted at Defendant's workplace in Michigan regarding its Truck Drivers' rights under the Fair Labor Standards Act ("FLSA") from October 8, 2017 to present.

13

**COMBINED RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

      No such records exist.

**REQUEST FOR PRODUCTION NO. 13:**

      All marketing material sent to Defendant's customers in Michigan from October 8, 2017 to present.

**COMBINED RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

      Representative pages from Absopure's website (www.absopure.com) from the At Home, At Work, Products and Blog drop down menus, are being provided. Also provided are recent postings from Absopure's Facebook page.

| Document | Bates No. | Document | Bates No. |
|---|---|---|---|
| Absopure Website – At Home – Our Water | Absopure 000370-000373 | Absopure Website – At Work – Office Water Filters | Absopure 000395-000399 |
| Absopure Website – At Home – Water Delivery | Absopure 000374 | Absopure Website – Products – Natural Spring Water | Absopure 000400-000406 |
| Absopure Website – At Home – Cases | Absopure 000375-000376 | Absopure Website – Products – Absopure Purified | Absopure 000407-000410 |
| Absopure Website – At Home – Coolers | Absopure 000377-000378 | Absopure Website – Products – Absopure Steam Distilled | Absopure 000411-000414 |
| Absopure Website – At Work – Office Refreshment | Absopure 000379-000360 | Absopure Website – Products – Absopure Plus | Absopure 000415 |
| Absopure Website – At Work – Our Water | Absopure 000381 | Absopure Website – Products – Amplify | Absopure 000416 |

14

or control that is relevant to this lawsuit.

**COMBINED RESPONSE TO REQUEST FOR PRODUCTION NO. 86:**

See Affidavit of Patrick Byrne dated January 6, 2021, previously provided and marked Bates Nos. Absopure 000314-000319; Affidavit of Patrick Byrne dated October 12, 2021, previously provided and marked Bates Nos. Absopure 000737-000739; and Third Affidavit of Patrick Byrne dated December 13, 2021, previously provided and marked Bates Nos. Absopure 000735-000736.

Dated: December 15, 2021                    Respectfully Submitted,

*/s/ Ronald G. Acho*

Ronald G. Acho, P23913
Cummings, McClorey, Davis, & Acho PLC
17436 College Parkway
Livonia, MI 48152
T: (734) 261-2400
F: (734) 261-4510
E: racho@cmda-law.com

56

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN GUY, individually and on
behalf of those similarly situated,

    Plaintiff,

-v-

ABSOPURE WATER COMPANY, LLC,
a domestic limited liability company,

    Defendant.

Case No. 20-cv-12734-MAG-EAS
HON. MARK A. GOLDSMITH

_____/

| | |
|---|---|
| MORGAN & MORGAN, P.A.<br>MICHAEL N. HANNA (P81463)<br>**Attorneys for Plaintiffs**<br>2000 Town Center, Suite 1900<br>Southfield, Michigan 48075<br>(248) 251-1399<br>mhanna@forthepeople.com<br><br>FIEGER, FIEGER, KENNY<br>  & HARRINGTON, P.C.<br>GEOFFERY FIEGER (P30441)<br>**Attorneys for Plaintiffs**<br>19390 West 10 Mile Road<br>Southfield, Michigan 48075<br>gfieger@fiegerlaw.com | RONALD G. ACHO (P23913)<br>JORDAN J. FIELDS (P76989)<br>CUMMINGS, MCCLOREY, DAVIS<br>  & ACHO, PLC<br>**Attorneys for Defendant**<br>17436 College Parkway, 3rd Floor<br>Livonia, Michigan 48152<br>racho@cmda-law.com<br>jfields@cmda-law.com<br>Asst: kueberroth@cmda-law.com |

_____/

## **PROOF OF SERVICE**

The undersigned hereby certifies that on December 15, 2021, he served copies of the following:

- Defendant's Absopure Water Company, LLC's Second Supplemental Responses to Plaintiff's Request for Production of Documents to Defendant.

Upon the following counsel of record:

Michael N. Hanna, Esq.
Morgan & Morgan, P.A.
2000 Town Center, Suite 1900
Southfield, MI 48075

Electronically via email to Michael N. Hanna, Esq. at mhanna@forthepeople.com.

*Ronald G. Acho*

Ronald G. Acho, P23913
Cummings, McClorey, Davis, & Acho PLC
17436 College Parkway
Livonia, MI 48152
T: (734) 261-2400
F: (734) 261-4510
E: racho@cmda-law.com