# EXHIBIT
# 2

KEITH BROWN
July 03, 2023

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION


JUSTIN GUY, individually and

on behalf of those similarly

situated,

            Plaintiff,

    vs.                Case No. 20-cv-12734-MAG-EAS

                    Hon. Mark A. Goldsmith

ABSOPURE WATER COMPANY, LLC,

a domestic limited liability

company,

            Defendant.

_____


    The Remote Deposition of KEITH BROWN,

    Commencing at 10:04 a.m.,

    Monday, July 3, 2023,

    Before Helen F. Benhart, CSR-2614,

    Appearing remotely from Wayne County, Michigan.

KEITH BROWN
July 03, 2023

1                      TABLE OF CONTENTS

2

3     WITNESS                                PAGE

4     KEITH BROWN

5

6     EXAMINATION

7     BY MR. CUMMINGS:                        4

8     EXAMINATION

9     BY MR. FRISCH:                          49

10

11                        EXHIBITS

12

13    EXHIBIT                                PAGE

14    (Exhibit electronically provided to the reporter.)

15

16    DEPOSITION EXHIBIT 1                    36

17

18

19

20

21

22

23

24

25

```
 1   Remote Proceedings

 2   Monday, July 3, 2023

 3   10:04 a.m.

 4

 5               THE REPORTER:  The attorneys participating

 6        in this deposition acknowledge that I am not

 7        physically present in the deposition room.  They

 8        further acknowledge that in lieu of an oath

 9        administered in person, the witness will verbally

10        declare his testimony in this matter is under penalty

11        of perjury.  The parties and their counsel consent to

12        this arrangement and waive any objections to this

13        manner of reporting.  Please indicate your agreement

14        by stating your name and your agreement on the record.

15               MR. FRISCH:  Andrew Frisch for the

16        plaintiff, yes.

17               MR. CUMMINGS:  Michael Cummings for

18        Defendant, yes.

19                    KEITH BROWN,

20        Was thereupon called as a witness herein, and after

21        having been first duly sworn to testify to the truth,

22        the whole truth and nothing but the truth, was

23        examined and testified as follows:

24                    EXAMINATION

25   BY MR. CUMMINGS:
```

KEITH BROWN
July 03, 2023

```
 1          30, 40 to an hour depending on how many people are
 2          there.
 3   Q.     Is there anything that would make it longer than that
 4          typical day, anything that might occur you have to do?
 5   A.     Only thing that would make it longer, if your truck is
 6          loaded completely wrong, you have to go in the
 7          warehouse and have the loaders adjust racks and
 8          things, take racks of water off and put different
 9          water on.  That could take time.  Like I said, it's
10          always people ahead of you.  If it's a line ahead of
11          you, you have to wait for each driver to get their
12          trucks loaded.  You can't just -- you don't just pull
13          up and get your stuff and do this.  Like everything is
14          assembly line from getting coolers because it's always
15          people there so you have to wait for somebody to help
16          you or, you know, to check your paperwork and all that
17          stuff.  Everything is just assembly line basically.
18          It's never just walk in, grab your stuff, walk out.
19   Q.     Now, were you -- during the time that you were
20          there -- and I'm going to ask you from about the years
21          late 2017 onward.  That's the relevant period behind
22          what we're looking at.  Did you drive the same route?
23   A.     Yes.
24   Q.     And what was that route?
25   A.     My route was basically Detroit.  I had just like the
```

KEITH BROWN
July 03, 2023

```
 1            city.  I did homes and then I had like the midtown to
 2            downtown area where I did a lot of just all office
 3            buildings, stadiums, so I had like a large route where
 4            I covered like half of Detroit.
 5    Q.    How many stops were on that route?
 6    A.    Forty to 50 per day.
 7    Q.    Did it change from day to day?
 8    A.    I mean, yeah, it changed from day to day.  I averaged
 9            about 40 to 50.  Some days if I was just doing my home
10            days, which was like I think once or twice a week, it
11            would be around 35 to 40-ish just depending on, you
12            know, just extra people that call in.  It varies, but
13            it was 35 to 45 per day for me mostly.
14    Q.    And about -- do you recall if you drove a particular
15            truck from late 2017 onward?
16    A.    Yes.  I don't know the number of the truck, but, yes.
17            I drove a standard ten bay truck.
18    Q.    Was it the same truck typically or --
19    A.    For the most part, yeah.  Once you had a route, you
20            kind of had your main truck, but if it was to be in
21            the shop, they would adjust, or if somebody else's
22            truck was broke down, they start doing the shift where
23            they say, hey, you take this truck because you need
24            more water, you don't need as much, you take this
25            truck.  It's an eight bay truck instead of ten bay
```

KEITH BROWN
July 03, 2023

1   A.   We have a fuel tank in the back area where the trucks

2        are.  Where the trucks sit is a big fuel tanker out

3        there that we pull up and fuel up if we need gas.

4   Q.   Again, when did you typically fill your truck?

5   A.   It would be in the morning when we first get our

6        trucks.

7   Q.   Did you do that for every time you drove?

8   A.   No.  I would do it every maybe like two to three days

9        because, like I said, I was kind of locally and I was

10       sitting around at a lot of buildings for my day.  I

11       wasn't just driving nonstop so I didn't have to fuel

12       up every day.

13  Q.   Okay.  How were -- during this time frame, late 2017

14       to the time you ended, how were you paid?  How was

15       your pay calculated by Absopure?

16  A.   We were commission so it goes off -- it guess it goes

17       off how much water we sell throughout the day, how

18       much product we sell.

19  Q.   I'm going to put up another document for you.  Just

20       give me a minute.  Okay.  Can you see a document in

21       front of you?

22  A.   Yes.

23  Q.   Do you -- and I will put for the record, if you give

24       me a minute, the document that has been produced in

25       this case is -- bears Bates numbers 4401 through 4429,

KEITH BROWN
July 03, 2023

```
 1        questions.  Thanks.
 2                       EXAMINATION
 3   BY MR. FRISCH:
 4   Q.   Mr. Brown, there was -- opposing counsel asked you
 5        questions regarding the vehicles that you drove and
 6        you referred to several different trucks.  You said
 7        you drove most of the vehicles, if not all of them, in
 8        the fleet of I guess Absopure.  Did some of those
 9        vehicles include smaller vehicles like Sprinter vans?
10   A.   Yes.
11   Q.   So you drove Sprinter vans during the period of time
12        that you were employed by Absopure?
13   A.   Yes.  Every now and then I would drive a Sprinter van.
14   Q.   Then relative to, say, the last three years of
15        employment, so 2017 to 2020 when you last worked for
16        Absopure, did you also drive Sprinter vans on occasion
17        as part of your employment with Absopure?
18   A.   Yes, on occasion, not a lot, but, yes, I drove them
19        before a few times, yes.
20   Q.   Are you able to estimate, like a give a percentage of
21        the amount of times that you drove a smaller vehicle
22        like a Sprinter van when you were completing your
23        route?
24   A.   It would be around like three to five percent.
25   Q.   Okay.  When you did -- you didn't typically switch
```