UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Justin Guy,

                Plaintiff(s),

v.                                         Case No. 2:20−cv−12734−MAG−EAS
                                                Hon. Mark A. Goldsmith

Absopure Water Company,

                Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Mark A. Goldsmith at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 815, Detroit, Michigan, for the following proceeding(s):

- MISCELLANEOUS HEARING:  November 9, 2023 at 10:00 AM

**ADDITIONAL INFORMATION:**   815

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/K Sandusky
                                                            Case Manager

Dated:   October 26, 2023