UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN GUY, individually and on
behalf of those similarly situated,

    Plaintiff,

v.                                            Case No. 2:20-cv-12734-MAG-EAS
                                            HON. MARK A. GOLDSMITH

ABSOPURE WATER COMPANY, LLC
a domestic limited liability company,

    Defendant.
_____

**DEFENDANT ABSOPURE WATER COMPANY,
<u>LLC'S PROPOSED DEMONSTRATIVE EXHIBITS</u>**

    Defendant Absopure Water Company, LLC ("Absopure") hereby submits its proposed demonstrative exhibits in accordance with the Court's October 26, 2023 Order Following Hearing on Parties' Objections to Exhibits. (Dkt. 180).

    Disturbing evidence has been uncovered by Absopure that Plaintiffs' counsel recently procured and presented fraudulent Declarations to Absopure for use at trial in response to the Court's October 13, 2023 Opinion and Order Granting in Part and Denying in Part Defendant's Motion in Limine to Exclude Testimony and Exhibits (Doc. No. 166, PageID.8108). Absopure is going to continue its investigation. Upon its completion, this evidence will be presented to the Court in an appropriate Motion.

# **INDEX**

| **Exhibit A:** | Hours-worked tables for Plaintiff Justin Guy | Defendant's proposed Exhibit No. 213 |
|---|---|---|
| **Exhibit B:** | Hours-worked tables for Opt-In Plaintiff John Aniol | Defendant's proposed Exhibit No. 214 |
| **Exhibit C:** | Hours-worked tables for Opt-In Plaintiff Aaron Armstead | Defendant's proposed Exhibit No. 215 |
| **Exhibit D:** | Hours-worked tables for Opt-In Plaintiff Dwane Armstead | Defendant's proposed Exhibit No. 216 |
| **Exhibit E:** | Hours-worked tables for Opt-In Plaintiff Lucas Belonga | Defendant's proposed Exhibit No. 218 |
| **Exhibit F:** | Hours-worked tables for Opt-In Plaintiff Keith Brown | Defendant's proposed Exhibit No. 219 |
| **Exhibit G:** | Hours-worked tables for Opt-In Plaintiff Dannielle Childs | Defendant's proposed Exhibit No. 220 |
| **Exhibit H:** | Hours-worked tables for Opt-In Plaintiff Ryan Clendenin | Defendant's proposed Exhibit No. 221 |
| **Exhibit I:** | Hours-worked tables for Opt-In Plaintiff Caleb Fish | Defendant's proposed Exhibit No. 222 |
| **Exhibit J:** | Hours-worked tables for Opt-In Plaintiff Boaz Householder | Defendant's proposed Exhibit No. 223 |
| **Exhibit K:** | Hours-worked tables for Opt-In Plaintiff Matthew Jackson | Defendant's proposed Exhibit No. 225 |
| **Exhibit L:** | Hours-worked tables for Opt-In Plaintiff Gary Johnson, Jr. | Defendant's proposed Exhibit No. 226 |
| **Exhibit M:** | Hours-worked tables for Opt-In Plaintiff Ricardo Lammer | Defendant's proposed Exhibit No. 227 |

| **Exhibit N:** | Hours-worked tables for Opt-In Plaintiff Antony Newkirk | Defendant's proposed Exhibit No. 228 |
|---|---|---|
| **Exhibit O:** | Hours-worked tables for Opt-In Plaintiff Paul Okimoto | Defendant's proposed Exhibit No. 229 |
| **Exhibit P:** | Hours-worked tables for Opt-In Plaintiff Charles Perry | Defendant's proposed Exhibit No. 231 |
| **Exhibit Q:** | Hours-worked tables for Opt-In Plaintiff Kevin Phipps | Defendant's proposed Exhibit No. 232 |
| **Exhibit R:** | Hours-worked tables for Opt-In Plaintiff Nathan Redmer | Defendant's proposed Exhibit No. 233 |
| **Exhibit S:** | Hours-worked tables for Opt-In Plaintiff Ryan Rhodes | Defendant's proposed Exhibit No. 234 |
| **Exhibit T:** | Hours-worked tables for Opt-In Plaintiff Jesse Skonieczny | Defendant's proposed Exhibit No. 235 |
| **Exhibit U:** | Hours-worked tables for Opt-In Plaintiff David Sujkowski | Defendant's proposed Exhibit No. 236 |
| **Exhibit V:** | Hours-worked tables for Opt-In Plaintiff Jordan Tampa | Defendant's proposed Exhibit No. 237 |
| **Exhibit W:** | Hours-worked tables for Opt-In Plaintiff Kyle Winconek | Defendant's proposed Exhibit No. 238 |
| **Exhibit X:** | Hours-worked tables for Opt-In Plaintiff George Woldt | Defendant's proposed Exhibit No. 239 |
| **Exhibit Y:** | Delivery of Mountain Valley Spring Products to Absopure | Defendant's proposed Exhibit No. 240 |
| **Exhibit Z:** | Delivery of Mountain Valley Spring Products Within Michigan | Defendant's proposed Exhibit No. 241 |

| **Exhibit AA:** | Absopure Product Shipment Procedure | Defendant's proposed Exhibit No. 242 |
|---|---|---|
| **Exhibit BB:** | Absopure Time Records | Defendant's proposed Exhibit No. 243 |
| **Exhibit CC:** | Absopure Pay Period Schedules | Defendant's proposed Exhibit No. 244 |
| **Exhibit DD:** | Handheld Inventory System Device and Printer | Defendant's proposed Exhibit No. 245 |
| **Exhibit EE:** | Absopure's Out-Of-State Products – Mountain Valley Spring Water | Defendant's proposed Exhibit No. 246 |
| **Exhibit FF:** | Absopure's Out-Of-State Products – Bigelow Teas (CT) | Defendant's proposed Exhibit No. 247 |
| **Exhibit GG:** | Absopure's Out-Of-State Products – Brew Rite Coffee Filters  (WI) | Defendant's proposed Exhibit No. 248 |
| **Exhibit HH:** | Absopure's Out-Of-State Products – Coffeemate (Original ) Non-Dairy Creamer (OH) | Defendant's proposed Exhibit No. 249 |
| **Exhibit II:** | Absopure's Out-Of-State Products – Coffeemate (French Vanilla ) Non-Dairy Creamer (OH) | Defendant's proposed Exhibit No. 250 |
| **Exhibit JJ:** | Absopure's Out-Of-State Products – Dunkin' Coffee (OH) | Defendant's proposed Exhibit No. 251 |
| **Exhibit KK:** | Absopure's Out-Of-State Products – Folgers Coffee (LA) | Defendant's proposed Exhibit No. 252 |
| **Exhibit LL:** | Absopure's Out-Of-State Products – Green Mountain Coffee (NJ) | Defendant's proposed Exhibit No. 253 |

| **Exhibit MM:** | Absopure's Out-Of-State Products – Grindstone Non-Dairy Creamer Coffee (VA) | Defendant's proposed Exhibit No. 254 |
|---|---|---|
| **Exhibit NN:** | Absopure's Out-Of-State Products – Hot Chocolate Supreme (NJ) | Defendant's proposed Exhibit No. 255 |
| **Exhibit OO:** | Absopure's Out-Of-State Products – Lipton Tea (NJ) | Defendant's proposed Exhibit No. 256 |
| **Exhibit PP:** | Absopure's Out-Of-State Products – Maxwell House Coffee (IL) | Defendant's proposed Exhibit No. 257 |
| **Exhibit QQ:** | Absopure's Out-Of-State Products – Millstone Coffee (OH) | Defendant's proposed Exhibit No. 258 |
| **Exhibit RR:** | Absopure's Out-Of-State Products – Splenda Sweetener (IN) | Defendant's proposed Exhibit No. 259 |
| **Exhibit SS:** | Absopure's Out-Of-State Products – Starbucks Coffee (WA) | Defendant's proposed Exhibit No. 260 |
| **Exhibit TT:** | Absopure's Out-Of-State Products – Swiss Miss Hot Chocolate (IL) | Defendant's proposed Exhibit No. 261 |
| **Exhibit UU:** | Absopure's Out-Of-State Products – Sugar in the Raw Sugar (NY) | Defendant's proposed Exhibit No. 262 |
| **Exhibit VV:** | Absopure's Out-Of-State Products – Sweet'n Low Sweetener (NY) | Defendant's proposed Exhibit No. 263 |
| **Exhibit WW:** | Justin Guy Small Vehicle Usage with Hours Worked | Defendant's proposed Exhibit No. 264 |
| **Exhibit XX:** | John Aniol Small Vehicle Usage with Hours Worked | Defendant's proposed Exhibit No. 265 |
| **Exhibit YY:** | Aaron Armstead Small Vehicle Usage with Hours Worked | Defendant's proposed Exhibit No. 266 |

| **Exhibit ZZ:** | Lucas Belonga Small Vehicle Usage with Hours Worked | Defendant's proposed Exhibit No. 267 |
|---|---|---|
| **Exhibit AAA:** | Paul Okimoto Small Vehicle Usage with Hours Worked | Defendant's proposed Exhibit No. 268 |
| **Exhibit BBB:** | Charles Perry Small Vehicle Usage with Hours Worked | Defendant's proposed Exhibit No. 269 |
| **Exhibit CCC:** | Kevin Phipps Small Vehicle Usage with Hours Worked | Defendant's proposed Exhibit No. 270 |
| **Exhibit DDD:** | David Sujkowski Small Vehicle Usage with Hours Worked | Defendant's proposed Exhibit No. 271 |
| **Exhibit EEE:** | Jordan Tampa Small Vehicle Usage with Hours Worked | Defendant's proposed Exhibit No. 272 |
| **Exhibit FFF:** | Kyle Winconek Small Vehicle Usage with Hours Worked | Defendant's proposed Exhibit No. 273 |

Dated: November 3, 2023

Respectfully submitted,

*s/ Ronald G. Acho*
Ronald G. Acho
Cummings, McClorey, Davis & Acho, P.L.C.
17436 College Parkway
Livonia, MI 48152
(734) 261-2400
racho@cmda-law.com
P-23913

Respectfully submitted,

/s/ *Michael O. Cummings*
Michael O. Cummings
Cummings, McClorey, Davis & Acho, P.C.
Attorneys for Defendants
1185 Avenue of The Americas, 3rd FL.
(212) 547-8810
mcummings@cmda-law.com
N.Y. Bar No. 2701506

*Attorneys for Defendant Absopure Water Company, LLC*

**LOCAL RULE CERTIFICATION**

I, Ronald G. Acho, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts).

Dated: November 3, 2023

*s/ Ronald G. Acho*
Ronald G. Acho (P-23913)
Cummings, McClorey, Davis &Acho, P.L.C.
17436 College Parkway
Livonia, MI 48152
(734) 261-2400
racho@cmda-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification to all parties of record. I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: None.

Dated: November 3, 2023

*s/ Ronald G. Acho*
Ronald G. Acho (P-23913)
Cummings, McClorey, Davis &Acho, P.L.C.
17436 College Parkway
Livonia, MI 48152
(734) 261-2400
racho@cmda-law.com