# INDEX OF EXHIBITS

| | |
|---|---|
| **Exhibit A** | Hours-worked tables for Plaintiff Justin Guy |
| **Exhibit B** | Hours-worked tables for Opt-In Plaintiff John Aniol |
| **Exhibit C** | Hours-worked tables for Opt-In Plaintiff Aaron Armstead |
| **Exhibit D** | Hours-worked tables for Opt-In Plaintiff Dwane Armstead |
| **Exhibit E** | Hours-worked tables for Opt-In Plaintiff Lucas Belonga |
| **Exhibit F** | Hours-worked tables for Opt-In Plaintiff Keith Brown |
| **Exhibit G** | Hours-worked tables for Opt-In Plaintiff Dannielle Childs |
| **Exhibit H** | Hours-worked tables for Opt-In Plaintiff Ryan Clendenin |
| **Exhibit I** | Hours-worked tables for Opt-In Plaintiff Caleb Fish |
| **Exhibit J** | Hours-worked tables for Opt-In Plaintiff Boaz Householder |
| **Exhibit K** | Hours-worked tables for Opt-In Plaintiff Matthew Jackson |
| **Exhibit L** | Hours-worked tables for Opt-In Plaintiff Gary Johnson, Jr. |
| **Exhibit M** | Hours-worked tables for Opt-In Plaintiff Ricardo Lammer |
| **Exhibit N** | Hours-worked tables for Opt-In Plaintiff Antony Newkirk |
| **Exhibit O** | Hours-worked tables for Opt-In Plaintiff Paul Okimoto |
| **Exhibit P** | Hours-worked tables for Opt-In Plaintiff Charles Perry |
| **Exhibit Q** | Hours-worked tables for Opt-In Plaintiff Kevin Phipps |
| **Exhibit R** | Hours-worked tables for Opt-In Plaintiff Nathan Redmer |
| **Exhibit S** | Hours-worked tables for Opt-In Plaintiff Ryan Rhodes |
| **Exhibit T** | Hours-worked tables for Opt-In Plaintiff Jesse Skonieczny |
| **Exhibit U** | Hours-worked tables for Opt-In Plaintiff David Sujkowski |
| **Exhibit V** | Hours-worked tables for Opt-In Plaintiff Jordan Tampa |
| **Exhibit W** | Hours-worked tables for Opt-In Plaintiff Kyle Winconek |

| | |
|---|---|
| **Exhibit X** | Hours-worked tables for Opt-In Plaintiff George Woldt |
| **Exhibit Y** | Delivery of Mountain Valley Spring Products to Absopure |
| **Exhibit Z** | Delivery of Mountain Valley Spring Products Within Michigan |
| **Exhibit AA** | Absopure Product Shipment Procedure |
| **Exhibit BB** | Absopure Time Records |
| **Exhibit CC** | Absopure Pay Period Schedules |
| **Exhibit DD** | Handheld Inventory System Device and Printer |
| **Exhibit EE** | Absopure's Out-Of-State Products – Mountain Valley Spring Water |
| **Exhibit FF** | Absopure's Out-Of-State Products –Bigelow Teas (CT) |
| **Exhibit GG** | Absopure's Out-Of-State Products –Brew Rite Coffee Filters (WI) |
| **Exhibit GG** | Absopure's Out-Of-State Products –Coffeemate (Original ) Non-Dairy Creamer (OH) |
| **Exhibit II** | Absopure's Out-Of-State Products –Coffeemate (French Vanilla) Non-Dairy Creamer (OH) |
| **Exhibit JJ** | Absopure's Out-Of-State Products –Dunkin' Coffee (OH) |
| **Exhibit KK** | Absopure's Out-Of-State Products –Folgers Coffee (LA) |
| **Exhibit LL** | Absopure's Out-Of-State Products –Green Mountain Coffee (NJ) |
| **Exhibit MM** | Absopure's Out-Of-State Products –Grindstone Non-Dairy Creamer Coffee (VA) |
| **Exhibit NN** | Absopure's Out-Of-State Products –Hot Chocolate Supreme (NJ) |
| **Exhibit OO** | Absopure's Out-Of-State Products –Lipton Tea (NJ) |
| **Exhibit PP** | Absopure's Out-Of-State Products –Maxwell House Coffee (IL) |
| **Exhibit QQ** | Absopure's Out-Of-State Products –Millstone Coffee (OH) |
| **Exhibit RR** | Absopure's Out-Of-State Products –Splenda Sweetener (IN) |

| | |
|---|---|
| **Exhibit SS** | Absopure's Out-Of-State Products –Starbucks Coffee (WA) |
| **Exhibit TT** | Absopure's Out-Of-State Products –Swiss Miss Hot Chocolate (IL) |
| **Exhibit UU** | Absopure's Out-Of-State Products –Sugar in the Raw Sugar (NY) |
| **Exhibit VV** | Absopure's Out-Of-State Products –Sweet'n Low Sweetener (NY) |
| **Exhibit WW** | Justin Guy Small Vehicle Usage with Hours Worked |
| **Exhibit XX** | John Aniol Small Vehicle Usage with Hours Worked |
| **Exhibit YY** | Aaron Armstead Small Vehicle Usage with Hours Worked |
| **Exhibit ZZ** | Lucas Belonga Small Vehicle Usage with Hours Worked |
| **Exhibit AAA** | Paul Okimoto Small Vehicle Usage with Hours Worked |
| **Exhibit BBB** | Charles Perry Small Vehicle Usage with Hours Worked |
| **Exhibit CCC** | Kevin Phipps Small Vehicle Usage with Hours Worked |
| **Exhibit DDD** | David Sujkowski Small Vehicle Usage with Hours Worked |
| **Exhibit EEE** | Jordan Tampa Small Vehicle Usage with Hours Worked |
| **Exhibit FFF** | Kyle Winconek Small Vehicle Usage with Hours Worked |