# EXHIBIT A

| Employee Year/Week | E38470 Hours Worked | Guy | Justin |
|---|---|---|---|
| 2018 | | | |
| 39 | | | |
| 40 | | | |
| 41 | | | |
| 42 | 14:23:24 | | |
| 43 | 39:01:34 | | |
| 44 | | | |
| 45 | 29:23:29 | | |
| 46 | 35:48:38 | | |
| 47 | 13:51:32 | | |
| 48 | 37:12:36 | | |
| 49 | 33:18:43 | | |
| 50 | 35:13:06 | | |
| 51 | 36:50:02 | | |
| 52 | 20:55:23 | | |
| 53 | 4:10:44 | | |
| 2019 | | | |
| 1 | 32:25:35 | | |
| 2 | 30:59:55 | | |
| 3 | 28:46:14 | | |
| 4 | 23:37:25 | | |
| 5 | 26:19:16 | | |
| 6 | 33:49:46 | | |
| 7 | 12:37:17 | | |
| 8 | | | |
| 9 | 25:59:46 | | |
| 10 | 30:20:07 | | |
| 11 | 24:24:30 | | |
| 12 | 35:39:06 | | |
| 13 | 14:23:43 | | |
| 14 | 6:00:14 | | |
| 15 | 35:25:52 | | |
| 16 | 30:09:58 | | |
| 17 | 29:52:38 | | |
| 18 | 21:09:01 | | |
| 19 | 35:03:01 | | |
| 20 | 31:13:54 | | |
| 21 | 35:17:43 | | |
| 22 | 29:46:27 | | |
| 23 | 32:17:06 | | |

| Employee Year/Week | E38470 Hours Worked | Guy | Justin |
|---|---|---|---|
| 24 | 28:35:19 | | |
| 25 | 27:00:45 | | |
| 26 | 24:48:20 | | |
| 27 | 8:10:31 | | |
| 28 | 34:14:54 | | |
| 29 | 24:58:50 | | |
| 30 | 73:19:49 | | |
| 31 | 59:07:00 | | |
| 32 | 76:13:26 | | |
| 33 | 50:48:02 | | |
| 34 | 44:46:10 | | |
| 35 | 45:55:09 | | |
| 36 | 33:24:47 | | |
| 37 | 53:06:51 | | |
| 38 | 44:28:47 | | |
| 39 | 41:03:47 | | |
| 40 | 39:09:20 | | |
| 41 | 43:14:43 | | |
| 42 | 32:11:30 | | |
| 43 | 42:32:27 | | |
| 44 | 40:35:27 | | |
| 45 | 40:33:43 | | |
| 46 | 38:04:24 | | |
| 47 | 48:09:40 | | |
| 48 | 27:03:57 | | |
| 49 | 47:58:57 | | |
| 50 | 46:02:38 | | |
| 51 | 40:06:15 | | |
| 52 | 24:18:36 | | |
| 53 | 14:00:39 | | |
| **2020** | | | |
| 1 | | | |
| 2 | 33:35:48 | | |
| 3 | 38:50:59 | | |
| 4 | 33:56:31 | | |
| 5 | 7:21:44 | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |

2

| Employee | E38470 | Guy | Justin |
|---|---|---|---|
| Year/Week | Hours Worked | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| Average Week Hour | 33:02:21 | | |
| Average Time Over 40 | 0:00:00 | | |
| Weeks Over 40 | 17 | | |

3