# EXHIBIT B

| Employee Year/Week | E01600 Hours Worked | Aniol | John |
|---|---|---|---|
| 2017 | | | |
| 41 | 25:46:53 | | |
| 42 | 35:08:32 | | |
| 43 | | | |
| 44 | 26:39:48 | | |
| 45 | 42:03:07 | | |
| 46 | 55:14:00 | | |
| 47 | 23:57:37 | | |
| 48 | 44:28:49 | | |
| 49 | 24:14:12 | | |
| 50 | 44:02:52 | | |
| 51 | 41:08:19 | | |
| 52 | 28:36:12 | | |
| 2018 | | | |
| 1 | 33:57:53 | | |
| 2 | 33:40:03 | | |
| 3 | 44:53:14 | | |
| 4 | 51:54:48 | | |
| 5 | 41:44:42 | | |
| 6 | 37:35:29 | | |
| 7 | 44:53:27 | | |
| 8 | 37:47:30 | | |
| 9 | 41:19:10 | | |
| 10 | 43:06:20 | | |
| 11 | 40:04:49 | | |
| 12 | 44:47:52 | | |
| 13 | 34:25:56 | | |
| 14 | 33:27:06 | | |
| 15 | 39:33:05 | | |
| 16 | 41:37:12 | | |
| 17 | 41:23:23 | | |
| 18 | 38:45:43 | | |
| 19 | 43:27:33 | | |
| 20 | 40:56:29 | | |
| 21 | 50:01:31 | | |
| 22 | 24:58:35 | | |
| 23 | 56:18:16 | | |
| 24 | 24:16:43 | | |
| 25 | 49:09:43 | | |
| 26 | 37:07:59 | | |

| Employee Year/Week | E01600 Hours Worked | Aniol | John |
|---|---|---|---|
| 27 | 24:18:46 | | |
| 28 | 49:06:28 | | |
| 29 | | | |
| 30 | 45:23:33 | | |
| 31 | 10:31:32 | | |
| 32 | | | |
| 33 | 88:13:49 | | |
| 34 | 39:29:23 | | |
| 35 | 32:03:58 | | |
| 36 | 25:34:09 | | |
| 37 | 30:31:12 | | |
| 38 | 40:01:39 | | |
| 39 | 37:25:03 | | |
| 40 | 32:04:20 | | |
| 41 | 41:03:37 | | |
| 42 | 28:59:45 | | |
| 43 | 40:20:23 | | |
| 44 | | | |
| 45 | 41:18:46 | | |
| 46 | 41:38:20 | | |
| 47 | 24:18:59 | | |
| 48 | 40:00:07 | | |
| 49 | 38:46:43 | | |
| 50 | 38:10:25 | | |
| 51 | 42:21:39 | | |
| 52 | 25:43:45 | | |
| 53 | 4:00:11 | | |
| 2019 | | | |
| 1 | | | |
| 2 | 45:59:12 | | |
| 3 | 38:56:48 | | |
| 4 | 42:00:27 | | |
| 5 | 29:38:50 | | |
| 6 | 62:26:43 | | |
| 7 | 36:12:05 | | |
| 8 | 46:26:43 | | |
| 9 | 35:12:44 | | |
| 10 | 42:39:10 | | |
| 11 | 36:47:08 | | |
| 12 | 44:45:52 | | |

| Employee Year/Week | E01600 Hours Worked | Aniol | John |
|---|---|---|---|
| 13 | 35:03:11 | | |
| 14 | 42:24:56 | | |
| 15 | 25:24:50 | | |
| 16 | 42:20:16 | | |
| 17 | 41:22:43 | | |
| 18 | 44:49:04 | | |
| 19 | 30:48:49 | | |
| 20 | 42:20:34 | | |
| 21 | 43:41:56 | | |
| 22 | 11:42:57 | | |
| 23 | 42:07:48 | | |
| 24 | 44:35:31 | | |
| 25 | 41:06:27 | | |
| 26 | 38:32:17 | | |
| 27 | 23:30:55 | | |
| 28 | 42:18:40 | | |
| 29 | 44:35:51 | | |
| 30 | 39:04:19 | | |
| 31 | 45:00:24 | | |
| 32 | 41:25:12 | | |
| 33 | | | |
| 34 | 47:48:50 | | |
| 35 | 52:15:04 | | |
| 36 | | | |
| 37 | 58:20:14 | | |
| 38 | 46:37:36 | | |
| 39 | 32:44:52 | | |
| 40 | 40:51:48 | | |
| 41 | 43:32:30 | | |
| 42 | 39:09:18 | | |
| 43 | 34:56:21 | | |
| 44 | 15:50:40 | | |
| 45 | 37:48:16 | | |
| 46 | 43:42:27 | | |
| 47 | 43:36:12 | | |
| 48 | 27:18:11 | | |
| 49 | 33:30:26 | | |
| 50 | 45:50:32 | | |
| 51 | 44:00:52 | | |
| 52 | | | |

| Employee Year/Week | E01600 Hours Worked | Aniol | John |
|---|---|---|---|
| 53 | | | |
| 2020 | | | |
| 1 | 18:14:46 | | |
| 2 | 78:51:02 | | |
| 3 | 34:32:23 | | |
| 4 | 34:05:27 | | |
| 5 | 42:57:02 | | |
| 6 | 40:35:24 | | |
| 7 | 45:04:31 | | |
| 8 | 45:49:20 | | |
| 9 | 41:20:45 | | |
| 10 | 44:32:57 | | |
| 11 | 46:48:04 | | |
| 12 | 49:50:03 | | |
| 13 | 23:48:33 | | |
| 14 | 32:29:40 | | |
| 15 | 24:14:34 | | |
| 16 | 25:44:04 | | |
| 17 | 24:34:48 | | |
| 18 | 35:15:24 | | |
| 19 | 33:25:38 | | |
| 20 | 28:54:15 | | |
| 21 | 68:26:59 | | |
| 22 | 30:45:42 | | |
| 23 | 34:20:07 | | |
| 24 | 31:00:18 | | |
| 25 | 36:03:32 | | |
| 26 | 42:10:46 | | |
| 27 | 28:00:30 | | |
| 28 | 41:19:33 | | |
| 29 | 40:50:45 | | |
| 30 | 38:18:58 | | |
| 31 | 35:25:35 | | |
| 32 | 40:40:37 | | |
| 33 | 35:42:21 | | |
| 34 | 36:48:37 | | |
| 35 | 39:24:10 | | |
| 36 | 23:22:42 | | |
| 37 | 16:19:23 | | |
| 38 | 41:55:33 | | |

| Employee Year/Week | E01600 Hours Worked | Aniol | John |
|---|---|---|---|
| 39 | 28:55:18 | | |
| 40 | 34:47:42 | | |
| 41 | 39:50:11 | | |
| 42 | 38:29:40 | | |
| 43 | 31:34:09 | | |
| 44 | 40:47:15 | | |
| 45 | 33:47:13 | | |
| 46 | 39:56:50 | | |
| 47 | 46:38:04 | | |
| 48 | 23:10:18 | | |
| 49 | 36:16:42 | | |
| 50 | 37:21:35 | | |
| 51 | 42:28:15 | | |
| 52 | 28:55:38 | | |
| 53 | 30:56:27 | | |
| 2021 | | | |
| 2 | 59:03:00 | | |
| 3 | 31:34:30 | | |
| 4 | 40:47:28 | | |
| 5 | 49:38:09 | | |
| 6 | 58:00:43 | | |
| 7 | 37:42:36 | | |
| 8 | 42:32:11 | | |
| 9 | 31:28:55 | | |
| 10 | 40:22:16 | | |
| 11 | 40:07:43 | | |
| 12 | 39:17:36 | | |
| 13 | 39:45:49 | | |
| 14 | 40:30:54 | | |
| 15 | 38:29:05 | | |
| 16 | 50:24:26 | | |
| 17 | 35:52:16 | | |
| 18 | 29:52:23 | | |
| 19 | 14:55:04 | | |
| 20 | 10:13:59 | | |
| 21 | 9:23:30 | | |
| 22 | 13:51:49 | | |
| 23 | 10:40:16 | | |
| 24 | 31:26:44 | | |
| 25 | 37:47:53 | | |

| Employee Year/Week | E01600 Hours Worked | Aniol | John |
|---|---|---|---|
| 26 | 77:37:12 | | |
| 27 | 46:17:24 | | |
| 28 | 30:05:30 | | |
| 29 | 42:49:13 | | |
| 30 | 40:02:47 | | |
| 31 | 31:53:02 | | |
| 32 | 36:47:43 | | |
| 33 | | | |
| 34 | 48:04:51 | | |
| 35 | 46:22:39 | | |
| 36 | 43:33:33 | | |
| 37 | 34:19:17 | | |
| 38 | 46:37:00 | | |
| 39 | 39:28:13 | | |
| 40 | 38:58:02 | | |
| 41 | 41:50:26 | | |
| 42 | 37:54:57 | | |
| 43 | 43:38:37 | | |
| 44 | 16:53:04 | | |
| 45 | 31:27:31 | | |
| 46 | 41:42:37 | | |
| 47 | 42:17:51 | | |
| 48 | 23:36:10 | | |
| 49 | 40:01:46 | | |
| 50 | 55:30:54 | | |
| 51 | 65:48:53 | | |
| 52 | 49:33:34 | | |
| 53 | 44:44:54 | | |
| 2022 | | | |
| 2 | 62:26:42 | | |
| 3 | 62:32:19 | | |
| 4 | 39:34:28 | | |
| 5 | 38:41:06 | | |
| 6 | 37:02:01 | | |
| 7 | 38:56:40 | | |
| 8 | 37:57:33 | | |
| 9 | 35:01:39 | | |
| 10 | 40:47:26 | | |
| 11 | | | |
| 12 | 42:37:48 | | |

6

| Employee Year/Week | E01600 Hours Worked | Aniol | John |
|---|---|---|---|
| 13 | 40:51:00 | | |
| 14 | 9:03:08 | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |
| 29 | | | |
| 30 | | | |
| 31 | | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | | | |
| 39 | | | |
| 40 | | | |
| 41 | | | |
| Average Week Hour | 38:18:18 | | |
| Average Time Over 40 | 0:00:00 | | |
| Weeks Over 40 | 108 | | |