# EXHIBIT C

| Employee | E37862 | Armstead | Aaron |
|---|---|---|---|
| Year/Week | Hours Worked | | |
| 2018 | | | |
| 20 | | | |
| 21 | 54:54:43 | | |
| 22 | 44:17:44 | | |
| 23 | 68:08:19 | | |
| 24 | 54:25:47 | | |
| 25 | 18:21:59 | | |
| 26 | 22:54:56 | | |
| 27 | 40:26:17 | | |
| 28 | 66:16:21 | | |
| 29 | 31:42:07 | | |
| 30 | 82:21:14 | | |
| 31 | 42:28:21 | | |
| 32 | 52:07:43 | | |
| 33 | 58:01:53 | | |
| 34 | 28:41:56 | | |
| 35 | 47:38:03 | | |
| 36 | 38:29:44 | | |
| 37 | 33:04:25 | | |
| 38 | | | |
| 39 | | | |
| 40 | | | |
| 41 | | | |
| Average Week Hour | 46:08:20 | | |
| Average Time Over 40 | 6:08:20 | | |
| Weeks Over 40 | 11 | | |

1