# EXHIBIT D

| Employee | E38033 | Armstead | Dwane |
|---|---|---|---|
| Year/Week | Hours Worked | | |
| 2018 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | 53:58:01 | | |
| 26 | 39:58:48 | | |
| 27 | 45:00:24 | | |
| 28 | 34:56:26 | | |
| 29 | 34:23:58 | | |
| 30 | 58:06:20 | | |
| 31 | 65:54:03 | | |
| 32 | 30:54:55 | | |
| 33 | 57:29:30 | | |
| 34 | 61:28:23 | | |
| 35 | 50:14:24 | | |
| 36 | 40:44:15 | | |
| 37 | 44:37:14 | | |
| 38 | 60:04:57 | | |
| 39 | 24:08:55 | | |
| 40 | | | |
| 41 | | | |
| 42 | | | |
| Average Week Hour | 46:48:02 | | |
| Average Time Over 40 | 6:48:02 | | |
| Weeks Over 40 | 10 | | |