# EXHIBIT E

| Employee Year/Week | E43713 Hours Worked | Belonga | Lucas |
|---|---|---|---|
| **2022** | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |
| 29 | | | |
| 30 | 30:08:21 | | |
| 31 | 23:50:31 | | |
| 32 | 15:34:05 | | |
| 33 | 9:33:22 | | |
| 34 | 20:06:59 | | |
| 35 | 45:57:37 | | |
| 36 | | | |
| 37 | 39:34:09 | | |
| 38 | 42:23:03 | | |
| 39 | 23:17:25 | | |
| 40 | 7:55:25 | | |
| 41 | 27:30:54 | | |
| 42 | 37:12:06 | | |
| 43 | 26:28:25 | | |
| 44 | 33:56:41 | | |
| 45 | 29:36:43 | | |
| 46 | 24:33:57 | | |
| 47 | | | |
| 48 | 25:34:54 | | |
| 49 | 32:15:45 | | |
| 50 | 8:40:40 | | |
| 51 | 9:26:20 | | |
| 52 | 19:36:46 | | |
| 53 | 9:02:35 | | |
| **2023** | | | |
| 1 | 23:50:49 | | |
| 2 | 17:07:59 | | |
| 3 | 11:38:32 | | |
| 4 | | | |
| 5 | 1:00:49 | | |
| 6 | 19:20:41 | | |
| 7 | 28:49:24 | | |
| 8 | 22:04:40 | | |
| 9 | 28:30:51 | | |

| Employee | E43713 | Belonga | Lucas |
|---|---|---|---|
| Year/Week | Hours Worked | | |
| 10 | | | |
| 11 | 21:59:29 | | |
| 12 | 27:34:03 | | |
| 13 | | | |
| 14 | 10:24:58 | | |
| 15 | 26:39:09 | | |
| 16 | 5:10:38 | | |
| 17 | 26:50:57 | | |
| 18 | | | |
| Average Week Hour | 22:35:33 | | |
| Average Time Over 40 | 0:00:00 | | |
| Weeks Over 40 | 2 | | |

2