# EXHIBIT F

| Employee | E17118 | Brown | Keith |
|---|---|---|---|
| Year/Week | Hours Worked | | |
| **2017** | | | |
| 41 | 52:46:12 | | |
| 42 | 43:24:02 | | |
| 43 | 43:21:18 | | |
| 44 | 50:42:31 | | |
| 45 | 21:09:28 | | |
| 46 | 51:19:38 | | |
| 47 | 25:07:02 | | |
| 48 | 53:46:32 | | |
| 49 | 52:46:11 | | |
| 50 | 51:05:04 | | |
| 51 | 46:08:10 | | |
| 52 | 35:17:12 | | |
| **2018** | | | |
| 1 | 39:20:36 | | |
| 2 | 50:50:32 | | |
| 3 | 51:35:50 | | |
| 4 | 51:51:31 | | |
| 5 | 53:10:26 | | |
| 6 | 48:51:02 | | |
| 7 | 52:51:57 | | |
| 8 | 49:16:30 | | |
| 9 | 53:35:25 | | |
| 10 | 50:33:22 | | |
| 11 | 20:21:02 | | |
| 12 | 52:26:17 | | |
| 13 | 48:59:07 | | |
| 14 | 49:36:38 | | |
| 15 | 50:01:11 | | |
| 16 | 50:35:02 | | |
| 17 | | | |
| 18 | 53:53:37 | | |
| 19 | 54:24:41 | | |
| 20 | 53:11:24 | | |
| 21 | 53:44:45 | | |
| 22 | 44:05:04 | | |
| 23 | 53:15:34 | | |
| 24 | 43:14:05 | | |
| 25 | 43:33:34 | | |
| 26 | 53:07:00 | | |

| Employee | E17118 | Brown | Keith |
|---|---|---|---|
| Year/Week | Hours Worked | | |
| 27 | 37:12:52 | | |
| 28 | 21:47:28 | | |
| 29 | 52:38:00 | | |
| 30 | 39:51:37 | | |
| 31 | 43:37:00 | | |
| 32 | 49:56:47 | | |
| 33 | 52:36:00 | | |
| 34 | 31:45:25 | | |
| 35 | 47:47:54 | | |
| 36 | 42:08:50 | | |
| 37 | 52:24:53 | | |
| 38 | 31:05:58 | | |
| 39 | 43:06:21 | | |
| 40 | 29:45:23 | | |
| 41 | 53:08:45 | | |
| 42 | 51:10:58 | | |
| 43 | 50:04:51 | | |
| 44 | 49:28:06 | | |
| 45 | 76:14:16 | | |
| 46 | 51:10:34 | | |
| 47 | | | |
| 48 | 46:10:30 | | |
| 49 | 54:14:44 | | |
| 50 | 50:49:25 | | |
| 51 | 49:02:32 | | |
| 52 | 29:54:29 | | |
| 53 | 6:09:49 | | |
| 2019 | | | |
| 1 | 28:30:20 | | |
| 2 | 42:35:56 | | |
| 3 | 51:58:31 | | |
| 4 | 52:03:48 | | |
| 5 | 30:50:44 | | |
| 6 | 58:51:04 | | |
| 7 | 57:02:06 | | |
| 8 | 52:00:32 | | |
| 9 | 41:49:23 | | |
| 10 | 53:22:53 | | |
| 11 | 42:05:59 | | |
| 12 | 42:33:36 | | |

| Employee | E17118 | Brown | Keith |
|---|---|---|---|
| Year/Week | Hours Worked | | |
| 13 | 10:22:37 | | |
| 14 | 21:18:11 | | |
| 15 | 54:14:13 | | |
| 16 | 41:56:34 | | |
| 17 | 41:59:24 | | |
| 18 | 49:42:57 | | |
| 19 | 46:26:41 | | |
| 20 | 60:55:42 | | |
| 21 | 62:09:26 | | |
| 22 | 42:32:51 | | |
| 23 | 51:17:31 | | |
| 24 | 42:47:07 | | |
| 25 | | | |
| 26 | 19:58:43 | | |
| 27 | | | |
| 28 | 13:04:17 | | |
| 29 | 9:30:28 | | |
| 30 | | | |
| 31 | 9:28:59 | | |
| 32 | 4:08:12 | | |
| 33 | | | |
| 34 | 10:22:13 | | |
| 35 | | | |
| 36 | | | |
| 37 | 51:29:14 | | |
| 38 | 46:39:06 | | |
| 39 | 52:47:35 | | |
| 40 | 50:53:56 | | |
| 41 | 51:38:10 | | |
| 42 | 19:32:22 | | |
| 43 | 42:25:25 | | |
| 44 | 50:59:29 | | |
| 45 | 51:14:05 | | |
| 46 | 48:11:42 | | |
| 47 | 51:58:28 | | |
| 48 | 28:43:35 | | |
| 49 | 51:08:01 | | |
| 50 | 50:23:03 | | |
| 51 | 49:09:49 | | |
| 52 | 31:50:13 | | |

| Employee | E17118 | Brown | Keith |
|---|---|---|---|
| Year/Week | Hours Worked | | |
| 53 | 13:20:33 | | |
| **2020** | | | |
| 1 | 19:10:58 | | |
| 2 | 39:27:59 | | |
| 3 | 48:02:02 | | |
| 4 | 49:40:25 | | |
| 5 | 48:50:59 | | |
| 6 | 20:27:35 | | |
| 7 | 49:43:24 | | |
| 8 | 39:30:49 | | |
| 9 | 48:54:55 | | |
| 10 | 40:07:08 | | |
| 11 | 25:15:37 | | |
| 12 | 5:17:19 | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | 8:53:38 | | |
| 29 | | | |
| 30 | | | |
| 31 | | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | | | |

4

| Employee | E17118 | Brown | Keith |
|---|---|---|---|
| Year/Week | Hours Worked | | |
| 39 | | | |
| 40 | | | |
| 41 | | | |
| 42 | | | |
| 43 | | | |
| 44 | | | |
| 45 | | | |
| 46 | | | |
| 47 | | | |
| 48 | | | |
| 49 | | | |
| 50 | | | |
| 51 | | | |
| 52 | | | |
| 53 | | | |
| Average Week Hour | | | |
| Average Time Over 40 | | | |
| Weeks Over 40 | | | |

5