# EXHIBIT G

| Employee | E37783 | Childs | Dannielle |
|---|---|---|---|
| Year/Week | Hours Worked | | |
| **2019** | | | |
| 50 | | | |
| 51 | | | |
| 52 | | | |
| 53 | 6:39:24 | | |
| **2020** | | | |
| 1 | 9:30:00 | | |
| 2 | 18:51:42 | | |
| 3 | 20:11:21 | | |
| 4 | 28:21:27 | | |
| 5 | 24:42:46 | | |
| 6 | 14:11:06 | | |
| 7 | 33:55:21 | | |
| 8 | 7:00:33 | | |
| 9 | 21:09:07 | | |
| 10 | 15:33:14 | | |
| 11 | 19:29:07 | | |
| 12 | 29:31:19 | | |
| 13 | 18:57:55 | | |
| 14 | 17:18:49 | | |
| 15 | 11:18:49 | | |
| 16 | 10:39:42 | | |
| 17 | 18:09:36 | | |
| 18 | 19:26:55 | | |
| 19 | 29:31:55 | | |
| 20 | 52:38:11 | | |
| 21 | 26:12:19 | | |
| 22 | 17:26:01 | | |
| 23 | 37:05:15 | | |
| 24 | 29:49:36 | | |
| 25 | 29:04:02 | | |
| 26 | 29:26:48 | | |
| 27 | 34:13:55 | | |
| 28 | 39:02:05 | | |
| 29 | 34:48:58 | | |
| 30 | 48:41:57 | | |
| 31 | 47:17:03 | | |
| 32 | 44:38:17 | | |
| 33 | 49:38:58 | | |
| 34 | 26:26:38 | | |

| Employee | E37783 | Childs | Dannielle |
|---|---|---|---|
| Year/Week | Hours Worked | | |
| 35 | 29:07:43 | | |
| 36 | 25:40:28 | | |
| 37 | 44:53:30 | | |
| 38 | 33:38:59 | | |
| 39 | 48:50:06 | | |
| 40 | 27:59:18 | | |
| 41 | 29:19:34 | | |
| 42 | 41:16:44 | | |
| 43 | 26:07:12 | | |
| 44 | 28:02:21 | | |
| 45 | 39:26:10 | | |
| 46 | 46:32:13 | | |
| 47 | 46:58:17 | | |
| 48 | 30:43:59 | | |
| 49 | 72:39:13 | | |
| 50 | 50:31:51 | | |
| 51 | 41:32:01 | | |
| 52 | 21:14:16 | | |
| 53 | 33:12:32 | | |
| 2021 | | | |
| 2 | 35:41:56 | | |
| 3 | 34:23:19 | | |
| 4 | 21:15:18 | | |
| 5 | 20:05:09 | | |
| 6 | 44:38:36 | | |
| 7 | 28:54:17 | | |
| 8 | 29:55:34 | | |
| 9 | 26:36:21 | | |
| 10 | 32:33:37 | | |
| 11 | 45:28:19 | | |
| 12 | 46:39:32 | | |
| 13 | 38:42:09 | | |
| 14 | 29:14:39 | | |
| 15 | 28:19:47 | | |
| 16 | 25:54:35 | | |
| 17 | 32:23:27 | | |
| 18 | 31:23:59 | | |
| 19 | 40:33:26 | | |
| 20 | 30:20:39 | | |
| 21 | 49:11:24 | | |

| Employee Year/Week | E37783 Hours Worked | Childs | Dannielle |
|---|---|---|---|
| 22 | 41:58:55 | | |
| 23 | 35:36:54 | | |
| 24 | 42:30:27 | | |
| 25 | 52:02:01 | | |
| 26 | 34:12:21 | | |
| 27 | 46:24:07 | | |
| 28 | 36:27:04 | | |
| 29 | 37:48:40 | | |
| 30 | 55:35:45 | | |
| 31 | 44:29:02 | | |
| 32 | 39:22:58 | | |
| 33 | 40:15:27 | | |
| 34 | 25:10:09 | | |
| 35 | 48:37:11 | | |
| 36 | 51:14:24 | | |
| 37 | 38:54:31 | | |
| 38 | 27:36:13 | | |
| 39 | 32:36:31 | | |
| 40 | 32:31:44 | | |
| 41 | 43:37:48 | | |
| 42 | 40:54:22 | | |
| 43 | 45:02:48 | | |
| 44 | 50:01:06 | | |
| 45 | 38:59:39 | | |
| 46 | 30:32:04 | | |
| 47 | | | |
| 48 | 29:20:26 | | |
| 49 | 49:47:06 | | |
| 50 | 31:06:15 | | |
| 51 | 39:25:24 | | |
| 52 | 30:47:06 | | |
| 53 | 34:01:50 | | |
| 2022 | | | |
| 2 | 30:18:12 | | |
| 3 | 41:52:33 | | |
| 4 | 48:11:57 | | |
| 5 | 42:06:12 | | |
| 6 | 45:30:43 | | |
| 7 | 41:26:29 | | |
| 8 | 40:45:54 | | |

| Employee Year/Week | E37783 Hours Worked | Childs | Dannielle |
|---|---|---|---|
| 9 | 38:47:46 | | |
| 10 | 24:39:29 | | |
| 11 | 45:31:02 | | |
| 12 | 38:30:11 | | |
| 13 | 38:13:13 | | |
| 14 | 38:21:47 | | |
| 15 | 39:57:18 | | |
| 16 | 27:49:56 | | |
| 17 | 25:16:42 | | |
| 18 | 52:27:38 | | |
| 19 | 40:06:52 | | |
| 20 | 42:04:04 | | |
| 21 | 35:25:55 | | |
| 22 | 56:13:27 | | |
| 23 | 36:14:39 | | |
| 24 | 37:34:37 | | |
| 25 | 47:46:28 | | |
| 26 | 37:46:33 | | |
| 27 | 52:17:25 | | |
| 28 | 39:33:35 | | |
| 29 | 44:44:42 | | |
| 30 | 41:53:38 | | |
| 31 | 40:59:41 | | |
| 32 | 40:31:16 | | |
| 33 | 38:34:34 | | |
| 34 | 41:23:14 | | |
| 35 | 45:00:45 | | |
| 36 | 31:51:15 | | |
| 37 | 38:59:18 | | |
| 38 | 34:16:38 | | |
| 39 | 47:59:20 | | |
| 40 | 40:46:38 | | |
| 41 | 44:14:41 | | |
| 42 | 45:31:58 | | |
| 43 | 39:52:13 | | |
| 44 | 36:15:16 | | |
| 45 | 15:44:31 | | |
| 46 | 34:56:44 | | |
| 47 | 45:04:10 | | |
| 48 | 28:03:05 | | |

| Employee | E37783 | Childs | Dannielle |
|---|---|---|---|
| Year/Week | Hours Worked | | |
| 49 | 35:56:11 | | |
| 50 | 32:35:47 | | |
| 51 | 31:09:12 | | |
| 52 | 37:17:25 | | |
| 53 | 35:16:19 | | |
| 2023 | | | |
| 1 | 26:07:03 | | |
| 2 | 45:01:52 | | |
| 3 | 39:20:04 | | |
| 4 | 43:13:46 | | |
| 5 | 37:56:56 | | |
| 6 | 41:45:04 | | |
| 7 | 36:46:30 | | |
| 8 | 43:22:15 | | |
| 9 | 39:21:52 | | |
| 10 | 55:56:45 | | |
| 11 | 39:40:39 | | |
| 12 | 40:42:33 | | |
| 13 | 41:33:28 | | |
| 14 | 33:08:56 | | |
| 15 | 17:18:18 | | |
| 16 | 43:30:57 | | |
| 17 | 41:08:27 | | |
| 18 | | | |
| Average Week Hour | 36:03:44 | | |
| Average Time Over 40 | 0:00:00 | | |
| Weeks Over 40 | 65 | | |

5