# EXHIBIT H

| Employee Year/Week | E31398 Hours Worked | Clendennin | Ryan |
|---|---|---|---|
| **2017** | | | |
| 41 | 54:32:28 | | |
| 42 | 53:51:35 | | |
| 43 | 52:34:39 | | |
| 44 | 55:55:14 | | |
| 45 | 50:23:38 | | |
| 46 | 57:07:03 | | |
| 47 | 33:46:27 | | |
| 48 | 55:32:28 | | |
| 49 | 55:07:02 | | |
| 50 | 50:40:02 | | |
| 51 | 47:03:54 | | |
| 52 | 47:45:16 | | |
| **2018** | | | |
| 1 | 48:58:20 | | |
| 2 | 44:55:35 | | |
| 3 | 42:49:56 | | |
| 4 | 62:29:13 | | |
| 5 | 50:56:41 | | |
| 6 | 39:14:20 | | |
| 7 | 52:47:53 | | |
| 8 | 54:55:49 | | |
| 9 | 51:05:25 | | |
| 10 | 55:15:20 | | |
| 11 | 56:41:59 | | |
| 12 | 52:09:47 | | |
| 13 | 42:01:26 | | |
| 14 | 50:03:17 | | |
| 15 | 52:27:20 | | |
| 16 | 49:55:49 | | |
| 17 | 48:48:35 | | |
| 18 | 50:36:09 | | |
| 19 | 57:03:53 | | |
| 20 | 61:33:03 | | |
| 21 | 46:54:02 | | |
| 22 | 46:35:04 | | |
| 23 | 61:00:27 | | |
| 24 | 48:43:50 | | |
| 25 | 67:06:31 | | |
| 26 | 43:18:57 | | |

| Employee | E31398 | Clendennin | Ryan |
|---|---|---|---|
| Year/Week | Hours Worked | | |
| 27 | 38:18:27 | | |
| 28 | | | |
| 29 | 11:17:46 | | |
| 30 | | | |
| 31 | | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | | | |
| 39 | | | |
| 40 | | | |
| 41 | | | |
| 42 | | | |
| 43 | | | |
| 44 | | | |
| 45 | | | |
| 46 | 10:51:27 | | |
| 47 | | | |
| 48 | | | |
| 49 | | | |
| 50 | | | |
| 51 | | | |
| 52 | | | |
| 53 | | | |
| Average Week Hour | 49:06:15 | | |
| Average Time Over 40 | 9:06:15 | | |
| Weeks Over 40 | 36 | | |

2