# EXHIBIT I

| Employee Year/Week | E37785 Hours Worked | Fish | Caleb |
|---|---|---|---|
| 2018 | | | |
| 30 | | | |
| 31 | | | |
| 32 | 26:19:27 | | |
| 33 | 38:59:21 | | |
| 34 | 25:31:57 | | |
| 35 | 33:00:42 | | |
| 36 | 24:24:51 | | |
| 37 | 33:36:03 | | |
| 38 | 41:09:42 | | |
| 39 | | | |
| 40 | 29:04:14 | | |
| 41 | 44:54:26 | | |
| 42 | 36:52:10 | | |
| 43 | 74:37:41 | | |
| 44 | 50:06:24 | | |
| 45 | 54:28:20 | | |
| 46 | 48:22:33 | | |
| 47 | 31:22:06 | | |
| 48 | 41:53:09 | | |
| 49 | 46:43:25 | | |
| 50 | 43:03:27 | | |
| 51 | 27:00:41 | | |
| 52 | 33:55:00 | | |
| 53 | 9:33:15 | | |
| 2019 | | | |
| 1 | 31:17:02 | | |
| 2 | 48:43:45 | | |
| 3 | 49:43:30 | | |
| 4 | 50:16:49 | | |
| 5 | 30:54:09 | | |
| 6 | 32:37:13 | | |
| 7 | 42:41:43 | | |
| 8 | 64:34:29 | | |
| 9 | 55:53:57 | | |
| 10 | 38:24:17 | | |
| 11 | | | |
| 12 | 45:41:04 | | |
| 13 | 47:23:54 | | |
| 14 | 43:47:57 | | |

| Employee Year/Week | E37785 Hours Worked | Fish | Caleb |
|---|---|---|---|
| 15 | 48:52:16 | | |
| 16 | 25:18:50 | | |
| 17 | 41:55:26 | | |
| 18 | 46:23:48 | | |
| 19 | 42:44:08 | | |
| 20 | 45:06:24 | | |
| 21 | 27:17:54 | | |
| 22 | 40:01:27 | | |
| 23 | 49:01:10 | | |
| 24 | 50:02:20 | | |
| 25 | 48:58:18 | | |
| 26 | 51:27:02 | | |
| 27 | 40:40:57 | | |
| 28 | 32:35:27 | | |
| 29 | 48:23:51 | | |
| 30 | 45:33:30 | | |
| 31 | 49:03:13 | | |
| 32 | 38:33:44 | | |
| 33 | 45:04:09 | | |
| 34 | 44:05:18 | | |
| 35 | 40:30:14 | | |
| 36 | 39:58:29 | | |
| 37 | 50:30:53 | | |
| 38 | 46:16:54 | | |
| 39 | 46:16:31 | | |
| 40 | 49:21:10 | | |
| 41 | 52:36:58 | | |
| 42 | 49:37:40 | | |
| 43 | 48:33:21 | | |
| 44 | 47:05:17 | | |
| 45 | 48:32:36 | | |
| 46 | 54:38:20 | | |
| 47 | 57:51:21 | | |
| 48 | 30:15:00 | | |
| 49 | 38:52:57 | | |
| 50 | 50:51:21 | | |
| 51 | 52:19:54 | | |
| 52 | 33:15:03 | | |
| 53 | 8:47:56 | | |
| 2020 | | | |

| Employee Year/Week | E37785 Hours Worked | Fish | Caleb |
|---|---|---|---|
| 1 | 21:42:28 | | |
| 2 | 68:25:14 | | |
| 3 | 42:18:45 | | |
| 4 | 56:26:46 | | |
| 5 | 43:14:38 | | |
| 6 | 47:11:48 | | |
| 7 | 36:17:24 | | |
| 8 | 43:47:11 | | |
| 9 | 40:53:05 | | |
| 10 | 40:52:27 | | |
| 11 | 49:00:32 | | |
| 12 | 40:08:30 | | |
| 13 | 41:19:18 | | |
| 14 | 37:27:11 | | |
| 15 | 33:15:43 | | |
| 16 | 39:27:32 | | |
| 17 | 59:13:11 | | |
| 18 | 28:00:10 | | |
| 19 | 33:20:27 | | |
| 20 | 37:54:40 | | |
| 21 | 39:07:22 | | |
| 22 | 35:31:25 | | |
| 23 | 42:19:51 | | |
| 24 | 40:29:23 | | |
| 25 | 45:42:04 | | |
| 26 | 46:25:49 | | |
| 27 | 35:58:54 | | |
| 28 | 46:58:42 | | |
| 29 | 42:56:47 | | |
| 30 | 51:33:25 | | |
| 31 | 48:26:44 | | |
| 32 | 47:06:53 | | |
| 33 | 49:09:04 | | |
| 34 | 51:51:10 | | |
| 35 | 34:18:42 | | |
| 36 | 45:37:38 | | |
| 37 | 27:08:10 | | |
| 38 | 47:18:08 | | |
| 39 | 36:43:41 | | |
| 40 | 48:51:49 | | |

| Employee Year/Week | E37785 Hours Worked | Fish | Caleb |
|---|---|---|---|
| 41 | 50:38:42 | | |
| 42 | 8:11:26 | | |
| 43 | 26:40:26 | | |
| 44 | 45:25:24 | | |
| 45 | 15:50:34 | | |
| 46 | | | |
| 47 | 10:42:09 | | |
| 48 | 6:12:38 | | |
| 49 | | | |
| 50 | 9:25:21 | | |
| 51 | 47:05:54 | | |
| 52 | 36:33:33 | | |
| 53 | 36:51:43 | | |
| 2021 | | | |
| 2 | 48:15:32 | | |
| 3 | 45:06:21 | | |
| 4 | 46:14:11 | | |
| 5 | 47:16:09 | | |
| 6 | 40:10:42 | | |
| 7 | 49:46:01 | | |
| 8 | 46:10:34 | | |
| 9 | 45:53:03 | | |
| 10 | 47:00:42 | | |
| 11 | 19:22:28 | | |
| 12 | 18:12:42 | | |
| 13 | 47:14:03 | | |
| 14 | 47:51:30 | | |
| 15 | 46:57:23 | | |
| 16 | 50:56:08 | | |
| 17 | 44:23:04 | | |
| 18 | 55:09:55 | | |
| 19 | 50:35:52 | | |
| 20 | 47:47:05 | | |
| 21 | 46:58:34 | | |
| 22 | 49:50:07 | | |
| 23 | 42:48:03 | | |
| 24 | 53:51:04 | | |
| 25 | 46:50:54 | | |
| 26 | 51:16:44 | | |
| 27 | 46:46:46 | | |

| Employee Year/Week | E37785 Hours Worked | Fish | Caleb |
|---|---|---|---|
| 28 | 39:39:40 | | |
| 29 | 31:41:54 | | |
| 30 | 53:55:13 | | |
| 31 | 46:57:57 | | |
| 32 | 49:58:51 | | |
| 33 | 47:42:57 | | |
| 34 | 49:39:02 | | |
| 35 | 47:01:27 | | |
| 36 | 50:45:06 | | |
| 37 | 48:19:50 | | |
| 38 | 42:52:13 | | |
| 39 | 49:46:21 | | |
| 40 | 51:06:46 | | |
| 41 | 50:43:09 | | |
| 42 | 47:44:21 | | |
| 43 | 47:26:16 | | |
| 44 | 50:16:29 | | |
| 45 | 53:10:14 | | |
| 46 | 50:35:22 | | |
| 47 | 57:52:18 | | |
| 48 | 36:52:01 | | |
| 49 | 52:27:34 | | |
| 50 | 46:57:49 | | |
| 51 | 38:02:33 | | |
| 52 | 37:22:21 | | |
| 53 | 38:25:17 | | |
| 2022 | | | |
| 2 | 37:17:21 | | |
| 3 | 55:10:52 | | |
| 4 | 52:08:10 | | |
| 5 | 42:24:35 | | |
| 6 | 45:43:47 | | |
| 7 | 49:30:53 | | |
| 8 | 40:51:48 | | |
| 9 | 26:15:11 | | |
| 10 | 47:20:18 | | |
| 11 | 40:39:30 | | |
| 12 | 47:33:11 | | |
| 13 | 47:48:12 | | |
| 14 | 47:30:15 | | |

| Employee | E37785 | Fish | Caleb |
| --- | --- | --- | --- |
| Year/Week | Hours Worked | | |
| 15 | 53:06:38 | | |
| 16 | 47:34:45 | | |
| 17 | 48:45:01 | | |
| 18 | 54:12:37 | | |
| 19 | 43:38:34 | | |
| 20 | 53:13:42 | | |
| 21 | 47:36:16 | | |
| 22 | 42:45:29 | | |
| 23 | 38:18:22 | | |
| 24 | 50:19:14 | | |
| 25 | 55:07:55 | | |
| 26 | 51:19:09 | | |
| 27 | 60:00:29 | | |
| 28 | 27:22:13 | | |
| 29 | 49:03:01 | | |
| 30 | 50:50:06 | | |
| 31 | 39:34:52 | | |
| 32 | 48:04:16 | | |
| 33 | 49:51:19 | | |
| 34 | 49:11:38 | | |
| 35 | 41:15:06 | | |
| 36 | 45:37:21 | | |
| 37 | 25:40:35 | | |
| 38 | 50:05:42 | | |
| 39 | 50:46:17 | | |
| 40 | 43:16:12 | | |
| 41 | 46:34:59 | | |
| 42 | 25:49:19 | | |
| 43 | 48:22:37 | | |
| 44 | 49:15:41 | | |
| 45 | 43:03:19 | | |
| 46 | 40:27:18 | | |
| 47 | 48:43:48 | | |
| 48 | 30:38:29 | | |
| 49 | 37:03:44 | | |
| 50 | 45:00:03 | | |
| 51 | 50:18:29 | | |
| 52 | 36:53:06 | | |
| 53 | 36:23:25 | | |
| 2023 | | | |

| Employee Year/Week | E37785 Hours Worked | Fish | Caleb |
|---|---|---|---|
| 1 | 36:36:00 | | |
| 2 | 42:46:01 | | |
| 3 | 35:48:52 | | |
| 4 | 47:44:58 | | |
| 5 | 38:58:44 | | |
| 6 | 39:40:23 | | |
| 7 | 45:49:21 | | |
| 8 | 45:25:22 | | |
| 9 | 25:19:21 | | |
| 10 | 42:18:37 | | |
| 11 | 49:34:02 | | |
| 12 | 42:39:36 | | |
| 13 | 49:54:02 | | |
| 14 | 36:00:46 | | |
| 15 | 53:37:06 | | |
| 16 | 46:03:27 | | |
| 17 | 46:49:41 | | |
| 18 | | | |
| Average Week Hour | 43:01:50 | | |
| Average Time Over 40 | 3:01:50 | | |
| Weeks Over 40 | 173 | | |