# EXHIBIT K

| Employee | E38717 | Jackson | Matthew |
|---|---|---|---|
| Year/Week | Hours Worked | | |
| 2018 | | | |
| 47 | | | |
| 48 | | | |
| 49 | | | |
| 50 | | | |
| 51 | 30:54:53 | | |
| 52 | 25:19:28 | | |
| 53 | 5:49:27 | | |
| 2019 | | | |
| 1 | 26:20:45 | | |
| 2 | 28:25:31 | | |
| 3 | 35:30:54 | | |
| 4 | 5:33:40 | | |
| 5 | 21:15:23 | | |
| 6 | 35:21:03 | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| Average Week Hour | 23:50:07 | | |
| Average Time Over 40 | 0:00:00 | | |
| Weeks Over 40 | 0 | | |