# EXHIBIT L

| Employee | E43215 | Johnson | Gary |
|---|---|---|---|
| Year/Week | Hours Worked | | |
| 2022 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | 28:34:02 | | |
| 8 | 47:02:13 | | |
| 9 | 47:56:56 | | |
| 10 | 42:43:52 | | |
| 11 | 47:02:40 | | |
| 12 | 48:25:01 | | |
| 13 | 47:31:44 | | |
| 14 | 48:40:37 | | |
| 15 | 47:48:05 | | |
| 16 | 46:41:53 | | |
| 17 | 46:25:47 | | |
| 18 | 48:05:57 | | |
| 19 | 43:09:42 | | |
| 20 | 40:53:12 | | |
| 21 | 72:29:22 | | |
| 22 | 53:17:31 | | |
| 23 | 28:42:43 | | |
| 24 | 58:31:39 | | |
| 25 | 57:00:21 | | |
| 26 | 54:07:16 | | |
| 27 | 51:44:13 | | |
| 28 | 53:08:02 | | |
| 29 | 51:52:28 | | |
| 30 | 45:43:13 | | |
| 31 | 57:43:25 | | |
| 32 | 57:31:36 | | |
| 33 | 51:49:56 | | |
| 34 | 54:39:28 | | |
| 35 | 52:39:08 | | |
| 36 | 58:05:39 | | |
| 37 | 48:53:13 | | |
| 38 | 48:43:41 | | |
| 39 | 53:25:30 | | |
| 40 | 53:22:01 | | |

| Employee | E43215 | Johnson | Gary |
|---|---|---|---|
| Year/Week | Hours Worked | | |
| 41 | 49:28:44 | | |
| 42 | 56:46:00 | | |
| 43 | 51:26:51 | | |
| 44 | 52:06:43 | | |
| 45 | 56:05:17 | | |
| 46 | 30:09:16 | | |
| 47 | 54:47:58 | | |
| 48 | 31:33:03 | | |
| 49 | 47:28:40 | | |
| 50 | 50:59:58 | | |
| 51 | 42:19:48 | | |
| 52 | 41:21:32 | | |
| 53 | 39:44:51 | | |
| **2023** | | | |
| 1 | | | |
| 2 | 52:57:31 | | |
| 3 | 50:32:31 | | |
| 4 | 29:16:52 | | |
| 5 | 49:31:56 | | |
| 6 | 47:11:35 | | |
| 7 | 50:30:53 | | |
| 8 | 54:38:12 | | |
| 9 | 37:26:19 | | |
| 10 | 38:44:54 | | |
| 11 | 53:01:37 | | |
| 12 | 9:48:25 | | |
| 13 | | | |
| 14 | 11:01:17 | | |
| 15 | | | |
| 16 | 11:48:11 | | |
| 17 | | | |
| 18 | | | |
| Average Week Hour | 46:35:21 | | |
| Average Time Over 40 | 6:35:21 | | |
| Weeks Over 40 | 49 | | |