# EXHIBIT M

| Employee | E39341 | Lammer | Ricardo |
|---|---|---|---|
| Year/Week | Hours Worked | | |
| 2019 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | 7:03:12 | | |
| 20 | 44:36:10 | | |
| 21 | 44:48:46 | | |
| 22 | 37:34:16 | | |
| 23 | 9:22:48 | | |
| 24 | 27:05:22 | | |
| 25 | 47:01:02 | | |
| 26 | 29:38:46 | | |
| 27 | 16:21:11 | | |
| 28 | 38:54:08 | | |
| 29 | 30:35:05 | | |
| 30 | 39:18:40 | | |
| 31 | 20:29:15 | | |
| 32 | 29:40:21 | | |
| 33 | 20:02:15 | | |
| 34 | 34:18:03 | | |
| 35 | 38:03:37 | | |
| 36 | 33:10:36 | | |
| 37 | 30:42:01 | | |
| 38 | 27:24:40 | | |
| 39 | 24:51:32 | | |
| 40 | | | |
| 41 | | | |
| 42 | | | |
| Average Week Hour | 26:28:17 | | |
| Average Time Over 40 | 0:00:00 | | |
| Weeks Over 40 | 3 | | |

1