# EXHIBIT N

| Employee Year/Week | E42997 Hours Worked | Newkirk | Antony |
|---|---|---|---|
| **2021** | | | |
| 52 | | | |
| 53 | | | |
| **2022** | | | |
| 2 | | | |
| 3 | 37:01:26 | | |
| 4 | 56:10:58 | | |
| 5 | 63:10:21 | | |
| 6 | 72:14:36 | | |
| 7 | 48:38:27 | | |
| 8 | 80:48:45 | | |
| 9 | 70:26:44 | | |
| 10 | 39:13:24 | | |
| 11 | 52:47:44 | | |
| 12 | 81:52:14 | | |
| 13 | 69:25:04 | | |
| 14 | 28:27:30 | | |
| 15 | 60:16:28 | | |
| 16 | 54:28:11 | | |
| 17 | 40:25:20 | | |
| 18 | 58:44:50 | | |
| 19 | 51:06:59 | | |
| 20 | 55:56:27 | | |
| 21 | 23:09:24 | | |
| 22 | 63:44:04 | | |
| 23 | 27:06:33 | | |
| 24 | 26:14:23 | | |
| 25 | 79:31:58 | | |
| 26 | | | |
| **Average Week Hour** | 53:57:28 | | |
| **Average Time Over 40** | 13:57:28 | | |
| **Weeks Over 40** | 17 | | |