# EXHIBIT O

| Employee Year/Week | E42544 Hours Worked | Okimoto | Paul |
|---|---|---|---|
| 2021 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | | | |
| 39 | | | |
| 40 | 11:21:19 | | |
| 41 | 32:39:48 | | |
| 42 | 62:11:42 | | |
| 43 | 34:45:56 | | |
| 44 | 34:06:39 | | |
| 45 | 47:28:16 | | |
| 46 | 53:56:49 | | |
| 47 | 31:07:12 | | |
| 48 | 27:37:04 | | |
| 49 | 45:54:24 | | |
| 50 | 71:16:00 | | |
| 51 | 45:30:43 | | |
| 52 | 35:38:20 | | |
| 53 | 33:07:52 | | |
| 2022 | | | |
| 2 | 46:41:51 | | |
| 3 | 48:31:58 | | |
| 4 | 53:58:52 | | |
| 5 | 62:28:48 | | |
| 6 | 48:00:43 | | |
| 7 | 57:47:29 | | |
| 8 | 57:03:00 | | |
| 9 | 50:29:24 | | |
| 10 | 54:07:52 | | |
| 11 | 55:48:13 | | |
| 12 | 50:53:23 | | |
| 13 | 52:25:27 | | |
| 14 | 64:54:44 | | |
| 15 | 55:26:03 | | |
| 16 | 45:40:32 | | |
| 17 | 38:44:09 | | |
| 18 | 52:17:51 | | |
| 19 | 46:15:56 | | |

| Employee | E42544 | Okimoto | Paul |
|---|---|---|---|
| Year/Week | Hours Worked | | |
| 20 | 46:30:32 | | |
| 21 | 48:49:37 | | |
| 22 | 52:21:29 | | |
| 23 | 45:25:15 | | |
| 24 | 40:56:24 | | |
| 25 | 61:13:26 | | |
| 26 | 58:32:21 | | |
| 27 | 54:25:57 | | |
| 28 | 59:44:13 | | |
| 29 | 67:38:40 | | |
| 30 | 25:00:31 | | |
| 31 | 23:09:36 | | |
| 32 | 24:34:16 | | |
| 33 | 12:44:42 | | |
| 34 | 27:21:17 | | |
| 35 | 57:23:16 | | |
| 36 | 47:41:17 | | |
| 37 | 45:50:34 | | |
| 38 | 38:31:32 | | |
| 39 | 52:44:50 | | |
| 40 | 45:49:22 | | |
| 41 | 46:09:12 | | |
| 42 | 43:56:42 | | |
| 43 | 44:48:41 | | |
| 44 | 41:41:01 | | |
| 45 | 37:04:25 | | |
| 46 | 26:04:04 | | |
| 47 | 53:00:25 | | |
| 48 | 28:01:36 | | |
| 49 | 40:53:21 | | |
| 50 | 46:44:14 | | |
| 51 | 45:49:13 | | |
| 52 | 43:25:23 | | |
| 53 | 34:09:36 | | |
| 2023 | | | |
| 1 | 42:04:48 | | |
| 2 | 49:03:45 | | |
| 3 | 44:25:01 | | |
| 4 | 46:54:13 | | |
| 5 | 44:53:00 | | |

| Employee | E42544 | Okimoto | Paul |
|---|---|---|---|
| Year/Week | Hours Worked | | |
| 6 | 43:29:20 | | |
| 7 | 49:21:21 | | |
| 8 | 61:10:20 | | |
| 9 | 47:02:40 | | |
| 10 | | | |
| 11 | 49:04:27 | | |
| 12 | 46:25:17 | | |
| 13 | 41:47:50 | | |
| 14 | 48:02:31 | | |
| 15 | 43:28:44 | | |
| 16 | 46:05:42 | | |
| 17 | 41:18:01 | | |
| 18 | | | |
| Average Week Hour | 45:22:50 | | |
| Average Time Over 40 | 5:22:50 | | |
| Weeks Over 40 | 63 | | |