# EXHIBIT P

| Employee Year/Week | E29815 Hours Worked | Perry | Charles |
|---|---|---|---|
| **2017** | | | |
| 41 | 48:12:56 | | |
| 42 | 78:02:08 | | |
| 43 | 50:04:03 | | |
| 44 | 51:33:42 | | |
| 45 | 62:00:04 | | |
| 46 | 81:26:00 | | |
| 47 | 27:19:37 | | |
| 48 | 55:17:20 | | |
| 49 | 40:27:01 | | |
| 50 | 51:56:00 | | |
| 51 | 54:18:51 | | |
| 52 | 49:45:53 | | |
| **2018** | | | |
| 1 | 48:24:01 | | |
| 2 | 54:55:08 | | |
| 3 | 56:22:44 | | |
| 4 | 58:30:53 | | |
| 5 | 36:36:34 | | |
| 6 | 61:47:41 | | |
| 7 | 51:21:19 | | |
| 8 | 60:35:49 | | |
| 9 | 57:25:50 | | |
| 10 | 55:29:24 | | |
| 11 | 53:45:00 | | |
| 12 | 58:05:49 | | |
| 13 | 48:04:04 | | |
| 14 | 38:35:39 | | |
| 15 | 60:53:31 | | |
| 16 | 67:48:47 | | |
| 17 | 68:04:44 | | |
| 18 | 71:11:21 | | |
| 19 | 59:05:16 | | |
| 20 | 56:07:59 | | |
| 21 | 58:14:46 | | |
| 22 | 20:47:11 | | |
| 23 | 45:23:18 | | |
| 24 | 47:38:14 | | |
| 25 | 71:33:29 | | |
| 26 | 62:09:33 | | |

| Employee | E29815 | Perry | Charles |
|---|---|---|---|
| Year/Week | Hours Worked | | |
| 27 | 50:09:47 | | |
| 28 | 46:55:06 | | |
| 29 | 35:51:16 | | |
| 30 | | | |
| 31 | | | |
| 32 | | | |
| 33 | 4:33:27 | | |
| 34 | 56:25:01 | | |
| 35 | 47:03:14 | | |
| 36 | 53:41:00 | | |
| 37 | 47:16:27 | | |
| 38 | 40:24:22 | | |
| 39 | 60:46:22 | | |
| 40 | 42:13:11 | | |
| 41 | | | |
| 42 | | | |
| 43 | | | |
| 44 | | | |
| 45 | | | |
| 46 | | | |
| 47 | | | |
| 48 | | | |
| 49 | | | |
| 50 | | | |
| 51 | | | |
| 52 | | | |
| 53 | | | |
| Average Week Hour | 52:20:26 | | |
| Average Time Over 40 | 12:20:26 | | |
| Weeks Over 40 | 43 | | |