# EXHIBIT Q

| Employee Year/Week | E31614 Hours Worked | Phipps | Kevin |
|---|---|---|---|
| 2017 | | | |
| 41 | | | |
| 42 | | | |
| 43 | 44:58:33 | | |
| 44 | 43:09:51 | | |
| 45 | 29:45:32 | | |
| 46 | 52:26:05 | | |
| 47 | 19:40:47 | | |
| 48 | 50:17:47 | | |
| 49 | 32:18:52 | | |
| 50 | 34:20:00 | | |
| 51 | 9:42:19 | | |
| 52 | 19:04:02 | | |
| 2018 | | | |
| 1 | | | |
| 2 | 37:58:38 | | |
| 3 | 32:13:12 | | |
| 4 | 53:42:11 | | |
| 5 | 67:08:21 | | |
| 6 | 37:41:47 | | |
| 7 | 48:39:21 | | |
| 8 | 38:44:19 | | |
| 9 | 11:01:31 | | |
| 10 | 54:48:20 | | |
| 11 | 46:21:00 | | |
| 12 | 37:28:41 | | |
| 13 | 35:24:30 | | |
| 14 | 49:59:30 | | |
| 15 | 36:17:09 | | |
| 16 | 53:09:51 | | |
| 17 | 47:51:14 | | |
| 18 | 74:12:12 | | |
| 19 | 50:23:40 | | |
| 20 | 52:12:51 | | |
| 21 | 37:37:30 | | |
| 22 | 39:34:45 | | |
| 23 | 26:01:36 | | |
| 24 | 58:06:01 | | |
| 25 | 44:41:45 | | |
| 26 | 70:58:28 | | |

| Employee | E31614 | Phipps | Kevin |
|---|---|---|---|
| Year/Week | Hours Worked | | |
| 27 | 67:35:41 | | |
| 28 | 47:25:59 | | |
| 29 | 59:00:55 | | |
| 30 | 56:31:48 | | |
| 31 | 49:16:30 | | |
| 32 | 45:49:56 | | |
| 33 | 29:07:08 | | |
| 34 | 44:45:23 | | |
| 35 | 42:03:42 | | |
| 36 | 31:11:41 | | |
| 37 | 42:03:57 | | |
| 38 | 53:05:40 | | |
| 39 | 44:21:35 | | |
| 40 | 38:45:40 | | |
| 41 | 67:02:13 | | |
| 42 | 22:25:26 | | |
| 43 | 23:27:59 | | |
| 44 | 40:05:40 | | |
| 45 | 23:00:10 | | |
| 46 | 41:09:54 | | |
| 47 | 24:34:43 | | |
| 48 | 42:48:56 | | |
| 49 | 45:15:59 | | |
| 50 | 43:30:30 | | |
| 51 | 41:38:07 | | |
| 52 | 32:10:05 | | |
| 53 | 4:01:01 | | |
| 2019 | | | |
| 1 | 24:46:44 | | |
| 2 | 24:58:22 | | |
| 3 | 33:11:28 | | |
| 4 | 33:33:44 | | |
| 5 | 32:40:59 | | |
| 6 | 42:43:42 | | |
| 7 | 28:26:28 | | |
| 8 | 9:21:12 | | |
| 9 | 8:07:55 | | |
| 10 | 25:45:01 | | |
| 11 | 38:25:36 | | |
| 12 | 38:11:27 | | |

2

| Employee | E31614 | Phipps | Kevin |
|---|---|---|---|
| Year/Week | Hours Worked | | |
| 13 | 32:18:26 | | |
| 14 | 7:37:31 | | |
| 15 | 4:47:51 | | |
| 16 | 38:44:50 | | |
| 17 | 39:11:18 | | |
| 18 | 42:22:41 | | |
| 19 | 38:56:29 | | |
| 20 | 34:31:15 | | |
| 21 | 41:00:25 | | |
| 22 | 35:24:36 | | |
| 23 | 41:38:53 | | |
| 24 | 40:39:09 | | |
| 25 | 30:37:06 | | |
| 26 | 44:18:45 | | |
| 27 | 26:37:16 | | |
| 28 | 41:32:44 | | |
| 29 | 44:33:47 | | |
| 30 | 47:29:27 | | |
| 31 | 44:04:01 | | |
| 32 | 42:35:39 | | |
| 33 | 29:23:12 | | |
| 34 | | | |
| 35 | 45:40:59 | | |
| 36 | 32:58:21 | | |
| 37 | 36:35:19 | | |
| 38 | 52:55:11 | | |
| 39 | 43:57:39 | | |
| 40 | 45:39:05 | | |
| 41 | 45:23:43 | | |
| 42 | 47:12:52 | | |
| 43 | 80:30:45 | | |
| 44 | 47:40:00 | | |
| 45 | | | |
| 46 | 8:11:27 | | |
| 47 | | | |
| 48 | | | |
| 49 | | | |
| 50 | | | |
| 51 | | | |
| 52 | | | |

| Employee | E31614 | Phipps | Kevin |
|---|---|---|---|
| Year/Week | Hours Worked | | |
| 53 | | | |
| 2020 | | | |
| 1 | | | |
| 2 | | | |
| 3 | 16:17:28 | | |
| 4 | 23:16:52 | | |
| 5 | 16:39:29 | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| Average Week Hour | 38:38:30 | | |
| Average Time Over 40 | 0:00:00 | | |
| Weeks Over 40 | 55 | | |

4