# EXHIBIT R

| Employee | E43785 | Redmer | Nathan |
|---|---|---|---|
| Year/Week | Hours Worked | | |
| 2022 | | | |
| 21 | | | |
| 22 | | | |
| 23 | 30:13:30 | | |
| 24 | 51:52:01 | | |
| 25 | 42:11:15 | | |
| 26 | 31:32:30 | | |
| 27 | 35:00:17 | | |
| 28 | 51:33:15 | | |
| 29 | 58:39:44 | | |
| 30 | 53:42:42 | | |
| 31 | 41:41:49 | | |
| 32 | 49:00:50 | | |
| 33 | 80:04:45 | | |
| 34 | 59:59:20 | | |
| 35 | 71:07:26 | | |
| 36 | 46:20:17 | | |
| 37 | 20:10:27 | | |
| 38 | 26:00:13 | | |
| 39 | 50:00:20 | | |
| 40 | 39:54:24 | | |
| 41 | 45:18:00 | | |
| 42 | 40:51:52 | | |
| 43 | 56:45:23 | | |
| 44 | 56:50:40 | | |
| 45 | 19:17:04 | | |
| 46 | | | |
| 47 | | | |
| Average Week Hour | 46:00:21 | | |
| Average Time Over 40 | 6:00:21 | | |
| Weeks Over 40 | 16 | | |
| | | | |