# EXHIBIT S

| Employee Year/Week | E43955 Hours Worked | Rhodes | Ryan |
|---|---|---|---|
| **2022** | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | 7:15:12 | | |
| 27 | 25:44:44 | | |
| 28 | 49:47:02 | | |
| 29 | 57:27:15 | | |
| 30 | 67:34:31 | | |
| 31 | 36:47:40 | | |
| 32 | 55:39:25 | | |
| 33 | 96:26:16 | | |
| 34 | 75:08:13 | | |
| 35 | 53:59:44 | | |
| 36 | 50:56:25 | | |
| 37 | 46:59:33 | | |
| 38 | 50:14:57 | | |
| 39 | 53:15:39 | | |
| 40 | 39:36:25 | | |
| 41 | 43:56:53 | | |
| 42 | 61:25:10 | | |
| 43 | 50:22:09 | | |
| 44 | 47:14:10 | | |
| 45 | 56:35:57 | | |
| 46 | 50:26:36 | | |
| 47 | 64:29:06 | | |
| 48 | 30:00:59 | | |
| 49 | 64:15:34 | | |
| 50 | 55:14:12 | | |
| 51 | 52:27:43 | | |
| 52 | 49:39:49 | | |
| 53 | 26:43:47 | | |
| **2023** | | | |
| 1 | 47:36:15 | | |
| 2 | 53:47:52 | | |
| 3 | 26:02:35 | | |
| 4 | 41:34:16 | | |
| 5 | 53:38:31 | | |

| Employee | E43955 | Rhodes | Ryan |
|---|---|---|---|
| Year/Week | Hours Worked | | |
| 6 | 62:00:48 | | |
| 7 | 51:54:05 | | |
| 8 | 55:18:45 | | |
| 9 | 49:15:06 | | |
| 10 | 49:19:30 | | |
| 11 | 53:41:53 | | |
| 12 | 56:18:21 | | |
| 13 | 54:06:49 | | |
| 14 | 52:41:30 | | |
| 15 | 56:09:28 | | |
| 16 | 42:13:41 | | |
| 17 | 42:01:18 | | |
| 18 | 12:00:52 | | |
| Average Week Hour | 49:33:11 | | |
| Average Time Over 40 | 9:33:11 | | |
| Weeks Over 40 | 38 | | |