# EXHIBIT T

| Employee | E44398 | Skonieczny | Jesse |
|---|---|---|---|
| Year/Week | Hours Worked | | |
| **2022** | | | |
| 42 | | | |
| 43 | | | |
| 44 | | | |
| 45 | | | |
| 46 | 23:26:56 | | |
| 47 | 43:59:20 | | |
| 48 | 15:51:52 | | |
| 49 | 32:37:01 | | |
| 50 | 28:00:53 | | |
| 51 | 36:21:44 | | |
| 52 | 24:20:03 | | |
| 53 | 43:58:17 | | |
| **2023** | | | |
| 1 | 15:33:14 | | |
| 2 | 38:00:54 | | |
| 3 | 51:11:19 | | |
| 4 | 50:50:07 | | |
| 5 | 33:20:44 | | |
| 6 | 43:46:54 | | |
| 7 | 53:15:09 | | |
| 8 | 17:54:47 | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| Average Week Hour | 34:31:50 | | |
| Average Time Over 40 | 0:00:00 | | |
| Weeks Over 40 | 6 | | |

1