# EXHIBIT U

| Employee | E41675 | Sujkowski | David |
|---|---|---|---|
| Year/Week | Hours Worked | | |
| 2021 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | 22:30:19 | | |
| 8 | 42:06:37 | | |
| 9 | | | |
| 10 | 52:56:01 | | |
| 11 | 41:54:51 | | |
| 12 | 46:32:32 | | |
| 13 | 53:59:03 | | |
| 14 | 46:54:30 | | |
| 15 | 31:48:45 | | |
| 16 | 47:38:51 | | |
| 17 | 31:51:52 | | |
| 18 | 29:43:12 | | |
| 19 | 48:55:04 | | |
| 20 | 51:18:38 | | |
| 21 | 40:04:00 | | |
| 22 | 50:28:16 | | |
| 23 | 38:45:10 | | |
| 24 | 47:31:53 | | |
| 25 | 47:08:51 | | |
| 26 | 47:06:15 | | |
| 27 | 52:39:30 | | |
| 28 | 41:40:10 | | |
| 29 | 51:04:58 | | |
| 30 | 45:50:22 | | |
| 31 | 48:05:40 | | |
| 32 | 40:55:36 | | |
| 33 | 43:09:28 | | |
| 34 | | | |
| 35 | 51:25:24 | | |
| 36 | 41:59:52 | | |
| 37 | 36:34:04 | | |
| 38 | 39:19:43 | | |
| 39 | 58:43:16 | | |
| 40 | 34:44:30 | | |

1

| Employee | E41675 | Sujkowski | David |
|---|---|---|---|
| Year/Week | Hours Worked | | |
| 41 | 46:33:57 | | |
| 42 | 49:15:37 | | |
| 43 | 45:55:44 | | |
| 44 | 51:43:46 | | |
| 45 | 51:36:02 | | |
| 46 | 50:16:14 | | |
| 47 | 56:15:38 | | |
| 48 | 30:20:57 | | |
| 49 | | | |
| 50 | | | |
| 51 | 47:15:43 | | |
| 52 | 35:20:37 | | |
| 53 | 34:31:30 | | |
| 2022 | | | |
| 2 | 16:51:27 | | |
| 3 | 47:37:18 | | |
| 4 | 48:25:10 | | |
| 5 | 36:47:35 | | |
| 6 | 44:22:18 | | |
| 7 | 47:36:21 | | |
| 8 | 48:28:55 | | |
| 9 | 48:35:44 | | |
| 10 | 32:12:28 | | |
| 11 | 25:13:24 | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| Average Week Hour | 43:24:36 | | |
| Average Time Over 40 | 3:24:36 | | |
| Weeks Over 40 | 38 | | |