# EXHIBIT V

| Employee Year/Week | E39890 Hours Worked | Tampa | Jordan |
|---|---|---|---|
| 2019 | | | |
| 31 | | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | 16:47:19 | | |
| 39 | 40:19:01 | | |
| 40 | 30:09:00 | | |
| 41 | 38:40:39 | | |
| 42 | 44:35:06 | | |
| 43 | 34:27:28 | | |
| 44 | 45:06:52 | | |
| 45 | 35:11:18 | | |
| 46 | 30:28:28 | | |
| 47 | 42:21:44 | | |
| 48 | 16:56:50 | | |
| 49 | 39:06:25 | | |
| 50 | 52:09:55 | | |
| 51 | 28:46:47 | | |
| 52 | 31:47:20 | | |
| 53 | 16:51:49 | | |
| 2020 | | | |
| 1 | 9:36:59 | | |
| 2 | 32:46:38 | | |
| 3 | 37:28:54 | | |
| 4 | 20:15:59 | | |
| 5 | 20:57:09 | | |
| 6 | 38:23:53 | | |
| 7 | 37:57:43 | | |
| 8 | 36:33:08 | | |
| 9 | 50:20:51 | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | 19:59:02 | | |
| 14 | 15:48:56 | | |
| 15 | | | |

| Employee Year/Week | E39890 Hours Worked | Tampa | Jordan |
|---|---|---|---|
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | 48:53:20 | | |
| 27 | 43:34:17 | | |
| 28 | 27:59:26 | | |
| 29 | 44:31:52 | | |
| 30 | 53:49:46 | | |
| 31 | 76:03:44 | | |
| 32 | 52:44:56 | | |
| 33 | 52:43:55 | | |
| 34 | 48:46:58 | | |
| 35 | 42:19:41 | | |
| 36 | 44:41:42 | | |
| 37 | 39:53:46 | | |
| 38 | 18:03:08 | | |
| 39 | 53:22:25 | | |
| 40 | 30:08:35 | | |
| 41 | 48:27:21 | | |
| 42 | 43:29:51 | | |
| 43 | 40:06:42 | | |
| 44 | 46:35:48 | | |
| 45 | 19:20:15 | | |
| 46 | 45:46:51 | | |
| 47 | 43:15:29 | | |
| 48 | 27:58:09 | | |
| 49 | 44:52:29 | | |
| 50 | 27:15:35 | | |
| 51 | 40:01:43 | | |
| 52 | 33:38:36 | | |
| 53 | 60:41:31 | | |
| 2021 | | | |
| 2 | 17:30:01 | | |

| Employee Year/Week | E39890 Hours Worked | Tampa | Jordan |
|---|---|---|---|
| 3 | 50:00:06 | | |
| 4 | 40:43:05 | | |
| 5 | 21:00:02 | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | 10:09:31 | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |
| 29 | | | |
| 30 | | | |
| 31 | | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | | | |
| 39 | | | |
| 40 | | | |
| 41 | | | |
| 42 | | | |

| Employee | E39890 | Tampa | Jordan |
|---|---|---|---|
| Year/Week | Hours Worked | | |
| 43 | | | |
| 44 | | | |
| 45 | | | |
| 46 | | | |
| 47 | | | |
| 48 | | | |
| 49 | | | |
| 50 | | | |
| 51 | | | |
| 52 | | | |
| 53 | | | |
| 2022 | | | |
| 2 | | | |
| 3 | | | |
| Average Week Hour | 36:42:26 | | |
| Average Time Over 40 | 0:00:00 | | |
| Weeks Over 40 | 28 | | |