# EXHIBIT W

| Employee | E41647 | Winconek | Kyle |
|---|---|---|---|
| Year/Week | Hours Worked | | |
| 2021 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | 35:52:40 | | |
| 8 | 35:36:49 | | |
| 9 | 58:22:07 | | |
| 10 | 50:03:11 | | |
| 11 | 49:56:25 | | |
| 12 | 48:53:52 | | |
| 13 | 54:08:00 | | |
| 14 | 45:05:41 | | |
| 15 | 46:31:14 | | |
| 16 | 50:05:09 | | |
| 17 | 34:31:58 | | |
| 18 | 44:00:47 | | |
| 19 | 45:34:00 | | |
| 20 | 27:45:39 | | |
| 21 | 33:31:34 | | |
| 22 | 47:32:14 | | |
| 23 | 37:00:12 | | |
| 24 | 47:54:18 | | |
| 25 | 47:15:54 | | |
| 26 | 34:38:07 | | |
| 27 | 49:40:42 | | |
| 28 | 47:07:24 | | |
| 29 | 48:42:03 | | |
| 30 | 47:34:30 | | |
| 31 | 48:33:17 | | |
| 32 | 47:54:55 | | |
| 33 | 46:57:52 | | |
| 34 | 46:24:25 | | |
| 35 | 36:19:53 | | |
| 36 | 54:58:23 | | |
| 37 | 9:09:56 | | |
| 38 | 51:36:08 | | |
| 39 | 55:19:21 | | |
| 40 | 35:21:31 | | |

| Employee Year/Week | E41647 Hours Worked | Winconek | Kyle |
|---|---|---|---|
| 41 | 40:18:05 | | |
| 42 | 47:12:09 | | |
| 43 | 29:52:51 | | |
| 44 | 26:39:23 | | |
| 45 | 19:15:09 | | |
| 46 | 45:05:46 | | |
| 47 | 85:57:57 | | |
| 48 | 27:47:44 | | |
| 49 | 46:09:52 | | |
| 50 | 49:15:10 | | |
| 51 | 56:42:53 | | |
| 52 | 37:14:05 | | |
| 53 | 27:14:43 | | |
| **2022** | | | |
| 2 | 57:38:27 | | |
| 3 | 52:09:57 | | |
| 4 | 51:14:58 | | |
| 5 | 56:48:26 | | |
| 6 | 50:01:25 | | |
| 7 | 48:25:25 | | |
| 8 | 48:35:35 | | |
| 9 | 53:34:53 | | |
| 10 | 46:37:43 | | |
| 11 | 47:55:43 | | |
| 12 | 31:47:44 | | |
| 13 | 23:07:07 | | |
| 14 | 45:07:10 | | |
| 15 | 54:27:55 | | |
| 16 | 51:13:28 | | |
| 17 | 53:38:48 | | |
| 18 | 52:06:01 | | |
| 19 | 50:23:37 | | |
| 20 | 52:24:37 | | |
| 21 | 52:31:32 | | |
| 22 | 53:56:31 | | |
| 23 | 48:57:37 | | |
| 24 | 41:54:11 | | |
| 25 | 57:45:07 | | |
| 26 | 73:14:08 | | |
| 27 | 52:39:08 | | |

| Employee | E41647 | Winconek | Kyle |
|---|---|---|---|
| Year/Week | Hours Worked | | |
| 28 | 12:12:56 | | |
| 29 | | | |
| 30 | | | |
| 31 | | | |
| 32 | 11:25:27 | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | | | |
| 39 | | | |
| Average Week Hour | 44:56:33 | | |
| Average Time Over 40 | 4:56:33 | | |
| Weeks Over 40 | 55 | | |

3