# EXHIBIT X

| Employee | E44901 | Woldt | George |
|---|---|---|---|
| Year/Week | Hours Worked | | |
| **2022** | | | |
| 51 | | | |
| 52 | | | |
| 53 | | | |
| **2023** | | | |
| 1 | 29:45:55 | | |
| 2 | 47:55:02 | | |
| 3 | 8:11:38 | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | 19:30:48 | | |
| 8 | 10:50:35 | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| Average Week Hour | 23:14:48 | | |
| Average Time Over 40 | 0:00:00 | | |
| Weeks Over 40 | 1 | | |

1