# EXHIBIT AA

# Absopure Product Shipment Procedure

**1** Absopure selects trucking company 

**2** Absopure places Order with Mountain Valley
   a) Type of products
   b) Amount
   c) Destination

**3** Mountain Valley prepares Absopure Order

**4** Mountain Valley contacts trucking company when Order is ready



**5** Mountain Valley relays Absopure Order instructions to J.B. Hunt

**6** Absopure takes possession of products ordered once placed on truck in Arkansas

**7** J.B. Hunt delivers Order to Absopure

**8** Absopure pays for shipping

**9** Mountain Valley relays Absopure's payment for Order to J.B. Hunt

