# EXHIBIT BB

# Absopure Time Records

## PLYMOUTH



## GRAND RAPIDS

