# EXHIBIT CC

## PAY PERIODS 2017

| P# | PAY PERIOD | | PAY DATE | P# | PAY PERIOD | | PAY DATE |
|---|---|---|---|---|---|---|---|
| 1 | 12/19/2016 | 1/1/2017 | 1/6/2017 | 16 | 7/17/2017 | 7/30/2017 | 8/4/2017 |
| 2 | 1/2/2017 | 1/15/2017 | 1/20/2017 | 17 | 7/31/2017 | 8/13/2017 | 8/18/2017 |
| 3 | 1/16/2017 | 1/29/2017 | 2/3/2017 | 18 | 8/14/2017 | 8/27/2017 | 9/1/2017 |
| 4 | 1/30/2017 | 2/12/2017 | 2/17/2017 | 19 | 8/28/2017 | 9/10/2017 | 9/15/2017 |
| 5 | 2/13/2017 | 2/26/2017 | 3/3/2017 | 20 | 9/11/2017 | 9/24/2017 | 9/29/2017 |
| 6 | 2/27/2017 | 3/12/2017 | 3/17/2017 | 21 | 9/25/2017 | 10/8/2017 | 10/13/2017 |
| 7 | 3/13/2017 | 3/26/2017 | 3/31/2017 | 22 | 10/9/2017 | 10/22/2017 | 10/27/2017 |
| 8 | 3/27/2017 | 4/9/2017 | 4/14/2017 | 23 | 10/23/2017 | 11/5/2017 | 11/10/2017 |
| 9 | 4/10/2017 | 4/23/2017 | 4/28/2017 | 24 | 11/6/2017 | 11/19/2017 | 11/24/2017 |
| 10 | 4/24/2017 | 5/7/2017 | 5/12/2017 | 25 | 11/20/2017 | 12/3/2017 | 12/8/2017 |
| 11 | 5/8/2017 | 5/21/2017 | 5/26/2017 | 26 | 12/4/2017 | 12/17/2017 | 12/22/2017 |
| 12 | 5/22/2017 | 6/4/2017 | 6/9/2017 | 1 | 12/18/2017 | 12/31/2017 | 1/5/2018 |
| 13 | 6/5/2017 | 6/18/2017 | 6/23/2017 | 2 | 1/1/2018 | 1/14/2018 | 1/19/2018 |
| 14 | 6/19/2017 | 7/2/2017 | 7/7/2017 | 3 | 1/15/2018 | 1/28/2018 | 2/2/2018 |
| 15 | 7/3/2017 | 7/16/2017 | 7/21/2017 | 4 | 1/29/2018 | 2/11/2018 | 2/16/2018 |

## PAY PERIODS 2018

| P# | PAY PERIOD | | PAY DATE | P# | PAY PERIOD | | PAY DATE |
|---|---|---|---|---|---|---|---|
| 1 | 12/18/2017 | 12/31/2017 | 1/5/2018 | 16 | 7/16/2018 | 7/29/2018 | 8/3/2018 |
| 2 | 1/1/2018 | 1/14/2018 | 1/19/2018 | 17 | 7/30/2018 | 8/12/2018 | 8/17/2018 |
| 3 | 1/15/2018 | 1/28/2018 | 2/2/2018 | 18 | 8/13/2018 | 8/26/2018 | 8/31/2018 |
| 4 | 1/29/2018 | 2/11/2018 | 2/16/2018 | 19 | 8/27/2018 | 9/9/2018 | 9/14/2018 |
| 5 | 2/12/2018 | 2/25/2018 | 3/2/2018 | 20 | 9/10/2018 | 9/23/2018 | 9/28/2018 |
| 6 | 2/26/2018 | 3/11/2018 | 3/16/2018 | 21 | 9/24/2018 | 10/7/2018 | 10/12/2018 |
| 7 | 3/12/2018 | 3/25/2018 | 3/30/2018 | 22 | 10/8/2018 | 10/21/2018 | 10/26/2018 |
| 8 | 3/26/2018 | 4/8/2018 | 4/13/2018 | 23 | 10/22/2018 | 11/4/2018 | 11/9/2018 |
| 9 | 4/9/2018 | 4/22/2018 | 4/27/2018 | 24 | 11/5/2018 | 11/18/2018 | 11/23/2018 |
| 10 | 4/23/2018 | 5/6/2018 | 5/11/2018 | 25 | 11/19/2018 | 12/2/2018 | 12/7/2018 |
| 11 | 5/7/2018 | 5/20/2018 | 5/25/2018 | 26 | 12/3/2018 | 12/16/2018 | 12/21/2018 |
| 12 | 5/21/2018 | 6/3/2018 | 6/8/2018 | 1 | 12/17/2018 | 12/30/2018 | 1/4/2019 |
| 13 | 6/4/2018 | 6/17/2018 | 6/22/2018 | 2 | 12/31/2018 | 1/13/2019 | 1/18/2019 |
| 14 | 6/18/2018 | 7/1/2018 | 7/6/2018 | 3 | 1/14/2019 | 1/27/2019 | 2/1/2019 |
| 15 | 7/2/2018 | 7/15/2018 | 7/20/2018 | 4 | 1/28/2019 | 2/10/2019 | 2/15/2019 |

## PAY PERIODS 2019

| P# | PAY PERIOD | | PAY DATE | P# | PAY PERIOD | | PAY DATE |
|---|---|---|---|---|---|---|---|
| 1 | 12/17/2018 | 12/30/2018 | 1/4/2019 | 16 | 7/15/2019 | 7/28/2019 | 8/2/2019 |
| 2 | 12/31/2018 | 1/13/2019 | 1/18/2019 | 17 | 7/29/2019 | 8/11/2019 | 8/16/2019 |
| 3 | 1/14/2019 | 1/27/2019 | 2/1/2019 | 18 | 8/12/2019 | 8/25/2019 | 8/30/2019 |
| 4 | 1/28/2019 | 2/10/2019 | 2/15/2019 | 19 | 8/26/2019 | 9/8/2019 | 9/13/2019 |
| 5 | 2/11/2019 | 2/24/2019 | 3/1/2019 | 20 | 9/9/2019 | 9/22/2019 | 9/27/2019 |
| 6 | 2/25/2019 | 3/10/2019 | 3/15/2019 | 21 | 9/23/2019 | 10/6/2019 | 10/11/2019 |
| 7 | 3/11/2019 | 3/24/2019 | 3/29/2019 | 22 | 10/7/2019 | 10/20/2019 | 10/25/2019 |
| 8 | 3/25/2019 | 4/7/2019 | 4/12/2019 | 23 | 10/21/2019 | 11/3/2019 | 11/8/2019 |
| 9 | 4/8/2019 | 4/21/2019 | 4/26/2019 | 24 | 11/4/2019 | 11/17/2019 | 11/22/2019 |
| 10 | 4/22/2019 | 5/5/2019 | 5/10/2019 | 25 | 11/18/2019 | 12/1/2019 | 12/6/2019 |
| 11 | 5/6/2019 | 5/19/2019 | 5/24/2019 | 26 | 12/2/2019 | 12/15/2019 | 12/20/2019 |
| 12 | 5/20/2019 | 6/2/2019 | 6/7/2019 | 1 | 12/16/2019 | 12/29/2019 | 1/3/2020 |
| 13 | 6/3/2019 | 6/16/2019 | 6/21/2019 | 2 | 12/30/2019 | 1/12/2020 | 1/17/2020 |
| 14 | 6/17/2019 | 6/30/2019 | 7/5/2019 | 3 | 1/13/2020 | 1/26/2020 | 1/31/2020 |
| 15 | 7/1/2019 | 7/14/2019 | 7/19/2019 | 4 | 1/27/2020 | 2/9/2020 | 2/14/2020 |

## PAY PERIODS 2020

| P# | PAY PERIOD | | PAY DATE | P# | PAY PERIOD | | PAY DATE |
|---|---|---|---|---|---|---|---|
| 1 | 12/16/2019 | 12/29/2019 | 1/3/2020 | 16 | 7/13/2020 | 7/26/2020 | 7/31/2020 |
| 2 | 12/30/2019 | 1/12/2020 | 1/17/2020 | 17 | 7/27/2020 | 8/9/2020 | 8/14/2020 |
| 3 | 1/13/2020 | 1/26/2020 | 1/31/2020 | 18 | 8/10/2020 | 8/23/2020 | 8/28/2020 |
| 4 | 1/27/2020 | 2/9/2020 | 2/14/2020 | 19 | 8/24/2020 | 9/6/2020 | 9/11/2020 |
| 5 | 2/10/2020 | 2/23/2020 | 2/28/2020 | 20 | 9/7/2020 | 9/20/2020 | 9/25/2020 |
| 6 | 2/24/2020 | 3/8/2020 | 3/13/2020 | 21 | 9/21/2020 | 10/4/2020 | 10/9/2020 |
| 7 | 3/9/2020 | 3/22/2020 | 3/27/2020 | 22 | 10/5/2020 | 10/18/2020 | 10/23/2020 |
| 8 | 3/23/2020 | 4/5/2020 | 4/10/2020 | 23 | 10/19/2020 | 11/1/2020 | 11/6/2020 |
| 9 | 4/6/2020 | 4/19/2020 | 4/24/2020 | 24 | 11/2/2020 | 11/15/2020 | 11/20/2020 |
| 10 | 4/20/2020 | 5/3/2020 | 5/8/2020 | 25 | 11/16/2020 | 11/29/2020 | 12/4/2020 |
| 11 | 5/4/2020 | 5/17/2020 | 5/22/2020 | 26 | 11/30/2020 | 12/13/2020 | 12/18/2020 |
| 12 | 5/18/2020 | 5/31/2020 | 6/5/2020 | 27 | 12/14/2020 | 12/27/2020 | 1/1/2021 |
| 13 | 6/1/2020 | 6/14/2020 | 6/19/2020 | 1 | 12/28/2020 | 1/10/2021 | 1/15/2021 |
| 14 | 6/15/2020 | 6/28/2020 | 7/3/2020 | 2 | 1/11/2021 | 1/24/2021 | 1/29/2021 |
| 15 | 6/29/2020 | 7/12/2020 | 7/17/2020 | 3 | 1/25/2021 | 2/7/2021 | 2/12/2021 |

## PAY PERIODS 2021

| P# | PAY PERIOD | | PAY DATE | P# | PAY PERIOD | | PAY DATE |
|---|---|---|---|---|---|---|---|
| 1 | 12/28/2020 | 1/10/2021 | 1/15/2021 | 16 | 7/26/2021 | 8/8/2021 | 8/13/2021 |
| 2 | 1/11/2021 | 1/24/2021 | 1/29/2021 | 17 | 8/9/2021 | 8/22/2021 | 8/27/2021 |
| 3 | 1/25/2021 | 2/7/2021 | 2/12/2021 | 18 | 8/23/2021 | 9/5/2021 | 9/10/2021 |
| 4 | 2/8/2021 | 2/21/2021 | 2/26/2021 | 19 | 9/6/2021 | 9/19/2021 | 9/24/2021 |
| 5 | 2/22/2021 | 3/7/2021 | 3/12/2021 | 20 | 9/20/2021 | 10/3/2021 | 10/8/2021 |
| 6 | 3/8/2021 | 3/21/2021 | 3/26/2021 | 21 | 10/4/2021 | 10/17/2021 | 10/22/2021 |
| 7 | 3/22/2021 | 4/4/2021 | 4/9/2021 | 22 | 10/18/2021 | 10/31/2021 | 11/5/2021 |
| 8 | 4/5/2021 | 4/18/2021 | 4/23/2021 | 23 | 11/1/2021 | 11/14/2021 | 11/19/2021 |
| 9 | 4/19/2021 | 5/2/2021 | 5/7/2021 | 24 | 11/15/2021 | 11/28/2021 | 12/3/2021 |
| 10 | 5/3/2021 | 5/16/2021 | 5/21/2021 | 25 | 11/29/2021 | 12/12/2021 | 12/17/2021 |
| 11 | 5/17/2021 | 5/30/2021 | 6/4/2021 | 26 | 12/13/2021 | 12/26/2021 | 12/31/2021 |
| 12 | 5/31/2021 | 6/13/2021 | 6/18/2021 | 1 | 12/27/2021 | 1/9/2022 | 1/14/2022 |
| 13 | 6/14/2021 | 6/27/2021 | 7/2/2021 | 2 | 1/10/2022 | 1/23/2022 | 1/28/2022 |
| 14 | 6/28/2021 | 7/11/2021 | 7/16/2021 | 3 | 1/24/2022 | 2/6/2022 | 2/11/2022 |
| 15 | 7/12/2021 | 7/25/2021 | 7/30/2021 | 4 | 2/7/2022 | 2/20/2022 | 2/25/2022 |

## PAY PERIODS 2022

| P# | PAY PERIOD | | PAY DATE | P# | PAY PERIOD | | PAY DATE |
|---|---|---|---|---|---|---|---|
| 1 | 12/27/2021 | 1/9/2022 | 1/14/2022 | 16 | 7/25/2022 | 8/7/2022 | 8/12/2022 |
| 2 | 1/10/2022 | 1/23/2022 | 1/28/2022 | 17 | 8/8/2022 | 8/21/2022 | 8/26/2022 |
| 3 | 1/24/2022 | 2/6/2022 | 2/11/2022 | 18 | 8/22/2022 | 9/4/2022 | 9/9/2022 |
| 4 | 2/7/2022 | 2/20/2022 | 2/25/2022 | 19 | 9/5/2022 | 9/18/2022 | 9/23/2022 |
| 5 | 2/21/2022 | 3/6/2022 | 3/11/2022 | 20 | 9/19/2022 | 10/2/2022 | 10/7/2022 |
| 6 | 3/7/2022 | 3/20/2022 | 3/25/2022 | 21 | 10/3/2022 | 10/16/2022 | 10/21/2022 |
| 7 | 3/21/2022 | 4/3/2022 | 4/8/2022 | 22 | 10/17/2022 | 10/30/2022 | 11/4/2022 |
| 8 | 4/4/2022 | 4/17/2022 | 4/22/2022 | 23 | 10/31/2022 | 11/13/2022 | 11/18/2022 |
| 9 | 4/18/2022 | 5/1/2022 | 5/6/2022 | 24 | 11/14/2022 | 11/27/2022 | 12/2/2022 |
| 10 | 5/2/2022 | 5/15/2022 | 5/20/2022 | 25 | 11/28/2022 | 12/11/2022 | 12/16/2022 |
| 11 | 5/16/2022 | 5/29/2022 | 6/3/2022 | 26 | 12/12/2022 | 12/25/2022 | 12/30/2022 |
| 12 | 5/30/2022 | 6/12/2022 | 6/17/2022 | 1 | 12/26/2022 | 1/8/2023 | 1/13/2023 |
| 13 | 6/13/2022 | 6/26/2022 | 7/1/2022 | 2 | 1/9/2023 | 1/22/2023 | 1/27/2023 |
| 14 | 6/27/2022 | 7/10/2022 | 7/15/2022 | 3 | 1/23/2023 | 2/5/2023 | 2/10/2023 |
| 15 | 7/11/2022 | 7/24/2022 | 7/29/2022 | 4 | 2/6/2023 | 2/19/2023 | 2/24/2023 |

## PAY PERIODS 2023

| P# | PAY PERIOD | | PAY DATE | P# | PAY PERIOD | | PAY DATE |
|---|---|---|---|---|---|---|---|
| 1 | 12/26/2022 | 1/8/2023 | 1/13/2023 | 16 | 7/24/2023 | 8/6/2023 | 8/11/2023 |
| 2 | 1/9/2023 | 1/22/2023 | 1/27/2023 | 17 | 8/7/2023 | 8/20/2023 | 8/25/2023 |
| 3 | 1/23/2023 | 2/5/2023 | 2/10/2023 | 18 | 8/21/2023 | 9/3/2023 | 9/8/2023 |
| 4 | 2/6/2023 | 2/19/2023 | 2/24/2023 | 19 | 9/4/2023 | 9/17/2023 | 9/22/2023 |
| 5 | 2/20/2023 | 3/5/2023 | 3/10/2023 | 20 | 9/18/2023 | 10/1/2023 | 10/6/2023 |
| 6 | 3/6/2023 | 3/19/2023 | 3/24/2023 | 21 | 10/2/2023 | 10/15/2023 | 10/20/2023 |
| 7 | 3/20/2023 | 4/2/2023 | 4/7/2023 | 22 | 10/16/2023 | 10/29/2023 | 11/3/2023 |
| 8 | 4/3/2023 | 4/16/2023 | 4/21/2023 | 23 | 10/30/2023 | 11/12/2023 | 11/17/2023 |
| 9 | 4/17/2023 | 4/30/2023 | 5/5/2023 | 24 | 11/13/2023 | 11/26/2023 | 12/1/2023 |
| 10 | 5/1/2023 | 5/14/2023 | 5/19/2023 | 25 | 11/27/2023 | 12/10/2023 | 12/15/2023 |
| 11 | 5/15/2023 | 5/28/2023 | 6/2/2023 | 26 | 12/11/2023 | 12/24/2023 | 12/29/2023 |
| 12 | 5/29/2023 | 6/11/2023 | 6/16/2023 | 1 | 12/25/2023 | 1/7/2024 | 1/12/2024 |
| 13 | 6/12/2023 | 6/25/2023 | 6/30/2023 | 2 | 1/8/2024 | 1/21/2024 | 1/26/2024 |
| 14 | 6/26/2023 | 7/9/2023 | 7/14/2023 | 3 | 1/22/2024 | 2/4/2024 | 2/9/2024 |
| 15 | 7/10/2023 | 7/23/2023 | 7/28/2023 | 4 | 2/5/2024 | 2/18/2024 | 2/23/2024 |