# EXHIBIT DD



