# EXHIBIT EE



# Mountain Valley Spring Water
Bottled at the source. Brought to you by Absopure.



5 Gallon Glass
$26.95/bottle*



2.5 Gallon Glass
$18.95/bottle*



16.9oz Spring Water
PET 24/case
$22.95



1.5L Spring Water
PET 12/case
$22.95



1L Spring Water
Glass 12/case
$37.95



16.9oz Spring Water
Glass 12/case
$24.95



1L Sparkling Water
Glass 12/case
$38.95**



16.9oz Sparkling Water
Glass 12/case
$25.95**



750ml Spring Water
Aluminum 12/case
$34.95



11.3oz Sparkling
Spring Water
Glass 24/case
$39.95**



11.3oz Sparkling Lime
Twist Spring Water
Glass 24/case
$39.95**



11.3oz Sparkling
Blackberry Pomegranate
Twist Spring Water
Glass 24/case
$39.95**



800.4.ABSOPURE | absopure.com

*each returnable glass bottle has a refundable $42.00 deposit
**each sparkling glass bottle has a Michigan 10¢ deposit