# EXHIBIT GG

Manufacturer of Coffee Filters

Ase[...]
with Compostable and Biodeg[...]

# Brew Rite®

Manufacturing High Quality Coffee Filters Since 1976

# 92794-01A

Manufactured by:
Rockline Industries
1113 Maryland Avenue
Sheboygan, WI 53081

*Coffee filters are compostable in municipal or industrial facilities