# EXHIBIT HH



vitamin D, calcium, iron, and potassium.

### INGREDIENTS

CORN SYRUP SOLIDS, HYDROGENATED VEGETABLE OIL (COCONUT AND/OR PALM KERNEL AND/OR SOYBEAN), DIPOTASSIUM PHOSPHATE, 2% OR LESS OF SODIUM CASEINATE (A MILK DERIVATIVE)**, SODIUM ALUMINOSILICATE, MONO- AND DIGLYCERIDES, ANNATTO COLOR.

**CONTAINS: A MILK DERIVATIVE.**

**Not a source of lactose.

DISTRIBUTED BY NESTLÉ PROFESSIONAL NORTH AMERICA, SOLON, OH 44139 USA

INGREDIENTS DERIVED FROM A BIOENGINEERED SOURCE. 

*About 155 2 gram servings
†Based on total dollar sales by brand

ALL TRADEMARKS ARE OWNED BY SOCIÉTÉ DES PRODUITS NESTLÉ S.A., VEVEY, SWITZERLAND

