# EXHIBIT II



FLAVORS, BETA CAROTENE AND
RIBOFLAVIN (FOR COLOR).
**CONTAINS: A MILK DERIVATIVE.**
**NOT A SOURCE OF LACTOSE

DISTRIBUTED BY
NESTLÉ PROFESSIONAL NORTH AMERICA
SOLON, OH 44139 USA

INGREDIENT DERIVED FROM A
BIOENGINEERED SOURCE.

ALL TRADEMARKS ARE OWNED BY
SOCIÉTÉ DES PRODUITS NESTLÉ
S.A., VEVEY, SWITZERLAND.