# EXHIBIT JJ



THE KINDA FLAVOR YOU FALL FOR

# DUNKIN'
## PUMPKIN SPICE
### ARTIFICIALLY FLAVORED

Experience **DUNKIN' PUMPKIN SPICE**
artificially flavored coffee, a delightfully
Fall-friendly medium roast with the flavors of
**pumpkin** and **seasonal spices**. Brew yourself a
cup and enjoy the great taste of **Dunkin'** at home.

Love this coffee? Try our other delicious varieties.
Visit dunkinathome.com for more information.
For comments or questions, call 1-800-374-5308.

**KEURIG** GENUINE K-CUP PODS

Only Genuine K-Cup® Pods are optimally designed by Keurig® for your Keurig® coffee maker to deliver the perfect beverage in every cup. To learn more, visit Keurig.com/GenuineK-CupPod.

⚠ CAUTION: POD IS HOT. ALLOW TO COOL

**PEEL** Starting at puncture, peel lid and dispose.

**EMPTY** Compost or dispose of grounds. (Filter can remain.)

**REC** Check recycle

*Not recycled in all communities.

Visit Keurig.com/re

For more information about Dunkin' at Home products contact:

THE J.M. SMUCKER COMPANY
ORRVILLE, OH 44667 USA
1-800-374-5308 / dunkinathome.com

For brewer inquiries contact:
Keurig Green Mountain, Inc.
1-866-901-BREW / 1-866-901-2739
www.Keurig.com
Find us on Facebook.com/Keurig or
Twitter.com/Keurig

© 2021 KEURIG GREEN MOUNTAIN, INC.
© THE J.M. SMUCKER COMPANY
© 2021. DD IP HOLDER LLC. ALL RIGHTS RESERVED.

Keurig and K-Cup are trademarks of Keurig Green Mountain, Inc., used with permission.



PAPER BOX    PLASTIC CUP

*Not recycled in all communities.

This carton is made with recycled material.

Love this coffee? Try

Visit dunkinathome

For comments or qu



Only Genuine K-Cup Pods are
optimally designed by Keurig
for your Keurig coffee maker
to deliver the perfect beverage in every cup.
To learn more, visit Keurig.com/GenuineK-CupPod.

PEEL

For more information about
Dunkin' at Home products contact:

THE J.M. SMUCKER COMPANY
ORRVILLE, OH 44667 USA
1-800-374-5308 / dunkinathome.com

For brewer inquiries contact:
Keurig Green Mountain, Inc.
1-866-901-BREW / 1-866-901-2739
www.Keurig.com
Find us on Facebook.com/Keurig or
Twitter.com/Keurig

© 202
© THE
© 202

Keurig
are tra
Keurig
used w

