# EXHIBIT KK

DISTRIBUTED BY:
©/TM/® THE FOLGER COFFEE
COMPANY NEW ORLEANS,
LA 70129 USA
Questions? Comments?
1-877-MYFOLGERS (693-6543)

40-0.9 OZ (25.5g) FOLGERS FILTER PACKS®
NET WT 36 OZ (2.25 LB) 1.0kg

BEST IF USED BY JUL 20 2024
3 201 230 45 2050

Folgers®
CLASSIC ROAST®
GROUND COFFEE®

1 00 25