# EXHIBIT LL



**4 LBS**                    1 0

KEURIG GREEN MOUNTAIN C/O DSC

100 W MANOR WAY
ROBBINSVILLE NJ 08691
SHIP

TO:    734 – 207 – 4861          PO#:3100018573
       ABSOPURE WATER COMPANY
       41500 JOY RD

## PLYMOUTH MI 48170



# MI 482 9 —

# UPS GROUND
TRACKING #: 1Z 812 6VR 03 8820 9102

