# EXHIBIT NN





Since 1961

Proudly Made in the U.S.A. by:
American Instants, Inc.
Flanders, New Jersey 07836
1-877-247-JAVA