# EXHIBIT OO


