# EXHIBIT PP



**INGREDIENTS: 100% PURE COFFEE.**

**DISTRIBUTED BY KRAFT FOODS GROUP, INC.
NORTHFIELD, IL 60093-2753 USA**

000 43000
86240 700