# EXHIBIT QQ

# MILLSTONE®

## GROUND PREMIUM COFFEE ⓤ

www.millstone.com

©/® MILLSTONE COFFEE, INC.
ORRVILLE, OH 44667 USA
Questions? Comments?
1-800-522-7894
99279558