# EXHIBIT RR

