# EXHIBIT SS



COFFEE IS INTENDED FOR PERSONAL/OFFICE USE ONLY. INDIVIDUAL PACKAGES NOT INTENDED OR INDIVIDUALLY LABELED FOR RESALE.

CAFÉ LIMITÉ À L'USAGE PERSONNEL OU AU BUREAU
NON DESTINÉ À LA VENTE.

Starbucks Coffee Company
2401 Utah Avenue South
Seattle, WA 98134 USA/É.-U.
Product of USA.
Produit des É.-U.

