# EXHIBIT TT

## Nutrition Facts

24 servings per container
**Serving size** 1 envelope (16g)

**Amount per serving**
## Calories 60

| | % Daily Value* |
|---|---|
| **Total Fat** 1g | 1% |
| Saturated Fat 1g | 5% |
| Trans Fat 0g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 150mg | 7% |
| **Total Carbohydrate** 11g | 4% |
| Dietary Fiber <1g | 3% |
| Total Sugars 9g | |
| Includes 0g Added Sugars | 0% |
| **Protein** 2g | |

| | | |
|---|---|---|
| Vit. D 0mcg 0% | • | Calcium 70mg 6% |
| Iron 0.4mg 2% | • | Potas. 350mg 8% |

\* The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.

INGREDIENTS: MODIFIED WHEY, NONFAT MILK, COCOA (PROCESSED WITH ALKALI), MALTODEXTRIN, HYDROGENATED COCONUT OIL, LESS THAN 2% OF: SALT, DIPOTASSIUM PHOSPHATE, ACESULFAME POTASSIUM, MONO- AND DIGLYCERIDES, SUCRALOSE, NATURAL FLAVOR.
CONTAINS: MILK.


CONAGRA BRANDS

P.O. BOX 3534, CHICAGO, IL 60654

Scan here for more food information or call 1-800-457-6649.



smartlabel®


PAPER BOX | MULTI-LAYER POUCH
how2recycle.info

# SWISS MISS®

**Milk Chocolate** FLAVOR
**NO SUGAR ADDED**
NOT A LOW CALORIE FOOD. SEE NUTRITION PANEL FOR SUGAR AND CALORIE CONTENT.