# EXHIBIT UU



## COFFEE SERVICE DISPENSER PACK

BEST BY 08/12/27 50
2 236 033 B 09:16

## CUMBERLAND PACKING CORP.
## BROOKLYN, NY 11205 USA