# EXHIBIT VV

1  00  44800  50111  1

**100 CT.**

448



ZERO CALORIE SWEETENER

12

CUMBERLAND PACKING CORP., BROOKLYN, NY 11205 USA



1  00  4