# EXHIBIT WW

## JUSTIN GUY SMALL VEHICLE USAGE

| Date | Shipment Number | Employee Number | Vehicle Number | Shipment Route | Vehicle Weight | Tour | Year | Week | Hours Worked |
|---|---|---|---|---|---|---|---|---|---|
| 12/22/2018 | 117322 | E38470 | 1109 | 11104 | 9000 | S0000117322 | 2018 | 51 | 36:50:02 |
| 12/24/2018 | 117334 | E38470 | 1111 | 11007 | 9000 | S0000117334 | 2018 | 52 | 20:55:23 |
| 2/2/2019 | 118757 | E38470 | 999 | 11017 | 9000 | S0000118757 | 2019 | 5 | 26:19:16 |
| 2/4/2019 | 118815 | E38470 | 999 | 11017 | 9000 | S0000118815 | 2019 | 6 | |
| 2/5/2019 | 118853 | E38470 | 999 | 11017 | 9000 | S0000118853 | 2019 | 6 | |
| 2/6/2019 | 118934 | E38470 | 999 | 11102 | 9000 | S0000118934 | 2019 | 6 | |
| 2/7/2019 | 118940 | E38470 | 999 | 11017 | 9000 | S0000118940 | 2019 | 6 | |
| 2/8/2019 | 119010 | E38470 | 999 | 11017 | 9000 | S0000119010 | 2019 | 6 | 33:49:46 |
| 2/14/2019 | 119271 | E38470 | 999 | 11017 | 9000 | S0000119271 | 2019 | 7 | |
| 2/15/2019 | 119312 | E38470 | 999 | 11017 | 9000 | S0000119312 | 2019 | 7 | 12:37:17 |
| 2/26/2019 | 119687 | E38470 | 999 | 11017 | 9000 | S0000119687 | 2019 | 9 | |
| 2/27/2019 | 119761 | E38470 | 999 | 11017 | 9000 | S0000119761 | 2019 | 9 | |
| 2/28/2019 | 119809 | E38470 | 999 | 11017 | 9000 | S0000119809 | 2019 | 9 | 25:59:46 |
| 3/5/2019 | 119962 | E38470 | 999 | 11017 | 9000 | S0000119962 | 2019 | 10 | |
| 3/6/2019 | 120027 | E38470 | 999 | 11017 | 9000 | S0000120027 | 2019 | 10 | |
| 3/7/2019 | 120070 | E38470 | 999 | 11017 | 9000 | S0000120070 | 2019 | 10 | |
| 3/8/2019 | 120133 | E38470 | 999 | 11017 | 9000 | S0000120133 | 2019 | 10 | 30:20:07 |
| 3/11/2019 | 120197 | E38470 | 999 | 11017 | 9000 | S0000120197 | 2019 | 11 | |
| 3/12/2019 | 120226 | E38470 | 999 | 11017 | 9000 | S0000120226 | 2019 | 11 | |
| 3/13/2019 | 120281 | E38470 | 999 | 11017 | 9000 | S0000120281 | 2019 | 11 | 24:24:30 |
| 5/6/2019 | 122323 | E38470 | 999 | 11017 | 9000 | S0000122323 | 2019 | 19 | |
| 5/7/2019 | 122362 | E38470 | 999 | 11017 | 9000 | S0000122362 | 2019 | 19 | 35:03:01 |