# EXHIBIT XX

## JOHN ANIOL SMALL VEHICLE USAGE

| JOHN ANIOL | Column1 | Column2 | Column3 | Column4 | Column5 | Column6 | Column7 | Column8 | Column9 | Column10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Shipment Number | Employee Number | Vehicle Number | Shipment route | Planned | Vehicle Weight | Tour | Year | Week | Hours |
| 11/6/2017 | 103278 | E01600 | 1109 | 11008 | X | 9000 | S0000103278 | 2017 | 45 | |
| 11/7/2017 | 103340 | E01600 | 1109 | 11008 | X | 9000 | S0000103340 | 2017 | 45 | 42:03:07 |
| 2/7/2019 | 118963 | E01600 | 999 | 11008 | X | 9000 | S0000118963 | 2019 | 6 | |
| 2/8/2019 | 118991 | E01600 | 999 | 11008 | X | 9000 | S0000118991 | 2019 | 6 | 62:26:43 |
| 2/11/2019 | 119095 | E01600 | 999 | 11008 | X | 9000 | S0000119095 | 2019 | 7 | |
| 2/12/2019 | 119150 | E01600 | 999 | 11008 | X | 9000 | S0000119150 | 2019 | 7 | |
| 2/13/2019 | 119202 | E01600 | 999 | 11008 | X | 9000 | S0000119202 | 2019 | 7 | |
| 2/14/2019 | 119251 | E01600 | 999 | 11008 | X | 9000 | S0000119251 | 2019 | 7 | 36:12:05 |
| 7/11/2019 | 124838 | E01600 | 999 | 11008 | X | 9000 | S0000124838 | 2019 | 28 | |
| 7/12/2019 | 124887 | E01600 | 999 | 11008 | X | 9000 | S0000124887 | 2019 | 28 | 42:18:40 |
| 7/15/2019 | 124956 | E01600 | 999 | 11008 | X | 9000 | S0000124956 | 2019 | 29 | |
| 7/16/2019 | 125026 | E01600 | 999 | 11008 | X | 9000 | S0000125026 | 2019 | 29 | 44:35:51 |
| 9/2/2021 | 150334 | E01600 | 999 | 11101 | X | 9000 | S0000150334 | 2021 | 36 | 43:33:33 |
| 11/9/2021 | 152518 | E01600 | 1111 | 11008 | X | 9000 | S0000152518 | 2021 | 46 | |
| 11/10/2021 | 152544 | E01600 | 1111 | 11008 | X | 9000 | S0000152544 | 2021 | 46 | 41:42:37 |
| 1/14/2022 | 154709 | E01600 | 999 | 11008 | X | 9000 | S0000154709 | 2022 | 3 | 62:32:19 |
| 1/17/2022 | 154734 | E01600 | 999 | 11008 | X | 9000 | S0000154734 | 2022 | 4 | 39:34:28 |