# EXHIBIT YY

AARON ARMSTEAD SMALL VEHICLE USAGE

| Date | Shipment Number | Employee Number | Vehicle Number | Shipment Route | Vehicle Weight | Tour | Year | Week | Hours |
|---|---|---|---|---|---|---|---|---|---|
| 6/1/2018 | 109873 | E37862 | 1108 | 11041 | 9000 | S0000109873 | 2018 | 22 | 44:17:44 |
| 6/4/2018 | 109944 | E37862 | 1108 | 11041 | 9000 | S0000109944 | 2018 | 23 | |
| 6/7/2018 | 110094 | E37862 | 1108 | 11041 | 9000 | S0000110094 | 2018 | 23 | |
| 6/8/2018 | 110123 | E37862 | 1108 | 11041 | 9000 | S0000110123 | 2018 | 23 | |
| 6/9/2018 | 110152 | E37862 | 1108 | 11041 | 9000 | S0000110152 | 2018 | 23 | 68:08:19 |
| 6/11/2018 | 110184 | E37862 | 1108 | 11041 | 9000 | S0000110184 | 2018 | 24 | |
| 6/12/2018 | 110244 | E37862 | 1108 | 11041 | 9000 | S0000110244 | 2018 | 24 | |
| 6/15/2018 | 110384 | E37862 | 1108 | 11041 | 9000 | S0000110384 | 2018 | 24 | 54:25:47 |
| 6/28/2018 | 110834 | E37862 | 1108 | 11041 | 9000 | S0000110834 | 2018 | 26 | 22:54:56 |
| 7/12/2018 | 111309 | E37862 | 1110 | 11103 | 9000 | S0000111309 | 2018 | 28 | |
| 7/13/2018 | 111366 | E37862 | 1110 | 11041 | 9000 | S0000111366 | 2018 | 28 | 66:16:21 |
| 7/17/2018 | 111488 | E37862 | 1110 | 11041 | 9000 | S0000111488 | 2018 | 29 | |
| 7/20/2018 | 111613 | E37862 | 1108 | 11041 | 9000 | S0000111613 | 2018 | 29 | 31:42:07 |
| 8/3/2018 | 112105 | E37862 | 1108 | 11041 | 9000 | S0000112105 | 2018 | 31 | 42:28:21 |
| 8/21/2018 | 112738 | E37862 | 1108 | 11041 | 9000 | S0000112738 | 2018 | 34 | |
| 8/22/2018 | 112790 | E37862 | 1110 | 11041 | 9000 | S0000112790 | 2018 | 34 | |
| 8/23/2018 | 112837 | E37862 | 1110 | 11041 | 9000 | S0000112837 | 2018 | 34 | 28:41:56 |
| 8/30/2018 | 113058 | E37862 | 1108 | 11041 | 9000 | S0000113058 | 2018 | 35 | 47:38:03 |
| 9/5/2018 | 113212 | E37862 | 1108 | 11041 | 9000 | S0000113212 | 2018 | 36 | |
| 9/6/2018 | 113258 | E37862 | 1108 | 11041 | 9000 | S0000113258 | 2018 | 36 | |
| 9/7/2018 | 113321 | E37862 | 1108 | 11041 | 9000 | S0000113321 | 2018 | 36 | 38:29:44 |
| 9/10/2018 | 112054 | E37862 | 1110 | 11041 | 9000 | S0000112054 | 2018 | 37 | |
| 9/11/2018 | 113452 | E37862 | 1108 | 11041 | 9000 | S0000113452 | 2018 | 37 | |
| 9/13/2018 | 113575 | E37862 | 1108 | 11041 | 9000 | S0000113575 | 2018 | 37 | 33:04:25 |