# EXHIBIT ZZ

LUCAS BELONGA SMALL VEHICLE USAGE

| Date | Shipment Number | Employee Number | Vehicle Number | Shipment Route | Vehicle Weight | Tour | Year | Week | Hours |
|---|---|---|---|---|---|---|---|---|---|
| 11/8/2022 | 165557 | E43713 | 808 | 12102 | 9500 | S0000165557 | 2022 | 46 | |
| 11/9/2022 | 165607 | E43713 | 808 | 12102 | 9500 | S0000165607 | 2022 | 46 | |
| 11/11/2022 | 165687 | E43713 | 808 | 12102 | 9500 | S0000165687 | 2022 | 46 | 24:33:57 |
| 11/21/2022 | 166082 | E43713 | 808 | 12102 | 9500 | S0000166082 | 2022 | 48 | |
| 11/22/2022 | 166107 | E43713 | 808 | 12102 | 9500 | S0000166107 | 2022 | 48 | |
| 11/23/2022 | 166190 | E43713 | 808 | 12102 | 9500 | S0000166190 | 2022 | 48 | 25:34:54 |
| 11/28/2022 | 166251 | E43713 | 808 | 12102 | 9500 | S0000166251 | 2022 | 49 | |
| 11/29/2022 | 166306 | E43713 | 808 | 12102 | 9500 | S0000166306 | 2022 | 49 | |
| 12/1/2022 | 166416 | E43713 | 808 | 12102 | 9500 | S0000166416 | 2022 | 49 | |
| 12/2/2022 | 166470 | E43713 | 808 | 12102 | 9500 | S0000166470 | 2022 | 49 | 32:15:45 |
| 12/12/2022 | 166817 | E43713 | 808 | 12102 | 9500 | S0000166817 | 2022 | 51 | 9:26:20 |
| 12/19/2022 | 167062 | E43713 | 808 | 12102 | 9500 | S0000167062 | 2022 | 52 | |
| 12/21/2022 | 167174 | E43713 | 808 | 12102 | 9500 | S0000167174 | 2022 | 52 | 19:36:46 |
| 12/29/2022 | 167416 | E43713 | 808 | 12102 | 9500 | S0000167416 | 2022 | 53 | 9:02:35 |
| 1/3/2023 | 167517 | E43713 | 808 | 12102 | 9500 | S0000167517 | 2023 | 1 | |
| 1/4/2023 | 167559 | E43713 | 808 | 12102 | 9500 | S0000167559 | 2023 | 1 | |
| 1/5/2023 | 167600 | E43713 | 808 | 12102 | 9500 | S0000167600 | 2023 | 1 | 23:50:49 |
| 1/9/2023 | 167753 | E43713 | 808 | 12102 | 9500 | S0000167753 | 2023 | 2 | 17:07:59 |