# EXHIBIT AAA

PAUL OKIMOTO SMALL VEHICLE USAGE

| Date | Shipment Number | Employee Number | Vehicle Number | Shipment Route | Vehicle Weight | Tour | Year | Week | Hours Worked |
|---|---|---|---|---|---|---|---|---|---|
| 9/30/2021 | 151232 | E42544 | 1111 | 11204 | 9000 | S0000151232 | 2021 | 40 | |
| 10/1/2021 | 151244 | E42544 | 1111 | 11103 | 9000 | S0000151244 | 2021 | 40 | 11:21:19 |
| 10/4/2021 | 151293 | E42544 | 999 | 11103 | 9000 | S0000151293 | 2021 | 41 | |
| 10/6/2021 | 151392 | E42544 | 999 | 11204 | 9000 | S0000151392 | 2021 | 41 | |
| 10/7/2021 | 151433 | E42544 | 999 | 11204 | 9000 | S0000151433 | 2021 | 41 | |
| 10/8/2021 | 151497 | E42544 | 999 | 11103 | 9000 | S0000151497 | 2021 | 41 | 32:39:48 |
| 10/11/2021 | 151535 | E42544 | 999 | 11204 | 9000 | S0000151535 | 2021 | 42 | |
| 10/12/2021 | 151575 | E42544 | 999 | 11204 | 9000 | S0000151575 | 2021 | 42 | |
| 10/13/2021 | 151646 | E42544 | 999 | 11204 | 9000 | S0000151646 | 2021 | 42 | |
| 10/14/2021 | 151678 | E42544 | 999 | 11204 | 9000 | S0000151678 | 2021 | 42 | 62:11:42 |
| 10/18/2021 | 151779 | E42544 | 999 | 11103 | 9000 | S0000151779 | 2021 | 43 | |
| 10/19/2021 | 151814 | E42544 | 999 | 11103 | 9000 | S0000151814 | 2021 | 43 | |
| 10/20/2021 | 151861 | E42544 | 999 | 11103 | 9000 | S0000151861 | 2021 | 43 | |
| 10/21/2021 | 151917 | E42544 | 999 | 11103 | 9000 | S0000151917 | 2021 | 43 | |
| 10/22/2021 | 151973 | E42544 | 999 | 11103 | 9000 | S0000151973 | 2021 | 43 | 34:45:56 |
| 10/25/2021 | 152014 | E42544 | 999 | 11103 | 9000 | S0000152014 | 2021 | 44 | |
| 10/26/2021 | 152057 | E42544 | 999 | 11103 | 9000 | S0000152057 | 2021 | 44 | |
| 10/27/2021 | 152097 | E42544 | 999 | 11204 | 9000 | S0000152097 | 2021 | 44 | 34:06:39 |
| 1/4/2022 | 154322 | E42544 | 818 | 11043 | 9500 | S0000154322 | 2022 | 2 | |
| 1/5/2022 | 154366 | E42544 | 818 | 11043 | 9500 | S0000154366 | 2022 | 2 | 46:41:51 |