# EXHIBIT BBB

**CHARLES PERRY SMALL VEHICLE USAGE**

| Date | Shipment Number | Employee Number | Vehicle Number | Shipment Route | Vehicle Weight | Tour | Year | Week | Hours Worked |
|---|---|---|---|---|---|---|---|---|---|
| 12/18/2017 | 104583 | E29815 | 1112 | 11006 | 9000 | S0000104583 | 2017 | 51 | 54:18:51 |
| 12/11/2017 | 104338 | E29815 | 824 | 11006 | 9500 | S0000104338 | 2017 | 50 | |
| 12/12/2017 | 104390 | E29815 | 824 | 11006 | 9500 | S0000104390 | 2017 | 50 | |
| 12/13/2017 | 104449 | E29815 | 824 | 11006 | 9500 | S0000104449 | 2017 | 50 | 51:56:00 |
| 3/3/2018 | 106957 | E29815 | 1109 | 11102 | 9000 | S0000106957 | 2018 | 9 | 57:25:50 |