# EXHIBIT CCC

KEVIN PHIPPS SMALL VEHICLE USAGE

| Date | Shipment Number | Employee Number | Vehicle Number | Shipment Route | Vehicle Weight | Tour | Year | Week | Hours Worked |
|------|-----------------|-----------------|----------------|----------------|----------------|------|------|------|--------------|
| 10/26/2017 | 102995 | E31614 | 1109 | 11104 | 9000 | S0000102995 | 2017 | 43 | 44:58:33 |
| 11/17/2017 | 103710 | E31614 | 824 | 11104 | 9500 | S0000103710 | 2017 | 46 | 52:26:05 |
| 11/30/2017 | 104060 | E31614 | 1112 | 11104 | 9000 | S0000104060 | 2017 | 48 | 50:17:47 |
| 12/14/2017 | 104485 | E31614 | 1109 | 11054 | 9000 | S0000104485 | 2017 | 50 | 34:20:00 |
| 1/11/2018 | 105313 | E31614 | 1112 | 11054 | 9000 | S0000105313 | 2018 | 2 | 37:58:38 |
| 1/24/2018 | 105714 | E31614 | 1112 | 11101 | 9000 | S0000105714 | 2018 | 4 | |
| 1/25/2018 | 105789 | E31614 | 1112 | 11101 | 9000 | S0000105789 | 2018 | 4 | |
| 1/26/2018 | 105824 | E31614 | 1112 | 11101 | 9000 | S0000105824 | 2018 | 4 | 53:42:11 |
| 1/29/2018 | 105878 | E31614 | 1109 | 11104 | 9000 | S0000105878 | 2018 | 5 | 67:08:21 |
| 2/12/2018 | 106312 | E31614 | 1112 | 11101 | 9000 | S0000106312 | 2018 | 7 | |
| 2/13/2018 | 106356 | E31614 | 1112 | 11054 | 9000 | S0000106356 | 2018 | 7 | 48:39:21 |
| 2/19/2018 | 106554 | E31614 | 1109 | 11102 | 9000 | S0000106554 | 2018 | 8 | |
| 2/22/2018 | 106691 | E31614 | 1112 | 11104 | 9000 | S0000106691 | 2018 | 8 | |
| 2/23/2018 | 106732 | E31614 | 1109 | 11104 | 9000 | S0000106732 | 2018 | 8 | 38:44:19 |
| 2/27/2018 | 106824 | E31614 | 1109 | 11102 | 9000 | S0000106824 | 2018 | 9 | 11:01:31 |
| 3/6/2018 | 107046 | E31614 | 1109 | 11104 | 9000 | S0000107046 | 2018 | 10 | |
| 3/7/2018 | 107082 | E31614 | 1109 | 11104 | 9000 | S0000107082 | 2018 | 10 | |
| 3/8/2018 | 107146 | E31614 | 1109 | 11104 | 9000 | S0000107146 | 2018 | 10 | |
| 3/9/2018 | 107180 | E31614 | 1109 | 11104 | 9000 | S0000107180 | 2018 | 10 | 54:48:20 |
| 3/12/2018 | 107239 | E31614 | 1112 | 11101 | 9000 | S0000107239 | 2018 | 11 | 46:21:00 |
| 3/22/2018 | 107580 | E31614 | 1110 | 11102 | 9000 | S0000107580 | 2018 | 12 | 37:28:41 |
| 3/28/2018 | 107776 | E31614 | 1110 | 11102 | 9000 | S0000107776 | 2018 | 13 | 35:24:30 |
| 4/3/2018 | 107949 | E31614 | 1110 | 11102 | 9000 | S0000107949 | 2018 | 14 | 49:59:30 |
| 4/17/2018 | 108374 | E31614 | 1110 | 11101 | 9000 | S0000108374 | 2018 | 16 | |
| 4/18/2018 | 108438 | E31614 | 1109 | 11104 | 9000 | S0000108438 | 2018 | 16 | |
| 4/19/2018 | 108476 | E31614 | 1109 | 11104 | 9000 | S0000108476 | 2018 | 16 | |
| 4/20/2018 | 108503 | E31614 | 1110 | 11101 | 9000 | S0000108503 | 2018 | 16 | 53:09:51 |
| 5/5/2018 | 109016 | E31614 | 1109 | 11202 | 9000 | S0000109016 | 2018 | 18 | 74:12:12 |
| 5/24/2018 | 109622 | E31614 | 1109 | 11005 | 9000 | S0000109622 | 2018 | 21 | 37:37:30 |
| 5/29/2018 | 109753 | E31614 | 1110 | 11101 | 9000 | S0000109753 | 2018 | 22 | |

**KEVIN PHIPPS SMALL VEHICLE USAGE**

| Date | Shipment Number | Employee Number | Vehicle Number | Shipment Route | Vehicle Weight | Tour | Year | Week | Hours Worked |
|---|---|---|---|---|---|---|---|---|---|
| 5/30/2018 | 109788 | E31614 | 1109 | 11104 | 9000 | S0000109788 | 2018 | 22 | |
| 5/31/2018 | 109826 | E31614 | 1112 | 11054 | 9000 | S0000109826 | 2018 | 22 | |
| 6/1/2018 | 109884 | E31614 | 1112 | 11102 | 9000 | S0000109884 | 2018 | 22 | 39:34:45 |
| 6/6/2018 | 110043 | E31614 | 1112 | 11102 | 9000 | S0000110043 | 2018 | 23 | |
| 6/7/2018 | 110085 | E31614 | 1112 | 11102 | 9000 | S0000110085 | 2018 | 23 | 26:01:36 |
| 6/11/2018 | 110193 | E31614 | 1109 | 11104 | 9000 | S0000110193 | 2018 | 24 | |
| 6/12/2018 | 110247 | E31614 | 1111 | 11007 | 9000 | S0000110247 | 2018 | 24 | |
| 6/13/2018 | 110303 | E31614 | 1109 | 11104 | 9000 | S0000110303 | 2018 | 24 | 58:06:01 |
| 6/19/2018 | 110491 | E31614 | 1108 | 11041 | 9000 | S0000110491 | 2018 | 25 | |
| 6/25/2018 | 110700 | E31614 | 1111 | 11054 | 9000 | S0000110700 | 2018 | 26 | |
| 6/26/2018 | 110747 | E31614 | 1108 | 11041 | 9000 | S0000110747 | 2018 | 26 | |
| 6/27/2018 | 110796 | E31614 | 1108 | 11041 | 9000 | S0000110796 | 2018 | 26 | |
| 7/3/2018 | 110988 | E31614 | 1108 | 11041 | 9000 | S0000110988 | 2018 | 27 | |
| 7/7/2018 | 111125 | E31614 | 1108 | 11203 | 9000 | S0000111125 | 2018 | 27 | |
| 7/19/2018 | 111504 | E31614 | 1108 | 11203 | 9000 | S0000111504 | 2018 | 29 | |
| 7/21/2018 | 111646 | E31614 | 1108 | 11203 | 9000 | S0000111646 | 2018 | 29 | |
| 7/23/2018 | 111664 | E31614 | 1111 | 11007 | 9000 | S0000111664 | 2018 | 30 | |
| 8/13/2018 | 112337 | E31614 | 1108 | 11203 | 9000 | S0000112337 | 2018 | 33 | |
| 8/20/2018 | 112667 | E31614 | 1109 | 11104 | 9000 | S0000112667 | 2018 | 34 | |
| 8/28/2018 | 112965 | E31614 | 1110 | 11103 | 9000 | S0000112965 | 2018 | 35 | |
| 9/15/2018 | 113626 | E31614 | 1108 | 11203 | 9000 | S0000113626 | 2018 | 37 | |
| 9/18/2018 | 113697 | E31614 | 1108 | 11203 | 9000 | S0000113697 | 2018 | 38 | |
| 10/24/2018 | 115085 | E31614 | 1109 | 11203 | 9000 | S0000115085 | 2018 | 43 | |
| 10/26/2018 | 115186 | E31614 | 1109 | 11104 | 9000 | S0000115186 | 2018 | 43 | |
| 11/7/2018 | 115616 | E31614 | 1109 | 11104 | 9000 | S0000115616 | 2018 | 45 | |
| 11/8/2018 | 115660 | E31614 | 1109 | 11104 | 9000 | S0000115660 | 2018 | 45 | |
| 11/9/2018 | 115733 | E31614 | 1109 | 11104 | 9000 | S0000115733 | 2018 | 45 | |
| 11/12/2018 | 115779 | E31614 | 1111 | 11007 | 9000 | S0000115779 | 2018 | 46 | |
| 11/13/2018 | 115860 | E31614 | 1111 | 11101 | 9000 | S0000115860 | 2018 | 46 | |
| 12/7/2018 | 116750 | E31614 | 1109 | 11104 | 9000 | S0000116750 | 2018 | 49 | |

**KEVIN PHIPPS SMALL VEHICLE USAGE**

| Date | Shipment Number | Employee Number | Vehicle Number | Shipment Route | Vehicle Weight | Tour | Year | Week | Hours Worked |
|------|-----------------|-----------------|----------------|----------------|----------------|------|------|------|--------------|
| 12/13/2018 | 116980 | E31614 | 1108 | 11041 | 9000 | S0000116980 | 2018 | 50 | |
| 12/14/2018 | 117025 | E31614 | 1111 | 11007 | 9000 | S0000117025 | 2018 | 50 | |
| 12/18/2018 | 117110 | E31614 | 1108 | 11041 | 9000 | S0000117110 | 2018 | 51 | |
| 12/20/2018 | 117236 | E31614 | 999 | 11203 | 9000 | S0000117236 | 2018 | 51 | |
| 12/27/2018 | 117448 | E31614 | 1109 | 11104 | 9000 | S0000117448 | 2018 | 52 | |
| 1/2/2019 | 117611 | E31614 | 999 | 11201 | 9000 | S0000117611 | 2019 | 1 | |
| 1/7/2019 | 117783 | E31614 | 1109 | 11104 | 9000 | S0000117783 | 2019 | 2 | |
| 1/14/2019 | 118043 | E31614 | 1109 | 11203 | 9000 | S0000118043 | 2019 | 3 | |
| 1/17/2019 | 118192 | E31614 | 999 | 11203 | 9000 | S0000118192 | 2019 | 3 | |
| 1/18/2019 | 118225 | E31614 | 1109 | 11203 | 9000 | S0000118225 | 2019 | 3 | |
| 1/23/2019 | 118406 | E31614 | 1111 | 11203 | 9000 | S0000118406 | 2019 | 4 | |
| 1/24/2019 | 118467 | E31614 | 999 | 11203 | 9000 | S0000118467 | 2019 | 4 | |
| 1/25/2019 | 118501 | E31614 | 999 | 11203 | 9000 | S0000118501 | 2019 | 4 | |
| 1/28/2019 | 118573 | E31614 | 999 | 11203 | 9000 | S0000118573 | 2019 | 5 | |
| 1/29/2019 | 118603 | E31614 | 999 | 11202 | 9000 | S0000118603 | 2019 | 5 | |
| 2/4/2019 | 118790 | E31614 | 1111 | 11007 | 9000 | S0000118790 | 2019 | 6 | |
| 2/13/2019 | 119211 | E31614 | 1111 | 11203 | 9000 | S0000119211 | 2019 | 7 | |
| 3/1/2019 | 119861 | E31614 | 999 | 11203 | 9000 | S0000119861 | 2019 | 9 | |
| 3/8/2019 | 120114 | E31614 | 1109 | 11203 | 9000 | S0000120114 | 2019 | 10 | |
| 3/13/2019 | 120295 | E31614 | 999 | 11203 | 9000 | S0000120295 | 2019 | 11 | |
| 3/14/2019 | 120358 | E31614 | 999 | 11203 | 9000 | S0000120358 | 2019 | 11 | |
| 3/15/2019 | 120396 | E31614 | 1108 | 11203 | 9000 | S0000120396 | 2019 | 11 | |
| 3/18/2019 | 120416 | E31614 | 1108 | 11203 | 9000 | S0000120416 | 2019 | 12 | |
| 3/19/2019 | 120520 | E31614 | 1108 | 11203 | 9000 | S0000120520 | 2019 | 12 | |
| 3/20/2019 | 120567 | E31614 | 1108 | 11203 | 9000 | S0000120567 | 2019 | 12 | |
| 3/21/2019 | 120629 | E31614 | 1108 | 11203 | 9000 | S0000120629 | 2019 | 12 | |
| 3/22/2019 | 120640 | E31614 | 1109 | 11104 | 9000 | S0000120640 | 2019 | 12 | |
| 3/26/2019 | 120784 | E31614 | 999 | 11102 | 9000 | S0000120784 | 2019 | 13 | |
| 3/28/2019 | 120889 | E31614 | 1108 | 11203 | 9000 | S0000120889 | 2019 | 13 | |
| 3/29/2019 | 120941 | E31614 | 1108 | 11203 | 9000 | S0000120941 | 2019 | 13 | |

**KEVIN PHIPPS SMALL VEHICLE USAGE**

| Date | Shipment Number | Employee Number | Vehicle Number | Shipment Route | Vehicle Weight | Tour | Year | Week | Hours Worked |
|---|---|---|---|---|---|---|---|---|---|
| 4/1/2019 | 120990 | E31614 | 1108 | 11203 | 9000 | S0000120990 | 2019 | 14 | |
| 4/15/2019 | 121522 | E31614 | 1109 | 11104 | 9000 | S0000121522 | 2019 | 16 | |
| 4/16/2019 | 121590 | E31614 | 1108 | 11203 | 9000 | S0000121590 | 2019 | 16 | |
| 4/17/2019 | 121610 | E31614 | 1108 | 11203 | 9000 | S0000121610 | 2019 | 16 | |
| 4/18/2019 | 121699 | E31614 | 1108 | 11203 | 9000 | S0000121699 | 2019 | 16 | |
| 4/19/2019 | 121737 | E31614 | 1108 | 11203 | 9000 | S0000121737 | 2019 | 16 | |
| 4/22/2019 | 121802 | E31614 | 1108 | 11203 | 9000 | S0000121802 | 2019 | 17 | |
| 4/23/2019 | 121851 | E31614 | 1108 | 11203 | 9000 | S0000121851 | 2019 | 17 | |
| 4/24/2019 | 121910 | E31614 | 1108 | 11203 | 9000 | S0000121910 | 2019 | 17 | |
| 4/25/2019 | 121969 | E31614 | 1108 | 11203 | 9000 | S0000121969 | 2019 | 17 | |
| 4/26/2019 | 122017 | E31614 | 1108 | 11203 | 9000 | S0000122017 | 2019 | 17 | |
| 4/29/2019 | 122064 | E31614 | 1108 | 11203 | 9000 | S0000122064 | 2019 | 18 | |
| 4/30/2019 | 122131 | E31614 | 1108 | 11203 | 9000 | S0000122131 | 2019 | 18 | |
| 5/1/2019 | 122167 | E31614 | 1108 | 11203 | 9000 | S0000122167 | 2019 | 18 | |
| 5/2/2019 | 122234 | E31614 | 1108 | 11203 | 9000 | S0000122234 | 2019 | 18 | |
| 5/3/2019 | 122274 | E31614 | 1108 | 11203 | 9000 | S0000122274 | 2019 | 18 | |
| 5/6/2019 | 122312 | E31614 | 1108 | 11203 | 9000 | S0000122312 | 2019 | 19 | |
| 5/7/2019 | 122383 | E31614 | 1108 | 11203 | 9000 | S0000122383 | 2019 | 19 | |
| 5/8/2019 | 122428 | E31614 | 1108 | 11203 | 9000 | S0000122428 | 2019 | 19 | |
| 5/9/2019 | 122481 | E31614 | 1108 | 11203 | 9000 | S0000122481 | 2019 | 19 | |
| 5/10/2019 | 122531 | E31614 | 1108 | 11203 | 9000 | S0000122531 | 2019 | 19 | |
| 5/13/2019 | 122611 | E31614 | 1108 | 11203 | 9000 | S0000122611 | 2019 | 20 | |
| 5/14/2019 | 122648 | E31614 | 1108 | 11203 | 9000 | S0000122648 | 2019 | 20 | |
| 5/15/2019 | 122698 | E31614 | 1108 | 11203 | 9000 | S0000122698 | 2019 | 20 | |
| 5/16/2019 | 122759 | E31614 | 1108 | 11203 | 9000 | S0000122759 | 2019 | 20 | |
| 5/20/2019 | 122862 | E31614 | 1108 | 11203 | 9000 | S0000122862 | 2019 | 21 | |
| 5/21/2019 | 122926 | E31614 | 1108 | 11203 | 9000 | S0000122926 | 2019 | 21 | |
| 5/22/2019 | 122981 | E31614 | 1108 | 11203 | 9000 | S0000122981 | 2019 | 21 | |
| 5/23/2019 | 123021 | E31614 | 1108 | 11203 | 9000 | S0000123021 | 2019 | 21 | |
| 5/24/2019 | 123061 | E31614 | 1108 | 11203 | 9000 | S0000123061 | 2019 | 21 | |

**KEVIN PHIPPS SMALL VEHICLE USAGE**

| Date | Shipment Number | Employee Number | Vehicle Number | Shipment Route | Vehicle Weight | Tour | Year | Week | Hours Worked |
|------|----------------|-----------------|----------------|----------------|----------------|------|------|------|--------------|
| 5/28/2019 | 123138 | E31614 | 1108 | 11203 | 9000 | S0000123138 | 2019 | 22 | |
| 5/29/2019 | 123181 | E31614 | 1108 | 11203 | 9000 | S0000123181 | 2019 | 22 | |
| 5/30/2019 | 123245 | E31614 | 1108 | 11203 | 9000 | S0000123245 | 2019 | 22 | |
| 5/31/2019 | 123298 | E31614 | 1108 | 11203 | 9000 | S0000123298 | 2019 | 22 | |
| 6/3/2019 | 123350 | E31614 | 1108 | 11203 | 9000 | S0000123350 | 2019 | 23 | |
| 6/4/2019 | 123430 | E31614 | 1108 | 11203 | 9000 | S0000123430 | 2019 | 23 | |
| 6/5/2019 | 123490 | E31614 | 1108 | 11203 | 9000 | S0000123490 | 2019 | 23 | |
| 6/6/2019 | 123515 | E31614 | 1108 | 11203 | 9000 | S0000123515 | 2019 | 23 | |
| 6/7/2019 | 123593 | E31614 | 1108 | 11203 | 9000 | S0000123593 | 2019 | 23 | |
| 6/11/2019 | 123712 | E31614 | 1108 | 11203 | 9000 | S0000123712 | 2019 | 24 | |
| 6/12/2019 | 123768 | E31614 | 1108 | 11203 | 9000 | S0000123768 | 2019 | 24 | |
| 6/13/2019 | 123803 | E31614 | 1108 | 11203 | 9000 | S0000123803 | 2019 | 24 | |
| 6/14/2019 | 123868 | E31614 | 1108 | 11203 | 9000 | S0000123868 | 2019 | 24 | |
| 6/17/2019 | 123929 | E31614 | 1108 | 11203 | 9000 | S0000123929 | 2019 | 25 | |
| 6/18/2019 | 123980 | E31614 | 1108 | 11203 | 9000 | S0000123980 | 2019 | 25 | |
| 6/20/2019 | 124086 | E31614 | 1108 | 11203 | 9000 | S0000124086 | 2019 | 25 | |
| 6/21/2019 | 124106 | E31614 | 1108 | 11203 | 9000 | S0000124106 | 2019 | 25 | |
| 6/24/2019 | 124174 | E31614 | 1108 | 11203 | 9000 | S0000124174 | 2019 | 26 | |
| 6/25/2019 | 124218 | E31614 | 1108 | 11203 | 9000 | S0000124218 | 2019 | 26 | |
| 6/26/2019 | 124289 | E31614 | 1108 | 11203 | 9000 | S0000124289 | 2019 | 26 | |
| 6/27/2019 | 124345 | E31614 | 1108 | 11203 | 9000 | S0000124345 | 2019 | 26 | |
| 6/28/2019 | 124384 | E31614 | 1108 | 11203 | 9000 | S0000124384 | 2019 | 26 | |
| 7/1/2019 | 124444 | E31614 | 1108 | 11203 | 9000 | S0000124444 | 2019 | 27 | |
| 7/2/2019 | 124503 | E31614 | 1108 | 11203 | 9000 | S0000124503 | 2019 | 27 | |
| 7/3/2019 | 124525 | E31614 | 1108 | 11203 | 9000 | S0000124525 | 2019 | 27 | |
| 7/8/2019 | 124684 | E31614 | 1108 | 11203 | 9000 | S0000124684 | 2019 | 28 | |
| 7/9/2019 | 124706 | E31614 | 1108 | 11203 | 9000 | S0000124706 | 2019 | 28 | |
| 7/10/2019 | 124757 | E31614 | 1108 | 11203 | 9000 | S0000124757 | 2019 | 28 | |
| 7/11/2019 | 124813 | E31614 | 1108 | 11203 | 9000 | S0000124813 | 2019 | 28 | |
| 7/12/2019 | 124869 | E31614 | 1108 | 11203 | 9000 | S0000124869 | 2019 | 28 | |

**KEVIN PHIPPS SMALL VEHICLE USAGE**

| Date | Shipment Number | Employee Number | Vehicle Number | Shipment Route | Vehicle Weight | Tour | Year | Week | Hours Worked |
|------|-----------------|-----------------|----------------|----------------|----------------|------|------|------|--------------|
| 7/15/2019 | 124965 | E31614 | 1108 | 11203 | 9000 | S0000124965 | 2019 | 29 | |
| 7/16/2019 | 125034 | E31614 | 1108 | 11203 | 9000 | S0000125034 | 2019 | 29 | |
| 7/17/2019 | 125084 | E31614 | 1108 | 11203 | 9000 | S0000125084 | 2019 | 29 | |
| 7/18/2019 | 125135 | E31614 | 1108 | 11203 | 9000 | S0000125135 | 2019 | 29 | |
| 7/19/2019 | 125150 | E31614 | 1108 | 11203 | 9000 | S0000125150 | 2019 | 29 | |
| 7/22/2019 | 125237 | E31614 | 1108 | 11203 | 9000 | S0000125237 | 2019 | 30 | |
| 7/23/2019 | 125284 | E31614 | 1108 | 11203 | 9000 | S0000125284 | 2019 | 30 | |
| 7/24/2019 | 125367 | E31614 | 1108 | 11203 | 9000 | S0000125367 | 2019 | 30 | |
| 7/25/2019 | 125419 | E31614 | 1108 | 11203 | 9000 | S0000125419 | 2019 | 30 | |
| 7/26/2019 | 125438 | E31614 | 1108 | 11203 | 9000 | S0000125438 | 2019 | 30 | |
| 7/29/2019 | 125519 | E31614 | 1108 | 11203 | 9000 | S0000125519 | 2019 | 31 | |
| 7/30/2019 | 125577 | E31614 | 1108 | 11203 | 9000 | S0000125577 | 2019 | 31 | |
| 7/31/2019 | 125597 | E31614 | 1108 | 11203 | 9000 | S0000125597 | 2019 | 31 | |
| 8/1/2019 | 125679 | E31614 | 1108 | 11203 | 9000 | S0000125679 | 2019 | 31 | |
| 8/2/2019 | 125734 | E31614 | 1108 | 11203 | 9000 | S0000125734 | 2019 | 31 | |
| 8/5/2019 | 125774 | E31614 | 1108 | 11203 | 9000 | S0000125774 | 2019 | 32 | |
| 8/6/2019 | 125840 | E31614 | 1108 | 11203 | 9000 | S0000125840 | 2019 | 32 | |
| 8/7/2019 | 125855 | E31614 | 1108 | 11203 | 9000 | S0000125855 | 2019 | 32 | |
| 8/8/2019 | 125906 | E31614 | 1108 | 11203 | 9000 | S0000125906 | 2019 | 32 | |
| 8/9/2019 | 125964 | E31614 | 1108 | 11203 | 9000 | S0000125964 | 2019 | 32 | |
| 8/12/2019 | 126068 | E31614 | 1108 | 11203 | 9000 | S0000126068 | 2019 | 33 | |
| 8/14/2019 | 126138 | E31614 | 1108 | 11203 | 9000 | S0000126138 | 2019 | 33 | |
| 8/15/2019 | 126191 | E31614 | 1108 | 11203 | 9000 | S0000126191 | 2019 | 33 | 29:23:12 |
| 8/26/2019 | 126593 | E31614 | 1108 | 11203 | 9000 | S0000126593 | 2019 | 35 | |
| 8/27/2019 | 126650 | E31614 | 1108 | 11203 | 9000 | S0000126650 | 2019 | 35 | |
| 8/28/2019 | 126677 | E31614 | 1108 | 11203 | 9000 | S0000126677 | 2019 | 35 | |
| 8/29/2019 | 126726 | E31614 | 1108 | 11203 | 9000 | S0000126726 | 2019 | 35 | |
| 8/30/2019 | 126783 | E31614 | 1108 | 11203 | 9000 | S0000126783 | 2019 | 35 | 45:40:59 |
| 9/3/2019 | 126855 | E31614 | 1108 | 11203 | 9000 | S0000126855 | 2019 | 36 | |
| 9/4/2019 | 126932 | E31614 | 1108 | 11203 | 9000 | S0000126932 | 2019 | 36 | |

**KEVIN PHIPPS SMALL VEHICLE USAGE**

| Date | Shipment Number | Employee Number | Vehicle Number | Shipment Route | Vehicle Weight | Tour | Year | Week | Hours Worked |
|---|---|---|---|---|---|---|---|---|---|
| 9/5/2019 | 126937 | E31614 | 1108 | 11203 | 9000 | S0000126937 | 2019 | 36 | |
| 9/6/2019 | 126990 | E31614 | 1108 | 11203 | 9000 | S0000126990 | 2019 | 36 | 32:58:21 |
| 9/9/2019 | 127085 | E31614 | 1108 | 11203 | 9000 | S0000127085 | 2019 | 37 | |
| 9/10/2019 | 127118 | E31614 | 1108 | 11203 | 9000 | S0000127118 | 2019 | 37 | |
| 9/11/2019 | 127169 | E31614 | 1108 | 11203 | 9000 | S0000127169 | 2019 | 37 | |
| 9/12/2019 | 127222 | E31614 | 1108 | 11203 | 9000 | S0000127222 | 2019 | 37 | 36:35:19 |
| 9/19/2019 | 127273 | E31614 | 1108 | 11203 | 9000 | S0000127273 | 2019 | 38 | |
| 9/16/2019 | 127379 | E31614 | 1108 | 11203 | 9000 | S0000127379 | 2019 | 38 | |
| 9/17/2019 | 127400 | E31614 | 1108 | 11203 | 9000 | S0000127400 | 2019 | 38 | |
| 9/18/2019 | 127467 | E31614 | 1108 | 11203 | 9000 | S0000127467 | 2019 | 38 | |
| 9/19/2019 | 127498 | E31614 | 1108 | 11203 | 9000 | S0000127498 | 2019 | 38 | |
| 9/20/2019 | 127548 | E31614 | 1108 | 11203 | 9000 | S0000127548 | 2019 | 38 | 52:55:11 |
| 9/23/2019 | 127597 | E31614 | 1108 | 11203 | 9000 | S0000127597 | 2019 | 39 | |
| 9/24/2019 | 127657 | E31614 | 1108 | 11203 | 9000 | S0000127657 | 2019 | 39 | |
| 9/25/2019 | 127709 | E31614 | 1108 | 11203 | 9000 | S0000127709 | 2019 | 39 | |
| 9/26/2019 | 127760 | E31614 | 1108 | 11203 | 9000 | S0000127760 | 2019 | 39 | |
| 9/27/2019 | 127811 | E31614 | 1108 | 11203 | 9000 | S0000127811 | 2019 | 39 | 43:57:39 |
| 9/30/2019 | 127864 | E31614 | 1108 | 11203 | 9000 | S0000127864 | 2019 | 40 | |
| 10/1/2019 | 127921 | E31614 | 1108 | 11203 | 9000 | S0000127921 | 2019 | 40 | |
| 10/2/2019 | 127971 | E31614 | 1108 | 11203 | 9000 | S0000127971 | 2019 | 40 | |
| 10/3/2019 | 128022 | E31614 | 1108 | 11203 | 9000 | S0000128022 | 2019 | 40 | |
| 10/4/2019 | 128070 | E31614 | 1108 | 11203 | 9000 | S0000128070 | 2019 | 40 | 45:39:05 |
| 10/7/2019 | 128116 | E31614 | 1108 | 11203 | 9000 | S0000128116 | 2019 | 41 | |
| 10/8/2019 | 128168 | E31614 | 1108 | 11203 | 9000 | S0000128168 | 2019 | 41 | |
| 10/9/2019 | 128215 | E31614 | 1108 | 11203 | 9000 | S0000128215 | 2019 | 41 | |
| 10/10/2019 | 128264 | E31614 | 1108 | 11203 | 9000 | S0000128264 | 2019 | 41 | |
| 10/11/2019 | 128314 | E31614 | 1108 | 11203 | 9000 | S0000128314 | 2019 | 41 | 45:23:43 |
| 10/14/2019 | 128361 | E31614 | 1108 | 11203 | 9000 | S0000128361 | 2019 | 42 | |
| 10/15/2019 | 128416 | E31614 | 1108 | 11203 | 9000 | S0000128416 | 2019 | 42 | |
| 10/16/2019 | 128468 | E31614 | 1108 | 11203 | 9000 | S0000128468 | 2019 | 42 | |

**KEVIN PHIPPS SMALL VEHICLE USAGE**

| Date | Shipment Number | Employee Number | Vehicle Number | Shipment Route | Vehicle Weight | Tour | Year | Week | Hours Worked |
|------|-----------------|-----------------|----------------|----------------|----------------|------|------|------|--------------|
| 10/17/2019 | 128550 | E31614 | 1108 | 11203 | 9000 | S0000128550 | 2019 | 42 | |
| 10/18/2019 | 128601 | E31614 | 1108 | 11203 | 9000 | S0000128601 | 2019 | 42 | 47:12:52 |
| 10/21/2019 | 128646 | E31614 | 1108 | 11203 | 9000 | S0000128646 | 2019 | 43 | |
| 10/22/2019 | 128668 | E31614 | 1108 | 11203 | 9000 | S0000128668 | 2019 | 43 | |
| 10/22/2019 | 128718 | E31614 | 1108 | 11203 | 9000 | S0000128718 | 2019 | 43 | |
| 10/24/2019 | 128768 | E31614 | 1108 | 11203 | 9000 | S0000128768 | 2019 | 43 | |
| 10/25/2019 | 128820 | E31614 | 1108 | 11203 | 9000 | S0000128820 | 2019 | 43 | 80:30:45 |
| 10/28/2019 | 128864 | E31614 | 1108 | 11203 | 9000 | S0000128864 | 2019 | 44 | |
| 10/29/2019 | 128917 | E31614 | 1108 | 11203 | 9000 | S0000128917 | 2019 | 44 | |
| 10/30/2019 | 128965 | E31614 | 1108 | 11203 | 9000 | S0000128965 | 2019 | 44 | |
| 10/31/2019 | 129011 | E31614 | 1108 | 11203 | 9000 | S0000129011 | 2019 | 44 | |
| 11/1/2019 | 129060 | E31614 | 1108 | 11203 | 9000 | S0000129060 | 2019 | 44 | 47:40:00 |
| 11/12/2019 | 129398 | E31614 | 1108 | 11202 | 9000 | S0000129398 | 2019 | 46 | 8:11:27 |
| 1/17/2020 | 131613 | E31614 | 1108 | 11203 | 9000 | S0000131613 | 2020 | 3 | 16:17:28 |
| 1/20/2020 | 131657 | E31614 | 1108 | 11203 | 9000 | S0000131657 | 2020 | 4 | |
| 1/24/2020 | 131859 | E31614 | 1108 | 11203 | 9000 | S0000131859 | 2020 | 4 | 23:16:52 |
| 1/29/2020 | 132003 | E31614 | 1108 | 11203 | 9000 | S0000132003 | 2020 | 5 | |
| 1/31/2020 | 132104 | E31614 | 1108 | 11203 | 9000 | S0000132104 | 2020 | 5 | 16:39:29 |