# EXHIBIT DDD

## DAVID SUJKOWSKI SMALL VEHICLE USAGE

| Date | Shipment Number | Employee Number | Vehicle Number | Shipment Route | Vehicle Weight | Tour | Year | Week | Hours Worked |
|---|---|---|---|---|---|---|---|---|---|
| 3/3/2021 | 144539 | E41675 | 999 | 11102 | 9000 | S0000144539 | 2021 | 10 | |
| 3/5/2021 | 144623 | E41675 | 999 | 11102 | 9000 | S0000144623 | 2021 | 10 | 52:56:01 |
| 3/8/2021 | 144664 | E41675 | 999 | 11102 | 9000 | S0000144664 | 2021 | 11 | |
| 3/9/2021 | 144701 | E41675 | 999 | 11102 | 9000 | S0000144701 | 2021 | 11 | 41:54:51 |
| 3/15/2021 | 144881 | E41675 | 999 | 11102 | 9000 | S0000144881 | 2021 | 12 | 46:32:32 |