# EXHIBIT EEE

## JORDAN TAMPA SMALL VEHICLE USAGE

| Date | Shipment Number | Employee Number | Vehicle Number | Shipment Route | Vehicle Weight | Tour | Year | Week | Hours Worked |
|------|----------------|-----------------|----------------|----------------|----------------|------|------|------|--------------|
| 1/8/2020 | 131309 | E39890 | 1109 | 11104 | 9000 | S0000131309 | 2020 | 2 | 32:46:38 |
| 1/15/2020 | 131544 | E39890 | 1109 | 11009 | 9000 | S0000131544 | 2020 | 3 | 37:28:54 |
| 2/11/2020 | 132489 | E39890 | 999 | 11102 | 9000 | S0000132489 | 2020 | 7 | |
| 2/12/2020 | 132534 | E39890 | 999 | 11102 | 9000 | S0000132534 | 2020 | 7 | |
| 2/13/2020 | 132577 | E39890 | 999 | 11102 | 9000 | S0000132577 | 2020 | 7 | 37:57:43 |
| 2/18/2020 | 132715 | E39890 | 999 | 11102 | 9000 | S0000132715 | 2020 | 8 | |
| 2/19/2020 | 132778 | E39890 | 999 | 11102 | 9000 | S0000132778 | 2020 | 8 | |
| 2/20/2020 | 132812 | E39890 | 999 | 11102 | 9000 | S0000132812 | 2020 | 8 | |
| 2/21/2020 | 132875 | E39890 | 999 | 11104 | 9000 | S0000132875 | 2020 | 8 | 36:33:08 |
| 2/24/2020 | 132932 | E39890 | 999 | 11104 | 9000 | S0000132932 | 2020 | 9 | 50:20:51 |