# EXHIBIT FFF

KYLE WINCONEK SMALL VEHICLE USAGE

| Date | Shipment Number | Employee Number | Vehicle Number | Shipment Route | Vehicle Weight | Tour | Year | Week | Hours Worked |
|---|---|---|---|---|---|---|---|---|---|
| 2/9/2021 | 143800 | E41647 | 1108 | 11204 | 9000 | S0000143800 | 2021 | 7 | 35:52:40 |
| 2/17/2021 | 144073 | E41647 | 999 | 11052 | 9000 | S0000144073 | 2021 | 8 | |
| 2/19/2021 | 144151 | E41647 | 1108 | 11052 | 9000 | S0000144151 | 2021 | 8 | 35:36:49 |
| 8/9/2021 | 149481 | E41647 | 999 | 11041 | 9000 | S0000149481 | 2021 | 33 | |
| 8/10/2021 | 149521 | E41647 | 999 | 11041 | 9000 | S0000149521 | 2021 | 33 | |
| 8/11/2021 | 149565 | E41647 | 999 | 11041 | 9000 | S0000149565 | 2021 | 33 | |
| 8/12/2021 | 149611 | E41647 | 999 | 11041 | 9000 | S0000149611 | 2021 | 33 | |
| 8/13/2021 | 149652 | E41647 | 999 | 11041 | 9000 | S0000149652 | 2021 | 33 | 46:57:52 |
| 8/17/2021 | 149745 | E41647 | 999 | 11041 | 9000 | S0000149745 | 2021 | 34 | |
| 8/18/2021 | 149781 | E41647 | 999 | 11041 | 9000 | S0000149781 | 2021 | 34 | |
| 8/19/2021 | 149834 | E41647 | 999 | 11041 | 9000 | S0000149834 | 2021 | 34 | |
| 8/20/2021 | 149866 | E41647 | 999 | 11041 | 9000 | S0000149866 | 2021 | 34 | 46:24:25 |
| 8/23/2021 | 149922 | E41647 | 999 | 11041 | 9000 | S0000149922 | 2021 | 35 | |
| 8/24/2021 | 149969 | E41647 | 999 | 11041 | 9000 | S0000149969 | 2021 | 35 | |
| 8/25/2021 | 150033 | E41647 | 999 | 11041 | 9000 | S0000150033 | 2021 | 35 | |
| 8/27/2021 | 150101 | E41647 | 999 | 11041 | 9000 | S0000150101 | 2021 | 35 | 36:19:53 |
| 8/30/2021 | 150152 | E41647 | 999 | 11041 | 9000 | S0000150152 | 2021 | 36 | |
| 8/31/2021 | 150220 | E41647 | 999 | 11041 | 9000 | S0000150220 | 2021 | 36 | |
| 9/1/2021 | 150263 | E41647 | 999 | 11041 | 9000 | S0000150263 | 2021 | 36 | |
| 9/2/2021 | 150299 | E41647 | 999 | 11041 | 9000 | S0000150299 | 2021 | 36 | |
| 9/3/2021 | 150352 | E41647 | 999 | 11041 | 9000 | S0000150352 | 2021 | 36 | |
| 9/4/2021 | 150399 | E41647 | 999 | 11041 | 9000 | S0000150399 | 2021 | 36 | 54:58:23 |
| 9/7/2021 | 150422 | E41647 | 999 | 11041 | 9000 | S0000150422 | 2021 | 37 | 9:09:56 |
| 9/13/2021 | 150609 | E41647 | 999 | 11041 | 9000 | S0000150609 | 2021 | 38 | |
| 9/14/2021 | 150655 | E41647 | 999 | 11041 | 9000 | S0000150655 | 2021 | 38 | |
| 9/15/2021 | 150706 | E41647 | 999 | 11041 | 9000 | S0000150706 | 2021 | 38 | |
| 9/16/2021 | 150750 | E41647 | 999 | 11041 | 9000 | S0000150750 | 2021 | 38 | |
| 9/17/2021 | 150809 | E41647 | 999 | 11041 | 9000 | S0000150809 | 2021 | 38 | 51:36:08 |
| 9/20/2021 | 150844 | E41647 | 999 | 11041 | 9000 | S0000150844 | 2021 | 39 | |
| 9/21/2021 | 150883 | E41647 | 999 | 11041 | 9000 | S0000150883 | 2021 | 39 | |

KYLE WINCONEK SMALL VEHICLE USAGE

| Date | Shipment Number | Employee Number | Vehicle Number | Shipment Route | Vehicle Weight | Tour | Year | Week | Hours Worked |
|---|---|---|---|---|---|---|---|---|---|
| 9/22/2021 | 150924 | E41647 | 999 | 11041 | 9000 | S0000150924 | 2021 | 39 | |
| 9/23/2021 | 150990 | E41647 | 999 | 11041 | 9000 | S0000150990 | 2021 | 39 | |
| 9/24/2021 | 151023 | E41647 | 999 | 11041 | 9000 | S0000151023 | 2021 | 39 | 55:19:21 |
| 9/25/2021 | 151049 | E41647 | 999 | 11041 | 9000 | S0000151049 | 2021 | 39 | |
| 9/27/2021 | 151087 | E41647 | 999 | 11041 | 9000 | S0000151087 | 2021 | 40 | |
| 9/28/2021 | 151120 | E41647 | 999 | 11041 | 9000 | S0000151120 | 2021 | 40 | |
| 9/29/2021 | 151152 | E41647 | 999 | 11041 | 9000 | S0000151152 | 2021 | 40 | |
| 9/30/2021 | 151210 | E41647 | 999 | 11041 | 9000 | S0000151210 | 2021 | 40 | 35:21:31 |
| 10/5/2021 | 151343 | E41647 | 999 | 11041 | 9000 | S0000151343 | 2021 | 41 | |
| 10/6/2021 | 151390 | E41647 | 999 | 11041 | 9000 | S0000151390 | 2021 | 41 | |
| 10/7/2021 | 151431 | E41647 | 999 | 11041 | 9000 | S0000151431 | 2021 | 41 | |
| 10/8/2021 | 151496 | E41647 | 999 | 11041 | 9000 | S0000151496 | 2021 | 41 | 40:18:05 |
| 10/11/2021 | 151533 | E41647 | 999 | 11041 | 9000 | S0000151533 | 2021 | 42 | |
| 10/12/2021 | 151573 | E41647 | 999 | 11041 | 9000 | S0000151573 | 2021 | 42 | |
| 10/13/2021 | 151643 | E41647 | 999 | 11041 | 9000 | S0000151643 | 2021 | 42 | |
| 10/14/2021 | 151676 | E41647 | 999 | 11041 | 9000 | S0000151676 | 2021 | 42 | |
| 10/15/2021 | 151718 | E41647 | 999 | 11041 | 9000 | S0000151718 | 2021 | 42 | 47:12:09 |