UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JUSTIN GUY**, individually on behalf
of himself and others similiarly situated,

    Plaintiff,

v.

**ABSOPURE WATER COMPANY, LLC**,
a domestic limited liability company,

    Defendant.
_____/

Case No.:  20-CV-12734

Hon. Mark A. Goldsmith

## PLAINTIFF'S DEMONSTRATIVE EXHIBITS

Pursuant to the Court's Order, [ECF No. 180], Plaintiff hereby files a copy of the demonstrative exhibits he intends to use in trial. Plaintiff's demonstrative exhibit PowerPoint is attached as **Exhibit A**.[1]  In addition to this PowerPoint, Plaintiff will use as demonstrative evidence the following objects: 1) several bottles of Mountain Valley water; 2) a water bottle crate, and; 3) an addressed envelope.

Dated:  November 3, 2023

Respectfully submitted,

/s/ *Michael N. Hanna*
Michael N. Hanna (P81462)
MORGAN & MORGAN, P.A.
2000 Town Center, Suite 1900
Southfield, MI 48075
(313) 739-1950

---

[1] Plaintiff reserves the right to make changes prior to trial, as necessary.

mhanna@forthepeople.com

*Attorneys for Plaintiff*

## LOCAL RULE CERTIFICATION

I, Michael Hanna, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts). I also certify that it is the appropriate length. Local Rule 7.1(d)(3).

*/s/ Michael N. Hanna*<br>Michael N. Hanna

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed using the CM/ECF system on November 3, 2023, which I understand will send a notice of same to all counsel of record.

*/s/ Michael N. Hanna*<br>Michael N. Hanna