# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JUSTIN GUY**, individually on behalf
of himself and others similiarly situated,
Case No.: 20-cv-12734
    Plaintiff,

                                Hon. Mark A. Goldsmith

v.

**ABSOPURE WATER COMPANY, LLC**,
a domestic limited liability company,

    Defendant.
_____/

## DEFENDANT'S SUPPLEMENTAL EXHIBIT LIST FOR PLAINTIFFS' PERSONNEL FILE RECORDS

Pursuant to the agreement reached by the Parties and Court during the November 9, 2023 hearing, Defendant Absopure Water Company, LLC hereby amends its trial exhibit list for Plaintiffs' personnel records. Absopure understands that the exhibits related to disciplinary matters are subject to further approval of the Court prior to admittance at trial.

| <u>Exh. No.</u> | <u>Description</u> |
|---|---|
| 158A | Justin Guy Verification and Consent Agreement and Acknowledgement (Absopure 000009) |
| 158B | Justin Guy Bonus Plan Notice (Absopure 000045) |
| 158C | Justin Guy termination letter (Absopure 0000056) |

1

| | |
|---|---|
| 159A | John Aniol disciplinary records  (ABS 002120-2129) |
| 160A | Aaron Armstead Verification and Consent Agreement and Acknowledgement  (ABS 001476) |
| 160B | Aaron Armstead termination letter  (ABS 001487) |
| 161A | Dwane Armstead termination letter  (ABS 001498) |
| 161B | Dwane Armstead Verification and Consent Agreement and Acknowledgement  (ABS 001499) |
| 161C | Dwane Armstead bonus plan notice (ABS 001501) |
| 163A | Lucas Belonga Verification and Consent Agreement and Acknowledgement  (ABS 001538) |
| 164A | Keith Brown bonus plan notice (ABS 001580) |
| 164B | Keith Brown disciplinary records (ABS 001584) |
| 165A | Dannielle Childs Verification and Consent Agreement and Acknowledgement  (ABS 001637) |
| 165B | Dannielle Childs compensation change (ABS 001638-40) |
| 165C | Dannielle Childs Verification and Consent Agreement and Acknowledgement  (ABS 001641) |
| 165D | Dannielle Childs bonus plan notice (ABS 001643) |
| 166A | Ryan Clendennin Verification and Consent Agreement and Acknowledgement  (ABS 001654) |
| 166B | Ryan Clendennin bonus plan notice (ABS 001661) |

| | |
|---|---|
| 167A | Caleb Fish Verification and Consent Agreement and Acknowledgement (ABS 001667) |
| 167B | Caleb Fish compensation change (ABS 001673-78) |
| 167C | Caleb Fish disciplinary record (ABS 001679) |
| 168A | Boaz Householder Verification and Consent Agreement and Acknowledgement (ABS 001738) |
| 169A | Shawn Jacek Verification and Consent Agreement and Acknowledgement (ABS 001751) |
| 170A | Matthew Jackson Verification and Consent Agreement and Acknowledgement (ABS 001764) |
| 171A | Gary Johnson. Jr. Verification and Consent Agreement and Acknowledgement (ABS 001775) |
| 172A | Ricardo Lammer Verification and Consent Agreement and Acknowledgement (ABS 001814) |
| 172B | Ricardo Lammer termination letter (ABS 001815) |
| 173A | Antony Newkirk Verification and Consent Agreement and Acknowledgement (ABS 001825) |
| 174A | Paul Okimoto Verification and Consent Agreement and Acknowledgement (ABS 001833) |
| 174B | Paul Okimoto bonus plan notice (ABS 001836) |
| 175A | Terry Pemberton Verification and Consent Agreement and Acknowledgement (ABS 001866) |
| 176A | Charles Perry bonus plan notice (ABS 001891) |

| | |
|---|---|
| 176B | Charles Perry resignation email (ABS 001895) |
| 177A | Kevin Phipps Verification and Consent Agreement and Acknowledgement (ABS 001938) |
| 177B | Kevin Phipps bonus plan notice (ABS 001940) |
| 177C | Kevin Phipps leave of absence papers (ABS 001948-49, 002356-2385, 002387-2400) |
| 178A | Nathan Redmer Verification and Consent Agreement and Acknowledgement (ABS 001959) |
| 179A | Ryan Rhodes Verification and Consent Agreement and Acknowledgement (ABS 001971) |
| 180A | Jesse Skonieczny Verification and Consent Agreement and Acknowledgement (ABS 001992) |
| 180B | Jesse Skonieczny disciplinary record (ABS 002002) |
| 181A | David Sujkowski Verification and Consent Agreement and Acknowledgement (ABS 002025) |
| 181B | David Sujkowski leave of absence papers (ABS 002035-36) |
| 182A | Jordan Tampa Verification and Consent Agreement and Acknowledgement (ABS 002064) |
| 182B | Jordan Tampa disciplinary record (ABS 002074-78) |
| 183A | Kyle Winconek Verification and Consent Agreement and Acknowledgement (ABS 002095) |
| 184A | George Woldt termination letter (ABS 002109) |

184B     George Woldt Verification and Consent Agreement and Consent Agreement and Acknowledgement (ABS 002110)

Dated: November 16, 2023

| | |
|---|---|
| *s/ Ronald G. Acho* | /s/ *Michael O. Cummings* |
| Ronald G. Acho | Michael O. Cummings |
| Cummings, McClorey, Davis & Acho, P.L.C. | Cummings, McClorey, Davis & Acho, P.C. |
| 17436 College Parkway | 1185 Avenue of the Americas, 3rd Fl. |
| Livonia, MI 48152 | New York, NY 10036 |
| (734) 261-2400 | (212) 547-8810 |
| racho@cmda-law.com | mcummings@cmda-law.com |
| P-23913 | N.Y. Bar No. 2701506 |

*Attorneys for Defendant Absopure Water Company, LLC*

### CERTIFICATE OF SERVICE

The undersigned certifies that on November 16, 2023, the foregoing document was served via email on all counsel of record.

/s/ *Michael O. Cummings*
Michael O. Cummings
Attorney for Defendant