UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JUSTIN GUY**, individually on behalf
of himself and others similiarly situated,

    Plaintiff,

v.

**ABSOPURE WATER COMPANY, LLC**,
a domestic limited liability company,

    Defendant.
_____/

Case No.:  20-CV-12734

Hon. Mark A. Goldsmith

### PLAINTIFF'S NOTICE OF DESIGNATION OF *DE BENE ESSE* DEPOSITION

Pursuant to the Court's Order, ECF No. 191, Plaintiff hereby files a copy of the *de bene esse* deposition of J.B. Hunt's Corporate Representative, and designates the following portions pages/lines of this deposition to be used at trial.  Pages 1 – 114 of J.B. Hunt's Corporate Representative deposition are attached as **Exhibit** ("Ex.") **A**, and pages 115 to 190 are attached as **Ex. B**.  The Exhibits utilized during the *de bene esse* deposition are attached as follows:

- **Ex. C** – Notice of *De Bene Esse* Deposition *Duces Tecum* of J.B. Hunt's Corporate Representative.

- **Ex. D** – Trevor Rogers' Declaration

- **Ex. E** – J.B. Hunt's Certificate of Records

- **Ex. F** - J.B. Hunt's Dedicated Contract Service Transportation Agreement with Mountain Valley.

Plaintiff hereby designates the following portion pages/lines from **Exhibit A** (pages 1 – 114): p. 6:13-25; p. 8:8-22; p. 9:1-9:16; p. 10:15-19; p. 11:9-23; pp. 12:21-13:20; pp. 14:21 -15:12; p. 15:18-23; pp. 16:18-21:5; p. 22:7-25; pp. 23:10-24:10; pp. 24:25 – 25:14; pp. 25:21-26:10; pp. 30:5-34:5; pp. 36:21-37:7; pp. 37:18-38:7; pp. 40:24-41:2; p. 43:4-20; p. 44:19-23; pp. 45:7-46:23; pp. 49:7-51:23; p. 52:7-13; pp. 53:13-54:11; pp. 55:19-56:5; pp. 56:12-58:6; p. 59:5-24; pp. 64:15-65:23; pp. 67:1-68:20; pp. 70:18-71:14; pp. 73:16-74:6; p. 75:1-17; p. 76:9-25; pp. 77:20-80:1; p. 81:2-23; pp. 84:2-85:1; p. 87:17-22; pp. 90-17-91:14; p. 95:16-23; p. 111:7-12.

Plaintiff hereby designates the following portion pages/lines from **Exhibit B** (pages 115-190): p. 120:3-24; pp. 121:17-123:1; pp. 123:14-124:2; pp. 125:19-128:5; p. 128:11-15; p. 129:6-16; p. 130:11-20; pp. 131:16-146:18; pp. 147:13-148:15; pp. 150:16-152:25; p. 153:8-23; p. 154:3-23; pp. 157:16-158:13; pp. 159:18-164:12; pp. 177:25-182:7; and pp. 184:25-187:25.

Plaintiff reserves the right to make additional inclusions for purposes of context to the extent contingent on Defendant position.

Respectfully Submitted,

Dated: November 28, 2023

By: /s/ *Michael N. Hanna*
MORGAN & MORGAN, P.A.
Michael N. Hanna

Michigan Bar No.: P81462
Florida Bar No.: 85035
2000 Town Center, Suite 1900
Southfield, MI 48075
(313) 739-1953
mhanna@forthepeople.com

*Attorney for Plaintiff*

## **LOCAL RULE CERTIFICATION**

I, Michael Hanna, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts). I also certify that it is the appropriate length. Local Rule 7.1(d)(3).

***/s/ Michael N. Hanna***
Michael N. Hanna

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed using the CM/ECF system on November 28, 2023, which I understand will send a notice of

same to all counsel of record.

/s/ *Michael N. Hanna*
Michael N. Hanna