UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN GUY, individually and on behalf
of those similarly situated,

    Plaintiff,

v.

ABSOPURE WATER COMPANY, LLC

    Defendant.
_____/

Case No. 20-12734

HON. MARK A. GOLDSMITH

## **ORDER REGARDING COMMUNICATION WITH THE COURT**

Counsel may not send email or any other communication to the undersigned. Should counsel perceive a need to contact the Court's staff regarding administrative or scheduling matters, counsel may send an email to the Court's case manager, with a copy sent simultaneously to opposing counsel. Such emails may not contain argument or cite any authorities and may not exceed 20 words.

SO ORDERED.

Dated: November 29, 2023       s/Mark A. Goldsmith
    Detroit, Michigan      MARK A. GOLDSMITH
     United States District Judge