# EXHIBIT 1

Trevor Rogers
November 21, 2023

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION


JUSTIN GUY, individually on behalf

of himself and others similarly situated,

       Plaintiffs,


    vs.                  Case No. 20-cv-12734


ABSOPURE WATER COMPANY, LLC,

a domestic limited liability company,

       Defendant.

_____


      The Videoconference Deposition of TREVOR ROGERS

      Commencing at 11:02 a.m.

      Tuesday, November 21, 2023

      Before Renee J. Ogden, CSR-3455, RPR.

Trevor Rogers
November 21, 2023

```
 1   APPEARANCES:

 2

 3   MICHAEL N. HANNA

 4   Morgan & Morgan, P.A.

 5   2000 Town Center

 6   Suite 1900

 7   Southfield, Michigan 48075

 8   (313) 251-1399

 9   mhanna@forthepeople.com

10        Appearing via videoconference on behalf of the

11        Plaintiffs.

12

13   MICHAEL O. CUMMINGS

14   Cummings, McClorey, Davis & Acho

15   1185 Avenue of the Americas

16   3rd Floor

17   New York, New York 10036

18   (212) 547-8810

19   Mcummings@cmda-law.com

20        Appearing on behalf of the Defendants.

21

22

23

24

25
```

Trevor Rogers
November 21, 2023

```
1    ROBERT MITCHALS

2    Mayer LLP

3    2434 East Joyce Boulevard

4    Suite 6

5    Fayetteville, Arkansas 72703

6    (479) 396-2064

7    Rmitchals@mayerllp.com

8         Appearing on behalf of the Deponent

9

10

11   ALSO PRESENT:

12   Brooke Leddon

13   Ertis Tereziu

14   Samantha Teal

15   Lucas Schroeder - Video Technician

16

17

18

19

20

21

22

23

24

25
```

Trevor Rogers
November 21, 2023

1                    TABLE OF CONTENTS

2

3    WITNESS                              PAGE

4    TREVOR ROGERS

5    EXAMINATION                          6

6    BY ATTORNEY HANNA

7    EXAMINATION                          88

8    BY ATTORNEY CUMMINGS

9    RE-EXAMINATION                       111

10   BY ATTORNEY HANNA

11

12

13                    INDEX TO EXHIBITS

14   EXHIBIT                              PAGE

15  (Exhibits retained by counsel.)

16

17   DEPOSITION EXHIBIT 1                 7

18   Deposition Notice

19   DEPOSITION EXHIBIT 2                 16

20   Declaration of Trevor Rogers

21

22

23

24

25

Trevor Rogers
November 21, 2023

```
1    Tuesday, November 21, 2023

2    11:02 a.m.

3

4                    TREVOR ROGERS,

5         was thereupon called as a witness herein, and after

6         having first been duly sworn or affirmed to testify

7         to the truth, the whole truth and nothing but the

8         truth, was examined and testified as follows:

9                    VIDEO TECHNICIAN:  We are now on the

10        record at 1602 UTC, November 21, 2023.  Audio and

11        video recording will continue to take place until

12        all parties agreed to go off the record.

13                   Please note that microphones are

14        sensitive and may pick up whispering and private

15        conversations.  This is the video-recorded

16        proceeding of corporate representative of

17        J.B. Hunt, Trevor Rogers, in the matter of Justin

18        Guy versus Absopure Water Company, LLC.

19                   My name is Lucas Schroeder.  I'm the

20        videographer on behalf of US Legal Support.

21                   The court reporter is Renee Ogden on

22        behalf of US Legal Support.

23                   And counsel will state their appearances

24        for the record afterwards the court reporter will

25        swear in our witness.
```

Trevor Rogers
November 21, 2023

```
 1                    ATTORNEY HANNA:  Michael Hanna on behalf
 2         of the plaintiff.
 3                    ATTORNEY CUMMINGS:  Michael Cummings of
 4         Cummings, McClorey, Davis & Acho on behalf of
 5         defendant.
 6                    ATTORNEY MITCHALS:  Robert Mitchals
 7         counsel for the corporate representative of
 8         J.B. Hunt, Trevor Rogers.
 9                    ATTORNEY LEDDON:  Brooke Leddon,
10         in-house counsel for J.B. Hunt Transport.
11                             EXAMINATION
12    BY ATTORNEY HANNA:
13    Q.  Good morning, Mr. Rogers.
14    A.  Good morning.
15    Q.  Can you please state your full name for the record?
16    A.  Trevor Lewis Rogers.
17    Q.  Okay.  And Mr. Rogers, where do you work?
18    A.  J.B. Hunt Transport.
19    Q.  And how long have you worked there, Mr. Rogers?
20    A.  It's been 11 years.
21    Q.  Okay.  Do you understand that you have been
22         designated by J.B. Hunt to serve as its corporate
23         representative for purposes of your sworn testimony
24         here today?
25    A.  Yes, sir.
```

Trevor Rogers
November 21, 2023

```
1   Q.  I'm going to show you the notice of the deposition

2       which has been marked as Exhibit 1.

3                    MARKED FOR IDENTIFICATION:

4                    DEPOSITION EXHIBIT 1

5                    Deposition Notice

6                    11:04 a.m.

7                    ATTORNEY HANNA:  If we can go off the

8       record for a second.

9                    VIDEO TECHNICIAN:  I'm sorry.  Let me

10      get off the video record real quick.  The time is

11      1604 UTC.  We're off the record.

12                   (Off the record at 11:04 a.m.)

13                   (Back on the record at 11:05 a.m.)

14                   VIDEO TECHNICIAN:  We are back on the

15      record.  The time is 1605 UTC.

16  BY ATTORNEY HANNA:

17  Q.  Okay.  Mr. Rogers, I'm going to show you the notice

18      to conduct de bene esse deposition.

19                   Have you seen this notice before?

20  A.  Yes, I believe so.

21  Q.  Okay.  And you are --

22                   ATTORNEY CUMMINGS:  Objection.

23                   ATTORNEY HANNA:  What's the objection,

24      Counsel?

25                   ATTORNEY CUMMINGS:  This is the original
```

Trevor Rogers
November 21, 2023

```
 1        subpoena, not the notice of de bene esse.  Am I
 2        missing something?
 3                   ATTORNEY HANNA:  Yeah, you are right.
 4        I'll take that off when we use the final video cut,
 5        but -- here let me do that again.  I apologize.
 6        Thank you for clearing that up, Mr. Cummings.
 7   BY ATTORNEY HANNA:
 8   Q.   I am now showing you the notice of de bene esse
 9        deposition.
10                   Have you seen this before today,
11        Mr. Rogers?
12   A.   Yes, sir.
13   Q.   Mr. Rogers, you understand that you have been
14        designated by J.B. Hunt to serve as their corporate
15        representative concerning the information set forth
16        in your May 12, 2023 declaration; right?
17   A.   Yes, sir.
18   Q.   And you understand that you have been designated by
19        J.B. Hunt to serve as their corporate
20        representative concerning J.B. Hunt's certificate
21        of records served on April 26th, 2023; correct?
22   A.   Yes, sir.
23   Q.   And you understand that you have been designated by
24        J.B. Hunt to serve as J.B. Hunt Transportation --
25        I'm sorry.  Strike that.
```

Trevor Rogers
November 21, 2023

```
 1              You understand that you have been

 2       designated by J.B. Hunt to serve as their corporate

 3       representative with knowledge concerning

 4       J.B. Hunt's Transportation which includes the

 5       nature of the arrangements of the transportation of

 6       Mountain Valley Spring Water goods from

 7       Mountain Valley's facility in Arkansas to Absopure

 8       Water Company's warehouse in Michigan in effect

 9       from 2017 to present; right?

10   A.  Yes, sir.

11   Q.  And you understand that you have been designated by

12       J.B. Hunt to serve as their corporate

13       representative concerning the topics set forth in

14       plaintiffs' April 25th, 2023 subpoena to J.B. Hunt;

15       correct?

16   A.  Yes, sir.

17   Q.  The subpoena also asks for J.B. Hunt to provide a

18       copy of their contractual service agreement with

19       Mountain Valley.

20              Did you bring a copy of that here today?

21   A.  No, sir.  That's not something I would have access

22       to.

23              ATTORNEY HANNA:  And, Counsel, did you

24       provide a copy of that in response to the subpoena

25       today?
```

Trevor Rogers
November 21, 2023

```
 1                    ATTORNEY MITCHALS:  No.

 2   BY ATTORNEY HANNA:

 3   Q.  Okay.  Mr. Rogers, before testifying today, did you

 4       prepare and review material concerning this

 5       deposition?

 6   A.  Yes.

 7   Q.  What material did you review?

 8   A.  Just this deposition -- what is this called?  The

 9       designation and my declaration as well, those two

10       documents.

11   Q.  All right.  And you understand that you have been

12       sworn to tell the truth under penalty of perjury;

13       correct?

14   A.  Yes, sir.

15   Q.  I want to get some background information from you

16       about J.B. Hunt.  So first of all, who is

17       J.B. Hunt?

18   A.  From understanding, it's a transportation company

19       that provides transportation services.

20   Q.  Okay.  And what services does J.B. Hunt provide

21       generally?

22   A.  The transport of goods.

23   Q.  Okay.  Can you explain what it -- what it means for

24       a shipper to -- strike that.

25                    Let me take a step back.
```

Trevor Rogers
November 21, 2023

```
 1              Does J.B. Hunt advertise itself as a
 2       trucking company that can provide -- that can
 3       outsource transportation needs to other companies?
 4   A.  I wouldn't say so.  I mean, we do have a -- in my
 5       specific role, it is just a dedicated -- a
 6       dedicated manager position.  I guess we do have a
 7       brokerage division that also outsources, yes, so
 8       yes, Yes.
 9   Q.  Let me ask you this, sir:  Who are J.B. Hunt's
10       customers?
11   A.  There is too many to list.
12   Q.  I'm not asking you to give me their names, but
13       generally speaking, who are -- are they companies?
14   A.  Yes, manufacturers, companies, yeah.
15   Q.  So why would a company want to hire J.B. Hunt?
16   A.  They don't want to do transportation on their own.
17       They would rather outsource that to a company like
18       us.
19   Q.  So essentially J.B. Hunt provides a service where
20       they outsource the transportation needs for other
21       companies; is that fair?
22   A.  For the dedicated division, that's typically the
23       model, yes.
24   Q.  And what is it for the nondedicated division?
25   A.  We do intermodal as well, so rail shipments.  So
```

Trevor Rogers
November 21, 2023

```
 1        that wouldn't necessarily be one customer.  There

 2        could be, you know, thousands of customers.  For my

 3        specific role, it is just for one customer.

 4   Q.   Okay.  And for our purposes here today,

 5        Mountain Valley was a dedicated shipper for

 6        Absopure; is that right?

 7   A.   No.  For Mountain Valley --

 8   Q.   I'm sorry.  Strike that.

 9   A.   For Mountain Valley Water.

10   Q.   Let me say that correctly so we can have it for the

11        record.

12                    For our purposes here today,

13        Mountain Valley was a dedicated shipper of goods

14        that J.B. Hunt transported; is that right?

15                    ATTORNEY CUMMINGS:  Objection, form.

16                    ATTORNEY HANNA:  What's the form,

17        Counsel?

18                    ATTORNEY CUMMINGS:  Lacks foundation and

19        ambiguous.

20   BY ATTORNEY HANNA:

21   Q.   Okay.  Mr. Rogers did J.B. Hunt transport goods for

22        Mountain Valley?

23   A.   Yes.

24   Q.   Was Mountain Valley one of its customers?

25   A.   Yes.
```

Trevor Rogers
November 21, 2023

```
1    Q.   And what types of goods did J.B. Hunt transport for

2         Mountain Valley?

3    A.   It could vary, depending on -- it's all bottled

4         water.  It could vary on size and that sort of

5         thing for the type of bottled water, but --

6    Q.   Okay.  And what was the -- do you understand why

7         Mountain Valley retained J.B. Hunt?

8    A.   No, I don't.  Like as far as contractually or what

9         do you mean by that?

10   Q.   Let me ask it this way:  What services does

11        J.B. Hunt -- does J.B. Hunt provide to

12        Mountain Valley?

13   A.   All of their transportation needs.

14   Q.   Has Mountain Valley outsourced their transportation

15        needs to J.B. Hunt?

16   A.   Well, I guess the way it works is they send us a

17        list of loads that they want covered and then we

18        find coverage for those loads with dedicated fleet

19        or through brokerage or, you know, however it needs

20        to get delivered.

21   Q.   Okay.  Are you familiar with your company's

22        website?

23   A.   No.  We see a different side of the website than

24        you guys would from a customer perspective, I

25        guess.
```

Trevor Rogers
November 21, 2023

```
 1   Q.  Does J.B. Hunt advertise for their ability to

 2       outsource transportation needs for shippers?

 3                   ATTORNEY CUMMINGS:  Objection, form.

 4   BY ATTORNEY HANNA:

 5   Q.  Let me show you a copy of -- have you -- are you

 6       familiar with your company's website, sir?

 7   A.  Yeah, I understand it's not all the specifics of

 8       it, but --

 9   Q.  Do you work -- do you work for a dedicated contract

10       services division?

11   A.  Correct.

12   Q.  And do they advertise their ability to assist

13       shippers in providing dedicated contract services

14       goods?

15                   ATTORNEY MITCHALS:  Objection, form.

16                   ATTORNEY HANNA:  Okay.  What's the

17       objection, Mr. Cummings?

18                   ATTORNEY CUMMINGS:  Lacks foundation,

19       calls for legal conclusion, and is ambiguous.

20   BY ATTORNEY HANNA:

21   Q.  What services does J.B. Hunt advertise for in its

22       dedicated contract services solutions division?

23   A.  Just transportation services.

24   Q.  Does it advertise to shippers?

25                   ATTORNEY CUMMINGS:  Objection to form.
```

Trevor Rogers
November 21, 2023

```
 1   BY ATTORNEY HANNA:
 2   Q.  You can answer.
 3   A.  It advertises to whoever is reading this website
 4       here, I'm guessing.
 5   Q.  And who is intended to read this website here?
 6   A.  A manufacturer, a shipper, anybody that ships goods
 7       really.
 8   Q.  And does Mountain Valley ship goods?
 9   A.  Yeah.
10   Q.  Okay.  And do you assist transporting the goods
11       that are shipped by Mountain Valley?
12   A.  Yeah.
13   Q.  Okay.  How long has J.B. Hunt been around?
14   A.  I don't know an exact number.
15   Q.  Okay.
16   A.  19 -- I don't know.  I couldn't tell you exactly to
17       be honest.
18   Q.  Okay.  Where is J.B. Hunt based out of?
19   A.  Lowell, Arkansas.
20   Q.  And is that where you're based out of?
21   A.  No, sir.
22   Q.  Where are you based out of?
23   A.  Hot Springs, Arkansas.
24   Q.  Okay.  And generally speaking -- strike that.
25           How many trucks does J.B. Hunt operate?
```

Trevor Rogers
November 21, 2023

```
 1   A.  I don't know that exact number either.

 2   Q.  Do you know how many drivers J.B. Hunt employs?

 3   A.  I do know.  I know it's a large number.

 4   Q.  Okay.  Do you know how many dedicated fleets

 5       J.B. Hunt operates?

 6   A.  I'm sorry.  I do not.

 7                   MARKED FOR IDENTIFICATION:

 8                   DEPOSITION EXHIBIT 2

 9                   Declaration of Trevor Rogers

10                   11:16 a.m.

11   BY ATTORNEY HANNA:

12   Q.  I'm going to show you what's been marked as

13       Exhibit 2.  Let's go back for a minute.  Did you

14       previously sign a declaration in this matter?

15   A.  Yes.

16   Q.  Was at that roughly sometime in May of 2023?

17   A.  Correct.

18   Q.  I am showing you what's been marked as Plaintiffs'

19       Exhibit No. 2.  Do you recognize this document,

20       Mr. Rogers?

21   A.  Yes, sir.

22   Q.  And what is that?

23   A.  Declaration of Trevor Rogers.

24   Q.  And please take a minute to read it and let me know

25       when you are finished.
```

Trevor Rogers
November 21, 2023

```
 1   A.  Okay.

 2   Q.  Is that your signature on the bottom?

 3   A.  Yes, sir.

 4   Q.  And is this a fair and accurate representation of

 5       your declaration that you signed on May 12, 2023?

 6   A.  Yes, sir.

 7   Q.  Okay.  You agree, standing here today, that

 8       everything stated in this declaration is true and

 9       accurate?

10   A.  Yes, sir.

11              ATTORNEY HANNA:  Counsel, plaintiff will

12       move to admit this declaration into evidence.  Do

13       you have any objections now that it's been

14       authenticated by Mr. Rogers?

15              ATTORNEY CUMMINGS:  No objection at this

16       time.  We reserve the right to object depending how

17       it might be used later at trial.

18              ATTORNEY HANNA:  Okay.

19   BY ATTORNEY HANNA:

20   Q.  Mr. Rogers, can you please read paragraph number 1

21       of your declaration for the record?

22   A.  I'm going to read it off the copy I have.

23   Q.  Sure.

24   A.  It's hard to see on the screen.

25   Q.  Do you want me to take it off?  Let me just --
```

Trevor Rogers
November 21, 2023

```
 1   A.   "I'm employed by J.B. Hunt as a Manager II,

 2        Operations over J.B. Hunt customer account for

 3        DS Services of America d/b/a Primo Water

 4        North America, hereon referred to as 'shipper.'"

 5                  I can reread it if you need me to.

 6   Q.   No, that's fine, sir.

 7                  So let's unpackage that for a little

 8        bit, and I have a couple questions.

 9                  So, first of all, what is your current

10        position at J.B. Hunt, Mr. Rogers?

11   A.   Same as what's there, Manager II of Operations.

12   Q.   And are you the Manager II of Operations over

13        J.B. Hunt's customer account for Mountain Valley?

14   A.   Correct, yes.

15   Q.   Okay.  And for purposes of this lawsuit, you

16        understand that the entity that is also referred to

17        as Primo Water America is referred to as

18        Mountain Valley Spring Water, correct?

19   A.   Yes, sir.

20   Q.   So was the company formerly known as Primo Water,

21        or is it -- was it formerly Mountain Valley and now

22        known as Primo Water?

23   A.   I'm not sure on the specifics of that.  We've

24        always referred to it as "Mountain Valley."

25   Q.   And we'll continue --
```

Trevor Rogers
November 21, 2023

```
1    A.  Yeah.

2    Q.  I'm sorry.  I didn't mean to cut you off.

3    A.  That's okay.

4    Q.  We'll continue to refer to it as "Mountain Valley"

5        for today's purposes.

6                    Mr. Rogers, what are your duties and

7        responsibilities as a Manager II, Operations for

8        J.B. Hunt's customer account for Mountain Valley?

9    A.  Just to run the fleet of trucks and handle any

10       needs that Mountain Valley may have on the

11       transportation side.

12   Q.  Can you elaborate on that what means?

13   A.  Managing a fleet of drivers.  We have 30 truck

14       drivers that work for us approximately depending on

15       the day that you ask me.  And then -- so just

16       managing their day-to-day needs, planning,

17       dispatching, and then also anything that pops up

18       for Mountain Valley as far as transportation, we

19       handle that.

20   Q.  And are you exclusively dedicated to work with --

21       for Mountain Valley or with the Mountain Valley

22       transportation?

23   A.  Yeah, I am.  That's not necessarily the reverse

24       relationship, you know, with them.  They can work

25       with anyone they choose, but...
```

Trevor Rogers
November 21, 2023

```
 1    Q.  No, I understand that.  My question to you is --
 2        you're an employee of J.B. Hunt, right?
 3    A.  Yes, sir.
 4    Q.  And the only customer or client or business
 5        partner, what have you, of J.B. Hunt that you work
 6        with or for is Mountain Valley; is that correct?
 7    A.  Yes, sir.
 8    Q.  Okay.  You said you're located where again, sir?
 9    A.  In Hot Springs, Arkansas.
10    Q.  Okay.  So where do you go everyday when you go to
11        work?
12    A.  I'm on site with Mountain Valley.
13    Q.  You physically work at Mountain Valley's location?
14    A.  Yes.
15    Q.  You are essentially the manager -- is that what you
16        call it every day "Manager II operations," or you
17        just say "operations manager"?
18    A.  Yeah.  Account manager.  You know, sometimes you
19        just -- however it comes out of my mouth that day.
20    Q.  Okay.  Are you the only account manager for
21        Mountain Valley?
22    A.  Yes.
23    Q.  Okay.  And so you're on-site at Mountain Valley's
24        facility.  Are these trucks that you are managing
25        also on-site at Mountain Valley's facility?
```

Trevor Rogers
November 21, 2023

```
1    A.   They pick up from the shipper here.  Pick up here.
2         They could live -- the drivers could live
3         elsewhere, Little Rock or en route to a destination
4         or something like that.  The trucks are not parked
5         here every day.
6    Q.   By that, do you mean they could be parked at, for
7         example, the drivers' homes?
8    A.   No.  They're required to park at a J.B. Hunt yard.
9         So they -- you know, they may come and pick up
10        their load here at Mountain Valley and then take it
11        back to the yard -- we have a yard in Little Rock
12        that most of them kind of dispatch out of.
13   Q.   Okay.  So is it accurate to say they never actually
14        park at the Mountain Valley's facility?
15   A.   It's not accurate to say never.
16   Q.   Okay.
17   A.   Majority of time.
18   Q.   Generally speaking, they park at what you refer to
19        as a J.B. Hunt yard?
20   A.   Yeah, yeah.  Or -- and truck stops are very
21        frequent, you know, that too.
22   Q.   Okay.  And then they will come in to pick up from
23        the shipper at Mountain Valley's actual physical
24        location?
25                  ATTORNEY CUMMINGS:  Objection, form.
```

Trevor Rogers
November 21, 2023

```
 1              ATTORNEY HANNA:  What's the objection,

 2       Counsel?

 3              ATTORNEY CUMMINGS:  Lacks foundation,

 4       calls for a legal conclusion.

 5              ATTORNEY HANNA:  Okay.

 6    BY ATTORNEY HANNA:

 7    Q.  Do they -- do these trucks -- where do these trucks

 8        go to pick up goods from?

 9    A.  From Mountain Valley.

10    Q.  And what role is Mountain Valley in this equation?

11    A.  The manufacturer.

12    Q.  Okay.  And are they the shipper?

13              ATTORNEY CUMMINGS:  Objection, form.

14    BY ATTORNEY HANNA:

15    Q.  Who is the shipper in this equation?

16              ATTORNEY CUMMINGS:  Objection, form.

17              ATTORNEY MITCHALS:  You can answer,

18       Trevor.

19              THE WITNESS:  Okay.

20    A.  To me -- to me the shipper is just where the load

21        picks up at.  You know, so it could be -- you know,

22        in this -- in this particular instance,

23        Mountain Valley is the shipper because we're

24        picking up from Mountain Valley.  That's where we

25        pick up the load at.
```

Trevor Rogers
November 21, 2023

1    BY ATTORNEY HANNA:

2    Q.  When it comes to the transportation of

3        Mountain Valley goods that J.B. Hunt transports

4        across state lines, what entity is the shipper?

5                    ATTORNEY MITCHALS:  Objection, form.

6    BY ATTORNEY HANNA:

7    Q.  You can answer.

8    A.  Can you restate that question?  I'm not sure I

9        understand that question.

10   Q.  Sure.  J.B. Hunt transports goods for

11       Mountain Valley, right?

12   A.  Correct.

13   Q.  Okay.  When it comes to J.B. Hunt's transportation

14       of Mountain Valley goods, who is the shipper in

15       that equation?

16                   ATTORNEY MITCHALS:  Objection, form.

17   A.  The shipper is Mountain Valley for us.  I think I'm

18       answering that correctly.  I'm not sure.  It just

19       seems like an odd question.

20   BY ATTORNEY HANNA:

21   Q.  Does it seem odd because it's obvious?

22   A.  No, because, I mean, we use "shipper," you know, as

23       just a term where the load picks up at.  You know,

24       it's -- so for me, we pick up every load from

25       Mountain Valley.  That's why we refer to them as

Trevor Rogers
November 21, 2023

```
 1        the "shippers."
 2   Q.   I guess, let me ask you that, what is -- how are
 3        you using the term "shipper"?
 4                   ATTORNEY CUMMINGS:  Objection, form.
 5                   ATTORNEY MITCHALS:  Go ahead, Trevor.
 6   A.   Yeah, just where the load starts from.  If we were
 7        picking up -- wherever we're picking up from.  So
 8        if we're picking up a load in Dallas, that would
 9        be -- the shipper would be the place we're picking
10        up in Dallas.
11   BY ATTORNEY HANNA:
12   Q.   I'm sorry.  It might seem like we're asking these
13        questions multiple times, but because you are not
14        going to be there at trial, I just have to address
15        any objections.
16                   ATTORNEY HANNA:  So, Mr. Mitchals, what
17        is the objection on that one?
18                   ATTORNEY MITCHALS:  Counsel, my
19        objection was rooted in the form as to the use of
20        the phrase "shipper."  Are you asking the deponent
21        or the witness in terms of the use of "shipper" in
22        the declaration or as he has testified here today?
23                   ATTORNEY HANNA:  Okay.  Thank you.
24   BY ATTORNEY HANNA:
25   Q.   Mr. Rogers, what was -- how were you using the term
```

Trevor Rogers
November 21, 2023

1      "shipper" in your declaration?

2   A.  Just referring to Mountain Valley Water.

3   Q.  Okay.  And why do you -- do you refer -- in your

4       normal, everyday operations, do you refer to

5       Mountain Valley Water as the "shipper"?

6   A.  Absolutely.

7   Q.  Is that what J.B. Hunt refers -- strike that.

8                  What does J.B. Hunt refer to

9       Mountain Valley as?

10  A.  Most of the time we call them our customer.  But

11      it's industry standard to say "shipper" and

12      "receiver," like you're shipping and receiving.  So

13      they're our shipper.  You know, we're shipping from

14      Mountain Valley.

15  Q.  And what do the drivers that you supervise refer to

16      Mountain Valley as?

17                 ATTORNEY MITCHALS:  Objection, form.

18                 THE WITNESS:  I can answer that?

19  BY ATTORNEY HANNA:

20  Q.  Let me rephrase that.

21                 Do you discuss Mountain Valley with the

22      drivers that you supervise?

23  A.  Oh, yeah.

24  Q.  In those conversations, how do you refer to

25      Mountain Valley?

Trevor Rogers
November 21, 2023

```
1   A.  "Plant," "shipper," "customer."  It could vary,
2       depending on which driver I'm talking to lots of
3       times.
4   Q.  Are you familiar with the relationship between
5       J.B. Hunt and Mountain Valley?
6   A.  Yeah.
7   Q.  What is the relationship between Mountain Valley
8       and J.B. Hunt?
9   A.  We are just their dedicated transportation
10      provider.
11  Q.  Okay.  Does J.B. Hunt have a customer account for
12      Mountain Valley?
13  A.  What do you mean by that?
14  Q.  I'm going to refresh your recollection with your
15      declaration.  On paragraph 1 -- I'll let you read
16      paragraph 1 and let me know when you are done
17      reading it?
18  A.  Yes, yeah.
19  Q.  So my question to you, sir, is:  Does J.B. Hunt
20      have a customer account for Mountain Valley?
21  A.  Yeah.  We just call that like a dedicated account.
22      Like, every customer is an account, basically, in a
23      sense.
24  Q.  Okay.
25  A.  They used to, you know, call us account managers
```

Trevor Rogers
November 21, 2023

```
 1        and now we're called operations managers.  It's
 2        just a different verbiage I guess.
 3   Q.   So what are your duties and responsibilities as an
 4        account manager and for operations manager as it
 5        stands today?
 6   A.   Just what I explained earlier about taking care of
 7        my fleet of drivers and managers as well as taking
 8        care of any transportation needs Mountain Valley
 9        has if they choose to use us.  Again, they could
10        call anybody they want to to haul their freight.
11   Q.   They could do that.  You work at the
12        Mountain Valley's plant you said.  That's where you
13        go every day to work?
14   A.   Yes.
15   Q.   Is that right?
16   A.   Correct.
17   Q.   Are there any other account managers for any other
18        companies that work at Mountain Valley?
19   A.   I'm not sure.  Not that I'm aware of.
20   Q.   Do you know if Mountain Valley uses any other
21        transportation companies?
22   A.   Well, the -- you know, where -- we are the
23        transportation provider for dedicated, but they
24        also have -- they also reach out to brokers and
25        that sort of thing.  The brokers are their own
```

Trevor Rogers
November 21, 2023

```
 1        company that haul loads for them.
 2   Q.   I'm not sure I understand what that means.  Can you
 3        explain that to me, please?
 4                  ATTORNEY CUMMINGS:  Objection to form.
 5                  Go ahead.
 6   A.   So they give us a load list every day and we get
 7        those loads covered with our dedicated fleet and
 8        with their -- other brokerage services as well.  So
 9        a brokerage could be a third party shipper, you
10        know, not -- not one of our dedicated resources,
11        but we pass that load onto a broker if that makes
12        sense.  So there are other shipping companies that
13        work -- that bill directly to Mountain Valley all
14        that stuff.
15   BY ATTORNEY HANNA:
16   Q.   Can you give me an example of how that would work?
17   A.   So a load list comes to us every day of what is
18        shipping out for the following day.  With our
19        dedicated fleet we haul as much as possible with
20        the number of drivers that we have and all of those
21        extra loads may go on the rail.  They may go one
22        way.  We call them a one-way trip which is a
23        delivery to a warehouse or wherever.  They don't --
24        we basically ship -- we send them the delivery
25        information like where it is delivering to and then
```

Trevor Rogers
November 21, 2023

```
 1        they bill Mountain Valley for that load.
 2   Q.   So it seems that you, as J.B. Hunt, would
 3        coordinate with any third parties that may need to
 4        assist and ship the Mountain Valley goods; is that
 5        accurate?
 6   A.   We help with that, yeah.
 7   Q.   Okay.  And under what circumstances would that
 8        happen?  Is it just a -- based on if you don't have
 9        enough drivers or is it based on, like, a coverage
10        blackout of an area or when does that happen?
11   A.   You want me to dive into more specifics, I guess?
12        Our fleet is sort of built for round trip loads
13        meaning we deliver product and we bring dunnage
14        product which is the empty bottles back to the
15        receiver.  There are other loads that just the
16        product is delivered and then that truck goes away,
17        you know, that truck goes elsewhere to pick up
18        their next load wherever.  So for us as a dedicated
19        fleet, our operation is typically round trip we're
20        running out and bringing back dunnage all the time.
21   Q.   I understand.  And defendant Absopure Water Company
22        does not have a customer account for J.B. Hunt; is
23        that right?
24             ATTORNEY CUMMINGS:  Objection, form.
25   BY ATTORNEY HANNA:
```

Trevor Rogers
November 21, 2023

1    Q.   Let me rephrase that.  Does the defendant, Absopure

2         Water Company, have a customer account with

3         J.B. Hunt?

4    A.   I'm not sure.  Not to my knowledge.

5    Q.   All right.  You have been designated today to

6         service the corporate representative for

7         J.B. Hunt's Transportation which includes the

8         nature of the arrangement of the transportation of

9         Mountain Valley Spring Water goods from

10        Mountain Valley's facility in Arkansas to Absopure

11        Water Company's warehouse in Michigan in effect

12        from 2017 to the present; is that right?

13   A.   Correct.

14   Q.   And based on your knowledge, are you aware of any

15        customer accounts that defendant Absopure Water

16        Company has with J.B. Hunt?

17   A.   I am not, no.

18   Q.   Okay.  When did the relationship between

19        Mountain Valley and J.B. Hunt begin?

20   A.   Begin?

21   Q.   Yes, sir.

22   A.   I believe it was 2011.  When they -- there may have

23        been a relationship before that, but for our

24        dedicated account that I keep referring to, that's

25        when it started.

Trevor Rogers
November 21, 2023

```
1    Q.   And just so the jury has a better understanding,
2         can you just give us a better example of a
3         dedicated account versus a nondedicated account?
4    A.   Typically with dedicated you have managers on-site
5         with that customer.  They handle whatever
6         transportation needs, you know, with the size of
7         the customer they -- the customer could have their
8         own transportation office there.
9              They work really closely with J.B. Hunt
10        and make sure things are running efficiently and
11        then J.B. Hunt provides the trucks, trailers,
12        drivers to haul that freight.  Typically they're
13        your larger manufacturers, larger customers that
14        have a dedicated fleet not someone that ships one
15        or two loads a week.  It is quite a few loads a
16        week.
17   Q.   Thank you for that explanation.
18             And J.B. Hunt has that sort of dedicated
19        account with Mountain Valley; correct?
20   A.   Yes, sir.
21   Q.   Okay.  Did J.B. Hunt previously own a majority
22        share of Mountain Valley?
23   A.   I'm not sure.
24   Q.   Does J.B. Hunt -- do you know who James Thompson
25        is?
```

Trevor Rogers
November 21, 2023

```
 1   A.  I do not.

 2   Q.  Are you familiar with the board of directors for

 3       J.B. Hunt?

 4   A.  A little bit.  I have never heard that name.

 5   Q.  Are you aware that Mr. Thompson also served on the

 6       board of Mountain Valley Spring Water?

 7   A.  I did not know that.

 8   Q.  Does -- where does J.B. Hunt ship Mountain Valley

 9       products to?

10   A.  Just about every state.  There are some -- there's

11       a few exceptions.  I don't know if you need me to

12       list those or not.

13   Q.  No, that's fine.  Is one of the states Michigan?

14   A.  Yes, sir.

15   Q.  Is one of the locations that J.B. Hunt ships

16       Mountain Valley products to defendant Absopure

17       Water Company?

18   A.  Yes, sir.

19   Q.  Does J.B. Hunt have standardized instructions

20       concerning the shipment of Mountain Valley

21       products?

22   A.  As far as specifically, what do you mean by that?

23       Like how -- like the load sits here, picks up here,

24       what do you mean?

25   Q.  Sure.  Let's start with that.
```

Trevor Rogers
November 21, 2023

```
 1   A.   I wouldn't say -- can you rephrase -- restate the
 2        question just to make sure that I understand.
 3   Q.   What are Mountain Valley's instructions to
 4        J.B. Hunt as it relates to the transportation of
 5        Mountain Valley goods?
 6   A.   Right.  So like I said with -- like, the shipment
 7        calendar that we receive every day that shows
 8        what's shipping, you know, really our requirement
 9        is that the load gets there at the time they are
10        promising their customer that it will be there.  So
11        that's, kind of, you know, a 30,000-foot view of
12        what we do every day, you know.
13   Q.   Can you walk me through a typical day and it seems
14        like -- from what I believe your answer is telling
15        me is that your day begins by receiving a shipment
16        calendar is what you are referring to it as from
17        J.B. Hunt; is that right?
18   A.   Not from J.B. Hunt from --
19   Q.   I'm sorry I misspoke.  Your day begins essentially
20        by you receiving a shipment calendar from
21        Mountain Valley; is that right?
22   A.   Yeah, I would say that, yeah.
23   Q.   Okay.  So let's start there.  What is a shipment
24        calendar?
25   A.   It's just the destination of every load that ships
```

Trevor Rogers
November 21, 2023

```
 1        from Mountain Valley Water.
 2   Q.   So it's just a list of the loads that have to be
 3        sent for the day from Mountain Valley; is that
 4        right?
 5   A.   Correct.
 6   Q.   Okay.  So --
 7   A.   It could be five or six days long.  You know, it
 8        could be - it could look out a little farther in
 9        the future, yes.
10   Q.   Walk me through one of these days.  You get in
11        there in the morning and you receive a shipment
12        calendar from Mountain Valley; is that right?
13   A.   Mm-hmm.
14   Q.   Who -- is that a yes?
15   A.   Yes, sir.
16   Q.   We need audible answers.
17   A.   Yes, sir.
18   Q.   I appreciate that.  You are good.  Thank you so
19        much.
20             Okay.  So let's start there.  You
21        receive a shipment calendar.  Who is giving you or
22        handing you the shipment calendar?
23   A.   Mountain Valley's customer service department who
24        takes in the orders or takes in the initial call or
25        email or however they get the orders in, however
```

Trevor Rogers
November 21, 2023

```
 1      that works.
 2  Q.  Okay.  And you don't know how they get their orders
 3      in, right?
 4  A.  I think it varies depending on each customer.
 5  Q.  Okay.  Let's focus on what you know.  So who -- let
 6      me ask that again.
 7              How do you receive the shipment calendar
 8      in the morning?
 9  A.  They print it and they hand it to me.
10  Q.  Who is they?
11  A.  Mountain Valley.
12  Q.  What position at Mountain Valley does that?
13  A.  Customer service.
14  Q.  Do you get it in an email or do you just get a
15      handwritten list in the morning?
16  A.  It can vary -- sometimes they print me a copy and
17      sometimes they email me a copy and then I print it
18      because I like to have a hard copy of it.
19  Q.  Okay.  So walk me through it.  You come in, you get
20      your shipment calendar.  What's the next thing you
21      do with that?
22  A.  This is in between putting over whatever fires
23      happened -- not physically fires, but, you know,
24      problems happen, but -- so I don't want to make
25      them think I just grab this piece of paper and
```

Trevor Rogers
November 21, 2023

```
 1        that's all I do all day.  I basically find
 2        arrangements for every load that is on that
 3        shipment calendar.
 4                 So every line on that shipment calendar
 5        will be a load, have a destination on it, and it's
 6        a full truckload of water 99 percent of the time
 7        and we're delivering it to whatever address, name
 8        of the customer, whatever that is on that list.
 9                 Then we book a truck on it, you know,
10        and since -- whether it be our J.B. Hunt truck or a
11        third party like we kind of talked about earlier.
12   Q.   Okay.  And so these trucks -- do the trucks know to
13        come to -- because you told me earlier that the
14        trucks are not parked at Mountain Valley's
15        location; right?
16   A.   Right.
17   Q.   Okay.  Do you make a call to the drivers to say
18        come pick it up, or do they always just come in
19        every morning?
20   A.   No.  We don't have to make a call.
21   Q.   Okay.  So you get the shipment calendar.  The next
22        thing you are doing is seeing -- you start making
23        the calls to your -- the truck drivers; is that
24        correct?
25   A.   Yes.  You have to remember some of these ships are
```

Trevor Rogers
November 21, 2023

```
 1        three or four days' distance away.  You know,
 2        California, Florida, wherever, so we may not make
 3        that call immediately, but we may make that call
 4        later in the afternoon and we know we've got it
 5        covered, that sort of thing.  Most of those initial
 6        calls are, you know, preplanning for three or four
 7        or five days ahead of time.
 8   Q.   Your 30 or so dedicated truck drivers, are they --
 9        are they dedicated to a certain region or do they
10        just drive --
11   A.   They did --
12   Q.   Let me just finish my question.  I know you can
13        anticipate what I'm saying, but just on get a clean
14        record.
15                   So you said that you have roughly 30 or
16        so truck drivers, right, sir?
17   A.   Yes.
18   Q.   Okay.  And so do these truck drivers, are they just
19        assigned a load and transportation on an as-needed
20        basis or are they dedicated to a certain route?
21   A.   They're not dedicated to a route.  So we -- the
22        schedule changes every week, depending on the need
23        for the water across the country.  So they're
24        dedicated to Mountain Valley, but they're not
25        dedicated to a specific lane or a specific route.
```

Trevor Rogers
November 21, 2023

```
 1    Q.  Got it.  So the driver that is driving this load X

 2        today to Absopure Water Company tomorrow or, you

 3        know, in a week when they get back, they could be

 4        driving a load to California or wherever else

 5        Mountain Valley needs transportation of their

 6        goods; is that fair?

 7    A.  That's fair, yes.

 8    Q.  Okay.  So you call the driver after you get the

 9        shipment calendar, and then they come to the

10        facility, to Mountain Valley's facility; is that

11        right?

12    A.  Mm-hmm.

13    Q.  Is that a "yes"?

14    A.  Yes.  Sorry.

15    Q.  No, that's okay.

16                   And so I'm assuming the next thing is

17        you would have to load the truck?

18                   ATTORNEY CUMMINGS:  Objection,

19        foundation.

20    BY ATTORNEY HANNA:

21    Q.  I'm sorry.  What is the next thing after you call

22        the truck drivers?

23    A.  Like I said, we are planning three or four days

24        ahead.  So depending on what I'm calling for, there

25        could be several different scenarios.  But in a
```

Trevor Rogers
November 21, 2023

```
 1        sense, that daily shipment calendar that I keep
 2        referring to is just -- it's not only what is
 3        shipping for us, but it is what is loading for the
 4        dock as well for Mountain Valley.  So they would be
 5        loading our trailers at the same time that I'm
 6        planning trucks and drivers.
 7   Q.   Let me ask it this way:  Can you just walk me
 8        through if you were -- this shipment, right, it's
 9        hear in Absopure Water Company's facility -- I'm
10        sorry.  Strike that.
11             Can you please walk me through a
12        shipment?  If it's here in Mountain Valley's
13        warehouse, I want you to walk me through it from
14        its origin to its final destination.  And I --
15             ATTORNEY CUMMINGS:  Objection to form.
16   BY ATTORNEY HANNA:
17   Q.   That's what I was trying to ask you to walk me
18        through, from receiver to shipment calendar.  So
19        can you please -- so strike that.  Let me ask it
20        again.  Strike that.
21             Can you please walk me through the
22        transportation of a shipment after you receive the
23        shipment calendar?
24   A.   Yeah.
25             ATTORNEY CUMMINGS:  Objection, form.
```

Trevor Rogers
November 21, 2023

```
 1              Go ahead.
 2  A.   So then, you know, the day of that shipment, the
 3       day that ships -- the day it ships is given to the
 4       dock, the dock loads it on a trailer.  If it's a
 5       dedicated run, they load it on one our dedicated
 6       trailers.  And then the driver, when he
 7       schedules -- if it loads today, that doesn't mean
 8       the driver is necessarily picking it up, you know,
 9       right now.
10              It may -- they may pick up, you know,
11       3:00 a.m. tomorrow morning, but it's loading during
12       business hours so that they can pick it up, you
13       know, when they are first available.
14              So they load it on one of our dedicated
15       trailers, we call the driver and let him know it's
16       loaded, it's ready to go.  They know they can come
17       down at their earliest ability, you know, based on
18       their hours that they have available.  They come
19       pick it up, take it to the destination.
20              Like I said, 99 percent of our loads are
21       round trip.  We're bringing dunnage back, so they
22       unload, reload, and come right back to load.
23  BY ATTORNEY HANNA:
24  Q.   And who is loading the Mountain Valley goods onto
25       the trucks?
```

Trevor Rogers
November 21, 2023

```
 1    A.  Mountain Valley employees, the dock -- the dock

 2        guys, the dockworkers.

 3    Q.  Got it.  What role does Mountain Valley play in

 4        J.B. Hunt's shipments of their product?

 5                   ATTORNEY CUMMINGS:  Objection, form.

 6    A.  Can you restate that or just say it again?

 7    BY ATTORNEY HANNA:

 8    Q.  Yeah.  I just want to understand what role

 9        Mountain Valley plays in this process.  I think you

10        have answered part of it.  You said that they load

11        it on the truck.  They provide --

12    A.  Yes.

13    Q.  -- a shipping calendar.  So I guess my question

14        generally is:  Can you just explain the entire role

15        Mountain Valley plays in J.B. Hunt's shipment of

16        their products?

17    A.  Well, they're monitoring whether or not we have

18        delivered the load at the time we're supposed to be

19        there.  That's really -- that's really it.  You

20        know, they -- once it's loaded on our trailer, you

21        know, we're required to get it there by a certain

22        day and a certain time.

23                   And if we're late for whatever reason,

24        we report that to them.  Or, you know, even if

25        we're early, we report that to them.  So making
```

Trevor Rogers
November 21, 2023

```
 1          sure they're -- so really, I mean, as far as
 2          talking to our drivers, they don't have a role in
 3          talking to our drivers, you know, directing them
 4          where to go, anything like that.  We do all of that
 5          for them.  That's part of, you know, taking over
 6          our transportation operation so they're not having
 7          to do all that stuff.
 8    Q.    How does Mountain Valley monitor the load, as you
 9          say -- strike that.  Let me take a step back.
10                Does Mountain Valley monitor the load
11          that J.B. Hunt transports for Mountain Valley?
12    A.    No.  There is no -- there is no way to monitor our
13          truck.  Like, I don't know if you are asking like
14          GPS location or something like that or if you are
15          just asking like they check in on occasion, like
16          how are we doing or everything on time?  Like
17          that's really more of the monitoring way we do
18          things.  You know, just check-ins, I guess, to our
19          office and make sure everything is going well.
20    Q.    You just testified a moment ago that
21          Mountain Valley is monitoring whether or not you
22          have delivered the load at the time you were
23          supposed to be there; is that right?
24    A.    Yeah.  So they're hearing back from their customer
25          if we're not there on time, if we're early, that
```

Trevor Rogers
November 21, 2023

```
 1        sort of thing.  So they're -- you know, if we're
 2        late, their customer is calling them wondering
 3        where our truck is.
 4   Q.   Aside from their customer calling in, do you --
 5        does J.B. Hunt communicate with Mountain Valley?
 6   A.   We send a schedule out typically on Fridays of what
 7        is delivering when.  Like if everything is going to
 8        be on time or that kind of tells them if there are
 9        some loads that are going to be late based on the
10        original shipment calendar they gave us.  A load
11        may be a day late already because, you know, we
12        don't have a driver available or whatever the case
13        may be.
14   Q.   Does Mountain Valley ever call J.B. Hunt to inquire
15        about the status of a load?
16   A.   They don't call.  They just walk down to our
17        office.  We're on site.  They come in and ask.
18   Q.   Does that happen in your regular course of
19        business --
20   A.   Yeah.  Oh, yeah.
21   Q.   And what do you do when you get that type of
22        request?
23   A.   Call the driver and check on what the status is
24        if -- or maybe it -- maybe it got delivered in the
25        time we were having that conversation.  Lots of
```

Trevor Rogers
November 21, 2023

```
 1        times that's the case.  You know, it's maybe 20

 2        minutes late, you know, and not a day late or

 3        something like that.  Usually when I check in, he's

 4        pulling in the parking lot or something like that.

 5   Q.   Okay.  In your declaration, you refer to

 6        Mountain Valley as the "shipper"; is that right?

 7   A.   Yes.

 8   Q.   Why did you refer to Mountain Valley as the

 9        "shipper"?

10                ATTORNEY MITCHALS:  Objection, form.

11                Go ahead, Trevor.

12   A.   We -- that's just the way our --

13                ATTORNEY HANNA:  What is the basis of

14        your objection, Mr. Mitchals?

15                ATTORNEY MITCHALS:  Asked and answered.

16                ATTORNEY HANNA:  Okay.

17   BY ATTORNEY HANNA:

18   Q.   You can answer.  Let me -- let me ask it again.

19                What is -- why did you refer to

20        Mountain Valley as the "shipper"?

21   A.   That's just really an industry standard.  "Shipper"

22        and "receiver" is the way we refer to all of our

23        customers.

24   Q.   Does J.B. Hunt provide the shipper,

25        Mountain Valley, with services through its
```

Trevor Rogers
November 21, 2023

```
 1      dedicated contract service business unit?

 2                  ATTORNEY CUMMINGS:  Objection, form.

 3   A.  Yes.  I can answer.

 4   BY ATTORNEY HANNA:

 5   Q.  I guess I'll go ahead and have you -- I'm sharing

 6      the wrong thing.

 7                  Mr. Rogers, can you please take a look

 8      at paragraph 2 of the declaration?

 9   A.  Yes.

10   Q.  Can you read it for the record.

11   A.  "J.B. Hunt provides shipper with services to its

12      dedicated contract services business."

13   Q.  Okay.  So does J.B. Hunt provide the shipper,

14      Mountain Valley, with services through its

15      dedicated contract service business unit?

16                  ATTORNEY CUMMINGS:  Objection, form.

17   BY ATTORNEY HANNA:

18   Q.  You can answer.

19   A.  Yes.

20   Q.  What services does J.B. Hunt provide the shipper,

21      Mountain Valley?

22                  ATTORNEY CUMMINGS:  Objection, form.

23   A.  Anything transportation related.  It could be

24      delivering a load.  It could be setting up a broker

25      to pick up a load, that sort of thing.
```

Trevor Rogers
November 21, 2023

1    BY ATTORNEY HANNA:

2    Q.  Does J.B. Hunt interact at all with

3        Mountain Valley's customers?

4    A.  Just about ETAs a lot of times.

5    Q.  Do they directly interact about ETAs or does that

6        go through Mountain Valley?

7    A.  Depends on the customer.  There are various ways,

8        you know, whether it's an email or whether we, you

9        know, Mountain Valley emails them directly.  It

10       just depends on which -- depends on the customer

11       because some are easy to get ahold of and some are

12       not so easy to get ahold of.

13   Q.  Generally speaking, how is the flow of

14       communication handled?

15               ATTORNEY CUMMINGS:  Objection, form.

16               Go ahead.

17   A.  Just a phone call.

18   BY ATTORNEY HANNA:

19   Q.  Okay.  Does Absopure Water Company ever call

20       J.B. Hunt for these purposes?

21   A.  Not directly.  Typically they call -- I would say I

22       have never had them call me.  They call

23       Mountain Valley for an ETA on their load.

24   Q.  Okay.  So are you aware of any communications

25       between Mountain Valley and -- strike that.

Trevor Rogers
November 21, 2023

1               Are you aware of any communications

2       between defendant Absopure Water Company and

3       J.B. Hunt directly?

4    A.  Just on the emails on occasion about a truck

5       breaking down or a delivery, if we could deliver on

6       a certain day and time, that sort of thing.

7    Q.  But in the regular course of business who -- how

8       does the communication get transmitted to J.B. Hunt

9       as it relates to the shipment of Mountain Valley

10      goods to defendant Absopure Water Company?

11   A.  Like I was saying before, the customer service, you

12      know, they're the ones that gives us the shipment

13      calendar, you know, that I keep referring to.

14   Q.  And when you say "customer service," are you

15      referring to J.B. Hunt's customer service?

16   A.  No, no.  Mountain Valley.

17   Q.  Mountain Valley is what you meant to say?  Okay.

18      Thank you.

19               What is it that you transport for the

20      shipper Mountain Valley?

21               ATTORNEY MITCHALS:  Objection, form.

22               ATTORNEY CUMMINGS:  Objection, form.

23               ATTORNEY HANNA:  What is the objection?

24               ATTORNEY CUMMINGS:  Calls for a legal

25      conclusion, ambiguous.

Trevor Rogers
November 21, 2023

```
 1   BY ATTORNEY HANNA:

 2   Q.  Okay.  You refer to Mountain Valley as the shipper;

 3       isn't that right, Mr. Rogers?

 4   A.  I did in this declaration, yes.

 5   Q.  Isn't that what you normally refer to them in your

 6       everyday course of business?

 7   A.  Customer mainly.

 8   Q.  You mainly refer to them as the customer, not the

 9       shipper?

10   A.  Correct.

11   Q.  Okay.  So what is it that you transport for the

12       shipper or customer Mountain Valley?

13                 ATTORNEY CUMMINGS:  Objection, form.

14   BY ATTORNEY HANNA:

15   Q.  You can answer.

16   A.  Bottled water.

17   Q.  Okay.  What is it that you transport for

18       Mountain Valley?

19   A.  Is that the same question?

20   Q.  I have to ask it multiple times in case there's any

21       objections to these questions.  So that's why I'm

22       asking you things repetitively in case we have to

23       deal with any objections.  So let me ask it again.

24                 The deposition is going to end up being

25       sliced for some of these things so that's why some
```

Trevor Rogers
November 21, 2023

```
 1      of this might seem redundant.  I appreciate you

 2      going ahead and answering it again just to make

 3      sure we preserve the record.

 4              So what is it that you transport for

 5      Mountain Valley?

 6   A. Bottled water.

 7   Q. Does Mountain Valley have specific loading

 8      procedures for its bottled water?

 9   A. Yeah.  Like a -- so in the freight industry, in

10      order to get a load to scale right, you know, you

11      have to put a certain amount of weight on each

12      axle, that sort of thing.  That would be their

13      loading procedure that I'm referring to.

14   Q. Okay.  Is that the same loading procedure for all

15      the Mountain Valley goods that J.B. Hunt

16      transports?

17   A. Yes.

18   Q. Does Mountain Valley have specific shipping

19      procedures?

20   A. I'm not sure on their, you know, step-by-step

21      shipping procedures other than kind of what I have

22      explained earlier as far as getting the shipment

23      calendar and it loading on our trailer, that sort

24      of thing.  We have a list, yes.  I'm sorry.

25   Q. No.  You're good.  Thank you.  I'm sorry.
```

Trevor Rogers
November 21, 2023

```
 1              Do you prepare reports for

 2       transportation of Mountain Valley goods?

 3   A.  There are some reports as far as delivering on

 4       time, percentage, something like that, yeah.

 5   Q.  Who do you provide these reports to?

 6   A.  To Mountain Valley.

 7   Q.  What do these reports entail or include?

 8   A.  They could just include our on-time percentage.

 9       They can include our number of miles that we ran

10       that week, our number of loads we delivered that

11       week, that sort of thing.

12   Q.  And you have never provided these reports to

13       defendant Absopure Water Company; is that correct?

14   A.  No, sir.

15   Q.  Okay.  I want to go back to your declaration for a

16       second.  Can you please read paragraph number 7 for

17       the record?  You can read it out loud.

18   A.  "Shipper tenders freight to J.B. Hunt and directs

19       J.B. Hunt to where delivery is expected."

20   Q.  And so does the shipper, Mountain Valley, tender

21       freight to J.B. Hunt and direct J.B. Hunt to where

22       delivery is expected?

23              ATTORNEY CUMMINGS:  Objection, form.

24   BY ATTORNEY HANNA:

25   Q.  You can answer.
```

Trevor Rogers
November 21, 2023

```
 1    A.   That's the shipment calendar I keep referring to,

 2         yes.

 3    Q.   Is that correct?

 4    A.   Is that correct?  The --

 5    Q.   Is it correct to say that the shipper,

 6         Mountain Valley, tenders freight to J.B. Hunt and

 7         directs J.B. Hunt to where delivery is expected?

 8    A.   Yes.

 9                   ATTORNEY CUMMINGS:  Objection, form.

10    BY ATTORNEY HANNA:

11    Q.   What does it mean to tender freight?

12    A.   I don't know the definition of tender really.  I

13         just know that they're giving us the destination

14         and the time and places the delivery is supposed to

15         happen.

16    Q.   And when you say they're giving you the destination

17         time and place of where the delivery is supposed to

18         happen, you're referring to Mountain Valley

19         providing you that information; correct?

20    A.   Yes.

21    Q.   Okay.

22    A.   And I believe that's -- that kind of defines tender

23         is tendering by giving the destination to us.

24    Q.   Got it.  The second part of that sentence states

25         that, "The shipper Mountain Valley directs
```

Trevor Rogers
November 21, 2023

```
 1        J.B. Hunt to where delivery is expected," right?
 2                    ATTORNEY CUMMINGS:  Objection, form.
 3   BY ATTORNEY HANNA:
 4   Q.  How does Mountain Valley direct J.B. Hunt -- let me
 5        just re-ask it -- strike that because there's an
 6        objection.
 7                    Does Mountain Valley direct J.B. Hunt to
 8        where delivery is expected?
 9   A.  Yes.
10   Q.  How does Mountain Valley direct J.B. Hunt to where
11        delivery is expected?
12   A.  They give us the address and the city, state, and
13        time to be there.
14   Q.  Okay.  Forgive me for being redundant.  I just --
15        because you are not going to be at trial, I have to
16        get this on the record in case there are
17        objections.  It might seem redundant.  I apologize
18        about that.
19                    Is J.B. Hunt directed at all as it
20        relates to route planning?
21   A.  No.
22                    ATTORNEY CUMMINGS:  Objection, form.
23                    Go ahead.
24   BY ATTORNEY HANNA:
25   Q.  Who establishes the route planning for these trips?
```

Trevor Rogers
November 21, 2023

1    A.   That's part of my job.

2    Q.   So J.B. Hunt establishes the route planning; is

3         that right?

4    A.   Correct, yeah.

5    Q.   Okay.

6    A.   And that can -- planning can be a lot of things

7         too, but planning in my role is when to pick up,

8         when to deliver.  Planning for some transportation

9         jobs could be there is 25 stops on a load and you

10        have got to plan which stop to go to first, that

11        sort of thing, but for us it's just shipper and

12        receiver.  We're just -- that's all we're doing.

13   Q.   And who tells you when to pick up the

14        Mountain Valley goods?

15   A.   Mountain Valley does.

16   Q.   And who tells you when to deliver the

17        Mountain Valley goods?

18   A.   Mountain Valley -- did you say who?

19   Q.   Yes, sir.

20   A.   Who, yeah, Mountain Valley does.

21   Q.   And does Mountain Valley have specific

22        instructions -- forgive me I'm not in the industry,

23        so I might not be using the correct terminology.

24             These are water products, right?  Do

25        they need to be in a cooler or are there any

Trevor Rogers
November 21, 2023

```
 1        instructions on how they are to be carried by

 2        J.B. Hunt?

 3   A.   No.  They just asked us, you know, during the

 4        winter months to watch the weather and make sure

 5        we're planning our routes accordingly to make sure

 6        we're not dealing with any frozen product because

 7        water freezes obviously, make sure we're not

 8        dealing with any of that.

 9   Q.   And when you say they are asking you, you are

10        referring to Mountain Valley?

11   A.   Yes, sorry.  Mountain Valley, yes.

12   Q.   Does the shipper, Mountain Valley, control the

13        transportation of its goods through J.B. Hunt?

14                  ATTORNEY CUMMINGS:  Objection to form.

15                  Go ahead.

16   A.   Can you define control?  I guess I don't know

17        what --

18   BY ATTORNEY HANNA:

19   Q.   Who controls how J.B. Hunt conducts its

20        transportation of Mountain Valley goods?

21                  ATTORNEY CUMMINGS:  Objection, form.

22   A.   That's part of my job to make sure, you know,

23        resources are used efficiently and appropriately,

24        if that's the question you are asking of me.

25   BY ATTORNEY HANNA:
```

Trevor Rogers
November 21, 2023

```
1   Q.  And who gives you directions on how that is done or
2       how they want it to be done?
3              ATTORNEY CUMMINGS:  Objection, form.
4              Go ahead.
5   A.  You know, Mountain Valley provides that shipment
6       calendar that I keep referring to and that's --
7       those are the directions.  The shipment calendar
8       has the date, the city, the state, the address on
9       it, and that's what we follow.
10  BY ATTORNEY HANNA:
11  Q.  I guess -- let me ask you that -- again, forgive me
12      for being redundant, but some of this is going to
13      end up getting spliced out.
14             You previously referred to the shipment
15      calendar, Mr. Rogers.  What is included in the
16      shipment calendar?
17  A.  That has --
18  Q.  I'm sorry.  Let me state it in a full sentence.
19             You have previously referred to the
20      shipment calendar, Mr. Rogers.  What is included in
21      the shipment calendar that Mountain Valley provides
22      to J.B. Hunt?
23  A.  It provides the address, city, state, pick up time,
24      delivery time, and then some -- you know, sales
25      numbers and stuff like that, like a PO number on
```

Trevor Rogers
November 21, 2023

```
 1        there as well.  I think that's it.  I think that's
 2        all.
 3   Q.   And all that information is provided to J.B. Hunt
 4        by Mountain Valley; is that right?
 5   A.   Yes, sir.
 6   Q.   Would you agree that the entity that functionally
 7        plays the most significant role in directing and
 8        controlling J.B. Hunt for the transportation of
 9        J.B. Hunt goods was Mountain Valley?
10                  ATTORNEY CUMMINGS:  Objection, form.
11   BY ATTORNEY HANNA:
12   Q.   Who is the entity that functionally plays the most
13        significant role in directing and controlling
14        J.B. Hunt Transportation of Mountain Valley goods?
15                  ATTORNEY CUMMINGS:  Objection, form.
16   BY ATTORNEY HANNA:
17   Q.   You can answer.
18   A.   Well, I don't know.  You know, the significant role
19        is kind of the problem that I am having trouble
20        with, I guess, is -- because I feel like, you know,
21        as J.B. Hunt Transportation, I feel like we play a
22        pretty significant role in delivering those goods
23        as well.
24                  But, again, I can say the shipment
25        calendar is all they provide us, and that has those
```

Trevor Rogers
November 21, 2023

```
 1        items on there that I was talking about, the city,

 2        the state, pickup date, and delivery date.  I can't

 3        say that they provide a more significant role than

 4        we do, I guess, as J.B. Hunt, but...

 5   Q.   What else is there to it other than what's the

 6        information provided for the shipments in the

 7        shipment calendar?

 8   A.   There is not much as far as you have got to manage

 9        your people.  You know, that's --

10   Q.   That's what you're referring to when you say your

11        role in this process?

12   A.   Yes, sir.

13   Q.   Okay.  Are there any duties agreed upon between

14        J.B. Hunt and Mountain Valley concerning which

15        entity is responsible to do that we have not

16        discussed?

17   A.   I don't believe so.

18   Q.   Who arranges for the transportation of

19        Mountain Valley goods with J.B. Hunt?

20             ATTORNEY CUMMINGS:  Objection, form.

21   A.   The shipment calendar is kind of the arranger.  It

22        tells -- it tells the date and the time.  So once

23        that's handed to us, we have our arrangements, in a

24        sense, and then we plan from there.

25   BY ATTORNEY HANNA:
```

Trevor Rogers
November 21, 2023

```
 1    Q.   You are referring to Mountain Valley's shipment

 2         calendar, correct?

 3    A.   Yes, sir.

 4    Q.   Okay.  So does Mountain Valley advise J.B. Hunt of

 5         the timing of these shipments?

 6    A.   Yes.

 7    Q.   Does Mountain Valley advise J.B. Hunt of the

 8         quantity to be shipped?

 9    A.   Quantity of product on a truck?

10    Q.   Yes, sir.

11    A.   No, sir, just the weight, the weight of the load.

12    Q.   Okay.  So they don't tell you -- what are you

13         referring to when you --

14    A.   The total -- yeah, the quantity could be like 1,000

15         bottles of five-gallon water or 1,000 of half

16         liters.  We don't really know what's on that truck

17         directly.  We just know it weighs a certain amount

18         of pounds.

19    Q.   Who advises Mountain Valley of the amount of

20         weight to be -- of Mountain Valley -- strike that.

21              Who advises J.B. Hunt of the amount of

22         weight of Mountain Valley goods to loaded on the

23         J.B. Hunt truck for transportation?

24    A.   So Mountain Valley's customer would place an order

25         to Mountain Valley, and then Mountain Valley would
```

Trevor Rogers
November 21, 2023

```
 1        give us the shipment calendar that --

 2                ATTORNEY HANNA:  I'll object to that.

 3     That's hearsay.

 4  BY ATTORNEY HANNA:

 5  Q.  As far as -- let me ask it again.  As far as what

 6      you know, who advises J.B. Hunt of the weight or

 7      quantity of goods that are to be included on the

 8      truck of Mountain Valley products?

 9  A.  Mountain Valley advises J.B. Hunt.

10  Q.  Okay.  Who advises J.B. Hunt of the location to

11      pick up the goods -- strike that.

12                Who advises -- yeah, no.  I actually

13      said that right.

14                Who advises J.B. Hunt of the location to

15      pick up the goods?

16  A.  All of our goods ship from the same location.

17  Q.  Which is?

18  A.  Mountain Valley Water.

19  Q.  Okay.  Which is at Mountain Valley's facility in

20      Arkansas?

21  A.  Yes, sir.

22  Q.  Okay.  Who advises Mountain Valley of the location

23      to drop off its goods?

24  A.  Mountain Valley does.

25  Q.  Okay.  Does Mountain Valley utilize J.B. Hunt's 360
```

Trevor Rogers
November 21, 2023

```
 1       platform?

 2   A.  No.

 3   Q.  Okay.

 4   A.  Not -- they don't directly, no.

 5   Q.  Who utilizes -- does anybody utilize --

 6   A.  Well, the 360 program, our program covers a lot.

 7       So we're -- I mean, as managers we use it all the

 8       time, but they don't have -- they don't have a way

 9       of using that, if that makes sense.

10   Q.  Mountain Valley does not?

11   A.  No.

12   Q.  Okay.  Got it.

13               What is a contractual service agreement?

14               ATTORNEY CUMMINGS:  Objection, form.

15               ATTORNEY HANNA:  Let me ask a

16       foundational question for that.

17   BY ATTORNEY HANNA:

18   Q.  Does -- these relations that J.B. Hunt has with its

19       customers, is there a contract in place that they

20       utilize for these relationships typically?

21   A.  I can't speak on every single relationship.

22   Q.  Sure.  Does Mountain Valley have a contract with

23       J.B. Hunt?

24   A.  Yes.

25   Q.  What is the name of that contract?
```

Trevor Rogers
November 21, 2023

```
 1    A.   I'm not sure.  It's not something I would really

 2         know.

 3    Q.   Are you familiar with the term "contractual service

 4         agreement"?

 5    A.   No.  I mean, I have heard in that -- a sentence

 6         like that, but I don't know what that looks like

 7         or, you know, what is in there or anything like

 8         that.

 9    Q.   So do you know what J.B. Hunt's contractual service

10         agreement is?

11    A.   No, sir.  I don't know what it is.

12    Q.   Okay.  I take it you don't know what is included in

13         the contractual service agreement?

14                   ATTORNEY MITCHALS:  Objection, form.

15                   Trevor, you can answer.

16    A.   Correct.  I don't know what all is included in

17         that.

18    BY ATTORNEY HANNA:

19    Q.   Do you know if J.B. Hunt entered into a contract

20         service agreement with Mountain Valley?

21                   ATTORNEY CUMMINGS:  Objection, form.

22                   ATTORNEY HANNA:  What is the objection,

23         Counsel?

24                   ATTORNEY CUMMINGS:  Misstates the

25         current testimony and lacks antecedent basis.
```

Trevor Rogers
November 21, 2023

```
 1                    ATTORNEY HANNA:  I believe he said he

 2         doesn't know what's in it, but I was just asking if

 3         he knows if they entered into one.  Let me ask it

 4         again.

 5   BY ATTORNEY HANNA:

 6   Q.  Are you aware if J.B. Hunt entered into a

 7         contractual service agreement with Mountain Valley?

 8   A.  Yes, because I'm here on-site with them doing my

 9         job.

10   Q.  Okay.  So the answer is yes, J.B. Hunt has entered

11         into a contractual service agreement with

12         Mountain Valley?  Is that your answer?

13   A.  Yes, I just don't know terms of all that.

14   Q.  I understand.

15                    Are you aware if there are multiple

16         service agreements with Mountain Valley or if

17         there's one service agreement?

18                    ATTORNEY CUMMINGS:  Objection, form.

19   BY ATTORNEY HANNA:

20   Q.  You can answer.

21   A.  I'm not sure.

22   Q.  Does J -- you have indicated that J.B. Hunt and the

23         shipper, Mountain Valley, do not have an exclusive

24         agreement, they have a nonexclusive agreement; is

25         that right?
```

Trevor Rogers
November 21, 2023

1              ATTORNEY MITCHALS:  Objection, form.

2    BY ATTORNEY HANNA:

3    Q.  You can answer.

4    A.  Correct.

5    Q.  How do you know that?

6    A.  Because they can use any freight service they want.

7        I mean, they could call somebody else to come pick

8        up a load today, and that has nothing to do with --

9        there is no agreement that keeps us from -- keeps

10       us from jumping in there, I'm assuming, so...

11             ATTORNEY CUMMINGS:  Objection, form.

12   BY ATTORNEY HANNA:

13   Q.  But you don't know what's in the contractual

14       service agreement one way or another; is that

15       right?

16   A.  No, sir.  No, sir.

17   Q.  So you are just speculating as to what they could

18       or couldn't do; is that right?

19   A.  I just know the way I have done it for the last 11

20       years.

21   Q.  And what you are referring to is the fact there if

22       there's lack of coverage or not enough trucks, that

23       you could help facilitate and get some sort of

24       coverage from other trucks; is that correct?

25             ATTORNEY CUMMINGS:  Objection, form.

Trevor Rogers
November 21, 2023

```
 1                ATTORNEY MITCHALS:  Objection, form.

 2   BY ATTORNEY HANNA:

 3   Q.  Is that -- is that accurate or no?

 4                ATTORNEY CUMMINGS:  Same objection.

 5   BY ATTORNEY HANNA:

 6   Q.  You can answer.  When they object --

 7   A.  I'm sorry.  Yeah.

 8   Q.  If your counsel, Mr. Mitchals, tells you "do not

 9       answer," that's when you don't answer.  But if he

10       just says "objection," he is just putting something

11       on the record.

12   A.  Okay.

13   Q.  What was your answer, sir?

14   A.  Yes, that is correct.

15   Q.  Is the only time that you are aware of where

16       Mountain Valley utilized another transportation

17       entity, other than J.B. Hunt, is where J.B. Hunt

18       either didn't have enough trucks or couldn't

19       provide the appropriate coverage for a shipment?

20   A.  No, because we have customer pickups, so a customer

21       can pick up their own load.  And so that doesn't --

22       that didn't utilize us either.  They have their

23       choice.

24   Q.  Okay.

25   A.  Yeah, they can pick up any -- if they place an
```

Trevor Rogers
November 21, 2023

```
 1        order, they can pick it up themselves.  You know,

 2        they don't have to use us.  We are here as a

 3        service to help when we need -- when they need us.

 4   Q.   So Mountain Valley's customers could come and pick

 5        up their own loads from Mountain Valley's

 6        facilities in Arkansas; is that right?

 7   A.   Yes.

 8   Q.   Does that happen from time to time?

 9   A.   There are particular customers that do that, but

10        it's pretty -- we know which customers those are

11        typically.  It doesn't really change that often.

12   Q.   And Absopure Water Company has never picked up

13        their own loads from Mountain Valley's facilities

14        in Arkansas; is that right?

15                  ATTORNEY CUMMINGS:  Objection to the

16        form of the question.

17   A.   I don't know -- I don't know if that's never.

18   BY ATTORNEY HANNA:

19   Q.   Okay.  Are you aware of Absopure Water Company ever

20        picking up their own loads from Mountain Valley's

21        facilities in Arkansas?

22   A.   I'm not aware of a time that they picked up their

23        own.

24   Q.   J.B. Hunt has a dedicated fleet for

25        Mountain Valley; is that right?
```

Trevor Rogers
November 21, 2023

```
 1    A.   Mm-hmm, yes, sir.
 2    Q.   What kind of trucks does J.B. Hunt utilize for
 3         their dedicated fleet for Mountain Valley?
 4    A.   Like the brand of trucks?
 5    Q.   Or the kind.
 6    A.   Typically called a sleeper truck, like a -- they
 7         could range from Freightliner to International to
 8         Peterbilt, different brands of trucks.  But it's
 9         typically called a "sleeper" because they go to
10         truck stops and they can sleep in the back, you
11         know, for, you know, if it's a long delivery.
12    Q.   And I believe you previously testified that there's
13         30 trucks -- is that right? -- that J.B. Hunt has
14         dedicated to Mountain Valley for transportation?
15    A.   Yes, plus or minus, you know, depending, like I
16         said.
17    Q.   Is that a rough estimate?
18    A.   Yes, sir.
19    Q.   Okay.  And are these trucks assigned to a
20         particular route or are they just assigned to
21         Mountain Valley?
22    A.   Just to Mountain Valley.
23    Q.   Can you explain what fleet creation means?
24    A.   No, I cannot.  I can speculate on what it means.
25    Q.   We don't want you to speculate.
```

Trevor Rogers
November 21, 2023

```
 1              Are you familiar with J.B. Hunt's
 2      website?
 3   A.  A little bit, yes.
 4   Q.  So it's for dedicated contract service -- well, let
 5      me take a step back.
 6              Is J.B. Hunt's website at jbhunt.com?
 7   A.  Yes, sir.
 8   Q.  And then do they have a dedicated section for
 9      shippers?
10   A.  Yes, sir.
11   Q.  Okay.  And then they have a section for the
12      shippers entitled dedicated contract service
13      solutions; is that right?
14   A.  It appears so, yes, sir.
15   Q.  Okay.  And it appears that J.B. Hunt has what they
16      refer to as either -- you know, when they have a
17      customer, they can either create a fleet or fleet
18      creation, convert a fleet which is private fleet
19      conversion or a dedicated fleet replacement where
20      they're essentially replacing a fleet.
21              Does that refresh your recollection as
22      it relates to these services?
23   A.  Yeah, I believe so.
24   Q.  Okay.  So what does fleet creation mean as the term
25      is utilized by J.B. Hunt?
```

Trevor Rogers
November 21, 2023

1   A.   I believe it's a manufacturer of someone that needs

2        a dedicated transportation versus using the market.

3        You know, you can go out to market and you can hire

4        ten trucks or you can have a dedicated ten trucks,

5        15 trucks, however amount of trucks you need to

6        haul your freight.

7   Q.   And what does private fleet conversion mean?

8   A.   I believe that is where a customer has their own

9        trucks and they want to stop doing that and convert

10       that to J.B. Hunt Transport trucks.

11  Q.   And what does dedicated fleet replacement mean?

12  A.   I don't know what that means.

13  Q.   And with respect to Mountain Valley, did J.B. Hunt

14       initially create a fleet or was it a private fleet

15       conversion or was it a dedicated fleet replacement?

16            ATTORNEY CUMMINGS:  Objection to form.

17  A.   It was a private fleet conversion, I believe.  They

18       had their own trucks.  I don't know when they

19       started that or anything like that, but I know they

20       had their own trucks before.

21            ATTORNEY HANNA:  Mr. Cummings, what was

22       your objection to that one?

23            ATTORNEY CUMMINGS:  Lacks antecedent

24       basis and ambiguous.

25            ATTORNEY HANNA:  I'm sorry.  Can you

Trevor Rogers
November 21, 2023

```
 1        repeat your objection?  I didn't hear it.  I'm

 2        sorry.

 3                   ATTORNEY CUMMINGS:  I said lacks

 4        antecedent basis and was ambiguous.

 5   BY ATTORNEY HANNA:

 6   Q.   Okay.  Let me ask you -- I want to discuss with

 7        you, Mr. Rogers, the origin of the fleet that

 8        J.B. Hunt utilizes to transport Mountain Valley

 9        goods.  What is the origin of the fleet -- of

10        J.B. Hunts' fleet that it utilizes to transport

11        Mountain Valley goods?

12                   ATTORNEY CUMMINGS:  Objection to form,

13        ambiguous.

14                   Go ahead.

15   A.   Can you define origin as far as, like, the origin

16        of the fleet or the origin of, like, where a driver

17        starts his day or I guess --

18   BY ATTORNEY HANNA:

19   Q.   Sure.  No.  I'm actually referring to the fleet.

20                   So can you explain to me how J.B. Hunt

21        got the fleet that it utilizes to transport the

22        Mountain Valley goods?

23   A.   I wasn't here when the fleet started, so I'm not

24        sure.

25   Q.   As J.B. Hunt's corporate representative, do you
```

Trevor Rogers
November 21, 2023

```
 1          have an understanding of where they got the fleet

 2          from?

 3   A.     I really don't.  Generally, you know, we talked

 4          about the private fleet conversion.  That's all I

 5          really know is that they used to have their own and

 6          now J.B. Hunt does it for them with the dedicated

 7          contract.

 8   Q.     And I know I'm asking you the same questions.  I'm

 9          just dealing with objections.  So that's why some

10          of it might seem repetitive because this video is

11          going to end up getting spliced for what we show

12          the jury.  I know you just said it's private fleet

13          conversion, but that's why I'm asking you again.  I

14          don't want you to think that you're answering

15          something wrong, but that's why it's got to be

16          repetitive.

17   A.     Understood.

18   Q.     So the fleet that J.B. Hunt utilizes was that --

19          can you -- when J.B. Hunt -- was that fleet

20          originally belonging to Mountain Valley or was it

21          always belonging to J.B. Hunt?

22   A.     From my understanding it originally belonged to

23          Mountain Valley.

24   Q.     And what happened there -- what was the process --

25          is this what you refer to as private fleet
```

Trevor Rogers
November 21, 2023

1       conversion?

2   A.  Yes, sir.

3   Q.  Okay.  Can you explain this private fleet

4       conversion process as it relates to the fleet for

5       Mountain Valley goods?

6   A.  It's just when a customer simply reaches out to

7       J.B. Hunt to convert their fleet from their private

8       drivers, meaning drivers that they employ, and

9       trucks that they own to outsource that to

10      J.B. Hunt.

11  Q.  So does J.B. Hunt essentially purchase these trucks

12      from Mountain Valley?

13  A.  No.  That can vary depending on the terms of that

14      agreement.

15  Q.  Were these trucks originally owned by

16      Mountain Valley?

17              ATTORNEY CUMMINGS:  Objection, form.

18  A.  I'm not sure.  I'm not sure of that.  Based on if

19      they owned them, you know, there can be different

20      terms there, I believe.

21  BY ATTORNEY HANNA:

22  Q.  Okay.  So the trucks that J.B. Hunt now utilizes to

23      transport Mountain Valley goods were initially

24      owned or leased by Mountain Valley; is that

25      correct?

Trevor Rogers
November 21, 2023

1   A.  That's not correct.

2                ATTORNEY CUMMINGS:  Objection, form.

3   BY ATTORNEY HANNA:

4   Q.  Well, what is the correct answer to that?  I don't

5        know -- I don't understand what I'm missing.

6   A.  The trucks are owned by J.B. Hunt.

7   Q.  At this time these trucks are owned by J.B. Hunt,

8        right?

9   A.  Yes, I believe they have always been owned by

10       J.B. Hunt since that private fleet conversion.

11  Q.  Well, I'm talking about the time of the private

12       fleet conversion.

13  A.  Yeah, I'm not -- I wasn't around at that time, so

14       I'm not sure who owned the trucks and the terms of

15       who leased them.  I'm not sure.

16  Q.  But were the trucks -- before Mountain Valley

17       established its business relationship with

18       J.B. Hunt, was Mountain Valley utilizing these same

19       trucks that are now being utilized by J.B. Hunt?

20  A.  No, because -- to me the truck --  you are

21       referring to a truck like the physical truck.  I

22       believe J.B. Hunt bought all of their own equipment

23       whenever they had that fleet conversion.  I don't

24       believe we kept any Mountain Valley trucks in our

25       fleet.

Trevor Rogers
November 21, 2023

```
1    Q.  What did J.B. Hunt do with Mountain Valley's trucks

2        in their fleet at that time?

3    A.  I'm not sure.  I'm assuming -- I'm assuming that

4        Mountain Valley turned those trucks in or sold them

5        or something of that nature.

6    Q.  And the trucks that are -- does J.B. Hunt employ

7        the truck drivers that transport Mountain Valley

8        goods?

9                    ATTORNEY CUMMINGS:  Object to form.

10   A.  A majority of them, yes.

11   BY ATTORNEY HANNA:

12   Q.  What about the other ones?  Are they --

13   A.  Those are the -- those would be third party or

14       broker -- that I keep referring to brokers.

15   BY ATTORNEY HANNA:

16   Q.  Sure.  As far as the J.B. Hunt drivers, are they

17       employees or independent contractors?

18   A.  All J.B. Hunt drivers are employees.

19   Q.  Okay.  Were those drivers previously employed by

20       Mountain Valley before Mountain Valley conducted

21       its private fleet conversion with J.B. Hunt?

22   A.  Just one that I'm aware of.

23   Q.  Okay.  Do you agree with the statement that

24       Mountain Valley outsourced it's transportation

25       needs to J.B. Hunt?
```

Trevor Rogers
November 21, 2023

```
 1   A.   Yes.

 2   Q.   If we go to your declaration for a minute, can you

 3        read paragraph 4 for the record?

 4   A.   J.B. Hunt transports shipper's cargo on vehicles

 5        owned or leased to J.B. Hunt or by a third party

 6        motor carrier.

 7   Q.   Okay.  And so J.B. Hunt transports the shipper,

 8        Mountain Valley's, cargo that are owned or leased

 9        to J.B. Hunt by a third party motor carrier; is

10        that correct?

11                  ATTORNEY CUMMINGS:  Objection, form.

12   A.   Correct.

13   BY ATTORNEY HANNA:

14   Q.   I think I misspoke.  Let me read that one more

15        time.

16                  So J.B. Hunt transports the shipper,

17        Mountain Valley's, cargo on vehicles owned or

18        leased to J.B. Hunt or by a third party motor

19        carrier; is that correct?

20                  ATTORNEY CUMMINGS:  Objection, form.

21   A.   Yes.

22   BY ATTORNEY HANNA:

23   Q.   Okay.  Do you know what other entities would own

24        these vehicles?

25   A.   No.
```

Trevor Rogers
November 21, 2023

```
1   Q.  Let's go to paragraph -- can you please read

2       paragraph 8 of your declaration for the record?

3   A.  "Shipper's freight is tendered to J.B. Hunt from

4       Hot Springs, Arkansas and is transported all over

5       the country under J.B. Hunt's motor carrier

6       authority or a broker authority."

7   Q.  So who is the shipper for the transportation of

8       Mountain Valley goods?

9               ATTORNEY CUMMINGS:  Objection, form.

10  BY ATTORNEY HANNA:

11  Q.  You can answer.

12  A.  Mountain Valley is the shipper.

13  Q.  And where does the shipper Mountain Valley tender

14      its freight?

15              ATTORNEY CUMMINGS:  Objection.

16  A.  They would send it to J.B. Hunt from that shipment

17      calendar.

18  BY ATTORNEY HANNA:

19  Q.  Okay.  Other than yourself, sir, does J.B. Hunt

20      have any other on-site managers for Mountain Valley

21      shipments?

22  A.  I have two managers that work under me.

23  Q.  Okay.  And do they also work at Mountain Valley's

24      facility?

25  A.  Yes, sir.
```

Trevor Rogers
November 21, 2023

```
1    Q.  And who supervises the logistics managers?

2                    ATTORNEY CUMMINGS:  Objection, form.

3    BY ATTORNEY HANNA:

4    Q.  Who supervises these managers?

5    A.  I do.

6    Q.  Does Mountain Valley also supervise the J.B. Hunt

7        managers that work at their facility?

8    A.  No.

9    Q.  Okay.  I want to discuss with you the cost of the

10       freight.  How did you calculate -- do you provide

11       freight quotes for the shipment of goods to

12       Mountain Valley?

13   A.  Yes, at times.

14   Q.  How do you calculate the freight quotes for the

15       shipment of goods to Mountain Valley?

16   A.  It comes from a broker.  I give them a quote from a

17       broker.

18   Q.  And who pays you for the cost of shipment of the

19       Mountain Valley goods being transported?

20   A.  They don't pay me --

21                    ATTORNEY CUMMINGS:  Object to form.

22   A.  They don't pay J.B. Hunt anything.  They pay

23       Mountain Valley.  The broker would bill

24       Mountain Valley.  Mountain Valley will pay the

25       broker for those services.
```

Trevor Rogers
November 21, 2023

```
 1            ATTORNEY MITCHALS:  Counsel, we've been
 2      going about an hour and a half, and I don't want to
 3      interrupt your lineage or your flow here, but would
 4      we be able to find a stopping point maybe in the
 5      next five or ten minutes to give Mr. Rogers maybe a
 6      three- to five-minute break and go off the record?
 7            ATTORNEY HANNA:  Absolutely.  We also
 8      have probably another 10, 15 minutes, but we can do
 9      that now if you'd like.
10            ATTORNEY MITCHALS:  Would that be okay?
11            ATTORNEY HANNA:  That's okay with me.
12            ATTORNEY CUMMINGS:  Yes.  No objection.
13            VIDEO TECHNICIAN:  Going off the record.
14      The time is 1728 UTC.
15                 (Off the record at 12:28 p.m.)
16                 (Back on the record at 12:36 p.m.)
17            VIDEO TECHNICIAN:  We are on the record.
18      The time is 1736 UTC.
19  BY ATTORNEY HANNA:
20  Q.  I want to get back to the cost of the freight for a
21      minute.  So can you explain again how the freight
22      quotes are calculated for the shipment of
23      Mountain Valley goods?
24  A.  It varies because of, you know, a customer picks up
25      their own or we may use a broker or we may use a --
```

Trevor Rogers
November 21, 2023

```
 1        one of our dedicated trucks, as I have spoken

 2        about.  But if someone were to ask me for quote,

 3        you know, I would reach out to a broker or a third

 4        party to get a quote.

 5   Q.   So when you use your dedicated trucks, how do you

 6        get compensation for the freight costs?

 7   A.   We bill Mountain Valley weekly for that.

 8   Q.   Okay.  How are you -- who compensates you for the

 9        services you provide to Mountain Valley?

10   A.   Mountain Valley does.

11   Q.   Do you know how they compensate you?

12   A.   Just we cut a weekly invoice and they pay that

13        invoice.

14   Q.   Who pays J.B. Hunt for the cost of Interstate

15        transportation?

16             ATTORNEY MITCHALS:  Objection, form.

17             Go ahead.

18   A.   Mountain Valley.

19   BY ATTORNEY HANNA:

20   Q.   How much revenue did J.B. Hunt earn from

21        Mountain Valley in 2023?

22   A.   That's not a number I would have.

23   Q.   Okay.  You have been designated as J.B. Hunt's

24        corporate representative concerning J.B. Hunt's

25        certificate of records served on April 26, 2023; is
```

Trevor Rogers
November 21, 2023

```
 1        that correct?

 2   A.   Yes.

 3   Q.   Mr. Rogers, I am showing you what's been marked as

 4        Plaintiffs' Exhibit 3.  Do you recognize this

 5        document?

 6   A.   Yes, sir.

 7   Q.   What is it?

 8   A.   Certification of records.

 9   Q.   J.B. Hunt's certification of records?

10   A.   I believe so.  I'm not familiar.  I have just seen

11        it.  I don't really know what exactly it's

12        referring to.

13   Q.   Well, you have been designated by J.B. Hunt as a

14        corporate representative concerning J.B. Hunt's

15        certification of records from -- dated April 26,

16        2023; isn't that right?

17   A.   I believe so, yes.

18   Q.   Okay.  Why don't you take a moment to read this

19        document and let me know when are you finished?

20   A.   Okay.

21   Q.   Is this a fair and accurate representation of

22        J.B. Hunt's certification of records served on

23        April 26, 2023?

24   A.   Yes, I believe so.

25                  ATTORNEY HANNA:  Counsel, plaintiff will
```

Trevor Rogers
November 21, 2023

```
 1        move to admit this document into evidence.  Any

 2        objections?

 3                     ATTORNEY CUMMINGS:  Yes, he hasn't

 4        established a firm basis for it.

 5                     ATTORNEY HANNA:  A firm basis for what?

 6                     ATTORNEY CUMMINGS:  For the contents and

 7        accuracy of the document.

 8                     ATTORNEY HANNA:  I disagree.

 9   BY ATTORNEY HANNA:

10   Q.  Is this a fair and accurate representation of the

11        certification of records served by J.B. Hunt,

12        Mr. Rogers?

13                     ATTORNEY MITCHALS:  You can answer,

14        Trevor.

15   A.  Yes.

16   BY ATTORNEY HANNA:

17   Q.  Okay.  First of all, who is Brooke Leddon?

18                     ATTORNEY MITCHALS:  I'm going to object

19        to the form of the question.

20   BY ATTORNEY HANNA:

21   Q.  What role does -- do you know a Brooke Leddon,

22        Mr. Rogers?

23   A.  Yes.

24                     ATTORNEY HANNA:  And for the record,

25        it's spelled B-r-o-o-k-e, L-e-d-d-o-n.
```

Trevor Rogers
November 21, 2023

```
 1   BY ATTORNEY HANNA:

 2   Q.  Who is Ms. Brooke Leddon?

 3   A.  In-house counsel for J.B. Hunt.

 4   Q.  Okay.  Can you please read what the certification

 5       of record states for the record?

 6   A.  "I, Brooke Leddon, hereby certify in writing that I

 7       am employed by J.B. Hunt Transport, Inc., also

 8       J.B. Hunt.  My official title is employment

 9       litigation and regulatory counsel.  I'm familiar

10       with the below documents and records received,

11       created, and relied upon by J.B. Hunt in the

12       ordinary course of its business and that the below

13       records do not exist to:  Contractual service

14       agreements relating to Absopure Water Company,

15       LLC."

16   Q.  Okay.  What does this -- what is the significance

17       of this certificate?

18                  ATTORNEY CUMMINGS:  Objection, form.

19   BY ATTORNEY HANNA:

20   Q.  Go ahead.  No.  Let me reask it.

21                  What does that certificate provide?

22   A.  To me, it states that there is no contract or

23       service agreement with Absopure Water Company.

24   Q.  And what are the implications or what is the

25       significance of that?
```

Trevor Rogers
November 21, 2023

```
 1              ATTORNEY MITCHALS:  Objection, form.

 2              ATTORNEY CUMMINGS:  Objection.

 3              ATTORNEY MITCHALS:  You can respond.

 4   A.  I'm not sure.  Just stating that we have no

 5       contract with Absopure Water Company, I believe.

 6   BY ATTORNEY HANNA:

 7   Q.  Okay.  You understand that you are designated as a

 8       corporate representative concerning J.B. Hunt's

 9       certificate of record served on April 26, 2023,

10       correct?

11   A.  Yes.

12   Q.  In preparing for this deposition, did you review

13       this document with your counsel?

14              ATTORNEY MITCHALS:  Objection, form.

15              You can respond, Trevor.

16   A.  Yes, I have seen it.

17   BY ATTORNEY HANNA:

18   Q.  Do you understand what contract service agreements

19       are?

20   A.  I believe so, I think.

21   Q.  Okay.  Do you understand what the significance is

22       of the fact that Absopure Water Company does not

23       have a contractual service agreement with

24       J.B. Hunt?

25              ATTORNEY MITCHALS:  Objection, form.
```

Trevor Rogers
November 21, 2023

```
 1              ATTORNEY CUMMINGS:  Objection, form.
 2              ATTORNEY HANNA:  What's the objection,
 3       Counsel?
 4              ATTORNEY MITCHALS:  My objection is
 5       premised on the idea that it calls for the witness
 6       to speculate and I can maintain the objection on
 7       that.
 8              ATTORNEY CUMMINGS:  Likewise, it lacks
 9       an antecedent basis.
10              Go ahead.
11  BY ATTORNEY HANNA:
12  Q.  Do you understand what the significance is of the
13      fact that Absopure Water Company does not have a
14      contractual service agreement with J.B. Hunt?
15  A.  Do I understand the significance?
16  Q.  Yes.
17  A.  I do not understand the significance.  To my
18      knowledge, there is no contract with Absopure Water
19      Company.
20  Q.  Okay.  What does it mean if Absopure Water Company
21      does not have a contract with J.B. Hunt?
22              ATTORNEY CUMMINGS:  Objection, form.
23              ATTORNEY MITCHALS:  Objection, form.
24  A.  It would mean we don't do business with them
25      directly.  We work with our customers.
```

Trevor Rogers
November 21, 2023

```
1   BY ATTORNEY HANNA:

2   Q.  Okay.  So let me ask you that.  Does J.B. Hunt do

3       business directly with Absopure Water Company?

4   A.  Not to my knowledge.

5   Q.  Are you aware of any agreements that exist between

6       J.B. Hunt and defendant Absopure Water Company?

7   A.  I am not.

8   Q.  This certificate refers to records that are relied

9       upon in the ordinary course of business.

10              Do you see that?

11  A.  Yes, I see that.

12  Q.  So does J.B. Hunt certify that it does not rely

13      upon any records relating to Absopure Water Company

14      in their ordinary course of business?

15              ATTORNEY MITCHALS:  Objection, form.

16  A.  Correct.

17  BY ATTORNEY HANNA:

18  Q.  This certificate refers to documents and records

19      received in the ordinary course of its business.

20              Do you see that?

21  A.  Right, yes.

22  Q.  Does J.B. Hunt receive any records from defendant

23      Absopure Water Company in the ordinary course of

24      its business?

25              ATTORNEY CUMMINGS:  Objection.
```

Trevor Rogers
November 21, 2023

1    A.  Not that I'm aware of.

2    BY ATTORNEY HANNA:

3    Q.  Mr. Rogers, you and I have never spoken before

4        today; is that right?

5    A.  Correct.

6    Q.  Have you ever spoken with Absopure or a

7        representative of Absopure before today's

8        deposition?

9    A.  Just the emails I referred to earlier about

10       delivery times, that sort of thing.

11                   ATTORNEY HANNA:  All right.  I might be

12       done.  We can go off the record for a minute.

13                   ATTORNEY CUMMINGS:  No objection.

14                   VIDEO TECHNICIAN:  Going off the record.

15       The time is 1745 UTC.

16                   (Off the record at 12:45 p.m.)

17                   (Back on the record at 12:59 p.m.)

18                   VIDEO TECHNICIAN:  We were back on

19       record.  The time is 1759 UTC.

20    BY ATTORNEY HANNA:

21    Q.  Mr. Rogers, you have previously discussed the

22       shipment calendars for Mountain Valley.

23                   Do you recall that discussion?

24    A.  Yes, sir.

25    Q.  Can you please advise me what's included in these

Trevor Rogers
November 21, 2023

```
 1       shipment calendars?
 2   A.  It tells us who the shipment is going to, the
 3       address, city, state, pickup date, and delivery
 4       date, I believe, is everything -- I'm sorry, the
 5       weight of the shipment as well.  I mentioned that
 6       earlier, the weight of the shipment is on there.
 7   Q.  And that information is provided to J.B. Hunt by
 8       Mountain Valley; is that correct?
 9   A.  Yes, sir.
10               ATTORNEY HANNA:  Okay.  I have no
11       further questions.  Thank you.
12               ATTORNEY CUMMINGS:  Okay.  Are you done,
13       Mr. Hanna?
14               ATTORNEY HANNA:  Well, we have to call
15       the Court, but -- why, what did you want to --
16               ATTORNEY CUMMINGS:  No, if you're done
17       with your examination, let me know and -- because I
18       have some follow-up questions for the witness.
19               ATTORNEY HANNA:  I mean, if you prefer
20       to do that before we call the court, that's fine to
21       knock it out.
22               ATTORNEY CUMMINGS:  I have no strong
23       preference.
24               ATTORNEY MITCHALS:  No preference.
25               ATTORNEY HANNA:  If you don't object to
```

Trevor Rogers
November 21, 2023

```
 1        that, I don't mind you going there.
 2                  ATTORNEY CUMMINGS:  Well, before I begin
 3        my questioning, I would like to go off the record
 4        briefly.
 5                  VIDEO TECHNICIAN:  Going off the record.
 6        The time is 1801 UTC.
 7                  (Off the record at 1:01 p.m.)
 8                  (Back on the record at 1:03 p.m.)
 9                  VIDEO TECHNICIAN:  We are back on the
10        record.  The time is 1803 UTC.
11                  ATTORNEY HANNA:  Actually I'm sorry,
12        Mr. Cummings.  Do you mind if I ask one last
13        question before you go?
14                  ATTORNEY CUMMINGS:  No, go ahead.
15                  ATTORNEY HANNA:  I'm sorry about that.
16   BY ATTORNEY HANNA:
17   Q.  Mr. Rogers, once J.B. Hunt delivers Mountain Valley
18        goods to Absopure, do you know what happens to
19        those goods?
20   A.  No.
21                  ATTORNEY HANNA:  Okay.  No further
22        questions.
23                  Go ahead, Mr. Cummings.
24                  ATTORNEY CUMMINGS:  Okay.
25
```

Trevor Rogers
November 21, 2023

```
 1                      EXAMINATION
 2   BY ATTORNEY CUMMINGS:
 3   Q.  Well, Mr. Rogers, I'd like to refer you back to
 4       what I believe has been, if I recall, Exhibit 1,
 5       that is the declaration that you provided in this
 6       case.
 7                 Do you recall that?
 8   A.  Yes, sir.
 9                 ATTORNEY HANNA:  Objection, form.
10   BY ATTORNEY CUMMINGS:
11   Q.  Let me see the best one.  I will put my own copy up
12       here that I happen to have of it.  If you give me a
13       minute, I will put that up.
14                 You can see in front of you the document
15       entitled "Declaration of Trevor Rogers."  Do you
16       see that?
17   A.  Yes, sir.
18   Q.  I'll give you a minute to look and make sure it is
19       the same.  Do you see any differences between it
20       and what was -- I'm scrolling down briefly.  I can
21       make it a little smaller so you can see it all at
22       once -- between the declaration that you testified
23       about earlier in today's deposition?
24   A.  I believe it's the same.
25   Q.  Okay.  Who drafted this declaration?
```

Trevor Rogers
November 21, 2023

```
 1   A.   I did with the assistance of J.B. Hunt's legal

 2        team.

 3   Q.   Okay.  And what was the extent of your

 4        participation in your drafting that you did with

 5        legal counsel?

 6   A.   It was a team effort.  So we worked together to

 7        produce it.

 8   Q.   Okay.  I'm referring you to paragraph 1 in -- where

 9        on paragraph 1 it references a DS Services of

10        America, Inc., DBA Primo Water North America, and

11        f/k/a Mountain Valley Spring Company.

12               Do you see the last two lines of that

13        first paragraph?

14   A.   Yes, sir.

15   Q.   And after that in parenthesis there is, hereon

16        referred to as, quote/unquote, "shipper."

17               Do you see that?

18   A.   Yes, sir.

19   Q.   Did you choose to use that term "shipper" at that

20        place in your declaration?

21   A.   Yes, sir.

22   Q.   And why did you use that term "shipper"?

23   A.   "Shipper" to me is just anywhere the loads pick up

24        from.  All of our loads pick up from

25        Mountain Valley Spring Company.  So that's why I
```

Trevor Rogers
November 21, 2023

```
 1        chose that word.
 2   Q.   And Mr. Rogers, do you have any legal background or
 3        legal training?
 4   A.   Not at all, no, sir.
 5   Q.   Are you -- do you have any familiarity with the
 6        Fair Labor Standards Act?
 7   A.   No, sir.
 8                  ATTORNEY HANNA:  Objection.
 9   BY ATTORNEY CUMMINGS:
10   Q.   Are you aware of any legal meaning to the term
11        "shipper" with respect to labor law or the Fair
12        Labor Standards Act?
13                  ATTORNEY HANNA:  Objection, form.
14   A.   No, sir, I'm not.
15   BY ATTORNEY CUMMINGS:
16   Q.   I'll take this down now.
17                  You mentioned that you -- you testified
18        that you received a shipment calendar from
19        Mountain Valley.  Do you recall that?
20   A.   Yes, sir.
21   Q.   Are you aware who within Mountain Valley sends you
22        the shipment calendars both at -- the name of a
23        person or position of a person?
24   A.   Yes.
25                  ATTORNEY HANNA:  Objection, form.
```

Trevor Rogers
November 21, 2023

1    BY ATTORNEY CUMMINGS:

2    Q.  And who is that?

3    A.  The customer service team at Mountain Valley.

4    Q.  Okay.  Do you -- have you -- in your -- in working

5        with Mountain Valley, have you had -- do you have

6        any other interactions with the customer service

7        team at Mountain Valley other than receiving the

8        shipment calendar?

9    A.  Yes, sir, every day.

10   Q.  And what type -- what interactions do you have with

11       the customer service team?

12   A.  We all work together every day to make sure the

13       planning and the pickups and deliveries -- not

14       really deliveries, but the pickups go smoothly.

15   Q.  Okay.  Again, I'm sorry, my notes are a little

16       obscure.

17                    How long have you been on-site at

18       Mountain Valley while working for J.B. Hunt?

19   A.  I believe it's eight years.

20   Q.  Okay.  And have you interacted with the

21       Mountain Valley customer service every day for

22       those that you have been on-site at J.B. Hunt -- I

23       mean at Mountain Valley?

24   A.  Yes, sir.

25   Q.  Are you aware of the -- how the Mountain Valley

Trevor Rogers
November 21, 2023

1          customer service gets the information to put on the

2          shipment calendars that you receive?

3     A.  No, sir.  I believe it varies by customer.

4     Q.  Are you aware of a number of different ways that it

5          receives information?

6                    ATTORNEY HANNA:  Objection, hearsay,

7          calls for speculation.

8     A.  Yes.

9     BY ATTORNEY CUMMINGS:

10    Q.  Did you say yes?

11    A.  Yes, I'm aware of a number of different ways, yes.

12    Q.  And what are those ways?

13                   ATTORNEY HANNA:  Same objection,

14         speculation, hearsay.

15                   Mr. Rogers, if you can, just give me a

16         second so we have a clean record so we're not

17         talking over each other.  After Mr. Cummings asks a

18         question, just give me a second to object.

19                   For the record, I'm objecting to this

20         line of questions as hearsay and calls for

21         speculation.

22    A.  What was the previous question?  I'm sorry.

23    BY ATTORNEY CUMMINGS:

24    Q.  The question was, what are the different ways that

25         you are aware of that the Mountain Valley customer

Trevor Rogers
November 21, 2023

```
 1        service gets the information that gets put onto the

 2        shipment calendar that they gave to J.B. Hunt?

 3                    ATTORNEY HANNA:  Objection, calls for

 4        hearsay and speculation.

 5                    You can answer.

 6   A.   Email, fax, phone call.  Those are the ways that I

 7        would note that -- there may be others.

 8   BY ATTORNEY CUMMINGS:

 9   Q.   And how did you come by this knowledge?

10   A.   Just working here over the number of years, working

11        closely with them.

12   Q.   And what were you able to observe in working

13        closely with them that gave you this knowledge?

14                    ATTORNEY HANNA:  Objection, calls for

15        speculation, hearsay.

16   A.   Overhearing conversations, overhearing talks about

17        an email, about an order or something like that.

18   BY ATTORNEY CUMMINGS:

19   Q.   Have you ever witnessed any of the emails that

20        Mountain Valley receives from its customers or

21        Mountain Valley customer service receives from its

22        customers?

23   A.   I have seen a couple, yes, sir.

24   Q.   Okay.  Have you actually been present at any point

25        during a phone conversation or a conversation that
```

Trevor Rogers
November 21, 2023

```
 1        Mountain Valley customer service is -- customer
 2        service had with its customers?
 3   A.  No, sir, just overhearing -- like I said,
 4        overhearing conversations, not directly on the line
 5        or anything like that.
 6   Q.  Okay.  Prior to this lawsuit and your having been
 7        involved in it, were you aware of the defendant
 8        Absopure Water Company, LLC?
 9   A.  Yes, sir.
10   Q.  And how did you come by that awareness?
11   A.  Another one of our customers that we deliver to on
12        that shipment calendar.  You know their name is on
13        there, you know, weekly or biweekly or however
14        often they order.
15   Q.  Have you ever directly interacted with Absopure
16        during your time working for J.B. Hunt?
17   A.  Yes, sir.
18   Q.  What have those interactions been?
19   A.  Just ETAs of deliveries.  They can take a delivery
20        on a certain day, you know, around the holiday or a
21        particular day that maybe we had to push the load
22        out a day or bring it forward a day for delivery,
23        something like that.
24   Q.  And how have you had these interactions, phone,
25        email, or any other way?
```

Trevor Rogers
November 21, 2023

1    A.   It would be phone or email, one of the two.

2    Q.   Do you recall the name of anybody or any persons,

3         could be more than one, that you have interacted

4         with at Absopure?

5    A.   No, I can't remember their names off the top of my

6         head.

7    Q.   Okay.  Do you have any knowledge of the -- other

8         than the mere fact that they're a customer that you

9         make shipments to, do you have any knowledge beyond

10        that of the relationship between Mountain Valley

11        and defendant Absopure?

12                  ATTORNEY HANNA:   Objection, calls for

13        speculation.

14   A.   Sorry about that.  No, sir.

15   BY ATTORNEY CUMMINGS:

16   Q.   Okay.  And are you -- do you use or are you

17        familiar with a term called "free on board" in the

18        shipping industry?

19   A.   I have heard that term before, but I don't know a

20        definition of that term.

21   Q.   Okay.  Is that a term that you use in your

22        day-to-day work with J.B. Hunt?

23   A.   No, sir.

24   Q.   Okay.  Do you have any knowledge whatsoever of who

25        owns the freight that Mountain Valley ships to its

Trevor Rogers
November 21, 2023

```
 1        customers when that freight is on a truck -- one of
 2        J.B. Hunt's dedicated trucks or a broker truck?
 3   A.   No, sir.  I have no knowledge of that.
 4   Q.   You mentioned that J.B. Hunt provides a weekly
 5        invoice to Mountain Valley for its carrying
 6        freight.
 7                  Do you recall that?
 8   A.   Yes, sir.
 9   Q.   Are you aware of how -- what are the bases for
10        determining the amount of that invoice?
11   A.   Per mile and per stop are the bases, typically.
12   Q.   So that's for -- and it's -- and you recall it's a
13        weekly basis; correct?
14   A.   Yes, sir.
15   Q.   And so is it correct then that that invoice was
16        based on the number of miles that -- let me take a
17        step back.  The invoice -- that is only for the
18        J.B. Hunt dedicated trucks; is that correct?
19   A.   Yes, sir.
20   Q.   That invoice does not include trucks that J.B. Hunt
21        arranges, but through a broker; is that correct?
22                  ATTORNEY HANNA:  Objection, leading,
23        foundation.
24                  You can answer.
25   A.   Correct.  That does not include any brokerage or
```

Trevor Rogers
November 21, 2023

```
 1        third party logistics.

 2   BY ATTORNEY CUMMINGS:

 3   Q.  Could you please explain for me when you -- when

 4        goods are shipped on a truck that it's not a

 5        dedicated truck from J.B. Hunt, but that J.B. Hunt

 6        is involved with the brokering, please explain for

 7        me J.B. Hunt's involvement in that brokering of

 8        those trucks.

 9   A.  We typically -- you know, we get our shipment

10        calendar.  There may be a load we cannot cover on

11        there with our trucks, so we make a phone call or

12        send an email to one of our third party providers

13        that I refer to.  Then they essentially send their

14        own truck in, pick their own -- pick that load up

15        and deliver it and then they bill Mountain Valley

16        directly for that shipment.

17   Q.  In those cases, who provides the -- do you provide

18        to the broker the information that is on the

19        shipment calendar that you received from J.B. Hunt?

20   A.  Yes, sir.

21                 ATTORNEY HANNA:  Objection, that

22        misstates the prior testimony.

23   BY ATTORNEY CUMMINGS:

24   Q.  In cases where J.B. Hunt has contacted a broker for

25        delivery of Mountain Valley products, are you aware
```

Trevor Rogers
November 21, 2023

```
 1        of whether or not Mountain Valley independently

 2        provides any shipment information to the broker or

 3        the trucking company hired by the broker?

 4                  ATTORNEY HANNA:  Objection, calls for

 5        speculation.

 6   A.   They just provide a bill of lading at the time of

 7        pickup.  That's all that I know that -- I mean, I'm

 8        not even sure if that's what you are asking.

 9   BY ATTORNEY CUMMINGS:

10   Q.   The bill of lading --

11   A.   I don't talk directly to a broker, no.

12   Q.   What is -- what do you mean by "bill of lading"?

13   A.   It's basically stating what's on the truck when

14        it's loaded, and its bills that are -- the driver

15        is required to have the bills of what's on the

16        trailer that he's hauling, you know, to a delivery

17        destination.

18   Q.   Does Mountain Valley provide a bill of lading to

19        the drivers for J.B. Hunt's dedicated trucks?

20   A.   Yes, for every load that leaves Mountain Valley,

21        they provide a bill of lading for that.

22   Q.   Have you seen those bills of lading?

23   A.   Yes, sir.

24   Q.   What is the information contained in that bill of

25        lading?
```

Trevor Rogers
November 21, 2023

1   A.   Delivery destination, shows shipping origin, where

2        it originated from.  It can show various bottles of

3        water, various sizes that are on there, or it could

4        show all of the same.  You know, it could be

5        whatever is on the actual trailer that's loaded.

6        Then the weight of the shipment is very important,

7        you know, as far as how much cargo, the total

8        weight of the cargo that's on there, and I think

9        that's it.

10  Q.   So does the bill of lading contain any information

11       that has not been provided by the -- in the

12       shipment calendar for that particular shipment?

13  A.   It's pretty much the same information, other than

14       maybe some PO numbers or some different SKUs of

15       product and stuff like that that maybe is not on

16       the actual bill of lading.  There can be -- there

17       can be a few differences, I guess.

18  Q.   So getting back, on the shipment calendar, does the

19       shipment you receive from Mountain Valley -- or

20       J.B. Hunt receives from Mountain Valley, does

21       that -- other than the weight, does it include any

22       product descriptions?

23  A.   No, sir.

24  Q.   Is it correct then that the bill of lading would

25       have some -- some information, product descriptions

Trevor Rogers
November 21, 2023

1      on it?

2   A.  To my knowledge, every bill of lading would have a

3       product description for any -- yeah, for every

4       shipper.

5   Q.  And does that include the numbers of any particular

6       product that are included in that shipment?

7   A.  Yes, sir.

8   Q.  For the products that are contained on J.B. Hunt's

9       dedicated trucks, once they are loaded onto the

10      trucks, do you have any knowledge of who has -- who

11      owns or who has title to that product?

12  A.  I don't know.

13  Q.  So it's correct to say that if there was a shipment

14      to any particular customer, you do not know when

15      that product is located -- that product is placed

16      onto the truck, you do not know whether or not the

17      customer owns that or Mountain Valley or

18      potentially anybody else; is that correct?

19              ATTORNEY MITCHALS:  Objection, compound,

20      asked and answered.

21  A.  That's true.

22  BY ATTORNEY MITCHALS:

23  Q.  Getting back to -- getting back to the weekly

24      invoice that J.B. Hunt provides to Mountain Valley,

25      as I recall, you testified that the amount of the

Trevor Rogers
November 21, 2023

1        invoice is based on the number of miles driven and

2        the number of stops, correct?

3    A.  Yes.

4    Q.  Do you have specifics, like is it a per-mile amount

5        or per-stop amount that are included in that?

6    A.  There are, yes.

7    Q.  Are you aware of whether or not Mountain Valley in

8        turn bills its customers or its -- or the receivers

9        for any of the charges on the invoices that

10       J.B. Hunt provides to Mountain Valley?

11   A.  I don't have a great understanding of that, but --

12              ATTORNEY HANNA:  Objection, calls for

13       speculation.

14   A.  I'm not really sure.

15   BY ATTORNEY MITCHALS:

16   Q.  I'm just looking over some of my notes.

17              Did your invoices or charges that

18       J.B. Hunt charges to Mountain Valley for a

19       dedicated run, do you know whether those charges

20       include any cost for insurance of the goods?

21   A.  I'm not sure.

22   Q.  Can you say customers pick up -- arrange for the

23       delivery or pickup -- or use their own trucks to

24       pick up goods from Mountain Valley in Arkansas?

25              ATTORNEY HANNA:  Objection, calls for

Trevor Rogers
November 21, 2023

```
 1        speculation, compound.
 2   A.   Yeah.  I'm not sure an exact number, but a handful,
 3        not very many.
 4   BY ATTORNEY MITCHALS:
 5   Q.   Who -- for Mountain Valley's -- I mean, for
 6        J.B. Hunt's dedicated trucks to Mountain Valley,
 7        who determines the particular route that the truck
 8        will drive from Mountain Valley to the customer?
 9   A.   The driver typically.
10   Q.   And what I mean, just to be clear, I mean by which
11        particular roads and directions to take, correct?
12   A.   Right.  Yes.
13   Q.   Does Mountain Valley have -- ever give directions
14        or any indications concerning the choice of routes,
15        the choice of directions that a driver of a
16        dedicated truck will take?
17   A.   No, sir.
18   Q.   I want to make sure I understand your testimony.
19        Is it correct that the shipment calendar that
20        Mountain Valley provides to J.B. Hunt will include
21        shipments that are not yet -- not yet ready for
22        shipment on the date you receive them; is that
23        correct?
24   A.   Yes.  It's a forward-looking calendar.  You know,
25        it could be five to seven days looking out.
```

Trevor Rogers
November 21, 2023

```
 1    Q.   Okay.  So in this forward-looking calendar, when --
 2         does the shipment calendar then include a date on
 3         it, or does it provide a date that Mountain Valley
 4         says the shipment will be ready to be picked up?
 5    A.   Correct.
 6    Q.   Does it ever occur that a shipment calendar will
 7         include a shipment that first included a shipment
 8         that is ready -- for the first time ready for that
 9         shipment for that day?
10    A.   Can you say that again?
11    Q.   Yeah, sorry.  Let me take a step back.
12                   So is it correct to say that any
13         particular shipment from Mountain Valley to its
14         customers will appear more than once on the
15         shipment calendars that you receive, meaning appear
16         on multiple days; is that correct?
17                   ATTORNEY HANNA:  Objection, form.
18    A.   Right.  It could -- it could show -- if it's seven
19         days away, it's going to show every day until that
20         ship date on that calendar.
21    BY ATTORNEY MITCHALS:
22    Q.   Is it true that it will include, beyond the
23         shipment calendar that you receive on the date,
24         that it is going to be picked up by J.B. Hunt's
25         trucks, correct?
```

Trevor Rogers
November 21, 2023

1    A.   Can you rephrase one more time?

2    Q.   Okay.  So it appears -- you said usually seven days

3         out.  You said -- and it's correct that it will

4         appear on it every day until the shipment is ready;

5         is that correct?

6    A.   Yes, sir.

7    Q.   And then so including -- it will appear on the

8         calendar that you are handed or given on the day

9         that shipment is scheduled to be picked up?

10   A.   Yes, sir.

11   Q.   So every given shipment calendar will include,

12        among other things, shipments that are scheduled to

13        be picked up on the same date that it's on the

14        calendar?

15   A.   Yes.  Yes.  If we're doing our job appropriately,

16        we would have that planned well in advance of the

17        day that it ships.

18   Q.   Okay.  Does it ever occur that the shipment date

19        put on the calendar, the first time you received

20        it -- you receive it for a particular shipment does

21        not turn out to be the day it's actually ready?

22   A.   Rarely, but yes, that does happen at times.

23   Q.   Earlier you referred -- I believe it was a bill of

24        lading.  Those bills of lading that Mountain Valley

25        gives to the truck drivers include a PO number; is

Trevor Rogers
November 21, 2023

1          that correct?

2                    ATTORNEY HANNA:  Objection, form.

3     A.  I believe it's a bill of lading number, not a PO

4          number.

5     BY ATTORNEY MITCHALS:

6     Q.  Okay.  Bill of lading number --

7     A.  They both -- they both could be on there.  I just

8          can't remember off the top of my head.

9     Q.  Do the shipment calendars receive -- that you

10         received -- that J.B. Hunt receives from Mountain

11         Valley, do those include PO numbers?

12    A.  Yes, sir.

13    Q.  What is a PO number?

14    A.  To my knowledge, customer service enters an order

15         from a customer, and it --

16                    ATTORNEY HANNA:  Objection, speculation.

17    A.  It issues a PO number from the system.

18                    ATTORNEY HANNA:  Also best evidence rule

19         as it relates to these documents.

20    BY ATTORNEY CUMMINGS:

21    Q.  How did you -- how did you come to know what a --

22         what the PO number refers to?

23                    ATTORNEY HANNA:  Objection to form,

24         foundation.

25    A.  Just years of being here understanding, you know,

Trevor Rogers
November 21, 2023

```
 1        initially probably didn't have a clue the first
 2        year, but after being here a while, you kind of
 3        learn what that PO number actually means to a
 4        shipment.
 5   BY ATTORNEY CUMMINGS:
 6   Q.  Do you ever use or refer to the PO number as part
 7        of your job responsibilities at J.B. Hunt?
 8   A.  Yes, just when I'm talking to Mountain Valley most
 9        likely because they were the only ones that would
10        know what that really means.
11   Q.  And how do you use the PO number when you are
12        speaking to customer service at Mountain Valley?
13   A.  If there's multiple shipments to the same location,
14        it just specifies which shipment we're talking
15        about.  They don't actually have to be the same
16        location, they could be anywhere, and it just helps
17        them understand what shipment I'm talking about,
18        you know.
19   Q.  For Mountain Valley shipments to defendant,
20        Absopure Water Company, have -- for any of those
21        stiffness, has J.B. Hunt ever used brokerage
22        services to take care of that shipment?
23   A.  Yes, sir.
24   Q.  About how often does that occur?
25   A.  Pretty rarely.  Maybe one -- I really don't know.
```

Trevor Rogers
November 21, 2023

```
 1        Maybe one out of ten or something like that.
 2   Q.  And the -- as to the dedicated trucks that are used
 3        for shipments from Mountain Valley to Absopure, are
 4        those two-way trips?
 5   A.  Majority of the time, yes.
 6   Q.  So it's correct then that for those shipments --
 7                  ATTORNEY HANNA:  I'm sorry,
 8        Mr. Cummings, let me just put it on the record for
 9        that last question, objection, relevance.
10                  Go ahead.
11   BY ATTORNEY CUMMINGS:
12   Q.  And for the shipments that are from Mountain Valley
13        to Absopure that are on J.B. Hunt's dedicated
14        trucks, is it correct that those trucks bring
15        back -- I believe you called it dunnage; is that
16        correct?
17                  ATTORNEY HANNA:  Objection, relevance.
18   A.  Empties, dunnage, return bottles -- I mean, there
19        is different terms for that.
20   BY ATTORNEY CUMMINGS:
21   Q.  Does J.B. Hunt ever provide reports of any kind to
22        Mountain Valley that provide information other than
23        an individual -- other information on -- or
24        statistics concerning individual customers?
25   A.  No, it's just about our entire fleet, how the
```

Trevor Rogers
November 21, 2023

1    performance of our entire fleet.

2  Q.  So is it correct that the invoices -- do the

3      invoices that J.B. Hunt provides to Mountain

4      Valley, the weekly invoices for freight charges, do

5      those include any information that are specific to

6      individual customers?

7  A.  We do have an invoice summary, then we have an

8      invoice detail that would show, you know, an

9      invoice summary may show how many loads, how many

10     miles a detailed -- more detailed.  If they ask for

11     a detailed invoice, it would show where those miles

12     were ran to and from and which stops were made that

13     sort of thing.

14 Q.  And that detail -- would that detailed information

15     include the identity of the customer that it was

16     shipped to?

17 A.  It would identify them with the PO number in the

18     bill of lading number that I have referenced.

19 Q.  And do all of the invoices -- weekly invoices that

20     J.B. Hunt provides to Mountain Valley for it's

21     dedicated truck services include these PO numbers?

22 A.  Yes.

23 Q.  So does -- other than the PO number, is there any

24     information on these weekly invoices from J.B. Hunt

25     to Mountain Valley that identifies the customer

Trevor Rogers
November 21, 2023

1        that was shipped to -- or customers?

2                    ATTORNEY HANNA:  Objection, vague as it

3        relates to who the customer is that we are

4        referring to here.

5    A.  It would have like an address on the detail report

6        that I have spoken about.  It would have an

7        address, so I guess it would identify city, state,

8        address.

9    BY ATTORNEY CUMMINGS:

10   Q.  Are there -- when J.B. Hunt provides brokerage

11       services to Mountain Valley, is there a -- do you

12       have a set number of brokers that you work with?

13                   ATTORNEY HANNA:  Objection, relevance.

14   BY ATTORNEY CUMMINGS:

15   Q.  That J.B. Hunt works with?

16   A.  No.

17   Q.  Okay.  Who contacts the brokers in situations where

18       there -- a brokerage is being used?

19                   ATTORNEY HANNA:  Objection, relevance.

20   A.  The managers in my office, me and the managers in

21       my office.

22   BY ATTORNEY CUMMINGS:

23   Q.  How do you determine -- how did you and the

24       managers -- take a step back.

25                   These are the managers you mentioned

Trevor Rogers
November 21, 2023

```
 1        before that you supervise, correct?
 2   A.   Right.
 3   Q.   How do you and these managers determine which
 4        brokerage to contact for any given shipment?
 5   A.   We get quotes and typically we choose the lowest
 6        cost quote for Mountain Valley.
 7   Q.   I see.  And -- in the -- typically how much - how
 8        prior ahead of time prior to the shipment planned
 9        shipment date do you or your managers contact the
10        broker?
11   A.   Two to three days.
12   Q.   When you or your managers contact a broker, do you
13        have any say over which -- which trucking company
14        the brokerage will use?
15   A.   No, sir.
16   Q.   It's correct then that when you contact the broker
17        for a shipment, that is not one of J.B. Hunt's
18        dedicated trucks, it's the broker that decides
19        which actual trucking company to use?
20   A.   Yes, sir.
21   Q.   Are you aware of whether or not Mountain Valley has
22        a contract with Absopure -- the defendant Absopure
23        Water Company?
24   A.   I'm not sure.
25   Q.   Okay.
```

Trevor Rogers
November 21, 2023

```
 1                    ATTORNEY CUMMINGS:  Okay.  I believe
 2          that's all the questions I have.
 3                    ATTORNEY HANNA:  I have like two
 4          follow-up.
 5                    RE-EXAMINATION
 6    BY ATTORNEY HANNA:
 7    Q.  Mr. Rogers, in your conversation with Mr. Cummings
 8          you referred to Absopure -- you referred to "our
 9          customers."  When you say "our customers," are you
10          referring to Mountain Valley's customers or
11          J.B. Hunt's customers?
12    A.  Mountain Valley's customers.
13    Q.  Okay.  And you discussed that the PO numbers and
14          the customers listed on these PO numbers -- again,
15          are you referring to the customers of J.B. Hunt or
16          Mountain Valley or Absopure Water Company?
17    A.  Mountain Valley.
18    Q.  Okay.  Mr. Cummings asked you some questions about
19          who owns the goods once they're loaded on the
20          trucks and I believe you testified that you don't
21          know.  Based on your -- the work that you do and
22          the interaction, what is your understanding of who
23          owns these products that are --
24                    ATTORNEY CUMMINGS:  Objection, form.
25                    ATTORNEY HANNA:  Let me finish first,
```

Trevor Rogers
November 21, 2023

```
 1      Mr. Cummings.

 2  BY ATTORNEY HANNA:

 3  Q.  What is your understanding of who owns the products

 4      that are transported by J.B. Hunt?

 5              ATTORNEY CUMMINGS:  Objection.

 6  A.  I have never really thought about it to be honest,

 7      so I'm not really sure.

 8  BY ATTORNEY HANNA:

 9  Q.  Sure.  Does Mountain Valley check in from your --

10      strike that.

11              From your work does Mountain Valley

12      check in and have a concern of what's going on with

13      these products and to ensure that they're safe and

14      being delivered?

15  A.  Sure, yeah.

16  Q.  Does it seem to you from your interactions that

17      Mountain Valley owned these products?

18              ATTORNEY CUMMINGS:  Objection.  I'm

19      sorry.  I'm sorry.

20              ATTORNEY HANNA:  Sure.  Let me ask it

21      again so we can just get a clear record.

22  BY ATTORNEY HANNA:

23  Q.  Did it seem to you from your interactions that

24      Mountain Valley owned these products as they are

25      being transported by J.B. Hunt?
```

Trevor Rogers
November 21, 2023

1              ATTORNEY CUMMINGS:  Objection.

2    A.  It didn't seem that way.  It just seemed they were

3         concerned about meeting a delivery time that we

4         promised to our customers.

5    BY ATTORNEY HANNA:

6    Q.  Okay.  That's fair.

7              ATTORNEY HANNA:  I think I'm done, but

8         let's go off the record.  I think we're done for a

9         minute.

10             VIDEO TECHNICIAN:  All right.  Going off

11        the record.  The time is 18:43 UTC.

12             (Off the record at 1:43 p.m.)

13             (Back on the record at 1:47 p.m.)

14             VIDEO TECHNICIAN:  We are back on the

15        record.  The time is 18:47 UTC.

16             ATTORNEY HANNA:  I have no further

17        questions.  Thank you for your time today,

18        Mr. Rogers.

19             ATTORNEY CUMMINGS:  No further questions

20        as well.  Thank you.

21             VIDEO TECHNICIAN:  All right.  This will

22        conclude today's deposition.  The time is the 1848

23        UTC.  We are off the record.

24             (The deposition was concluded at 1:48

25        p.m. Signature of the witness was not requested by

Trevor Rogers
November 21, 2023

1        counsel for the respective parties hereto.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Trevor Rogers
November 21, 2023

1                    CERTIFICATE OF NOTARY

2   STATE OF MICHIGAN        )

3                           ) SS

4   COUNTY OF WAYNE          )

5

6              I, RENEE J. OGDEN, certify that this

7        deposition was taken before me on the date

8        hereinbefore set forth; that the foregoing

9        questions and answers were recorded by me

10       stenographically and reduced to computer

11       transcription; that this is a true, full and

12       correct transcript of my stenographic notes so

13       taken; and that I am not related to, nor of counsel

14       to, either party nor interested in the event of

15       this cause.

16

17

18

19

20

21

22              RENEE J. OGDEN, CSR-3455

23              Notary Public,

24              Wayne County, Michigan

25       My Commission expires: June 21, 2025

Trevor Rogers
November 21, 2023

---

**1**

**1**
7:2,4 17:20
26:15,16
88:4 89:8,9

**1,000**
58:14,15

**10**
77:8

**11**
6:20 63:19

**11:02**
5:2

**11:04**
7:6,12

**11:05**
7:13

**11:16**
16:10

**12**
8:16 17:5

**12:28**
77:15

**12:36**
77:16

**12:45**
85:16

**12:59**
85:17

**15**
68:5 77:8

**1602**
5:10

**1604**
7:11

**1605**
7:15

**1728**
77:14

**1736**
77:18

**1745**
85:15

**1759**
85:19

**1801**
87:6

**1803**
87:10

**1848**
113:22

**18:43**
113:11

**18:47**
113:15

**19**
15:16

**1:01**
87:7

**1:03**
87:8

**1:43**
113:12

**1:47**
113:13

**1:48**
113:24

---

**2**

**2**
16:8,13,19
45:8

**20**
44:1

**2011**
30:22

**2017**
9:9 30:12

**2023**
5:1,10 8:16,
21 9:14
16:16 17:5
78:21,25
79:16,23
82:9

**21**
5:1,10

**25**
53:9

**25th**
9:14

**26**
78:25 79:15,
23 82:9

**26th**
8:21

---

**3**

**3**
79:4

**30**
19:13 37:8,
15 66:13

**30,000-foot**
33:11

**360**
59:25 60:6

**3:00**
40:11

---

**4**

**4**

**74:3**

---

**7**

**7**
50:16

---

**8**

**8**
75:2

---

**9**

**99**
36:6 40:20

---

**A**

**a.m.**
5:2 7:6,12,
13 16:10
40:11

**ability**
14:1,12
40:17

**able**
77:4 93:12

**Absolutely**
25:6 77:7

**Absopure**
5:18 9:7
12:6 29:21
30:1,10,15
32:16 38:2
39:9 46:19
47:2,10
50:13 65:12,
19 81:14,23
82:5,22
83:13,18,20
84:3,6,13,23

Trevor Rogers
November 21, 2023

85:6,7 87:18
94:8,15
95:4,11
106:20
107:3,13
110:22
111:8,16

**access**
9:21

**account**
18:2,13 19:8
20:18,20
26:11,20,21,
22,25 27:4,
17 29:22
30:2,24
31:3,19

**accounts**
30:15

**accuracy**
80:7

**accurate**
17:4,9
21:13,15
29:5 64:3
79:21 80:10

**Acho**
6:4

**across**
23:4 37:23

**Act**
90:6,12

**actual**
21:23 99:5,
16 110:19

**address**
24:14 36:7
52:12 55:8,
23 86:3
109:5,7,8

**admit**
17:12 80:1

**advance**
104:16

**advertise**
11:1 14:1,
12,21,24

**advertises**
15:3

**advise**
58:4,7 85:25

**advises**
58:19,21
59:6,9,10,
12,14,22

**affirmed**
5:6

**afternoon**
37:4

**afterwards**
5:24

**ago**
42:20

**agree**
17:7 56:6
73:23

**agreed**
5:12 57:13

**agreement**
9:18 60:13
61:4,10,13,
20 62:7,11,
17,24 63:9,
14 71:14
81:23 82:23
83:14

**agreements**
62:16 81:14
82:18 84:5

**ahead**
24:5 28:5
37:7 38:24
40:1 44:11
45:5 46:16
49:2 52:23
54:15 55:4
69:14 78:17
81:20 83:10
87:14,23
107:10 110:8

**ahold**
46:11,12

**ambiguous**
12:19 14:19
47:25 68:24
69:4,13

**America**
18:3,4,17
89:10

**amount**
49:11 58:17,
19,21 68:5
96:10 100:25
101:4,5

**answer**
15:2 22:17
23:7 25:18
33:14 44:18
45:3,18
48:15 50:25
56:17 61:15
62:10,12,20
63:3 64:6,9,
13 72:4
75:11 80:13
93:5 96:24

**answered**
41:10 44:15
100:20

**answering**
23:18 49:2

70:14

**answers**
34:16

**antecedent**
61:25 68:23
69:4 83:9

**anticipate**
37:13

**anybody**
15:6 27:10
60:5 95:2
100:18

**anyone**
19:25

**apologize**
8:5 52:17

**appearances**
5:23

**appears**
67:14,15
104:2

**appreciate**
34:18 49:1

**appropriate**
64:19

**appropriately**
54:23 104:15

**approximately**
19:14

**April**
8:21 9:14
78:25 79:15,
23 82:9

**area**
29:10

**Arkansas**
9:7 15:19,23
20:9 30:10
59:20 65:6,

Trevor Rogers
November 21, 2023

14,21 75:4
101:24

around
15:13 72:13
94:20

arrange
101:22

arrangement
30:8

arrangements
9:5 36:2
57:23

arranger
57:21

arranges
57:18 96:21

as-needed
37:19

asked
44:15 54:3
100:20
111:18

asking
11:12 24:12,
20 42:13,15
48:22 54:9,
24 62:2
70:8,13 98:8

asks
9:17 92:17

assigned
37:19 66:19,
20

assist
14:12 15:10
29:4

assistance
89:1

assuming
38:16 63:10

73:3

ATTORNEY
6:1,3,6,9,12
7:7,16,22,
23,25 8:3,7
9:23 10:1,2
12:15,16,18,
20 14:3,4,
15,16,18,20,
25 15:1
16:11 17:11,
15,18,19
21:25 22:1,
3,5,6,13,14,
16,17 23:1,
5,6,16,20
24:4,5,11,
16,18,23,24
25:17,19
28:4,15
29:24,25
38:18,20
39:15,16,25
40:23 41:5,7
44:10,13,15,
16,17 45:2,
4,16,17,22
46:1,15,18
47:21,22,23,
24 48:1,13,
14 50:23,24
51:9,10
52:2,3,22,24
54:14,18,21,
25 55:3,10
56:10,11,15,
16 57:20,25
59:2,4
60:14,15,17
61:14,18,21,
22,24 62:1,
5,18,19
63:1,2,11,
12,25 64:1,
2,4,5 65:15,

18 68:16,21,
23,25 69:3,
5,12,18
71:17,21
72:2,3 73:9,
11,15 74:11,
13,20,22
75:9,10,15,
18 76:2,3,21
77:1,7,10,
11,12,19
78:16,19
79:25 80:3,
5,6,8,9,13,
16,18,20,24
81:1,18,19
82:1,2,3,6,
14,17,25
83:1,2,4,8,
11,22,23
84:1,15,17,
25 85:2,11,
13,20 86:10,
12,14,16,19,
22,24,25
87:2,11,14,
15,16,21,24
88:2,9,10
90:8,9,13,
15,25 91:1
92:6,9,13,23
93:3,8,14,18
95:12,15
96:22 97:2,
21,23 98:4,9
100:19,22
101:12,15,25
102:4
103:17,21
105:2,5,16,
18,20,23
106:5 107:7,
11,17,20
109:2,9,13,
14,19,22

111:1,3,6,
24,25 112:2,
5,8,18,20,22
113:1,5,7,
16,19

audible
34:16

Audio
5:10

authenticated
17:14

authority
75:6

available
40:13,18
43:12

aware
27:19 30:14
32:5 46:24
47:1 62:6,15
64:15 65:19,
22 73:22
84:5 85:1
90:10,21
91:25 92:4,
11,25 94:7
96:9 97:25
101:7 110:21

awareness
94:10

axle
49:12

---

B

B-R-O-O-K-E
80:25

back
7:13,14
10:25 16:13
21:11 29:14,

Trevor Rogers
November 21, 2023

20 38:3
40:21,22
42:9,24
50:15 66:10
67:5 77:16,
20 85:17,18
87:8,9 88:3
96:17 99:18
100:23
103:11
107:15
109:24
113:13,14

**background**
10:15 90:2

**based**
15:18,20,22
29:8,9 30:14
40:17 43:9
71:18 96:16
101:1 111:21

**bases**
96:9,11

**basically**
26:22 28:24
36:1 98:13

**basis**
37:20 44:13
61:25 68:24
69:4 80:4,5
83:9 96:13

**begin**
30:19,20
87:2

**begins**
33:15,19

**behalf**
5:20,22 6:1,
4

**believe**
7:20 30:22
33:14 51:22

57:17 62:1
66:12 67:23
68:1,8,17
71:20 72:9,
22,24 79:10,
17,24 82:5,
20 86:4
88:4,24
91:19 92:3
104:23 105:3
107:15
111:1,20

**belonged**
70:22

**belonging**
70:20,21

**below**
81:10,12

**bene**
7:18 8:1,8

**best**
88:11 105:18

**better**
31:1,2

**bill**
28:13 29:1
76:23 78:7
97:15 98:6,
10,12,18,21,
24 99:10,16,
24 100:2
104:23
105:3,6
108:18

**bills**
98:14,15,22
101:8 104:24

**bit**
18:8 32:4
67:3

**biweekly**

94:13

**blackout**
29:10

**board**
32:2,6 95:17

**book**
36:9

**bottled**
13:3,5 48:16
49:6,8

**bottles**
29:14 58:15
99:2 107:18

**bottom**
17:2

**bought**
72:22

**brand**
66:4

**brands**
66:8

**break**
77:6

**breaking**
47:5

**briefly**
87:4 88:20

**bring**
9:20 29:13
94:22 107:14

**bringing**
29:20 40:21

**broker**
28:11 45:24
73:14 75:6
76:16,17,23,
25 77:25
78:3 96:2,21
97:18,24

98:2,3,11
110:10,12,
16,18

**brokerage**
11:7 13:19
28:8,9 96:25
106:21
109:10,18
110:4,14

**brokering**
97:6,7

**brokers**
27:24,25
73:14
109:12,17

**Brooke**
6:9 80:17,21
81:2,6

**built**
29:12

**business**
20:4 40:12
43:19 45:1,
12,15 47:7
48:6 72:17
81:12 83:24
84:3,9,14,
19,24

---

C

**calculate**
76:10,14

**calculated**
77:22

**calendar**
33:7,16,20,
24 34:12,21,
22 35:7,20
36:3,4,21
38:9 39:1,
18,23 41:13

Trevor Rogers
November 21, 2023

43:10 47:13
49:23 51:1
55:6,7,15,
16,20,21
56:25 57:7,
21 58:2 59:1
75:17 90:18
91:8 93:2
94:12 97:10,
19 99:12,18
102:19,24
103:1,2,6,
20,23 104:8,
11,14,19

calendars
85:22 86:1
90:22 92:2
103:15 105:9

California
37:2 38:4

call
20:16 25:10
26:21,25
27:10 28:22
34:24 36:17,
20 37:3
38:8,21
40:15 43:14,
16,23 46:17,
19,21,22
63:7 86:14,
20 93:6
97:11

called
5:5 10:8
27:1 66:6,9
95:17 107:15

calling
38:24 43:2,4

calls
14:19 22:4
36:23 37:6
47:24 83:5

92:7,20
93:3,14
95:12 98:4
101:12,25

care
27:6,8
106:22

cargo
74:4,8,17
99:7,8

carried
54:1

carrier
74:6,9,19
75:5

carrying
96:5

case
43:12 44:1
48:20,22
52:16 88:6

cases
97:17,24

certain
37:9,20
41:21,22
47:6 49:11
58:17 94:20

certificate
8:20 78:25
81:17,21
82:9 84:8,18

certification
79:8,9,15,22
80:11 81:4

certify
81:6 84:12

change
65:11

changes
37:22

charges
101:9,17,18,
19 108:4

check
42:15 43:23
44:3 112:9,
12

check-ins
42:18

choice
64:23
102:14,15

choose
19:25 27:9
89:19 110:5

chose
90:1

circumstances
29:7

city
52:12 55:8,
23 57:1 86:3
109:7

clean
37:13 92:16

clear
102:10
112:21

clearing
8:6

client
20:4

closely
31:9 93:11,
13

clue
106:1

come
21:9,22
35:19 36:13,
18 38:9
40:16,18,22
43:17 63:7
65:4 93:9
94:10 105:21

comes
20:19 23:2,
13 28:17
76:16

communicate
43:5

communication
46:14 47:8

communications
46:24 47:1

companies
11:3,13,14,
21 27:18,21
28:12

company
5:18 10:18
11:2,15,17
18:20 28:1
29:21 30:2,
16 32:17
38:2 46:19
47:2,10
50:13 65:12,
19 81:14,23
82:5,22
83:13,19,20
84:3,6,13,23
89:11,25
94:8 98:3
106:20
110:13,19,23
111:16

company's
9:8 13:21

Trevor Rogers
November 21, 2023

14:6 30:11
39:9

**compensate**
78:11

**compensates**
78:8

**compensation**
78:6

**compound**
100:19 102:1

**concern**
112:12

**concerned**
113:3

**conclude**
113:22

**concluded**
113:24

**conclusion**
14:19 22:4
47:25

**conduct**
7:18

**conducted**
73:20

**conducts**
54:19

**contact**
110:4,9,12,
16

**contacted**
97:24

**contacts**
109:17

**contained**
98:24 100:8

**contents**
80:6

**continue**
5:11 18:25
19:4

**contract**
14:9,13,22
45:1,12,15
60:19,22,25
61:19 67:4,
12 70:7
81:22 82:5,
18 83:18,21
110:22

**contractors**
73:17

**contractual**
9:18 60:13
61:3,9,13
62:7,11
63:13 81:13
82:23 83:14

**contractually**
13:8

**control**
54:12,16

**controlling**
56:8,13

**controls**
54:19

**conversation**
43:25 93:25
111:7

**conversations**
5:15 25:24
93:16 94:4

**conversion**
67:19 68:7,
15,17 70:4,
13 71:1,4
72:10,12,23
73:21

**convert**
67:18 68:9
71:7

**cooler**
53:25

**coordinate**
29:3

**copy**
9:18,20,24
14:5 17:22
35:16,17,18
88:11

**corporate**
5:16 6:7,22
8:14,19 9:2,
12 30:6
69:25 78:24
79:14 82:8

**correct**
8:21 9:15
10:13 14:11
16:17 18:14,
18 20:6
23:12 27:16
30:13 31:19
34:5 36:24
48:10 50:13
51:3,4,5,19
53:4,23 58:2
61:16 63:4,
24 64:14
71:25 72:1,4
74:10,12,19
79:1 82:10
84:16 85:5
86:8 96:13,
15,18,21,25
99:24
100:13,18
101:2
102:11,19,23
103:5,12,16,
25 104:3,5

105:1 107:6,
14,16 108:2
110:1,16

**correctly**
12:10 23:18

**cost**
76:9,18
77:20 78:14
101:20 110:6

**costs**
78:6

**counsel**
5:23 6:7,10
7:24 9:23
12:17 17:11
22:2 24:18
61:23 64:8
77:1 79:25
81:3,9 82:13
83:3 89:5

**country**
37:23 75:5

**couple**
18:8 93:23

**course**
43:18 47:7
48:6 81:12
84:9,14,19,
23

**court**
5:21,24
86:15,20

**cover**
97:10

**coverage**
13:18 29:9
63:22,24
64:19

**covered**
13:17 28:7
37:5

Trevor Rogers
November 21, 2023

covers
    60:6

create
    67:17 68:14

created
    81:11

creation
    66:23 67:18,
    24

Cummings
    6:3,4 7:22,
    25 8:6
    12:15,18
    14:3,17,18,
    25 17:15
    21:25 22:3,
    13,16 24:4
    28:4 29:24
    38:18 39:15,
    25 41:5
    45:2,16,22
    46:15 47:22,
    24 48:13
    50:23 51:9
    52:2,22
    54:14,21
    55:3 56:10,
    15 57:20
    60:14 61:21,
    24 62:18
    63:11,25
    64:4 65:15
    68:16,21,23
    69:3,12
    71:17 72:2
    73:9 74:11,
    20 75:9,15
    76:2,21
    77:12 80:3,6
    81:18 82:2
    83:1,8,22
    84:25 85:13
    86:12,16,22
    87:2,12,14,

23,24 88:2,
10 90:9,15
91:1 92:9,
17,23 93:8,
18 95:15
97:2,23 98:9
105:20 106:5
107:8,11,20
109:9,14,22
111:1,7,18,
24 112:1,5,
18 113:1,19

current
    18:9 61:25

customer
    12:1,3 13:24
    18:2,13 19:8
    20:4 25:10
    26:1,11,20,
    22 29:22
    30:2,15
    31:5,7 33:10
    34:23 35:4,
    13 36:8
    42:24 43:2,4
    46:7,10
    47:11,14,15
    48:7,8,12
    58:24 64:20
    67:17 68:8
    71:6 77:24
    91:3,6,11,21
    92:1,3,25
    93:21 94:1
    95:8 100:14,
    17 102:8
    105:14,15
    106:12
    108:15,25
    109:3

customers
    11:10 12:2,
    24 31:13
    44:23 46:3

60:19 65:4,
9,10 83:25
93:20,22
94:2,11 96:1
101:8,22
103:14
107:24 108:6
109:1 111:9,
10,11,12,14,
15 113:4

cut
    8:4 19:2
    78:12

_____

              D

d/b/a
    18:3

daily
    39:1

Dallas
    24:8,10

date
    55:8 57:2,22
    86:3,4
    102:22
    103:2,3,20,
    23 104:13,18
    110:9

dated
    79:15

Davis
    6:4

day
    19:15 20:16,
    19 21:5
    27:13 28:6,
    17,18 33:7,
    12,13,15,19
    34:3 36:1
    40:2,3 41:22
    43:11 44:2

47:6 69:17
91:9,12,21
94:20,21,22
103:9,19
104:4,8,17,
21

day-to-day
    19:16 95:22

days
    34:7,10 37:7
    38:23 102:25
    103:16,19
    104:2 110:11

days'
    37:1

DBA
    89:10

de
    7:18 8:1,8

deal
    48:23

dealing
    54:6,8 70:9

decides
    110:18

declaration
    8:16 10:9
    16:9,14,23
    17:5,8,12,21
    24:22 25:1
    26:15 44:5
    45:8 48:4
    50:15 74:2
    75:2 88:5,
    15,22,25
    89:20

dedicated
    11:5,6,22
    12:5,13
    13:18 14:9,
    13,22 16:4

Trevor Rogers
November 21, 2023

19:20 26:9,
21 27:23
28:7,10,19
29:18 30:24
31:3,4,14,18
37:8,9,20,
21,24,25
40:5,14
45:1,12,15
65:24 66:3,
14 67:4,8,
12,19 68:2,
4,11,15 70:6
78:1,5 96:2,
18 97:5
98:19 100:9
101:19
102:6,16
107:2,13
108:21
110:18

**defendant**
6:5 29:21
30:1,15
32:16 47:2,
10 50:13
84:6,22 94:7
95:11 106:19
110:22

**define**
54:16 69:15

**defines**
51:22

**definition**
51:12 95:20

**deliver**
29:13 47:5
53:8,16
94:11 97:15

**delivered**
13:20 29:16
41:18 42:22
43:24 50:10

112:14

**deliveries**
91:13,14
94:19

**delivering**
28:25 36:7
43:7 45:24
50:3 56:22

**delivers**
87:17

**delivery**
28:23,24
47:5 50:19,
22 51:7,14,
17 52:1,8,11
55:24 57:2
66:11 85:10
86:3 94:19,
22 97:25
98:16 99:1
101:23 113:3

**department**
34:23

**depending**
13:3 17:16
19:14 26:2
35:4 37:22
38:24 66:15
71:13

**depends**
46:7,10

**deponent**
24:20

**deposition**
7:1,4,5,18
8:9 10:5,8
16:8 48:24
82:12 85:8
88:23
113:22,24

**description**

100:3

**descriptions**
99:22,25

**designated**
6:22 8:14,
18,23 9:2,11
30:5 78:23
79:13 82:7

**designation**
10:9

**destination**
21:3 33:25
36:5 39:14
40:19 51:13,
16,23 98:17
99:1

**detail**
108:8,14
109:5

**detailed**
108:10,11,14

**determine**
109:23 110:3

**determines**
102:7

**determining**
96:10

**differences**
88:19 99:17

**different**
13:23 27:2
38:25 66:8
71:19 92:4,
11,24 99:14
107:19

**direct**
50:21 52:4,
7,10

**directed**
52:19

**directing**
42:3 56:7,13

**directions**
55:1,7
102:11,13,15

**directly**
28:13 46:5,
9,21 47:3
58:17 60:4
83:25 84:3
94:4,15
97:16 98:11

**directors**
32:2

**directs**
50:18 51:7,
25

**disagree**
80:8

**discuss**
25:21 69:6
76:9

**discussed**
57:16 85:21
111:13

**discussion**
85:23

**dispatch**
21:12

**dispatching**
19:17

**distance**
37:1

**dive**
29:11

**division**
11:7,22,24
14:10,22

**dock**
39:4 40:4

Trevor Rogers
November 21, 2023

41:1

**dockworkers**
41:2

**document**
16:19 79:5,
19 80:1,7
82:13 88:14

**documents**
10:10 81:10
84:18 105:19

**doing**
36:22 42:16
53:12 62:8
68:9 104:15

**drafted**
88:25

**drafting**
89:4

**drive**
37:10 102:8

**driven**
101:1

**driver**
26:2 38:1,8
40:6,8,15
43:12,23
69:16 98:14
102:9,15

**drivers**
16:2 19:13,
14 21:2
25:15,22
27:7 28:20
29:9 31:12
36:17,23
37:8,16,18
38:22 39:6
42:2,3 71:8
73:7,16,18,
19 98:19
104:25

**drivers'**
21:7

**driving**
38:1,4

**drop**
59:23

**DS**
18:3 89:9

**duly**
5:6

**dunnage**
29:13,20
40:21
107:15,18

**duties**
19:6 27:3
57:13

---

**E**

---

**earlier**
27:6 36:11,
13 49:22
85:9 86:6
88:23 104:23

**earliest**
40:17

**early**
41:25 42:25

**earn**
78:20

**easy**
46:11,12

**effect**
9:8 30:11

**efficiently**
31:10 54:23

**effort**
89:6

**eight**
91:19

**either**
16:1 64:18,
22 67:16,17

**elaborate**
19:12

**email**
34:25 35:14,
17 46:8
93:6,17
94:25 95:1
97:12

**emails**
46:9 47:4
85:9 93:19

**employ**
71:8 73:6

**employed**
18:1 73:19
81:7

**employee**
20:2

**employees**
41:1 73:17,
18

**employment**
81:8

**employs**
16:2

**Empties**
107:18

**empty**
29:14

**en**
21:3

**end**
48:24 55:13
70:11

**ensure**
112:13

**entail**
50:7

**entered**
61:19 62:3,
6,10

**enters**
105:14

**entire**
41:14 107:25
108:1

**entities**
74:23

**entitled**
67:12 88:15

**entity**
18:16 23:4
56:6,12
57:15 64:17

**equation**
22:10,15
23:15

**equipment**
72:22

**esse**
7:18 8:1,8

**essentially**
11:19 20:15
33:19 67:20
71:11 97:13

**established**
72:17 80:4

**establishes**
52:25 53:2

**estimate**
66:17

**ETA**
46:23

Trevor Rogers
November 21, 2023

ETAS
    46:4,5 94:19

everyday
    20:10 25:4
    48:6

evidence
    17:12 80:1
    105:18

exact
    15:14 16:1
    102:2

exactly
    15:16 79:11

examination
    6:11 86:17
    88:1

examined
    5:8

exceptions
    32:11

exclusive
    62:23

exclusively
    19:20

Exhibit
    7:2,4 16:8,
    13,19 79:4
    88:4

exist
    81:13 84:5

expected
    50:19,22
    51:7 52:1,8,
    11

explain
    10:23 28:3
    41:14 66:23
    69:20 71:3
    77:21 97:3,6

explained
    27:6 49:22

explanation
    31:17

extent
    89:3

extra
    28:21

_____

                F

f/k/a
    89:11

facilitate
    63:23

facilities
    65:6,13,21

facility
    9:7 20:24,25
    21:14 30:10
    38:10 39:9
    59:19 75:24
    76:7

fact
    63:21 82:22
    83:13 95:8

fair
    11:21 17:4
    38:6,7 79:21
    80:10 90:6,
    11 113:6

familiar
    13:21 14:6
    26:4 32:2
    61:3 67:1
    79:10 81:9
    95:17

familiarity
    90:5

far

13:8 19:18
32:22 42:1
49:22 50:3
57:8 59:5
69:15 73:16
99:7

farther
    34:8

fax
    93:6

feel
    56:20,21

final
    8:4 39:14

find
    13:18 36:1
    77:4

fine
    18:6 32:13
    86:20

finish
    37:12 111:25

finished
    16:25 79:19

fires
    35:22,23

firm
    80:4,5

first
    5:6 10:16
    18:9 40:13
    53:10 80:17
    89:13 103:7,
    8 104:19
    106:1 111:25

five
    34:7 37:7
    77:5 102:25

five-gallon
    58:15

five-minute
    77:6

fleet
    13:18 19:9,
    13 27:7
    28:7,19
    29:12,19
    31:14 65:24
    66:3,23
    67:17,18,19,
    20,24 68:7,
    11,14,15,17
    69:7,9,10,
    16,19,21,23
    70:1,4,12,
    18,19,25
    71:3,4,7
    72:10,12,23,
    25 73:2,21
    107:25 108:1

fleets
    16:4

Florida
    37:2

flow
    46:13 77:3

focus
    35:5

follow
    55:9

follow-up
    86:18 111:4

following
    28:18

follows
    5:8

forgive
    52:14 53:22
    55:11

form
    12:15,16

Trevor Rogers
November 21, 2023

14:3,15,25
21:25 22:13,
16 23:5,16
24:4,19
25:17 28:4
29:24 39:15,
25 41:5
44:10 45:2,
16,22 46:15
47:21,22
48:13 50:23
51:9 52:2,22
54:14,21
55:3 56:10,
15 57:20
60:14 61:14,
21 62:18
63:1,11,25
64:1 65:16
68:16 69:12
71:17 72:2
73:9 74:11,
20 75:9
76:2,21
78:16 80:19
81:18 82:1,
14,25 83:1,
22,23 84:15
88:9 90:13,
25 103:17
105:2,23
111:24

**forth**
8:15 9:13

**forward**
94:22

**forward-
looking**
102:24 103:1

**foundation**
12:18 14:18
22:3 38:19
96:23 105:24

**foundational**
60:16

**four**
37:1,6 38:23

**free**
95:17

**freezes**
54:7

**freight**
27:10 31:12
49:9 50:18,
21 51:6,11
63:6 68:6
75:3,14
76:10,11,14
77:20,21
78:6 95:25
96:1,6 108:4

**Freightliner**
66:7

**frequent**
21:21

**Fridays**
43:6

**front**
88:14

**frozen**
54:6

**full**
6:15 36:6
55:18

**functionally**
56:6,12

**future**
34:9

———————
G
———————

**gave**
43:10 93:2,

13

**generally**
10:21 11:13
15:24 21:18
41:14 46:13
70:3

**getting**
49:22 55:13
70:11 99:18
100:23

**give**
11:12 28:6,
16 31:2
52:12 59:1
76:16 77:5
88:12,18
92:15,18
102:13

**given**
40:3 104:8,
11 110:4

**giving**
34:21 51:13,
16,23

**goes**
29:16,17

**going**
7:1,17 16:12
17:22 24:14
26:14 42:19
43:7,9 48:24
49:2 52:15
55:12 70:11
77:2,13
80:18 85:14
86:2 87:1,5
103:19,24
112:12
113:10

**good**
6:13,14
34:18 49:25

**goods**
9:6 10:22
12:13,21
13:1 14:14
15:6,8,10
22:8 23:3,
10,14 29:4
30:9 33:5
38:6 40:24
47:10 49:15
50:2 53:14,
17 54:13,20
56:9,14,22
57:19 58:22
59:7,11,15,
16,23 69:9,
11,22 71:5,
23 73:8 75:8
76:11,15,19
77:23 87:18,
19 97:4
101:20,24
111:19

**GPS**
42:14

**grab**
35:25

**great**
101:11

**guess**
11:6 13:16,
25 24:2 27:2
29:11 41:13
42:18 45:5
54:16 55:11
56:20 57:4
69:17 99:17
109:7

**guessing**
15:4

**Guy**
5:18

Trevor Rogers
November 21, 2023

guys
  13:24 41:2

---

H

---

half
  58:15 77:2

hand
  35:9

handed
  57:23 104:8

handful
  102:2

handing
  34:22

handle
  19:9,19 31:5

handled
  46:14

handwritten
  35:15

Hanna
  6:1,12 7:7,
  16,23 8:3,7
  9:23 10:2
  12:16,20
  14:4,16,20
  15:1 16:11
  17:11,18,19
  22:1,5,6,14
  23:1,6,20
  24:11,16,23,
  24 25:19
  28:15 29:25
  38:20 39:16
  40:23 41:7
  44:13,16,17
  45:4,17
  46:1,18
  47:23 48:1,
  14 50:24
  51:10 52:3,

24 54:18,25
55:10 56:11,
16 57:25
59:2,4
60:15,17
61:18,22
62:1,5,19
63:2,12
64:2,5 65:18
68:21,25
69:5,18
71:21 72:3
73:11,15
74:13,22
75:10,18
76:3 77:7,
11,19 78:19
79:25 80:5,
8,9,16,20,24
81:1,19
82:6,17
83:2,11
84:1,17
85:2,11,20
86:10,13,14,
19,25 87:11,
15,16,21
88:9 90:8,
13,25 92:6,
13 93:3,14
95:12 96:22
97:21 98:4
101:12,25
103:17
105:2,16,18,
23 107:7,17
109:2,13,19
111:3,6,25
112:2,8,20,
22 113:5,7,
16

happen
  29:8,10
  35:24 43:18
  51:15,18

65:8 88:12
104:22

happened
  35:23 70:24

hard
  17:24 35:18

haul
  27:10 28:1,
  19 31:12
  68:6

hauling
  98:16

head
  95:6 105:8

hear
  39:9 69:1

heard
  32:4 61:5
  95:19

hearing
  42:24

hearsay
  59:3 92:6,
  14,20 93:4,
  15

help
  29:6 63:23
  65:3

helps
  106:16

hereon
  18:4 89:15

hire
  11:15 68:3

hired
  98:3

holiday
  94:20

homes
  21:7

honest
  15:17 112:6

Hot
  15:23 20:9
  75:4

hour
  77:2

hours
  40:12,18

Hunt
  5:17 6:8,10,
  18,22 8:14,
  19,24 9:2,
  12,14,17
  10:16,17,20
  11:1,15,19
  12:14,21
  13:1,7,11,15
  14:1,21
  15:13,18,25
  16:2,5 18:1,
  2,10 20:2,5
  21:8,19
  23:3,10
  25:7,8 26:5,
  8,11,19
  29:2,22
  30:3,16,19
  31:9,11,18,
  21,24 32:3,
  8,15,19
  33:4,17,18
  36:10 42:11
  43:5,14
  44:24 45:11,
  13,20 46:2,
  20 47:3,8
  49:15 50:18,
  19,21 51:6,7
  52:1,4,7,10,
  19 53:2

Trevor Rogers
November 21, 2023

54:2,13,19
55:22 56:3,
8,9,14,21
57:4,14,19
58:4,7,21,23
59:6,9,10,14
60:18,23
61:19 62:6,
10,22 64:17
65:24 66:2,
13 67:15,25
68:10,13
69:8,20
70:6,18,19,
21 71:7,10,
11,22 72:6,
7,10,18,19,
22 73:1,6,
16,18,21,25
74:4,5,7,9,
16,18 75:3,
16,19 76:6,
22 78:14,20
79:13 80:11
81:3,7,8,11
82:24 83:14,
21 84:2,6,
12,22 86:7
87:17 91:18,
22 93:2
94:16 95:22
96:4,18,20
97:5,19,24
99:20 100:24
101:10,18
102:20
105:10
106:7,21
107:21
108:3,20,24
109:10,15
111:15
112:4,25

**Hunt's**
  8:20 9:4

11:9 18:13
19:8 23:13
30:7 41:4,15
47:15 59:25
61:9 67:1,6
69:25 75:5
78:23,24
79:9,14,22
82:8 89:1
96:2 97:7
98:19 100:8
102:6 103:24
107:13
110:17
111:11

**Hunts'**
  69:10

_____

**I**

_____

**idea**
  83:5

**IDENTIFICATION**
  7:3 16:7

**identifies**
  108:25

**identify**
  108:17 109:7

**identity**
  108:15

**II**
  18:1,11,12
  19:7 20:16

**immediately**
  37:3

**implications**
  81:24

**important**
  99:6

**in-house**
  6:10 81:3

**include**
  50:7,8,9
  96:20,25
  99:21 100:5
  101:20
  102:20
  103:2,7,22
  104:11,25
  105:11
  108:5,15,21

**included**
  55:15,20
  59:7 61:12,
  16 85:25
  100:6 101:5
  103:7

**includes**
  9:4 30:7

**including**
  104:7

**independent**
  73:17

**independently**
  98:1

**indicated**
  62:22

**indications**
  102:14

**individual**
  107:23,24
  108:6

**industry**
  25:11 44:21
  49:9 53:22
  95:18

**information**
  8:15 10:15
  28:25 51:19
  56:3 57:6
  86:7 92:1,5
  93:1 97:18

**98:2,24**
  99:10,13,25
  107:22,23
  108:5,14,24

**initial**
  34:24 37:5

**initially**
  68:14 71:23
  106:1

**inquire**
  43:14

**instance**
  22:22

**instructions**
  32:19 33:3
  53:22 54:1

**insurance**
  101:20

**intended**
  15:5

**interact**
  46:2,5

**interacted**
  91:20 94:15
  95:3

**interaction**
  111:22

**interactions**
  91:6,10
  94:18,24
  112:16,23

**intermodal**
  11:25

**International**
  66:7

**interrupt**
  77:3

**Interstate**
  78:14

Trevor Rogers
November 21, 2023

invoice
  78:12,13
  96:5,10,15,
  17,20 100:24
  101:1 108:7,
  8,9,11

invoices
  101:9,17
  108:2,3,4,
  19,24

involved
  94:7 97:6

involvement
  97:7

issues
  105:17

items
  57:1

----

**J**

J.B.
  5:17 6:8,10,
  18,22 8:14,
  19,20,24
  9:2,4,12,14,
  17 10:16,17,
  20 11:1,9,
  15,19 12:14,
  21 13:1,7,
  11,15 14:1,
  21 15:13,18,
  25 16:2,5
  18:1,2,10,13
  19:8 20:2,5
  21:8,19
  23:3,10,13
  25:7,8 26:5,
  8,11,19
  29:2,22
  30:3,7,16,19
  31:9,11,18,
  21,24 32:3,

8,15,19
33:4,17,18
36:10 41:4,
15 42:11
43:5,14
44:24 45:11,
13,20 46:2,
20 47:3,8,15
49:15 50:18,
19,21 51:6,7
52:1,4,7,10,
19 53:2
54:2,13,19
55:22 56:3,
8,9,14,21
57:4,14,19
58:4,7,21,23
59:6,9,10,
14,25 60:18,
23 61:9,19
62:6,10,22
64:17 65:24
66:2,13
67:1,6,15,25
68:10,13
69:8,10,20,
25 70:6,18,
19,21 71:7,
10,11,22
72:6,7,10,
18,19,22
73:1,6,16,
18,21,25
74:4,5,7,9,
16,18 75:3,
5,16,19
76:6,22
78:14,20,23,
24 79:9,13,
14,22 80:11
81:3,7,8,11
82:8,24
83:14,21
84:2,6,12,22
86:7 87:17

89:1 91:18,
22 93:2
94:16 95:22
96:2,4,18,20
97:5,7,19,24
98:19 99:20
100:8,24
101:10,18
102:6,20
103:24
105:10
106:7,21
107:13,21
108:3,20,24
109:10,15
110:17
111:11,15
112:4,25

James
  31:24

jbhunt.com
  67:6

job
  53:1 54:22
  62:9 104:15
  106:7

jobs
  53:9

jumping
  63:10

jury
  31:1 70:12

Justin
  5:17

----

**K**

keep
  30:24 39:1
  47:13 51:1
  55:6 73:14

kept
  72:24

kind
  21:12 33:11
  36:11 43:8
  49:21 51:22
  56:19 57:21
  66:2,5 106:2
  107:21

knock
  86:21

know
  12:2 13:19
  15:14,16
  16:1,2,3,4,
  24 19:24
  20:18 21:9,
  21 22:21
  23:22,23
  25:13 26:16,
  25 27:20,22
  28:10 29:17
  31:6,24
  32:7,11
  33:8,11,12
  34:7 35:2,5,
  23 36:9,12
  37:1,4,6,12
  38:3 40:2,8,
  10,13,15,16,
  17 41:20,21,
  24 42:3,5,
  13,18 43:1,
  11 44:1,2
  46:8,9
  47:12,13
  49:10,20
  51:12,13
  54:3,16,22
  55:5,24
  56:18,20
  57:9 58:16,
  17 59:6
  61:2,6,7,9,

Trevor Rogers
November 21, 2023

11,12,16,19
62:2,13
63:5,13,19
65:1,10,17
66:11,15
67:16 68:3,
12,18,19
70:3,5,8,12
71:19 72:5
74:23 77:24
78:3,11
79:11,19
80:21 86:17
87:18 94:12,
13,20 95:19
97:9 98:7,16
99:4,7
100:12,14,16
101:19
102:24
105:21,25
106:10,18,25
108:8 111:21

**knowledge**
9:3 30:4,14
83:18 84:4
93:9,13
95:7,9,24
96:3 100:2,
10 105:14

**known**
18:20,22

———————

**L**

———————

**L-E-D-D-O-N**
80:25

**labor**
90:6,11,12

**lack**
63:22

**lacks**
12:18 14:18

22:3 61:25
68:23 69:3
83:8

**lading**
98:6,10,12,
18,21,22,25
99:10,16,24
100:2 104:24
105:3,6
108:18

**lane**
37:25

**large**
16:3

**larger**
31:13

**late**
41:23 43:2,
9,11 44:2

**law**
90:11

**lawsuit**
18:15 94:6

**leading**
96:22

**learn**
106:3

**leased**
71:24 72:15
74:5,8,18

**leaves**
98:20

**Leddon**
6:9 80:17,21
81:2,6

**legal**
5:20,22
14:19 22:4
47:24 89:1,5
90:2,3,10

**Lewis**
6:16

**Likewise**
83:8

**line**
36:4 92:20
94:4

**lineage**
77:3

**lines**
23:4 89:12

**list**
11:11 13:17
28:6,17
32:12 34:2
35:15 36:8
49:24

**listed**
111:14

**liters**
58:16

**litigation**
81:9

**little**
18:7 21:3,11
32:4 34:8
67:3 88:21
91:15

**live**
21:2

**LLC**
5:18 81:15
94:8

**load**
21:10 22:20,
25 23:23,24
24:6,8 28:6,
11,17 29:1,
18 32:23
33:9,25

36:2,5 37:19
38:1,4,17
40:5,14,22
41:10,18
42:8,10,22
43:10,15
45:24,25
46:23 49:10
53:9 58:11
63:8 64:21
94:21 97:10,
14 98:20

**loaded**
40:16 41:20
58:22 98:14
99:5 100:9
111:19

**loading**
39:3,5
40:11,24
49:7,13,14,
23

**loads**
13:17,18
28:1,7,21
29:12,15
31:15 34:2
40:4,7,20
43:9 50:10
65:5,13,20
89:23,24
108:9

**located**
20:8 100:15

**location**
20:13 21:24
36:15 42:14
59:10,14,16,
22 106:13,16

**locations**
32:15

**logistics**

Trevor Rogers
November 21, 2023

76:1 97:1

**long**
6:19 15:13
34:7 66:11
91:17

**look**
34:8 45:7
88:18

**looking**
101:16
102:25

**looks**
61:6

**lot**
44:4 46:4
53:6 60:6

**lots**
26:2 43:25

**loud**
50:17

**Lowell**
15:19

**lowest**
110:5

**Lucas**
5:19

─────────

**M**

─────────

**made**
108:12

**maintain**
83:6

**majority**
21:17 31:21
73:10 107:5

**make**
31:10 33:2
35:24 36:17,
20 37:2,3

42:19 49:2
54:4,5,7,22
88:18,21
91:12 95:9
97:11 102:18

**makes**
28:11 60:9

**making**
36:22 41:25

**manage**
57:8

**manager**
11:6 18:1,
11,12 19:7
20:15,16,17,
18,20 27:4

**managers**
26:25 27:1,
7,17 31:4
60:7 75:20,
22 76:1,4,7
109:20,24,25
110:3,9,12

**managing**
19:13,16
20:24

**manufacturer**
15:6 22:11
68:1

**manufacturers**
11:14 31:13

**marked**
7:2,3 16:7,
12,18 79:3

**market**
68:2,3

**material**
10:4,7

**matter**
5:17 16:14

**Mcclorey**
6:4

**mean**
11:4 13:9
19:2 21:6
23:22 26:13
32:22,24
40:7 42:1
51:11 60:7
61:5 63:7
67:24 68:7,
11 83:20,24
86:19 91:23
98:7,12
102:5,10
107:18

**meaning**
29:13 71:8
90:10 103:15

**means**
10:23 19:12
28:2 66:23,
24 68:12
106:3,10

**meant**
47:17

**meeting**
113:3

**mentioned**
86:5 90:17
96:4 109:25

**mere**
95:8

**Michael**
6:1,3

**Michigan**
9:8 30:11
32:13

**microphones**
5:13

**mile**
96:11

**miles**
50:9 96:16
101:1
108:10,11

**mind**
87:1,12

**minus**
66:15

**minute**
16:13,24
74:2 77:21
85:12 88:13,
18 113:9

**minutes**
44:2 77:5,8

**missing**
8:2 72:5

**misspoke**
33:19 74:14

**misstates**
61:24 97:22

**Mitchals**
6:6 10:1
14:15 22:17
23:5,16
24:5,16,18
25:17 44:10,
14,15 47:21
61:14 63:1
64:1,8 77:1,
10 78:16
80:13,18
82:1,3,14,25
83:4,23
84:15 86:24
100:19,22
101:15 102:4
103:21 105:5

**Mm-hmm**

Trevor Rogers
November 21, 2023

34:13 38:12
66:1

**model**
11:23

**moment**
42:20 79:18

**monitor**
42:8,10,12

**monitoring**
41:17 42:17,
21

**months**
54:4

**morning**
6:13,14
34:11 35:8,
15 36:19
40:11

**motor**
74:6,9,18
75:5

**Mountain**
9:6,7,19
12:5,7,9,13,
22,24 13:2,
7,12,14
15:8,11
18:13,18,21,
24 19:4,8,
10,18,21
20:6,12,13,
21,23,25
21:10,14,23
22:9,10,23,
24 23:3,11,
14,17,25
25:2,5,9,14,
16,21,25
26:5,7,12,20
27:8,12,18,
20 28:13
29:1,4 30:9,

10,19 31:19,
22 32:6,8,
16,20 33:3,
5,21 34:1,3,
12,23 35:11,
12 36:14
37:24 38:5,
10 39:4,12
40:24 41:1,
3,9,15 42:8,
10,11,21
43:5,14
44:6,8,20,25
45:14,21
46:3,6,9,23,
25 47:9,16,
17,20 48:2,
12,18 49:5,
7,15,18
50:2,6,20
51:6,18,25
52:4,7,10
53:14,15,17,
18,20,21
54:10,11,12,
20 55:5,21
56:4,9,14
57:14,19
58:1,4,7,19,
20,22,24,25
59:8,9,18,
19,22,24,25
60:10,22
61:20 62:7,
12,16,23
64:16 65:4,
5,13,20,25
66:3,14,21,
22 68:13
69:8,11,22
70:20,23
71:5,12,16,
23,24 72:16,
18,24 73:1,
4,7,20,24

74:8,17
75:8,12,13,
20,23 76:6,
12,15,19,23,
24 77:23
78:7,9,10,
18,21 85:22
86:8 87:17
89:11,25
90:19,21
91:3,5,7,18,
21,23,25
92:25 93:20,
21 94:1
95:10,25
96:5 97:15,
25 98:1,18,
20 99:19,20
100:17,24
101:7,10,18,
24 102:5,6,
8,13,20
103:3,13
104:24
105:10
106:8,12,19
107:3,12,22
108:3,20,25
109:11
110:6,21
111:10,12,
16,17 112:9,
11,17,24

**mouth**
20:19

**move**
17:12 80:1

**multiple**
24:13 48:20
62:15 103:16
106:13

_____

**N**

**name**
5:19 6:15
32:4 36:7
60:25 90:22
94:12 95:2

**names**
11:12 95:5

**nature**
9:5 30:8
73:5

**necessarily**
12:1 19:23
40:8

**need**
18:5 29:3
32:11 34:16
37:22 53:25
65:3 68:5

**needs**
11:3,20
13:13,15,19
14:2 19:10,
16 27:8 31:6
38:5 68:1
73:25

**never**
21:13,15
32:4 46:22
50:12 65:12,
17 85:3
112:6

**nondedicated**
11:24 31:3

**nonexclusive**
62:24

**normal**
25:4

**North**

Trevor Rogers
November 21, 2023

18:4 89:10

note
5:13 93:7

notes
91:15 101:16

notice
7:1,5,17,19
8:1,8

November
5:1,10

number
15:14 16:1,3
17:20 28:20
50:9,10,16
55:25 78:22
92:4,11
93:10 96:16
101:1,2
102:2 104:25
105:3,4,6,
13,17,22
106:3,6,11
108:17,18,23
109:12

numbers
55:25 99:14
100:5 105:11
108:21
111:13,14

----

O

object
17:16 59:2
64:6 73:9
76:21 80:18
86:25 92:18

objecting
92:19

objection
7:22,23
12:15 14:3,

15,17,25
17:15 21:25
22:1,13,16
23:5,16
24:4,17,19
25:17 28:4
29:24 38:18
39:15,25
41:5 44:10,
14 45:2,16,
22 46:15
47:21,22,23
48:13 50:23
51:9 52:2,6,
22 54:14,21
55:3 56:10,
15 57:20
60:14 61:14,
21,22 62:18
63:1,11,25
64:1,4,10
65:15 68:16,
22 69:1,12
71:17 72:2
74:11,20
75:9,15 76:2
77:12 78:16
81:18 82:1,
2,14,25
83:1,2,4,6,
22,23 84:15,
25 85:13
88:9 90:8,
13,25 92:6,
13 93:3,14
95:12 96:22
97:21 98:4
100:19
101:12,25
103:17
105:2,16,23
107:9,17
109:2,13,19
111:24
112:5,18

113:1

objections
17:13 24:15
48:21,23
52:17 70:9
80:2

obscure
91:16

observe
93:12

obvious
23:21

obviously
54:7

occasion
42:15 47:4

occur
103:6 104:18
106:24

odd
23:19,21

office
31:8 42:19
43:17
109:20,21

official
81:8

Ogden
5:21

okay
6:17,21
7:17,21
10:3,20,23
12:4,21
13:6,21
14:16 15:10,
13,15,18,24
16:4 17:1,7,
18 18:15
19:3 20:8,

10,20,23
21:13,16,22
22:5,12,19
23:13 24:23
25:3 26:11,
24 29:7
30:18 31:21
33:23 34:6,
20 35:2,5,19
36:12,17,21
37:18 38:8,
15 44:5,16
45:13 46:19,
24 47:17
48:2,11,17
49:14 50:15
51:21 52:14
53:5 57:13
58:4,12
59:10,19,22,
25 60:3,12
61:12 62:10
64:12,24
65:19 66:19
67:11,15,24
69:6 71:3,22
73:19,23
74:7,23
75:19,23
76:9 77:10,
11 78:8,23
79:18,20
80:17 81:4,
16 82:7,21
83:20 84:2
86:10,12
87:21,24
88:25 89:3,8
91:4,15,20
93:24 94:6
95:7,16,21,
24 103:1
104:2,18
105:6 109:17
110:25

Trevor Rogers
November 21, 2023

111:1,13,18
113:6

**on-site**
20:23,25
31:4 62:8
75:20 91:17,
22

**on-time**
50:8

**once**
41:20 57:22
87:17 88:22
100:9 103:14
111:19

**one**
12:1,3,24
24:17 28:10,
21 31:14
32:13,15
34:10 40:5,
14 62:3,17
63:14 68:22
73:22 74:14
78:1 87:12
88:11 94:11
95:1,3 96:1
97:12 104:1
106:25 107:1
110:17

**one-way**
28:22

**ones**
47:12 73:12
106:9

**operate**
15:25

**operates**
16:5

**operation**
29:19 42:6

**operations**

18:2,11,12
19:7 20:16,
17 25:4
27:1,4

**order**
49:10 58:24
65:1 93:17
94:14 105:14

**orders**
34:24,25
35:2

**ordinary**
81:12 84:9,
14,19,23

**origin**
39:14 69:7,
9,15,16 99:1

**original**
7:25 43:10

**originally**
70:20,22
71:15

**originated**
99:2

**outsource**
11:3,17,20
14:2 71:9

**outsourced**
13:14 73:24

**outsources**
11:7

**overhearing**
93:16 94:3,4

**owned**
71:15,19,24
72:6,7,9,14
74:5,8,17
112:17,24

**owns**
95:25

100:11,17
111:19,23
112:3

---

**P**

**p.m.**
77:15,16
85:16,17
87:7,8
113:12,13,25

**paper**
35:25

**paragraph**
17:20 26:15,
16 45:8
50:16 74:3
75:1,2 89:8,
9,13

**parenthesis**
89:15

**park**
21:8,14,18

**parked**
21:4,6 36:14

**parking**
44:4

**part**
41:10 42:5
51:24 53:1
54:22 106:6

**participation**
89:4

**particular**
22:22 65:9
66:20 94:21
99:12 100:5,
14 102:7,11
103:13
104:20

**parties**
5:12 29:3

**partner**
20:5

**party**
28:9 36:11
73:13 74:5,
9,18 78:4
97:1,12

**pass**
28:11

**pay**
76:20,22,24
78:12

**pays**
76:18 78:14

**penalty**
10:12

**people**
57:9

**per-mile**
101:4

**per-stop**
101:5

**percent**
36:6 40:20

**percentage**
50:4,8

**performance**
108:1

**perjury**
10:12

**person**
90:23

**persons**
95:2

**perspective**
13:24

Trevor Rogers
November 21, 2023

Peterbilt
  66:8

phone
  46:17 93:6,
  25 94:24
  95:1 97:11

phrase
  24:20

physical
  21:23 72:21

physically
  20:13 35:23

pick
  5:14 21:1,9,
  22 22:8,25
  23:24 29:17
  36:18 40:10,
  12,19 45:25
  53:7,13
  55:23 59:11,
  15 63:7
  64:21,25
  65:1,4
  89:23,24
  97:14
  101:22,24

picked
  65:12,22
  103:4,24
  104:9,13

picking
  22:24 24:7,
  8,9 40:8
  65:20

picks
  22:21 23:23
  32:23 77:24

pickup
  57:2 86:3
  98:7 101:23

pickups

piece
  35:25

place
  5:11 24:9
  51:17 58:24
  60:19 64:25
  89:20

places
  51:14

plaintiff
  6:2 17:11
  79:25

plaintiffs'
  9:14 16:18
  79:4

plan
  53:10 57:24

planned
  104:16 110:8

planning
  19:16 38:23
  39:6 52:20,
  25 53:2,6,7,
  8 54:5 91:13

plant
  26:1 27:12

platform
  60:1

play
  41:3 56:21

plays
  41:9,15
  56:7,12

please
  5:13 6:15
  16:24 17:20
  28:3 39:11,
  19,21 45:7

64:20 91:13,
14

50:16 75:1
81:4 85:25
97:3,6

PO
  55:25 99:14
  104:25
  105:3,11,13,
  17,22 106:3,
  6,11 108:17,
  21,23
  111:13,14

point
  77:4 93:24

pops
  19:17

position
  11:6 18:10
  35:12 90:23

possible
  28:19

potentially
  100:18

pounds
  58:18

prefer
  86:19

preference
  86:23,24

premised
  83:5

prepare
  10:4 50:1

preparing
  82:12

preplanning
  37:6

present
  9:9 30:12
  93:24

preserve
  49:3

pretty
  56:22 65:10
  99:13 106:25

previous
  92:22

previously
  16:14 31:21
  55:14,19
  66:12 73:19
  85:21

Primo
  18:3,17,20,
  22 89:10

print
  35:9,16,17

prior
  94:6 97:22
  110:8

private
  5:14 67:18
  68:7,14,17
  70:4,12,25
  71:3,7
  72:10,11
  73:21

probably
  77:8 106:1

problem
  56:19

problems
  35:24

procedure
  49:13,14

procedures
  49:8,19,21

proceeding
  5:16

Trevor Rogers
November 21, 2023

process
41:9 57:11
70:24 71:4

produce
89:7

product
29:13,14,16
41:4 54:6
58:9 99:15,
22,25 100:3,
6,11,15

products
32:9,16,21
41:16 53:24
59:8 97:25
100:8 111:23
112:3,13,17,
24

program
60:6

promised
113:4

promising
33:10

provide
9:17,24
10:20 11:2
13:11 41:11
44:24 45:13,
20 50:5
56:25 57:3
64:19 76:10
78:9 81:21
97:17 98:6,
18,21 103:3
107:21,22

provided
50:12 56:3
57:6 86:7
88:5 99:11

provider
26:10 27:23

providers
97:12

provides
10:19 11:19
31:11 45:11
55:5,21,23
96:4 97:17
98:2 100:24
101:10
102:20
108:3,20
109:10

providing
14:13 51:19

pulling
44:4

purchase
71:11

purposes
6:23 12:4,12
18:15 19:5
46:20

push
94:21

put
49:11 88:11,
13 92:1 93:1
104:19 107:8

putting
35:22 64:10

Q

quantity
58:8,9,14
59:7

question
20:1 23:8,9,
19 26:19
33:2 37:12
41:13 48:19

54:24 60:16
65:16 80:19
87:13 92:18,
22,24 107:9

questioning
87:3

questions
18:8 24:13
48:21 70:8
86:11,18
87:22 92:20
111:2,18
113:17,19

quick
7:10

quite
31:15

quote
76:16 78:2,4
110:6

quote/unquote
89:16

quotes
76:11,14
77:22 110:5

R

rail
11:25 28:21

ran
50:9 108:12

range
66:7

rarely
104:22
106:25

re-ask
52:5

RE-EXAMINATION

111:5

reach
27:24 78:3

reaches
71:6

read
15:5 16:24
17:20,22
26:15 45:10
50:16,17
74:3,14 75:1
79:18 81:4

reading
15:3 26:17

ready
40:16 102:21
103:4,8
104:4,21

real
7:10

reask
81:20

reason
41:23

recall
85:23 88:4,7
90:19 95:2
96:7,12
100:25

receive
33:7 34:11,
21 35:7
39:22 84:22
92:2 99:19
102:22
103:15,23
104:20 105:9

received
81:10 84:19
90:18 97:19
104:19

105:10

**receiver**
25:12 29:15
39:18 44:22
53:12

**receivers**
101:8

**receives**
92:5 93:20,
21 99:20
105:10

**receiving**
25:12 33:15,
20 91:7

**recognize**
16:19 79:4

**recollection**
26:14 67:21

**record**
5:10,12,24
6:15 7:8,10,
11,12,13,15
12:11 17:21
37:14 45:10
49:3 50:17
52:16 64:11
74:3 75:2
77:6,13,15,
16,17 80:24
81:5 82:9
85:12,14,16,
17,19 87:3,
5,7,8,10
92:16,19
107:8 112:21
113:8,11,12,
13,15,23

**recording**
5:11

**records**
8:21 78:25
79:8,9,15,22

80:11 81:10,
13 84:8,13,
18,22

**redundant**
49:1 52:14,
17 55:12

**refer**
19:4 21:18
23:25 25:3,
4,8,15,24
44:5,8,19,22
48:2,5,8
67:16 70:25
88:3 97:13
106:6

**referenced**
108:18

**references**
89:9

**referred**
18:4,16,17,
24 55:14,19
85:9 89:16
104:23 111:8

**referring**
25:2 30:24
33:16 39:2
47:13,15
49:13 51:1,
18 54:10
55:6 57:10
58:1,13
63:21 69:19
72:21 73:14
79:12 89:8
109:4
111:10,15

**refers**
25:7 84:8,18
105:22

**refresh**
26:14 67:21

**region**
37:9

**regular**
43:18 47:7

**regulatory**
81:9

**related**
45:23

**relates**
33:4 47:9
52:20 67:22
71:4 105:19
109:3

**relating**
81:14 84:13

**relations**
60:18

**relationship**
19:24 26:4,7
30:18,23
60:21 72:17
95:10

**relationships**
60:20

**relevance**
107:9,17
109:13,19

**relied**
81:11 84:8

**reload**
40:22

**rely**
84:12

**remember**
36:25 95:5
105:8

**Renee**
5:21

**repeat**

69:1

**repetitive**
70:10,16

**repetitively**
48:22

**rephrase**
25:20 30:1
33:1 104:1

**replacement**
67:19 68:11,
15

**replacing**
67:20

**report**
41:24,25
109:5

**reporter**
5:21,24

**reports**
50:1,3,5,7,
12 107:21

**representation**
17:4 79:21
80:10

**representative**
5:16 6:7,23
8:15,20 9:3,
13 30:6
69:25 78:24
79:14 82:8
85:7

**request**
43:22

**requested**
113:25

**required**
21:8 41:21
98:15

**requirement**
33:8

Trevor Rogers
November 21, 2023

reread
  18:5

reserve
  17:16

resources
  28:10 54:23

respect
  68:13 90:11

respond
  82:3,15

response
  9:24

responsibiliti
es
  19:7 27:3
  106:7

responsible
  57:15

restate
  23:8 33:1
  41:6

retained
  13:7

return
  107:18

revenue
  78:20

reverse
  19:23

review
  10:4,7 82:12

right
  8:3,16 9:9
  10:11 12:6,
  14 17:16
  20:2 23:11
  27:15 29:23
  30:5,12
  33:6,17,21
  34:4,12 35:3

36:15,16
37:16 38:11
39:8 40:9,22
42:23 44:6
48:3 49:10
52:1 53:3,24
56:4 59:13
62:25 63:15,
18 65:6,14,
25 66:13
67:13 72:8
79:16 84:21
85:4,11
102:12
103:18 110:2
113:10,21

roads
  102:11

Robert
  6:6

Rock
  21:3,11

Rogers
  5:4,17 6:8,
  13,16,17,19
  7:17 8:11,13
  10:3 12:21
  16:9,20,23
  17:14,20
  18:10 19:6
  24:25 45:7
  48:3 55:15,
  20 69:7 77:5
  79:3 80:12,
  22 85:3,21
  87:17 88:3,
  15 90:2
  92:15 111:7
  113:18

role
  11:5 12:3
  22:10 41:3,
  8,14 42:2

53:7 56:7,
13,18,22
57:3,11
80:21

rooted
  24:19

rough
  66:17

roughly
  16:16 37:15

round
  29:12,19
  40:21

route
  21:3 37:20,
  21,25 52:20,
  25 53:2
  66:20 102:7

routes
  54:5 102:14

rule
  105:18

run
  19:9 40:5
  101:19

running
  29:20 31:10

_____

S

safe
  112:13

sales
  55:24

saying
  37:13 47:11

says
  64:10 103:4

scale
  49:10

scenarios
  38:25

schedule
  37:22 43:6

scheduled
  104:9,12

schedules
  40:7

Schroeder
  5:19

screen
  17:24

scrolling
  88:20

second
  7:8 50:16
  51:24 92:16,
  18

section
  67:8,11

see
  13:23 17:24
  84:10,11,20
  88:11,14,16,
  19,21 89:12,
  17 110:7

seeing
  36:22

send
  13:16 28:24
  43:6 75:16
  97:12,13

sends
  90:21

sense
  26:23 28:12
  39:1 57:24
  60:9

sensitive
  5:14

Trevor Rogers
November 21, 2023

sentence
  51:24 55:18
  61:5

serve
  6:22 8:14,
  19,24 9:2,12

served
  8:21 32:5
  78:25 79:22
  80:11 82:9

service
  9:18 11:19
  30:6 34:23
  35:13 45:1,
  15 47:11,14,
  15 60:13
  61:3,9,13,20
  62:7,11,16,
  17 63:6,14
  65:3 67:4,12
  81:13,23
  82:18,23
  83:14 91:3,
  6,11,21 92:1
  93:1,21
  94:1,2
  105:14
  106:12

services
  10:19,20
  13:10 14:10,
  13,21,22,23
  18:3 28:8
  44:25 45:11,
  12,14,20
  67:22 76:25
  78:9 89:9
  106:22
  108:21
  109:11

set
  8:15 9:13
  109:12

setting
  45:24

seven
  102:25
  103:18 104:2

several
  38:25

share
  31:22

sharing
  45:5

ship
  15:8 28:24
  29:4 32:8
  59:16 103:20

shipment
  32:20 33:6,
  15,20,23
  34:11,21,22
  35:7,20
  36:3,4,21
  38:9 39:1,8,
  12,18,22,23
  40:2 41:15
  43:10 47:9,
  12 49:22
  51:1 55:5,7,
  14,16,20,21
  56:24 57:7,
  21 58:1 59:1
  64:19 75:16
  76:11,15,18
  77:22 85:22
  86:1,2,5,6
  90:18,22
  91:8 92:2
  93:2 94:12
  97:9,16,19
  98:2 99:6,
  12,18,19
  100:6,13
  102:19,22
  103:2,4,6,7,

9,13,15,23
104:4,9,11,
18,20 105:9
106:4,14,17,
22 110:4,8,
9,17

shipments
  11:25 41:4
  57:6 58:5
  75:21 95:9
  102:21
  104:12
  106:13,19
  107:3,6,12

shipped
  15:11 58:8
  97:4 108:16
  109:1

shipper
  10:24 12:5,
  13 15:6
  21:1,23
  22:12,15,20,
  23 23:4,14,
  17,22 24:3,
  9,20,21
  25:1,5,11,13
  26:1 28:9
  44:6,9,20,
  21,24 45:11,
  13,20 47:20
  48:2,9,12
  50:18,20
  51:5,25
  53:11 54:12
  62:23 74:7,
  16 75:7,12,
  13 89:16,19,
  22,23 90:11
  100:4

shipper's
  74:4 75:3

shipper.'

18:4

shippers
  14:2,13,24
  24:1 67:9,12

shipping
  25:12,13
  28:12,18
  33:8 39:3
  41:13 49:18,
  21 95:18
  99:1

ships
  15:6 31:14
  32:15 33:25
  36:25 40:3
  95:25 104:17

show
  7:1,17 14:5
  16:12 70:11
  99:2,4
  103:18,19
  108:8,9,11

showing
  8:8 16:18
  79:3

shows
  33:7 99:1

side
  13:23 19:11

sign
  16:14

signature
  17:2 113:25

signed
  17:5

significance
  81:16,25
  82:21 83:12,
  15,17

significant

Trevor Rogers
November 21, 2023

56:7,13,18,
22 57:3

**simply**
71:6

**single**
60:21

**sir**
6:25 8:12,
17,22 9:10,
16,21 10:14
11:9 14:6
15:21 16:21
17:3,6,10
18:6,19
20:3,7,8
26:19 30:21
31:20 32:14,
18 34:15,17
37:16 50:14
53:19 56:5
57:12 58:3,
10,11 59:21
61:11 63:16
64:13 66:1,
18 67:7,10,
14 71:2
75:19,25
79:6 85:24
86:9 88:8,17
89:14,18,21
90:4,7,14,20
91:9,24 92:3
93:23 94:3,
9,17 95:14,
23 96:3,8,
14,19 97:20
98:23 99:23
100:7 102:17
104:6,10
105:12
106:23
110:15,20

**site**
20:12 43:17

**sits**
32:23

**situations**
109:17

**size**
13:4 31:6

**sizes**
99:3

**SKUS**
99:14

**sleep**
66:10

**sleeper**
66:6,9

**sliced**
48:25

**smaller**
88:21

**smoothly**
91:14

**sold**
73:4

**solutions**
14:22 67:13

**sort**
13:4 27:25
29:12 31:18
37:5 43:1
45:25 47:6
49:12,23
50:11 53:11
63:23 85:10
108:13

**speak**
60:21

**speaking**
11:13 15:24
21:18 46:13
106:12

**specific**
11:5 12:3
37:25 49:7,
18 53:21
108:5

**specifically**
32:22

**specifics**
14:7 18:23
29:11 101:4

**specifies**
106:14

**speculate**
66:24,25
83:6

**speculating**
63:17

**speculation**
92:7,14,21
93:4,15
95:13 98:5
101:13 102:1
105:16

**spelled**
80:25

**spliced**
55:13 70:11

**spoken**
78:1 85:3,6
109:6

**Spring**
9:6 18:18
30:9 32:6
89:11,25

**Springs**
15:23 20:9
75:4

**standard**
25:11 44:21

**standardized**
32:19

**Standards**
90:6,12

**standing**
17:7

**stands**
27:5

**start**
32:25 33:23
34:20 36:22

**started**
30:25 68:19
69:23

**starts**
24:6 69:17

**state**
5:23 6:15
23:4 32:10
52:12 55:8,
18,23 57:2
86:3 109:7

**stated**
17:8

**statement**
73:23

**states**
32:13 51:24
81:5,22

**stating**
82:4 98:13

**statistics**
107:24

**status**
43:15,23

**step**
10:25 42:9
67:5 96:17
103:11
109:24

Trevor Rogers
November 21, 2023

step-by-step
49:20

stiffness
106:21

stop
53:10 68:9
96:11

stopping
77:4

stops
21:20 53:9
66:10 101:2
108:12

strike
8:25 10:24
12:8 15:24
25:7 39:10,
19,20 42:9
46:25 52:5
58:20 59:11
112:10

strong
86:22

stuff
28:14 42:7
55:25 99:15

subpoena
8:1 9:14,17,
24

summary
108:7,9

supervise
25:15,22
76:6 110:1

supervises
76:1,4

Support
5:20,22

supposed
41:18 42:23

51:14,17

sure
17:23 18:23
23:8,10,18
27:19 28:2
30:4 31:10,
23 32:25
33:2 42:1,19
49:3,20
54:4,5,7,22
60:22 61:1
62:21 69:19,
24 71:18
72:14,15
73:3,16 82:4
88:18 91:12
98:8 101:14,
21 102:2,18
110:24
112:7,9,15,
20

swear
5:25

sworn
5:6 6:23
10:12

system
105:17

_____

T

take
5:11 8:4
10:25 16:24
17:25 21:10
40:19 42:9
45:7 61:12
67:5 79:18
90:16 94:19
96:16
102:11,16
103:11
106:22

109:24

takes
34:24

taking
27:6,7 42:5

talk
98:11

talked
36:11 70:3

talking
26:2 42:2,3
57:1 72:11
92:17 106:8,
14,17

talks
93:16

team
89:2,6 91:3,
7,11

TECHNICIAN
5:9 7:9,14
77:13,17
85:14,18
87:5,9
113:10,14,21

tell
10:12 15:16
58:12

telling
33:14

tells
43:8 53:13,
16 57:22
64:8 86:2

ten
68:4 77:5
107:1

tender
50:20 51:11,
12,22 75:13

tendered
75:3

tendering
51:23

tenders
50:18 51:6

term
23:23 24:3,
25 61:3
67:24 89:19,
22 90:10
95:17,19,20,
21

terminology
53:23

terms
24:21 62:13
71:13,20
72:14 107:19

testified
5:8 24:22
42:20 66:12
88:22 90:17
100:25
111:20

testify
5:6

testifying
10:3

testimony
6:23 61:25
97:22 102:18

Thank
8:6 24:23
31:17 34:18
47:18 49:25
86:11
113:17,20

thing
13:5 27:25
35:20 36:22

Trevor Rogers
November 21, 2023

37:5 38:16,
21 43:1
45:6,25 47:6
49:12,24
50:11 53:11
85:10 108:13

things
31:10 42:18
48:22,25
53:6 104:12

think
23:17 35:4,
25 41:9 56:1
70:14 74:14
82:20 99:8
113:7,8

third
28:9 29:3
36:11 73:13
74:5,9,18
78:3 97:1,12

Thompson
31:24 32:5

thought
112:6

thousands
12:2

three
37:1,6 38:23
110:11

three-
77:6

time
7:10,15
17:16 21:17
25:10 29:20
33:9 36:6
37:7 39:5
41:18,22
42:16,22,25
43:8,25 47:6
50:4 51:14,

17 52:13
55:23,24
57:22 60:8
64:15 65:8,
22 72:7,11,
13 73:2
74:15 77:14,
18 85:15,19
87:6,10
94:16 98:6
103:8 104:1,
19 107:5
110:8 113:3,
11,15,17,22

times
24:13 26:3
44:1 46:4
48:20 76:13
85:10 104:22

timing
58:5

title
81:8 100:11

today
6:24 8:10
9:20,25 10:3
12:4,12 17:7
24:22 27:5
30:5 38:2
40:7 63:8
85:4 113:17

today's
19:5 85:7
88:23 113:22

told
36:13

tomorrow
38:2 40:11

top
95:5 105:8

topics
9:13

total
58:14 99:7

trailer
40:4 41:20
49:23 98:16
99:5

trailers
31:11 39:5
40:6,15

training
90:3

transmitted
47:8

transport
6:10,18
10:22 12:21
13:1 47:19
48:11,17
49:4 68:10
69:8,10,21
71:23 73:7
81:7

transportation
8:24 9:4,5
10:18,19
11:3,16,20
13:13,14
14:2,23
19:11,18,22
23:2,13 26:9
27:8,21,23
30:7,8 31:6,
8 33:4 37:19
38:5 39:22
42:6 45:23
50:2 53:8
54:13,20
56:8,14,21
57:18 58:23
64:16 66:14
68:2 73:24
75:7 78:15

transported
12:14 75:4
76:19 112:4,
25

transporting
15:10

transports
23:3,10
42:11 49:16
74:4,7,16

Trevor
5:4,17 6:8,
16 16:9,23
22:18 24:5
44:11 61:15
80:14 82:15
88:15

trial
17:17 24:14
52:15

trip
28:22 29:12,
19 40:21

trips
52:25 107:4

trouble
56:19

truck
19:13 21:20
29:16,17
36:9,10,23
37:8,16,18
38:17,22
41:11 42:13
43:3 47:4
58:9,16,23
59:8 66:6,10
72:20,21
73:7 96:1,2
97:4,5,14
98:13 100:16
102:7,16

Trevor Rogers
November 21, 2023

104:25
108:21

trucking
11:2 98:3
110:13,19

truckload
36:6

trucks
15:25 19:9
20:24 21:4
22:7 31:11
36:12,14
39:6 40:25
63:22,24
64:18 66:2,
4,8,13,19
68:4,5,9,10,
18,20 71:9,
11,15,22
72:6,7,14,
16,19,24
73:1,4,6
78:1,5 96:2,
18,20 97:8,
11 98:19
100:9,10
101:23 102:6
103:25
107:2,14
110:18
111:20

true
17:8 100:21
103:22

truth
5:7,8 10:12

trying
39:17

Tuesday
5:1

turn
101:8 104:21

turned
73:4

two
10:9 31:15
75:22 89:12
95:1 110:11
111:3

two-way
107:4

type
13:5 43:21
91:10

types
13:1

typical
33:13

typically
11:22 29:19
31:4,12 43:6
46:21 60:20
65:11 66:6,9
96:11 97:9
102:9 110:5,
7

_____

U

_____

understand
6:21 8:13,
18,23 9:1,11
10:11 13:6
14:7 18:16
20:1 23:9
28:2 29:21
33:2 41:8
62:14 72:5
82:7,18,21
83:12,15,17
102:18
106:17

understanding
10:18 31:1

70:1,22
101:11
105:25
111:22 112:3

Understood
70:17

unit
45:1,15

unload
40:22

unpackage
18:7

UTC
5:10 7:11,15
77:14,18
85:15,19
87:6,10
113:11,15,23

utilize
59:25 60:5,
20 64:22
66:2

utilized
64:16 67:25
72:19

utilizes
60:5 69:8,
10,21 70:18
71:22

utilizing
72:18

_____

V

_____

vague
109:2

Valley
9:6,19 12:5,
7,9,13,22,24
13:2,7,12,14
15:8,11

18:13,18,21,
24 19:4,8,
10,18,21
20:6,12,21
21:10 22:9,
10,23,24
23:3,11,14,
17,25 25:2,
5,9,14,16,
21,25 26:5,
7,12,20
27:8,18,20
28:13 29:1,4
30:9,19
31:19,22
32:6,8,16,20
33:5,21
34:1,3,12
35:11,12
37:24 38:5
39:4 40:24
41:1,3,9,15
42:8,10,11,
21 43:5,14
44:6,8,20,25
45:14,21
46:6,9,23,25
47:9,16,17,
20 48:2,12,
18 49:5,7,
15,18 50:2,
6,20 51:6,
18,25 52:4,
7,10 53:14,
15,17,18,20,
21 54:10,11,
12,20 55:5,
21 56:4,9,14
57:14,19
58:4,7,19,
20,22,25
59:8,9,18,
22,24,25
60:10,22
61:20 62:7,

Trevor Rogers
November 21, 2023

12,16,23
64:16 65:25
66:3,14,21,
22 68:13
69:8,11,22
70:20,23
71:5,12,16,
23,24 72:16,
18,24 73:4,
7,20,24
75:8,12,13,
20 76:6,12,
15,19,23,24
77:23 78:7,
9,10,18,21
85:22 86:8
87:17 89:11,
25 90:19,21
91:3,5,7,18,
21,23,25
92:25 93:20,
21 94:1
95:10,25
96:5 97:15,
25 98:1,18,
20 99:19,20
100:17,24
101:7,10,18,
24 102:6,8,
13,20 103:3,
13 104:24
105:11
106:8,12,19
107:3,12,22
108:4,20,25
109:11
110:6,21
111:16,17
112:9,11,17,
24

**Valley's**
9:7 20:13,
23,25 21:14,
23 27:12
30:10 33:3

34:23 36:14
38:10 39:12
46:3 58:1,24
59:19 65:4,
5,13,20 73:1
74:8,17
75:23 102:5
111:10,12

**varies**
35:4 77:24
92:3

**various**
46:7 99:2,3

**vary**
13:3,4 26:1
35:16 71:13

**vehicles**
74:4,17,24

**verbiage**
27:2

**versus**
5:18 31:3
68:2

**video**
5:9,11 7:9,
10,14 8:4
70:10 77:13,
17 85:14,18
87:5,9
113:10,14,21

**video-recorded**
5:15

**videographer**
5:20

**view**
33:11

──────────

W

──────────

**walk**
33:13 34:10

35:19 39:7,
11,13,17,21
43:16

**want**
10:15 11:15,
16 13:17
17:25 27:10
29:11 35:24
39:13 41:8
50:15 55:2
63:6 66:25
68:9 69:6
70:14 76:9
77:2,20
86:15 102:18

**warehouse**
9:8 28:23
30:11 39:13

**watch**
54:4

**water**
5:18 9:6,8
12:9 13:4,5
18:3,17,18,
20,22 25:2,5
29:21 30:2,
9,11,15
32:6,17 34:1
36:6 37:23
38:2 39:9
46:19 47:2,
10 48:16
49:6,8 50:13
53:24 54:7
58:15 59:18
65:12,19
81:14,23
82:5,22
83:13,18,20
84:3,6,13,23
89:10 94:8
99:3 106:20
110:23
111:16

**way**
13:10,16
28:22 39:7
42:12,17
44:12,22
60:8 63:14,
19 94:25
113:2

**ways**
46:7 92:4,
11,12,24
93:6

**weather**
54:4

**website**
13:22,23
14:6 15:3,5
67:2,6

**week**
31:15,16
37:22 38:3
50:10,11

**weekly**
78:7,12
94:13 96:4,
13 100:23
108:4,19,24

**weighs**
58:17

**weight**
49:11 58:11,
20,22 59:6
86:5,6 99:6,
8,21

**whatsoever**
95:24

**whispering**
5:14

**winter**
54:4

Trevor Rogers
November 21, 2023

**witness**
  5:5,25 22:19
  24:21 25:18
  83:5 86:18
  113:25

**witnessed**
  93:19

**wondering**
  43:2

**word**
  90:1

**work**
  6:17 14:9
  19:14,20,24
  20:5,11,13
  27:11,13,18
  28:13,16
  31:9 75:22,
  23 76:7
  83:25 91:12
  95:22 109:12
  111:21
  112:11

**worked**
  6:19 89:6

**working**
  91:4,18
  93:10,12
  94:16

**works**
  13:16 35:1
  109:15

**writing**
  81:6

**wrong**
  45:6 70:15

---

**Y**

---

**yard**
  21:8,11,19

**yeah**
  8:3 11:14
  14:7 15:9,12
  19:1,23
  20:18 21:20
  24:6 25:23
  26:6,18,21
  29:6 33:22
  39:24 41:8
  42:24 43:20
  49:9 50:4
  53:4,20
  58:14 59:12
  64:7,25
  67:23 72:13
  100:3 102:2
  103:11
  112:15

**year**
  106:2

**years**
  6:20 63:20
  91:19 93:10
  105:25