# EXHIBIT 2

Trevor Rogers Volume II
November 22, 2023

                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF MICHIGAN
                          SOUTHERN DIVISION

        JUSTIN GUY,                )
        individually and on        )
        behalf of those            )
        similarly situated,        )
                                   )    No.
                    Plaintiffs,    )    20-cv-12734-MAG-
                                   )    EAS
             vs.                   )
                                   )    Hon. Mark A.
        ABSOPURE WATER COMPANY,    )    Goldsmith
        LLC, a domestic limited    )
        liability company,         )
                                   )
                    Defendant.     )


             The deposition of TREVOR ROGERS,

        taken in the above-entitled cause remotely

        before Laura Mukahirn, a notary public within

        and for the County of Cook and State of

        Illinois, taken pursuant to the Federal Rules of

        Civil Procedure for the United States District

        Courts, on November 22, 2023, scheduled to

        commence at 12:00 o'clock p.m.

```
 1    A P P E A R A N C E S:

 2

      MORGAN & MORGAN, P.A.
 3    BY:  MR. MICHAEL N. HANNA
           MR. ERTIS TEREZIU
 4    mhanna@forthepeople.com
      etereziu@forthepeople.com
 5    2000 Town Center
      Suite 1900
 6    Southfield, Michigan 48075
      (248)251-1399
 7         Appeared on behalf of the Plaintiffs;

 8    CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.
      BY:  MR. MICHAEL O. CUMMINGS
 9    mcummings@cmda-law.com
      1185 Avenue of the Americas
10    Third Floor
      New York, New York 10036
11    (212)547-8810
           Appeared on behalf of the Defendant;

12
      MAYER, LLP
13    BY:  MR. ROBERT MITCHALS
      2434 E. Joyce Boulevard
14    Suite 6
      Fayetteville, Arizona 72703
15    (877)965-1010
           Appeared on behalf of the Deponent.

16
    ALSO PRESENT:
17
    MS. BROOKE LEDDON - In-house counsel for J.B.
18  Hunt Transport

19  MS. SAMANTHA TEAL - SMT Litigation Consulting

20

21

22

23

24

25
```

Trevor Rogers Volume II
November 22, 2023

```
1                     I N D E X

2     Examinations                            Page

3   Examination                                  5
    By Mr. Hanna
4
    Examination                                 51
5   By Mr. Cummings

6   Re-Examination                             59
    By Mr. Hanna
7
    Re-Examination                             61
8   By Mr. Cummings

9   Re-Examination                             62
    By Mr. Hanna
10
    Re-Examination                             63
11  By Mr. Cummings
                                               64
12  Re-Examination
    By Mr. Hanna
13
    Re-Examination                             66
14  By Mr. Cummings

15  Re-Examination                             66
    By Mr. Hanna
16
    Re-Examination                             68
17  By Mr. Cummings

18  Re-Examination                             70
    By Mr. Hanna
19
    Re-Examination                             71
20  By Mr. Cummings

21  Re-Examination                             71
    By Mr. Hanna
22
                      E X H I B I T S
23    No.                                     Page

24    Plaintiffs' Exhibit No. 5                 7
```

Trevor Rogers Volume II
November 22, 2023

```
 1        THE VIDEOGRAPHER:  We are now on the record
 2   at 1802 UTC, November 22nd, 2023.  Audio and
 3   video recording will continue to take place
 4   until all parties agree to go off the record.
 5   Please note that microphones are sensitive and
 6   may pick up whispering and private
 7   conversations.  This is the video-recorded
 8   proceeding of the customer representative of
 9   J.B. Hunt, Trevor Rogers, continuation, in the
10   matter of Justin Guy vs. Absopure Company, LLC.
11   At this time will counsel please state their
12   appearances for the record, after which the
13   court reporter will swear in the witness.
14        MR. HANNA:  Good morning.  Michael Hanna on
15   behalf of the plaintiffs.
16        MR. CUMMINGS:  Michael Cummings on behalf of
17   defendant Absopure Water Company, LLC.
18        MR. MITCHALS:  Robert Mitchals on behalf of
19   the corporate representative of J.B. Hunt
20   Transportation.
21        MS. LEDDON:  Brooke Leddon, in-house counsel
22   for J.B. Hunt Transport.
23                      (Witness sworn.)
24                      TREVOR ROGERS,
25   called as a witness herein, having been first
```

Trevor Rogers Volume II
November 22, 2023

1    duly sworn, was examined and testified as

2    follows:

3                    Examination

4                    By Mr. Hanna

5        Q.   Good morning, Mr. Rogers.

6        A.   Good morning.

7        Q.   You understand the rules of the

8    deposition that were laid out yesterday, right?

9        A.   Yes, sir.

10       Q.   And we're back here today because you

11   understand that your attorney yesterday produced

12   J.B. Hunt's dedicated contract service

13   transportation agreement, right?

14       A.   Yes, sir.

15       Q.   Okay.  And you are J.B. Hunt's

16   corporate representative, correct?

17       A.   Yes, sir.

18       Q.   Mr. Rogers, what is a contractual

19   services agreement?

20       A.   My understanding --

21       MR. CUMMINGS:  Object to -- excuse me.  Never

22   mind.  Withdrawn.

23       THE WITNESS:  My understanding is it's a

24   contract between J.B. Hunt and their customer.

25   BY MR. HANNA:

Trevor Rogers Volume II
November 22, 2023

1      Q.   Okay.  Does J.B. Hunt rely on these

2   contractual service agreements and how they're

3   running their operations and their business

4   relationships with their customers?

5      MR. CUMMINGS:  Objection.  Form.

6      MR. HANNA:  What's the form?

7      MR. CUMMINGS:  Lacks adequate basis and

8   ambiguous.

9      MR. HANNA:  I disagree.

10  BY MR. HANNA:

11     Q.   What -- Does J.B. Hunt rely on these

12  contractual service agreements?

13     MR. CUMMINGS:  Same objection.

14  BY MR. HANNA:

15     Q.   You can answer.

16     A.   Yes, sir.

17     Q.   Does J.B. Hunt rely on these

18  contractual service agreements in how it

19  interacts with its business partners in the

20  ordinary course of business?

21     MR. CUMMINGS:  Objection.

22     THE WITNESS:  Yes, sir.

23  BY MR. HANNA:

24     Q.   Okay.  And are these contractual

25  service agreements maintained in the ordinary

Trevor Rogers Volume II
November 22, 2023

1    course of business?

2         A.   To the best of my knowledge, yes.

3         Q.   It's not like you created these

4    contracts yesterday for purposes of this

5    deposition, right?

6         A.   Correct, yeah.  They're typically your

7    3-, 4-, 5-, 6-year-long contracts, I believe.

8         Q.   Okay.  Has J.B. Hunt entered into a

9    contractual service agreement with Mountain

10   Valley?

11        A.   Yes, sir.

12        Q.   I'm going to show you what's been

13   marked as -- before we get into that, are you

14   aware that your attorney, Mr. Robert Mitchals,

15   produced a dedicated contract service

16   transportation agreement yesterday on November

17   21, 2023?

18        A.   Yes, sir.

19        Q.   Okay.  I'm going to show you,

20   Mr. Rogers -- or, actually, I am showing you --

21   what's been marked as Plaintiffs' Exhibit No. 5.

22   Let me just make it a little bit bigger.

23                     (Plaintiffs' Deposition Exhibit

24                      No. 5 was remotely introduced

25                      and provided electronically to

Trevor Rogers Volume II
November 22, 2023

```
 1                          the reporter.)

 2    BY MR. HANNA:

 3         Q.   Mr. Rogers, do you recognize this

 4    document?

 5         A.   Yes.

 6         Q.   And what is it?

 7         A.   Contractual service agreement -- or

 8    dedicated contract service agreement between

 9    Mountain Valley and --

10         Q.   I'm going to ask you one more time

11    because I -- we just had one of those connection

12    errors, and I want to make sure the video

13    captures this right.

14              Mr. Rogers, do you recognize this

15    document?

16         A.   Yes.

17         Q.   And what is it?

18         A.   Dedicated contract between Mountain

19    Valley Water and J.B. Hunt.

20         Q.   And is this a fair and accurate

21    representation of J.B. Hunt's dedicated contract

22    service transportation agreement with Mountain

23    Valley?

24         A.   Yes, sir.

25         Q.   Okay.
```

Trevor Rogers Volume II
November 22, 2023

1       MR. HANNA:  Counsel, plaintiff will move to

2    admit this contract into evidence.  Do you have

3    any objections now that it's been authenticated

4    by J.B. Hunt's corporate representative?

5       MR. CUMMINGS:  No objection for the purposes

6    of this deposition.  We reserve the right to

7    object for its admission at trial.

8       MR. HANNA:  What objections do you have for

9    purposes of admission at trial?

10      MR. CUMMINGS:  A number of them; will be

11   among late, relevancy, prejudice, ambiguity.

12      MR. HANNA:  Are there any objections that we

13   could cure here today?

14      MR. CUMMINGS:  We'll see.

15      MR. HANNA:  Well, I would like you to

16   identify them so that I can finish

17   authenticating it.  Because he's not going to be

18   here at trial.  To the extent there's any

19   objections that could be cured here today, can

20   you please advise what they are?

21      MR. CUMMINGS:  Counsel, it's not my business

22   to do your job.  We'll see what happens by the

23   time the deposition is over.

24      MR. HANNA:  Under the federal rules of

25   evidence I can -- to the extent an objection is

Trevor Rogers Volume II
November 22, 2023

1    made that can be cured, it has to be made at the

2    time of the deposition so that we can cure it

3    for purposes of authentication.  Are there any

4    objections that can be cured that you would like

5    to disclose right now so we can attempt to cure

6    it for purposes of this deposition?

7        MR. CUMMINGS:  There are if you can get

8    authentication not only for the existence of the

9    document, as to its specific contents.

10       MR. HANNA:  I don't understand what that

11   means, sir.

12       MR. CUMMINGS:  Well, when we go through the

13   contents, after we're done through the contents,

14   we'll give you a clearer picture.  I can't

15   anticipate what you're going to ask at this

16   point.  So ask the questions you're going to --

17       MR. HANNA:  I'm just -- we're talking just

18   authentication.  I'm not talking about that.

19   I'm talking about just authentication.  Do you

20   have any objections to the authenticity, the

21   authentication of this document?

22       MR. CUMMINGS:  No.

23       MR. HANNA:  Okay.  All right.  Thank you.

24   BY MR. HANNA:

25       Q.   Mr. Rogers, you're aware this document

Trevor Rogers Volume II
November 22, 2023

1    was produced by your attorney, Mr. Robert

2    Mitchals, yesterday, correct?

3        A.    Yes.

4        Q.    Okay.  And this document was signed on,

5    it looks like, February 4, 2021, by J.B. Hunt's

6    president; is that right?

7        A.    It appears so, yes, sir.

8        Q.    Okay.  Are you aware of where these

9    business records are stored?

10       A.    I'm not.

11       Q.    But you understand that J.B. Hunt has

12   storage somewhere for their contract service

13   agreements, right?

14       A.    I'm sure they do, yeah.

15       Q.    Okay.  And we've established yesterday

16   that J.B. Hunt does not have a similar contract

17   service transportation agreement with defendant

18   Absopure Water Company, correct?

19       A.    To my knowledge, that is correct.

20       Q.    And I believe you just answered it.

21   This contract is between J.B. Hunt and Mountain

22   Valley, correct?

23       A.    Yes, sir.

24       Q.    Okay.  And throughout this contract,

25   what has J.B. Hunt referred to itself as?

Trevor Rogers Volume II
November 22, 2023

1      A.   Probably carrier.  I haven't read every

2   single line, but --

3      Q.   If you -- if I can direct you to take a

4   look at the first paragraph.

5      A.   JBHT, yes.

6      Q.   And throughout this contract, what does

7   the contract refer to as -- what abbreviation

8   does it refer to Mountain Valley?

9      A.   Appears shipper is used.

10      Q.   Okay.  You could have referred to

11   Mountain Valley throughout this contract as MV,

12   right?

13      MR. CUMMINGS:  Objection.  Form.

14   BY MR. HANNA:

15      Q.   Is that right?

16      A.   I suppose.

17      MR. CUMMINGS:  Objection.

18   BY MR. HANNA:

19      Q.   That's what you did for J.B. Hunt.  You

20   referred to J.B. Hunt by its abbreviations JBHT,

21   right?

22      MR. CUMMINGS:  Objection.

23      THE WITNESS:  Correct.  I did not write the

24   contract, though, so I don't know how those

25   actually work.

Trevor Rogers Volume II
November 22, 2023

```
 1    BY MR. HANNA:

 2        Q.   No.  I understand that.  The attorneys

 3    at J.B. Hunt wrote this contract, right?

 4        A.   That's -- to the best of my knowledge,

 5    that's probably true.

 6        Q.   Okay.  And the drafter of this contract

 7    and J.B. Hunt, and you as the corporate

 8    representative, throughout this contract refer

 9    to Absopure Water -- I'm sorry.  Strike that --

10    refer to -- Strike that.  Let me ask that again.

11           And the drafter of this contract and

12    you as J.B. Hunt's corporate representative

13    consistently refer to Mountain Valley throughout

14    this contract as what?

15        A.   Shipper.

16        Q.   Okay.  So is there any question --

17        A.   Sorry.  That's probably due to every

18    contract we have with every customer we refer to

19    as shipper, so.

20        Q.   Are you -- Is that a fact or are you

21    speculating?

22        A.   No.  That's not a fact.  That's

23    speculation.  But Mountain Valley is our

24    customer in this instance.  I'm sure this is a

25    very similar contract.
```

Trevor Rogers Volume II
November 22, 2023

1        MR. CUMMINGS:  Objection.  Speculation.

2   BY MR. HANNA:

3        Q.   Were you speculating right there, or do

4   you know that to be a fact, Mr. Rogers?

5        A.   I do not know that to be a fact.

6        Q.   Okay.  Are you aware that the word

7   shipper, which refers to Mountain Valley, is

8   quoted 102 times in this contract?

9        A.   I did not know that.

10       Q.   Okay.  Is there any question in your

11  mind or on this document that J.B. Hunt

12  identifies Mountain Valley as the shipper?

13       MR. CUMMINGS:  Objection.

14       THE WITNESS:  No.  It seems to be that's the

15  way they refer to them in most -- I think

16  throughout the whole contract actually.

17  BY MR. HANNA:

18       Q.   Do you see anywhere in this document

19  where defendant Absopure Water Company is

20  identified as the shipper of Mountain Valley

21  products?

22       MR. CUMMINGS:  Objection.

23       THE WITNESS:  No.  Absopure is just a

24  customer of Mountain Valley, so they wouldn't be

25  listed in this document at all.

Trevor Rogers Volume II
November 22, 2023

1   BY MR. HANNA:

2       Q.   So it is correct to say that nowhere in

3   this contract Absopure Water Company is referred

4   to as the shipper of --

5       MR. CUMMINGS:  Objection.

6       MR. HANNA:  Mr. Cummings, please let me

7   finish my question before you object.  Let me

8   state that one more time so we have a clean

9   record.

10  BY MR. HANNA:

11      Q.   You agree that throughout this

12  contract, nowhere in this document is Absopure

13  Water Company identified as the shipper of the

14  Mountain Valley products; is that right?

15      MR. CUMMINGS:  Objection.

16  BY MR. HANNA:

17      Q.   You can answer that.

18      A.   Yes.  They are not identified as a

19  shipper on this.

20      Q.   Okay.  Thank you.

21      MR. HANNA:  Madam Court Reporter, I know

22  Trevor Rogers' connection is not great on my

23  end, too.  If any of that is disturbing the

24  record, can you please let us know and I'm just

25  happy to ask him again, whatever question you

Trevor Rogers Volume II
November 22, 2023

1   may have.

2       THE COURT REPORTER:  I sure can.  I'll let

3   you know.  Sometimes I'm not aware if his answer

4   ended where it did or if I missed more of the

5   answer, but I do know it cut out.

6       THE WITNESS:  Give me five minutes. I can

7   move to a room where I can hardwire in.

8       MR. HANNA:  We can do that.  We can take a

9   break for five minutes.

10      THE VIDEOGRAPHER:  Going off the record.  The

11  time is 1816 UTC.

12                  (Short break taken.)

13      THE VIDEOGRAPHER:  We are back on the record.

14  The time is 1822 UTC.

15  BY MR. HANNA:

16      Q.   Mr. Rogers, I just want to go over a

17  few items on the contract real quickly.

18      A.   Okay.

19      Q.   So can you read this whereas clause for

20  the record?

21      A.   "Whereas, J.B. Hunt desires to furnish

22  or arrange for transportation services for

23  shipper by its dedicated contract services

24  business unit, DCS services, and shipper desires

25  to purchase and utilize the DCS services of J.B.

Trevor Rogers Volume II
November 22, 2023

1      Hunt on a nonexclusive basis."

2           Q.   And in this paragraph when you use the

3      word shipper, who are you referring to?

4           MR. CUMMINGS:  Objection.

5      BY MR. HANNA:

6           Q.   You can answer.

7           A.   Mountain Valley Water.

8           Q.   Okay.  And so J.B. Hunt appears to

9      furnish and arrange for transportation services

10     for Mountain Valley Water; is that right?

11          A.   That is correct.

12          Q.   If we go to Paragraph 1 on the first

13     page, if you can read this sentence for the

14     record that begins with the word "each"?

15          MR. CUMMINGS:  Objection.

16          MR. HANNA:  What's the objection, sir?

17          MR. CUMMINGS:  Relevancy, ambiguity.  Are you

18     using this just as an excuse to put the word

19     shipper on the record multiple times?  It is a

20     pointless and useless exercise, and we object.

21          MR. HANNA:  Okay.  I just wanted to

22     understand your objections.  I respectfully

23     disagree.

24     BY MR. HANNA:

25          Q.   But go ahead, Mr. Rogers.  Can you

Trevor Rogers Volume II
November 22, 2023

1    begin reading this sentence that begins with the

2    word "each"?

3        A.    "Each shipment transported hereunder

4    will be evidenced by a receipt signed by J.B.

5    Hunt or a third-party motor carrier and the

6    consignees if available, showing the kind and

7    quantity of the cargo received and delivered by

8    J.B. Hunt."

9        Q.    Then can you read the next sentence

10   after that?

11       A.    "If no one is on the premises of a

12   delivery location, then the driver will be

13   permitted to sign the bill of lading."

14       Q.    And when you use the word driver in

15   that sentence, are you referring to J.B. Hunt's

16   driver, right?

17       A.    I think that sentence is referring to

18   the J.B. Hunt driver or a motor carrier,

19   third-party motor carrier, from the sentence

20   above.

21       Q.    Okay.  And is that in reference to when

22   J.B. Hunt has to contract with somebody else to

23   take a load?

24       A.    Correct, yes.

25       Q.    Okay.

Trevor Rogers Volume II
November 22, 2023

1          A.   I don't know if contract is the right

2     word, but use as a third-party shipper.

3          Q.   Is it third-party shipper or

4     third-party transporter?

5          A.   Transporter.  Shipper's a very common

6     term for all logistics --

7          MR. CUMMINGS:  Objection.

8     BY MR. HANNA:

9          Q.   Give me one moment.  I just got this

10    contract a couple hours ago, so I just have a

11    couple notes of things I want to ask.  I'll try

12    to move as quickly as I can.

13             You just said that shipper's a common

14    term used in the industry, but it's only

15    referred to one thing in this entire contract;

16    isn't that right?

17         MR. CUMMINGS:  Objection.

18    BY MR. HANNA:

19         Q.   You can answer.

20         A.   I believe it's only referred to as

21    Mountain Valley in this contract particularly,

22    but we use it every day in terms of where we're

23    picking up from or where the driver is picking

24    the load up from.

25         Q.   And you use it every day of where

Trevor Rogers Volume II
November 22, 2023

1  you're picking up the load to go drop it off and

2  take it somewhere else; is that right?

3      A.   Yeah.   The load -- typically a shipper

4  is where the load starts from.  So if I told the

5  driver to pick it up at a shipper, he would go

6  to that; you know, we all know what that is for

7  Mountain Valley because they ship all of our --

8  all of our products start in the same location.

9      Q.   Okay.  So if you're picking up a load

10  from me, A, Person A, right, and you're dropping

11  it off at Person B, you would call Person A the

12  shipper, right?

13      A.   Yeah --

14      MR. CUMMINGS:  Objection.

15      THE WITNESS:  -- shipper and receiver, yes,

16  sir.

17  BY MR. HANNA:

18      Q.   And you would call Person B, the person

19  that's receiving it, the receiver, not the

20  shipper, right?

21      A.   Yes, sir.

22      Q.   Okay.  Can you read the sentence out

23  loud right here that begins with the words "such

24  driver signature" for the record?

25      A.   "Such driver signature is conclusive

Trevor Rogers Volume II
November 22, 2023

1    evidence that shipper -- No. 1:  Shipper

2    approves of J.B. Hunt leaving the cargo at an

3    unattended location; and, No. 2, custody and

4    possession have passed and are no longer with

5    J.B. Hunt."

6        Q.   And, again, shipper here is referring

7    to Mountain Valley, correct?

8        MR. CUMMINGS:  Objection.

9    BY MR. HANNA:

10       Q.   Is that right?

11       A.   Yes, sir.

12       MR. CUMMINGS:  Objection.

13   BY MR. HANNA:

14       Q.   Okay.  And it says that:  Custody and

15   possession have passed and are no longer with

16   J.B. Hunt.  So at the time when J.B. Hunt has

17   the cargo in its truck up until the time it

18   leaves the goods at the premises of a delivery's

19   location, custody and possession are with J.B.

20   Hunt; isn't that right?

21       A.   To the best of my knowledge, that is

22   correct.

23       Q.   Okay.  Can you read the last sentence

24   of this paragraph, sir, that begins with:  If

25   the terms of any?

Trevor Rogers Volume II
November 22, 2023

1          A.    "If the terms of any bill of lading,

2     manifest, or other form of freight receipt or

3     contract conflict with the terms of this

4     agreement, the terms of this agreement control."

5          Q.   Okay.  So if there's any bills of

6     lading out there that conflict with this

7     contract, the parties are relying on this

8     contract and not on the bill of lading.  Isn't

9     that what that means?

10         MR. CUMMINGS:  Objection.  Form.

11         THE WITNESS:  I believe that's what this

12     means.

13    BY MR. HANNA:

14         Q.   Okay.  Let's go to rates for a second.

15    Can you read the first sentence under 2A,

16    Calculations, which begins, "As compensation for

17    the DCS services" for the record?

18         MR. CUMMINGS:  Objection.  Form.  Relevancy.

19         THE WITNESS:  "As compensation for the DCS

20    services, shipper will pay J.B. Hunt according

21    to the applicable Schedule A or any revisions

22    mutually executed by the parties:

23    BY MR. HANNA:

24         Q.   So this provides that the shipper,

25    Mountain Valley, is the entity that pays J.B.

Trevor Rogers Volume II
November 22, 2023

1    Hunt for its rates; isn't that right?

2        MR. CUMMINGS:  Objection.  Form.

3        THE WITNESS:  That is correct.

4    BY MR. HANNA:

5        Q.   Okay.  And if we go to Page 2 -- and

6    just to help us better understand the business

7    relationship between J.B. Hunt and Mountain

8    Valley.  Let's go to Section 3, Compensation, A,

9    billing and payment.  Can you read the first

10   sentence for the record, please?

11       MR. CUMMINGS:  Objection.

12   BY MR. HANNA:

13       Q.   Go ahead.

14       A.   "J.B. Hunt will invoice shipper weekly

15   for DCS services provided hereunder."

16       Q.   And that means that J.B. Hunt will

17   invoice Mountain Valley every week for the

18   services they provide in accordance with this

19   contract, right?

20       A.   That is correct.

21       Q.   Okay.  Let's go to Paragraph 4 for a

22   minute, Equipment and Related Issues.  Go ahead

23   and read Paragraph 4 and let me know -- just go

24   is ahead and read it for the record.

25       MR. CUMMINGS:  Objection.

Trevor Rogers Volume II
November 22, 2023

1        THE WITNESS:  "Equipment and related issues.

2    Except as otherwise described herein, J.B. Hunt

3    will provide the equipment specified in Schedule

4    B as J.B. Hunt-provided equipment for use in the

5    services to be performed under that schedule

6    series.  J.B. Hunt will maintain such equipment

7    in good and efficient condition.  Shipper agrees

8    to maintain in good and efficient condition any

9    equipment it provides for J.B. Hunt's use."

10   BY MR. HANNA:

11       Q.   And who -- what is this provision

12   referring to when they use the word shipper?

13       MR. CUMMINGS:  Objection.

14       THE WITNESS:  Mountain Valley.

15   BY MR. HANNA:

16       Q.   Okay.  And what equipment is -- what is

17   this referring to?  What equipment -- go ahead.

18       A.   Trucks and trailers.

19       Q.   Can you elaborate on your answer?  So

20   you're basically saying Mountain Valley agrees

21   to maintain the trucks and trailers in good and

22   efficient condition?

23       A.   If there are certain -- it doesn't work

24   in our case, but under my job duties we own the

25   trucks and the trailers.  So Mountain Valley has

Trevor Rogers Volume II
November 22, 2023

```
 1    no need to provide equipment for us or maintain

 2    equipment for us because we provide the

 3    equipment.

 4         Q.   Could this be referring to other

 5    equipment?

 6         A.   No.  There's no equipment that they own

 7    that we use.

 8         Q.   Well, this refers to Schedule B, so

 9    let's -- It says will provide the equipment

10    specified in Schedule B.  And later it says:

11    Shipper agrees to maintain in good and efficient

12    condition any equipment it provides for --

13         A.   It says any equipment, but in this case

14    there's none, so.

15         Q.   Okay.  So your testimony is that

16    Mountain Valley has not provided any equipment

17    for J.B. Hunt's use?

18         A.   Correct.  Yes, sir.

19         Q.   And let's take a look at Schedule B to

20    see what the equipment is listed therein.  It

21    appears Schedule B lists the tractors, trailers,

22    onboard computers, and then the personnel.  And

23    it's your understanding that all of this

24    equipment is provided by J.B. Hunt and not

25    Mountain Valley?
```

1    A.    Yeah.  So the tanker trailers are

2   provided by Mountain Valley, but we don't use

3   them anymore, so that's why I didn't reference

4   those.  They're still on here, but they're no

5   longer -- they haven't hauled a load with a

6   tanker trailer in quite a long time.

7    Q.    When was the last time you hauled a

8   load with the tanker trailers?

9    A.    To the best of my knowledge, probably

10  2013 or '14, maybe 2013.

11   Q.    Okay.  And are these tanker trailers

12  the property of Mountain Valley?

13   A.    Yes.  They own those tanker trailers.

14   Q.    Okay.  And then previously at one point

15  was J.B. Hunt's drivers driving the tanker

16  trailers to transport the Mountain Valley goods?

17   A.    Correct.  There was, I think, two

18  customers that they actually used tanker

19  trailers for.

20   Q.    Okay.  Got it.  And why do you no --

21  why do you guys no longer use the tanker

22  trailers?

23   A.    My suspicion is they no longer buy bulk

24  water.  The trailers were -- they would actually

25  fill them with water and deliver it to a

Trevor Rogers Volume II
November 22, 2023

1    customer that would use that water.  But they no

2    longer do that, to my knowledge.

3        Q.   Okay.  Got you.  Thank you.  Now, let's

4    take a look at the insurance.  If you could read

5    the -- why don't you go ahead and read Paragraph

6    5 for the record.

7        MR. CUMMINGS:  Objection.  Form.  Relevancy.

8    Prejudice.

9        THE WITNESS:  "J.B. Hunt will procure and

10   maintain the following insurance coverage.

11   No. 1, comprehensive general liability insurance

12   in the amount of X number of dollars, I guess;

13   automobile liability insurance to include any

14   auto or all owned, nonowned, and hired autos in

15   the amount of dollar amount, I'm assuming;

16   workers' compensation insurance in the amount

17   required by statute in the jurisdiction where

18   the services hereunder will be performed.

19   No. 4, employer's liability insurance in the

20   amount of dollar amount per occurrence.  And,

21   No. 5, cargo insurance in the amount of dollar

22   amount per occurrence.  J.B. Hunt will provide a

23   certificate of insurance evidencing the amount,

24   coverages, and listing shipper as a certificate

25   holder."

Trevor Rogers Volume II
November 22, 2023

1    BY MR. HANNA:

2        Q.   So this contract provides that J.B.

3    Hunt is required to maintain insurance coverage

4    for automobile liability insurance which would

5    include for the trucks that J.B. Hunt owns and

6    utilizes for the transportation of Mountain

7    Valley goods; is that right?

8        A.   To the best of my knowledge that is

9    correct.

10       Q.   Okay.  And J.B. Hunt also indicates in

11   its certificate of insurance for, among other

12   things, this automobile liability insurance that

13   the shipper, Mountain Valley, is a certificate

14   holder as well; is that right?

15       MR. CUMMINGS:  Objection.  Form.

16       THE WITNESS:  That's what it states, but I --

17   it's outside of my scope of knowledge, really.

18   BY MR. HANNA:

19       Q.   Do you have any reason to doubt the

20   accuracy of the contract?

21       A.   No, sir.

22       Q.   Were you aware that Mountain Valley is

23   also part of the certificate of insurance and a

24   certificate holder of J.B. Hunt's insurance for

25   the trucks J.B. Hunt utilizes to transport

Trevor Rogers Volume II
November 22, 2023

1    Mountain Valley goods?

2        A.    Unaware about that, yes.

3        Q.    Okay.

4        A.    I'm not aware of that is what I'm

5    trying to say.

6        Q.    Let's go to Paragraph 7 regarding cargo

7    claims and liability.  Can you read the first

8    sentence for the record, sir?

9        MR. CUMMINGS:  Objection.  Form.  Relevancy.

10   Prejudice.

11       THE WITNESS:  J.B. Hunt will be liable to

12   shipper for loss, damage, or destruction to the

13   cargo transported under this agreement which

14   occurs while in the actual physical possession

15   and under the care, custody, and control of J.B.

16   Hunt and which results from J.B. Hunt's

17   performance or failure to perform the DCS

18   services, to the extent such or damage -- such

19   loss or damage is proximately caused by the

20   negligence of J.B. Hunt, its employees, or its

21   agents.

22   BY MR. HANNA:

23       Q.    So it appears J.B. Hunt is the one

24   that's responsible for any loss, damage, or

25   destruction of the cargo it transports for

Trevor Rogers Volume II
November 22, 2023

 1    Mountain Valley that may be due to the

 2    negligence of its employees; is that right?

 3         A.   Yes, sir.  It appears that way.

 4         Q.   Go to the next page on Paragraph 8.

 5    Can you read the first sentence under 8A, other

 6    terms, for the record?

 7         A.   "Neither party may assign this

 8    agreement without the prior written consent of

 9    the other party."

10         Q.   Okay.  And this agreement has not been

11    assigned to any other party; isn't that right?

12         A.   Could you -- I don't think so.  I'm not

13    sure what that means, but.

14         Q.   Well, it says that neither party.  That

15    means Absopure or -- I'm sorry.  I said

16    Absopure.  I misspoke.

17              This provision says neither party may

18    assign this agreement without the prior written

19    consent of the other party.  So neither J.B.

20    Hunt nor Mountain Valley can assign this

21    agreement to somebody else.  Mountain Valley

22    can't say:  You've got to take responsibility.

23    And J.B. Hunt says:  You've got to take

24    responsibility.  Right?  And my question to you

25    is -- so it says you can't do it without the

Trevor Rogers Volume II
November 22, 2023

```
1    prior written consent of both parties.  And my
2    question to you is:  You're not aware of this
3    agreement being assigned to anybody else, right?
4         A.   No, sir.
5         Q.   Okay.  Let's go to Paragraph 10 for a
6    minute.  And can you read the first sentence for
7    the record?
8         MR. CUMMINGS:  Objection.  Form.  Relevancy.
9    Prejudice.
10        THE WITNESS:  "All shipments transported or
11   brokered by J.B. Hunt's dedicated services unit,
12   DCS, for shipper will be governed by the terms
13   of this agreement."
14   BY MR. HANNA:
15        Q.   And who is this -- when this paragraph
16   uses the term shipper, who's it referring to?
17        MR. CUMMINGS:  Objection.
18        THE WITNESS:  Mountain Valley.
19   BY MR. HANNA:
20        Q.   Okay.  And so this -- does this, in
21   effect, provide that even these -- like when you
22   have to hire some kind of third-party carrier to
23   assist you guys, that relationship is also --
24   you're responsible for hiring them and their
25   role is also governed by this agreement?
```

Trevor Rogers Volume II
November 22, 2023

 1        A.   No.  I wouldn't think so.  They were

 2    just kind of an in-between between Mountain

 3    Valley and that carrier.  So they bill directly

 4    to Mountain Valley.  They have their own set

 5    of -- I don't know if they have a contract or if

 6    they have an agreement or what, but they bill

 7    directly to Mountain Valley, not through J.B.

 8    Hunt.  So I wouldn't figure we would have a --

 9        Q.   Okay.

10        A.   They're not a part of this agreement at

11    all in my eyes.

12        Q.   Okay.  Strike that.

13            So all shipments that J.B. Hunt

14    transports for Mountain Valley are governed by

15    the terms of this agreement; is that right?

16        A.   It's what it states there, yes.

17        Q.   Let's go down to the schedule series.

18    And this agreement provides that it

19    automatically renews from year to year; is that

20    right?

21        A.   What sentence?

22        Q.   It's right here.  Do you want to start

23    reading the sentence -- for the record, I'm on

24    Page 7 of this 18-page PDF.  Can you read the

25    sentence that begins with "this original" for

Trevor Rogers Volume II
November 22, 2023

1   the record?

2        MR. CUMMINGS:  Objection.

3        THE WITNESS:  "This original schedule series

4   shall have a start date of January 1, 2021, for

5   an initial term of three years until 11:59 on

6   December 31, 2023, term, and shall automatically

7   renew from year to year thereafter subject to

8   the terms set out in Sections 2B and 12 of the

9   agreement."

10  BY MR. HANNA:

11       Q.   And my question simply is this.  So

12  this agreement renews year-in/year-out, right?

13       A.   Yes, sir.

14       Q.   Subject to --

15       A.   After the expiration.

16       Q.   That's right.  Yes.  And I want to go

17  over some of these index.  So this index talks

18  about employment cost index for transportation

19  and material moving.  And it talks about the

20  rates.  So I understand these figures are --

21  they were redacted.  And, you know, they're

22  confidential, and they're kind of beyond our

23  scope.  But my question to you, so essentially

24  the cost of the -- the labor cost for the truck

25  drivers, for example, that cost pursuant to this

Trevor Rogers Volume II
November 22, 2023

1    agreement is passed down to Mountain Valley; is

2    that right?

3         A.   Could you rephrase that or restate

4    that?

5         Q.   Sure.  Does this index essentially

6    provide that the employment cost for the

7    transportation which I would -- let me take a

8    step back.

9              The employment cost for transportation,

10   would that -- the employment cost, would that be

11   the cost for the employees which are the truck

12   drivers?

13        A.   No, sir.  I don't believe that's what

14   that is stating there.

15        Q.   So what is this referring to when it

16   says the employment cost?

17        A.   I'm not sure.  It's out of my scope of

18   knowledge for this particular part of the

19   contract.

20        Q.   Okay.  Do you have any reason to

21   believe that employment cost is not whatever the

22   agreed upon cost is for the employment of truck

23   drivers?

24        A.   Well, it refers to an index, so I'm

25   sure an index is probably some figure that's

Trevor Rogers Volume II
November 22, 2023

1    released or something like that is what -- is

2    my -- but not a J.B. Hunt private index.  I'm

3    not really sure, to be honest.

4        Q.   Okay.  Let me -- give me one second,

5    please.  Let me ask you something:  How are the

6    truck drivers paid?  Are they paid hourly?  Are

7    they paid salaried?  Are they paid by the mile?

8        A.   I think I stated yesterday just by the

9    mile.

10       Q.   By the mile, okay.  And this talks

11   about base rates, fixed per week variable miles,

12   right?

13       A.   Correct.  Those are billable -- those

14   are the base rates that we would bill Mountain

15   Valley.

16       Q.   Okay.  So you would bill Mountain

17   Valley a certain base rate for the miles driven

18   by the truck drivers transporting their goods;

19   is that right?

20       A.   That's correct.

21       Q.   And then if we go to Schedule A, can

22   you explain what this information means?

23       A.   I can explain some of it that I'm

24   familiar with.

25       Q.   Sure.  Let's start with the fixed

Trevor Rogers Volume II
November 22, 2023

1    weekly charge.  What is that?

2        A.   A fixed weekly charge will be --

3    typically in my job it would be like the cost of

4    your trucks, trailers, equipment.  That would be

5    a fixed charge.  And then a variable mileage

6    charge --

7        Q.   Hold on there for one sec.  So is this

8    fixed charge the charge that -- strike that --

9    that J.B. Hunt would go ahead and charge

10   Mountain Valley?

11       A.   That is correct.  Yes, sir.

12       Q.   Okay.  So they have -- one of the

13   things they had -- they charge was a weekly

14   charge, right?

15       A.   Yes, sir.  So it's a fixed and variable

16   billing structure, so.

17       Q.   Okay.  And then so what -- can you now

18   explain the variable mileage charge?

19       A.   Yeah.  Just like we talked about, the

20   variable would be the mileage charge.  So all of

21   the miles that the drivers would drive in that

22   given week, they would be billed to Mountain

23   Valley.

24       Q.   Okay.  And then can you explain what

25   the stop charge is?

Trevor Rogers Volume II
November 22, 2023

1      A.   Stop charge is also a type of variable

2   charge, and that's just a number of loads

3   delivered.  We usually refer to a stop as a load

4   in my job in particular.

5      Q.   Okay.  And, again, this is just another

6   charge that Mountain Valley -- strike that --

7   that J.B. Hunt is charging Mountain Valley,

8   right?

9      A.   That is correct, yes.

10      Q.   Okay.  And what is the load/unload

11   charge?

12      A.   It's not applicable for our customer.

13      Q.   Okay.

14      A.   I guess it can be at times, but we

15   haven't -- we haven't used that in -- ever that

16   I can remember.

17      Q.   Is that typically -- I believe you

18   explained that previously.  Is that because

19   Mountain Valley is the one that loads the goods

20   on to J.B. Hunt's trucks?

21      A.   Correct.  Yes, sir.

22      Q.   As a result, J.B. Hunt is not charging

23   Mountain Valley for loading and unloading,

24   right?

25      A.   That is correct.  Yes, sir.

Trevor Rogers Volume II
November 22, 2023

1       Q.   Okay.  And then is the hazardous

2   material charge applicable?

3       A.   It's not.  No, sir.

4       Q.   Okay.  Are any of these other ones

5   applicable?

6       A.   Some of those are.  Not as frequent as

7   the ones mentioned in the top part of this page.

8       Q.   Is there a toll charge?

9       A.   Yeah.  There's toll charges.

10       Q.   Can you explain what that means?

11       A.   Certain states have tollways that we

12   require to use to get to our destination.  So

13   those tolls would be passed through -- I think

14   it even says that on here -- are passed through

15   to the customer.

16       Q.   Okay.  So basically if a J.B. Hunt

17   truck is driving through some highway that has

18   toll charges, those toll charges are passed back

19   on to Mountain Valley; is that right?

20       A.   Correct.  If they're -- we try to avoid

21   them if we can, but they're not all -- can't all

22   do that for every state.  Most of them you have

23   to drive on that road.

24       Q.   Got it.  Are the international border

25   crossing charges applicable?

Trevor Rogers Volume II
November 22, 2023

```
1       A.   No, sir.  We don't deliver to the other

2   countries.

3       Q.   Got it.  And then is driver wait time

4   charges applicable?

5       A.   Yes, sir.

6       Q.   Can you explain what that means?

7       A.   If a driver ever has to wait at a

8   customer for a certain amount of time, the time

9   that's laid out in this paragraph here, then we

10  bill Mountain Valley for the detention time;

11  detention time meaning the time waited longer

12  than the expected time to weight, I guess, if

13  that makes sense.

14      Q.   And that's for a customer of Mountain

15  Valley?

16      A.   Correct.  Yes, sir.

17      Q.   So, for example, if a J.B. Hunt driver

18  was -- had to wait an extra two hours or three

19  hours or whatever amount that's past the

20  threshold at Absopure's facility, that driver

21  wait time charge will be charged to Mountain

22  Valley; is that right?

23      A.   That is correct.

24      Q.   Okay.  And is the back haul revenue

25  credit and split applicable?
```

Trevor Rogers Volume II
November 22, 2023

```
 1        A.   It hasn't been in a long time, but it's
 2   still -- I mean obviously it's still in here,
 3   but.
 4        Q.   When was the last time it was
 5   applicable?
 6        A.   I couldn't tell you exactly, but it's
 7   been years since we've had any sort of back haul
 8   credit, you know, that we would give Mountain
 9   Valley.  I've got to explain, Mountain Valley
10   does round-trip shipments, so two-way shipments,
11   so they deliver product, we're reloaded with
12   that product -- with those dunnage bottles, and
13   come back to Mountain Valley.  So back haul
14   charge would be -- or back haul revenue would be
15   if we delivered to a company and then we had to
16   find a third party unload to get back to
17   Arkansas, you know, we had to find another load
18   to get back to Arkansas, we would give that
19   split with Mountain Valley.
20        Q.   And you would charge that -- if that
21   instance were to happen, you would charge
22   Mountain Valley for that, right?
23        A.   You charge them for the movement of
24   that truck, but you would give them a credit for
25   the revenue that you produced off of that load
```

Trevor Rogers Volume II
November 22, 2023

1    that's not really their load.  You know, it's a

2    load just to get the driver back to Arkansas, if

3    that --

4        Q.  Got it.  And when you're using the term

5    shipper in this paragraph to explain this

6    process, you're referring to Mountain Valley,

7    right?

8        MR. CUMMINGS:  Objection.

9        THE WITNESS:  Yeah.  The shipper would be

10   Mountain Valley for the outbound load, and the

11   shipper would be whoever the customer we're

12   picking up from on the back load, that would be

13   the shipper in the load coming back.

14   BY MR. HANNA:

15       Q.  But this contract is referring to --

16   objection to that.

17          But this contract is consistently

18   referring to the shipper as Mountain Valley,

19   right?

20       MR. CUMMINGS:  Objection.

21       THE WITNESS:  One second.  Let me read this

22   paragraph.

23   BY MR. HANNA:

24       Q.  Sure.

25       A.  Yes, sir, it is.

Trevor Rogers Volume II
November 22, 2023

1       Q.   Okay.  Now, let's go to the next page.

2    We can skip that one.  Let's go to -- we've

3    already done this.  This is the -- well, why

4    don't you -- can you read this sentence for the

5    record, this top sentence up here?

6       A.   J.B. Hunt agrees to --

7       MR. CUMMINGS:  Objection.

8       THE WITNESS:  -- provide the following

9    equipment and --

10   BY MR. HANNA:

11      Q.   I'm sorry.  Can you -- okay.  Let me

12   ask it again, just because Mr. Cummings objected

13   while you were in the middle of reading.  Let

14   me -- so let me ask it again so we get clear

15   video.

16        Mr. Rogers, can you please read this top

17   sentence under Schedule B which is, for the

18   record, Page 10 of this contract.

19      MR. CUMMINGS:  Objection.

20   BY MR. HANNA:

21      Q.   You can go ahead and do it.

22      A.   "J.B. Hunt agrees to provide the

23   following equipment and drivers or personnel

24   which will be based in Hot Springs, Arkansas,

25   for the exclusive use of shipper."

Trevor Rogers Volume II
November 22, 2023

```
 1        Q.   And who are you referring to when you
 2   use the term shipper here?
 3        MR. CUMMINGS:  Objection.
 4        THE WITNESS:  Mountain Valley.
 5   BY MR. HANNA:
 6        Q.   Okay.  So only Mountain Valley's
 7   permitted to use the trucks as shippers,
 8   correct?
 9        MR. CUMMINGS:  Objection.
10        THE WITNESS:  Since we have a contract with
11   them, the trucks that we've added or the
12   trailers that we've added are for their use,
13   yes.
14   BY MR. HANNA:
15        Q.   Okay.  Let's go to Schedule D for a
16   minute.  Can you explain to me what the fuel
17   adjustment is?
18        A.   I can't explain that very well.  That's
19   kind of outside of my --
20        Q.   You can or cannot?  I'm sorry.  I'm
21   sorry.  I don't know if I heard you correctly.
22   Did I say you can or cannot?
23        A.   I cannot explain that very well.
24        Q.   It appears that Mountain Valley pays
25   for the fuel costs for J.B. Hunt; is that right?
```

Trevor Rogers Volume II
November 22, 2023

1        MR. CUMMINGS:  Objection.  Form.

2        THE WITNESS:  We have a fuel surcharge that

3    we bill each week based on the miles that we

4    run.

5    BY MR. HANNA:

6        Q.   So forget this agreement.  Let me just

7    ask you.  Who pays for the fuel for J.B. Hunt's

8    transportation of Mountain Valley goods?

9        MR. CUMMINGS:  Objection.  Form.

10        THE WITNESS:  J.B. Hunt does.

11    BY MR. HANNA:

12        Q.   J.B. Hunt pays -- and then does J.B.

13    Hunt get some kind of credit from Mountain

14    Valley for the fuel charge?

15        A.   Two separate things.  So we pay for the

16    fuel initially, and then there's a fuel

17    surcharge that's billed to Mountain Valley.

18        Q.   Okay.  So can you explain to me how

19    this process worked for fuel charges and fuel

20    surcharges between J.B. Hunt and Mountain

21    Valley?

22        A.   So J.B. Hunt would pay at a pump, you

23    know, for their fuel for all of their trucks,

24    and then on our weekly invoice, there's a fuel

25    surcharge that accounts for all of the mileage,

Trevor Rogers Volume II
November 22, 2023

```
 1    all the mileage that was driven the previous

 2    week, and we bill for that fuel based on the

 3    miles and the fuel surcharge.

 4         Q.   You bill Mountain Valley for that,

 5    correct?

 6         A.   Yes, sir.

 7         Q.   Let's take a look at this next

 8    paragraph.  Do you know what this amortized

 9    equipment value cost is?

10         A.   I'm unfamiliar with this page here.

11         Q.   Is there some sort of equipment cost

12    that's passed from J.B. Hunt to Mountain Valley?

13         A.   Not that I'm aware of.  I'm assuming,

14    you know, since J.B. Hunt buys the trucks and

15    trailers and uses them for the purposes of

16    Mountain Valley, I'm assuming that is the

17    amortized cost.  I'm guessing.

18         Q.   Let's go ahead and read this last

19    sentence for the record.  Let me --

20         A.   Agreement --

21         MR. CUMMINGS:  Objection to form.  Relevancy.

22    Prejudice.

23         MR. HANNA:  Mr. Cummings, how are you

24    prejudiced by him reading this on the record?

25         MR. CUMMINGS:  I just stated that.  You
```

Trevor Rogers Volume II
November 22, 2023

```
 1   are -- it's prejudiced by unfounded term
 2   shipper, that it's misleading, and it's -- in
 3   addition to being completely irrelevant to any
 4   particular issue in the case.
 5        MR. HANNA:  How is the term unfounded if it's
 6   defined in the agreement?
 7        MR. CUMMINGS:  You have not related the --
 8   it's not defined.  There's no definition section
 9   in the agreement that you have referred to.
10   BY MR. HANNA:
11        Q.   Mr. Rogers, do you have any doubt in
12   your mind that the term shipper in this
13   agreement is referring to Mountain Valley?
14        MR. CUMMINGS:  Objection.  Form.
15        THE WITNESS:  No, sir.  I believe the very
16   first line of the -- of this contract says
17   Mountain Valley will be stated as shipper the
18   rest of this contract.
19   BY MR. HANNA:
20        Q.   Okay.  Can you read this -- these two
21   sentences for the record?  And I have a couple
22   of final questions for that -- on that point.
23        MR. CUMMINGS:  Same objections.  Form.
24   Prejudice.  Relevancy.
25        THE WITNESS:  "If the agreement or the
```

Trevor Rogers Volume II
November 22, 2023

1   schedule series terminates or is canceled at any

2   time for any reason, then shipper shall be

3   liable to J.B. Hunt for any portion of the

4   start-up cost yet to be amortized as calculated

5   from the table above."

6   BY MR. HANNA:

7       Q.   And here, again, shipper is referring

8   to Mountain Valley, correct?

9       MR. CUMMINGS:  Objection.

10      THE WITNESS:  Yes, sir.

11  BY MR. HANNA:

12      Q.   Okay.  And so it seems to me that this

13  is referring to a start-up cost for getting

14  things going.  And if the shipper, Mountain

15  Valley, was to terminate the contract early,

16  then some of these start-up costs for getting

17  the operation going will be passed on to them.

18  Is that an accurate understanding of what that

19  means?

20      MR. CUMMINGS:  Objection.  Calls for

21  speculation.

22      THE WITNESS:  That is my assumption as well.

23  BY MR. HANNA:

24      Q.   All right.  For the equipment

25  agreement, let's -- can you read the first

Trevor Rogers Volume II
November 22, 2023

1    sentence for the record?

2        MR. CUMMINGS:  Objection.  Form.  Relevancy.

3    Prejudice.

4        THE WITNESS:  "When J.B. Hunt or anyone

5    acting under J.B. Hunt's direction utilizes

6    shipper-owned or leased trailers or tractors,

7    including tractors or trailers currently leased

8    by shipper, herein after equipment, during the

9    term of the agreement in performing deliveries,

10   the following provisions shall apply."

11   BY MR. HANNA:

12       Q.   Okay.  So this provision and agreement

13   is concerning how -- the terms for when J.B.

14   Hunt uses shipper-owned or leased trailers or

15   tractors, right?

16       A.   Yes.

17       MR. CUMMINGS:  Objection.

18       THE WITNESS:  Yes, sir.  I believe that's

19   what this says.

20   BY MR. HANNA:

21       Q.   Okay.  And, again, shipper here is

22   referring to Mountain Valley, correct?

23       MR. CUMMINGS:  Objection.

24       THE WITNESS:  Yes, sir.

25   BY MR. HANNA:

Trevor Rogers Volume II
November 22, 2023

1       Q.    Is that right?  Okay.  If you can read

2    on the next page, H, it says -- can you read H

3    for the record, the first sentence?

4       MR. CUMMINGS:  Objection.  Form.  Prejudice.

5    Relevancy.

6       THE WITNESS:  "Shipper will procure and

7    maintain at its sole cost and expense the

8    following insurance coverage."

9    BY MR. HANNA:

10      Q.    Okay.  And the shipper, again, is

11   Mountain Valley, correct?

12      A.    Yes, sir.

13      MR. CUMMINGS:  Objection.

14   BY MR. HANNA:

15      Q.    And so here this provides that the

16   shipper, Mountain Valley, will maintain

17   commercial general liability insurance coverage;

18   is that right?

19      MR. CUMMINGS:  Objection.

20      THE WITNESS:  Yeah.  I believe that's what

21   that says, yes.

22   BY MR. HANNA:

23      Q.    Okay.

24      A.    It might be referring to the very

25   beginning of this whole section, too, with their

Trevor Rogers Volume II
November 22, 2023

1   leased equipment and stuff like that.  I don't

2   know.

3       Q.   Yeah.  I think that's right.  I

4   think --

5       A.   No longer has -- yeah.  They don't have

6   equipment that we lease or anything like that

7   anymore, so.

8       Q.   We talked about that earlier with --

9   right?

10      A.   Yeah.  Just those tankers, yes, sir.

11      Q.   Tankers, right.  Okay.  I may be done.

12  Let's go off the record for a few minutes.

13      MR. CUMMINGS:  No objection.

14      THE VIDEOGRAPHER:  I'm sorry, Counsel.  Would

15  you like to go off the record?

16      MR. MITCHALS:  I have no objection.

17      MR. CUMMINGS:  No objection.

18      THE VIDEOGRAPHER:  Okay.  The time is 1920

19  UTC.  We're off the record.

20              (Short break taken.)

21      THE VIDEOGRAPHER:  We are back on the record.

22  The time is 1908 UTC.

23      MR. HANNA:  I have no further questions,

24  Mr. Rogers.  Thank you for your time.

25      MR. CUMMINGS:  I have some questions,

Trevor Rogers Volume II
November 22, 2023

```
 1    Mr. Rogers.

 2                    Examination

 3               By Mr. Cummings

 4        Q.   I'd like to refer you back to the

 5    Exhibit 5 we've been speaking about today, the

 6    dedicated contract services transportation

 7    agreement.  Mr. Rogers, did you participate in

 8    the drafting of this agreement?

 9        A.   No, sir.

10        Q.   Excuse me?  I'm sorry.  I didn't hear

11    you.

12        A.   No, sir.

13        Q.   Did you participate in the negotiation

14    of this agreement?

15        A.   No, sir.

16        Q.   When did you first become aware of this

17    agreement?

18        A.   I had knowledge that there was one, but

19    the first time I had seen it in full was today.

20        Q.   Had you seen it in part before?

21        A.   I'd seen snippets or screenshots of

22    various sections.

23        Q.   When did you see those?

24        A.   Over the course of my eight years with

25    Mountain Valley as our customer.
```

Trevor Rogers Volume II
November 22, 2023

1       Q.    Okay.  Have you seen other dedicated

2    contract services transportation agreements with

3    other customers of J.B. Hunt?

4       A.    I've seen portions of those as well.

5       Q.    Did you participate in the drafting of

6    any of those other agreements?

7       A.    No, sir.

8       Q.    Did you participate in the negotiation

9    of any of those agreements?

10      A.    No, sir.

11      Q.    Do you have a direct knowledge of the

12   meaning of any of the terms in the dedicated

13   contract services agreement between J.B. Hunt

14   and Mountain Valley?

15      MR. HANNA:  Objection to these questions to

16   the extent it's asking a corporate

17   representative of knowledge in his personal

18   capacity.  This is -- he's a corporate

19   representative, Mr. Cummings.  He's not

20   testifying in his personal capacity.  He's

21   testifying on behalf of J.B. Hunt.

22      MR. CUMMINGS:  I understand.  And I --

23   BY MR. CUMMINGS:

24      Q.    Do you need me to repeat the question,

25   Mr. Rogers?

Trevor Rogers Volume II
November 22, 2023

1        A.   Yes, please.

2        Q.   Do you have any direct knowledge of the

3    meaning of any of the terms in the dedicated

4    contract services agreement -- transportation

5    agreement between J.B. Hunt and Mountain Valley?

6            MR. HANNA:  Objection.  Vague.  Misleading.

7    And confusing to the extent it's asking him in

8    his personal capacity.  If he has knowledge, or

9    if J.B. Hunt has knowledge.  If you can --

10   Counsel, if you can clarify that if --

11           MR. CUMMINGS:  No.  I'm asking -- no.  My

12   question stands.

13   BY MR. CUMMINGS:

14       Q.   Do I need to repeat it again,

15   Mr. Rogers?

16           MR. HANNA:  Okay.  Same objection.

17           THE WITNESS:  No.  Are there any particular

18   terms --

19   BY MR. CUMMINGS:

20       Q.   I mean particularly for -- I'll ask

21   it -- do you have any direct knowledge what the

22   term shipper means in the agreement that we're

23   discussing between J.B. Hunt and Mountain

24   Valley?

25           MR. HANNA:  Objection to the extent it's

Trevor Rogers Volume II
November 22, 2023

1    asking him in his personal capacity as he is --

2    Mr. Trevor [sic] is not testifying in his

3    personal capacity today but as a corporate

4    representative.  Subject to that, you can

5    answer.

6        THE WITNESS:  Shipper to me just means where

7    we're picking the load up at.

8    BY MR. CUMMINGS:

9        Q.   And where did you come by with the

10   meaning that you just stated for the term

11   shipper?

12       MR. HANNA:  Objection.  Form.  To the extent

13   this is asking the witness of a definition in

14   his personal capacity as opposed to him being a

15   corporate representative.

16       THE WITNESS:  Just being in transportation

17   for the last 11 years, that is very common to

18   refer to as shipper and receiver.

19   BY MR. HANNA:

20       Q.   Have you any information as to whether

21   or not the use of the term shipper in the

22   agreement of the Exhibit 5 corresponds to that

23   definition that -- or the meaning that you just

24   stated?

25       MR. HANNA:  Again, objection.  Form.

Trevor Rogers Volume II
November 22, 2023

 1    Misleading.  And it also conflates the personal

 2    knowledge of the individual witness as opposed

 3    to the corporation's personal knowledge is.

 4    Subject to it, you can answer.

 5        THE WITNESS:  Can you restate the question,

 6    please?

 7        MR. CUMMINGS:  Okay.  I'll start over.

 8    BY MR. CUMMINGS:

 9        Q.   Have you been informed as to what the

10    meaning of the term in the agreement that we

11    discussed today between Mountain Valley and J.B.

12    Hunt?

13        MR. HANNA:  Objection.  Form because it's

14    vague and ambiguous as it relates to whether

15    defendant's counsel is asking for his personal

16    understanding and meaning as opposed to the

17    personal knowledge of the corporation.

18    Mr. Rogers is here testifying as the

19    corporation.  The corporation is an entity.

20    It's not a person, and that's why we have a

21    corporate representative.  But you're asking him

22    about his personal knowledge and not the

23    corporation's knowledge.

24        MR. CUMMINGS:  Mr. Hanna, there's no reason

25    to go over these long explanations.  Your

Trevor Rogers Volume II
November 22, 2023

1    objection is only slowing down the process and

2    making it very difficult because I have to keep

3    on repeating the question to the witness.

4         MR. HANNA:  Just for the record, I'm not

5    trying to slow down the process, Mr. Cummings.

6    But some objections, as you know, are waived if

7    they're not specifically articulated, and I

8    would hate for there to be an argument that I've

9    waived these objections.  But if you'd like it

10   to be a -- if you would like, I can make a

11   standing objection if you'll stipulate that it

12   applies to this entire line of questioning that

13   these questions are vague, ambiguous, and

14   improper because they're asking the witness of

15   his personal knowledge as opposed to the

16   corporation's personal knowledge and he's

17   serving as a corporate representative.  If

18   you'll agree to stipulate that this objection

19   applies to all of these questions, I won't make

20   it again.

21        MR. CUMMINGS:  Yes.  I'll agree and stipulate

22   that you are making the objection to all these

23   questions.

24        MR. HANNA:  Okay.

25        MR. CUMMINGS:  Court Reporter, could you

Trevor Rogers Volume II
November 22, 2023

1    please repeat the question.

2                    (Record read back.)

3         THE WITNESS:  No.  I've not been informed of

4    the definition of shipper.

5    BY MR. CUMMINGS:

6         Q.   Today as the corporate witness of J.B.

7    Hunt, are you testifying on behalf of J.B. Hunt

8    as to the meaning of the term shipper in the

9    agreement between J.B. Hunt and Mountain Valley?

10        A.   No, sir.

11        MR. HANNA:  Objection.  Form.  Calls for

12   speculation.

13        THE WITNESS:  No, sir.

14   BY MR. CUMMINGS:

15        Q.   In your -- performing your duties for

16   J.B. Hunt as the manager on-site at Mountain

17   Valley, have you had cause to refer to this

18   agreement, Exhibit 5, in the course of your

19   duties?

20        A.   Like I said, not in its entirety; like

21   I've never seen the whole document at once.  But

22   I -- portions of it at times, yes.

23        Q.   Which portions have those been?

24        A.   Probably the contingent time or the

25   rates that we talked about, just reminder of the

Trevor Rogers Volume II
November 22, 2023

1    rates or the number of assets, number of trucks

2    and trailers, that sort of thing.

3         Q.    Excuse me one second.  I'm checking

4    something.  Have you ever participated in the

5    drafting of any agreement between J.B. Hunt and

6    its customers?

7         MR. HANNA:  Same objection.

8         THE WITNESS:  No, sir.

9    BY MR. CUMMINGS:

10        Q.    Have you ever been informed of the

11   meaning of any of the terms in any of the

12   agreements between J.B. Hunt and its customers?

13        MR. HANNA:  Same objection.

14        THE WITNESS:  No, sir.  I've not participated

15   at all, so I have not been informed, no, sir.

16        MR. CUMMINGS:  Okay.  I think I'm done.  Let

17   me go off the record for just one minute, very

18   shortly, less than -- not five minutes or

19   anything, just about a minute or so if that's

20   okay with everyone.

21        MR. HANNA:  Yes, sir.

22        MR. MITCHALS:  No objection.

23        THE VIDEOGRAPHER:  Going off the record.  The

24   time is 1918 UTC.

25                      (Short break taken.)

Trevor Rogers Volume II
November 22, 2023

```
 1       THE VIDEOGRAPHER:  We are back on the record.

 2   The time is 1920 UTC.

 3       MR. CUMMINGS:  I have a couple more

 4   questions.

 5   BY MR. CUMMINGS:

 6       Q.   Mr. Rogers, as the corporate

 7   representative today of J.B. Hunt, do you

 8   have -- do you have any knowledge or position as

 9   to whether the agreement between J.B. Hunt and

10   Mountain Valley has any effect or applicability

11   to the relationship between Mountain Valley and

12   defendant Absopure?

13       A.   Has no correlation that I'm aware of.

14       Q.   I have no further questions at the

15   moment.

16              Re-Examination

17            By Mr. Hanna

18       Q.   Okay.  Mr. Rogers, when you were being

19   questioned by Mr. Cummings a minute ago and you

20   advised you didn't participate in drafting the

21   agreement or negotiating, were you referring to

22   you, yourself, Mr. Rogers, weren't involved in

23   that process, or were you saying -- were you

24   testifying on behalf of J.B. Hunt meaning J.B.

25   Hunt wasn't involved in that process?
```

Trevor Rogers Volume II
November 22, 2023

1      A.   Just myself.

2      Q.   Okay.  You understand that J.B. Hunt

3   was obviously involved in that process as a

4   corporate entity, right?

5      A.   Sure, yes.

6      Q.   And you're here testifying as a

7   corporate representative, correct?

8      A.   Yes, sir.

9      Q.   And when you mentioned that you first

10  became aware of this agreement, I think you said

11  today or yesterday, you were referring to you,

12  yourself, in your personal capacity, Mr. Rogers.

13  That was the first time you saw the complete

14  agreement, right?

15     A.   That's correct.

16     Q.   You're not saying that the -- J.B. Hunt

17  just became aware of this agreement today or

18  yesterday, right?

19     A.   No, sir.

20     Q.   Okay.  And I think -- no further

21  questions for me.

22     MR. CUMMINGS:  Just a couple of follow-ups to

23  counsel's questions.

24

25

Trevor Rogers Volume II
November 22, 2023

1                    Re-Examination

2                  By Mr. Cummings

3          Q.    Then to be clear, as the corporate

4     representative of J.B. Hunt, are you providing

5     any testimony today as to how the agreement

6     between J.B. Hunt and Mountain Valley was

7     drafted?

8          A.    No, sir.

9          Q.    In the same vein as the corporate

10    representative, are you providing any testimony

11    today as to how the agreement between Mountain

12    Valley and J.B. Hunt was negotiated?

13         A.    No, sir.

14         Q.    As the corporate representative of J.B.

15    Hunt, are you providing any testimony today as

16    to the meaning of the terms within the agreement

17    between J.B. Hunt and Mountain Valley?

18         MR. HANNA:  Objection.  Form.  Vague.

19    Ambiguous.

20         THE WITNESS:  No, sir.

21    BY MR. CUMMINGS:

22         Q.    In particular, as the corporate

23    representative of J.B. Hunt, are you providing

24    any testimony today as to the meaning of the

25    term shipper in the agreement between J.B. Hunt

Trevor Rogers Volume II
November 22, 2023

```
 1    and Mountain Valley?
 2         MR. HANNA:  Objection.  Asked and answered.
 3         THE WITNESS:  No, sir.  I only know what it
 4    means to me.
 5         MR. CUMMINGS:  Okay.  I have no further
 6    questions at this time.
 7         MR. HANNA:  I have one more.
 8                      Re-Examination
 9                      By Mr. Hanna
10         Q.  We've talked about the meaning of
11    shipper ad nauseam in this agreement.  I just
12    want to be clear.  What does the term shipper,
13    for purposes of this agreement, refer to and
14    mean?
15         MR. CUMMINGS:  Objection.  He just testified
16    that he's not, as the corporate representative,
17    that he is not providing meaning of the term or
18    its definition --
19         MR. HANNA:  Counsel, this isn't proper.  This
20    is not an objection --
21         MR. CUMMINGS:  Objection to form.  Relevance.
22    And prejudice.
23         MR. HANNA:  Thank you.
24    BY MR. HANNA:
25         Q.  Mr. Rogers, we've ad nauseam spoke of
```

Trevor Rogers Volume II
November 22, 2023

1    the term shipper.  What does the term shipper

2    refer to in this contract?

3        A.   In this contract shipper refers to

4    Mountain Valley.

5        MR. HANNA:  No further questions.

6        MR. CUMMINGS:  Then I have one more follow-up

7    question.

8                      Re-Examination

9                      By Mr. Cummings

10       Q.   In the contract between -- Mr. Rogers,

11   in the contract between J.B. Hunt and Mountain

12   Valley, are you testifying that -- is there --

13   does the reference of shipper to Mountain Valley

14   in the agreement have any other meaning simply

15   as a short-hand term for Mountain Valley?

16       A.   That's the meaning as I see it.  It's a

17   shorter way to say Mountain Valley throughout

18   the entire contract.

19       Q.   And to follow up, so does the term

20   shipper in the contract then, referring to

21   Mountain Valley, have a meaning in the

22   contract -- again, you're testifying as

23   corporate representative -- as to the role or

24   relationship other than being -- a reference to

25   Mountain Valley itself, does it have any further

Trevor Rogers Volume II
November 22, 2023

1    meaning as to the role or relationship or duties

2    of Mountain Valley in the contract?

3         A.   To my knowledge it does not.

4         Q.   Okay.

5         MR. HANNA:  I have one more question.

6                      Re-Examination

7                      By Mr. Hanna

8         Q.   I'm glad the jury is going to get to

9    see this, and I think it's important for the

10   jury to see this.  You could have called

11   Mountain Valley anything on here.  J.B. Hunt

12   chose to call Mountain Valley the shipper; isn't

13   that right?  That's what they chose to refer to

14   them in this contract; isn't that right?

15        MR. MITCHALS:  Objection.

16        MR. CUMMINGS:  Objection.

17   BY MR. HANNA:

18        Q.   Okay. This contract refers to Mountain

19   Valley as shipper, does it not?

20        A.   It does.

21        MR. CUMMINGS:  Objection.

22   BY MR. HANNA:

23        Q.   Was that a random word?  Did we just --

24   why don't we just call them water bottle?  Why

25   don't we just call them iPhone?  They called

Trevor Rogers Volume II
November 22, 2023

```
1    them shipper in this contract, right?
2         A.   Yes, sir.
3         Q.   Do you think there's no purpose,
4    there's no rhyme or reason?  It was just they
5    randomly picked a name out of the hat and they
6    said let's call them shipper?  Or do you --
7         MR. CUMMINGS:  Objection.
8    BY MR. HANNA:
9         Q.   -- why they're calling them shipper in
10   this contract?
11        MR. MITCHALS:  Objection.  Form.
12        MR. CUMMINGS:  Objection.  Form.  Asked and
13   answered.
14   BY MR. HANNA:
15        Q.   You can answer.
16        A.   I'm not sure why they -- I didn't draft
17   the contract, so I'm not sure why they referred
18   to them as that.
19        Q.   Why do you believe they referred to
20   them as shipper in this contract?
21        MR. CUMMINGS:  Objection.  Calls for personal
22   and not corporate testimony.
23        MR. MITCHALS:  Objection.  Form.
24   BY MR. HANNA:
25        Q.   You can answer.
```

Trevor Rogers Volume II
November 22, 2023

1      A.   I believe because that's where all the

2  loads would ship from.  So that's how we

3  referred to it in manager roles as the shipper

4  as where the load picks up from.

5      Q.   Very good.  Thank you, Mr. Rogers.

6      MR. CUMMINGS:  And then follow up on that.

7                   Re-Examination

8                   By Mr. Cummings

9      Q.   So, again, to confirm, Mr. Rogers, when

10  he asked you about your understanding of the

11  term shipper in the contract, your testimony was

12  to your personal belief and not as to J.B.

13  Hunt's understanding or interpretation of that

14  term; is that correct?

15      A.   That is correct.  Because I did not

16  have anything to do with drafting this.

17      Q.   Okay.  That's --

18      MR. HANNA:  One more question then.

19                   Re-Examination

20                   By Mr. Hanna

21      Q.   Mr. Rogers, is it your testimony that

22  J.B. Hunt as an entity doesn't know what the

23  term shipper means, or you personally sitting

24  here today are not sure?

25      A.   Well, I've given you my personal

Trevor Rogers Volume II
November 22, 2023

```
1    definition of a shipper, but I don't know what

2    their definition of a shipper would be.

3         Q.   But you're not testifying that J.B.

4    Hunt, as a corporate entity, does not know what

5    the term shipper means, right?

6         A.   I would assume not, no, sir.  I'm sure

7    they know what a shipper means.

8         Q.   Your attorneys, who are employment

9    lawyers, do you assume that they understand what

10   the term shipper means?

11        MR. MITCHALS:  Objection.  Form.

12        MR. CUMMINGS:  Objection.  Form.

13        MR. HANNA:  He's a corporate representative.

14   BY MR. HANNA:

15        Q.   You can answer, sir.

16        MR. CUMMINGS:  But you're asking him in his

17   personal capacity, so, again.

18   BY MR. HANNA:

19        Q.   Okay.  In your corporate capacity, does

20   J.B. Hunt, as a corporate entity, understand

21   what the term shipper means?

22        A.   I believe they would have the same

23   definition as I do.

24        Q.   And it seems to me what you're telling

25   us is today in your personal capacity, you're
```

Trevor Rogers Volume II
November 22, 2023

1    not sure of the -- you know, no further

2    questions.  Thank you.

3        MR. CUMMINGS:  Court Reporter, could you

4    please do me a favor and read back the question

5    and answer, this last question and answer.

6                    (Record read back.)

7        MR. CUMMINGS:  Follow-up question.

8                    Re-Examination

9                    By Mr. Cummings

10       Q.   Mr. Rogers, it's your belief that J.B.

11   Hunt would have the same definition as you do as

12   testimony in your personal capacity, correct?

13       A.   Could you restate that?

14       Q.   In your last answer you said you

15   believe -- and I don't mean to put words in your

16   mouth.  I'm just doing my best to restate your

17   last answer.  You said you believe that J.B.

18   Hunt, as a corporation, would have the same

19   definition as you.  And I'm saying your

20   statement of your belief is your statement of

21   your belief, Mr. Rogers, rather than any

22   statement on behalf of the corporation; is that

23   correct?

24       MR. HANNA:  Objection.  Form.  Vague.

25   Ambiguous.  Confusing.

Trevor Rogers Volume II
November 22, 2023

```
 1        THE WITNESS:  Yes, sir.  I believe anybody

 2   who works in the industry would use the

 3   definition the same way I do.

 4   BY MR. CUMMINGS:

 5        Q.   Again, and your belief that you just

 6   stated is your personal belief, correct?

 7        A.   That is correct, yes, sir.

 8        Q.   And, again, just to -- so not

 9   everybody's confused in here --

10        MR. HANNA:  Objection.

11   BY MR. CUMMINGS:

12        Q.   -- even though you have that personal

13   belief --

14        MR. HANNA:  Narrative.

15   BY MR. CUMMINGS:

16        Q.   -- you are not testifying today as to

17   why -- as a corporate representative as to why

18   J.B. Hunt used the term shipper in this

19   agreement; is that correct?

20        MR. HANNA:  Objection.  Misstates prior

21   testimony.

22        THE WITNESS:  I'm unaware of why they would

23   use that term in particular.

24   BY MR. CUMMINGS:

25        Q.   And so I'm just -- as the
```

Trevor Rogers Volume II
November 22, 2023

1    representative of J.B. Hunt, you are saying

2    today that you're not providing testimony as to

3    why J.B. Hunt -- not you, personally, but as the

4    representative of J.B. Hunt -- you are not

5    stating today why J.B. Hunt chose to use the

6    term shipper in the agreement between Mountain

7    Valley and J.B. Hunt?

8        A.   I can tell you why I think they chose

9    that term, but I don't know exactly why that

10   term was chosen.

11       Q.   Okay.  No further questions at this

12   point.

13       MR. HANNA:  Why don't we let him answer that.

14                  Re-Examination

15                    By Mr. Hanna

16       Q.   Why do you think they used that term,

17   Mr. Rogers?

18       MR. CUMMINGS:  Objection.  Calls for

19   speculation.

20       THE WITNESS:  Because that's where the load

21   ships from.

22   BY MR. HANNA:

23       Q.   Right.  The load ships from the

24   shipper, right?

25       MR. CUMMINGS:  Objection.

Trevor Rogers Volume II
November 22, 2023

```
1        THE WITNESS:  That's the way we typically

2   define shipper is where the load ships from.

3   BY MR. HANNA:

4        Q.   No further questions.  Thank you for

5   your time, Mr. Rogers.

6                    Re-Examination

7                    By Mr. Cummings

8        Q.   And, again, to confirm, your belief as

9   to the meaning of the term is not a statement on

10  your -- as a corporate representative as to why

11  J.B. Hunt did, in fact, use the term in the

12  agreement?

13       A.   Right.  I was giving my personal

14  opinion as to why that term was used.

15       Q.   Okay.

16       A.   That's what I stated before.

17       Q.   Okay.

18       MR. MITCHALS:  Any other questions, Counsel?

19       MR. HANNA:  Yeah, one more.

20                    Re-Examination

21                    By Mr. Hanna

22       Q.   Is there any other industry standard

23  definition of the word shipper that you're aware

24  of?

25       A.   No, sir.  I'm not even sure what the
```

Trevor Rogers Volume II
November 22, 2023

 1    industry standard definition of shipper is.  I

 2    just know what my personal definition is.

 3        Q.   How long have you been in this

 4    industry?

 5        A.   11 years.

 6        Q.   I mean it's a little comical.  Have you

 7    heard or used the term shipper to mean anything

 8    other than what it's being used here for, to

 9    define as the person, the entity you're getting

10    something and shipping it for?

11        A.   That is typically how it's used, yes,

12    sir.

13        Q.   All right.  No further questions.

14        MR. CUMMINGS:  Then to follow up one more

15    question.

16        MR. MITCHALS:  Counsel, just for purposes of

17    the record, I'll state that this line of

18    questioning is bordering on harassment of the

19    witness.  You guys are more than entitled to ask

20    questions to Mr. Rogers, but we're getting to a

21    head.

22        MR. CUMMINGS:  Okay.  Well, then we'll end

23    there.

24        MR. HANNA:  Thank you for your time,

25    Mr. Rogers, I appreciate it.

Trevor Rogers Volume II
November 22, 2023

1          THE VIDEOGRAPHER:  Going off the video record

2    at 1934 UTC.

3          MR. HANNA:  E-tran.

4          MR. CUMMINGS:  For us as well, please.

5                          (Witness excused.)

6                      * * * * * *

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    STATE OF ILLINOIS )
                      )  SS.
2    COUNTY OF COOK   )

3

4              I, LAURA MUKAHIRN, Certified

5    Shorthand Reporter and Notary Public in and for

6    the County of Cook, State of Illinois, do hereby

7    certify that on November 22, 2023, the

8    deposition of the witness, TREVOR ROGERS, called

9    by the Plaintiff, was taken before me, reported

10   stenographically, and was thereafter reduced to

11   typewriting under my direction.

12             The said deposition was taken

13   remotely, and there were present counsel as

14   previously set forth.

15             The said witness, TREVOR ROGERS, was

16   first duly sworn to tell the truth, the whole

17   truth, and nothing but the truth, and was then

18   examined upon oral interrogatories.

19             I further certify that the foregoing

20   is a true, accurate, and complete record of the

21   questions asked of and answers made by the said

22   witness, TREVOR ROGERS, at the time and place

23   hereinabove referred to.

24             The undersigned is not interested in

25   the within case, nor of kin or counsel to any of

Trevor Rogers Volume II
November 22, 2023

1    the parties.

2              Witness my official signature in and

3    for the County of Cook, State of Illinois, on

4    this 24th day of November A.D., 2023.

5

6

7

8

9    _____

     LAURA MUKAHIRN, CSR, RPR, CRR
10   CSR NO. 084-003592

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Exhibits**

EX 0005 Trevor
Rogers 112223
  118:24
  122:21,23,24
  166:5 169:22
  172:18

**1**

1
  132:12 136:1
  142:11 148:4
10
  146:5 157:18
102
  129:8
11
  169:17 187:5
11:59
  148:5
12
  148:8
14
  141:10
18-page
  147:24
1802
  119:2
1816
  131:11
1822
  131:14
1908
  165:22
1918
  173:24

1920
  165:18 174:2
1934
  188:2

**2**

2
  136:3 138:5
2013
  141:10
2021
  126:5 148:4
2023
  119:2 122:17
  148:6
21
  122:17
22nd
  119:2
2A
  137:15
2B
  148:8

**3**

3
  138:8
3-
  122:7
31
  148:6

**4**

4
  126:5
  138:21,23
  142:19

4-
  122:7

**5**

5
  122:21,24
  142:6,21
  166:5 169:22
  172:18
5-
  122:7

**6**

6-year-long
  122:7

**7**

7
  144:6 147:24

**8**

8
  145:4
8A
  145:5

**A**

abbreviation
  127:7
abbreviations
  127:20
above
  133:20 162:5
Absopure
  119:10,17
  126:18 128:9
  129:19,23

130:3,12
145:15,16
174:12
Absopure's
  154:20
accordance
  138:18
accounts
  159:25
accuracy
  143:20
accurate
  123:20
  162:18
acting
  163:5
actual
  144:14
ad
  177:11,25
added
  158:11,12
addition
  161:3
adequate
  121:7
adjustment
  158:17
admission
  124:7,9
admit
  124:2
advise
  124:20
advised
  174:20
agents
  144:21

ago
  134:10
  174:19

agree
  119:4 130:11
  171:18,21

agreed
  149:22

agreement
  120:13,19
  122:9,16
  123:7,8,22
  126:17 137:4
  144:13
  145:8,10,18,
  21 146:3,13,
  25 147:6,10,
  15,18 148:9,
  12 149:1
  159:6 160:20
  161:6,9,13,
  25 162:25
  163:9,12
  166:7,8,14,
  17 167:13
  168:4,5,22
  169:22
  170:10
  172:9,18
  173:5 174:9,
  21 175:10,
  14,17 176:5,
  11,16,25
  177:11,13
  178:14
  184:19 185:6
  186:12

agreements
  121:2,12,18,
  25 126:13
  167:2,6,9
  173:12

agrees

ahead
  132:25
  138:13,22,24
  139:17 142:5
  151:9 157:21
  160:18

ambiguity
  124:11
  132:17

ambiguous
  121:8 170:14
  171:13
  176:19
  183:25

amortized
  160:8,17
  162:4

amount
  142:12,15,
  16,20,21,22,
  23 154:8,19

answer
  121:15
  130:17
  131:3,5
  132:6 134:19
  139:19 169:5
  170:4
  180:15,25
  182:15
  183:5,14,17
  185:13

answered
  126:20 177:2
  180:13

anticipate
  125:15

anybody
  146:3 184:1

anymore
  141:3 165:7

anyone
  163:4

appearances
  119:12

appears
  126:7 127:9
  132:8 140:21
  144:23 145:3
  158:24

applicability
  174:10

applicable
  137:21
  152:12
  153:2,5,25
  154:4,25
  155:5

applies
  171:12,19

apply
  163:10

appreciate
  187:25

approves
  136:2

argument
  171:8

Arkansas
  155:17,18
  156:2 157:24

arrange
  131:22 132:9

articulated
  171:7

asked
  177:2 180:12
  181:10

asking
  167:16
  168:7,11
  169:1,13
  170:15,21
  171:14
  182:16

assets
  173:1

assign
  145:7,18,20

assigned
  145:11 146:3

assist
  146:23

assume
  182:6,9

assuming
  142:15
  160:13,16

assumption
  162:22

attempt
  125:5

attorney
  120:11
  122:14 126:1

attorneys
  128:2 182:8

Audio
  119:2

authenticated
  124:3

authenticating
  124:17

authentication
  125:3,8,18,
  19,21

authenticity

125:20

**auto**
142:14

**automatically**
147:19 148:6

**automobile**
142:13
143:4,12

**autos**
142:14

**available**
133:6

**avoid**
153:20

**aware**
122:14
125:25 126:8
129:6 131:3
143:22 144:4
146:2 160:13
166:16
174:13
175:10,17
186:23

_____

**B**

**back**
120:10
131:13 149:8
153:18
154:24
155:7,13,14,
16,18 156:2,
12,13 165:21
166:4 172:2
174:1 183:4,
6

**base**
150:11,14,17

**based**

157:24 159:3
160:2

**basically**
139:20
153:16

**basis**
121:7 132:1

**begin**
133:1

**beginning**
164:25

**begins**
132:14 133:1
135:23
136:24
137:16
147:25

**behalf**
119:15,16,18
167:21 172:7
174:24
183:22

**belief**
181:12
183:10,20,21
184:5,6,13
186:8

**believe**
122:7 126:20
134:20
137:11
149:13,21
152:17
161:15
163:18
164:20
180:19 181:1
182:22
183:15,17
184:1

**best**
122:2 128:4

136:21 141:9
143:8 183:16

**better**
138:6

**bigger**
122:22

**bill**
133:13
137:1,8
147:3,6
150:14,16
154:10 159:3
160:2,4

**billable**
150:13

**billed**
151:22
159:17

**billing**
138:9 151:16

**bills**
137:5

**bit**
122:22

**border**
153:24

**bordering**
187:18

**bottle**
179:24

**bottles**
155:12

**break**
131:9,12
165:20
173:25

**brokered**
146:11

**Brooke**

119:21

**bulk**
141:23

**business**
121:3,19,20
122:1 124:21
126:9 131:24
138:6

**buy**
141:23

**buys**
160:14

_____

**C**

**calculated**
162:4

**Calculations**
137:16

**call**
135:11,18
179:12,24,25
180:6

**called**
119:25
179:10,25

**calling**
180:9

**Calls**
162:20
172:11
180:21
185:18

**canceled**
162:1

**capacity**
167:18,20
168:8 169:1,
3,14 175:12
182:17,19,25

183:12

**captures**
123:13

**care**
144:15

**cargo**
133:7 136:2,
17 142:21
144:6,13,25

**carrier**
127:1 133:5,
18,19 146:22
147:3

**case**
139:24
140:13 161:4

**caused**
144:19

**certain**
139:23
150:17
153:11 154:8

**certificate**
142:23,24
143:11,13,
23,24

**charge**
151:1,2,5,6,
8,9,13,14,
18,20,25
152:1,2,6,11
153:2,8
154:21
155:14,20,
21,23 159:14

**charged**
154:21

**charges**
153:9,18,25
154:4 159:19

**charging**
152:7,22

**checking**
173:3

**chose**
179:12,13
185:5,8

**chosen**
185:10

**claims**
144:7

**clarify**
168:10

**clause**
131:19

**clean**
130:8

**clear**
157:14 176:3
177:12

**clearer**
125:14

**come**
155:13 169:9

**comical**
187:6

**commercial**
164:17

**common**
134:5,13
169:17

**company**
119:10,17
126:18
129:19
130:3,13
155:15

**compensation**
137:16,19

138:8 142:16

**complete**
175:13

**completely**
161:3

**comprehensive**
142:11

**computers**
140:22

**conclusive**
135:25

**condition**
139:7,8,22
140:12

**confidential**
148:22

**confirm**
181:9 186:8

**conflates**
170:1

**conflict**
137:3,6

**confused**
184:9

**confusing**
168:7 183:25

**connection**
123:11
130:22

**consent**
145:8,19
146:1

**consignees**
133:6

**consistently**
128:13
156:17

**contents**

125:9,13

**contingent**
172:24

**continuation**
119:9

**continue**
119:3

**contract**
120:12,24
122:15
123:8,18,21
124:2
126:12,16,
21,24 127:6,
7,11,24
128:3,6,8,
11,14,18,25
129:8,16
130:3,12
131:17,23
133:22
134:1,10,15,
21 137:3,7,8
138:19
143:2,20
147:5 149:19
156:15,17
157:18
158:10
161:16,18
162:15 166:6
167:2,13
168:4 178:2,
3,10,11,18,
20,22 179:2,
14,18 180:1,
10,17,20
181:11

**contracts**
122:4,7

**contractual**
120:18
121:2,12,18,

24 122:9
123:7

**control**
137:4 144:15

**conversations**
119:7

**corporate**
119:19
120:16 124:4
128:7,12
167:16,18
169:3,15
170:21
171:17 172:6
174:6 175:4,
7 176:3,9,
14,22 177:16
178:23
180:22
182:4,13,19,
20 184:17
186:10

**corporation**
170:17,19
183:18,22

**corporation's**
170:3,23
171:16

**correct**
120:16 122:6
126:2,18,19,
22 127:23
130:2 132:11
133:24
136:7,22
138:3,20
140:18
141:17 143:9
150:13,20
151:11
152:9,21,25
153:20
154:16,23

158:8 160:5
162:8 163:22
164:11
175:7,15
181:14,15
183:12,23
184:6,7,19

**correctly**
158:21

**correlation**
174:13

**corresponds**
169:22

**cost**
148:18,24,25
149:6,9,10,
11,16,21,22
151:3 160:9,
11,17 162:4,
13 164:7

**costs**
158:25
162:16

**counsel**
119:11,21
124:1,21
165:14
168:10
170:15
177:19
186:18
187:16

**counsel's**
175:23

**countries**
154:2

**couple**
134:10,11
161:21 174:3
175:22

**course**

121:20 122:1
166:24
172:18

**court**
119:13
130:21 131:2
171:25 183:3

**coverage**
142:10 143:3
164:8,17

**coverages**
142:24

**created**
122:3

**credit**
154:25
155:8,24
159:13

**crossing**
153:25

**Cummings**
119:16
120:21
121:5,7,13,
21 124:5,10,
14,21 125:7,
12,22
127:13,17,22
129:1,13,22
130:5,6,15
132:4,15,17
134:7,17
135:14
136:8,12
137:10,18
138:2,11,25
139:13 142:7
143:15 144:9
146:8,17
148:2 156:8,
20 157:7,12,
19 158:3,9

159:1,9
160:21,23,25
161:7,14,23
162:9,20
163:2,17,23
164:4,13,19
165:13,17,25
166:3
167:19,22,23
168:11,13,19
169:8 170:7,
8,24 171:5,
21,25 172:5,
14 173:9,16
174:3,5,19
175:22
176:2,21
177:5,15,21
178:6,9
179:16,21
180:7,12,21
181:6,8
182:12,16
183:3,7,9
184:4,11,15,
24 185:18,25
186:7
187:14,22
188:4

**cure**
124:13
125:2,5

**cured**
124:19
125:1,4

**custody**
136:3,14,19
144:15

**customer**
119:8 120:24
128:18,24
129:24 142:1
152:12
153:15

Trevor Rogers Volume II
November 22, 2023

154:8,14
156:11
166:25

**customers**
121:4 141:18
167:3 173:6,
12

**cut**
131:5

---

D

**damage**
144:12,18,
19,24

**date**
148:4

**day**
134:22,25

**DCS**
131:24,25
137:17,19
138:15
144:17
146:12

**December**
148:6

**dedicated**
120:12
122:15
123:8,18,21
131:23
146:11 166:6
167:1,12
168:3

**defendant**
119:17
126:17
129:19
174:12

**defendant's**

170:15

**define**
186:2 187:9

**defined**
161:6,8

**definition**
161:8
169:13,23
172:4 177:18
182:1,2,23
183:11,19
184:3 186:23
187:1,2

**deliver**
141:25 154:1
155:11

**delivered**
133:7 152:3
155:15

**deliveries**
163:9

**delivery**
133:12

**delivery's**
136:18

**deposition**
120:8 122:5,
23 124:6,23
125:2,6

**described**
139:2

**desires**
131:21,24

**destination**
153:12

**destruction**
144:12,25

**detention**
154:10,11

**difficult**
171:2

**direct**
127:3 167:11
168:2,21

**direction**
163:5

**directly**
147:3,7

**disagree**
121:9 132:23

**disclose**
125:5

**discussed**
170:11

**discussing**
168:23

**disturbing**
130:23

**document**
123:4,15
125:9,21,25
126:4
129:11,18,25
130:12
172:21

**doing**
183:16

**dollar**
142:15,20,21

**dollars**
142:12

**doubt**
143:19
161:11

**draft**
180:16

**drafted**
176:7

**drafter**
128:6,11

**drafting**
166:8 167:5
173:5 174:20
181:16

**drive**
151:21
153:23

**driven**
150:17 160:1

**driver**
133:12,14,
16,18 134:23
135:5,24,25
154:3,7,17,
20 156:2

**drivers**
141:15
148:25
149:12,23
150:6,18
151:21
157:23

**driving**
141:15
153:17

**drop**
135:1

**dropping**
135:10

**due**
128:17 145:1

**duly**
120:1

**dunnage**
155:12

**duties**
139:24
172:15,19

179:1

---

**E**

E-TRAN
188:3

earlier
165:8

early
162:15

effect
146:21
174:10

efficient
139:7,8,22
140:11

eight
166:24

elaborate
139:19

electronically
122:25

employees
144:20 145:2
149:11

employer's
142:19

employment
148:18
149:6,9,10,
16,21,22
182:8

end
130:23
187:22

ended
131:4

entered
122:8

entire
134:15
171:12
178:18

entirety
172:20

entitled
187:19

entity
137:25
170:19 175:4
181:22
182:4,20
187:9

equipment
138:22
139:1,3,4,6,
9,16,17
140:1,2,3,5,
6,9,12,13,
16,20,24
151:4 157:9,
23 160:9,11
162:24 163:8
165:1,6

errors
123:12

essentially
148:23 149:5

established
126:15

everybody's
184:9

everyone
173:20

evidence
124:2,25
136:1

evidenced
133:4

evidencing
142:23

exactly
155:6 185:9

Examination
120:3 166:2

examined
120:1

exclusive
157:25

excuse
120:21
132:18
166:10 173:3

excused
188:5

executed
137:22

exercise
132:20

Exhibit
122:21,23
166:5 169:22
172:18

existence
125:8

expected
154:12

expense
164:7

expiration
148:15

explain
150:22,23
151:18,24
153:10 154:6
155:9 156:5
158:16,18,23
159:18

explained
152:18

explanations
170:25

extent
124:18,25
144:18
167:16
168:7,25
169:12

extra
154:18

eyes
147:11

---

**F**

facility
154:20

fact
128:20,22
129:4,5
186:11

failure
144:17

fair
123:20

familiar
150:24

favor
183:4

February
126:5

federal
124:24

figure
147:8 149:25

figures
148:20

fill
  141:25

final
  161:22

find
  155:16,17

finish
  124:16 130:7

first
  119:25 127:4
  132:12
  137:15 138:9
  144:7 145:5
  146:6 161:16
  162:25 164:3
  166:16,19
  175:9,13

five
  131:6,9
  173:18

fixed
  150:11,25
  151:2,5,8,15

follow
  178:19 181:6
  187:14

follow-up
  178:6 183:7

follow-ups
  175:22

following
  142:10
  157:8,23
  163:10 164:8

follows
  120:2

forget
  159:6

form
  121:5,6

127:13
137:2,10,18
138:2 142:7
143:15 144:9
146:8 159:1,
9 160:21
161:14,23
163:2 164:4
169:12,25
170:13
172:11
176:18
177:21
180:11,12,23
182:11,12
183:24

freight
  137:2

frequent
  153:6

fuel
  158:16,25
  159:2,7,14,
  16,19,23,24
  160:2,3

full
  166:19

furnish
  131:21 132:9

—————————
          G
—————————

general
  142:11
  164:17

getting
  162:13,16
  187:9,20

give
  125:14 131:6
  134:9 150:4
  155:8,18,24

given
  151:22
  181:25

giving
  186:13

glad
  179:8

going
  122:12,19
  123:10
  124:17
  125:15,16
  131:10
  162:14,17
  173:23 179:8
  188:1

good
  119:14
  120:5,6
  139:7,8,21
  140:11 181:5

goods
  136:18
  141:16 143:7
  144:1 150:18
  152:19 159:8

governed
  146:12,25
  147:14

great
  130:22

guess
  142:12
  152:14
  154:12

guessing
  160:17

Guy
  119:10

guys
  141:21

146:23
187:19

—————————
          H
—————————

Hanna
  119:14
  120:4,25
  121:6,9,10,
  14,23 123:2
  124:1,8,12,
  15,24
  125:10,17,
  23,24
  127:14,18
  128:1 129:2,
  17 130:1,6,
  10,16,21
  131:8,15
  132:5,16,21,
  24 134:8,18
  135:17
  136:9,13
  137:13,23
  138:4,12
  139:10,15
  143:1,18
  144:22
  146:14,19
  148:10
  156:14,23
  157:10,20
  158:5,14
  159:5,11
  160:23
  161:5,10,19
  162:6,11,23
  163:11,20,25
  164:9,14,22
  165:23
  167:15
  168:6,16,25
  169:12,19,25
  170:13,24
  171:4,24

Trevor Rogers Volume II
November 22, 2023

172:11
173:7,13,21
174:17
176:18
177:2,7,9,
19,23,24
178:5 179:5,
7,17,22
180:8,14,24
181:18,20
182:13,14,18
183:24
184:10,14,20
185:13,15,22
186:3,19,21
187:24 188:3

**happen**
155:21

**happy**
130:25

**harassment**
187:18

**hardwire**
131:7

**hat**
180:5

**hate**
171:8

**haul**
154:24
155:7,13,14

**hauled**
141:5,7

**hazardous**
153:1

**head**
187:21

**hear**
166:10

**heard**

158:21 187:7

**help**
138:6

**hereunder**
133:3 138:15
142:18

**highway**
153:17

**hire**
146:22

**hired**
142:14

**hiring**
146:24

**Hold**
151:7

**holder**
142:25
143:14,24

**honest**
150:3

**Hot**
157:24

**hourly**
150:6

**hours**
134:10
154:18,19

**Hunt**
119:9,19,22
120:24
121:1,11,17
122:8 123:19
126:11,16,
21,25
127:19,20
128:3,7
129:11
131:21
132:1,8

133:5,8,18,
22 136:2,5,
16,20 137:20
138:1,7,14,
16 139:2,6
140:24
142:9,22
143:3,5,10,
25 144:11,
16,20,23
145:20,23
147:8,13
150:2 151:9
152:7,22
153:16
154:17
157:6,22
158:25
159:10,12,
13,20,22
160:12,14
162:3 163:4,
14 167:3,13,
21 168:5,9,
23 170:12
172:7,9,16
173:5,12
174:7,9,24,
25 175:2,16
176:4,6,12,
15,17,23,25
178:11
179:11
181:22
182:4,20
183:11,18
184:18
185:1,3,4,5,
7 186:11

**Hunt's**
120:12,15
123:21 124:4
126:5 128:12
133:15 139:9
140:17

141:15
143:24
144:16
146:11
152:20 159:7
163:5 181:13

**Hunt-provided**
139:4

---

**I**

**identified**
129:20
130:13,18

**identifies**
129:12

**identify**
124:16

**important**
179:9

**improper**
171:14

**in-between**
147:2

**in-house**
119:21

**include**
142:13 143:5

**including**
163:7

**index**
148:17,18
149:5,24,25
150:2

**indicates**
143:10

**individual**
170:2

**industry**
134:14 184:2

186:22
187:1,4

**information**
150:22
169:20

**informed**
170:9 172:3
173:10,15

**initial**
148:5

**initially**
159:16

**instance**
128:24
155:21

**insurance**
142:4,10,11,
13,16,19,21,
23 143:3,4,
11,12,23,24
164:8,17

**interacts**
121:19

**international**
153:24

**interpretation**
181:13

**introduced**
122:24

**invoice**
138:14,17
159:24

**involved**
174:22,25
175:3

**iphone**
179:25

**irrelevant**
161:3

**issue**
161:4

**issues**
138:22 139:1

**items**
131:17

---

**J**

**J.B.**
119:9,19,22
120:12,15,24
121:1,11,17
122:8
123:19,21
124:4 126:5,
11,16,21,25
127:19,20
128:3,7,12
129:11
131:21,25
132:8 133:4,
8,15,18,22
136:2,5,16,
19 137:20,25
138:7,14,16
139:2,4,6,9
140:17,24
141:15
142:9,22
143:2,5,10,
24,25
144:11,15,
16,20,23
145:19,23
146:11
147:7,13
150:2 151:9
152:7,20,22
153:16
154:17
157:6,22
158:25
159:7,10,12,

20,22
160:12,14
162:3 163:4,
5,13 167:3,
13,21 168:5,
9,23 170:11
172:6,7,9,16
173:5,12
174:7,9,24
175:2,16
176:4,6,12,
14,17,23,25
178:11
179:11
181:12,22
182:3,20
183:10,17
184:18
185:1,3,4,5,
7 186:11

**January**
148:4

**JBHT**
127:5,20

**job**
124:22
139:24 151:3
152:4

**jurisdiction**
142:17

**jury**
179:8,10

**Justin**
119:10

---

**K**

**keep**
171:2

**kind**
133:6 146:22
147:2 148:22

158:19
159:13

**know**
127:24
129:4,5,9
130:21,24
131:3,5
134:1 135:6
138:23 147:5
148:21
155:8,17
156:1 158:21
159:23
160:8,14
165:2 171:6
177:3 181:22
182:1,4,7
183:1 185:9
187:2

**knowledge**
122:2 126:19
128:4 136:21
141:9 142:2
143:8,17
149:18
166:18
167:11,17
168:2,8,9,21
170:2,3,17,
22,23
171:15,16
174:8 179:3

---

**L**

**labor**
148:24

**Lacks**
121:7

**lading**
133:13
137:1,6,8

laid
120:8 154:9

late
124:11

lawyers
182:9

lease
165:6

leased
163:6,7,14
165:1

leaves
136:18

leaving
136:2

Leddon
119:21

liability
142:11,13,19
143:4,12
144:7 164:17

liable
144:11 162:3

line
127:2 161:16
171:12
187:17

listed
129:25
140:20

listing
142:24

lists
140:21

little
122:22 187:6

LLC
119:10,17

load
133:23
134:24
135:1,3,4,9
141:5,8
152:3
155:17,25
156:1,2,10,
12,13 169:7
181:4
185:20,23
186:2

load/unload
152:10

loading
152:23

loads
152:2,19
181:2

location
133:12 135:8
136:3,19

logistics
134:6

long
141:6 155:1
170:25 187:3

longer
136:4,15
141:5,21,23
142:2 154:11
165:5

look
127:4 140:19
142:4 160:7

looks
126:5

loss
144:12,19,24

loud
135:23

M

Madam
130:21

made
125:1

maintain
139:6,8,21
140:1,11
142:10 143:3
164:7,16

maintained
121:25

make
122:22
123:12
171:10,19

makes
154:13

making
171:2,22

manager
172:16 181:3

manifest
137:2

marked
122:13,21

material
148:19 153:2

matter
119:10

mean
155:2 168:20
177:14
183:15
187:6,7

meaning
154:11
167:12 168:3

169:10,23
170:10,16
172:8 173:11
174:24
176:16,24
177:10,17
178:14,16,21
179:1 186:9

means
125:11
137:9,12
138:16
145:13,15
150:22
153:10 154:6
162:19
168:22 169:6
177:4 181:23
182:5,7,10,
21

mentioned
153:7 175:9

Michael
119:14,16

microphones
119:5

middle
157:13

mile
150:7,9,10

mileage
151:5,18,20
159:25 160:1

miles
150:11,17
151:21 159:3
160:3

mind
120:22
129:11
161:12

Trevor Rogers Volume II
November 22, 2023

minute
138:22 146:6
158:16
173:17,19
174:19

minutes
131:6,9
165:12
173:18

misleading
161:2 168:6
170:1

missed
131:4

misspoke
145:16

Misstates
184:20

Mitchals
119:18
122:14 126:2
165:16
173:22
179:15
180:11,23
182:11
186:18
187:16

moment
134:9 174:15

morning
119:14
120:5,6

motor
133:5,18,19

Mountain
122:9 123:9,
18,22 126:21
127:8,11
128:13,23
129:7,12,20,

24 130:14
132:7,10
134:21 135:7
136:7 137:25
138:7,17
139:14,20,25
140:16,25
141:2,12,16
143:6,13,22
144:1 145:1,
20,21 146:18
147:2,4,7,14
149:1
150:14,16
151:10,22
152:6,7,19,
23 153:19
154:10,14,21
155:8,9,13,
19,22 156:6,
10,18 158:4,
6,24 159:8,
13,17,20
160:4,12,16
161:13,17
162:8,14
163:22
164:11,16
166:25
167:14
168:5,23
170:11
172:9,16
174:10,11
176:6,11,17
177:1 178:4,
11,13,15,17,
21,25 179:2,
11,12,18
185:6

mouth
183:16

move
124:1 131:7

134:12

movement
155:23

moving
148:19

multiple
132:19

mutually
137:22

MV
127:11

_____

**N**

name
180:5

Narrative
184:14

nauseam
177:11,25

need
140:1 167:24
168:14

negligence
144:20 145:2

negotiated
176:12

negotiating
174:21

negotiation
166:13 167:8

never
120:21
172:21

nonexclusive
132:1

nonowned
142:14

note
119:5

notes
134:11

November
119:2 122:16

number
124:10
142:12 152:2
173:1

_____

**O**

object
120:21 124:7
130:7 132:20

objected
157:12

objection
121:5,13,21
124:5,25
127:13,17,22
129:1,13,22
130:5,15
132:4,15,16
134:7,17
135:14
136:8,12
137:10,18
138:2,11,25
139:13 142:7
143:15 144:9
146:8,17
148:2 156:8,
16,20 157:7,
19 158:3,9
159:1,9
160:21
161:14
162:9,20
163:2,17,23
164:4,13,19
165:13,16,17

167:15
168:6,16,25
169:12,25
170:13
171:1,11,18,
22 172:11
173:7,13,22
176:18
177:2,15,20,
21 179:15,
16,21 180:7,
11,12,21,23
182:11,12
183:24
184:10,20
185:18,25

**objections**
124:3,8,12,
19 125:4,20
132:22
161:23
171:6,9

**obviously**
155:2 175:3

**occurrence**
142:20,22

**occurs**
144:14

**okay**
120:15
121:1,24
122:8,19
123:25
125:23
126:4,8,15,
24 127:10
128:6,16
129:6,10
130:20
131:18
132:8,21
133:21,25
135:9,22

136:14,23
137:5,14
138:5,21
139:16
140:15
141:11,14,20
142:3 143:10
144:3 145:10
146:5,20
147:9,12
149:20
150:4,10,16
151:12,17,24
152:5,10,13
153:1,4,16
154:24
157:1,11
158:6,15
159:18
161:20
162:12
163:12,21
164:1,10,23
165:11,18
167:1 168:16
170:7 171:24
173:16,20
174:18
175:2,20
177:5 179:4,
18 181:17
182:19
185:11
186:15,17
187:22

**on-site**
172:16

**onboard**
140:22

**once**
172:21

**one**
123:10,11
130:8 133:11

134:9,15
141:14
144:23 150:4
151:7,12
152:19
156:21 157:2
166:18
173:3,17
177:7 178:6
179:5 181:18
186:19
187:14

**ones**
153:4,7

**operation**
162:17

**operations**
121:3

**opinion**
186:14

**opposed**
169:14
170:2,16
171:15

**ordinary**
121:20,25

**original**
147:25 148:3

**outbound**
156:10

**outside**
143:17
158:19

**owned**
142:14

**owns**
143:5

---

**P**

**page**
132:13 138:5
145:4 147:24
153:7 157:1,
18 160:10
164:2

**paid**
150:6,7

**paragraph**
127:4 132:2,
12 136:24
138:21,23
142:5 144:6
145:4 146:5,
15 154:9
156:5,22
160:8

**part**
143:23
147:10
149:18 153:7
166:20

**participate**
166:7,13
167:5,8
174:20

**participated**
173:4,14

**particular**
149:18 152:4
161:4 168:17
176:22
184:23

**parties**
119:4 137:7,
22 146:1

**partners**
121:19

Trevor Rogers Volume II
November 22, 2023

party
  145:7,9,11,
  14,17,19
  155:16

passed
  136:4,15
  149:1
  153:13,14,18
  160:12
  162:17

past
  154:19

pay
  137:20
  159:15,22

payment
  138:9

pays
  137:25
  158:24
  159:7,12

PDF
  147:24

perform
  144:17

performance
  144:17

performed
  139:5 142:18

performing
  163:9 172:15

permitted
  133:13 158:7

person
  135:10,11,18
  170:20 187:9

personal
  167:17,20
  168:8 169:1,
  3,14 170:1,

  3,15,17,22
  171:15,16
  175:12
  180:21
  181:12,25
  182:17,25
  183:12
  184:6,12
  186:13 187:2

personally
  181:23 185:3

personnel
  140:22
  157:23

physical
  144:14

pick
  119:6 135:5

picked
  180:5

picking
  134:23
  135:1,9
  156:12 169:7

picks
  181:4

picture
  125:14

place
  119:3

plaintiff
  124:1

plaintiffs
  119:15

plaintiffs'
  122:21,23

please
  119:5,11
  124:20
  130:6,24

138:10 150:5
157:16 168:1
170:6 172:1
183:4 188:4

point
  125:16
  141:14
  161:22
  185:12

pointless
  132:20

portion
  162:3

portions
  167:4
  172:22,23

position
  174:8

possession
  136:4,15,19
  144:14

prejudice
  124:11 142:8
  144:10 146:9
  160:22
  161:24 163:3
  164:4 177:22

prejudiced
  160:24 161:1

premises
  133:11
  136:18

president
  126:6

previous
  160:1

previously
  141:14
  152:18

prior
  145:8,18
  146:1 184:20

private
  119:6 150:2

probably
  127:1 128:5,
  17 141:9
  149:25
  172:24

proceeding
  119:8

process
  156:6 159:19
  171:1,5
  174:23,25
  175:3

procure
  142:9 164:6

produced
  120:11
  122:15 126:1
  155:25

product
  155:11,12

products
  129:21
  130:14 135:8

proper
  177:19

property
  141:12

provide
  138:18 139:3
  140:1,2,9
  142:22
  146:21 149:6
  157:8,22

provided
  122:25

138:15
140:16,24
141:2

**provides**
137:24 139:9
140:12 143:2
147:18
164:15

**providing**
176:4,10,15,
23 177:17
185:2

**provision**
139:11
145:17
163:12

**provisions**
163:10

**proximately**
144:19

**pump**
159:22

**purchase**
131:25

**purpose**
180:3

**purposes**
122:4 124:5,
9 125:3,6
160:15
177:13
187:16

**pursuant**
148:25

**put**
132:18
183:15

---

**Q**

**quantity**
133:7

**question**
128:16
129:10
130:7,25
145:24 146:2
148:11,23
167:24
168:12 170:5
171:3 172:1
178:7 179:5
181:18
183:4,5,7
187:15

**questioned**
174:19

**questioning**
171:12
187:18

**questions**
125:16
161:22
165:23,25
167:15
171:13,19,23
174:4,14
175:21,23
177:6 178:5
183:2 185:11
186:4,18
187:13,20

**quickly**
131:17
134:12

**quite**
141:6

**quoted**
129:8

---

**R**

**random**
179:23

**randomly**
180:5

**rate**
150:17

**rates**
137:14 138:1
148:20
150:11,14
172:25 173:1

**Re-examination**
174:16 176:1
177:8 178:8
179:6 181:7,
19 183:8
185:14
186:6,20

**read**
127:1 131:19
132:13 133:9
135:22
136:23
137:15
138:9,23,24
142:4,5
144:7 145:5
146:6 147:24
156:21
157:4,16
160:18
161:20
162:25
164:1,2
172:2 183:4,
6

**reading**
133:1 147:23
157:13
160:24

**real**
131:17

**reason**
143:19
149:20 162:2
170:24 180:4

**receipt**
133:4 137:2

**received**
133:7

**receiver**
135:15,19
169:18

**receiving**
135:19

**recognize**
123:3,14

**record**
119:1,4,12
130:9,24
131:10,13,20
132:14,19
135:24
137:17
138:10,24
142:6 144:8
145:6 146:7
147:23 148:1
157:5,18
160:19,24
161:21 163:1
164:3
165:12,15,
19,21 171:4
172:2
173:17,23
174:1 183:6
187:17 188:1

**recording**
119:3

**records**
126:9

Trevor Rogers Volume II
November 22, 2023

redacted
  148:21
refer
  127:7,8
  128:8,10,13,
  18 129:15
  152:3 166:4
  169:18
  172:17
  177:13 178:2
  179:13
reference
  133:21 141:3
  178:13,24
referred
  126:25
  127:10,20
  130:3
  134:15,20
  161:9
  180:17,19
  181:3
referring
  132:3
  133:15,17
  136:6
  139:12,17
  140:4 146:16
  149:15
  156:6,15,18
  158:1 161:13
  162:7,13
  163:22
  164:24
  174:21
  175:11
  178:20
refers
  129:7 140:8
  149:24 178:3
  179:18
regarding
  144:6

related
  138:22 139:1
  161:7
relates
  170:14
relationship
  138:7 146:23
  174:11
  178:24 179:1
relationships
  121:4
released
  150:1
Relevance
  177:21
relevancy
  124:11
  132:17
  137:18 142:7
  144:9 146:8
  160:21
  161:24 163:2
  164:5
reloaded
  155:11
rely
  121:1,11,17
relying
  137:7
remember
  152:16
reminder
  172:25
remotely
  122:24
renew
  148:7
renews
  147:19
  148:12

repeat
  167:24
  168:14 172:1
repeating
  171:3
rephrase
  149:3
reporter
  119:13 123:1
  130:21 131:2
  171:25 183:3
representation
  123:21
representative
  119:8,19
  120:16 124:4
  128:8,12
  167:17,19
  169:4,15
  170:21
  171:17 174:7
  175:7 176:4,
  10,14,23
  177:16
  178:23
  182:13
  184:17
  185:1,4
  186:10
require
  153:12
required
  142:17 143:3
reserve
  124:6
respectfully
  132:22
responsibility
  145:22,24
responsible
  144:24

146:24
rest
  161:18
restate
  149:3 170:5
  183:13,16
result
  152:22
results
  144:16
revenue
  154:24
  155:14,25
revisions
  137:21
rhyme
  180:4
right
  120:8,13
  122:5 123:13
  124:6 125:5,
  23 126:6,13
  127:12,15,21
  128:3 129:3
  130:14
  132:10
  133:16
  134:1,16
  135:2,10,12,
  20,23
  136:10,20
  138:1,19
  143:7,14
  145:2,11,24
  146:3
  147:15,20,22
  148:12,16
  149:2
  150:12,19
  151:14
  152:8,24
  153:19

Trevor Rogers Volume II
November 22, 2023

154:22
155:22
156:7,19
158:25
162:24
163:15
164:1,18
165:3,9,11
175:4,14,18
179:13,14
180:1 182:5
185:23,24
186:13
187:13

road
153:23

Robert
119:18
122:14 126:1

Rogers
119:9,24
120:5,18
122:20
123:3,14
125:25 129:4
131:16
132:25
157:16
161:11
165:24
166:1,7
167:25
168:15
170:18
174:6,18,22
175:12
177:25
178:10
181:5,9,21
183:10,21
185:17 186:5
187:20,25

Rogers'
130:22

role
146:25
178:23 179:1

roles
181:3

room
131:7

round-trip
155:10

rules
120:7 124:24

run
159:4

running
121:3

— S —

salaried
150:7

saying
139:20
174:23
175:16
183:19 185:1

says
136:14
140:9,10,13
145:14,17,
23,25 149:16
153:14
161:16
163:19
164:2,21

schedule
137:21
139:3,5
140:8,10,19,
21 147:17
148:3 150:21
157:17

158:15 162:1

scope
143:17
148:23
149:17

screenshots
166:21

sec
151:7

second
137:14 150:4
156:21 173:3

section
138:8 161:8
164:25

sections
148:8 166:22

see
124:14,22
129:18
140:20
166:23
178:16
179:9,10

sense
154:13

sensitive
119:5

sentence
132:13
133:1,9,15,
17,19 135:22
136:23
137:15
138:10 144:8
145:5 146:6
147:21,23,25
157:4,5,17
160:19 163:1
164:3

sentences
161:21

separate
159:15

series
139:6 147:17
148:3 162:1

service
120:12
121:2,12,18,
25 122:9,15
123:7,8,22
126:12,17

services
120:19
131:22,23,
24,25 132:9
137:17,20
138:15,18
139:5 142:18
144:18
146:11 166:6
167:2,13
168:4

serving
171:17

set
147:4 148:8

ship
135:7 181:2

shipment
133:3

shipments
146:10
147:13
155:10

shipper
127:9
128:15,19
129:7,12,20
130:4,13,19

Trevor Rogers Volume II
November 22, 2023

131:23,24
132:3,19
134:2,3
135:3,5,12,
15,20 136:1,
6 137:20,24
138:14
139:7,12
140:11
142:24
143:13
144:12
146:12,16
156:5,9,11,
13,18 157:25
158:2 161:2,
12,17 162:2,
7,14 163:8,
21 164:6,10,
16 168:22
169:6,11,18,
21 172:4,8
176:25
177:11,12
178:1,3,13,
20 179:12,19
180:1,6,9,20
181:3,11,23
182:1,2,5,7,
10,21 184:18
185:6,24
186:2,23
187:1,7

**shipper's**
134:5,13

**shipper-owned**
163:6,14

**shippers**
158:7

**shipping**
187:10

**ships**
185:21,23

186:2

**short**
131:12
165:20
173:25

**short-hand**
178:15

**shorter**
178:17

**shortly**
173:18

**show**
122:12,19

**showing**
122:20 133:6

**sic**
169:2

**sign**
133:13

**signature**
135:24,25

**signed**
126:4 133:4

**similar**
126:16
128:25

**simply**
148:11
178:14

**single**
127:2

**sir**
120:9,14,17
121:16,22
122:11,18
123:24
125:11
126:7,23
132:16
135:16,21

136:11,24
140:18
143:21 144:8
145:3 146:4
148:13
149:13
151:11,15
152:21,25
153:3 154:1,
5,16 156:25
160:6 161:15
162:10
163:18,24
164:12
165:10
166:9,12,15
167:7,10
172:10,13
173:8,14,15,
21 175:8,19
176:8,13,20
177:3 180:2
182:6,15
184:1,7
186:25
187:12

**sitting**
181:23

**skip**
157:2

**slow**
171:5

**slowing**
171:1

**snippets**
166:21

**sole**
164:7

**sort**
155:7 160:11
173:2

**speaking**

166:5

**specific**
125:9

**specifically**
171:7

**specified**
139:3 140:10

**speculating**
128:21 129:3

**speculation**
128:23 129:1
162:21
172:12
185:19

**split**
154:25
155:19

**spoke**
177:25

**Springs**
157:24

**standard**
186:22 187:1

**standing**
171:11

**stands**
168:12

**start**
135:8 147:22
148:4 150:25
170:7

**start-up**
162:4,13,16

**starts**
135:4

**state**
119:11 130:8
153:22
187:17

Trevor Rogers Volume II
November 22, 2023

stated
  150:8 160:25
  161:17
  169:10,24
  184:6 186:16

statement
  183:20,22
  186:9

states
  143:16
  147:16
  153:11

stating
  149:14 185:5

statute
  142:17

step
  149:8

stipulate
  171:11,18,21

stop
  151:25
  152:1,3

storage
  126:12

stored
  126:9

strike
  128:9,10
  147:12 151:8
  152:6

structure
  151:16

stuff
  165:1

subject
  148:7,14
  169:4 170:4

suppose
  127:16

surcharge
  159:2,17,25
  160:3

surcharges
  159:20

sure
  123:12
  126:14
  128:24 131:2
  145:13
  149:5,17,25
  150:3,25
  156:24 175:5
  180:16,17
  181:24 182:6
  183:1 186:25

suspicion
  141:23

swear
  119:13

sworn
  119:23 120:1

—————————

T

table
  162:5

take
  119:3 127:3
  131:8 133:23
  135:2 140:19
  142:4
  145:22,23
  149:7 160:7

taken
  131:12
  165:20
  173:25

talked
  151:19 165:8
  172:25
  177:10

talking
  125:17,18,19

talks
  148:17,19
  150:10

tanker
  141:1,6,8,
  11,13,15,18,
  21

tankers
  165:10,11

tell
  155:6 185:8

telling
  182:24

term
  134:6,14
  146:16
  148:5,6
  156:4 158:2
  161:1,5,12
  163:9 168:22
  169:10,21
  170:10 172:8
  176:25
  177:12,17
  178:1,15,19
  181:11,14,23
  182:5,10,21
  184:18,23
  185:6,9,10,
  16 186:9,11,
  14 187:7

terminate
  162:15

terminates
  162:1

terms
  134:22
  136:25
  137:1,3,4
  145:6 146:12

talking
  147:15 148:8
  163:13
  167:12
  168:3,18
  173:11
  176:16

testified
  120:1 177:15

testifying
  167:20,21
  169:2 170:18
  172:7 174:24
  175:6
  178:12,22
  182:3 184:16

testimony
  140:15
  176:5,10,15,
  24 180:22
  181:11,21
  183:12
  184:21 185:2

Thank
  125:23
  130:20 142:3
  165:24
  177:23 181:5
  183:2 186:4
  187:24

thing
  134:15 173:2

things
  134:11
  143:12
  151:13
  159:15
  162:14

think
  129:15
  133:17
  141:17
  145:12 147:1

Trevor Rogers Volume II
November 22, 2023

150:8 153:13
165:3,4
173:16
175:10,20
179:9 180:3
185:8,16

**third**
155:16

**third-party**
133:5,19
134:2,3,4
146:22

**three**
148:5 154:18

**threshold**
154:20

**time**
119:11
123:10
124:23 125:2
130:8
131:11,14
136:16,17
141:6,7
154:3,8,10,
11,12,21
155:1,4
162:2
165:18,22,24
166:19
172:24
173:24 174:2
175:13 177:6
186:5 187:24

**times**
129:8 132:19
152:14
172:22

**today**
120:10
124:13,19
166:5,19

169:3 170:11
172:6 174:7
175:11,17
176:5,11,15,
24 181:24
182:25
184:16
185:2,5

**told**
135:4

**toll**
153:8,9,18

**tolls**
153:13

**tollways**
153:11

**top**
153:7 157:5,
16

**tractors**
140:21
163:6,7,15

**trailer**
141:6

**trailers**
139:18,21,25
140:21
141:1,8,11,
13,16,19,22,
24 151:4
158:12
160:15
163:6,7,14
173:2

**transport**
119:22
141:16
143:25

**transportation**
119:20
120:13

122:16
123:22
126:17
131:22 132:9
143:6 148:18
149:7,9
159:8 166:6
167:2 168:4
169:16

**transported**
133:3 144:13
146:10

**transporter**
134:4,5

**transporting**
150:18

**transports**
144:25
147:14

**Trevor**
119:9,24
130:22 169:2

**trial**
124:7,9,18

**truck**
136:17
148:24
149:11,22
150:6,18
153:17
155:24

**trucks**
139:18,21,25
143:5,25
151:4 152:20
158:7,11
159:23
160:14 173:1

**true**
128:5

**try**

134:11
153:20

**trying**
144:5 171:5

**two**
141:17
154:18
159:15
161:20

**two-way**
155:10

**type**
152:1

**typically**
122:6 135:3
151:3 152:17
186:1 187:11

---

U

**unattended**
136:3

**unaware**
144:2 184:22

**understand**
120:7,11
125:10
126:11 128:2
132:22 138:6
148:20
167:22 175:2
182:9,20

**understanding**
120:20,23
140:23
162:18
170:16
181:10,13

**unfamiliar**
160:10

unfounded
  161:1,5
unit
  131:24
  146:11
unload
  155:16
unloading
  152:23
useless
  132:20
UTC
  119:2
  131:11,14
  165:19,22
  173:24 174:2
  188:2
utilize
  131:25
utilizes
  143:6,25
  163:5

V

vague
  168:6 170:14
  171:13
  176:18
  183:24
Valley
  122:10
  123:9,19,23
  126:22
  127:8,11
  128:13,23
  129:7,12,20,
  24 130:14
  132:7,10
  134:21 135:7
  136:7 137:25
  138:8,17

139:14,20,25
140:16,25
141:2,12,16
143:7,13,22
144:1 145:1,
20,21 146:18
147:3,4,7,14
149:1
150:15,17
151:10,23
152:6,7,19,
23 153:19
154:10,15,22
155:9,13,19,
22 156:6,10,
18 158:4,24
159:8,14,17,
21 160:4,12,
16 161:13,17
162:8,15
163:22
164:11,16
166:25
167:14
168:5,24
170:11
172:9,17
174:10,11
176:6,12,17
177:1 178:4,
12,13,15,17,
21,25 179:2,
11,12,19
185:7
Valley's
  158:6
value
  160:9
variable
  150:11
  151:5,15,18,
  20 152:1
various
  166:22

vein
  176:9
video
  119:3 123:12
  157:15 188:1
video-recorded
  119:7
VIDEOGRAPHER
  119:1
  131:10,13
  165:14,18,21
  173:23 174:1
  188:1

W

wait
  154:3,7,18,
  21
waited
  154:11
waived
  171:6,9
want
  123:12
  131:16
  134:11
  147:22
  148:16
  177:12
wanted
  132:21
water
  119:17
  123:19
  126:18 128:9
  129:19
  130:3,13
  132:7,10
  141:24,25
  142:1 179:24

way
  129:15 145:3
  178:17 184:3
  186:1
week
  138:17
  150:11
  151:22 159:3
  160:2
weekly
  138:14
  151:1,2,13
  159:24
weight
  154:12
whispering
  119:6
Withdrawn
  120:22
witness
  119:13,23,25
  120:23
  121:22
  127:23
  129:14,23
  131:6 135:15
  137:11,19
  138:3 139:1,
  14 142:9
  143:16
  144:11
  146:10,18
  148:3 156:9,
  21 157:8
  158:4,10
  159:2,10
  161:15,25
  162:10,22
  163:4,18,24
  164:6,20
  168:17
  169:6,13,16
  170:2,5

Trevor Rogers Volume II
November 22, 2023

171:3,14
172:3,6,13
173:8,14
176:20 177:3
184:1,22
185:20 186:1
187:19 188:5

**word**
129:6 132:3,
14,18 133:2,
14 134:2
139:12
179:23
186:23

**words**
135:23
183:15

**work**
127:25
139:23

**worked**
159:19

**workers'**
142:16

**works**
184:2

**write**
127:23

**written**
145:8,18
146:1

**wrote**
128:3

---

Y

---

**yeah**
122:6 126:14
135:3,13
141:1 151:19
153:9 156:9

164:20
165:3,5,10
186:19

**year**
147:19 148:7

**year-in/year-
out**
148:12

**years**
148:5 155:7
166:24
169:17 187:5

**yesterday**
120:8,11
122:4,16
126:2,15
150:8
175:11,18