# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**JUSTIN GUY**, individually on behalf of himself and others similiarly situated,

    Plaintiff,

v.

**ABSOPURE WATER COMPANY, LLC**, a domestic limited liability company,

    Defendant.

_____/
_____

Case No.: 20-cv-12734

Hon. Mark A. Goldsmith

## **PLAINTIFF'S ADDITIONAL DESIGNATIONS MEMORANDUM**

Plaintiff, Justin Guy, on behalf of himself and the finally certified class of Opt-in Plaintiffs, hereby submits this memorandum pursuant to the Court's instructions at the November 30, 2023 Hearing in response to Defendant's *de bene esse* designations as set forth in ECF No. 206.

The following list provides Plaintiff's designations supplemental to Defendant's designations for purposes of providing the appropriate typographical context pertaining to Defendant's designations: 28:15-29:6; 35:7-18; 42:10-19; 47:7-18; 54:25-55:9; 97:2-20; 106:24-25; 166:20-167:4; 174:14-175:19.

Dated: November 28, 2023

Respectfully submitted,

By: /s/ *Michael N. Hanna*
Michael N. Hanna (P81462)

MORGAN & MORGAN, P.A
Florida Bar No.: 85035
2000 Town Center, Suite 1900
Southfield, MI 48075
(313) 739-1953
mhanna@forthepeople.com

-and-

*/s/ Andrew R. Frisch*
MORGAN & MORGAN, P.A.
Andrew R. Frisch
8151 Peters Road, Suite 4000
Plantation, FL 33324
(954) WORKERS
afrisch@forthepeople.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 30, 2023, the foregoing document was filed using the CM/ECF system, which will send notice of same to all counsel of record.

*/s/ Michael N. Hanna*
Michael N. Hanna (P81462)
Attorney for Plaintiff