UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN GUY, individually and on behalf
of those similarly situated,

    Plaintiff,  Case No. 20-12734

v.  HON. MARK A. GOLDSMITH

ABSOPURE WATER COMPANY, LLC

    Defendant.
_____/

## ORDER REGARDING DE BENE ESSE DEPOSITION

Plaintiffs have introduced at trial an excerpted video recording of the de bene esse deposition of J.B. Hunt's corporate representative, Trevor Rogers. By noon on December 14, 2023, Plaintiffs must file a memorandum setting forth the page and line numbers of the deposition transcript that correspond to the deposition excerpts played at trial.

SO ORDERED.

Dated: December 13, 2023                    s/Mark A. Goldsmith
      Detroit, Michigan                  MARK A. GOLDSMITH
                                              United States District Judge