UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISIONt

JUSTIN GUY, individually and on
behalf of those similarly situated,

      Plaintiff,

v.                           Case No. 20-cv-12734-MAG-EAS
                                   HON. MARK A. GOLDSMITH

ABSOPURE WATER COMPANY, LLC
a domestic limited liability company,

      Defendant.

_____

**DEFENDANT'S SUPPLEMENT MEMORANDUM IN RESPONSE TO COURT'S ORDER ON THE JURY'S ROLE RELATIVE TO THE MOTOR CARRIERS ACT EXEMPTION (DKT. NO. 197)**

NOW COMES Defendant Absopure Water Company. LLC ("Absopure"), by and through its attorneys, CUMMINGS, MCCLOREY, DAVIS & ACHO, PLC, by RONALD G. ACHO and MICHAEL O. CUMMINGS, and pursuant to the Court's direction hereby submits its Supplemental Memorandum On Proposed Jury Instructions for the Motor Carriers Act Exemption.

During trial on December 12, 2023, the Court indicated that there should be questions for the jury regarding the Motor Carriers Act exemption at the level of objective facts. Accordingly, Absopure hereby submits a set of proposed jury questions for the verdict form regarding the MCA exemption:

1

**Do you find from a preponderance of the evidence:**

1.     When Absopure places orders for products with Mountain Valley, who decides the amounts, types, and weight of products to be delivered?

_____     YES

_____     NO

2.     When Absopure places orders for products with Mountain Valley, who decides where those products will be delivered?

_____     ABSOPURE

_____     MOUNTAIN VALLEY

_____     TRUCKING COMPANY (J.B. HUNT OR OTHER)

3.     After Absopure places an order for products with Mountain Valley, does Mountain Valley relay to the trucking company when Absopure's order will be ready for pickup?

_____     YES

_____     NO

4.     After Absopure places an order for products with Mountain Valley, does Mountain Valley relay the trucking company the weight for the order and the destination for delivery of the order that Absopure told to Mountain Valley?

_____     YES

_____     NO

5.     Does Mountain Valley have a contract with J.B. Hunt for J.B. Hunt to provide Mountain Valley with a dedicated fleet of trucks to deliver products to Mountain Valley's customers?

_____     YES

_____     NO

6.     Is Mountain Valley required to only use J.B. Hunt as the trucking company to deliver products to its customers.

_____     YES

_____     NO

7.     Do other trucking companies besides J.B. Hunt deliver products to Mountain Valley's customers?

_____     YES

_____     NO

8.     Has Absopure used another trucking company besides J.B. Hunt to deliver Mountain Valley products from Arkansas to Michigan?

_____     YES

_____     NO

9.     Who has the final say on which trucking company will transport Absopure's order of products from Mountain Valley to Absopure?

_____      ABSOPURE

_____      MOUNTAIN VALLEY

_____      THE   TRUCKING   COMPANY   (J.B.   HUNT, WHITELINE, OTHER)

10.    Who owns the products that Absopure has ordered from Mountain Valley after those products are loaded onto trucks in Arkansas for delivery to Michigan?

_____      ABSOPURE

_____      MOUNTAIN VALLEY

_____      THE TRUCKING COMPANY

11.    Who determines the route from Arkansas to Michigan that the trucks will take when Absopure's order is transported from Arkansas to Michigan?

_____      ABSOPURE

_____      MOUNTAIN VALLEY

_____      THE TRUCKING COMPANY

12.    Does Absopure pay for the cost of shipping the products it orders from Mountain Valley?

_____      YES

_____      NO

4

13.    Are the products that Absopure orders from Mountain Valley in Arkansas delivered by Absopure to its customers in Michigan by Absopure Sales and Service Specialists?

_____    YES

_____    NO

14.    Does Absopure electronically record the amount and types of all products that it receives in its warehouse from Mountain Valley?

_____    YES

_____    NO

15.    Does Absopure track the length of time Mountain Valley products are stored in its warehouse before being delivered to its customers?

_____    YES

_____    NO

16.    Does Absopure have a procedure to ensure that the earliest Mountain Valley products received in its warehouse are the first products to be delivered to its customers in Michigan?

_____    YES

_____    NO

17.     What is the average amount of time that Mountain Valley products stay in Absopure's warehouse from the time they are received to the time they are delivered to Absopure's customers?

_____

18.     Does Absopure electronically record and store the amount and types of all Mountain Valley products that are taken from its warehouse and loaded on to Absopure's trucks for sale to its customers?

_____     YES

_____     NO

19.     Does Absopure electronically record all sales of Mountain Valley Products to its customers by means of handheld devices carried by each of its Sales and Service Specialists that electronically record all sales, including the amount and types of products, to Absopure's customers?

_____     YES

_____     NO

20.     Does Absopure make decisions on what Mountain Valley products to order based on its projections of customer demand for how much product its customers' will need?

_____     YES

_____     NO

6

21.    How many times did each Plaintiff drive a vehicle weighing 10,000 pounds or less each month on average?

_____         John Aniol

_____         Aaron Armstead

_____         Lucas Belonga

_____         Keith Brown

_____         Dannielle Childs

_____         Justin Guy

_____         Anthony Newkirk

_____         Paul Okimoto

_____         Terry Pemberton

_____         Charles Perry

_____         Ryan Rhodes

_____         David Sujkowski

_____         Tampa Jordan

_____         Kyle Winconek

Respectfully submitted,

Dated: December 13, 2023

*s/ Ronald G. Acho*          */s/ Michael O. Cummings*
Ronald G. Acho                    Michael O. Cummings

7

| | |
|---|---|
| Cummings, McClorey, Davis & Acho, P.L.C. | Cummings, McClorey, Davis & Acho, P.C. |
| 17436 College Parkway | 1185 Avenue of the Americas, 3rd Fl. |
| Livonia, MI 48152 | New York, NY 10036 |
| (734) 261-2400 | (212) 547-8810 |
| racho@cmda-law.com | mcummings@cmda-law.com |
| P-23913 | N.Y. Bar No. 2701506 |

**ATTORNEYS FOR DEFENDANT ABSOPURE WATER COMPANY, LLC**

## <u>LOCAL RULE CERTIFICATION</u>

I, Michael O. Cummings, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one- inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts). I also certify that it is the appropriate length. Local Rule 7.1(d)(3).

Dated: December 13, 2023

<div align="center">

/s/ <u>*Michael O. Cummings*</u>
Michael O. Cummings
Cummings, McClorey, Davis & Acho, P.C.
Attorneys for Defendants
1185 Avenue of The Americas, Third Floor
(212) 547-8810
mcummings@cmda-law.com
N.Y. Bar No. 2701506

</div>

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 13, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification to all parties of record. I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: None.

Dated: December 13, 2023

<div style="margin-left:40%">

<u>/s/ *Michael O. Cummings*</u>
Michael O. Cummings
Cummings, McClorey, Davis & Acho, P.C.
Attorneys for Defendants
1185 Avenue of The Americas, Third Floor
(212) 547-8810
mcummings@cmda-law.com
N.Y. Bar No. 2701506

</div>

10