UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN GUY, individually and on behalf
of those similarly situated,

    Plaintiff,                                      Case No. 20-12734

v.                                                HON. MARK A. GOLDSMITH

ABSOPURE WATER COMPANY, LLC

    Defendant.
_____/

**ORDER REGARDING CONTACT WITH JURORS**

The Court held an on-the-record status conference on December 19, 2023 regarding a number of post-trial matters. As discussed during the status conference, the parties and their counsel are not permitted to contact any of the jurors who served in this case until further order of the Court. The parties may file a memorandum setting forth their positions on this issue by 12:00 p.m. today (December 20, 2023).

SO ORDERED.

Dated: December 20, 2023                        s/Mark A. Goldsmith
      Detroit, Michigan                        MARK A. GOLDSMITH
                                                    United States District Judge