UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Case Caption**       **GUY v. ABSOPURE WATER**
**Case Number**       **20-12734**

### JURY QUESTION DURING DELIBERATION

We the Jury, have
reached a Verdict

s/Jury Foreperson
In compliance with the Privacy Policy
adopted by the Judicial Conference,
the verdict form with the original
signature has been filed under seal.
FOREPERSON

Date: 12/18/2023

Time: 2:30 pm

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Case Caption**     **GUY v. ABSOPURE WATER**
**Case Number**      **20-12734**

### JURY QUESTION DURING DELIBERATION

for Question 2 (d) does the average
pertain to only 2017 to present? or
does it pertain to the employee's
entire employment time?
Or does the average taken only during
the term in which he drove the vehicle?

s/Jury Foreperson
In compliance with the Privacy Policy
adopted by the Judicial Conference,
the verdict form with the original
signature has been filed under seal.

FOREPERSON

Date: 12/18/2023

Time: 10:35 AM

Ladies and gentlemen: Regarding your question about 2(d), please set forth the average number of times per month each Plaintiff drove a vehicle weighing 10,000 pounds or less going back to 2018; if the number is different going back to 2017, set forth the number going back to 2017. If the numbers are the same, set forth one number.

Judge Goldsmith 12/18/23, 12:20 p.m.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Case Caption**     **GUY v. ABSOPURE WATER**
**Case Number**      **20-12734**

## JURY QUESTION DURING DELIBERATION

Can we please see Declarations for
Lucas Belonga & all Plaintiffs

Can we see Exhibits 1 & 2 (Plaintiff)

**s/Jury Foreperson**
**In compliance with the Privacy Policy**
**adopted by the Judicial Conference,**
**the verdict form with the original**
**signature has been filed under seal.**

FOREPERSON

Date: 12/18/23

Time: 10:30

Ladies and gentlemen: Regarding your questions about seeing the declarations and Plaintiffs' exhibits one and two, none of these documents was admitted into evidence.

Judge Goldsmith 12/18/23, 11:00 a.m.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Case Caption**      **GUY v. ABSOPURE WATER**
**Case Number**       **20-12734**

## JURY QUESTION DURING DELIBERATION

Is their hourly rate only used by
forensic accountant using only daily
rate; or daily rate plus commissions

**s/Jury Foreperson**
**In compliance with the Privacy Policy**
**adopted by the Judicial Conference,**
**the verdict form with the original**
**signature has been filed under seal.**

FOREPERSON

Date: 12/18/2023

Time: 10:04

Ladies and gentlemen of the jury:  Some of the Plaintiffs' exhibits contain information regarding some of the Plaintiffs who are no longer participating in this case.  They include the following individuals: Dwane Armstead, Boaz Householder, Matthew Jackson, Ricardo Lammer, Jess Skonieczny, and Eric Banks.  You should disregard such information.

Judge Goldsmith  12/18/23 8: 50 am.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Case Caption**     **GUY v. ABSOPURE WATER**
**Case Number**      **20-12734**

### JURY QUESTION DURING DELIBERATION

Why wasn't Art allowed to testify?

If applicable, What is the significance of the time Spent driving a Sprinter Van and how does this factor into the MCA?

**s/Jury Foreperson**
**In compliance with the Privacy Policy**
**adopted by the Judicial Conference,**
**the verdict form with the original**
**signature has been filed under seal.**

FOREPERSON

Date:  12|18|2023

Time:  9:43 AM

Ladies and gentlemen: Regarding your question about Art Amelotte, the Court did not preclude him from being called as a witness. Regarding your question about driving the Sprinter Van, please review all the instructions, including specifically pages 20 and 25 discussing the small vehicle exception. Regarding your question about hourly rate, it includes daily rate plus commissions.

Judge Goldsmith 12/18/23.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Case Caption**     **GUY v. ABSOPURE WATER**
**Case Number**      **20-12734**

### JURY QUESTION DURING TRIAL

(1) Did you meet with any of the plantiffs in this case at the end of each work day?

(2) If so, did any of the plantiffs routinely work more than 8 hrs per day?

(3) How often in one month or annually did the plantiffs typically work Saturdays?

Asked 12-19-23

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*Please start here*

**Case Caption**      **GUY v. ABSOPURE WATER**
**Case Number**      **20-12734**

*× As a representative for Absopure)*

**JURY QUESTION DURING TRIAL**

→Did the plaintiffs upon hire sign any paperwork indicating they were salaried workers?

Asked 12-13-23
(over plaintiff's objection)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Case Caption**          **GUY v. ABSOPURE WATER**
**Case Number**          **20-12734**

<u>**JURY QUESTION DURING TRIAL**</u>

Do you account for employees whose hours are not the same on all week days?

Some varied from day to day, was that data captured in your calculations?

Asked 12/13/23

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Case Caption**     **GUY v. ABSOPURE WATER**
**Case Number**      **20-12734**

## JURY QUESTION DURING TRIAL

① _Did all plantiffs work a minimum of 9 hours each day M-F, and 7 hours on some Saturdays?_

② _Plantiff Danielle Childs claims to have usually worked 6 am - 2 pm, M-F, and some Sat. 6:15 am - 11 am. Do his pay statements or records indicate differently? In other words, did he work more hours than what he testified to?_

Asked 12/13/23

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Case Caption**     **GUY v. ABSOPURE WATER**
**Case Number**      **20-12734**

## JURY QUESTION DURING TRIAL

① Did each employee sign paperwork upon being hired indicating if they were hourly or salaried?

② Is the day rate referring to hourly or salaried position?

Asked (over D's objection)
12-12-23

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Case Caption**     **GUY v. ABSOPURE WATER**
**Case Number**      **20-12734**

## JURY QUESTION DURING TRIAL

Was any paperwork ever signed indicating if the employee was paid hourly or salaried?

Asked. (over P's objection)

12-11-23

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Case Caption**     **GUY v. ABSOPURE WATER**
**Case Number**      **20-12734**

### JURY QUESTION DURING TRIAL

1. Were the logs an Absopure requirement, or did some other entity require them, like because of CDL designation or...?

(This is the first we have heard of these "logs".)

Not asked
-Not relevant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Case Caption**     **GUY v. ABSOPURE WATER**
**Case Number**      20-12734

### JURY QUESTION DURING TRIAL   *Paul*

Did plaintiff ever call in or log or
report to employer when he was
finished working for the day
on Tuesdays or Thursdays?
(Gaylord)    (Petosky)

12-8-23
Asked

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Case Caption**      **GUY v. ABSOPURE WATER**
**Case Number**      **20-12734**

## JURY QUESTION DURING TRIAL

Was There always EXTRA Items on TRUCK to Sale? All Items? to Upsales

WAS There a Set Amount on EAch Truck?

12-8-23
Asked.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Case Caption**     **GUY v. ABSOPURE WATER**
**Case Number**      **20-12734**

## JURY QUESTION DURING TRIAL

※ Question for Judge — For clarification, is all information in the employee handbook considered irrelevant for FLSA? Even exemptions regarding FLSA?

12-8-23
Discussed with counsel on record; addressed with jury on record

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Case Caption**     **GUY v. ABSOPURE WATER**
**Case Number**      **20-12734**

### JURY QUESTION DURING TRIAL

When you ended your employment,
did you tell them the reason and
what was that reason?

Did you complain about the lack
of pay for the "plenty of
overtime"?

Asked over Plaintiff's
objection.

12-7-23

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Case Caption**      **GUY v. ABSOPURE WATER**
**Case Number**      **20-12734**

## JURY QUESTION DURING TRIAL

Lucas.

PTO - how is it determined (calculated?

Counsel agreed not
to ask this.

12-7-23

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Case Caption**      **GUY v. ABSOPURE WATER**
**Case Number**      **20-12734**

### JURY QUESTION DURING TRIAL

Do Employees Get A Daily Wage
on Saturdays - - - If so, How Much.

~~Who Aquires More Customers~~

12-7-23
asked

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Case Caption**     **GUY v. ABSOPURE WATER**
**Case Number**      **20-12734**

## JURY QUESTION DURING TRIAL

If the Saturday deliveries were entered
into Monday's deliveries you were paid
for those Saturday deliveries, right?
* the "production pay"

12-7-23
arkal

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Case Caption**     **GUY v. ABSOPURE WATER**
**Case Number**      20-12734

## JURY QUESTION DURING TRIAL

Keith Brown

How was he paid by Employer?

Independent Sales or Employee W2? 1099

Is the handheld recorder carried
with the witness or on his person/vehicle
throughout the day?

Does witness believe complaints would
be kept confidential?

All asked
12-7-23

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Case Caption**    **GUY v. ABSOPURE WATER**
**Case Number**     **20-12734**

### JURY QUESTION DURING TRIAL

① What time were you supposed to be at the warehouse to start work?
• per the employer

② What does term "daily rate" mean?
I thought this was hourly pay
Is daily rate = 8 hours ⊗ hourly rate?

③ Did the employer ever instruct that you needed to verify /or correct the time/date of handheld for accuracy?

④ Was the days work — "deliver everything on the route and then come back"?
In other words, ~~that it~~ however long it takes, if it takes ~~with or it's~~ 7 hours or 10 hours ... that is your work day?

Asked 12-6-23

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Case Caption**      **GUY v. ABSOPURE WATER**
**Case Number**       **20-12734**

## JURY QUESTION DURING TRIAL

~~Characterized difference between presented formal~~

What is the difference between a
`Cooler bonus` and `Commission`

12-6-23

Asked

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Case Caption**      **GUY v. ABSOPURE WATER**
**Case Number**       **20-12734**

### JURY QUESTION DURING TRIAL

Question for judge - Why should we disregard.
Commission work? Were the employers not
on commission? Would like clarification please?

12-6-23

h) asked. This was
given to Judge during
voir dire and then shown to
counsel