UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN GUY, individually and on behalf
of those similarly situated,

    Plaintiff,                                Case No. 20-12734

v.                                           HON. MARK A. GOLDSMITH

ABSOPURE WATER COMPANY, LLC

    Defendant.
_____/

## **ORDER FOLLOWING DECEMBER 19, 2023 CONFERENCE**

The Court held an on-the-record status conference on December 19, 2023 regarding a number of post-trial matters. The Court now sets the following deadlines:

1. The parties must confer regarding the proper form of the judgment in this case. Because the judgment cannot be finalized until the Court rules on the issues of the Motor Carriers Act (MCA) exemption and the small-vehicle exception for Plaintiffs who drove less than two times per month, the parties should only list Plaintiffs who will be included regardless of the Court's ruling on these issues. If the parties can stipulate to the form of the judgment, they must submit it via the utilities function on or before January 9, 2024. If the parties are not able to agree on a proposed form of judgment, they must each file, on or before January 9, 2024, a memorandum not longer than five pages setting forth their respective positions as to the proper form of judgment and attaching a proposed judgment as an exhibit to each party's memorandum.

2. With respect to the small-vehicle exception for Plaintiffs who were found to have driven less than two times a month, the parties must file any briefing addressing that issue on or before January 9, 2024. Each memorandum may not exceed five pages.

3. With respect to any issues pertaining to the MCA or any Rule 50 motions, the parties must file any briefing addressing those issues no later than the earlier of (i) seven calendar days after the transcript is made available or (ii) January 24, 2024. Each memorandum may not exceed 10 pages.

SO ORDERED.

Dated: December 21, 2023         s/Mark A. Goldsmith
       Detroit, Michigan        MARK A. GOLDSMITH
       United States District Judge