# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**JUSTIN GUY**, individually on behalf
of himself and others similiarly situated,

    Plaintiff,

v.

**ABSOPURE WATER COMPANY, LLC**,
a domestic limited liability company,

    Defendant.

_____/

Case No.:  20-cv-12734

Hon. Mark A. Goldsmith

## NOTICE OF FILING

Plaintiff, Justin Guy, on behalf of himself and the finally certified class of Opt-in Plaintiffs, hereby submits this notice that he has filed his **Proposed Judgment** in the above titled action.

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 10, 2024, the foregoing document was filed using the CM/ECF system, which will send notice of same to all counsel of record.

/s/ *Michael N. Hanna*
Michael N. Hanna (P81462)
Attorney for Plaintiff