UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JUSTIN GUY**, individually and on behalf
of those similarly situated,

    Plaintiff,

v.

**ABSOPURE WATER COMPANY, LLC**

    Defendant.

                                            /

Case No. 20-cv-12734

Hon. Mark A. Goldsmith

## [PROPOSED] JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and the Jury Verdict previously entered in this matter, [ECF No. 230], the Court enters Final Judgment on behalf of Plaintiffs, JUSTIN GUY, JOHN ANIOL, AARON ARMSTEAD, LUCAS BELONGA, KEITH BROWN, DANNIELLE CHILDS, RYAN CLENDENNIN, CALEB FISH, SHAWN JACEK, GARY JOHNSON, JR., ANTONY NEWKIRK, PAUL OKIMOTO, TERRY PEMBERTON, CHARLES PERRY, KEVIN PHIPPS, NATHAN REDMER, RYAN RHODES, DAVID SUJKOWSKI, JORDAN TAMPA, KYLE WINKONEK and GEORGE WOLDT (collectively "Plaintiffs") against Defendant, ABSOPURE WATER COMPANY, LLC as follows:

    SEVEN THOUSAND FOUR HUNDRED FIFTY-SEVEN DOLLARS

($7,457), payable to Plaintiff Justin Guy, as unpaid wages and SEVEN THOUSAND FOUR HUNDRED FIFTY-SEVEN DOLLARS ($7,457), payable to Plaintiff, Justin Guy, as liquidated damages; and

THIRTEEN THOUSAND THREE HUNDRED NINETY-FOUR DOLLARS ($13,394), payable to Plaintiff John Aniol, as unpaid wages and THIRTEEN THOUSAND THREE HUNDRED NINETY-FOUR DOLLARS ($13,394), payable to Plaintiff John Aniol, as liquidated damages; and

ONE THOUSAND FIVE HUNDRED NINETY-SEVEN DOLLARS ($1,597), payable to Plaintiff Aaron Armstead, as unpaid wages and ONE THOUSAND FIVE HUNDRED NINETY-SEVEN DOLLARS ($1,597), payable to Plaintiff Aaron Armstead, as liquidated damages; and

THREE THOUSAND THREE HUNDRED THIRTY DOLLARS ($3,330), payable to Plaintiff Lucas Belonga, as unpaid wages and THREE THOUSAND THREE HUNDRED THIRTY DOLLARS ($3,330), payable to Plaintiff Lucas Belonga, as liquidated damages; and

TWELVE THOUSAND SEVEN HUNDRED THIRTY-TWO DOLLARS ($12,732), payable to Plaintiff Keith Brown and, as unpaid wages and TWELVE THOUSAND SEVEN HUNDRED THIRTY-TWO DOLLARS ($12,732), payable to Plaintiff Keith Brown and, as liquidated damages; and

FOURTEEN THOUSAND TWO HUNDRED NINE DOLLARS ($14,209),

payable to Plaintiff, Dannielle Childs, as unpaid wages and FOURTEEN THOUSAND TWO HUNDRED NINE DOLLARS ($14,209), payable to Plaintiff, Dannielle Childs, as liquidated damages; and

FOUR THOUSAND FOUR HUNDRED THIRTEEN DOLLARS ($4,413), payable to Plaintiff, Ryan Clendennin, as unpaid wages and FOUR THOSAND FOUR HUNDRED THIRTEEN DOLLARS ($4,413), payable to Plaintiff, Ryan Clendennin, as liquidated damages; and

FIFTY-SEVEN THOUSAND THREE HUNDRED TWENTY-SEVEN DOLLARS ($57,327), payable to Plaintiff, Caleb Fish, as unpaid wages FIFTY-SEVEN THOUSAND THREE HUNDRED TWENTY-SEVEN DOLLARS ($57,327), payable to Plaintiff, Caleb Fish, as and liquidated damages; and

FIVE HUNDRED NINETY DOLLARS ($590), payable to Plaintiff, Shawn Jacek, as unpaid wages and FIVE HUNDRED NINETY DOLLARS ($590), payable to Plaintiff, Shawn Jacek, as liquidated damages; and

EIGHT THOUSAND EIGHT HUNDRED NINETY DOLLARS ($8,890), payable to Plaintiff, Gary Johnson, Jr, as unpaid wages and EIGHT THOUSAND EIGHT HUNDRED NINETY DOLLARS ($8,890), payable to Plaintiff, Gary Johnson, Jr, as liquidated damages; and

FOUR THOUSAND FIVE HUNDRED THIRTEEN DOLLARS ($4,513), payable to Plaintiff, Antony Newkirk, as unpaid wages and FOUR THOUSAND

FIVE HUNDRED THIRTEEN DOLLARS ($4,513), payable to Plaintiff, Antony Newkirk, as liquidated damages; and

ELEVEN THOUSAND ONE HUNDRED NINETY-ONE DOLLARS ($11,191), payable to Plaintiff, Paul Okimoto, as unpaid wages and ELEVEN THOUSAND ONE HUNDRED NINETY-ONE DOLLARS ($11,191), payable to Plaintiff, Paul Okimoto, as liquidated damages; and

TWO THOUSAND SEVEN HUNDRED FORTY-TWO DOLLARS ($2,742), payable to Plaintiff, Terry Pemberton, as unpaid wages and TWO THOUSAND SEVEN HUNDRED FORTY-TWO DOLLARS ($2,742), payable to Plaintiff, Terry Pemberton, as liquidated damages; and

SIX THOUSAND THREE HUNDRED FORTY-FIVE DOLLARS ($6,345), payable to Plaintiff, Charles Perry, as unpaid wages and SIX THOUSAND THREE HUNDRED FORTY-FIVE DOLLARS ($6,345), payable to Plaintiff, Charles Perry, as liquidated damages; and

TEN THOUSAND TWO HUNDRED NINETY-ONE DOLLARS ($10,291) payable to Plaintiff, Kevin Phipps, as unpaid wages and TEN THOUSAND TWO HUNDRED NINETY-ONE DOLLARS ($10,291) payable to Plaintiff, Kevin Phipps, as liquidated damages; and

FOUR THOUSAND ONE HUNDRED DOLLARS ($4,100), payable to Plaintiff, Nathan Redmer, as unpaid wages and FOUR THOUSAND ONE

HUNDRED DOLLARS ($4,100), payable to Plaintiff, Nathan Redmer, as liquidated damages; and

ELEVEN THOUDAND FOUR HUNDRED NINETY-EIGHT DOLLARS ($11,498), payable to Plaintiff, Ryan Rhodes, as unpaid wages and ELEVEN THOUDAND FOUR HUNDRED NINETY-EIGHT DOLLARS ($11,498), payable to Plaintiff, Ryan Rhodes, as liquidated damages; and

THREE THOUSAND EIGHT HUNDRED FORTY-TWO DOLLARS ($3,842), payable to Plaintiff, David Sujkowski, as unpaid wages and THREE THOUSAND EIGHT HUNDRED FORTY-TWO DOLLARS ($3,842), payable to Plaintiff, David Sujkowski, as liquidated damages; and

FOUR THOUSAND NINE HUNDRED SEVENTY DOLLARS ($4,970), payable to Plaintiff, Jordan Tampa, as unpaid wages and FOUR THOUSAND NINE HUNDRED SEVENTY DOLLARS ($4,970), payable to Plaintiff, Jordan Tampa, as liquidated damages; and

NINE THOUSAND THREE HUNDRED SEVENTY-NINE DOLLARS ($9,379), payable to Plaintiff, Kyle Winconek, as unpaid wages and NINE THOUSAND THREE HUNDRED SEVENTY-NINE DOLLARS ($9,379), payable to Plaintiff, Kyle Winconek, as liquidated damages; and

TWO HUNDRED SIX DOLLARS ($206), payable to Plaintiff, George Woldt, as unpaid wages and TWO HUNDRED SIX DOLLARS ($206), payable to

5

Plaintiff, George Woldt, as liquidated damages; and

Post-judgment interest at the rate of 5.392%[1] per annum, which shall begin running as of the date of the entry of this Judgment.

All for which let execution issue.

Inasmuch as Plaintiffs are the prevailing party, Plaintiff's counsel shall file a Motion for Attorneys' Fees and Costs pursuant to Fed. R. Civ. Proc. 54 and 29 U.S.C. § 216(b), within 28 days of the entry of this Judgment.

IT IS SO ORDERED.

Dated: _____

_____
MARK A. GOLDSMITH
United States District Judge

---

[1] *See* https://www.michigan.gov/taxes/interest-rates-for-money-judgments, last visited on January 10, 2024.