UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN GUY, individually and on behalf
of those similarly situated,

    Plaintiff,                                            Case No. 20-12734

v.                                                     Hon. Mark A. Goldsmith

ABSOPURE WATER COMPANY, LLC

    Defendant.

_____/

### ORDER REGARDING BRIEFING ON THE MOTOR CARRIER ACT EXEMPTION AND ANY RULE 50 MOTIONS

On December 21, 2023, the Court entered an order requiring the parties to file any briefing addressing the Motor Carrier Act Exemption (MCA) or any motions under Rule 50 of the Federal Rules of Civil Procedure no later than "the earlier of (i) seven calendar days after the transcript is made available or (ii) January 24, 2024." 12/21/2023 Order (Dkt. 236). The Court modifies its December 21, 2023 order as follows: the parties are required to file any briefing addressing the MCA or Rule 50 motions by January 31, 2024.

SO ORDERED.

Dated: January 23, 2024                            s/Mark A. Goldsmith
        Detroit, Michigan                      MARK A. GOLDSMITH
                                                      United States District Judge