UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN GUY, individually and on behalf
of those similarly situated,

    Plaintiff,                                   Case No. 20-cv-12734

v.                                                 HON. MARK A. GOLDSMITH

ABSOPURE WATER COMPANY, LLC,

    Defendant.
_____/

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, and in accordance with the opinion and order entered on today's date (Dkt. 270) and the jury verdict previously entered in this matter (Dkt. 230), the Court enters final judgment in favor of Plaintiffs against Defendant Absopure Water Company, LLC as follows:

| Plaintiff | Damages from Unpaid Wages | Liquidated Damages |
|---|---|---|
| Justin Guy | $7,457 | $7,457 |
| John Aniol | $13,394 | $13,394 |
| Aaron Armstead | $1,597 | $1,597 |
| Lucas Belonga | $3,330 | $3,330 |
| Keith Brown | $12,732 | $12,732 |
| Dannielle Childs | $14,209 | $14,209 |
| Ryan Clendennin | $4,413 | $4,413 |
| Caleb Fish | $57,327 | $57,327 |
| Shawn Jacek | $590 | $590 |
| Gary Johnson, Jr. | $8,890 | $8,890 |
| Antony Newkirk | $4,513 | $4,513 |
| Paul Okimoto | $11,191 | $11,191 |
| Terry Pemberton | $2,742 | $2,742 |
| Charles Perry | $6,345 | $6,345 |
| Kevin Phipps | $10,291 | $10,291 |
| Nathan Redmer | $4,100 | $4,100 |
| Ryan Rhodes | $11,498 | $11,498 |
| David Sujkowski | $3,842 | $3,842 |

| Jordan Tampa   | $4,970 | $4,970 |
| Kyle Winconek  | $9,379 | $9,379 |
| George Woldt   | $206   | $206   |

Post-judgment interest is awarded on the above-listed amounts under 28 U.S.C § 1961.

Such interest will begin to run from the date of this judgment to the date of satisfaction.

Any motion for attorney fees or costs must be filed within 28 days of this judgment.

The case is closed.

SO ORDERED.

        KINIKIA ESSIX
        CLERK OF THE COURT

By:   s/Karri Sandusky
       DEPUTY COURT CLERK

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: March 29, 2024