THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JUSTIN GUY, individually and on behalf of those similarly situated,

    Plaintiff,

v.

ABSOPURE WATER COMPANY, LLC,

    Defendant.

Case No. 2:20-cv-12734-MAG-EAS

Hon. Mark A. Goldsmith

## **STIPULATED ORDER DENYING PENDING MOTIONS AS MOOT**

Now come the parties, by and through their undersigned counsel, and stipulate as follows:

1. After trial, the Court entered judgment against Defendant Absopure Water Company in this matter on March 29, 2024. (ECF No. 273).

2. Absopure appealed that Judgment to the United States Court of Appeals for the Sixth Circuit. (ECF No. 283).

3. Plaintiff filed a Motion for Attorney Fees Pursuant to 29 U.S.C. § 216(b) ("the Fee Petition"), which remains pending. (ECF No. 291). Additionally, during the motion practice on the Fee Petition, Plaintiff filed an Ex Parte Motion for Leave to File Excess Pages (ECF No. 295) and Absopure filed a Motion to Strike Plaintiff's Reply (ECF No. 297). These motions are also pending.

4. The parties have agreed to settle the Fee Petition.

5. Accordingly, the parties stipulate that the pending motions (ECF Nos. 291, 295, and 297) shall be denied as moot.

<table>
<tr><td>

*/s/Andrew R. Frisch (with permission)*
Michael N. Hanna
Morgan & Morgan
2000 Town Center, Ste. 1900
Southfield, MI 48075
mhanna@forthepeople.com

Andrew R. Frisch
Morgan & Morgan
8151 Peters Road, Ste. 4000
Plantation, FL 33324
afrisch@forthepeople.com

*Attorneys for Appellee Justin Guy*

</td><td>

*/s/Neil E. Youngdahl*
Gary J. Mouw (P69236)
Neil E. Youngdahl (P82452)
VARNUM LLP
P.O. Box 352
Grand Rapids, MI  49501-0352
gjmouw@varnumlaw.com
neyoungdahl@varnumlaw.com

*Attorneys for Absopure Water Company*

</td></tr>
</table>

IT IS SO ORDERED.

Dated: November 4, 2024

/s/Mark A. Goldsmith
Honorable Mark A. Goldsmith
U.S. District Court Judge